## CERTIFICATE OF SERVICE

I, Daniel J. DeFranceschi, hereby certify that on July 22, 2020, I caused a copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be served upon the following parties in the manner indicated.

| *Via CM/ECF & Courtesy First Class Mail*<br><br>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br>Michael R. Nestor<br>Kara Hammond Coyle<br>Betsy L. Feldman<br>1000 North King Street<br>Wilmington, Delaware 19801 | *Via CM/ECF & Courtesy First Class Mail*<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>Timothy J. Fox<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware 19801 |
|---|---|
| *Via CM/ECF & Courtesy First Class Mail*<br><br>LATHAM & WATKINS LLP<br>George A. Davis<br>Madeleine C. Parish<br>885 Third Avenue<br>New York, New York 10022 | *Via CM/ECF & Courtesy First Class Mail*<br><br>LATHAM & WATKINS LLP<br>Ted A. Dillman<br>Helena G. Tseregounis<br>Nicholas J. Messana<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071 |

                                                                                            */s/ Daniel J. DeFranceschi*
                                                                                            Daniel J. DeFranceschi (No. 2732)