IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**GLOBAL EAGLE ENTERTAINMENT, INC.,** *et al.,*

                                                              Chapter 11
                                                              Case No. 20-11835-JTD

Debtor(s)

_____

## NOTICE OF GOVERNMENT ATTORNEY APPEARANCE
## AND GOVERNMENT ATTORNEY CERTIFICATION

      NOTICE IS GIVEN that the undersigned counsel, Scott Andron, pursuant to Local Rule 9010-1(e)(i) and the below certification, Local Form 105a, hereby enters an appearance on behalf of Creditor, Broward County, Florida, c/o the Records, Taxes, and Treasury Division, 115 S. Andrews Avenue, Suite A-100, Fort Lauderdale, FL, 33301, in the above-referenced matter. All parties are requested to take notice of said appearance and to serve copies of any, and all pleadings, notices, and pertinent documentation in this cause upon said counsel.

                      Respectfully submitted this 4th day of August 2020,

                                    Andrew J. Meyers
                                    Broward County Attorney
                                    Governmental Center, Suite 423
                                    115 South Andrews Avenue
                                    Fort Lauderdale, Florida 33301
                                    Telephone:    (954) 357-7600
                                    Telecopier:    (954) 357-7641

                              By     /s/ Scott Andron
                                         Scott Andron
                                         Assistant County Attorney
                                         Florida Bar No. 112355
                                         sandron@broward.org

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Global Eagle Entertainment, Jr  Chapter  11

Case No.  20 - 11835  ( JTD )

GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent Broward County, Florida
in this action: I am admitted to practice law in   (court(s))
Florida, North Carolina , 11th Circuit Court of Appeal, Southern District of Fla.
I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Broward County Attorney's Office

Agency/Organization

Name: Scott Andron

Address: 115 S. Andrews Ave. Rm. 423

Ft. Lauderdale, FL  33301

Phone: 954-357-7600

Email: sandron@broward.org

Local Form 105A