# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL EAGLE ENTERTAINMENT | ) | Case No. 20-11835 (JTD) |
| INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 134, 138, 141** |

## CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that on August 8, 2020, copies of the below listed documents (the "Notices of Deposition"), were served upon the parties on the attached list via Electronic Mail, and on August 10, 2020, the Notices of Deposition were served upon the parties on the attached list via U.S. Mail.

- Notice of Rule 30(b)(6) Deposition to Debtors by the Official Committee of Unsecured Creditors [Docket No. 134]

- Notice of Deposition of Jon Goulding by the Official Committee of Unsecured Creditors [Docket No. 138]

- Notice of Deposition of Neil Augustine by the Official Committee of Unsecured Creditors [Docket No. 141]

*-Signature Page to Follow-*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA, Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 6080 Center Drive, Suite 1200, Los Angeles, California 90045.

| | |
|---|---|
| Dated: August 10, 2020 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Michael D. DeBaecke*<br>William P. Bowden (#2553)<br>Michael D. DeBaecke (#3186)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>Tel:  302-654-1888<br>Email: wbowden@ashbygeddes.com<br>Email: mdebaecke@ashbygeddes.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Philip C. Dublin<br>Jason P. Rubin<br>Christina M. Brown<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Fax: (212) 872-1002<br>Email: pdublin@akingump.com<br>Email: jrubin@akingump.com<br>Email: cmbrown@akingump.com<br><br>Marty L. Brimmage, Jr.<br>Lacy M. Lawrence<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX  75201-2481<br>Telephone: (214) 969-2800<br>Fax: (214) 969-4343<br>Email: mbrimmage@akingump.com<br>Email: llawrence@akingump.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

Eric Leon
Jamie M. Marr
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
Eric.Leon@lw.com
Jamie.Marr@lw.com

David Nigel Griffiths
Bryan R. Podzius
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0019
david.griffiths@weil.com
bryan.podzius@weil.com

Scott J. Greenberg
Michael J. Cohen, Jason Zachary Goldstein
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
sgreenberg@gibsondunn.com
mcohen@gibsondunn.com
jgoldstein@gibsondunn.com

William L. Wallender
Paul E. Heath
Matthew D. Struble
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
bwallander@velaw.com
pheath@velaw.com
mstruble@velaw.com

Robert L. Kimball
Vinson & Elkins LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
rkimball@velaw.com

David Fournier
Kenneth A. Listwak
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801
david.fournier@troutman.com
ken.listwak@troutman.com

Daniel J. DeFranceschi
Zachary I. Shapiro
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
defranceschi@rlf.com
shapiro@rlf.com

Alan W. Kornberg
Michael Turkel
Irene Blumberg
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
akornberg@paulweiss.com
mturkel@paulweiss.com
iblumberg@paulweiss.com

| | |
|---|---|
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang Ziehl & Jones<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| Lucien Murley<br>Saul Ewing Arnstein & Lehr LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE  19801<br>luke.murley@saul.com | Derek C. Abbott<br>Brett S. Turlington<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE  19801<br>dabbott@mnat.com<br>bturlington@mnat.com |
| Brian J. Lohan<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL  60602-4231<br>brian.lohan@arnoldporter.com | |