# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL EAGLE ENTERTAINMENT INC., *et al.*,[1] | ) ) | Case No. 20-11835 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on August 8, 2020, the Official Committee of Unsecured Creditors, by and through its proposed undersigned counsel, served a copy of the *Official Committee of Unsecured Creditors' Request for Production of Documents to the Debtors* (the "Request for Production") upon the parties on the attached list via Electronic Mail, and on August 10, 2020 served the Request for Production upon the parties on the attached list via U.S. Mail.

Dated: August 10, 2020

**ASHBY & GEDDES, P.A.**

*/s/ Michael D. DeBaecke*
William P. Bowden (#2553)
Michael D. DeBaecke (#3186)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel:  302-654-1888
Email: wbowden@ashbygeddes.com
Email: mdebaecke@ashbygeddes.com

-and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA, Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 6080 Center Drive, Suite 1200, Los Angeles, California 90045.

{01595245;v1 }

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin
Jason P. Rubin
Christina M. Brown
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Fax: (212) 872-1002
Email: pdublin@akingump.com
Email: jrubin@akingump.com
Email: cmbrown@akingump.com

Marty L. Brimmage, Jr.
Lacy M. Lawrence
2300 N. Field Street
Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Fax: (214) 969-4343
Email: mbrimmage@akingump.com
Email: llawrence@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| Eric Leon<br>Jamie M. Marr<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Eric.Leon@lw.com<br>Jamie.Marr@lw.com | David Nigel Griffiths<br>Bryan R. Podzius<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0019<br>david.griffiths@weil.com<br>bryan.podzius@weil.com |
| Scott J. Greenberg<br>Michael J. Cohen, Jason Zachary Goldstein<br>Gibson,Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>sgreenberg@gibsondunn.com<br>mcohen@gibsondunn.com<br>jgoldstein@gibsondunn.com | William L. Wallender<br>Paul E. Heath<br>Matthew D. Struble<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX 75201<br>bwallander@velaw.com<br>pheath@velaw.com<br>mstruble@velaw.com |
| Robert L. Kimball<br>Vinson & Elkins LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036<br>rkimball@velaw.com | David Fournier<br>Kenneth A. Listwak<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza<br>1313 Market Street, Suite 5100<br>Wilmington, DE 19801<br>david.fournier@troutman.com<br>ken.listwak@troutman.com |
| Daniel J. DeFranceschi<br>Zachary I. Shapiro<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>defranceschi@rlf.com<br>shapiro@rlf.com | Alan W. Kornberg<br>Michael Turkel<br>Irene Blumberg<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>akornberg@paulweiss.com<br>mturkel@paulweiss.com<br>iblumberg@paulweiss.com |

| | |
|---|---|
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang Ziehl & Jones<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| Lucien Murley<br>Saul Ewing Arnstein & Lehr LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>luke.murley@saul.com | Derek C. Abbott<br>Brett S. Turlington<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>dabbott@mnat.com<br>bturlington@mnat.com |
| Brian J. Lohan<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>brian.lohan@arnoldporter.com | |