SIMON ARON (CA State Bar No. 108183)
  saron@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:  (310) 479-1422

Attorneys for Creditor CINESKY PICTURES, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL EAGLE ENTERTAINMENT, INC., et al.<br><br>Debtors. | Case No. 20-11835 (JTD)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE THAT creditor CineSky Pictures, LLC, a California limited liability company ("CineSky"), by and through the undersigned attorney, hereby files this notice of appearance under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices, papers, and pleadings filed in the above-entitled case be provided to the undersigned attorney at the address given below.

NOTICE IS HEREBY GIVEN to all parties in interest that Simon Aron of the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP represents creditor CineSky in the above-entitled matter and that his address and phone number are:

> CineSky Pictures, LLC
> c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
> Attn:  Simon Aron, Esq.
> 11400 West Olympic Boulevard, 9th Floor
> Los Angeles, California  90064-1582
>
> Telephone Number: (310) 478-4100
> Facsimile Number: (310) 479-1422

4220790.1

-1-

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

1   REQUEST IS HEREBY MADE that all parties in interest and all counsel of record
2   provide copies of all notices, papers, and pleadings filed in the above-entitled case to the
3   undersigned attorney at the foregoing address and direct all telephonic communications
4   regarding the above-entitled matter to Simon Aron of Wolf, Rifkin, Shapiro, Schulman &
5   Rabkin, LLP, at the foregoing number.  This request encompasses all notices and papers
6   referred to in the Federal Rules of Bankruptcy Procedure and in the Rules of the
7   Bankruptcy Court for the District of Delaware and notice of all applications, complaints,
8   demands, hearing, motions, pleadings, and requests.
9   REQUEST IS ALSO MADE that the debtor and the Clerk of the above-entitled
10  Court place the undersigned counsel and their address as set forth above on any mailing
11  lists or matrix of creditors prepared in the above-entitled case.

13  DATED: August 11, 2020                WOLF, RIFKIN, SHAPIRO,
                                          SCHULMAN & RABKIN, LLP

16                                        By:    */s/ Simon Aron*
17                                               SIMON ARON
                                          Attorneys for Creditor CINESKY PICTURES, LLC

4220790.1

-2-

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE