# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **Global Eagle Entertainment, Inc., et al.,** § | |
| § | Case No. 20-11835 (JTD) |
| Debtors. § | |
| § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the below attorneys hereby appear in the above-captioned cases (the "Cases") pursuant to 11 U.S.C. §§ 102(1) and 342 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for and on behalf of U.S. Bank National Association, as Indenture Trustee for the 2.75% Convertible Senior Unsecured Notes Due February 2035 ("U.S. Bank"), and hereby request, pursuant to Bankruptcy Rules 2002, 3017(a), 4001, 6006(c), 9007, 9010 and 9013, and 11 U.S.C.§§ 102(1) and 342, that all notices given or required to be given in the Cases and copies of all papers or pleadings served or required to be served in the Cases be given to and served upon the undersigned at the following:

Shanti M. Katona
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0924
Facsimile: 302-252-0921
Email: skatona@polsinelli.com

Peter R. Morrison
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
Cleveland, OH 44114
Telephone: 216-479-8712
Facsimile: 4160479-8780
Email: peter.morrison@squirepb.com

74456363.1

Jeffrey N. Rothleder
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: 202-457-6000
Facsimile: 202-457-6315
Email: jeffrey.rothleder@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules and the Local Bankruptcy Rules for this District, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, schedule, plan, disclosure statement, request, complaint, demand, answer, reply, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, electronic mail, overnight courier, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtors (the "Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed a waiver of U.S. Bank's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in the Cases or any case, controversy, or proceeding related to the Cases, (iii) to have the District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, defenses setoffs or recoupments, under agreements, in law or in equity, or otherwise, to which U.S. Bank is or may be entitled, all of which rights, claims, actions, defenses, setoffs and recoupments U.S. Bank expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule

74456363.1

4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of U.S. Bank for such purposes.

Dated:  August 12, 2020	POLSINELLI PC

/s/ *Shanti M. Katona*
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: 302-252-0924
Facsimile: 302-252-0921
Email: skatona@polsinelli.com

-and-

SQUIRE PATTON BOGGS (US) LLP
Peter R. Morrison
4900 Key Tower
Cleveland, OH 44114
Telephone: 216-479-8712
Facsimile: 4160479-8780
Email: peter.morrison@squirepb.com

*Counsel for U.S. Bank National Association, as Indenture Trustee for the 2.75% Convertible Senior Unsecured Notes Due February 2035*

3

74456363.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all parties registered to receive notice in these cases.

                                            */s/ Shanti M. Katona*
                                            Shanti M. Katona (Del. Bar No. 5352)