IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL EAGLE ENTERTAINMENT INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-11835 (JTD)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of American Airlines ("AA"), in the above-captioned bankruptcy cases and such counsel hereby request, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses, telephone numbers, and e-mail addresses indicated below:

| | |
|---|---|
| Annette W. Jarvis, Esq.<br>Greenberg Traurig, LLP<br>222 South Main Street, 5th Floor<br>Salt Lake City, Utah 84101<br>Telephone: (801) 478-6907<br>Facsimile: (801) 649-0976<br>Email: jarvisa@gtlaw.com | Dennis A. Meloro, Esq.<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-661-7000<br>Facsimile: 302-661-7360<br>Email: melorod@gtlaw.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions, Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 6080 Center Drive, Suite 1200, Los Angeles, California 90045.

Nathan J. Muyskens, Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
Email: muyskensn@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders in non-core matters entered only after *de novo* review, (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or (4) any other rights, claims, actions, setoffs, or recoupments to which the AA is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 14, 2020

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ *Dennis A. Meloro*
    Dennis A. Meloro (DE Bar No. 4435)
    The Nemours Building
    1007 North Orange Street
    Suite 1200

Wilmington, DE 19801
Telephone: 302-661-7000
Facsimile: 302-661-7360
Email: melorod@gtlaw.com

– and –

Annette W. Jarvis, Esq.
Greenberg Traurig, LLP
222 South Main Street, 5th Floor
Salt Lake City, Utah 84101
Telephone: (801) 478-6907
Facsimile: (801) 649-0976
Email: jarvisa@gtlaw.com

– and –

Nathan J. Muyskens, Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
Email: muyskensn@gtlaw.com

*Attorneys for American Airlines*