# Court Conference

Calendar Date: 08/17/2020
Calendar Time: 11:00 AM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable John T. Dorsey
Courtroom

*Amended Calendar  Aug 17 2020 10:46AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10750385 | Derek C. Abbott | (302) 351-9357 ext. | Morris, Nichols, Arsht & Tunnell LLP | Interested Party, AT&T Corp. / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794243 | Alex Antypas | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LISTEN ONLY |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791131 | Neil Augustine | (212) 389-1539 ext. | Greenhill & Company, Inc. | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795108 | Sean Bellew | (610) 585-5900 ext. | Bellew LLC | Creditor, BMG Rights Management (US LLC) / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793968 | Irene Blumberg | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Searchlight Capital Partners / LISTEN ONLY |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793930 | Sindhu Boddu | (212) 906-1200 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794132 | William Bowden | (302) 654-1888 ext. | Ashby & Geddes | Creditor, Creditors Committee / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794162 | Marty L. Brimmage | (214) 969-2885 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794381 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793943 | Avery Burrell | (212) 373-3234 ext. | Paul Weiss | Interested Party, Searchlight Capital Partners / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10782767 | Sara L. Chenetz | (310) 788-3218 ext. | Perkins Coie LLP | Creditor, Sony Pictures / LISTEN ONLY |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796414 | Matthew Chou | (212) 403-3725 ext. | Rothschild | Interested Party, Ad Hoc DIP and First Lien Lender Group / LIVE |
| | | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795359 | Michael J. Cohen | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Ad Hoc DIP and First Lien Lender Group / LIVE |

| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791135 | Michael Costelloe | (212) 389-1552 ext. | Greenhill & Co. | Debtor, Global Eagle Entertainment Inc. / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795174 | Alex Cota | (212) 806-5531 ext. | Stroock & Stroock & Lavan LLP | Interested Party, Alex Cota / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791116 | Kara Coyle | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791119 | George Davis | (312) 777-7112 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795354 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Ad Hoc DIP and First Lien Lender Group / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793217 | Michael D. DeBaecke | (302) 654-1888 ext. | Ashby & Geddes | Creditor, Creditors Committee / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795411 | Frank W. DeBorde | (404) 233-7000 ext. | Morris, Manning & Martin, LLP | Creditor, Warner Music Group / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793925 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Searchlight Capital Partners / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10790756 | Karol K. Denniston | (415) 393-9803 ext. | Squire Patton Boggs (US), LLP | Interested Party, US Bank / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10792330 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791118 | Ted A. Dillman | (213) 891-8603 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794143 | Philip Dublin | (212) 872-8083 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796433 | Michael Farag | (213) 229-7559 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Ad Hoc DIP and First Lien Lender Group / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791117 | Betsy L. Feldman | (302) 573-7780 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10750598 | David M. Fournier | (949) 622-2707 ext. | Troutman Pepper Hamilton Sanders LLP | Representing, Citibank, N.A., as Prepetition First Lien Administrative Agent and DIP Agent / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793440 | Matthew Foushee | (336) 978-8706 ext. | Choate Hall & Stewart, LLP | Bankruptcy Counsel, Citizens Bank / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796430 | Timothy Fox | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Timothy J. Fox / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796372 | Michael Genereux | (212) 287-3200 ext. | Perella Weinberg Partners L.P. | Witness, Global Eagle Entertainment, Inc., et al. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794187 | Chris Gessner | (212) 872-7408 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10792900 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Interested Party, Nantahala Capital Management, LLC / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794204 | Stewart Gilson | (415) 765-9571 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795364 | Jason Z. Goldstein | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Ad Hoc DIP and First Lien Lender Group / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791155 | Jon Goulding | (310) 975-2638 ext. | Alvarez & Marsal | Debtor, Global Eagle Entertainment Inc. / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796444 | Trinitee Green | (312) 463-6201 ext. | Polsinelli PC | Creditor, US Bank NA / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795413 | Scott Greenberg | (213) 229-7000 ext. | Gibson Dunn & Crutcher LLP | Interested Party, Ad Hoc First Lien Group / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796666 | David R. Gremling | (312) 208-7961 ext. | David R. Gremling - In Pro Per/Pro Se | Interested Party, David Gremling / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10750609 | David N. Griffiths | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Representing, Citibank, N.A., as Prepetition First Lien Administrative Agent and DIP Agent / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795762 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796426 | Ashtyn Hemendinger | (212) 351-2349 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Ad Hoc DIP and First Lien Lender Group / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795094 | R. Karl Hill | (302) 888-7604 ext. | Seitz, Van Ogtrop & Green, P.A. | Creditor, Citizens Bank / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796572 | Abi Jain | (848) 702-2609 ext. | Abi Jain - In Pro Per/Pro Se | Interested Party, Abi Jain / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794101 | Annette Jarvis | (801) 478-6907 ext. | Greenberg Traurig LLP | Representing, American Airlines / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796383 | Eric Kang | (212) 389-1552 ext. | Greenhill & Co. | Interested Party, Global Eagle Entertainment, Inc., et al. / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796368 | Jeffrey Kaplan | (201) 627-8142 ext. | CRG Financial LLC | Consultant, CRG Financial LLC / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796386 | Mitch Kimball | (212) 389-1552 ext. | Green Hill & Company | Interested Party, Global Eagle Entertainment, Inc., et al. / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791244 | Paul Kinealy | (312) 288-4061 ext. | Alvarez & Marsal | Debtor, Global Eagle Entertainment Inc. / LISTEN ONLY |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793937 | Karen King | (212) 373-3234 ext. | Paul Weiss | Interested Party, Searchlight Capital Partners / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793950 | Alan Kornberg | (212) 373-3209 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Searchlight Capital Partners / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794172 | Lacy Lawrence | (214) 969-2800 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791253 | Jeffrey Leddy | (310) 437-6000 ext. | Global Eagle Entertainment | Debtor, Global Eagle Entertainment Inc. / LISTEN ONLY |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791132 | Eric F. Leon | (212) 906-4587 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795861 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, AT&T Corp. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796380 | Peter A. Lopez | (302) 571-6600 ext. | Global Eagle Entertainment | Interested Party, Global Eagle Entertainment, Inc., et al. / LISTEN ONLY |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791264 | Jeff Lui | (631) 835-8227 ext. | Alvarez and Marsal | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795377 | Mary Beth Maloney | (212) 351-2315 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Ad Hoc First Lien Group / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791250 | Joshua Marks | (703) 994-0000 ext. | Global Eagle Entertainment | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791133 | Jamie M. Marr | (212) 906-4587 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793919 | Melissa Martinez | (215) 972-8582 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Southwest Airlines / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794230 | Brennan Meier | (214) 969-2714 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794085 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Representing, American Airlines / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791125 | Nicholas Messana | (213) 891-8706 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791127 | Christian Mezger | (310) 437-6000 ext. | Global Eagle Entertainment | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10792877 | Lucian Murley | (302) 421-6898 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Southwest Airlines Co. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791252 | Kim Nakamaru | (310) 437-6000 ext. | Global Eagle Entertainment | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796389 | Michael Neiburg | (302) 576-3590 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Global Eagle Entertainment, Inc., et al. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791113 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793556 | Chaka C. Okadigbo | (310) 441-0500 ext. | Gerard Fox Law, PC | Creditor, BMG / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791122 | Madeleine Parish | (212) 906-1200 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796416 | Homer Parkhill | (212) 403-3677 ext. | Rothschild, Inc. | Interested Party, Ad Hoc DIP and First Lien Lender Group / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796370 | Erin Peek | (214) 969-2800 ext. | Akin Gump Strauss Hauer & Feld LLP | Cross-Defendant(s), Official Committee of Unsecured Creditors / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796318 | John D. Penn | (214) 965-7734 ext. | Perkins Coie LLP | Interested Party, John D. Penn / LISTEN ONLY |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10750623 | Bryan Podzius | (212) 310-8805 ext. | Weil Gotshal & Manges LLP | Representing, Citibank, N.A., as Prepetition First Lien Administrative Agent and DIP Agent / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10792271 | Amy C. Quartarolo | (213) 891-8966 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10795400 | Jeff Rosen | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Ad Hoc First Lien Group / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796420 | Jeffrey Rosen | (212) 515-3200 ext. | Apollo Global Management, LLC | Interested Party, Ad Hoc DIP and First Lien Lender Group / LISTEN ONLY |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794154 | Jason P. Rubin | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Creditors Committee / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793957 | Elizabeth M. Sacksteder | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Searchlight Capital Partners / LIVE |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791134 | Jochen Schmitz | (212) 389-1676 ext. | Greenhill & Co. | Debtor, Global Eagle Entertainment Inc. / LISTEN ONLY |
| | Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796381 | Ryan Shanken | (305) 704-6700 ext. | Alvarez & Marsal | Interested Party, Global Eagle Entertainment, Inc., et al. / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793924 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Interested Party, Searchlight Capital Partners / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796432 | Simon Shnayder | (212) 403-5263 ext. | Rothschild Inc. | Interested Party, Ad Hoc DIP and First Lien Lender Group / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796477 | Christopher Sinnott | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen and Company / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796425 | Sean C. Southard | (212) 972-3000 ext. | Klestadt Winters Jureller Southard & Stevens, LLP | Interested Party, Telstra Incorporated, Telstra Intl., Telstra Co, / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796442 | Steven Spriggs | (213) 229-7000 ext. | Gibson Dunn & Crutcher LLP | Client, Ad Hoc First Lien and DIP Lender Group / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796856 | Chris Stauble | (212) 735-4935 ext. | Weil Gotshal & Manges LLP | Interested Party, Weil Gotshal & Manges / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10792901 | Arthur J Steinberg | (212) 556-2100 ext. | King & Spalding LLP | Interested Party, Nantahala Capital Management, LLC / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793923 | Matthew D. Struble | (214) 220-7800 ext. | Vinson & Elkins LLP | Creditor, Southwest Airlines / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796819 | Jeff Thoben | (571) 451-5092 ext. | Jeff Thoben - In Pro Per/Pro Se | Interested Party, Jeff Thoben / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10791120 | Helena Tseregounis | (213) 891-7698 ext. | Latham & Watkins LLP | Debtor, Global Eagle Entertainment Inc. / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793962 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Searchlight Capital Partners / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10793927 | William Wallander | (214) 220-7905 ext. | Vinson & Elkins LLP | Creditor, Southwest Airlines / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10794072 | Jeffrey C. Wisler | (302) 888-6258 ext. | Connolly Gallagher LLP | Claimant, Cigna / LIVE |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796611 | Alex Wolf | (202) 999-9069 ext. | Bloomberg Law | Media, Bloomberg Law / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796466 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| Global Eagle Entertainment Inc. | 20-11835 | Hearing | 10796429 | Timothy Zimmerman | (303) 298-5721 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Ad Hoc First Lien and DIP Lender Group / LISTEN ONLY |