IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **GLOBAL EAGLE ENTERTAINMENT, INC.**, *et al.*,[1] | ) | Case No. 20-11835 (JTD) |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Lingo24 Limited ("Lingo24") in the case of the above-captioned debtors and debtors-in-possession (the "Debtors"). Lingo24, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, requests

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions, Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 6080 Center Drive, Suite 1200, Los Angeles, California 90045.

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Bennett T. W. Eastham, Esquire (VSB No. 93484)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email:   aepps@williamsmullen.com
         mmueller@williamsmullen.com
         jmclemore@williamsmullen.com
         beastham@williamsmullen.com

*Counsel for Lingo24 Limited*

(i) that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned attorneys, at the addresses set forth below and (ii) that the undersigned attorneys be added to the mailing matrix on file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

> Augustus C. Epps, Jr., Esquire
> Michael D. Mueller, Esquire
> Jennifer M. McLemore, Esquire
> Bennett T. W. Eastham, Esquire
> WILLIAMS MULLEN
> 200 South 10th, Street, Suite 1600
> Richmond, Virginia 23219-3095
> Telephone:  (804) 420-6000
> Facsimile:  (804) 420-6507
> Email: aepps@williamsmullen.com
>            mmueller@williamsmullen.com
>            jmclemore@williamsmullen.com
>            beastham@williamsmullen.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtors or property of the Debtors or (ii) affect the rights of Lingo24, including by requiring any act, delivery of any property, payment or other conduct by Lingo24.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance includes and constitutes a request to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Lingo24 (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to ask the United States District Court to issue final orders or judgments if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution or (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise.

Date:   August 20, 2020                    WILLIAMS MULLEN

By:    /s/ Michael D. Mueller
Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Bennett T. W. Eastham, Esquire
WILLIAMS MULLEN
200 South 10th, Street, Suite 1600
Richmond, Virginia 23219-3095
Telephone:  (804) 420-6000
Facsimile:  (804) 420-6507
Email: aepps@williamsmullen.com
       mmueller@williamsmullen.com
       jmclemore@williamsmullen.com
       beastham@williamsmullen.com

*Counsel for Lingo24 Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August 2020, I caused a copy of the foregoing to be served by electronic means through the Court's electronic case filing system.

/s/ Michael D. Mueller
Michael D. Mueller

43220505_1