## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                              :
In re:                                        :    Chapter 11
                                              :
GLOBAL EAGLE ENTERTAINMENT                    :    Case No. 20-11835 (JTD)
INC., et al.,¹                                :
                                              :    (Jointly Administered)
                   Debtors.                   :
                                              :
-------------------------------------------------------- x
```

### GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Global Eagle Entertainment Inc. ("**GEE**") and its debtor affiliates (collectively, the "**Debtors**" or "**Global Eagle**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

Christian M. Mezger has signed each set of Schedules and Statements. Mr. Mezger serves as the Chief Financial Officer of GEE and he is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Mezger has necessarily relied upon the efforts, statements, advice, and representations of the Debtors' personnel and legal and financial advisors. Mr. Mezger has not (and could not have) personally

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions, Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 6080 Center Drive, Suite 1200, Los Angeles, California 90045.

verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of such preparation. The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. For the avoidance of doubt, the Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law. In no event shall the Debtors, or their agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or financial advisors are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to each of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes from any other Debtor's Schedules and Statements, as appropriate.

1.  **Description of Cases.** On July 22, 2020, (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 23, 2020, the Court entered the *Order (I) Authorizing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 73] directing joint administration of the Debtors' chapter 11 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. On August 5, 2020, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors [Docket No. 109]. As of the date hereof, no request for

the appointment of an examiner or a trustee has been made in these chapter 11 cases. The information provided herein, except as otherwise noted, is reported as of the Petition Date.[2]

2.    **Global Notes Control.**  These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.    **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  For the avoidance of doubt, notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

(a)    *No Admission.*  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the amount, validity, priority, status, or classification of any claim (as such term is defined in section 101(5) of the Bankruptcy Code) (a "**Claim**") against any of the Debtors, any admission or stipulation with respect to any assertion made therein or herein, or a waiver of the Debtors' rights to (i) dispute or assert any cause of action, offset, or defense as to the amount, liability, priority, status, or classification of any Claim, (ii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated," or (iii) object to the extent, validity, enforceability, priority, or avoidability of any Claim.

(b)    *Recharacterization.*  Notwithstanding the Debtors' reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, designated, or omitted certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary and appropriate, including whether contracts or leases listed therein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

---

[2]    Additional information about the Debtors' businesses and affairs, capital structure, and prepetition indebtedness, and the events leading up to the Petition Date, can be found in the *Declaration of Christian M. Mezger in Support of Chapter 11 Petitions and First Day Relief* [Docket No. 2].

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

(c)     ***Classifications.***  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the potential claimant or contract/lease counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim, contract, or lease. Moreover, listing a claim as priority or secured reflects the claim's status on the Debtors' books and records and does not take into account whether any lien is properly perfected under applicable law or subject to any potential avoidance actions, which legal analysis may be ongoing.

(d)     ***Claims Description.***  Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, or priority of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     ***Estimates and Assumptions.***  The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

(f)     ***Causes of Action.***  Despite reasonable efforts, the Debtors may not have identified all current or potential claims or causes of action the Debtors may have against third parties in their respective Schedules and Statements.  The Debtors reserve all rights with respect to any claims or causes of action (including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind of

character whatsoever, known or unknown, fixed or contingent, matured or unmatured, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") that they may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g) *Property Rights.* Exclusion of certain property rights, including without limitation intellectual, real, personal, or otherwise, from the Schedules and Statements should not be construed as an admission that such property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain property rights in the Schedules and Statements should not be construed as an admission that such property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h) *Insiders.* In the circumstances where the Schedules and Statements require information regarding which individuals are "insiders," the Debtors, consistent with the disclosures in their SEC-compliant public filings, have included information with respect to the individuals who serve or have served as directors and executive officers of GEE. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code and does not act as an admission of any fact, Claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether the Debtors or such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

4. **Methodology.**

(a) *Basis of Presentation.* For financial reporting purposes, before the Petition Date, the Debtors prepared financial statements on a consolidated basis, which were audited annually. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would be prepared on a consolidated basis under

Generally Accepted Accounting Principles in the United States ("**GAAP**"). Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)    ***Confidential Information.*** There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtors have used this approach because of a confidentiality agreement between the Debtors and a third party, for the protection of sensitive commercial information, to ensure compliance with applicable privacy protection regulations or for the privacy of an individual.

(c)    ***Master Agreements.*** Contracts and leases listed in the Schedules and Statements may be master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements, and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)    ***Duplication.*** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

(e)    ***Net Book Value.*** In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 30, 2020. Market values may vary, in some instances, materially, from net book values presented as of June 30, 2020. The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. For the avoidance of doubt, nothing contained

in the Schedules and Statements is indicative of the Debtors' enterprise value or what a third party might be willing to pay in connection with any asset disposition.

(f)    ***Contingent Claim.***  A claim that is dependent on the realization of some uncertain future event is "contingent."

(g)    ***Unliquidated Claim.***  A claim for which a specific value cannot be calculated using currently available information is "unliquidated."

(h)    ***Disputed Claim.***    A claim with respect to which the applicable Debtor(s) and claimant(s) disagree as to the amount owed, whether any amount is owed, the priority of the claim, or otherwise is "disputed."

(i)    ***Undetermined or Unknown Amounts.***  The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

(j)    ***Totals.***  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different from the listed total.

(k)    ***Property and Equipment.***  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto. Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(l)    ***Allocation of Liabilities.***  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claims.

(m)    ***Credits and Adjustments.***  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors, or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

(n)    ***Paid Claims.***  Pursuant to Court order, the Debtors have obtained authority to pay certain outstanding prepetition payables.  As a result, outstanding liabilities may have been reduced by Court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are nevertheless listed in the Schedules and Statements, except for liabilities owed to current employees, which have been listed in Schedule E/F in an unliquidated amount.  The Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Estimates of claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Court.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(o)    ***Intercompany Claims.***  As described in the *Motion of Debtors For Entry of Interim And Final Orders (I) Authorizing the Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 5] (the "**Cash Management Motion**"), the Debtors maintain business relationships among themselves and conduct transactions from time to time that result in intercompany receivables and payables, intercompany notes or loans and/or are on account of capital contributions, equity investments, or distributions on account of equity investments.  Prepetition intercompany receivables and payables among and between the Debtors and their non-filing affiliates are reported on Schedule A/B 77 (receivables) and Schedule E/F (payables) per Global Eagle's books and records. Prepetition amounts due to intercompany notes or loans are similarly reported on Schedule A/B 77 (receivables) and Schedule E/F (payables) per Global Eagle's books and records, depending on whether the Debtor is an obligor or an oblige under such notes or loans.  As described in detail in the Cash Management Motion, the Debtors enter into intercompany notes or loans to facilitate the transfer of funds and continue operating in the ordinary course, including where operating in certain jurisdictions requires the implementation of such formalized loan agreements.  The

8

listing of any amounts with respect to such receivables and payables and/or notes and loans is not, and should not be construed as, an admission regarding the allowance, classification, characterization, validity, or priority of such account, including, without limitation, an admission of the characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

(p)    ***Guarantees and Indemnification Claims.***  The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G, and H for the affected Debtor.  The Debtors may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as they continue to review their books and records and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.  Additionally, failure to list any Guarantees in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guarantees not listed.

(q)    ***Executory Contracts and Unexpired Leases.***  Although the Debtors have made diligent attempts to properly identify the Debtor-party to each executory contract and unexpired lease on Schedule G, it is possible that more Debtor entities are party(ies) to certain executory contracts and unexpired leases on Schedule G than listed herein.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend, supplement, or otherwise modify Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion or omission of a contract or lease on Schedule G does not constitute an admission or waiver as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

(r)    ***Leases.***  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on the Schedules.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for certain equipment or motor vehicles from third-party lessors for use in the daily operation of their business.  Any known prepetition obligations of

the Debtors pursuant to the same have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G. Nothing in the Schedules or Statements is, or shall be construed to be, an admission or waiver as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or otherwise), and the Debtors reserve all rights with respect to such issues.

(s) ***Excluded Assets and Liabilities.*** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to:  certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; certain intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  Other immaterial assets and liabilities may also have been excluded.

(t) ***Liens.*** The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such inventories, property, and equipment.  The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

(u) ***Currency.*** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(v) ***Setoffs.*** The Debtors periodically incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, related-party transactions, counterparty settlements, pricing discrepancies, overpayments, returns, warranties, charge backs, credits, rebates, returns, refunds, negotiations, and/or disputes between the Debtors and their customers and/or suppliers.  These are ordinary course setoffs and nettings within the Debtors' industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

### Specific Schedules Disclosures

5. **Schedules Summary**.  Except as otherwise noted, the asset totals represent amounts as of June 30, 2020 and liability information represents the Debtors' liabilities as of the Petition Date.

6.  **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' cash management system and bank accounts are set forth in the Debtors' Cash Management Motion and the *Final Order (I) Authorizing the Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 231]. The Debtors had, and disclosed, bank account balances as of end of day on July 20, 2020 in the Cash Management Motion. The Debtors' bank account balances listed in response to Schedule A/B 3 are as of close of business on July 21, 2020. Accordingly, there may be variations between the bank account balances listed in the Cash Management Motion and the bank account balances listed in response to Schedule A/B 3 due to the one day differential.

7.  **Schedule A/B, Part 3 – Accounts Receivable, Item 11.** The Debtors' reported accounts receivable includes amounts that may be uncollectible. Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts. The Debtors are unable to determine with certainty what amounts will actually be collected.

8.  **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such interests depend on numerous variables and factors and may differ significantly from their net book value. Ownership of other equities are listed at either market book value or market value.

9.  **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** For those Debtors that own office furniture, fixtures, and equipment, dollar amounts are presented net of accumulated depreciation and other adjustments. Due to their volume, the individual fixed asset schedules have not been included in Part 7.

10. **Schedule A/B, Part 8 – Machinery, Equipment, & Vehicles.** For those Debtors that own machinery, equipment, and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments. Due to their volume, the individual fixed asset schedules have not been included in Part 8.

11. **Schedule A/B, Part 9 – Real Property.** For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation. Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

Certain of the instruments reflected on Schedule A/B 55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B 55. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany or related party agreement.

12. **Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of impairments and other adjustments.

   (a) *Notes receivable.* As described in Section 4(o) herein, prepetition intercompany notes or loans are reported on Schedule A/B 77 (receivables) and Schedule E/F (payables) per the Debtors' books and records, depending on whether the Debtor is an obligor or an oblige under such notes or loans. The Debtors have not separately listed intercompany notes or loans in response to Schedule A/B, Part 11, Question 71.

   (b) *Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.* In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty or indemnity claims against counterparties. Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

   (c) *Interests in Insurance Policies or Annuities.* A list of the Debtors' insurance policies and related information is available as an exhibit to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs and (B) Honor All Insurance Obligations, Including Obligations Under Their Premium Financing Agreements, (II) Modifying Automatic Stay, and (III) Granting Related Relief* [Docket No. 12]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined."

   (d) *Other Property of Any Kind Not Already Listed.* Intercompany and related-party receivables reflect the balance as of June 30, 2020.

   (e) *Executory Contracts and Unexpired Leases.* Because of the large number of the executory contracts and unexpired leases, as well as the size and scope of such

documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G. Certain agreements may not be listed on Schedule G due to express confidentiality provisions contained within such agreements.

13. **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, except as otherwise agreed pursuant to any stipulation or order entered by the Court, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. The listing of a lien does not constitute an admission by the Debtors of its validity or perfection. In certain instances, some of the Debtors may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

The Debtors have not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights.

Except as specifically stated herein, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

14. **Schedule E/F – Creditors Who Have Unsecured Claims.**

(a)   ***Part 1 - Creditors with Priority Unsecured Claims.*** Pursuant to the *Final Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* [Docket No. 199] (the "**Tax Order**"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. The Debtors have only listed those taxing authorities as to which the Debtors have known outstanding liabilities, which may have been paid pursuant to the Tax Order, or that have pending audits.

Furthermore, pursuant to the *Final Order Authorizing Debtors to (I) Pay Prepetition Workforce Obligations, (II) Maintain Compensation and Benefits Programs, and (III) Granting Related Relief* [Docket No. 202] (the "**Wages Order**"), the Debtors have been granted the authority to pay, in their discretion, certin prepetition obligations, including employee wages and other employee

benefits, in the ordinary course of business.  The Debtors have listed individual employee unsecured priority claims at an undetermined amount as it would be cost prohibitive for the Debtors to calculate such employee claim on an individual basis.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

(b)     ***Part 2 - Creditors with Nonpriority Unsecured Claims.***  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Pursuant to various orders to pay certain prepetition nonpriority unsecured claims, the Debtors have been granted the authority to pay, in their discretion, certain prepetition obligations.  These orders include, without limitation, (1) *Final Order (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs and (B) Honor All Insurance Obligations, Including Obligations Under Their Premium Finance Agreements, (II) Modifying Automatic Stay, and (III) Granting Related Relief* [Docket No. 198]; (2) *Final Order (I) Authorizing Debtors To Pay Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) 503(B)(9) Claimants, and (D) Foreign Vendors, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief* [Docket No. 201]; and (3) the Wages Order.

The Debtors have listed known obligations to claimants holding nonpriority unsecured claims including obligations that were paid pursuant to these orders.  The Debtors reserve all rights, but shall have no obligation, to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  These potential claims are marked as "contingent," "unliquidated," and "disputed" in the Schedules and Statements, with their amounts listed as "undetermined" or "unknown."

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued before the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices. The Debtors have scheduled liabilities related to accounts payable based on the legal entities listed in association with the applicable charges in the Debtors' various accounts payable systems. Accordingly, the legally liable Debtor entities (if any) may differ from the entities scheduled.

15.    **Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, relationships between the Debtors and their vendors are often governed by a master services agreement, under which the Debtors also place work and purchase orders, which may be considered executory contracts. Disclosure of all of these purchase and work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted. The Debtors have not listed non-disclosure, confidentiality, or related agreements on their Schedule G. Since the Petition Date, the Debtors have rejected certain unexpired leases and subleases pursuant to that certain *Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases and Subleases, Effective as of July 31, 2020, and (B) Abandon De Minimis Property in Connection Therewith, and (II) Granting Related Relief* [Docket No. 264]. Such leases and subleases nevertheless appear on Schedule G.

The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other

miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Although the Debtors have made diligent attempts to attribute an executory contract or unexpired lease to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission. Certain Debtors are guarantors under, and parties to guaranty agreements regarding, the Debtors' prepetition secured credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and E/F only.

16.    **Schedule H – Co-Debtors.**  The Debtors have not listed any litigation-related co-debtors on Schedule H.  Instead, such listings can be found on the Debtors' Schedule E/F.

## Specific Statements Disclosures

17.    **Statements, Part 1, Question 1 – Income.**  The Debtors reported income from January 1, 2020 to June 30, 2020.  The Debtors did not include estimated income for the period of July 1, 2020 through the Petition Date.

18.    **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.**  The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check date.  Before the Petition Date, the Debtors maintained a centralized cash management system through which certain Debtors made payments on behalf of certain Debtor affiliates, as further explained in the Cash Management Motion.  Consequently, for the purpose of this question, payments are recorded based on the Debtor's bank account owned.

Payments to the Debtors' employees and insiders for compensation and benefits, to the Debtors' bankruptcy professionals, and on account of intercompany transactions are not included in the payments to creditors.  Payments to payroll and/or benefit providers have

been included, even if the payment was used to directly pay employees. The aforementioned payments are included in the following locations within the Statements: employees and insiders (Question 4), bankruptcy professionals (Question 11), and intercompany (Question 4).

19.    **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.**  To the extent: (i) a person who may have qualified as an "insider" in the year before the Petition Date but later resigned their insider status or (ii) a person did not begin the year before the Petition Date as an "insider" but later may have become an insider, the Debtors have only listed those payments made while such person was potentially defined as an insider in Statements, Part 2, Question 4. Inclusion of an individual in response to Statement Question 4 is not a concession that such person is an insider as defined under the Bankruptcy Code.  Refer to Section 3(h) in these Global Notes for further information as to which individuals are listed as "insiders."

The payroll-related amounts shown in response to this question for any salary, bonus, or additional compensation and/or severance payments are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings. For the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $6,825 in their response to Statement Question 4.

As more fully described in the Cash Management Motion, the Debtors recorded numerous intercompany transactions in their books and records each month, including various transfers and journal entries. Instead of listing each of these numerous transactions and entries in their Statements and Schedules for each month, the Debtors have included monthly balances as of June 30, 2020 and net activity from June 30, 2019 to June 30, 2020.

20.    **Statements, Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(v) of these Global Notes.

21.    **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The Debtors have listed all payments, whether or not they relate to bankruptcy matters, made to professionals retained by the Debtors that the Debtors consulted about debt consolidation or restructuring.

22.    **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**  The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26.

23.    **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Any response to this question is included in the response to Statements, Part 2, Question 4 – Payments and Transfers to Insiders.

*       *       *       *       *

**Fill in this information to identify the case:**

Debtor name  Global Eagle Entertainment Inc.

United States Bankruptcy Court for the: _____ District of Delaware

Case number (If known):  20-11835 (JTD)

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* .......................

      $          275,579.37
      + undetermined amounts

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ........................

      $     807,974,317.98
      + undetermined amounts

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* .........................

      $     808,249,897.35
      + undetermined amounts

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............

   $     794,596,990.00
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............

      $              0.00
      + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............

      **+** $     462,794,067.27
      + undetermined amounts

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b

   $   1,257,391,057.27
   + undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name  Global Eagle Entertainment Inc.

United States Bankruptcy Court for the:_____ District of Delaware

Case number (If known):  20-11835 (JTD)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $ 3,954,375.36 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | |
   |---|---|
   | | $ 3,954,375.37 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See Attached Rider | $ 230,776.24 |
| 7.2. | $ |

Debtor ___Global Eagle Entertainment Inc._____     Case number (if known) _20-11835 (JTD)_____
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _See Attached Rider_____     $_____2,378,430.60

8.2. _____     $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $_____2,609,206.83

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| 11. **Accounts receivable** |  |  |  |  |
| 11a. 90 days old or less: | 857,534.25 face amount | – | 0.00 doubtful or uncollectible accounts | = ...➔ $ 857,534.25 |
| 11b. Over 90 days old: | -583,001.23 face amount | – | 21,641.59 doubtful or uncollectible accounts | = ...➔ $ -604,642.82 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____252,891.43

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** |  |  |
| Name of fund or stock: |  |  |
| 14.1. None | _____ | $ _____0.00 |
| 14.2. _____ | _____ | $ _____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |  |  |
| Name of entity:      % of ownership: |  |  |
| 15.1. See Attached Rider _____ % | _____ | $ _____0.00 |
| 15.2. _____ _____ % | _____ | $ ____ + undetermined amounts |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |  |  |
| Describe: |  |  |
| 16.1. None | _____ | $ _____0.00 |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $_____0.00
           + undetermined amounts

---

Debtor    Global Eagle Entertainment Inc.                           Case number *(if known)* 20-11835 (JTD)
           Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   [X] No. Go to Part 6.
   [ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                          $_____ 0.00
     Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   [ ] No
   [ ] Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   [ ] No
   [ ] Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   [ ] No
   [ ] Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   [X] No. Go to Part 7.
   [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Global Eagle Entertainment Inc._____   Case number (if known)  20-11835 (JTD)_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                              $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attached Rider | $  332,996.47 | | $  332,996.47 |
| 40. **Office fixtures** | | | |
| None | $_____ | | $  0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $  3,875,523.09 | | $  3,875,523.09 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $_____ | | $  0.00 |
| 42.2 | $_____ | | $_____ |
| 42.3 | $_____ | | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                             $  4,208,519.56

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|--------|------|------|------|
| | Name | | |

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $ | | $                 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $                 0.00 |
| 48.2 | $ | | $ |
| **49.  Aircraft and accessories** | | | |
| 49.1 None | $ | | $                 0.00 |
| 49.2 | $ | | $ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $        315,114.88 | | $        315,114.88 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $        315,114.88 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 275,579.37 | | $ 275,579.37<br>+ undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 275,579.37
+ undetermined amounts

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ Undetermined | N/A | $ Undetermined |
| **61. Internet domain names and websites**<br>See Attached Rider | $ Undetermined | N/A | $ Undetermined |
| **62. Licenses, franchises, and royalties**<br>None | $ | | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations**<br>CUSTOMERS' NAMES AND CONTACT INFORMATION | $ Undetermined | N/A | $ Undetermined |
| **64. Other intangibles, or intellectual property**<br>See Attached Rider | $ 12,029,652.00 | | $ 12,029,652.00 |
| **65. Goodwill**<br>160110 Goodwill | $ 46,487,293.62 | Net Book Value | $ 46,487,293.62 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 58,516,945.62
+ undetermined amounts

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (*if known*)    20-11835 (JTD)

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   None. See Global Notes. _____   _____ − _____ = ➡ $ _____
                                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   See Attached Rider _____    Tax year _____   $ _____ 0.00
   _____    Tax year _____   $ _____ + undetermined amounts
   _____    Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

   See Attached Rider _____    $ _____ 0.00
                                                                              + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   None _____    $ _____ 0.00

   **Nature of claim** _____

   **Amount requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   Proof of Claim filed in Air Berlin's bankruptcy for approximately $639,860 in unpaid invoices    $ _____ Undetermined

   **Nature of claim** Claim

   **Amount requested** $ ___ Undetermined

76. **Trusts, equitable or future interests in property**

   None _____    $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   See Attached Rider _____    $ _____ 738,117,264.30
   _____    $ _____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.    $ _____ 738,117,264.30
                                                                              + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number (*if known*)_____ 20-11835 (JTD)

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3,954,375.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,609,206.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 252,891.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 <br> + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,208,519.56 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 315,114.88 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................ ➜ | | $ 275,579.37 <br> + undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 58,516,945.62 <br> + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 738,117,264.30 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 807,974,317.98 <br> + undetermined amounts | + 91b. $ 275,579.37 <br> + undetermined amounts |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................

$ 808,249,897.35
+ undetermined amounts

Debtor Name: Global Eagle Entertainment Inc.                                    Case Number: 20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK, N.A. | Concentration Account | 4856 | $3,932,621.96 |
| CITIBANK, N.A. | Disbursement Account | 4497 | $9,053.40 |
| CITIBANK, N.A. | Lockbox Account | 4864 | $12,700.00 |
| CITIBANK, N.A. | Payroll Account | 4872 | $0.00 |
| UBS FINANCIAL SERVICES INC. | Investment Account | 9578 | $0.00 |
| | | **TOTAL** | **$3,954,375.36** |

Debtor Name:  Global Eagle Entertainment Inc.                    Case Number:   20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Security Deposit | AIR INDIA | $5,700.00 |
| Security Deposit | BRE HH PROPERTY OWNER LLC | $207,327.32 |
| Security Deposit | JOHN POPER AND JACKIE SINGER | $8,000.00 |
| Security Deposit | REGUS BUSINESS CENTER | $4,798.92 |
| Security Deposit | WEWORK | $4,950.00 |
| | **TOTAL** | **$230,776.24** |

Debtor Name: Global Eagle Entertainment Inc.                                   Case Number:  20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Dues & Subscriptions | AMBER ROAD,INC | $891.00 |
| Dues & Subscriptions | AVIATION ISAC | $4,166.67 |
| Dues & Subscriptions | OKTA, INC. | $4,908.00 |
| Dues & Subscriptions | PRACTISING LAW INSTITUTE | $2,808.00 |
| Dues & Subscriptions | SMARTSHEET.COM, INC | $11,661.00 |
| Dues & Subscriptions | ZAPPROVED INC | $4,074.73 |
| Insurance | MARSH USA INC. | $4,315.12 |
| Insurance | WORLDWIDE INSURANCE SERVICES | $877.50 |
| IT Managed Services | AMAZON WEB SERVICES INC | ($42,847.98) |
| Prepaid Dental Claims | CIGNA | $12,329.00 |
| Prepaid Medical Claims | CIGNA | ($97,207.48) |
| Prepaid Rent | CBRE, INC. | $3,082.95 |
| Prepaid Rent | CHICAGO INDUSTRIAL TT, LLC | $3,605.00 |
| Professional & Outside Services | CORNERSTONE ONDEMAND, INC. | $3,993.06 |
| Professional & Outside Services | INNOVA SOLUTIONS | ($14,880.00) |
| Professional & Outside Services | NASDAQ OMX CORPORATE SOLUTIONS LLC | $51,333.32 |
| Professional & Outside Services | PACKET FUSION, INC. | $3,220.65 |
| Professional & Outside Services | REPLICON INC. | $41,976.00 |
| Professional & Outside Services | SOVOS COMPLIANCE LLC | $12,582.55 |
| Repairs, Maintenance And Support Fees | AMAZON WEB SERVICES INC | $16,627.50 |
| Repairs, Maintenance And Support Fees | CDW DIRECT, LLC | $89,758.42 |
| Repairs, Maintenance And Support Fees | INSIGHT DIRECT USA, INC | $25,096.59 |
| Repairs, Maintenance And Support Fees | NAGRAVISION S.A. | $10,675.00 |
| Repairs, Maintenance And Support Fees | ORACLE AMERICA, INC | $66,407.46 |
| Repairs, Maintenance And Support Fees | PC MALL | $2,087.92 |
| Repairs, Maintenance And Support Fees | RIVERSTONE TECHNOLOGY LLC | $2,620.83 |
| Repairs, Maintenance And Support Fees | SPECTRA LOGIC CORPORATION | $3,462.76 |
| Repairs, Maintenance And Support Fees | THOMSON REUTERS TAX & ACCOUNTING | $7,272.84 |
| Retainer | GREENHILL & CO., LLC | $500,000.00 |
| Retainer | LATHAM & WATKINS | $245,036.95 |
| Retainer | PRIME CLERK LLC | $50,000.00 |
| Services | AECOM TECHNICAL SERVICES, INC | $2,800.00 |
| Services | AEROTEK DESIGN LABS, LLC | $47,966.66 |
| Services | INSPERITY BUSINESS SERVICES | $5,585.40 |
| Services | J FRANK ASSOCIATES LLC | $85,000.00 |
| Services | KIRBY MEDIA GROUP LLC | $2,333.22 |
| Services | MARLIN BUSINESS BANK | $11,630.00 |
| Services | MARSH USA INC. | $61,612.23 |
| Services | NAVEX GLOBAL | $8,737.28 |
| Services | PCAOB | $300.00 |
| Services | TABLEAU SOFTWARE, INC. | $32,340.00 |
| Services | UNITED AIRLINES | $215,558.23 |

Debtor Name:  Global Eagle Entertainment Inc.                    Case Number:   20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Services | WORKIVA INC | $14,109.38 |
| Software | AMBER ROAD,INC | $3,250.00 |
| Software | APTTUS CORPORATION | $49,265.10 |
| Software | AUDITBOARD INC. | $37,500.00 |
| Software | DCSC | $715,731.69 |
| Software | DOVE NET TECHNOLOGIES | $863.46 |
| Software | LINKEDIN | $44,407.92 |
| Software | ORACLE AMERICA, INC | $2,420.00 |
| Software | SPORTSDIGITA, LLC | $1,650.00 |
| Software | ZOHO CORPORATION | $5,434.67 |
| | **TOTAL** | **$2,378,430.60** |

Debtor Name: Global Eagle Entertainment Inc.                                   Case Number: 20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Airline Media Productions Inc. | 100% | | Undetermined |
| Emerging Markets Communications, LLC | 100% | | Undetermined |
| Entertainment in Motion, Inc. | 100% | | Undetermined |
| GEE Financing Limited | 100% | | Undetermined |
| Global Eagle Entertainment Operations Solutions, Inc. | 100% | | Undetermined |
| Global Eagle Telecom Licensing Subsidiary LLC | 100% | | Undetermined |
| Inflight Productions USA, Inc. | 100% | | Undetermined |
| Post Modern Edit, Inc. | 100% | | Undetermined |
| Row 44, Inc. | 100% | | Undetermined |
| Western Outdoor Interactive Private Limited | 100% | | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Global Eagle Entertainment Inc.                                          Case Number: 20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 156050 Furniture and Fixtures | $771,578.47 | Net Book Value | $771,578.47 |
| 156250 Accum. Depre. Furniture | ($438,582.00) | Net Book Value | ($438,582.00) |
| | | **TOTAL** | **$332,996.47** |

Debtor Name:        Global Eagle Entertainment Inc.                                            Case Number:        20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 156030 Software | | | $13,976,869.02 | Net Book Value | $13,976,869.02 |
| 156120 CIP Clearing - IDS | | | $276,010.23 | Net Book Value | $276,010.23 |
| 156230 Accum. Depre. Software | | | ($10,377,356.16) | Net Book Value | ($10,377,356.16) |
| | | | | TOTAL | $3,875,523.09 |

Debtor Name:        Global Eagle Entertainment Inc.                                    Case Number:        20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 156010 Equipment Held by Global Eagle | | | $6,191,936.11 | Net Book Value | $6,191,936.11 |
| 156210 Accum. Depre. Equip Held by | | | ($5,876,821.23) | Net Book Value | ($5,876,821.23) |
| | | | | TOTAL | $315,114.88 |

Debtor Name:         Global Eagle Entertainment Inc.                                    Case Number:          20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leasehold Improvements at 1000 Oak Creek Dr., Lombard, IL | Leased Real Property | Undetermined | N/A | Undetermined |
| Leasehold Improvements at 10780 Parkridge Blvd. Reston, VA | Leased Real Property | Undetermined | N/A | Undetermined |
| Leasehold Improvements at 26150 Enterprise Way Suite 400, Lake Forest, CA | Leased Real Property | Undetermined | N/A | Undetermined |
| Leasehold Improvements at 6080 Center Drive Suite 1200, Los Angeles, CA | Leased Real Property | Undetermined | N/A | Undetermined |
| Leasehold Improvements at 63 Eisnehower Rd, Lombard, IL | Leased Real Property | Undetermined | N/A | Undetermined |
| Leasehold Improvements at 6400 S. Fidler Green Circle Suite 250, Greenwood Village, CO | Leased Real Property | Undetermined | N/A | Undetermined |
| 156100 Leasehold Improvements | | $1,031,959.01 | Net Book Value | $1,031,959.01 |
| 156115 CIP Cost | | $261,227.34 | Net Book Value | $261,227.34 |
| 156300 Accum. Depre. LHI | | ($1,017,606.98) | Net Book Value | ($1,017,606.98) |
| | | | **TOTAL** | **$275,579.37** + undetermined amounts |

Part 10, Question 60: Patents, copyrights, trademarks, and trade secrets

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 1 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | ARGENTINA | 3613726 | 6/19/2017 | 2966257 | 11/20/2018 | REGISTERED |
| 2 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | ARGENTINA | 3613727 | 6/19/2017 | 2966747 | 11/20/2018 | REGISTERED |
| 3 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | ARGENTINA | 3613725 | 6/19/2017 | 2966256 | 11/20/2018 | REGISTERED |
| 4 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | ARGENTINA | 3613724 | 6/19/2017 | 2966255 | 11/20/2018 | REGISTERED |
| 5 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | ARGENTINA | 3613722 | 6/19/2017 | 2966253 | 11/20/2018 | REGISTERED |
| 6 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | ARGENTINA | 3613723 | 6/19/2017 | 2966254 | 11/20/2018 | REGISTERED |
| 7 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | BRAZIL | 913046035 | 7/17/2017 | 913046035 | 12/26/2018 | REGISTERED |
| 8 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | BRAZIL | 913046094 | 7/17/2017 | 913046094 | 12/26/2018 | REGISTERED |
| 9 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | BRAZIL | 913046159 | 7/17/2017 | 913046159 | 12/26/2018 | REGISTERED |
| 10 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | BRAZIL | 913046310 | 7/17/2017 | 913046310 | 12/26/2018 | REGISTERED |
| 11 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | BRAZIL | 913046400 | 7/17/2017 | 913046400 | 12/26/2018 | REGISTERED |
| 12 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | BRAZIL | 913046450 | 7/17/2017 | 913046450 | 12/26/2018 | REGISTERED |
| 13 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | CANADA | 1857054 | 9/12/2017 | TMA1,067,788 | 1/3/2020 | REGISTERED |
| 14 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | CANADA | 1857055 | 9/12/2017 | TMA1,067,800 | 1/3/2020 | REGISTERED |
| 15 | Global Eagle Entertainment Inc. | PRIVA | CANADA | 1883168 | 2/14/2018 | - | - | PENDING |
| 16 | Global Eagle Entertainment Inc. | ENRICH TIME | CANADA | 1883169 | 2/14/2018 | - | - | PENDING |
| 17 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | CAYMAN ISLANDS | T0000105 | 8/14/2017 | T0000105 | 8/14/2018 | REGISTERED |
| 18 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | CAYMAN ISLANDS | T0000104 | 8/14/2017 | T0000104 | 8/14/2018 | REGISTERED |
| 19 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | CHINA | 41043657 | 9/16/2019 | - | - | PENDING |
| 20 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | CHINA | 41043656 | 9/16/2019 | - | - | PENDING |
| 21 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | CHINA | 41043655 | 9/16/2019 | - | - | PENDING |
| 22 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | CHINA | 41043654 | 9/16/2019 | - | - | PENDING |
| 23 | Global Eagle Entertainment Inc. | LUMEXIS | CHINA | 6544952 | 2/2/2008 | 6544952 | 3/28/2010 | REGISTERED |
| 24 | Global Eagle Entertainment Inc. | LUMEXIS | CHINA | 6544951 | 2/2/2008 | 6544951 | 7/28/2010 | REGISTERED |
| 25 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | CHINA | 6945260 | 9/9/2008 | 6945260 | 8/21/2010 | REGISTERED |
| 26 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | CHINA | 6945262 | 9/9/2008 | 6945262 | 10/28/2010 | REGISTERED |
| 27 | Global Eagle Entertainment Inc. | WIPAX | CHINA | 10934753 | 5/18/2012 | 10934753 | 12/14/2013 | ABANDONED |
| 28 | Global Eagle Entertainment Inc. | WIPAX | CHINA | 10934754 | 5/18/2012 | 10934754 | 8/28/2013 | REGISTERED |
| 29 | Global Eagle Entertainment Inc. | IPAX | CHINA | 16691854 | 4/13/2015 | 16691854 | 6/7/2016 | REGISTERED |

Debtor Name: Global Eagle Entertainment Inc.    Case 20-11835-JTD    Assets - Real and Personal Property    Doc 261    Filed 08/28/20    Page 38 of 768    Case Number: 20-11835 (JTD)

Part 10, Question 60: Patents, copyrights, trademarks, and trade secrets

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 30 | Global Eagle Entertainment Inc. | IPAX | CHINA | 16691855 | 4/13/2015 | 16691855 | 6/7/2016 | REGISTERED |
| 31 | Global Eagle Entertainment Inc. | FIBER TO THE SEAT | CHINA | 20009744 | 5/19/2016 | 20009744 | 7/7/2017 | REGISTERED |
| 32 | Global Eagle Entertainment Inc. | FIBER TO THE SEAT | CHINA | 20009743 | 5/19/2016 | 20009743 | 7/7/2017 | REGISTERED |
| 33 | Global Eagle Entertainment Inc. | FIBER TO THE SEAT | CHINA | 20009742 | 5/19/2016 | 20009742 | 7/7/2017 | REGISTERED |
| 34 | Global Eagle Entertainment Inc. | EMPHASIS (STYLIZED) | EU (COMMUNITY TRADEMARK) | 2515955 | 12/21/2001 | 2515955 | 5/19/2003 | REGISTERED |
| 35 | Global Eagle Entertainment Inc. | LUMEXIS | EU (COMMUNITY TRADEMARK) | 6631873 | 2/1/2008 | 6631873 | 1/21/2009 | ABANDONED |
| 36 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | EU (COMMUNITY TRADEMARK) | 7149271 | 8/8/2008 | 7149271 | 7/21/2009 | ABANDONED |
| 37 | Global Eagle Entertainment Inc. | WIPAX | EU (COMMUNITY TRADEMARK) | 10895142 | 5/18/2012 | 10895142 | 11/1/2012 | REGISTERED |
| 38 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | CONGO | 1092/RDC/2017 | 9/8/2017 | 1092/2017 | 9/8/2017 | REGISTERED |
| 39 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | CONGO | 1091/RDC/2017 | 9/8/2017 | 1091/2017 | 9/8/2017 | REGISTERED |
| 40 | Global Eagle Entertainment Inc. | ADVANCED INFLIGHT ALLIANCE | GERMANY | 30742617 | 6/27/2007 | DE 30742617 | 12/17/2007 | REGISTERED |
| 41 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | HONG KONG | 304207950 | 7/14/2017 | 304207950 | 7/14/2017 | REGISTERED |
| 42 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | HONG KONG | 304207969 | 7/14/2017 | 304207969 | 7/14/2017 | REGISTERED |
| 43 | Global Eagle Entertainment Inc. | PRIVA | HONG KONG | 304322934 | 11/2/2017 | 304322934 | 11/2/2017 | REGISTERED |
| 44 | Global Eagle Entertainment Inc. | WIPAX | HONG KONG | 302254662 | 5/18/2012 | 302254662 | 5/18/2012 | REGISTERED |
| 45 | Global Eagle Entertainment Inc. | WIPAX & DESIGN | HONG KONG | 302364598 | 9/1/2012 | 302364598 | 7/2/2013 | REGISTERED |
| 46 | Global Eagle Entertainment Inc. | LUMEXIS | HONG KONG | 302433357 | 11/13/2012 | 302433357 | 7/10/2013 | REGISTERED |
| 47 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | HONG KONG | 302433366 | 11/13/2012 | 302433366 | 7/10/2013 | REGISTERED |
| 48 | Global Eagle Entertainment Inc. | IPAX | HONG KONG | 303364443 | 4/8/2015 | 303364443 | 3/18/2016 | REGISTERED |
| 49 | Global Eagle Entertainment Inc. | FIBER TO THE SEAT | HONG KONG | 303776842 | 5/16/2016 | 303776842 | 11/22/2016 | REGISTERED |
| 50 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | INDIA | 3641371 | 6/16/2017 | 3641371 | 10/9/2017 | REGISTERED |
| 51 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | INDIA | 3649658 | 6/16/2017 | 3649658 | 10/23/2017 | REGISTERED |
| 52 | Global Eagle Entertainment Inc. | MAGIC PLANTERN | INDIA | 329463 | 10/3/1977 | 329463 | 10/3/1977 | REGISTERED |
| 53 | Global Eagle Entertainment Inc. | TECHNAMATION | INDIA | 330549 | 11/9/1977 | 330549 | 11/9/1977 | REGISTERED |
| 54 | Global Eagle Entertainment Inc. | WOI (STYLIZED #2) | INDIA | 1230389 | 9/2/2003 | 478871 | 12/3/2005 | REGISTERED |
| 55 | Global Eagle Entertainment Inc. | PLAYPORT (STYLIZED) | INDIA | 1931216 | 3/5/2010 | 1483135 | 2/2/2017 | REGISTERED |
| 56 | Global Eagle Entertainment Inc. | WOI (STYLIZED) | INDIA | 2777895 | 7/21/2014 | 1298167 | 8/4/2016 | REGISTERED |
| 57 | Global Eagle Entertainment Inc. | WOI (STYLIZED) | INDIA | 2777896 | 7/21/2014 | 1298131 | 8/4/2016 | REGISTERED |
| 58 | Global Eagle Entertainment Inc. | WOI (STYLIZED) | INDIA | 2985655 | 6/15/2015 | 2985655 | 6/15/2015 | REGISTERED |

Debtor Name: Global Eagle Entertainment Inc.    Case 20-11835-JTD    Assets - Real and Personal Property    Page 39 of 768    Case Number: 20-11835 (JTD)

Doc 261    Filed 08/28/20

Part 10, Question 60: Patents, copyrights, trademarks, and trade secrets

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 59 | Global Eagle Entertainment Inc. | WOI (STYLIZED #2) | INDIA | 2991473 | 6/22/2015 | 1439088 | 1/12/2017 | REGISTERED |
| 60 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | (WIPO) WORLD INTELLECTUAL PROPERTY ORGANIZATION | 1365876 | 6/16/2017 | 1365876 | 6/16/2017 | REGISTERED |
| 61 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | (WIPO) WORLD INTELLECTUAL PROPERTY ORGANIZATION | 1366315 | 6/16/2017 | 1366315 | 6/16/2017 | REGISTERED |
| 62 | Global Eagle Entertainment Inc. | PRIVA | (WIPO) WORLD INTELLECTUAL PROPERTY ORGANIZATION | 1382973 | 10/23/2017 | 1382973 | 10/23/2017 | REGISTERED |
| 63 | Global Eagle Entertainment Inc. | ENRICH TIME | (WIPO) WORLD INTELLECTUAL PROPERTY ORGANIZATION | 1387821 | 10/23/2017 | 1387821 | 10/23/2017 | REGISTERED |
| 64 | Global Eagle Entertainment Inc. | WIPAX & DESIGN | (WIPO) WORLD INTELLECTUAL PROPERTY ORGANIZATION | 1134491 | 8/31/2012 | 1134491 | 8/31/2012 | ABANDONED |
| 65 | Global Eagle Entertainment Inc. | FIBER TO THE SEAT | (WIPO) WORLD INTELLECTUAL PROPERTY ORGANIZATION | 1339931 | 5/12/2016 | 1339931 | 12/4/2017 | REGISTERED |
| 66 | Global Eagle Entertainment Inc. | LUMEXIS | JAPAN | 2008-007159 | 2/1/2008 | 5310787 | 03/19/210 | REGISTERED |
| 67 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | JAPAN | 2008-058555 | 7/17/2008 | 5409789 | 4/28/2011 | REGISTERED |
| 68 | Global Eagle Entertainment Inc. | WIPAX | JAPAN | 2012-039766 | 5/18/2012 | 5523088 | 9/21/2012 | REGISTERED |
| 69 | Global Eagle Entertainment Inc. | SAILORPHONE | NORWAY | 19964096 | 7/5/1996 | 184624 | 8/29/1997 | ABANDONED |
| 70 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | NORWAY | 201712521 | 9/28/2017 | 1366315 | 6/16/2017 | REGISTERED |
| 71 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | NORWAY | 201712323 | 9/21/2017 | 1365876 | 6/16/2017 | REGISTERED |
| 72 | Global Eagle Entertainment Inc. | GIS GENERAL INDUSTRY SYSTEMS & DESIGN | NORWAY | 200705357 | 5/10/2007 | 241487 | 10/17/2007 | REGISTERED |
| 73 | Global Eagle Entertainment Inc. | WIPAX | RUSSIAN FEDERATION | 2012716158 | 5/18/2012 | 481433 | 2/25/2013 | REGISTERED |
| 74 | Global Eagle Entertainment Inc. | LUMEXIS | RUSSIAN FEDERATION | 2016716752 | 5/13/2016 | - | - | INACTIVE |
| 75 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | RUSSIAN FEDERATION | 2016716753 | 5/13/2016 | - | - | INACTIVE |
| 76 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | SINGAPORE | 40201717757T | 9/12/2017 | 40201717757T | 8/31/2018 | REGISTERED |
| 77 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | SINGAPORE | 40201717756S | 9/12/2017 | 40201717756S | 8/31/2018 | REGISTERED |
| 78 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | SOUTH AFRICA | 2017/16990 | 6/20/2017 | - | - | ALLOWED |
| 79 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | SOUTH AFRICA | 2017/16991 | 6/20/2017 | - | - | ALLOWED |
| 80 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | SOUTH AFRICA | 2017/16989 | 6/20/2017 | - | - | ALLOWED |
| 81 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | SOUTH AFRICA | 2017/16993 | 6/20/2017 | - | - | ALLOWED |
| 82 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | SOUTH AFRICA | 2017/16994 | 6/20/2017 | - | - | ALLOWED |
| 83 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | SOUTH AFRICA | 2017/16992 | 6/20/2017 | - | - | ALLOWED |
| 84 | Global Eagle Entertainment Inc. | LUMEXIS | SOUTH KOREA | 4.52016E+12 | 5/16/2016 | - | - | INACTIVE |
| 85 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | SOUTH KOREA | 4.52016E+12 | 5/16/2016 | - | - | INACTIVE |
| 86 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED ARAB EMIRATES | 279595 | 9/14/2017 | 279595 | 4/16/2018 | REGISTERED |
| 87 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED ARAB EMIRATES | 279596 | 9/14/2017 | 279596 | 4/16/2018 | REGISTERED |

Debtor Name: Global Eagle Entertainment Inc.  Case 20-11835-JTD Assets - Real and Personal Property Filed 08/28/20  Page 40 of 768  Case Number: 20-11835 (JTD)

Part 10, Question 60: Patents, copyrights, trademarks, and trade secrets

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 88 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED ARAB EMIRATES | 279597 | 9/14/2017 | 279597 | 4/16/2018 | REGISTERED |
| 89 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED ARAB EMIRATES | 279598 | 9/14/2017 | 279598 | 4/16/2018 | REGISTERED |
| 90 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED ARAB EMIRATES | 279599 | 9/14/2017 | 279599 | 4/16/2018 | REGISTERED |
| 91 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED ARAB EMIRATES | 279601 | 9/14/2017 | 279601 | 4/16/2018 | REGISTERED |
| 92 | Global Eagle Entertainment Inc. | PRIVA | UNITED ARAB EMIRATES | 281661 | 10/25/2017 | 281661 | 4/16/2018 | REGISTERED |
| 93 | Global Eagle Entertainment Inc. | PRIVA | UNITED ARAB EMIRATES | 281662 | 10/25/2017 | 281662 | 4/16/2018 | REGISTERED |
| 94 | Global Eagle Entertainment Inc. | PRIVA | UNITED ARAB EMIRATES | 281663 | 10/25/2017 | 281663 | 4/16/2018 | REGISTERED |
| 95 | Global Eagle Entertainment Inc. | PRIVA | UNITED ARAB EMIRATES | 281664 | 10/25/2017 | 281664 | 4/16/2018 | REGISTERED |
| 96 | Global Eagle Entertainment Inc. | NAVAERO | UNITED STATES | 76527448 | 6/23/2003 | 3136192 | 8/29/2006 | REGISTERED |
| 97 | Global Eagle Entertainment Inc. | T PAD | UNITED STATES | 76533412 | 7/30/2009 | 3093580 | 5/16/2006 | REGISTERED |
| 98 | Global Eagle Entertainment Inc. | MASFLIGHT | UNITED STATES | 85558485 | 3/2/2012 | 4325665 | 4/23/2013 | REGISTERED |
| 99 | Global Eagle Entertainment Inc. | DOORTRIP | UNITED STATES | 85978766 | 4/5/2012 | 4340073 | 5/21/2013 | ABANDONED |
| 100 | Global Eagle Entertainment Inc. | AIRFLIX | UNITED STATES | 86245975 | 4/8/2014 | - | - | ABANDONED |
| 101 | Global Eagle Entertainment Inc. | EMERGING MARKETS COMMUNICATIONS | UNITED STATES | 78299524 | 9/12/2003 | 2980227 | 7/26/2005 | ABANDONED |
| 102 | Global Eagle Entertainment Inc. | OCEANCASH | UNITED STATES | 74213960 | 10/15/1991 | 1941368 | 12/12/1995 | ABANDONED |
| 103 | Global Eagle Entertainment Inc. | OCEAN CREDIT | UNITED STATES | 74213414 | 10/16/1991 | 1931848 | 10/31/1995 | ABANDONED |
| 104 | Global Eagle Entertainment Inc. | OCEAN CHECK | UNITED STATES | 74245247 | 2/7/1992 | 1937416 | 11/21/1995 | ABANDONED |
| 105 | Global Eagle Entertainment Inc. | OCEANPHONE | UNITED STATES | 74595290 | 11/4/1994 | 2021275 | 12/3/1996 | REGISTERED |
| 106 | Global Eagle Entertainment Inc. | SAILORPHONE | UNITED STATES | 75045230 | 1/18/1996 | 2137758 | 2/17/1998 | ABANDONED |
| 107 | Global Eagle Entertainment Inc. | MARITIME TELECOMMUNICATIONS NETWORK | UNITED STATES | 75741097 | 7/1/1999 | 2426323 | 2/6/2001 | REGISTERED |
| 108 | Global Eagle Entertainment Inc. | OCEANNEWS | UNITED STATES | 76392135 | 4/8/2002 | 2706686 | 4/15/2003 | ABANDONED |
| 109 | Global Eagle Entertainment Inc. | MTN & DESIGN | UNITED STATES | 78464416 | 8/9/2004 | 2998213 | 9/20/2005 | REGISTERED |
| 110 | Global Eagle Entertainment Inc. | MTN & DESIGN | UNITED STATES | 78464450 | 8/9/2004 | 3005864 | 10/11/2005 | REGISTERED |
| 111 | Global Eagle Entertainment Inc. | STM (STYLIZED) | UNITED STATES | 77231490 | 7/17/2007 | 3439563 | 6/3/2008 | ABANDONED |
| 112 | Global Eagle Entertainment Inc. | SUPERPICO | UNITED STATES | 77702736 | 3/31/2009 | 3835901 | 8/17/2010 | ABANDONED |
| 113 | Global Eagle Entertainment Inc. | HD CONNECT | UNITED STATES | 85483041 | 11/29/2011 | 4248976 | 11/27/2012 | REGISTERED |
| 114 | Global Eagle Entertainment Inc. | SPEEDNET | UNITED STATES | 85611357 | 4/29/2012 | 4473349 | 1/28/2014 | REGISTERED |
| 115 | Global Eagle Entertainment Inc. | ZERO LATENCY GATEWAY | UNITED STATES | 85627800 | 5/17/2012 | 4489703 | 2/25/2014 | REGISTERED |
| 116 | Global Eagle Entertainment Inc. | CONNECT AT SEA | UNITED STATES | 85705236 | 8/16/2012 | 4359437 | 6/25/2013 | ABANDONED |

Debtor Name: Global Eagle Entertainment Inc.    Case 20-11835-JTD    Assets - Real and Personal Property    Doc 261    Filed 08/28/20    Page 41 of 768    Case Number: 20-11835 (JTD)

Part 10, Question 60: Patents, copyrights, trademarks, and trade secrets

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 117 | Global Eagle Entertainment Inc. | EMERGING MARKETS COMMUNICATIONS | UNITED STATES | 86024709 | 7/31/2013 | 4517406 | 4/22/2014 | REGISTERED |
| 118 | Global Eagle Entertainment Inc. | AIRCONNECT GLOBAL | UNITED STATES | 86530970 | 2/11/2015 | 5350927 | 12/5/2017 | REGISTERED |
| 119 | Global Eagle Entertainment Inc. | AIRCONNECT GLOBAL | UNITED STATES | 86530971 | 2/11/2015 | 5346645 | 11/28/2017 | REGISTERED |
| 120 | Global Eagle Entertainment Inc. | AIRVIEW | UNITED STATES | 86530997 | 2/11/2015 | 5065001 | 10/18/2016 | REGISTERED |
| 121 | Global Eagle Entertainment Inc. | AIRPRO | UNITED STATES | 86584706 | 4/1/2015 | 5065117 | 10/18/2016 | REGISTERED |
| 122 | Global Eagle Entertainment Inc. | GEE MARITIME | UNITED STATES | 86598810 | 4/15/2015 | 5234649 | 7/4/2017 | REGISTERED |
| 123 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED STATES | 87370557 | 3/14/2017 | 5984777 | 2/11/2020 | REGISTERED |
| 124 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED STATES | 87370576 | 3/14/2017 | 5751837 | 5/14/2019 | REGISTERED |
| 125 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED STATES | 87370590 | 3/14/2017 | 5751838 | 5/14/2019 | REGISTERED |
| 126 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED STATES | 87370600 | 3/14/2017 | 5758187 | 5/21/2019 | REGISTERED |
| 127 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED STATES | 87370620 | 3/14/2017 | 5758188 | 5/21/2019 | REGISTERED |
| 128 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED STATES | 87370626 | 3/14/2017 | 5751839 | 5/14/2019 | REGISTERED |
| 129 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED STATES | 87370666 | 3/14/2017 | 5984778 | 2/11/2020 | REGISTERED |
| 130 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED STATES | 87370677 | 3/14/2017 | 5751840 | 5/14/2019 | REGISTERED |
| 131 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED STATES | 87370695 | 3/14/2017 | 5751841 | 5/14/2019 | REGISTERED |
| 132 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED STATES | 87370714 | 3/14/2017 | 5758189 | 5/21/2019 | REGISTERED |
| 133 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED STATES | 87370752 | 3/14/2017 | 5758190 | 5/21/2019 | REGISTERED |
| 134 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED STATES | 87370765 | 3/14/2017 | 5751842 | 5/14/2019 | REGISTERED |
| 135 | Global Eagle Entertainment Inc. | GLOBAL EAGLE | UNITED STATES | 87370611 | 3/14/2017 | - | - | ABANDONED |
| 136 | Global Eagle Entertainment Inc. | GLOBAL EAGLE (STYLIZED) | UNITED STATES | 87370738 | 3/14/2017 | - | - | ABANDONED |
| 137 | Global Eagle Entertainment Inc. | ENRICH TIME | UNITED STATES | 87619278 | 9/22/2017 | - | - | ABANDONED |
| 138 | Global Eagle Entertainment Inc. | ENRICH TIME | UNITED STATES | 87619259 | 9/22/2017 | 5795125 | 7/2/2019 | REGISTERED |
| 139 | Global Eagle Entertainment Inc. | ENRICH TIME | UNITED STATES | 87619266 | 9/22/2017 | 5795126 | 7/2/2019 | REGISTERED |
| 140 | Global Eagle Entertainment Inc. | ENRICH TIME | UNITED STATES | 87619287 | 9/22/2017 | 5795127 | 7/2/2019 | REGISTERED |
| 141 | Global Eagle Entertainment Inc. | ENRICH TIME | UNITED STATES | 87619298 | 9/22/2017 | 5746458 | 5/7/2019 | REGISTERED |
| 142 | Global Eagle Entertainment Inc. | ENRICH TIME | UNITED STATES | 87619242 | 9/22/2017 | - | - | ALLOWED |
| 143 | Global Eagle Entertainment Inc. | ENRICH TIME | UNITED STATES | 87619254 | 9/22/2017 | - | - | ABANDONED |
| 144 | Global Eagle Entertainment Inc. | PRIVA | UNITED STATES | 87619190 | 9/22/2017 | 6008370 | 3/10/2020 | REGISTERED |
| 145 | Global Eagle Entertainment Inc. | PRIVA | UNITED STATES | 87619114 | 9/22/2017 | - | - | ALLOWED |

Part 10, Question 60: Patents, copyrights, trademarks, and trade secrets

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 146 | Global Eagle Entertainment Inc. | PRIVA | UNITED STATES | 87619159 | 9/22/2017 | 5885930 | 10/15/2019 | REGISTERED |
| 147 | Global Eagle Entertainment Inc. | PRIVA | UNITED STATES | 87619183 | 9/22/2017 | 5795124 | 7/2/2019 | REGISTERED |
| 148 | Global Eagle Entertainment Inc. | PRIVA | UNITED STATES | 87619134 | 9/22/2017 | - | - | ABANDONED |
| 149 | Global Eagle Entertainment Inc. | PRIVA | UNITED STATES | 87619171 | 9/22/2017 | - | - | ABANDONED |
| 150 | Global Eagle Entertainment Inc. | PRIVA | UNITED STATES | 87619145 | 9/22/2017 | 6008369 | 3/10/2020 | REGISTERED |
| 151 | Global Eagle Entertainment Inc. | AIRTIME | UNITED STATES | 87705278 | 12/1/2017 | 5503114 | 6/26/2018 | REGISTERED |
| 152 | Global Eagle Entertainment Inc. | THE LAB.AERO | UNITED STATES | 77441519 | 4/7/2008 | 3966642 | 5/24/2011 | REGISTERED |
| 153 | Global Eagle Entertainment Inc. | LUMEXIS | UNITED STATES | 77246981 | 8/3/2007 | 3719086 | 12/1/2009 | REGISTERED |
| 154 | Global Eagle Entertainment Inc. | LUMEXIS & DESIGN | UNITED STATES | 77500166 | 6/16/2008 | 3699931 | 10/20/2009 | REGISTERED |
| 155 | Global Eagle Entertainment Inc. | FIBER-TO-THE-SCREEN | UNITED STATES | 77835523 | 9/25/2009 | 3901649 | 1/4/2011 | REGISTERED |
| 156 | Global Eagle Entertainment Inc. | FTTS | UNITED STATES | 77835520 | 9/25/2009 | 3901648 | 1/4/2011 | REGISTERED |
| 157 | Global Eagle Entertainment Inc. | IFE AT THE SPEED OF LIGHT | UNITED STATES | 77982056 | 10/12/2009 | 3999178 | 7/19/2011 | ABANDONED |
| 158 | Global Eagle Entertainment Inc. | IFE AT THE SPEED OF LIGHT | UNITED STATES | 77847088 | 10/12/2009 | 4268556 | 1/1/2013 | ABANDONED |
| 159 | Global Eagle Entertainment Inc. | IFE AT THE SPEED OF LIGHT | UNITED STATES | 88/496,141 | 7/1/2019 | - | - | ALLOWED |
| 160 | Global Eagle Entertainment Inc. | THE FUTURE OF IFE | UNITED STATES | 86378413 | 8/27/2014 | 4978727 | 6/14/2016 | REGISTERED |

Debtor Name: Global Eagle Entertainment Inc.                                      Case Number: 20-11835

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

ACCESSPME.COM

AIALLIANCE.COM

AIRNEWZEALANDIFE.COM

AIRTIMEATSEA.COM

AIRTIMEINFLIGHT.COM

CONNECTATSEA.BIZ

CONNECTATSEA.INFO

CONNECTATSEA.NET

CONNECTATSEA.ORG

CRITERIONPIC.COM

CRITERIONPICUSA.COM

DCLGUEST.COM

DIALASHIP.COM

DIGITALSEAS.COM

DIGITALSEAS.IO

DTISOFT.CA

DTISOFT.COM

DTISOFT.INFO

DTISOFT.NET

DTISOFTWARE.COM

DTVDS.COM

EMCCONNECT.COM

EMCCONNECT.NET

EMCCONNECT.ORG

EMCCONNECTED.COM

EMCCONNECTED.NET

EMCCONNECTED.ORG

EMC-CORP.NET

EMCMAESTRO.COM

EMCONNECTED.COM

EMCREMIT.COM

EMPHASIS.NET

EMPHASIS-VIDEO.COM

EMPHASIS-VIDEO.NET

ENTDATAHUB.COM

ENTERTAINMENTINMOTION.
COM

EVERYMOMENTCONNECTE
D.COM

FAIRDEALENTERTAINMENT.
COM

GEE.MEDIA

GEEAPI.COM

GEECONNECTIONSERVICE
S.COM

GEEDATAHUB.COM

GEEELEVATE.COM

GEELABO365.COM

GEEMARITIME.COM

GEEMEDIA.COM

GETSPEEDNET.COM

GLOBALEAGLE.COM

GLOBALEAGLE.IO

GLOBALEAGLE.NET

GLOBALEAGLE.NET.CN

GLOBALEAGLE.SUPPORT

GLOBALEAGLEADVERTISIN
G.COM

GLOBALEAGLEENT.COM

GLOBALEAGLESERVICES.C
OM

GO-VSAT.COM

ICELANDAIRWIFI.COM

ICGWS.COM

IFPMAX.COM

IPSEC.TECH

IRISIFE.COM

ITF.CA

KLMIFE.COM

LUMEXIS.BIZ

LUMEXIS.COM

LUMEXIS.NET

LUMEXIS.ORG

LUMEXIS.TV

MASFLIGHT.COM

MASFLIGHT.INFO

MASFLIGHT.NET

MASFLIGHTAPI.COM

MASFLIGHTBIGDATA.COM

MASFLIGHTDATAHUB.COM

MASFLIGHTS.NET

MIKROSAT.NET

MIKROSAT.US

MTNGOV.COM

MTNGS.COM

MTNMAESTRO.COM

MTNSAT.COM

MTNSAT.IO

MTNSAT.NET

MTNSATCLOUD.COM

MTNSATCLOUD.NET

MYOCEANPRIME.COM

NAVAERO.COM

NORWEGIANWIFI.COM

NORWEGIANWIFI.NET

OCEANPHONESHOP.COM

OCEANPHONESHOP.NET

OCEANPRIME.TV

POSTMODERNEDIT.COM

POSTMODERNGROUP.COM

PRIVA.VIP

ROW44.COM

ROW44.NET

ROW44SERVICES.COM

SEAMOBILE.COM

SEAMOVIES.COM

SKYFILMS.COM

SOUTHWESTWI-FI.NET

SPEEDNET-EMC.COM

SPEEDNET-EMC.NET

SPEEDNET-EMC.ORG

UNITEDPRIVATESCREENIN
G.COM

VANTAGECONSOLE.COM

VANTAGECONSOLE.NET

VIETNAMAIRLINES-
GEHUB.COM

VISUALED.COM

VODANET-TELECOM.COM

环球鹰.COM
(GLOBALEAGLE.COM)

Debtor Name: Global Eagle Entertainment Inc.                                    Case Number: 20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 10, Question 64:** Other intangibles, or intellectual property

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 157011 Acquired Technology | $3,274,500.00 | Net Book Value | $3,274,500.00 |
| 157016 Acquired Technology - Games | $12,330,500.00 | Net Book Value | $12,330,500.00 |
| 157030 Intangibles - Cust. Relation | $82,658,000.00 | Net Book Value | $82,658,000.00 |
| 157061 Developed Software - Internal | $7,317,000.00 | Net Book Value | $7,317,000.00 |
| 157561 Developed Software - Internal - Accumulated Amortization | ($6,173,738.00) | Net Book Value | ($6,173,738.00) |
| 157511 Acquired Technology - Accumulated Amortization | ($3,274,484.00) | Net Book Value | ($3,274,484.00) |
| 157516 Acquired Technology - Games - Accumulated Amortization | ($12,330,485.00) | Net Book Value | ($12,330,485.00) |
| 157530 Intangibles - Cust. Relation - Accumulate Amortization | ($71,771,641.00) | Net Book Value | ($71,771,641.00) |
| | | **TOTAL** | **$12,029,652.00** |

**Part 10, Question 64:** Other intangibles, or intellectual property

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 1 | Global Eagle Entertainment Inc. | ANTENNA SYSTEM | UNITED STATES | 10/900,020 | 7/26/2004 | 7068235 | 6/27/2006 | ISSUED |
| 2 | Global Eagle Entertainment Inc. | ANTENNA SYSTEM | UNITED STATES | 11/426,901 | 6/27/2006 | 7388551 | 6/17/2008 | ISSUED |
| 3 | Global Eagle Entertainment Inc. | RF SHIELDING FOR AIRCRAFT WINDOWS | UNITED STATES | 11/187,062 | 7/21/2005 | 7350753 | 4/1/2008 | ISSUED |
| 4 | Global Eagle Entertainment Inc. | METHOD AND APPARATUS FOR CONNECTING A NETWORK OF ELECTRONIC SIGNS | UNITED STATES | 11/673,502 | 2/9/2007 | 7783575 | 8/24/2010 | ISSUED |
| 5 | Global Eagle Entertainment Inc. | METHOD AND APPARATUS FOR CONNECTING A NETWORK OF ELECTRONIC SIGNS | UNITED STATES | 12/845,572 | 6/28/2010 | 8209261 | 6/26/2012 | ISSUED |
| 6 | Global Eagle Entertainment Inc. | METHOD AND APPARATUS FOR DEFINING, DISTRIBUTING AND REDEEMING SMS AND MMS COUPONS | UNITED STATES | 11/681,101 | 3/1/2007 | 8086488 | 12/27/2011 | ISSUED |
| 7 | Global Eagle Entertainment Inc. | METHOD AND APPARATUS FOR CONNECTING A NETWORK FOR ELECTRONIC SIGNS (CONTINUATION OF P15C70) | UNITED STATES | 13/532,552 | 6/25/2012 | 9489678 | 11/8/2016 | ISSUED |
| 8 | Global Eagle Entertainment Inc. | METHOD AND APPARATUS FOR DEFINING, DISTRIBUTING AND REDEEMING SMS AND MMS COUPONS | UNITED STATES | 13/333,698 | 12/21/2011 | 8818842 | 8/26/2014 | ISSUED |
| 9 | Global Eagle Entertainment Inc. | SYSTEM FOR SYNCHRONIZING TELEPHONES AND ELECTRONIC DISPLAYS | UNITED STATES | 12/106,880 | 4/21/2009 | 8537982 | 9/17/2013 | ISSUED |
| 10 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR INTEGRATED TRIP PLANNING BASED ON FIXED AND FLEXIBLE ITINERARY COMPONENTS | UNITED STATES | 13/436,734 | 3/30/2012 | 9255809 | 2/9/2016 | ISSUED |
| 11 | Global Eagle Entertainment Inc. | FIBER-TO-THE-SEAT IN FLIGHT ENTERTAINMENT | CHINA | 2.0068E+11 | 9/19/2006 | CN101268640 B | 5/20/2015 | ISSUED |
| 12 | Global Eagle Entertainment Inc. | FIBER-TO-SEAT (FTTS) FIBER DISTRIBUTION SYSYTEM | UNITED STATES | 11/853,729 | 9/11/2007 | 8184974 | 5/22/2012 | ISSUED |
| 13 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | UNITED STATES | 12/847,924 | 7/30/2010 | 8659990 | 2/25/2014 | ISSUED |
| 14 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | UNITED STATES | 14/185,599 | 2/20/2014 | 9118547 | 8/25/2015 | ISSUED |
| 15 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | UNITED STATES | 14/823,845 | 8/11/2015 | 9532082 | 12/27/2016 | ISSUED |
| 16 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | CHINA | 2.0108E+11 | 7/30/2010 | 102576356 B | 4/27/2016 | ISSUED |
| 17 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | EUROPEAN PATENT OFFICE | 10806973.3 | 7/30/2010 | EP2462513 | 12/19/2018 | ISSUED |
| 18 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | FRANCE | 10806973.3 | 7/30/2010 | EP2462513 | 12/19/2018 | ISSUED |
| 19 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | GERMANY | 10806973.3 | 7/30/2010 | EP2462513 | 12/19/2018 | ISSUED |
| 20 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | IRELAND | 10806973.3 | 7/30/2010 | EP2462513 | 12/19/2018 | ISSUED |
| 21 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | SPAIN | 10806973.3 | 7/30/2010 | EP2462513 | 12/19/2018 | ISSUED |
| 22 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | NORWAY | 10806973.3 | 7/30/2010 | EP2462513 | 12/19/2018 | ISSUED |
| 23 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | UNITED KINGDOM | 10806973.3 | 7/30/2010 | EP2462513 | 12/19/2018 | ISSUED |
| 24 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | JAPAN | 2012-523673 | 7/30/2010 | 5596145 | 8/15/2014 | ISSUED |
| 25 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER-TO-THE-SEAT INFLIGHT ENTERTAINMENT SYSTEM | RUSSIAN FEDERATION | 2012105458 | 7/30/2010 | 2550537 | 5/10/2015 | ISSUED |
| 26 | Global Eagle Entertainment Inc. | VIDEO DISPLAY UNIT DOCKING ASSEMBLY FOR FIBER-TO-THE-SCREEN INFLIGHT ENTERTAINMENT SYSTEM | UNITED STATES | 12/856,487 | 8/13/2010 | 8424045 | 4/16/2013 | ISSUED |

Part 10, Question 64: Other intangibles, or intellectual property

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 27 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER OPTIC INFLIGHT ENTERTAINMENT SYSTEM NETWORK CONFIGURATION | UNITED STATES | 12/860,437 | 8/20/2010 | 8416698 | 4/9/2013 | ISSUED |
| 28 | Global Eagle Entertainment Inc. | SERIAL NETWORKING FIBER OPTIC INFLIGHT ENTERTAINMENT SYSTEM NETWORK CONFIGURATION | UNITED STATES | 13/685,525 | 11/26/2012 | 9036487 | 5/19/2015 | ISSUED |
| 29 | Global Eagle Entertainment Inc. | INFLIGHT ENTERTAINMENT SYSTEM NETWORK CONFIGURATIONS | UNITED STATES | 14/715,437 | 5/18/2015 | 9344351 | 5/17/2016 | ISSUED |
| 30 | Global Eagle Entertainment Inc. | INFLIGHT ENTERTAINMENT SYSTEM POWER PROVISIONING | UNITED STATES | 12/927,493 | 11/16/2010 | 8487483 | 7/16/2013 | ISSUED |
| 31 | Global Eagle Entertainment Inc. | SEAT END PROGRAM CACHE UPDATES FOR INFLIGHT ENTERTAINMENT SYSTEM | UNITED STATES | 13/629,851 | 9/28/2012 | 8689264 | 4/1/2014 | ISSUED |
| 32 | Global Eagle Entertainment Inc. | INFLIGHT ENTERTAINMENT SYSTEM WITH SELECTIVELY PRELOADED SEAT END VIDEO CACHES | UNITED STATES | 13/599,128 | 8/30/2012 | 9043846 | 05/26/20015 | ISSUED |
| 33 | Global Eagle Entertainment Inc. | PERSONAL INTERACTIVE OVERHEAD PROJECTION INFLIGHT ENTERTAINMENT SYSTEM | UNITED STATES | 13/735,526 | 1/7/2013 | 9158185 | 10/13/2015 | ISSUED |
| 34 | Global Eagle Entertainment Inc. | NOISE REDUCTION SYSTEM AND METHOD THEREOF | UNITED STATES | 11/482,197 | 7/7/2006 | 7729657 | 6/1/2010 | ISSUED |
| 35 | Global Eagle Entertainment Inc. | NOISE REDUCTION SYSTEM AND METHOD THEREOF | UNITED STATES | 12/124,379 | 5/21/2008 | 8238817 | 8/7/2012 | ISSUED |
| 36 | Global Eagle Entertainment Inc. | NOISE REDUCTION SYSTEM AND METHOD THEREOF | UNITED STATES | 12/185,030 | 8/1/2008 | 7522877 | 4/21/2009 | ISSUED |
| 37 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR REDUCING VSAT APERTURES VIA SATELLITE MIMO | UNITED STATES | 12/567,246 | 9/25/2009 | 8346162 | 1/1/2013 | ISSUED |
| 38 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | UNITED STATES | 12/549,066 | 8/27/2009 | 8285203 | 10/9/2012 | ISSUED |
| 39 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | UNITED STATES | 12/771,628 | 4/30/2010 | 8340574 | 12/25/2012 | ISSUED |
| 40 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | UNITED STATES | 12/822,759 | 6/24/2010 | 7907894 | 3/15/2011 | ISSUED |
| 41 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | EUROPEAN PATENT OFFICE | 20100165565 | 6/10/2010 | EP2285173 | 12/14/2016 | ISSUED |
| 42 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | FRANCE | 10165565.2 | 6/10/2010 | EP2285173 | 12/14/2016 | ISSUED |
| 43 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | GERMANY | 20100165565 | 6/10/2010 | DE602010038740.2 | 12/14/2016 | ISSUED |

**Part 10, Question 64:** Other intangibles, or intellectual property

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 44 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | SPAIN | 20100165565 | 6/10/2010 | EP2285173 | 12/14/2016 | ISSUED |
| 45 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | NORWAY | 10165565.2 | 6/10/2010 | EP2285173 | 12/14/2016 | ISSUED |
| 46 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ENABLING ULTRA SMALL APERTURE COMMUNICATION ANTENNA USING SPECTRAL REPLICATION AND COHERENT FREQUENCY AND PHASE COMBINING | UNITED KINGDOM | 20100165565 | 6/10/2010 | EP2285173 | 12/14/2016 | ISSUED |
| 47 | Global Eagle Entertainment Inc. | SHORT-PERIODICITY CARRIER ACQUISITION FOR SATCOM INTERFERENCE CANCELLATION | UNITED STATES | 12/946,492 | 11/15/2010 | 8335468 | 12/18/2012 | ISSUED |
| 48 | Global Eagle Entertainment Inc. | SHORT-PERIODICITY CARRIER ACQUISITION FOR SATCOM INTERFERENCE CANCELLATION | EUROPEAN PATENT OFFICE | 20110188911 | 11/11/2011 | EP2453591 | 2/16/2012 | ISSUED |
| 49 | Global Eagle Entertainment Inc. | VIDEO MANAGEMENT SYSTEM OVER SATELLITE | UNITED STATES | 13/424,012 | 3/19/2012 | 8384758 | 2/26/2013 | ISSUED |
| 50 | Global Eagle Entertainment Inc. | AUTOMATIC UPLINK POWER CONTROL IN INTERFERENCE CANCELLATION BASED SPECTRAL REUSE | UNITED STATES | 13/280,616 | 10/25/2011 | 8879982 | 11/4/2014 | ISSUED |
| 51 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ZERO LATENCY BROWSING | UNITED STATES | 13/410,599 | 3/2/2012 | 8954600 | 2/10/2015 | ISSUED |
| 52 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ZERO LATENCY BROWSING | UNITED STATES | 14/618,631 | 2/10/2015 | 9661059 | 5/23/2017 | ISSUED |
| 53 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ZERO LATENCY BROWSING | EUROPEAN PATENT OFFICE | 20120151138 | 1/13/2012 | - | - | PENDING |
| 54 | Global Eagle Entertainment Inc. | POWER BOOSTER IN AN MEO SETTING | UNITED STATES | 13/834,960 | 3/15/2013 | 9130644 | 9/8/2015 | ISSUED |
| 55 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | EUROPEAN PATENT OFFICE | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 56 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | FRANCE | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 57 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | GERMANY | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 58 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | NORWAY | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 59 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | SPAIN | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 60 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | UNITED KINGDOM | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |

Part 10, Question 64: Other intangibles, or intellectual property

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 61 | Global Eagle Entertainment Inc. | NETWORK COMMUNICATION SYSTEM AND METHOD WITH WEB PUSH PROTOCOL | UNITED STATES | 15/138,874 | 4/26/2016 | 10567541 | 2/18/2020 | ISSUED |
| 62 | Global Eagle Entertainment Inc. | NETWORK COMMUNICATION SYSTEM AND METHOD WITH WEB PUSH PROTOCOL | EUROPEAN PATENT OFFICE | 17155705.1 | 2/10/2017 | EP3206376 | - | PENDING |
| 63 | Global Eagle Entertainment Inc. | PHYSICAL LAYER HAND-OFF AND DIVERSITY COMBINING IN NON-GEOSTATIONARY SATELLITE CONSTELLATION | UNITED STATES | 14/979,261 | 12/22/2015 | 9775191 | 9/26/2017 | ISSUED |
| 64 | Global Eagle Entertainment Inc. | LOOPBACK SATELLITE TRANSPONDER PRE-DISTORTER | UNITED STATES | 15/141,552 | 4/28/2016 | 10027404 | 7/17/2018 | ISSUED |
| 65 | Global Eagle Entertainment Inc. | LOOPBACK SATELLITE TRANSPONDER PRE-DISTORTER | EUROPEAN PATENT OFFICE | 16207582 | 12/30/2016 | EP3190720 | 7/12/2017 | ISSUED |
| 66 | Global Eagle Entertainment Inc. | LOOPBACK SATELLITE TRANSPONDER | FRANCE | 16207582 | 12/30/2016 | EP3190720 | 7/12/2017 | ISSUED |
| 67 | Global Eagle Entertainment Inc. | LOOPBACK SATELLITE TRANSPONDER | GERMANY | 16207582 | 12/30/2016 | EP3190720 | 7/12/2017 | ISSUED |
| 68 | Global Eagle Entertainment Inc. | LOOPBACK SATELLITE TRANSPONDER | NORWAY | 16207582 | 12/30/2016 | EP3190720 | 7/12/2017 | ISSUED |
| 69 | Global Eagle Entertainment Inc. | LOOPBACK SATELLITE TRANSPONDER | SPAIN | 16207582 | 12/30/2016 | EP3190720 | 7/12/2017 | ISSUED |
| 70 | Global Eagle Entertainment Inc. | LOOPBACK SATELLITE TRANSPONDER | UNITED KINGDOM | 16207582 | 12/30/2016 | EP3190720 | 7/12/2017 | ISSUED |
| 71 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE | UNITED STATES | 15/375,669 | 12/12/2016 | 9900047 | 2/20/2018 | ISSUED |
| 72 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | BELGIUM | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 73 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | EUROPEAN PATENT OFFICE | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 74 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | FRANCE | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 75 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | GERMANY | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 76 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | IRELAND | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 77 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | LUXEMBOURG | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 78 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | MONACO | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 79 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | SPAIN | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 80 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | SWITZERLAND | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 81 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | NORWAY | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |
| 82 | Global Eagle Entertainment Inc. | MULTI-CHANNEL SPREAD SPECTRUM RETURN CHANNEL FOR ULTRA SMALL APERTURE TERMINALS (USATS) | UNITED KINGDOM | 17165431.2 | 4/7/2017 | EP3232583 | 6/12/2019 | ISSUED |

**Part 10, Question 64:** Other intangibles, or intellectual property

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 83 | Global Eagle Entertainment Inc. | SYSTEM AND METHOD FOR ZERO LATENCY BROWSING | UNITED STATES | 15/581,648 | 4/28/2017 | 10158692 | 12/18/2018 | ISSUED |
| 84 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | FRANCE | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 85 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | GERMANY | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 86 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | SPAIN | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 87 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | NORWAY | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 88 | Global Eagle Entertainment Inc. | SEAMLESS HAND-OFF FROM A DESCENDING SATELLITE TO AN ASCENDING SATELLITE IN EQUATORIAL EARTH ORBIT (MEO) CONSTELLATION | UNITED KINGDOM | 14159543.9 | 3/13/2014 | EP2779482 | 5/10/2017 | ISSUED |
| 89 | Global Eagle Entertainment Inc. | DYNAMICALLY RECONFIGURING SATELLITE POOLS OF BANDWIDTH BASED ON REAL-TIME AND PREDETERMINED FACTORS | UNITED STATES | 13/957,335 | 8/1/2013 | 9185603 | 11/10/2015 | ISSUED |
| 90 | Global Eagle Entertainment Inc. | CONFIGURING WAN BACKLINK BANDWIDTH FOR A MOBILE COMMUNICATION PLATFORM BASED ON REAL-TIME AND PREDETERMINED FACTORS | UNITED STATES | 14/184,292 | 2/19/2014 | 9609550 | 3/28/2017 | ISSUED |
| 91 | Global Eagle Entertainment Inc. | SYSTEM TO FORM AND MANAGE BONDED CHANNEL COMPRISING SATELLITE AND WIFI BANDWIDTH | UNITED STATES | 14/184,451 | 2/19/2014 | 9615293 | 4/4/2017 | ISSUED |
| 92 | Global Eagle Entertainment Inc. | WIFI COORDINATION OF SATELLITE CHANNELS BETWEEN MOVING VESSELS | UNITED STATES | 13/960,771 | 8/6/2013 | 9178606 | 11/3/2015 | ISSUED |
| 93 | Global Eagle Entertainment Inc. | WIFI COORDINATION OF SATELLITE CHANNELS BETWEEN MOVING VESSELS | UNITED STATES | 14/185,876 | 2/20/2014 | 9287966 | 3/15/2016 | ISSUED |
| 94 | Global Eagle Entertainment Inc. | ROAMING CONTENT CACHE UPDATE AND REPORTING SYSTEM | UNITED STATES | 13/962,851 | 8/8/2013 | 9100089 | 8/4/2015 | ISSUED |
| 95 | Global Eagle Entertainment Inc. | REAL TIME DATA METER | UNITED STATES | 13/969,614 | 8/19/2013 | 10237763 | 3/19/2019 | ISSUED |
| 96 | Global Eagle Entertainment Inc. | DUAL ANTENNA TRANSFER SWITCH SYSTEM, METHOD AND APPARATUS | UNITED STATES | 13/245,691 | 9/26/2011 | 8730103 | 5/20/2014 | ISSUED |
| 97 | Global Eagle Entertainment Inc. | DUAL ANTENNA TRANSFER SWITCH SYSTEM, METHOD AND APPARATUS | UNITED STATES | 14/273,429 | 5/8/2014 | 9431701 | 8/30/2016 | ISSUED |
| 98 | Global Eagle Entertainment Inc. | TRACKING PASSENGERS ON CRUISE SHIPS | UNITED STATES | 12/617,207 | 11/12/2009 | 8514069 | 8/20/2013 | ISSUED |
| 99 | Global Eagle Entertainment Inc. | TRACKING PASSENGERS ON CRUISE SHIPS | UNITED STATES | 13/947,484 | 7/22/2013 | 8823517 | 9/2/2014 | ISSUED |
| 100 | Global Eagle Entertainment Inc. | TRACKING PASSENGERS ON CRUISE SHIPS | UNITED STATES | 14/449,747 | 8/1/2014 | 9159212 | 10/13/2015 | ISSUED |
| 101 | Global Eagle Entertainment Inc. | LOCAL EVENT OVERLAYS TO GLOBAL SOCIAL MEDIA NETWORK | UNITED STATES | 14/043,819 | 10/1/2013 | 9160801 | 10/13/2015 | ISSUED |
| 102 | Global Eagle Entertainment Inc. | POST IT NOW CONTENT PROMOTION ABOARD A MOBILE COMMUNICATION PLATFORM | UNITED STATES | 14/186,168 | 2/21/2014 | 9794325 | 10/17/2017 | ISSUED |
| 103 | Global Eagle Entertainment Inc. | CROWD SOURCED CONTENT FOR LOCAL SOCIAL MEDIA CONTEXT ABOARD A MOBILE COMMUNICATIONS PLATFORM | UNITED STATES | 14/186,388 | 2/21/2014 | 9578103 | 2/21/2017 | ISSUED |

Part 10, Question 64: Other intangibles, or intellectual property

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 104 | Global Eagle Entertainment Inc. | LOCAL EVENT OVERLAYS TO GLOBAL SOCIAL MEDIA NETWORK | UNITED STATES | 14/517,409 | 10/17/2014 | 9184925 | 11/10/2015 | ISSUED |
| 105 | Global Eagle Entertainment Inc. | MULTI-ANTENNA/MULTILINK DIVERSITY MANAGEMENT FOR MOBILE COMMUNICATION PLATFORM | UNITED STATES | 14/054,798 | 10/15/2013 | 8885756 | 11/11/2014 | ISSUED |
| 106 | Global Eagle Entertainment Inc. | ONBOARD ACTIVITY INFLUENCED MULTI-ANTENNA PAIRING SYSTEM FOR MOBILE COMMUNICATION PLATFORM | UNITED STATES | 14/185,889 | 2/20/2014 | 8891660 | 11/18/2014 | ISSUED |
| 107 | Global Eagle Entertainment Inc. | MULTI-ANTENNA/MULTILINK DIVERSITY MANAGEMENT FOR MOBILE COMMUNICATION PLATFORM | UNITED STATES | 14/510,320 | 10/9/2014 | 8995558 | 3/31/2015 | ISSUED |
| 108 | Global Eagle Entertainment Inc. | ONBOARD ACTIVITY INFLUENCED MULTI-ANTENNA PAIRING SYSTEM FOR MOBILE COMMUNICATION PLATFORM | UNITED STATES | 14/672,079 | 3/27/2015 | 9900062 | 2/20/2018 | ISSUED |
| 109 | Global Eagle Entertainment Inc. | DIGITAL PHOTOGRAPH GROUP EDITING AND ACCESS | UNITED STATES | 14/149,671 | 1/7/2014 | 8824751 | 9/2/2014 | ISSUED |
| 110 | Global Eagle Entertainment Inc. | DIGITAL PHOTOGRAPH GROUP EDITING AND ACCESS | UNITED STATES | 14/449,605 | 8/1/2014 | 9300706 | 3/29/2016 | ISSUED |
| 111 | Global Eagle Entertainment Inc. | DATA ARCHIVE FROM ISOLATED LOCATIONS | UNITED STATES | 14/152,990 | 1/10/2014 | 9112578 | 8/18/2015 | ISSUED |
| 112 | Global Eagle Entertainment Inc. | ASSOCIATION OF DIVERSE APPLICATION LOGIC ACROSS MULTIPLE DISTINCT DEVICES WITH PRIORITY BANDWIDTH CHANNEL | UNITED STATES | 14/327,456 | 7/9/2014 | 9209985 | 12/8/2015 | ISSUED |
| 113 | Global Eagle Entertainment Inc. | SYSTEM TO ENABLE PRIORITY BANDWIDTH FOR PARTICULAR IP ADDRESSES DURING LIMITED DURATION EVENT | UNITED STATES | 14/281,824 | 5/19/2014 | 9210102 | 12/8/2015 | ISSUED |
| 114 | Global Eagle Entertainment Inc. | PREVENTING MOBILE COMMUNICATIONS IN A QUIET ZONE USING ARTIFICIALLY IMPOSED SIGNAL TIME DELAY | UNITED STATES | 12/035,399 | 2/21/2008 | 7945167 | 5/17/2011 | ISSUED |
| 115 | Global Eagle Entertainment Inc. | MARITIME SAFETY SYSTEMS FOR CREW AND PASSENGERS | UNITED STATES | 14/300,187 | 6/9/2014 | 9106810 | 8/11/2015 | ISSUED |
| 116 | Global Eagle Entertainment Inc. | EVENT LOGGING AND REPLAY SYSTEM AND PROCESS FOR MOBILE COMMUNICATION PLATFORM | UNITED STATES | 14/335,350 | 7/18/2014 | 9078105 | 7/7/2015 | ISSUED |
| 117 | Global Eagle Entertainment Inc. | DYNAMICALLY RECONFIGURED GEO-FENCE BOUNDARIES | UNITED STATES | 14/309,891 | 6/20/2014 | 9042911 | 5/26/2015 | ISSUED |
| 118 | Global Eagle Entertainment Inc. | DYNAMICALLY RECONFIGURED GEO-FENCE BOUNDARIES | UNITED STATES | 14/720,960 | 5/25/2015 | 9462420 | 10/4/2016 | ISSUED |
| 119 | Global Eagle Entertainment Inc. | OPTIONAL COMPRESSION OF SECURE NETWORK TRAFFIC | UNITED STATES | 14/328,563 | 7/10/2014 | 9461971 | 10/4/2016 | ISSUED |
| 120 | Global Eagle Entertainment Inc. | SWITCHING COMMUNICATION NETWORKS ABOARD A MOVING VESSEL BASED ON CONTROL OF PRIORITY | UNITED STATES | 15/686,602 | 8/25/2017 | 10326521 | 6/18/2019 | ISSUED |
| 121 | Global Eagle Entertainment Inc. | SHORT-PERIODICITY CARRIER ACQUISITION FOR SATCOM INTERFERENCE CANCELLATION | FRANCE | 20110188911 | 11/11/2011 | EP2453591 | 2/16/2012 | ISSUED |
| 122 | Global Eagle Entertainment Inc. | SHORT-PERIODICITY CARRIER ACQUISITION FOR SATCOM INTERFERENCE CANCELLATION | GERMANY | 20110188911 | 11/11/2011 | EP2453591 | 2/16/2012 | ISSUED |
| 123 | Global Eagle Entertainment Inc. | SHORT-PERIODICITY CARRIER ACQUISITION FOR SATCOM INTERFERENCE CANCELLATION | SPAIN | 20110188911 | 11/11/2011 | EP2453591 | 2/16/2012 | ISSUED |
| 124 | Global Eagle Entertainment Inc. | SHORT-PERIODICITY CARRIER ACQUISITION FOR SATCOM INTERFERENCE CANCELLATION | NORWAY | 20110188911 | 11/11/2011 | EP2453591 | 2/16/2012 | ISSUED |
| 125 | Global Eagle Entertainment Inc. | SHORT-PERIODICITY CARRIER ACQUISITION FOR SATCOM INTERFERENCE CANCELLATION | UNITED KINGDOM | 20110188911 | 11/11/2011 | EP2453591 | 2/16/2012 | ISSUED |
| 126 | Global Eagle Entertainment Inc. | DATA FLOW CONTROL FOR DUAL ENDED TRANSMISSION CONTROL PROTOCOL PERFORMANCE ENHANCEMENT PROXIES | UNITED STATES | 15/969,613 | 5/2/2018 | 10536382 | 1/14/2020 | ISSUED |

**Part 10, Question 64:** Other intangibles, or intellectual property

| | OWNER | TRADEMARK | JURISDICTION | APPLICATION NUMBER | APPLICATION DATE | REGISTRATION NUMBER | REGISTRATION DATE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 127 | Global Eagle Entertainment Inc. | DATA FLOW CONTROL FOR DUAL ENDED TRANSMISSION CONTROL PROTOCOL PERFORMANCE ENHANCEMENT PROXIES | EUROPEAN PATENT OFFICE | 18170803.3 | 5/4/2018 | EP3399707A1 | - | PENDING |
| 128 | Global Eagle Entertainment Inc. | IMPROVED BANDWIDTH AND BUFFERING DELAY ESTIMATION IN SATELLITE LINKS USING REINFORCEMENT LEARNING AND SIMULATED ANNEALING | UNITED STATES | 63/003,999 | 4/2/2020 | - | - | PENDING |
| 129 | Global Eagle Entertainment Inc. | INFLIGHT COMMUNICATION SYSTEM | EUROPEAN PATENT OFFICE | 10822547.5 | 10/5/2010 | - | - | PENDING |
| 130 | Global Eagle Entertainment Inc. | DATA FLOW CONTROL FOR DUAL ENDED TRANSMISSION CONTROL PROTOCOL PERFORMANCE ENHANCEMENT PROXIES | UNITED STATES | 16/654,964 | 10/16/2019 | - | - | PENDING |

Debtor Name: Global Eagle Entertainment Inc.                                    Case Number:   20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| Alaska Department of Revenue State Net Operating Loss - Est. $44,807 | Various | Undetermined |
| Arizona Department of Revenue 2019 Tax Overpayment Carryover - Est. $300 | Various | Undetermined |
| Arizona Department of Revenue State Net Operating Loss - Est. $3,990,801 | Various | Undetermined |
| California Department of Revenue 2019 Tax Overpayment Carryover  - Est. $6 | Various | Undetermined |
| California Department of Revenue State Net Operating Loss - Est. $73,244,696 | Various | Undetermined |
| Colorado Department of Revenue State Net Operating Loss - Est. $2,422,897 | Various | Undetermined |
| Connecticut Department of Revenue State Net Operating Loss - Est. $73,064 | Various | Undetermined |
| Florida Department of Revenue State Net Operating Loss - Est. $47,621,657 | Various | Undetermined |
| Hawaii Department of Revenue State Net Operating Loss - Est. $1,110,211 | Various | Undetermined |
| Illinois Department of Revenue State Net Operating Loss - Est. $9,901,288 | Various | Undetermined |
| Internal Revenue Service 2019 Federal Tax Refund - Est. $252,339 | Various | Undetermined |
| Internal Revenue Service Federal Net Operating Loss - Est. $382,070,027 | Various | Undetermined |
| Michigan Department of Revenue State Net Operating Loss - Est. $788,007 | Various | Undetermined |
| Minnesota Department of Revenue 2019 Tax Overpayment Carryover - Est. $150 | Various | Undetermined |
| Minnesota Department of Revenue State Net Operating Loss - Est. $284,107 | Various | Undetermined |
| New Jersey Department of Revenue 2019 Tax Overpayment Carryover - Est. $5,750 | Various | Undetermined |
| New York Department of Revenue 2019 Tax Overpayment Carryover (NYS) - Est. $22,205 | Various | Undetermined |
| New York Department of Revenue 2019 Tax Overpayment Carryover (MTA) - Est. $6,073 | Various | Undetermined |
| New York Department of Revenue State Net Operating Loss - Est. $3,914,226 | Various | Undetermined |
| New York Department of Revenue State Net Operating Loss - Est. $4,600,302 | Various | Undetermined |
| Oregon Department of Revenue State Net Operating Loss - Est. $912,790 | Various | Undetermined |
| Wisconsin Department of Revenue State Net Operating Loss - Est. $786,295 | Various | Undetermined |
| | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Global Eagle Entertainment Inc.                                      Case Number: 20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Great American Insurance Company | Aircraft Hull & Liability | AHE39006201 | Undetermined |
| ACE American Insurance Co., General Reinsurance Corp., Liberty Mutual Insurance Co., National Liability & Fire Ins. Co. | Aviation Products Liability | SIHL1-E459 | Undetermined |
| Federal Insurance Company | Commercial Automobile | 7360-24-70 | Undetermined |
| Great American Insurance Group | Crime | SAA E394104 02 00 | Undetermined |
| ACE American Insurance Company | Defense Base Act | ENI D67240091 003 | Undetermined |
| Certain Underwriters at Lloyd's (RT Specialty) | DICE | 16MR1180 | Undetermined |
| Certain Underwriters at Lloyd's (RT Specialty) | DICE | 16MR1181 | Undetermined |
| Certain Underwriters at Lloyd's | Employment Practices Liability | B0509FINMW1901706 | Undetermined |
| Columbia Casualty Company | Cyber/Tech E&O | 652159668 | Undetermined |
| Indian Harbor Insurance Company | Excess Cyber/Tech E&O | MTE903443803 | Undetermined |
| Syndicate 2623/623 at Lloyd's | Excess Cyber/Tech E&O | W2906D190101 | Undetermined |
| Berkley Assurance Company | Excess Cyber/Tech E&O | BCRS2-3000162 | Undetermined |
| Steadfast Insurance Company | Excess Cyber/Tech E&O | EOC 7507525-00 | Undetermined |
| National Union Fire Ins. Co. of Pitts, PA | Directors & Officers - Primary $5M | 03-990-75-97 | Undetermined |
| Allianz Global Risks US Insurance Co. | Excess Directors & Officers - 1st xs $5M x $5M | USF00050820 | Undetermined |
| StarStone Specialty Insurance Co. | Excess Directors & Officers -2nd xs $2.5M x $10M | N88861201ASP | Undetermined |
| Associated Industries Insurance Co. Inc. | Excess Directors & Officers - 3rd xs $2.5M x $12.5M | ANV129928A | Undetermined |
| Continental Casualty Company | Excess Directors & Officers - 4th xs $2.5M x $15M | 652094210 | Undetermined |
| Wesco Insurance Company | Excess Directors & Officers - 5th xs $2.5M x $17.5M | EUW1806145 01 | Undetermined |
| Berkley Insurance Company | Excess Directors & Officers Side A - 6th xs $2.5M x $20M | BPRO8052642 | Undetermined |
| ACE American Insurance Company | Excess Directors & Officers Side A - 7th xs $2.5M x $22.5M | DOX G23680063 007 | Undetermined |
| QBE Insurance Corporation | Excess Directors & Officers Side A - 8th xs $2.5M x $25M | QPL1315874 | Undetermined |
| Hudson Insurance Company | Excess Directors & Officers Side A DIC - 9th xs $2.5M x $27.5M | HN-0303-5546-033120 | Undetermined |
| XL Specialty Insurance Company | Excess Directors & Officers Side A DIC - 10th xs $2.5M x $30M | ELU166862-20 | Undetermined |
| National Union Fire Ins. Co. of Pitts, PA | Excess Directors & Officers Side A DIC - 11th xs $2.5M x $32.5M | 03-991-12-69 | Undetermined |
| Allied World Assurance Company | Excess Directors & Officers Side A DIC - 12th xs $2.5M x $35M | 0312-3029 | Undetermined |
| Endurance Risk Solutions Assurance Co. | Excess Directors & Officers Side A DIC - 13th xs $2.5M x $37.5M | ADX10010862703 | Undetermined |

Debtor Name: Global Eagle Entertainment Inc.                                           Case Number: 20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Starr Indemnity & Liability Company | Excess Directors & Officers Side A DIC - 14th xs $2.5M x $40M | 1000622394201 | Undetermined |
| National Union Fire Ins. Co. of Pitts, PA | Excess Directors & Officers Side A DIC - 15th xs $2.5M x $42.5M | 03-991-12-88 | Undetermined |
| Fireman's Fund Insurance Company | Excess Liability | USL005787202 | Undetermined |
| American Fire and Casualty Ins. Co. | Excess Liability | ECA(21)58478116 | Undetermined |
| Indemnity Insurance Co. of N.A. | Excess Marine General Liability | N10707079 | Undetermined |
| ACE American Insurance Co. | Foreign Casualty | PHFD38528658 003 | Undetermined |
| Federal Insurance Co. | General Liability & Employee Benefits Liability | 36053984 | Undetermined |
| American Home Assurance Company | Global Property | 18258089 | Undetermined |
| Great American Insurance Group | Special Crime | OZ70875CR | Undetermined |
| Navigators Insurance Company | Marine Cargo STP | SF20CARZ04G8001 | Undetermined |
| Indemnity Insurance Co. of N.A. | Marine General Liability & Ship Repairs | N10707031 | Undetermined |
| Liberty Surplus Insurance Corp. | Storage Tank Liability | IRONTX00905046 | Undetermined |
| Federal Insurance Company | Umbrella | 7818-67-98 | Undetermined |
| Chubb National Insurance Company | Workers' Compensation & Employer's Liability | 7175-67-23 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:        Global Eagle Entertainment Inc.                                        Case Number:        20-11835 (JTD)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| 143040 Income Tax Receivable | $747,125.20 |
| 143145 Other Assets | $450,000.00 |
| 143650 Debt Issuance Cost | $685,812.98 |
| 170070 Other Assets - Long Term | $40,192.02 |
| Intercompany Receiveable - Emerging Markets Communications, LLC | $511,169,518.50 |
| Intercompany Receiveable - Global Eagle Entertainment Operations Solutions, Inc. | $9,282,725.74 |
| Intercompany Receiveable - IFE Services (USA), Inc. | $2,122,192.56 |
| Intercompany Receiveable - MTN Government Services, Inc. | $1,024,263.83 |
| Intercompany Receiveable - N44HQ, LLC | $34,000.00 |
| Intercompany Receiveable - Row 44, Inc. | $95,888,594.93 |
| Related Party Receivable - IFE Services SA (Pty) Limited | $2,201.73 |
| Related Party Receivable - Global Eagle Serviços de Telecomunicações Ltda | $12,650.42 |
| Related Party Receivable - Emerging Markets Communications (Kenya) Limited | $20,781.15 |
| Related Party Receivable - Emerging Markets Communications (UK) Limited | $25,962.00 |
| Related Party Receivable - Global Eagle Entertainment Media Technology (Beijing) Co., Ltd | $47,642.29 |
| Related Party Receivable - General Industry Services AS | $64,911.84 |
| Related Party Receivable - GIS Wavelink Pte Limited | $75,722.50 |
| Related Party Receivable - Emerging Markets Communications Deutschland GmbH | $171,012.33 |
| Related Party Receivable - Fairdeal Studios Pvt. Ltd. | $274,307.18 |
| Related Party Receivable - GEE Financing Limited | $428,700.08 |
| Related Party Receivable - Global Eagle Entertainment FZ-LLC | $2,630,792.06 |
| Intercompany Receiveable - Entertainment In Motion, Inc. | $3,310,658.69 |
| Related Party Receivable - Western Outdoor Interactive Pvt Limited | $15,093,611.27 |
| Related Party Receivable - Global Eagle Holdings GmbH | $94,513,885.00 |
| **TOTAL** | **$738,117,264.30** |

Fill in this information to identify the case:

Debtor name <u>Global Eagle Entertainment Inc.</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>

Case number (If known): <u>20-11835 (JTD)</u>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property           12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** **Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**

$ 81,773,236.00     $ Undetermined

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT & OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD. CT 06901

**Describe the lien**
Senior Secured Revolving Credit Facility due January 6, 2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 01/06/2017

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**

$ Undetermined     $ Undetermined

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT & OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR

**Describe the lien**
Letter of Credit in the Amount of $102,020 for the benefit of Citibank, N.A., Thailand

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 04/17/2020

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 794,596,990.00
+ undetermined amounts

Debtor    Global Egle Entertainment Inc.
          _____
          Name

Case number *(if known)*  20-11835 (JTD)
          _____

| Part 1: | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.3**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred**  06/23/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit in the Amount of $500,000 for the benefit of
Twentieth Century Fox Film Corporation

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined    $ Undetermined

---

**2.4**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred**  08/28/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit in the Amount of $800,000 for the benefit of BRE
HH Property Owner LLC

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined    $ Undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    Page 2 of 14

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.5**

**Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**

$ Underdetermined    $ Underdetermined

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Describe the lien**
Letter of Credit in the Amount of $150,000 for the benefit of Oak
Creek Center Illinois Realty LP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** 02/04/2019
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
    this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
    specified on lines N

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

**2.6**

**Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**

$ Underdetermined    $ Underdetermined

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Describe the lien**
Letter of Credit in the Amount of $200,000 for the benefit of World
Food Programme

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** 04/14/2020
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
    this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
    specified on lines N

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

Debtor    Global Egle Entertainment Inc.
_____
          Name

Case number (if known)   20-11835 (JTD)
_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**

$ Underdetermined    $ Underdetermined

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Describe the lien**
Letter of Credit in the Amount of $1,000,000 for the benefit of
Cathay Pacific Airways Limited

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** 05/21/2019
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

   [ ] No. Specify each creditor, including
this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is
specified on lines N

---

**2.8** | **Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**

$ Underdetermined    $ Underdetermined

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Describe the lien**
Letter of Credit in the Amount of $130,000 for the benefit of The
Food and Agriculture Organization

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** 11/19/2019
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

   [ ] No. Specify each creditor, including
this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is
specified on lines N

---

Debtor   Global Eagle Entertainment Inc.
         _____
         Name

Case number *(if known)*  20-11835 (JTD)
                          _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred**  01/25/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit in the Amount of €7,500 for the benefit of ABN Amro Bank N.V.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Underdetermined

Column B: $ Underdetermined

---

**2.10**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred**  01/06/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Senior Secured Term Loan Facility due January 6, 2023

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $516,134,757.00

Column B: $ Underdetermined

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred** 04/06/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit in the Amount of $226,000 for the benefit of Citibank Colombia S.A.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

**2.12**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Creditor's email address, if known**

**Date debt was incurred** 05/13/2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit in the Amount of S$1,048,318.75 for the benefit of Citibank, N.A., Singapore

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

Debtor    Global Eagle Entertainment Inc.
_____
          Name

Case number (if known)    20-11835 (JTD)
_____

| **Part 1:** **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

| 2.13 | **Creditor's name** CITIBANK, N.A. | **Describe debtor's property that is subject to a lien** | $ Underdetermined | $ Underdetermined |

**Creditor's mailing address**
ATTN: DIMITRIS GIANNAKOPOULOS
INDEPENDENT RISK SCO
GLOBAL REMEDIAL MANAGEMENT &
OVERSIGHT
750 WASHINGTON BLVD, 7TH FLOOR
STAMFORD, CT 06901

**Describe the lien**
Letter of Credit in the Amount of $2,500 for the benefit of Citibank, N.A., Thailand

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  04/13/2020
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines N

---

| 2.14 | **Creditor's name** DATA SALES CO. INC. | **Describe debtor's property that is subject to a lien** As Described in Notice of Lien | $ Underdetermined | $ Underdetermined |

**Creditor's mailing address**
DATA SALES CO.,INC,
3450 WEST BURNSVILLE PARKWAY
BURNSVILLE, MN 55337

**Describe the lien**
UCC Financing Statement No. 2019 3039703 dated: 5/1/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines N

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15**

**Creditor's name**
DELL FINANCIAL SERVICES L.L.C.

**Creditor's mailing address**
ONE DELL WAY
ROUND ROCK, TX 78682

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is specified on lines N

**Describe debtor's property that is subject to a lien**
As Described in Notice of Lien

**Describe the lien**
UCC Financing Statement No. 2017 3887210 dated: 6/13/2017

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$ Underdetermined | $ Undetermined

---

**2.16**

**Creditor's name**
DELL FINANCIAL SERVICES L.L.C.

**Creditor's mailing address**
ONE DELL WAY
ROUND ROCK, TX 78682

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is specified on lines N

**Describe debtor's property that is subject to a lien**
As Described in Notice of Lien

**Describe the lien**
UCC Financing Statement No. 2017 7135454 dated: 10/27/2017

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$ Underdetermined | $ Undetermined

---

Debtor   Global Eagle Entertainment Inc.
_____
         Name

Case number *(if known)*   20-11835 (JTD)
_____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| | | | | |
|---|---|---|---|---|
| 2.17 | **Creditor's name**<br>DONNELLY, KATHERINE | **Describe debtor's property that is subject to a lien**<br>As Described in Notice of Lien | $ Underdetermined | $ Underdetermined |

**Creditor's mailing address**
3202 1/2 HIGHLAND AVE
HERMOSA BEACH, CA 90254

**Describe the lien**
UCC Financing Statement No. BC682546 dated: 11/9/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines N

| | | | | |
|---|---|---|---|---|
| 2.18 | **Creditor's name**<br>EPLUS TECHNOLOGY, INC. | **Describe debtor's property that is subject to a lien**<br>As Described in Notice of Lien | $ Underdetermined | $ Underdetermined |

**Creditor's mailing address**
FILE 56861
LOS ANGELES, CA 90074-6861

**Describe the lien**
UCC Financing Statement No. 2018 0408654 dated: 1/18/2018

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines N

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.19 | **Creditor's name**<br>FABER, CHRIS | **Describe debtor's property that is subject to a lien**<br>As Described in Notice of Lien | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
5208 REMINGTON PARK DRIVE
FLOWER MOUND, TX 75028

**Describe the lien**
UCC Financing Statement No. 2:17-cv-09055-PA-SK dated: 12/18/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines N

| 2.20 | **Creditor's name**<br>FIALCOWITZ, GREGG | **Describe debtor's property that is subject to a lien**<br>As Described in Notice of Lien | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
19116 KILLOCH
NORTHRIDGE, CA 91326-1026

**Describe the lien**
UCC Financing Statement No. BC670614 dated: 8/1/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines N

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)*  20-11835 (JTD)
                          _____

| Part 1: | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21**

**Creditor's name**
M AND M HART LIVING TRUST

**Creditor's mailing address**
C/O LEVI & KORSINSKY LLP
ATTN: ADAM M. APTON
1101 30TH STREET NW, SUITE 115
WASHINGTON, DC 20007

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
     relative priority?

   [ ] No. Specify each creditor, including
       this creditor, and its relative priority.

   [ ] Yes. The relative priority of  creditors is
       specified on lines N

**Describe debtor's property that is subject to a lien**
As Described in Notice of Lien

**Describe the lien**
UCC Financing Statement No. 2:17-cv-01479-PA-MRW dated:
2/23/2017

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$ Undetermined | $ Undetermined

---

**2.22**

**Creditor's name**
NEW SKIES SATELLITES B.V.

**Creditor's mailing address**
DEPT #781848
PO BOX 78000
DETROIT, MI 48278-1848

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
     relative priority?

   [ ] No. Specify each creditor, including
       this creditor, and its relative priority.

   [ ] Yes. The relative priority of  creditors is
       specified on lines N

**Describe debtor's property that is subject to a lien**
As Described in Notice of Lien

**Describe the lien**
UCC Financing Statement No. 2019 2426224 dated: 4/8/2019

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$ Undetermined | $ Undetermined

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.23**

**Creditor's name**
SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P.

**Creditor's mailing address**
745 5TH AVE
NEW YORK, NY 10151

**Creditor's email address, if known**

**Date debt was incurred** 03/27/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines N

Describe debtor's property that is subject to a lien

**Describe the lien**
Second Lien Secured Notes due 2023

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$196,688,997.00 | $ Undetermined

---

**2.24**

**Creditor's name**
SILICON VALLEY BANK

**Creditor's mailing address**
ATTN: MARO FEIG
SENIOR ADVISOR, GLOBAL TREASURY SERVICES
1901 MAIN STREET, SUITE 300
SANTA MONICA, CA 90405

**Creditor's email address, if known**
mfeig@svb.com

**Date debt was incurred** Undetermined
**Last 4 digits of account number** 3602

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines N

Describe debtor's property that is subject to a lien

**Describe the lien**
Letter of Credit in the Amount of $400,000 for the benefit of Silicon Valley Bank

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.25** **Creditor's name**
SILICON VALLEY BANK

**Creditor's mailing address**
ATTN: MARO FEIG
SENIOR ADVISOR, GLOBAL TREASURY
SERVICES
1901 MAIN STREET, SUITE 300
SANTA MONICA, CA 90405

**Creditor's email address, if known**
mfeig@svb.com

**Date debt was incurred** Undetermined
**Last 4 digits of account number** 3602

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit in the Amount of $300,143.25 for the benefit of Motor Trend Group, LLC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.26** **Creditor's name**
UNION LEASING CORP.

**Creditor's mailing address**
425 N MARTINGALE RD.
SCHAUMBURG, IL 60173

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines N

**Describe debtor's property that is subject to a lien**
As Described in Notice of Lien

**Describe the lien**
UCC Financing Statement No. 2016 2510574 dated: 4/27/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Undetermined | $ Undetermined

---

Debtor     Global Eagle Entertainment Inc.
           _____
           Name

                                                      Case number (if known) _20-11835 (JTD)_

---

**Part 2:**     **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| None | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Global Eagle Entertainment Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known) | 20-11835 (JTD) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| ABDUL KUDHUS, ALEEM BASHA | *Check all that apply.* | $ ___ Undetermined      $ ___ Undetermined |
| 6080 CENTER DRIVE | ☒ Contingent | |
| SUITE 1200 | ☒ Unliquidated | |
| LOS ANGELES, CA 90045 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| Undetermined | Employee Claim | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No  ☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | | |

**2.2**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| ABRAMOVITZ, MICHAEL | *Check all that apply.* | $ ___ Undetermined      $ ___ Undetermined |
| 6080 CENTER DRIVE | ☒ Contingent | |
| SUITE 1200 | ☒ Unliquidated | |
| LOS ANGELES, CA 90045 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| Undetermined | Employee Claim | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No  ☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | | |

**2.3**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| ABRAMOWITZ, WAYNE | *Check all that apply.* | $ ___ Undetermined      $ ___ Undetermined |
| 6080 CENTER DRIVE | ☒ Contingent | |
| SUITE 1200 | ☒ Unliquidated | |
| LOS ANGELES, CA 90045 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| Undetermined | Employee Claim | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No  ☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | | |

Debtor  Global Eagle Entertainment Inc.
_____
        Name

Case number *(if known)*  20-11835 (JTD)
_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4**  **Priority creditor's name and mailing address**        $ Underdetermined    $ Underdetermined

ADAMI, MIMOZA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.5**  **Priority creditor's name and mailing address**        $ Underdetermined    $ Underdetermined

ALBERTZ, JEFFREY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.6**  **Priority creditor's name and mailing address**        $ Underdetermined    $ Underdetermined

ALEXANDER, LEILA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.7**  **Priority creditor's name and mailing address**        $ Underdetermined    $ Underdetermined

ALVARADO, ELIZABETH
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Global Eagle Entertainment Inc.
_____
Name

Case number (if known)___20-11835 (JTD)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

| 2.8 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |

AMMAGARAHALLI GUNDAPPA, SHASHI KUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.9 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |

ANESI, MONAHENI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.10 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |

ARENAS, MARTIN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.11 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |

BAKER, JAKOB
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.12** | **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

BALL, BRIAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.13** | **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

BANTA, BRYAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.14** | **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

BASHEER, AHMED SHAIK
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.15** | **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

BENTON, ASHLEY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.16 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

BESTWICK, ELIZABETH
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.17 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

BETHUREM, BRETT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.18 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

BIANCHETTA, JIM
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.19 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

BOSTWICK, SANDRA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor    Global Eagle Entertainment Inc.
_____
Name

Case number *(if known)* 20-11835 (JTD)

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | | |

---

**2.20**  **Priority creditor's name and mailing address**  $ Undetermined  $ Undetermined

BOZZONE, SOOAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.21**  **Priority creditor's name and mailing address**  $ Undetermined  $ Undetermined

BRILLER, JEFFREY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.22**  **Priority creditor's name and mailing address**  $ Undetermined  $ Undetermined

BROOKS, COLLEEN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.23**  **Priority creditor's name and mailing address**  $ Undetermined  $ Undetermined

BUTLER, JENNIFER
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Global Egle Entertainment Inc.
          _____
          Name

Case number *(if known)* 20-11835 (JTD)

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24**

**Priority creditor's name and mailing address**

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION
P.O. BOX 942879
SACRAMENTO, CA 94279-6001

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
2013 to 2016 Use Tax Audit Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

$ Undetermined

---

**2.25**

**Priority creditor's name and mailing address**

CANDELARIA, TONYA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

$ Undetermined

---

**2.26**

**Priority creditor's name and mailing address**

CAPUTO, MICHELANGELO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

$ Undetermined

---

**2.27**

**Priority creditor's name and mailing address**

CARLILE, BRYAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

$ Undetermined

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

CARROLL, PAUL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.29** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

CASTERA, ROBERT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.30** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

CHAPELO, ZANT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.31** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

CHAPMAN, GREG
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Global Eagle Entertainment Inc.
_____
Name

Case number (if known)  20-11835 (JTD)
_____

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.32 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

CHARRY, CAROL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.33 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

CHAVEZ, NESTOR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.34 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

CHIERIGATTI, JOE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.35 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

CHILDS, MATTHEW
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

| 2.36 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CHINAMILLI, SURYATHEJA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.37 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CHURNS, ROSEMARY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.38 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CLARK, KELLI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.39 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

CLARK, N'KEYA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.40 Priority creditor's name and mailing address

CLARK, TARSHA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined    $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.41 Priority creditor's name and mailing address

COLE, LAUREN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined    $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.42 Priority creditor's name and mailing address

CRESAP, BRUCE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined    $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.43 Priority creditor's name and mailing address

CROCKETT, RICHARD
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined    $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.44 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

DAKHEEL, BASSAM
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.45 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

DAMERJI, HASSAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.46 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

DARJI, ROSHAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.47 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

DAVIES, TERRI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Global Eagle Entertainment Inc.
_____
Name

Case number *(if known)*  20-11835 (JTD)

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

DAYALAN, ARAVIND
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.49** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

DE CASTRO, CARLOS
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.50** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

DEL ROSSO, JOSHUA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.51** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

DEMPSEY, PATRICK
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.52 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

DEVARAJ, SATHISHKUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.53 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

DIFALCO, CHAD
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.54 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

DIMAILIG, MADISON
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.55 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

DIVA, EARLL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number (if known)  20-11835 (JTD)

| Part 1. | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.56 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

DOMINGUEZ, ERICK
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.57 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

DUFFY, EDWARD
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.58 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

EBERTS, MARTHA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.59 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

EDWARDS, KRISTEN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

### 2.60    Priority creditor's name and mailing address

EGEE, KEVIN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim:** $ Undetermined
**Priority amount:** $ Undetermined

### 2.61    Priority creditor's name and mailing address

ERAZO, JUAN DIEGO TORRES
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim:** $ Undetermined
**Priority amount:** $ Undetermined

### 2.62    Priority creditor's name and mailing address

EVERETT, ROBERT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim:** $ Undetermined
**Priority amount:** $ Undetermined

### 2.63    Priority creditor's name and mailing address

FACIO, MARIA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim:** $ Undetermined
**Priority amount:** $ Undetermined

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.64 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

FALKNER, JEFF
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.65 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

FINSEN, JENNIFER
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.66 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

FISHER, STEVEN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.67 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

FOLEY, JOSEPH
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Global Eagle Entertainment Inc.
_____
         Name

Case number *(if known)*  20-11835 (JTD)

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.68** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

FULTZ, MARK
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.69** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

GADALOV, NATASHA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.70** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

GALIN, BRITTANY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.71** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

GANAPATHIRAMAN, BALAHARIHARAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor     Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
           _____
           Name

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.72 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

GARCIA, BRIAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.73 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

GAWELL, TANYA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.74 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

GEIER, MAX
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.75 | Priority creditor's name and mailing address | $ Undetermined | $ Undetermined |

GERGES, SAM
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.76**  **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

GOLDSTEIN, MAYA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.77**  **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

GOMEZ, LILIA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.78**  **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

GOURIPATHI RAJ KATTA, SHANMUKA
SREENIVAS
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.79**  **Priority creditor's name and mailing address**      $ Undetermined      $ Undetermined

GRUNZWEIG, JON
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor   Global Eagle Entertainment Inc.
         _____
         Name

Case number *(if known)*  20-11835 (JTD)

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.80** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

GURUSAMY, KRISHNAKUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.81** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

HAAG, ERIC
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.82** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

HANCOCK, CINDY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.83** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

HARPER, PAUL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|--------|---------------------------------|------------------------|----------------|
|        | Name                            |                        |                |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.84 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|------|---|---|---|---|

**HASAN, JAMILA**
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.85 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|------|---|---|---|---|

**HEIDARI, HADI**
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.86 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|------|---|---|---|---|

**HENDERSON, PAULETTE**
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.87 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|------|---|---|---|---|

**HERRELL, WAYNE**
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.88 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

HILL, MICHAEL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.89 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

HODOR, EDUARD
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.90 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

HURTADO NAVARRO, ALFREDO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.91 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

HYATT, KELLY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.92 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON, DC 20224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Liability

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.93 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

IRULAPPAN, TAMILSELVAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.94 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

JACKSON, JACQUELINE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.95 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

JARQUIN, DENIS
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.96** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

JAYAKARAN, RAJAJEYAKUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.97** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

JURKOWSKI, BRIAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.98** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

KADEKIAN, SANDY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.99** Priority creditor's name and mailing address | $ Undetermined | $ Undetermined

KALOCSAY, LINDA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| | |
|---|---|
| Debtor | Global Eagle Entertainment Inc. |
| | Name |

Case number *(if known)* 20-11835 (JTD)

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.100  Priority creditor's name and mailing address**            $ Undetermined    $ Undetermined

KATTE, PRASHANT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.101  Priority creditor's name and mailing address**            $ Undetermined    $ Undetermined

KEPPKE, KARL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.102  Priority creditor's name and mailing address**            $ Undetermined    $ Undetermined

KING, ORLANDO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.103  Priority creditor's name and mailing address**            $ Undetermined    $ Undetermined

KRISHNAKUMAR, SUBRAMANIAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor    Global Eagle Entertainment Inc.
　　　　　Name

Case number *(if known)* 20-11835 (JTD)

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.104**  **Priority creditor's name and mailing address**　　　　　　　　　　　　$ Undetermined　　$ Undetermined

KUMAR, MUTHU
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.105**  **Priority creditor's name and mailing address**　　　　　　　　　　　　$ Undetermined　　$ Undetermined

KYSLIK, ALENKA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.106**  **Priority creditor's name and mailing address**　　　　　　　　　　　　$ Undetermined　　$ Undetermined

LAI, NATALIA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.107**  **Priority creditor's name and mailing address**　　　　　　　　　　　　$ Undetermined　　$ Undetermined

LAM, ELAINE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.108  Priority creditor's name and mailing address

LANKEY, KARA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined     $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.109  Priority creditor's name and mailing address

LEDDY, JEFFREY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined     $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.110  Priority creditor's name and mailing address

LEE, JEE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined     $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

### 2.111  Priority creditor's name and mailing address

LEISNER, ROBERT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Underdetermined     $ Underdetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.112 Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

LELLA, PETER
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.113 Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

LEMUS, MANUEL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.114 Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

LOPEZ, PETER
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.115 Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

LUTHER, STEVE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.116** | **Priority creditor's name and mailing address**  —  $ Undetermined  —  $ Undetermined

LUU, KATELYNN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.117** | **Priority creditor's name and mailing address**  —  $ Undetermined  —  $ Undetermined

LWIMBA, BONIFACE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.118** | **Priority creditor's name and mailing address**  —  $ Undetermined  —  $ Undetermined

MACLIN, CHANDRANN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.119** | **Priority creditor's name and mailing address**  —  $ Undetermined  —  $ Undetermined

MAH, SUSAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.120** Priority creditor's name and mailing address

$ Underdetermined

$ Underdetermined

MAHIPAL REDDY, POTHULAPADU
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.121** Priority creditor's name and mailing address

$ Underdetermined

$ Underdetermined

MAKINENI, SAIMANOJ
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.122** Priority creditor's name and mailing address

$ Underdetermined

$ Underdetermined

MALIREDDY, ABHISHEK
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.123** Priority creditor's name and mailing address

$ Underdetermined

$ Underdetermined

MALSON, DANIEL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor __Global Eagle Entertainment Inc._____    Case number (if known)__20-11835 (JTD)____
           Name

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.124** **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

MANKAD, RAJAL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.125** **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

MANOKAR, RAMU
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.126** **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

MARKS, JOSHUA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.127** **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

MARTINEZ, JULIO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Global Eagle Entertainment Inc.
_____
Name                                                    Case number *(if known)*  20-11835 (JTD)

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.128** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MATHEW, JEFFIN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.129** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MCCANTS, MATT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.130** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MCCARTHY, JOHN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.131** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MCNEIL, COLLEEN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.132** **Priority creditor's name and mailing address**

MEZGER, CHRISTIAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.133** **Priority creditor's name and mailing address**

MIRANDA, CARLOS
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.134** **Priority creditor's name and mailing address**

MOORE, KENT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.135** **Priority creditor's name and mailing address**

MORA, SWILANG
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.136** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MORIMOTO, DAVID
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.137** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MUNJE, ANIRUDHA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.138** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MUNUSAMY, MANIBALAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.139** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

MURSHID, SHAMIMA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.140 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

MYERS, JODI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.141 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NAGARAJA, DINESH
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.142 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NAGULAPALLI, PALLAM RAJU
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.143 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NAKAMARU, KIMBERLY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 36 of 112 |
|---|---|---|

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.144** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

NARVAEZ, FLAVIO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.145** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

NATARAJAN, RAJESH KUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.146** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

NEAL, MEREDITH
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.147** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

NEELAMEGAKANNAN, VINOTH KUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

| 2.148 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

NGUYEN, LEE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.149 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

NISTAL, VANNESSA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.150 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

NUTTAL, ANNE
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.151 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

OLIVAS, VIRGINIA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor  Global Eagle Entertainment Inc.
       Name

Case number *(if known)* 20-11835 (JTD)

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.152** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

OOTS, BRENT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.153** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

ORTIZ, IVAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.154** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

PAINE, DARYL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.155** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

PALANISAMY, NAVEEN KUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.156** Priority creditor's name and mailing address

$ Undetermined    $ Undetermined

PANIGRAHI, PARTHASARATHI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Employee Claim

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

---

**2.157** Priority creditor's name and mailing address

$ Undetermined    $ Undetermined

PATRA, NIRMAL KUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Employee Claim

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

---

**2.158** Priority creditor's name and mailing address

$ Undetermined    $ Undetermined

PATTNAIK, HARSHABARDHAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Employee Claim

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

---

**2.159** Priority creditor's name and mailing address

$ Undetermined    $ Undetermined

PAVIA, RAUL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Employee Claim

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.160** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

PETZINGER, DAVID
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.161** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

PODURI, SHILPA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.162** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

PONNALA, RAJU
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.163** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RAFIEI, DARIUS
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|--------|--------------------------------|--------------------------|----------------|
|        | Name                           |                          |                |

| **Part 1.** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.164 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|-------|-----|---|---|

RAICHLE, KEN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.165 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|-------|-----|---|---|

RAJA, SATYAKUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.166 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|-------|-----|---|---|

RAJENDRAN, SIVAKUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.167 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|-------|-----|---|---|

RAJESH KUMAR, KOMATI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor _____Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
           Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.168** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RAMADOSS, SENTHIL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.169** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RAMSAY, CALEB
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.170** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RANGARAJAN, SUSHIL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.171** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RAPURU, MAGURUMURTHY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.172** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RAVI, SINDHURA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.173** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RAY, NATASHA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.174** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

REDDY, CHANDRASEKHAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.175** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

REDDY, PRATHAP
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

### Part 1. Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.176** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

REILLY, LINDA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.177** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RENDUCHINTHALA, CHAITANYA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.178** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

REYES, JULIO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.179** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

REYNOLDS, EVAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor  Global Eagle Entertainment Inc.
        Name

Case number (if known)  20-11835 (JTD)

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.180 Priority creditor's name and mailing address**  $ Undetermined   $ Undetermined

RODRIGUEZ, GILBERTO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.181 Priority creditor's name and mailing address**  $ Undetermined   $ Undetermined

ROOP, JENNIFER
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.182 Priority creditor's name and mailing address**  $ Undetermined   $ Undetermined

RUPERT, JAMES
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.183 Priority creditor's name and mailing address**  $ Undetermined   $ Undetermined

SALMON, JOHN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.184 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SANKARNARAYANAN, SARAVANAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.185 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SARTORIUS, SHARON
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.186 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SATHISKUMAR, JANAKIRAMAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.187 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SCHOEP, JESSICA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.188** Priority creditor's name and mailing address                                                         $ Undetermined            $ Undetermined

SELLE, SUSAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.189** Priority creditor's name and mailing address                                                         $ Undetermined            $ Undetermined

SHIPLEY, REBECCA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.190** Priority creditor's name and mailing address                                                         $ Undetermined            $ Undetermined

SIOUNIT, BENJAMIN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.191** Priority creditor's name and mailing address                                                         $ Undetermined            $ Undetermined

SMITH, ROBERT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.192 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SMYTH, ANDREW
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.193 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SNAUKO, KELLY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.194 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SOKOLOWSKI, GEOFFREY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.195 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

SOLORZANO, ARTURO
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><b>Part 1.</b>  <b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.196** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

STANLEY, PAUL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.197** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

SUBBIAH, JAGAN RAJARAM
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.198** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

SUSANTO, ARIST
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**2.199** Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

TAGUIPED, VINCENT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.200 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

TAVAREZ, SONIA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.201 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

TAYS, ROBERT
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.202 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

THADAVARTHI, SRIKANTH
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.203 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

THANGAMANI, SURESH
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.204** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

THANGAPANDIAN, KARTHIKKUMAR
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.205** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

TROGLER, EDWIN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.206** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

TYLER, JOCELYN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.207** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

UPASANI, PRASAD
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)*  20-11835 (JTD)

---

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.208** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Undetermined

VARMA, KAYLAN KALIDINDI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.209** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Undetermined

VAZQUEZ , JUAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.210** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Undetermined

VENKATACHALAPATHY, GOPAL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.211** | **Priority creditor's name and mailing address** | $ Underdetermined | $ Undetermined

VENKATANNA, MANJUNATHA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 53 of 112

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.212** Priority creditor's name and mailing address

VENU, VIJAY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined          $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.213** Priority creditor's name and mailing address

VILLA, LORENA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined          $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.214** Priority creditor's name and mailing address

VILLEGAS, ALEX
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined          $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.215** Priority creditor's name and mailing address

VISISTSRI, TOM
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

$ Undetermined          $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.216**  **Priority creditor's name and mailing address**

VOLK, MARTIN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined    $ Undetermined

---

**2.217**  **Priority creditor's name and mailing address**

VREEDE, PERRY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined    $ Undetermined

---

**2.218**  **Priority creditor's name and mailing address**

WALDRON, JULIA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined    $ Undetermined

---

**2.219**  **Priority creditor's name and mailing address**

WALDRON, STEPHEN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined    $ Undetermined

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.220  Priority creditor's name and mailing address**                          $ Undetermined          $ Undetermined

WAN, SIU
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.221  Priority creditor's name and mailing address**                          $ Undetermined          $ Undetermined

WANGE, TAMMY
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.222  Priority creditor's name and mailing address**                          $ Undetermined          $ Undetermined

WEAVER, JEFF
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.223  Priority creditor's name and mailing address**                          $ Undetermined          $ Undetermined

WESTMAN, TYLER
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.224** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WHITE, AMANDA
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.225** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WHITNEY, JAMES
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.226** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WHITNEY, MICHAEL
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.227** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WILLIAMS, SHERI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.228 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

WILSON, HARRISON
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.229 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

YADAV, PULETIPALLI CHAKRAPANI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.230 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

YARAGHI, RYAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.231 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

YEE-TUEY, LILIAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)*   20-11835 (JTD)
          _____

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.232 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

YU, JIAWEI
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Employee Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
BMG RIGHTS MANAGEMENT (US) LLC
6100 WILSHIRE BOULEVARD
SUITE #1600
LOS ANGELES, CA 90048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement

$ 3,500,000.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ALCOR SOLUTIONS INC.
C/O CHUGH, LLP
15925 CARMENITA ROAD
CERRITOS, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
SONY MUSIC ENTERTAINMENT
25 MADISON AVE
24TH FLOOR
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Licensing Fees

$ 379,015.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ALEKSANDRA BACKONJA
C/O HEWGILL COBB & LOCKARD, APC
1620 FIFTH AVENUE, SUITE 325
SUITE 325
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
SONY/ATV
25 MADISON AVE.
24TH FLOOR
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement

$ 1,200,000.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
BMG RIGHTS MANAGEMENT LLC
C/O GERARD FOX LAW P.C.
1880 CENTURY PARK EAST
SUITE 1410
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | $545,642.00 |
|---|---|---|

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Licensing Fees

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

CALVIN JEREMY SIHOMBING
UNION SPACE METROPOLITAN TOWER,13TH FLOOR
JI. RA KARTINA KA., 14 TB SIMATUPANG CIDANDAK BARAT
JAKARTA
INDONESIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.9 | **Nonpriority creditor's name and mailing address** | $818,610.00 |
|---|---|---|

WARNER MUSIC GROUP
1633 BROADWAY
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Licensing Fees

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.10 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

REDACTED PARTY 1300
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

GILLES GILLESEN
C/O KEVIN D. SMITH, PA
6099 STIRLING ROAD
SUITE 101
DAVIE, FL 33314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 61 of 112 |
|---|---|---|

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

GREGG FIALCOWITZ
C/O TIMOTHY D. MCGONIGLE, ESQ/TIMOTHY D. MCGONIGLE PROF.
CORP.
1880 CENTURY PARK EAST
SUITE 516
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

JERRY CAMPBELL
17125 N.W. 19TH AVENUE
MIAMI GARDENS, FL 33056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

MIZRAAB
C/O A.K. BROHI & CO.
153-K
SUFI STREET BLOCK 2, PECHS
KARACHI
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

PT ATBIC (CALVIN JEREMY)
UNION SPACE METROPOLITAN TOWER,13TH FLOOR
JI. RA KARTINA KA., 14 TB SIMATUPANG CIDANDAK BARAT
JAKARTA
INDONESIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

PT MASSIVE MUSIC ENTERTAINMENT (CALVIN JEREMY)
UNION SPACE METROPOLITAN TOWER,13TH FLOOR
JI. RA KARTINA KA., 14 TB SIMATUPANG CIDANDAK BARAT
JAKARTA
INDONESIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**

**Nonpriority creditor's name and mailing address**

$ Undetermined

SM PUBLISHING (UK) (SONY/ATV)
C/O ANDREW FORBES CONTENTIOUS MUSIC LIMITED
IBEX HOUSE BAKER STREET
WEYBRIDGE KT13 8AH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

$ Undetermined

SPORTSDIGITA, LLC
C/O DROELL, PLLC
7900 XERXES AVENUE SOUTH
SUITE 1930
BLOOMINGTON, MN 55431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

$ Undetermined

SUMMERSIDE INTERNATIONAL
C/O DLA PIPER STUDIO LEGALE TRIBUTARIO ASSOCIATON
VIA DELLA POSTA
7I - 20123
MILAN
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

$ Undetermined

YULIA COLEMAN
C/O MICHELLE CORRELL
CORRELL LAW APC
11601 WILSHIRE BLVD STE 2080
LOS ANGELES, CA 90025-0389

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

$ Undetermined

EMIRATES
C/O A.K. BROHL & CO.
153-K, SUFI STREET
BLOCK 2, PECHS
KARACHI
PAKISTAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     Global Eagle Entertainment Inc.             Case number *(if known)* __20-11835 (JTD)__
           Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22**   **Nonpriority creditor's name and mailing address**        $ Undetermined

20TH CENTURY FOX FILM CORP
5611 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.23**   **Nonpriority creditor's name and mailing address**        $2,894.45

80:20 COMMUNICATIONS LTD
ST JAMES HOUSE
20 BEDFORD RD
GUILDFORD GU1 4SJ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.24**   **Nonpriority creditor's name and mailing address**        $900.64

ACCO ENGINEERED SYSTEMS INC
ACCO ENGINEERED SYSTEMS, INC
888 EAST WALNUT STREET
PASADENA, CA 91101

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.25**   **Nonpriority creditor's name and mailing address**        $40,365.59

ADP INTERNATIONAL SERVICES BV
LYLANTSE BAAN 1
CAPELLE AAN DEN IJSSEL 2908 LG
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.26**   **Nonpriority creditor's name and mailing address**        $37,130.65

ADP, INC.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.27 | **Nonpriority creditor's name and mailing address** | | $932.75 |
|---|---|---|---|

ADT SECURITY SERVICES
ACCT#400135678
PO BOX 371878
PITTSBURGH, PA 15250-7878

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | $33,438.72 |
|---|---|---|---|

AECOM TECHNICAL SERVICES, INC
1178 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | | $71,949.99 |
|---|---|---|---|

AEROTEK DESIGN LABS, LLC
24119 RIVERWALK COURT, SUITE 147
PLAINFIELD, IL 60544

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | | $50,052,233.91 |
|---|---|---|---|

AIRLINE MEDIA PRODUCTIONS INC.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | | $86,807.50 |
|---|---|---|---|

AIRLINE PASSENGER EXPERIENCE ASSOCIATION, INC.
P.O. BOX 420187
ATLANTA, GA 30342-0187

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)* 20-11835 (JTD)
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** | **Nonpriority creditor's name and mailing address** | $1,035.16

AIRPORT TERMINAL SERVICES
C/O: KELLY BURCHETT FOR WINGTIPS LOUNGE
111 WESTPORT PLAZA, STE 400
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.33** | **Nonpriority creditor's name and mailing address** | $57,656.25

ALCOR SOLUTIONS, INC
7600 DUBLIN BLVD., SUITE 230
DUBLIN, CA 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.34** | **Nonpriority creditor's name and mailing address** | $725.57

ALL PRINTING SERVICES INC.
15616 VENTURA BOULEVARD
ENCINO, CA 91436

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.35** | **Nonpriority creditor's name and mailing address** | $66,740.47

ALTEGROSKY LIMITED
DIAGOROU 3, FESSAS & KASHOULIS TOWER
3RD FLOOR, OFFICE 301
NICOSIA 1097
CYPRUS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.36** | **Nonpriority creditor's name and mailing address** | $4,675.50

ALTERYX INC.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* __20-11835 (JTD)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | $7,218.10 |
|---|---|---|---|

AMAZON CAPITAL SERVICES, LLC
PO BOX 84023
SEATTLE, WA 98124-8423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.38 | **Nonpriority creditor's name and mailing address** | | $219,203.89 |
|---|---|---|---|

AMAZON WEB SERVICES INC
PO BOX 84023
SEATTLE, WA 98124-8423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.39 | **Nonpriority creditor's name and mailing address** | | $1,293,828.91 |
|---|---|---|---|

AMERICAN AIRLINES, INC.
PO BOX 7247-8814
PHILADELPHIA, PA 19170-8814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.40 | **Nonpriority creditor's name and mailing address** | | $64,233.29 |
|---|---|---|---|

AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.41 | **Nonpriority creditor's name and mailing address** | | $190.12 |
|---|---|---|---|

AMERICAN FIRST AID SERVICES, INC
784 CHURCH ROAD
ELGIN, IL 60123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** | **Nonpriority creditor's name and mailing address** | | $11,081.66

AMERICAN STOCK TRANSFER & TRUST CO, LLC
P O BOX 12893
PHILADELPHIA, PA 19176-0893

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address** | | $5,400.00

AON CONSULTING, INC.
RADFORD
PO BOX 100137
PASADENA, CA 91189-0003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address** | | $8,820.00

APPLIED AVIONICS, INC.
3201 SANDY LANE
FORT WORTH, TX 76112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address** | | $884.14

ARC OF BUSINESS PTE LTD
23 SERAGOON NORTH AV 5
43223
BTH CENTRE 554530
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address** | | $60,337.00

ARKENA INC
125 SOUTH BARRINGTON PLACE
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | $1,500.00 |
|---|---|---|

ASD-SKY
55 IVAN ALLEN JR BLVD
SUITE 100
ATLANTA, GA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.48 | **Nonpriority creditor's name and mailing address** | $169,135.99 |
|---|---|---|

AT&T
208 S AKARD ST
DALLAS, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.49 | **Nonpriority creditor's name and mailing address** | $7,750.00 |
|---|---|---|

AVIATION INDUSTRY REPRESENTATIVES, LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.50 | **Nonpriority creditor's name and mailing address** | $1,803.42 |
|---|---|---|

BANTA LLC
1549 E. VINE AVE
WEST COVINA, CA 91791

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.51 | **Nonpriority creditor's name and mailing address** | $63,740.00 |
|---|---|---|

BEBANJO
CALLE DOCTOR FOURQUET 27, LOCAL IZQUIERDO
MADRID 28012
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.52 | **Nonpriority creditor's name and mailing address** | | $5,433.08 |
|---|---|---|---|

BEYONDTRUST CORPORATION
11695 JOHNS CREEK PARKWAY
JOHNS CREEK, GA 30097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.53 | **Nonpriority creditor's name and mailing address** | | $43,625.40 |
|---|---|---|---|

BLACKLINE SYSTEMS INC
21300 VICTORY BLVD, 12TH FLOOR
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.54 | **Nonpriority creditor's name and mailing address** | | $10,250.66 |
|---|---|---|---|

BLOOMBERG FINANCE LP
P.O. BOX 416604
BOSTON, MA 02241-6604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.55 | **Nonpriority creditor's name and mailing address** | | $2,068.61 |
|---|---|---|---|

BMI PUBLISHING LTD
SUFFOLK HOUSE
GEORGE STREET
CROYDON CR9 1SR
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.56 | **Nonpriority creditor's name and mailing address** | | $840.00 |
|---|---|---|---|

BOONE ELECTRIC INC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 70 of 112 |
|---|---|---|

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**   **Nonpriority creditor's name and mailing address**                                                                      $8,216.29

BROADRIDGE ICS
P O BOX 416423
BOSTON, MA 2241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.58**   **Nonpriority creditor's name and mailing address**                                                                     $14,658.14

BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC.
PO BOX 416423
BOSTON, MA 02241-6423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.59**   **Nonpriority creditor's name and mailing address**                                                                      $1,149.89

BROADSIGN INTERNATIONAL LLC
DEPT CH 19886
PALATINE, IL60055-9886

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.60**   **Nonpriority creditor's name and mailing address**                                                                        $115.00

BROWN UNIVERSITY
190 HOPE STREET
PROVIDENCE, RI 02912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.61**   **Nonpriority creditor's name and mailing address**                                                                     $10,005.00

CAPA CENTRE FOR AVIATION
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CBS FILMS
2700 COLORADO AVE.
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CBS STUDIOS INC
BANK ONE, NA PROCESSING
PO LOCKBOX 100386
PASADENA, CA 91189

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | | $57,190.16 |
|---|---|---|---|

CDW DIRECT, LLC
PO BOX 75723
CHICAGO, IL 60675-5723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | | $20,006.76 |
|---|---|---|---|

CENTURY GROUP
222 NORTH SEPULVEDA BLVD.,#2150
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | | $59,140.65 |
|---|---|---|---|

CIGNA HEALTH AND LIFE INSURANCE COMPANY
900 COTTAGE GROVE ROAD
HARTFORD, CT 06152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.67 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

CINESKY
8560 WEST SUNSET BOULEVARD
SUITE 500
WEST HOLLYWOOD, CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | | $34,126.66 |
|---|---|---|---|

CNBC INC
BANK OF AMERICA
LOCKBOX 402315
ATLANTA, GA 30384-2315

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | | $760.41 |
|---|---|---|---|

COMCAST COMMUNICATIONS
PO BOX 37601
PHILADELPHIA, PA 19101-0601

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | | $570.00 |
|---|---|---|---|

COMCAST XOC
1323 34TH AVE E
FIFE, WA 98424

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | | $570.00 |
|---|---|---|---|

COMCAST XOC
1323 34TH AVE E
FIFE, WA 98424

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** | **Nonpriority creditor's name and mailing address** | $ Undetermined

COMEDY DYNAMICS
2660 WEST OLIVE AVENUE
BURBANK, CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.73** | **Nonpriority creditor's name and mailing address** | $761.10

CONDUENT HR SERVICES LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.74** | **Nonpriority creditor's name and mailing address** | $100,521.95

CORNERSTONE ONDEMAND, INC.
1601 CLOVERFIELD BLVD.
SUITE 620S
SANTA MONICA, CA 90404-4082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.75** | **Nonpriority creditor's name and mailing address** | $8,403.23

CT CORPORATION
P O BOX 4349
CAROL STREAM, IL 60197-4349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.76** | **Nonpriority creditor's name and mailing address** | $11,914.20

CT CORPORATION
P O BOX 4349
CAROL STREAM, IL 60197-4349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | | $1,169.96 |
|---|---|---|---|

CT LIEN SOLUTIONS
PO BOX 301133
DALLAS, TX 75303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.78 | **Nonpriority creditor's name and mailing address** | | $26,133.54 |
|---|---|---|---|

CYXTERA
13322 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.79 | **Nonpriority creditor's name and mailing address** | | $80,000.00 |
|---|---|---|---|

DELAWARE SEC. OF STATE
DIVISION OF CORPORATIONS
P O BOX 5509
BINGHAMTON, NY 13902-5509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.80 | **Nonpriority creditor's name and mailing address** | | $128,111.28 |
|---|---|---|---|

DELTA AIR LINES, INC.
PO BOX 101153
ATLANTA, GA 30392-1153

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.81 | **Nonpriority creditor's name and mailing address** | | $1,895.00 |
|---|---|---|---|

DELUXE SMALL BUSINESS SALES, INC
3680 VICTORIA STREEET NORTH
SHOREVIEW, MN 55126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | $94.05 |

DEPARTMENT OF LABOR & INDUSTRIES
PO BOX 34974
SEATTLE, WA 98124-6524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | $28,885.59 |

DILIGENT CORPORATION
1385 BROADWAY, 19TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | $26,604.96 |

DIVERSIFIED MEDIA GROUP, LLC
385 MARKET STREET
KENILWORTH, NJ 07033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | $91,830.86 |

DLA PIPER LLP
PO BOX 64029
BALTIMORE, MD 21264-4029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | $298.00 |

DMV
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* 20-11835 (JTD)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.87 | **Nonpriority creditor's name and mailing address** | | $10,000.00 |
|---|---|---|---|

DOLBY LABORATORIES INC
1275 MARKET ST
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.88 | **Nonpriority creditor's name and mailing address** | | $12,445.00 |
|---|---|---|---|

DOMO, INC.
772 E UTAH VALLEY DR
AMERICAN FORK, UT 84003-9773

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | $68,302.04 |
|---|---|---|---|

DONNELLEY FINANCIAL LLC
35 WEST WACKER DRIVE
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.90 | **Nonpriority creditor's name and mailing address** | | $990.00 |
|---|---|---|---|

DONOHOE ADVISORY ASSOCIATES LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.91 | **Nonpriority creditor's name and mailing address** | | $41,344,779.20 |
|---|---|---|---|

DTI SOFTWARE FZ-LLC
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.92  Nonpriority creditor's name and mailing address

$29,125,889.75

DTI SOFTWARE INC.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.93  Nonpriority creditor's name and mailing address

$19,197.50

DUBAI AVIATION CORPORATION (FLYDUBAI)
PO BOX 353
DUBAI
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.94  Nonpriority creditor's name and mailing address

$8,200.00

DUN & BRADSTREET
PO BOX 75434
CHICAGO, IL 60675-5434

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.95  Nonpriority creditor's name and mailing address

$25,125.00

E*TRADE FINANCIAL CORPORATE SERVICES
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 3512
ARLINGTON, VA 22203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.96  Nonpriority creditor's name and mailing address

$4,216.68

ECONOMIC RESEARCH INSTITUTE
PO BOX 3524
SEATTLE, WA 98124-3524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.97 | **Nonpriority creditor's name and mailing address** | | $404,144.39 |
|---|---|---|---|

EMC MOBILITY SERVICES SA
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | $22,141.33 |
|---|---|---|---|

EMERGING MARKETS COMMUNICATIONS (FZE)
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $7,246.12 |
|---|---|---|---|

EMERGING MARKETS COMMUNICATIONS ARGENTINA SRL
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | $5,332,129.23 |
|---|---|---|---|

EMPHASIS VIDEO ENTERTAINMENT LTD.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | $4,950.00 |
|---|---|---|---|

ENHANCEHCM, LLC
222 N. PACIFIC COAST HIGHWAY
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Global Eagle Entertainment Inc.
           _____
           Name

Case number *(if known)* 20-11835 (JTD)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102** | **Nonpriority creditor's name and mailing address** | $4,495.00

EQUISOLVE, INC.
2455 E. SUNRISE BOULEVARD, SUITE 1201
FORT LAUDERDALE, FL 33304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.103** | **Nonpriority creditor's name and mailing address** | $2,506.00

ERNST & YOUNG LLP
P.O. BOX 846793
LOS ANGELES, CA 90084-6793

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.104** | **Nonpriority creditor's name and mailing address** | $4,449.68

ESTUDIO ARANGUREN
ESMERALDA 1320, 7 "A"
CABA 1007ABT
ARGENTINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.105** | **Nonpriority creditor's name and mailing address** | $67,228.67

EXCEL4APPS INC
2581 WASHINGTON ROAD
SUITE 232
PITTSBURGH, PA 15241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.106** | **Nonpriority creditor's name and mailing address** | $4,188.00

FACEBOOK, INC
1601 WILLOW ROAD
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Global Eagle Entertainment Inc.                              Case number *(if known)*  20-11835 (JTD)
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.107 | **Nonpriority creditor's name and mailing address** | | $1,094.10 |

FACTIVA INC
PO BOX 300
PRINCETON, NJ

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.108 | **Nonpriority creditor's name and mailing address** | | $552.00 |

FD ASSOCIATES INC
7918 JONES BRANCH DRIVE SUITE 540
22102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.109 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

FOX NATIONAL GEOGRAPHIC NT
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.110 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |

FOX PERFORMING ARTS CENTER.
3801 MISSION INN AVE
RIVERSIDE, CA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.111 | **Nonpriority creditor's name and mailing address** | | $325.00 |

FRISCO RANCH HOA
14821 RIVERSIDE DR
LITTLE ELM, TX 75068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.112 | **Nonpriority creditor's name and mailing address** | | $9,193.55 |
|---|---|---|---|

GALLAGHER BENEFIT SERVICES, INC
TWO PIERCE PLACE, 14TH FLOOR
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.113 | **Nonpriority creditor's name and mailing address** | | $8,976,842.58 |
|---|---|---|---|

GLOBAL EAGLE ENTERTAINMENT LIMITED
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.114 | **Nonpriority creditor's name and mailing address** | | $404,620.96 |
|---|---|---|---|

GLOBAL EAGLE ENTERTAINMENT PTY LIMITED
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.115 | **Nonpriority creditor's name and mailing address** | | $4,312,769.29 |
|---|---|---|---|

GLOBAL EAGLE ENTERTAINMENT SPAIN SL
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.116 | **Nonpriority creditor's name and mailing address** | | $151,313.41 |
|---|---|---|---|

GLOBAL EAGLE GMBH
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* ___20-11835 (JTD)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117** | **Nonpriority creditor's name and mailing address** | $2,218,938.93

GLOBAL EAGLE SERVICES, LLC
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.118** | **Nonpriority creditor's name and mailing address** | $250.00

GLOBO COMUNICACAO
RUA LOPES QUINTAS
303 JARDIM BOTANICO
RIO DE JANEIRO
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.119** | **Nonpriority creditor's name and mailing address** | $6,971.32

GOURMET COFFEE SERVICE
PO BOX 8318
VAN NUYS, CA 91409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.120** | **Nonpriority creditor's name and mailing address** | $12,157.96

HAMBURG MESSE UND CONGRESS GMBH
AUSSTELLERSERVICE
PO BOX 30 24 80
HAMBURG D-20308
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.121** | **Nonpriority creditor's name and mailing address** | $350.00

HAMILTON COUNTY PARKS
227 GOLD POINT CIRCLE NORTH
HIXSON, TN 37343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.
_____
Name

Case number *(if known)* 20-11835 (JTD)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.122 | **Nonpriority creditor's name and mailing address** | | $270.00

HAUSER & WIRTH
548 W 22ND STREET
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.123 | **Nonpriority creditor's name and mailing address** | | $1,717.74

HELLAS SAT CONSORTIUM LIMITED
HELLAS SAT SPACE CENTER
KOFINOU 7735
CYPRUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.124 | **Nonpriority creditor's name and mailing address** | | $6,543.00

HERBERT SMITH FREEHILLS LLP
EXCHANGE HOUSE
PRIMROSE STREET
LONDON EC2A 2EG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.125 | **Nonpriority creditor's name and mailing address** | | $20.58

HIRERIGHT, LLC
3349 MICHELSON DRIVE, SUITE 150
IRVINE, CA 926112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.126 | **Nonpriority creditor's name and mailing address** | | $75,205.50

HOLTHOUSE CARLIN & VAN TRIGT LLP
11444 W. OLYMPIC BOULEVARD
11TH FLOOR
LOS ANGELES, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Global Eagle Entertainment Inc.
_____
Name

Case number *(if known)*  20-11835 (JTD)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** | **Nonpriority creditor's name and mailing address** | $81.00

ICE SYSTEMS, INC
PO BOX 11126
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.128** | **Nonpriority creditor's name and mailing address** | $2,500.00

ICSYNERGY SOFTWARE, LLC
5601 DEMOCRACY DRIVE
SUITE 205
PLANO, TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.129** | **Nonpriority creditor's name and mailing address** | $599.75

IFAX SOLUTIONS, INC
1020 E. MAIN STREET
NORRISTOWN, PA 19401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.130** | **Nonpriority creditor's name and mailing address** | $12,030,329.18

INFLIGHT PRODUCTIONS BV
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.131** | **Nonpriority creditor's name and mailing address** | $4,416,975.76

INFLIGHT PRODUCTIONS LTD.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.
_____
Name

Case number *(if known)* 20-11835 (JTD)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132**   **Nonpriority creditor's name and mailing address**     $1,052,263.83

INFLIGHT PRODUCTIONS PTE. LTD
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.133**   **Nonpriority creditor's name and mailing address**     $35,709,596.26

INFLIGHT PRODUCTIONS USA, INC.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.134**   **Nonpriority creditor's name and mailing address**     $817,275.67

INNOVA SOLUTIONS
3211 SCOTT BLVD; SUITE 202
SANTA CLARA, CA 95054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.135**   **Nonpriority creditor's name and mailing address**     $5,220.00

INSPERITY BUSINESS SERVICES
PO BOX 840064
DALLAS, TX 75284-0064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.136**   **Nonpriority creditor's name and mailing address**     $30,266.83

INTRADO DIGITAL MEDIA LLC
11808 MIRACLE HILLS DRIVE
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137** | **Nonpriority creditor's name and mailing address** | | $3,965.33

IRON MOUNTAIN
PO BOX 601002
PASADENA, CA 91189-1002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.138** | **Nonpriority creditor's name and mailing address** | | $85,000.00

J FRANK ASSOCIATES LLC
622 THIRD AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.139** | **Nonpriority creditor's name and mailing address** | | $19,275.00

J2T RECRUITING CONSULTANTS INC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.140** | **Nonpriority creditor's name and mailing address** | | $48,792.43

JACKSON LEWIS P.C.
1133 WESTCHESTER AVENUE, SUITE S125
WEST HARRISON, NY 10604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.141** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

JAGUAR
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142** | **Nonpriority creditor's name and mailing address** | | $16,751.97

JETSET MEDIA
10 NW RICHARDS RD.
KANSAS CITY, MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.143** | **Nonpriority creditor's name and mailing address** | | $6,188.41

JONES LANG LASALLE AMERICAS INC
200 E RANDOLPH DRIVE, SUITE 4300
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.144** | **Nonpriority creditor's name and mailing address** | | $1,895.00

JOURNEY'S END RELOCATION INC
28632 ROADSIDE DRIVE, SUITE 145
LOS ANGELES, CA 91301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.145** | **Nonpriority creditor's name and mailing address** | | $6,700.00

KAUFMAN ROSSIN & CO., P.A.
2699 S. BAYSHORE DRIVE
SUITE 300
MIAMI, FL 33133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.146** | **Nonpriority creditor's name and mailing address** | | $427.50

KEN KREGAN
6080 CENTER DRIVE
SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 88 of 112

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147** | **Nonpriority creditor's name and mailing address** | | $242.69

KONICA MINOLTA PREMIER FINANCE
P.O. BOX 100706
PASADENA, CA 91189-0706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.148** | **Nonpriority creditor's name and mailing address** | | $1,519,609.55

KPMG LLP
3 CHESTNUT RIDGE RD
MONTVALE, NJ 07645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.149** | **Nonpriority creditor's name and mailing address** | | $250.00

LAURA SHIN MEDIA LLC
6081 CLAREMONT AVE.,
APT 2
OAKLAND, CA 94618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.150** | **Nonpriority creditor's name and mailing address** | | $8,700.00

LEE HECHT HARRISON LLC
2301 LUCIEN WAY, SUITE 325
MAITLAND, FL 32751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151** | **Nonpriority creditor's name and mailing address** | | $5,460.00

LERMAN SENTER PLLC
2001 L STREET NW
SUITE 400
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152**

**Nonpriority creditor's name and mailing address**
$718.98

LIFE INSURANCE COMPANY OF NORTH AMERICA
900 COTTAGE GROVE RD
HARTFORD, CT 06152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.153**

**Nonpriority creditor's name and mailing address**
$17,839.25

MACDOWELL, MELO & LEITE DE CASTRO ADVOGADOS
RUA LAURO MULLER
116 SUITE 504
RIO DE JANEIRO 22290-906
BRAZIL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.154**

**Nonpriority creditor's name and mailing address**
$144,155,432.85

MARITIME TELECOMMUNICATIONS NETWORK, INC.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.155**

**Nonpriority creditor's name and mailing address**
$11,630.80

MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101-3604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.156**

**Nonpriority creditor's name and mailing address**
$3,613.79

MCDERMOTT WILL & EMERY LLP
PO BOX 6043
CHICAGO, IL 60680-6043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157**  **Nonpriority creditor's name and mailing address**                                    $7,305.22

MEDIANT COMMUNICATIONS LLC
P.O. BOX 29976
NEW YORK, NY 10087-9976

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.158**  **Nonpriority creditor's name and mailing address**                                    $82,000.00

MERIDIAN ADVISOR GROUP LLC
791 ALEXANDER RD
PRINCETON, NJ 08540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.159**  **Nonpriority creditor's name and mailing address**                                    $6,789.65

MERRILL COMMUNICATIONS LLC
ONE MERRILL CIRCLE
ST PAUL, MN 55108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.160**  **Nonpriority creditor's name and mailing address**                                    $67,586.06

META DATA SYSTEMS LIMITED
HARWOOD HOUSE
MELTON MOWBRAY LE13 1TX
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.161**  **Nonpriority creditor's name and mailing address**                                    $486,523.41

MICROSOFT CORPORATION
1950 NO. STEMMONS
STE. 5010, LB 842467
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* 20-11835 (JTD)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.162 | **Nonpriority creditor's name and mailing address** | | $5,250.00 |

MINDLINKS SOLUTION INDIA PVT LTD
101, 3RD MAIN ROAD, POOMA PRAGNA LAYOUT
SHAKTHI RESORT ROAD
BANGALORE 560061
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | $3,000.00 |

MODULUS DATA USA INC.
379 WEST BROADWAY
WEWORK SUITE
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.164 | **Nonpriority creditor's name and mailing address** | | $380.00 |

MOVER SERVICES INC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.165 | **Nonpriority creditor's name and mailing address** | | $29,283.94 |

MSNBC
BANK OF AMERICA
LOCKBOX 402222
ATLANTA, GA 30384-2222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.166 | **Nonpriority creditor's name and mailing address** | | $8,000.00 |

MSP COMMUNICATIONS, INC
4590 NE SANDPEBBLE TRACE #105
STUART, FL 34996

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167**  **Nonpriority creditor's name and mailing address**                                     $2,834.00

MY EQUITY COMP, LLC                    **As of the petition filing date, the claim is:**
80 BLUE RAVINE ROAD                    *Check all that apply.*
SUITE 110
FOLSOM, CA 95630                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                   ☐ No
**Last 4 digits of account number**                ☐ Yes

---

**3.168**  **Nonpriority creditor's name and mailing address**                                     $4,706.66

NASDAQ OMX CORPORATE SOLUTIONS LLC (GLOBE NEWSWIRE)   **As of the petition filing date, the claim is:**
LBX #30200                             *Check all that apply.*
PO BOX 780700
PHILADELPHIA, PA 19178-0700            ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                   ☐ No
**Last 4 digits of account number**                ☐ Yes

---

**3.169**  **Nonpriority creditor's name and mailing address**                                     $270.00

NATIONAL SECURITY SYSTEMS              **As of the petition filing date, the claim is:**
14761 FRANKLIN AVENUE, SUITE A         *Check all that apply.*
TUSTIN, CA 92780-7222
                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                   ☐ No
**Last 4 digits of account number**                ☐ Yes

---

**3.170**  **Nonpriority creditor's name and mailing address**                                     $1,289,506.15

NAVAERO AVIONICS AB                    **As of the petition filing date, the claim is:**
6080 CENTER DRIVE, SUITE 1200          *Check all that apply.*
LOS ANGELES, CA 90045
                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
                                                   ☐ No
**Last 4 digits of account number**                ☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**                                     $1,397.62

NEWS-LOG AG                            **As of the petition filing date, the claim is:**
RESEARCHING ADDRESS                    *Check all that apply.*

                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                   ☐ No
**Last 4 digits of account number**                ☐ Yes

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** | **Nonpriority creditor's name and mailing address** | $1,900.00

NICE WORLD INDUSTRIES INC
1222 NW 117TH STREET
SEATTLE, WA 98177

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.173** | **Nonpriority creditor's name and mailing address** | $8,500.00

OANDA CORPORATION
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.174** | **Nonpriority creditor's name and mailing address** | $1,959.00

OKTA, INC.
301 BRANNAN STREET
STE 100
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.175** | **Nonpriority creditor's name and mailing address** | $338,361.10

OMAN AIR SOAC
MUSCAT INTERNATIONAL AIRPORT
PO BOX 58
SULTANATE OF OMAN
OMAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.176** | **Nonpriority creditor's name and mailing address** | $58,780.00

OPENSOLS S.A.S.
CRA 65 100-15 TORRE4 #1001
BOGOTA 111121
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177**  **Nonpriority creditor's name and mailing address**   $83,404.01

ORACLE AMERICA, INC
P O BOX 44471
SAN FRANCISCO, CA 94144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.178**  **Nonpriority creditor's name and mailing address**   $10,160.00

PANASONIC AVIONICS CORPORATION
P.O. BOX 894503
LOS ANGELES, CA 90189-4503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.179**  **Nonpriority creditor's name and mailing address**   $3,991.86

PARK PLACE TECHNOLOGIES, LLC
5910 LANDERBROOK DRIVE, SUITE 300
CLEVELAND, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.180**  **Nonpriority creditor's name and mailing address**   $8,148.57

PARKRIDGE V RESTON LLC
8150 LEESBURG PIKE
SUITE 1100
VIENNA, VA 22182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.181**  **Nonpriority creditor's name and mailing address**   $3,000.00

PATHWAYS PLATFORM, LLC
19420 N 59TH AVE C249
GLENDALE, AZ 85308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.182 | Nonpriority creditor's name and mailing address | | $179,441.73 |
|---|---|---|---|

PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.183 | Nonpriority creditor's name and mailing address | | $3,524.43 |
|---|---|---|---|

PEOPLE 2.0 NORTH AMERICA, LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.184 | Nonpriority creditor's name and mailing address | | $140.84 |
|---|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC
PO BOX 371887
PITTSBURGH, PA 15250-7887

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.185 | Nonpriority creditor's name and mailing address | | $5,867.56 |
|---|---|---|---|

PLANSOURCE
PO BOX 1313
ORLANDO, FL 32802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.186 | Nonpriority creditor's name and mailing address | | $217.50 |
|---|---|---|---|

PLANTSCAPERS
17281 EASTMAN
IRVINE, CA 92614-5521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor ___Global Eagle Entertainment Inc._____      Case number *(if known)* __20-11835 (JTD)__
               Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

**3.187** | **Nonpriority creditor's name and mailing address** | $985,514.29

PMG CALIFORNIA, INC.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | $14,390,435.25

POST MODERN EDIT, INC.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | $195.00

PR NEWSWIRE
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | $81.28

PRICE WHEELER CORPORATION
905 MAJESTIC OAK ST
LAS VEGAS, NV 89145

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | $4,871.13

PRICEWATERHOUSECOOPERS AG
BERNHARD-WICKI-STR.8
MUNCHEN 80636
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192** | **Nonpriority creditor's name and mailing address** | | $664,962.46

PRICEWATERHOUSECOOPERS LLP
P.O. BOX 514038
LOS ANGELES, CA 90051-4038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.193** | **Nonpriority creditor's name and mailing address** | | $318.18

PROFORMA HI-REZ
23382 MADERO
SUITE F
MISSION VIEJO, CA 92691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.194** | **Nonpriority creditor's name and mailing address** | | $42,423.31

PROSYS INFORMATION SYSTEMS, INC
28545 NETWORK PI
CHICAGO, IL 60673-1285

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.195** | **Nonpriority creditor's name and mailing address** | | $2,901.15

PWC HOLDINGS NO. 21 LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.196** | **Nonpriority creditor's name and mailing address** | | $3,131.46

RAYTHEON COMPANY
870 WINTER STREET
WALTHAM, MA 02451-1449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.                Case number *(if known)*   20-11835 (JTD)
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| 3.197 | **Nonpriority creditor's name and mailing address** | | $16,666.66 |
| --- | --- | --- | --- |

REDACTED PARTY 89
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.198 | **Nonpriority creditor's name and mailing address** | | $6,000.00 |
| --- | --- | --- | --- |

REED BUSINESS INFORMATION INC
QUADRANT HOUSE
THE QUADRANT
SUTTON
SURREY SM2 5AS
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.199 | **Nonpriority creditor's name and mailing address** | | $6,454.50 |
| --- | --- | --- | --- |

REED SMITH LLP
42, AVENUE RAYMOND POINCARÉ
PARIS 75782
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.200 | **Nonpriority creditor's name and mailing address** | | $1,047.97 |
| --- | --- | --- | --- |

REGENT SEVEN SEAS
ATTN: LAURA VLAD
7665 COPORATE CENTER DRIVE
MIAMI, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.201 | **Nonpriority creditor's name and mailing address** | | $15,800.00 |
| --- | --- | --- | --- |

RIGHT CLICK
1221 E. DYER ROAD
STE 225
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.202 | **Nonpriority creditor's name and mailing address** | | $4,068.00 |
|---|---|---|---|

RIGHT MANAGEMENT INC.
24677 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.203 | **Nonpriority creditor's name and mailing address** | | $20,264.48 |
|---|---|---|---|

RIGHTSLINE SOFTWARE INC
448 S HILL ST
STE 901
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.204 | **Nonpriority creditor's name and mailing address** | | $3,925.00 |
|---|---|---|---|

SAE INDUSTRY TECHNOLOGIES CONSORTIA DBA ARINC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.205 | **Nonpriority creditor's name and mailing address** | | $12,402.94 |
|---|---|---|---|

SANDRA KADEKIAN
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.206 | **Nonpriority creditor's name and mailing address** | | $556.80 |
|---|---|---|---|

SAT PROF, INC.
3771 WALDORF DR.
DALLAS, TX 75229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Global Eagle Entertainment Inc.
_____
Name

Case number *(if known)*  20-11835 (JTD)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.207 | **Nonpriority creditor's name and mailing address** | | $8,067.60 |
| --- | --- | --- | --- |

SCREENFEED
4208 PARK GLEN ROAD
MINNEAPOLIS, MN 55416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.208 | **Nonpriority creditor's name and mailing address** | | $51,101.20 |
| --- | --- | --- | --- |

SDVI CORPORATION
440 NORTH WOLFE ROAD
SUNNYVALE, CA 94085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.209 | **Nonpriority creditor's name and mailing address** | | $26.40 |
| --- | --- | --- | --- |

SEABOARD WELDING SUPPLY INC
PO BOX 189
OAKHURST, NJ 07755-0189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.210 | **Nonpriority creditor's name and mailing address** | | $3,420.00 |
| --- | --- | --- | --- |

SENTRIUM S L
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.211 | **Nonpriority creditor's name and mailing address** | | $19,500.00 |
| --- | --- | --- | --- |

SERENDIPITY LABS DENVER-GREENWOOD VILLAGE
6400 S. FIDDLERS GREEN CIRCLE SUITE 250
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* 20-11835 (JTD)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212** | **Nonpriority creditor's name and mailing address** | $2,210.00

SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 SOUTH HOPE STREET
43RD FLOOR
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.213** | **Nonpriority creditor's name and mailing address** | $1,494.00

SHIFT MEDIA HOLDINGS, INC.
5340 ALLA ROAD, SUITE 109
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.214** | **Nonpriority creditor's name and mailing address** | $7,004.50

SIGNATURE MEDIA
24865 AVE ROCKEFELLER
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.215** | **Nonpriority creditor's name and mailing address** | $300.00

SINGLE MOTHERS AT WORK
2112 E. 4TH ST
STE 222-D
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.216** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SKEYE
218 ROLAND-JEANNEAU
VERDUN
VERDUN H3E 1R5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payables

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
_____                              _____
Name

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      **Amount of claim**

| | |
|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** $1,207.55 |

SKRINE
UNIT NO.50-8-1, 8TH FLOOR
WISMA UOA DAMANSARA
KUALA LUMPUR 50490
MALAYSIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** $10,676.32 |

SOCAL IP
310 N. WESTLAKE BLVD.
SUITE 120
WESTLAKE VILLAGE, CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** $976.38 |

SPECTICAST
610 OLD CLAIRTON ROAD
PITTSBURGH, PA 15236-4353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address** $329.70 |

STAPLES ADVANTAGE
STAPLES BUSINESS ADVANTAGE
P O BOX 660409
DALLAS, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** $7,495.00 |

STRATEGIC BUSINESS COMMUNICATIONS
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.222 | **Nonpriority creditor's name and mailing address** | | $3,152.20 |
|---|---|---|---|

SYMMETRIX SOLUTIONS
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.223 | **Nonpriority creditor's name and mailing address** | | $7,136.31 |
|---|---|---|---|

T MOBILE
PO BOX 51843
LOS ANGELES, CA 90051-6143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.224 | **Nonpriority creditor's name and mailing address** | | $4,086.87 |
|---|---|---|---|

T-MOBILE
EE LIMITED
TRIDENT PLACE
HATFIELD AL10 9BW
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.225 | **Nonpriority creditor's name and mailing address** | | $70,560.00 |
|---|---|---|---|

TABLEAU SOFTWARE, INC.
1621 N 34TH STREET
SEATTLE, WA 98103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.226 | **Nonpriority creditor's name and mailing address** | | $1,150.24 |
|---|---|---|---|

TARTAN FILMS USA
40 CENTRAL PARK SOUTH, PHC
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.227** | **Nonpriority creditor's name and mailing address** | $36,055.02

TATA SIA AIRLINES LIMITED
ONE HORIZON CENTRE, GOLF COURSE ROAD, SECTOR - 43
10TH FLOOR
GURGAON 122003
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.228** | **Nonpriority creditor's name and mailing address** | $2,095.89

TECHNOLOGY RESOURCE CENTER OF AMERICA, LLC
2600 VIRGINIA CIRCLE
DENTON, TX 76209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.229** | **Nonpriority creditor's name and mailing address** | $53,028.00

TECNOLOGIAS Y SERVICIOS CONTACTA SAS
CALLE 98 NO.51B-80
BARRANQUILLA 080020
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.230** | **Nonpriority creditor's name and mailing address** | $13.84

TELEPACIFIC COMMUNICATIONS
PO BOX 509013
SAN DIEGO, CA 92150-9013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.231** | **Nonpriority creditor's name and mailing address** | $829.00

TERMINIX
PO BOX 742592
CINCINNATI, OH 45274-2592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232**  **Nonpriority creditor's name and mailing address**  $2,692.42

THE KNEAFSEY FIRM, INC.
800 WILSHIRE BLVD., SUITE 710
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.233**  **Nonpriority creditor's name and mailing address**  $6,776,325.91

THE LAB AERO, INC.
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.234**  **Nonpriority creditor's name and mailing address**  $2,250.00

THE WALL STREET TRANSCRIPT
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.235**  **Nonpriority creditor's name and mailing address**  $10,886.39

THOMSON REUTERS - WEST
PAYMENT CENTER
P.O. BOX 6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.236**  **Nonpriority creditor's name and mailing address**  $1,005.65

TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC
8951 CYPRESS WATERS BLVD
SUITE 300
COPPELL, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.237 | **Nonpriority creditor's name and mailing address** | | $13,698.74 |
|---|---|---|---|

TRANSAT TOURS CANADA INC
300 LEO PARISEAU, SUITE 600
MONTREAL H2X 4C2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.238 | **Nonpriority creditor's name and mailing address** | | $83,489,427.00 |
|---|---|---|---|

U.S. BANK NATIONAL ASSOCIATION
ATTN: GLOBAL CORPORATE TRUST
190 S. LASALLE STREET
10TH FLOOR
MK-IL-SLTR
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 2.75% Convertible Senior Notes due 2035

**Date or dates debt was incurred** 02/18/2015

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.239 | **Nonpriority creditor's name and mailing address** | | $23,000.00 |
|---|---|---|---|

UGOVERNIT, INC.
5251 CALIFORNIA AVENUE
SUITE 160
IRVINE, CA 92617

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.240 | **Nonpriority creditor's name and mailing address** | | $24,737.14 |
|---|---|---|---|

VACO LOS ANGELES LLC
5410 MARYLAND WAY
SUITE 460
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.241 | **Nonpriority creditor's name and mailing address** | | $6,206.24 |
|---|---|---|---|

VANGUARD CLEANING SYSTEMS
6281 BEACH BLVD, SUITE 225
BUENA PARK, CA 90621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* 20-11835 (JTD)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242** | **Nonpriority creditor's name and mailing address** | $7,974.92

VELOCITY GLOBAL, LLC
3001 BRIGHTON BOULEVARD SUITE 900
DENVER, CO 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.243** | **Nonpriority creditor's name and mailing address** | $5,311.26

VENGROFF WILLIAMS INC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.244** | **Nonpriority creditor's name and mailing address** | $10,794.42

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.245** | **Nonpriority creditor's name and mailing address** | $460.00

VILLA PARK LANDSCAPE
739-B WEST KATELLA AVE.
ORANGE, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.246** | **Nonpriority creditor's name and mailing address** | $970,232.07

VODANET TELECOMUNICACOES LTDA
6080 CENTER DRIVE, SUITE 1200
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Related Party Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.247 | **Nonpriority creditor's name and mailing address** | | $197.72 |
|---|---|---|---|

WEST UC LIMITED
BUILDING C
IMPERIAL GATE BUSINESS PARK
GLOUCESTER GL4 3HX
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.248 | **Nonpriority creditor's name and mailing address** | | $8,248.42 |
|---|---|---|---|

WEST UNIFIED COMMUNICATIONS SERVICES, INC
P.O. BOX 51089
LOS ANGELES, CA 90074-1089

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.249 | **Nonpriority creditor's name and mailing address** | | $21,445.98 |
|---|---|---|---|

WINSTON & STRAWN, LLP
36235 TREASURY CENTER
CHICAGO, IL 60694-6200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.250 | **Nonpriority creditor's name and mailing address** | | $5,724.00 |
|---|---|---|---|

WORKIVA INC
2900 UNIVERSITY BLVD
AMES, IA 50010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.251 | **Nonpriority creditor's name and mailing address** | | $11.36 |
|---|---|---|---|

WORLD WIDE ENTERTAINMENT
SWITCH INTERNATIONAL
83 MORRABOOL STREET
GEELONG 3220
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor      Global Eagle Entertainment Inc. _____          Case number *(if known)*  20-11835 (JTD) _____
                     Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.252 | **Nonpriority creditor's name and mailing address** | | $12,600.00 |
|---|---|---|---|

YOUEARNEDIT, INC
206 E 9TH STREET
SUITE 1800
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.253 | **Nonpriority creditor's name and mailing address** | | $3,080.00 |
|---|---|---|---|

ZOOM VIDEO COMMUNICATIONS,INC.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

<div style="background:black;color:white">Part 3:</div> **List Others to Be Notified About Unsecured Claims**

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1  U.S. BANK NATIONAL ASSOCIATION<br>ATTN: GLOBAL CORPORATE TRUST<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN55107 | Line 238<br><br>☐ Not listed. Explain _____ | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| | | | + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 462,794,067.27 |
| | | | + undetermined amounts |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 462,794,067.27 |
| | | | + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name   Global Eagle Entertainment Inc.

United States Bankruptcy Court for the: _____   District of  Delaware

Case number (If known):   20-11835 (JTD) _____   Chapter   11

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 20TH CENTURY FOX FILM CORP<br>ATTN: DANE E. FORST<br>P.O. BOX 900<br>BEVERLY HILLS, CA 90213-0460 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 20TH CENTURY FOX FILM CORP<br>ATTN: DANE E. FORST<br>P.O. BOX 900<br>BEVERLY HILLS, CA 90213-0460 |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 20TH CENTURY FOX FILM CORP<br>ATTN: DANE E. FORST<br>P.O. BOX 900<br>BEVERLY HILLS, CA 90213-0460 |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN, EXECUTIVE VICE PRESIDENT<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN, EXECUTIVE VICE PRESIDENT<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |

Debtor     Global Eagle Entertainment Inc.
                Name

Case number *(if known)*   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN, EXECUTIVE VICE PRESIDENT<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN, EXECUTIVE VICE PRESIDENT<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN, EXECUTIVE VICE PRESIDENT<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 20TH CENTURY FOX FILM CORP<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 900<br>BEVERLY HILLS, CA 90213-0900 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN, EXECUTIVE VICE PRESIDENT<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN, EXECUTIVE VICE PRESIDENT<br>10201 WEST PICO BOULEVARD<br>BUILDING 86, ROOM 202<br>LOS ANGELES, CA 90064 |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN<br>10201 WEST PICO BOULEVARD<br>BUILDING 086, ROOM 202<br>LOS ANGELES, CA 90065-2674 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | 20TH CENTURY FOX FILM CORP<br>ATTN: JULIAN LEVIN<br>10201 WEST PICO BOULEVARD<br>BUILDING 086, ROOM 202<br>LOS ANGELES, CA 90065-2674 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | 2WAYTRAFFIC UK RIGHTS LIMITED<br>ATTN: GENERAL COUNSEL<br>64 NEW CAVENDISH STREET<br>LONDON W1G 8TB<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | 2WAYTRAFFIC UK RIGHTS LIMITED<br>ATTN: GENERAL COUNSEL<br>64 NEW CAVENDISH STREET<br>LONDON W1G 8TB<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | 3DD ENTERTAINMENT<br>5TH FLOOR, 8-12 CAMDEN HIGH ST<br>LONDON NW1 0JH<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | 3DD ENTERTAINMENT<br>5TH FLOOR, 8-12 CAMDEN HIGH ST<br>LONDON NW1 0JH<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | 3DD ENTERTAINMENT<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR<br>8-12 CAMDEN HIGH STREET<br>LONDON NW1 0JH<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 3DD ENTERTAINMENT<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR<br>8-12 CAMDEN HIGH STREET<br>LONDON, GREAT BRITAIN NW1 0JH |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 4459202 CANADA INC.<br>ATTN: GENERAL COUNSEL<br>1001, LENOIR ST. SUITE B442<br>MONTREAL, QC H4C 2Z6<br>CANADA |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 5D.2D STUDIO<br>ATTN: GENERAL COUNSEL<br>20651 SEABORAD ROAD<br>MALIBU, CA 90265 |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 5D.2D STUDIO<br>ATTN: JANE KOBAYASHI<br>1207 4TH STREET<br>PENTHOUSE 3<br>SANTA MONICA, CA 90401 |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 5D.2D STUDIO<br>ATTN: GENERAL COUNSEL<br>2525 MAIN STREET<br>SUITE 205<br>SANTA MONICA, CA 90405 |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 5D.2D STUDIO<br>ATTN: GENERAL COUNSEL<br>2525 MAIN STREET<br>SUITE 205<br>SANTA MONICA, CA 90405 |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 5D.2D STUDIO<br>ATTN: GENERAL COUNSEL<br>2525 MAIN STREET<br>SUITE 205<br>SANTA MONICA, CA 90405 |

Debtor   Global Eagle Entertainment Inc.                                    Case number *(if known)*  20-11835 (JTD)
_____                                  _____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | 5D.2D STUDIO ATTN: GENERAL COUNSEL 2525 MAIN STREET, SUITE 205 SANTA MONICA, CA 90405 |
| State the term remaining / List the contract number of any government contract | |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest | 5D.2D STUDIO ATTN: GENERAL COUNSEL 2525 MAIN STREET, SUITE 205 SANTA MONICA, CA 90405 |
| State the term remaining / List the contract number of any government contract | |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest | 5D.2D STUDIO ATTN: GENERAL COUNSEL 2525 MAIN STREET, SUITE 205 SANTA MONICA, CA 90405 |
| State the term remaining / List the contract number of any government contract | |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest | 5D.2D STUDIO ATTN: GENERAL COUNSEL 2525 MAIN STREET, SUITE 205 SANTA MONICA, CA 90405 |
| State the term remaining / List the contract number of any government contract | |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest | 5D.2D STUDIO ATTN: GENERAL COUNSEL 2525 MAIN STREET, SUITE 205 SANTA MONICA, CA 90405 |
| State the term remaining / List the contract number of any government contract | |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest | 5D.2D STUDIO ATTN: GENERAL COUNSEL 1207 4TH STREET, PENTHOUSE 3 SANTA MONICA, CA 90401 |
| State the term remaining / List the contract number of any government contract | |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest | 5D.2D STUDIO ATTN: GENERAL COUNSEL 1207 4TH STREET, PENTHOUSE 3 SANTA MONICA, CA 90401 |
| State the term remaining / List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL GROUP, PLC<br>ATTN: GENERAL COUNSEL<br>69 WILSON STREET<br>LONDON EC2A 2BB<br>UNITED KINGDOM |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL LIMITED<br>ATTN: GENERAL COUNSEL<br>69 WILSON STREET<br>LONDON EC2A 2BB<br>UNITED KINGDOM |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL LIMITED<br>69 WILSON STREET<br>WA14 2DT UNITED KINGDOM |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL LIMITED<br>ATTN: GENERAL COUNSEL<br>69 WILSON STREET<br>LONDON EC2A 2BB<br>UNITED KINGDOM |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL LIMITED<br>ATTN: GENERAL COUNSEL<br>69 WILSON STREET<br>LONDON EC2A 2BB<br>UNITED KINGDOM |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL LIMITED<br>ATTN: GENERAL COUNSEL<br>69 WILSON STREET<br>LONDON EC2A 2BB<br>UNITED KINGDOM |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL LIMITED<br>ATTN: GENERAL COUNSEL<br>69 WILSON STREET<br>LONDON EC2A 2BB<br>UNITED KINGDOM |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 7DIGITAL LIMITED<br>ATTN: GENERAL COUNSEL<br>69 WILSON STREET<br>LONDON WA14 2DT<br>UNITED KINGDOM |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |

| Debtor | <u>Global Eagle Entertainment Inc.</u> | Case number (if known) <u>20-11835 (JTD)</u> |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.56** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.57** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | A24 INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>31 WEST 27TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10001 |
| **2.58** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AB DROITS AUDIOVISUELS<br>ATTN: GENERAL COUNSEL<br>132, AV. DU PRESIDENT WILSON- BP95<br>LA PLAINE ST DENIS CEDEX 93213<br>FRANCE |
| **2.59** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AB KEYMET OY<br>RESEARCHING ADDRESS |
| **2.60** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ABBRACCI MANAGEMENT LLC<br>ATTN: GENERAL COUNSEL<br>8400 WEST FREEWAY<br>WHITE SETTLEMENT, TX 76018 |
| **2.61** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ABBRACCI MANAGEMENT LLC<br>ATTN: GENERAL COUNSEL<br>8400 WEST FREEWAY<br>WHITE SETTLEMENT, TX 76108 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | ABS GLOBAL LTD.<br>O'HARA HOUSE<br>3 BERMUDIANA ROAD<br>HAMILTON HM 08<br>BERMUDA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | ABS GLOBAL LTD.<br>O'HARA HOUSE<br>3 BERMUDIANA ROAD<br>HAMILTON HM 08<br>BERMUDA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | ABS GLOBAL LTD.<br>O'HARA HOUSE<br>3 BERMUDIANA ROAD<br>HAMILTON HM 08<br>BERMUDA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | ABS-CBN CORPORATION<br>ATTN: GENERAL COUNSEL<br>9TH FLOOR<br>EUGENIO LOPEZ, JR. COMMUNICATIONS CENTER, EUGENIO LOPEZ DRIVE<br>QUEZON CITY<br>PHILIPPINES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | ABS-CBN CORPORATION<br>ATTN: GENERAL COUNSEL<br>9TH FLOOR<br>EUGENIO LOPEZ, JR. COMMUNICATIONS CENTER, EUGENIO LOPEZ DRIVE<br>QUEZON CITY<br>PHILIPPINES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | ABS<br>ATTN: LEGAL DEPARTMENT<br>O'HARA HOUSE<br>3 BERMUDIANA ROAD<br>HAMILTON HM 08<br>BERMUDA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | ABSJETS<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    <u>Global Eagle Entertainment Inc.</u>    Case number *(if known)* __20-11835 (JTD)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ACE AMERICAN INSURANCE COMPANY<br>ATTN: GENERAL COUNSEL<br>436 WALNUT ST<br>PHILADELPHIA, PA 19106-3703 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ACE AMERICAN INSURANCE COMPANY<br>ATTN: GENERAL COUNSEL<br>436 WALNUT ST<br>PHILADELPHIA, PA 19106-3703 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ACORD<br>RESEARCHING ADDRESS |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ACS REGISTRARS LTD.<br>ATTN: GENERAL COUNSEL<br>SOVEREIGN HOUSE<br>29 REDDICAP HILL, SUTTON COLDFIELD<br>WEST MIDLANDS B75 7BQ<br>UNITED KINGDOM |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ACUTEC SYSTEMS PTY. LTD.<br>ATTN: GENERAL COUNSEL<br>UNIT 4<br>50 STANLEY STREET, NSW<br>DARLINGHURST 2010<br>AUSTRALIA |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ACUTEC SYSTEMS PTY. LTD.<br>ATTN: GENERAL COUNSEL<br>UNIT 4, 50 STANLEY ST<br>DARLINGHURST NSW 2010<br>AUSTRALIA |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ACUTEC SYSTEMS PTY. LTD.<br>ATTN: GENERAL COUNSEL<br>UNIT 4, 50 STANLEY ST<br>DARLINGHURST, NSW 2010<br>AUSTRALIA |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | ACUTEC SYSTEMS<br>ATTN: GENERAL COUNSEL<br>UNIT 4<br>50 STANLEY STREET, NSW<br>DARLINGHURST 2010<br>AUSTRALIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | ADAPTAVIST.COM LTD<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | ADAPTIVE CHANNEL SAS<br>ATTN: GENERAL COUNSEL<br>16, AVENUE DE L'EUROPE PARC TECHNOLOGIQUE DU CANAL<br>RAMONVILLE-SAINT-AGNE 31520<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | ADAPTIVE CHANNEL SAS<br>ATTN: GENERAL COUNSEL<br>16, AVENUE DE L'EUROPE PARC TECHNOLOGIE DU CANAL<br>RAMONVILLE-SAINT-AGNE 31520<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | ADAPTIVE CHANNEL SAS<br>ATTN: GENERAL COUNSEL<br>16, AVENUE DE L'EUROPE PARC TECHNOLOGIES DU CANAL<br>RAMONVILLE-SAINT-AGNE 31520<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | ADP INTERNATIONAL SERVICES BV<br>ATTN: GENERAL COUNSEL<br>LYLANTSE BAAN 1<br>2908 LG CAPELLE AAN DEN JSSEL<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | ADP INTERNATIONAL SERVICES BV<br>ATTN: GENERAL COUNSEL<br>LYLANTSE BAAN 1<br>2908 LG CAPELLE AAN DEN IJSSEL<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | ADP INTERNATIONAL SERVICES BV<br>ATTN: LEGAL DEPARTMENT<br>LYLANTSE BAAN 1<br>2908 LG CAPELLE AAN DEN IJSSEL<br><br>NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | ADP INTERNATIONAL SERVICES BV<br>ATTN: LEGAL DEPARTMENT<br>LYLANTSE BAAN 1<br>2908 LG CAPELLE AAN DEN IJSSEL<br><br>NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | ADP INTERNATIONAL SERVICES BV<br>ATTN: LEGAL DEPARTMENT<br>LYLANTSE BAAN 1<br>2908 LG CAPELLE AAN DEN IJSSEL<br><br>NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | ADP INTERNATIONAL SERVICES BV<br>ATTN: GENERAL COUNSEL<br>LYLANTSE BAAN 1<br>2908 LG CAPELLE AAN DEN LJSSEL<br><br>NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | ADP, INC.<br>ATTN: GENERAL COUNSEL<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | ADP, INC.<br>ATTN: GENERAL COUNSEL<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | ADP, LLC<br>ATTN: GENERAL COUNSEL<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADP, LLC<br>ATTN: GENERAL COUNSEL<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADP, LLC<br>ATTN: GENERAL COUNSEL<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADP, LLC<br>ATTN: GENERAL COUNSEL<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07068 |
| **2.93** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANCED FILM GMBH<br>ATTN: GENERAL COUNSEL<br>MAXIMILIANSTR. 54<br>MUNICH 80538<br>GERMANY |
| **2.94** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANCED MARINE ELECTRONICS<br>ATTN: GENERAL COUNSEL<br>PASEO CALVIA2<br>NO 4, PISO 1,LOCAL A, PORTALS NOUS<br>MALLORCA 07181<br>SPAIN |
| **2.95** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANTECH WIRELESS TECHNOLOGIES, USA INC<br>ATTN: GENERAL COUNSEL<br>16715 HYMUS BLVD<br>KIRKLAND, QC H9H 5M8<br>CANADA |
| **2.96** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANTECH WIRELESS TECHNOLOGIES, USA INC<br>ATTN: GENERAL COUNSEL<br>16715 HYMUS BLVD<br>KIRKLAND, QC H9H 5M8<br>CANADA |

Debtor ___Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.97** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANTECH WIRELESS TECHNOLOGIES, USA INC<br>ATTN: MANAGING COUNSEL<br>657 ORLY AVENUE<br>DORVAL, QC H9P 1G1<br>CANADA |
| **2.98** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANTECH WIRELESS TECHNOLOGIES, USA INC<br>ATTN: ELENA PALGOVA<br>657 ORLY AVENUE<br>DORVAL, QC H9P 1G1<br>CANADA |
| **2.99** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANTECH WIRELESS TECHNOLOGIES, USA INC<br>ATTN: ELENA PALGOVA<br>657 ORLY AVENUE<br>DORVAL, QC H9P 1G1<br>CANADA |
| **2.100** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANTECH WIRELESS TECHNOLOGIES, USA INC<br>ATTN: CORPORATE AND GENERAL COUNSEL<br>657 ORLY AVENUE<br>DORVAL, QC H9P 1G1<br>CANADA |
| **2.101** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADVANTEDGE TECHNOLOGY, INC<br>ATTN: GENERAL COUNSEL<br>271 N. MARKET STREET<br>SUITE 15<br>PORT HUENEME, CA 93041 |
| **2.102** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AECOM TECHNICAL SERVICES, INC<br>ATTN: GENERAL COUNSEL<br>300 S. GRAND AVENUE, 10TH FLOOR<br>LOS ANGELES, CA 90071 |
| **2.103** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AECOM TECHNICAL SERVICES, INC<br>ATTN: GENERAL COUNSEL<br>300 S. GRAND AVENUE, 10TH FLOOR<br>LOS ANGELES, CA 90071 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | AER LINGUS ACCOUNTS PAYABLE DEPT. ATTN: GENERAL COUNSEL PO BOX 44, CLONAKILTY POST OFFICE BRIDGE STREET CLONAKILTY, CO CORK, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | AER LINGUS ACCOUNTS PAYABLE DEPT. ATTN: GENERAL COUNSEL PO BOX 44, CLONAKILTY POST OFFICE BRIDGE STREET CLONAKILTY, CO CORK, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | AER LINGUS LIMITED ATTN: GENERAL COUNSEL PO BOX 44 CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY CO CORK, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | AER LINGUS LIMITED ATTN: GENERAL COUNSEL HANGER 6 DUBLIN AIRPORT DUBLIN, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | AER LINGUS LIMITED ATTN: GENERAL COUNSEL DUBLIN AIRPORT COUNTY DUBLIN, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | AER LINGUS LIMITED ATTN: GENERAL COUNSEL DUBLIN AIRPORT DUBLIN, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | AER LINGUS MATERIALS DEPT ATTN: GENERAL COUNSEL HANGER 6 DUBLIN AIRPORT DUBLIN, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.
            Name                                                   Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS MATERIALS DEPT<br>ATTN: GENERAL COUNSEL<br>HANGAR 6<br>DUBLIN AIRPORT<br>DUBLIN, IRELAND |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>AER LINGUS ACCOUNTS PAYABLE DEPARTMETN<br>PO BOX 44 C/O CLONAKILTY POST OFFICE, BRIDGE STREET<br>CLONAKILTY, IRELAND |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 45<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 45<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 45<br>CLONAKILTYPOST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO. CORK, IRELAND |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)*  20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.118** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.119** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>DUBLIN AIRPORT<br>DUBLIN, IRELAND |
| **2.121** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.122** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLCLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.123** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.124** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 45<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |

Debtor    _Global Eagle Entertainment Inc._____        Case number (if known) _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>IRELAND |
| 2.126 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| 2.127 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| 2.128 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| 2.129 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| 2.130 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| 2.131 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AER LINGUS<br>ATTN: GENERAL COUNSEL<br>PO BOX 44<br>CLONAKILTY POST OFFICE, BRIDGE STREET, CLONAKILTY<br>CO CORK, IRELAND |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEREOLINEAS ARGENTINAS S.A<br>ATTN: GENERAL COUNSEL<br>AV. RAFAEL OBLIGADO S/N<br>AEROPARQUE JORGE NEWBERY, TERMINAL4, PISO 3 LADO SUR<br>BUENOS AIRES<br>ARGENTINA |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEREOLINEAS ARGENTINAS S.A<br>ATTN: GENERAL COUNSEL<br>AEROPARQUE JORGE NEWBERY , AVENIDA RAFAEL<br>EDIFICIO CORPORATIVO T4, PISO 4<br>BUENOS AIRES<br>ARGENTINA |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AERO GROUP<br>31 BOLSHAYA SERPUKHOVSKAYA STREET<br>BLD.6, FL. 1, ROOM II- 1<br>MOSCOW 115093<br>RUSSIA |

Debtor    Global Eagle Entertainment Inc.        Case number *(if known)*   20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | AERO VISTA ENTERTAINMENT, INC. ATTN: GENERAL COUNSEL 43 CORPORATE PARK SUITE 203 IRVINE, CA 92808 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | AERO VISTA ENTERTAINMENT, INC ATTN: GENERAL COUNSEL 43 CORPORATE PARK SUITE 203 IRVINE, CA 92606 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | AERO VISTA ENTERTAINMENT, INC ATTN: GENERAL COUNSEL 43 CORPORATE PARK SUITE 203 IRVINE, CA 92606 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | AERO VISTA ENTERTAINMENT, INC ATTN: GENERAL COUNSEL 43 CORPORATE PARK SUITE 203 IRVINE, CA 92606 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | AERO VISTA ENTERTAINMENT, INC ATTN: GENERAL COUNSEL 43 CORPORATE PARK SUITE 203 IRVINE, CA 92606 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | AERO VODOCHODY AEROSPACE A.S. ATTN: MARIYA KUZIV U LETISTE 374 ODOLENA VODA 25070 CZECH REPUBLIC |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS ATTN: GENERAL COUNSEL 3, RUE DIEUDONNE COSTES BLAGNAC 31700 FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.          Case number (if known) 20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| **2.147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| **2.148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| **2.149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| **2.150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| **2.151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| **2.152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3 RUE DIEUDONNE COSTES<br>BLAGNAC CEDEX 31700<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3 RUE DIEUDONNE COSTES<br>BLAGNAC CEDEX 31700<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3 RUE DIEUDONNE COSTES<br>BLAGNAC CEDEX 31700<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3 RUE DIEUDONNE COSTES<br>BLAGNAC CEDEX 31700<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3 RUE DIEUDONNE COSTES<br>BLAGNAC CEDEX 31700<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number (if known) _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3 RUE DIEUDONNÉ COSTES<br>BLAGNAC CEDEX 31700<br>FRANCE |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3,RUE DIEUDONNE COSTES<br>BP 80075<br>BLAGNAC CEDEX 31703<br>FRANCE |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3 RUE DIEUDONNÉ COSTES<br>BLAGNAC CEDEX 31700<br>FRANCE |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |

Debtor     Global Eagle Entertainment Inc.                                  Case number *(if known)* _20-11835 (JTD)_
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| **2.168** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| **2.169** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| **2.170** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| **2.171** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>3 RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| **2.172** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| **2.173** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNÉ COSTES<br>BLAGNAC 31700<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.                                  Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES, 31700 BLAGNAC<br><br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3,RUE DIEUDONNE COSTES<br>BP 80075<br>BLAGNAC CEDEX 31703<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIUEDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEUDONNÉ COSTES<br>BLAGNAC 31700<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | AEROCONSEIL SAS<br>ATTN: GENERAL COUNSEL<br>3, RUE DIEIDONNE COSTES<br>BLAGNAC 31700<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | AEROFLOT - RUSSIAN AIRLINES<br>ATTN: GENERAL COUNSEL<br>10 ARBAT ST.<br>MOSCOW 119002<br>RUSSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.181** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROFLOT - RUSSIAN AIRLINES<br>ATTN: GENERAL COUNSEL<br>10 ARBAT ST.<br>MOSCOW 119002<br>RUSSIA |
| **2.182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROFLOT - RUSSIAN AIRLINES<br>ATTN: GENERAL COUNSEL<br>10 ARBAT ST.<br>MOSCOW 119002<br>RUSSIA |
| **2.183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROGROUP LLC<br>31 BOLSHAYA SERPUKHOVSKAYA STREET,<br>BLD.6, FL. 1, ROOM II- 1<br>MOSCOW 115093<br>RUSSIA |
| **2.184** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROGROUP<br>31 BOLSHAYA SERPUKHOVSKAYA STREET,<br>BLD.6, FL. 1, ROOM II- 1<br>MOSCOW 115093<br>RUSSIA |
| **2.185** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROGROUP<br>31 BOLSHAYA SERPUKHOVSKAYA STREET,<br>BLD.6, FL. 1, ROOM II- 1<br>MOSCOW 115093<br>RUSSIA |
| **2.186** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROGROUP<br>31 BOLSHAYA SERPUKHOVSKAYA STREET,<br>BLD.6, FL. 1, ROOM II- 1<br>MOSCOW 115093<br>RUSSIA |
| **2.187** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROGROUP<br>31 BOLSHAYA SERPUKHOVSKAYA STREET,<br>BLD.6, FL. 1, ROOM II- 1<br>MOSCOW 115093<br>RUSSIA |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | AEROGROUP<br>31 BOLSHAYA SERPUKHOVSKAYA STREET,<br>BLD.6, FL. 1, ROOM II- 1<br>MOSCOW 115093<br>RUSSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | AEROLÍNEAS ARGENTINAS S.A<br>ATTN: AEROPARQUE JORGE NEWBERY<br>AV. RAFAEL OBLIGADO S/N, TERMINAL4<br>3° PISO LADO SUR<br>C.A.B.A C1425DA<br>ARGENTINA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | AEROLINEAS GALAPAGOS SA AEROGAL<br>ATTN: GENERAL COUNSEL<br>AVENIDA REEPUBLICA DE EL SALVADOR<br>N37-107 Y SUIZA, EDIFICIO BRESCIA<br>QUITO<br>ECUADOR |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | AEROLINEAS GALAPAGOS SA<br>ATTN: GENERAL COUNSEL<br>AVENIDA REPUBLICA DE EL SALVADOR<br>N37-107 Y SUIZA, EDIFICIO BRESCIA<br>QUITO<br>ECUADOR |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | AEROLOGIC GMBH<br>ATTN: GENERAL COUNSEL<br>INDUSTRIESTR. 70<br>SCHKEUDITZ 04435<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | AEROSPACE ENGINEERING LIMITED<br>ATTN: GENERAL COUNSEL<br>UNIT 6, FREEPORT OFFICE VILLAGE<br>CENTURY DRIVE<br>ESSEX CM77 8YG<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: ACCOUNTS RECEIVABLE<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: ACCOUNTS RECEIVABLE<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.197** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GREG R CHAPMAN<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.198** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.199** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.200** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GREG R. CHAPMAN<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.201** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GREG R. CHAPMAN<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.202** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.203** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.204** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROTEK DESIGN LABS, LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK COURT<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA<br>ATTN: GENERAL COUNSEL<br>AVENIDA CALLE 26<br>NO. 59-15<br>BOGOTA<br>COLOMBIA |
| **2.208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA<br>ATTN: GENERAL COUNSEL<br>AVENIDA CALLE 26<br>NO. 59-15<br>BOGOTA<br>COLOMBIA |

Debtor ___Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA <br> ATTN: GENERAL COUNSEL <br> AVENIDA CALLE 26 NO.59-15 <br> BOGOTA, D.C. <br> COLOMBIA |
| **2.210**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AEROVIAS DEL CONTINENTE AMERICANO S.A. <br> ATTN: GENERAL COUNSEL <br> AVENIDA CALLE 26 NO. 59-15 <br> BOGOTA, D.C. <br> COLOMBIA |
| **2.211**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AEROVIAS DEL CONTINENTE AMERICANO S.A. <br> ATTN: GENERAL COUNSEL <br> AVENIDA CALLE 26 NO.59-15 <br> BOGOTA, D.C. <br> COLOMBIA |
| **2.212**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AF <br> RESEARCHING ADDRESS |
| **2.213**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AFC WORLDWIDE EXPRESS, INC. D/B/A R+L GLOBAL LOGISTICS <br> ATTN: GENERAL COUNSEL <br> 3658 ATLANTA INDUSTRIAL DRIVE <br> SUITE B <br> ATLANTA, GA 30331 |
| **2.214**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AG-ARC PARKRIDGE 5 OWNER, L.L.C. <br> P.O. BOX 221492 <br> CHANTILLY, VA 20153-1492 |
| **2.215**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AGILE ISS <br> ATTN: GENERAL COUNSEL <br> 26163 TWAIN PLACE <br> STEVENSON RANCH, CA 91381 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIGLE AZUR<br>ATTN: GENERAL COUNSEL<br>20, RUE LOUIS BLERIOT<br>ZONE ORLYTECH, BATIMENT 546<br>PARAY-VIEILLE-POSTE 91550 |
| **2.217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIGLE AZUR<br>20 RUE LOUIS BLERIOT<br>ZONE ORLYTECH<br>PARAY VIELLE POSTE 91550<br>FRANCE |
| **2.218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIGLE ZUR<br>ATTN: GENERAL COUNSEL<br>20 RUE LOUIS BLÉRIOT<br>ZONE ORLYTECH, BAT 546<br>PARAY-VIELLE-POSTE 91550<br>FRANCE |
| **2.219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIGLE ZUR<br>ATTN: GENERAL COUNSEL<br>20 RUE LOUIS BLÉRIOT<br>ZONE ORLYTECH<br><br>FRANCE |
| **2.220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ALGERIE<br>ATTN: GENERAL COUNSEL<br>1 PLACE MAURICE<br>AUDIN, ALGIERS |
| **2.221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ALGERIE<br>ATTN: GENERAL COUNSEL<br>1 PLACE MAURICE<br>AUDIN, ALGIERS |
| **2.222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ALGERIE<br>ATTN: GENERAL COUNSEL<br>1 PLACE MAURICE<br>AUDIN, ALGIERS |

Debtor    Global Eagle Entertainment Inc.                                    Case number *(if known)*  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.223 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ALGERIE<br>ATTN: GENERAL COUNSEL<br>1 PLACE MAURICE<br>AUDIN, ALGIERS |
| 2.224 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ALGERIE<br>ATTN: GENERAL COUNSEL<br>01PLACE MAURICE<br>AUDIN, ALGIERS |
| 2.225 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ALGERIE<br>ATTN: GENERAL COUNSEL<br>01PLACE MAURICE<br>AUDIN, ALGIERS |
| 2.226 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ASTANA JSC<br>ATTN: GENERAL COUNSEL<br>4A ZAKARPATSKAYA STREET<br>ALMATY 050039<br>KAZAKHSTAN |
| 2.227 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ASTANA JSC<br>ATTN: GENERAL COUNSEL<br>4A ZAKARPATSKAYA STREET<br>ALMATY 050039<br>KAZAKHSTAN |
| 2.228 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y OS7<br>CANADA |
| 2.229 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>ATTN: GENERAL COUNSEL<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y0S7<br>CANADA |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>ATTN: GENERAL COUNSEL<br>AIR CANADA CENTRE<br>7373 COTE VERTU WEST<br>ST. LAURENT, QC H4S 1Z3<br>CANADA |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>ATTN: GENERAL COUNSEL<br>7373 COTE-VERTU BLVD. OUEST<br>ST. LAURENT, QC H4S 1Z3<br>CANADA |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>ATTN: GENERAL COUNSEL<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y0S7<br>CANADA |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y OS7<br>CANADA |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y OS7<br>CANADA |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>ATTN: GENERAL COUNSEL<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y0S7<br>CANADA |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>ATTN: GENERAL COUNSEL<br>7373 COTE-VERTU BLVD W<br>ST. LAURENT, QC H4S 1Z3<br>CANADA |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y OS7<br>CANADA |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CANADA<br>99 IRONBRIDGE ROAD<br>BRAMPTON, ON L6Y OS7<br>CANADA |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CHINA LIMITED<br>ATTN: GENERAL COUNSEL<br>30 TIAN ZHU ROAD<br>TIAN ZHU AIRPORT, INDUSTRIAL ZONE<br>BEIJING 101312<br>CHINA |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CHINA LIMITED<br>ATTN: GENERAL COUNSEL<br>30 TIAN ZHU ROAD<br>TIAN ZHU AIRPORT, INDUSTRIAL ZONE<br>BEIJING 101312<br>CHINA |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CHINA LIMITED<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, EAST SECTION, AIR CHINA PLAZA, NO.30 TIANZHU ROAD<br>TIANZHU AIRPORT ECONOMIC DEVELOPMENT ZONE<br>BEIJING<br>CHINA |
| **2.242** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CHINA LIMITED<br>ATTN: GENERAL COUNSEL<br>30 TIAN ZHU ROAD TIAN ZHU AIRPORT, INDUSTRIAL ZONE<br>BEIJING 101312<br>CHINA |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CHINA<br>ATTN: GENERAL COUNSEL<br>30 TIAN ZHU ROAD<br>TIAN ZHU AIRPORT, INDUSTRIAL ZONE<br>BEIJING 101312<br>CHINA |

Debtor    Global Eagle Entertainment Inc.
          Name
                                                      Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR CHINA<br>ATTN: GENERAL COUNSEL<br>30 TIAN ZHU ROAD<br>TIAN ZHU AIRPORT, INDUSTRIAL ZONE<br>BEIJING 101312<br>CHINA |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR EUROPA LINEAS AEREAS S.A.U.<br>ATTN: GENERAL COUNSEL<br>CENTRO EMPRESARIAL GLOBALIA<br>CARRETERA DEL ARENAL-LLUCMAJOR KM.21,5, POLIGONO DE SON NOGUERA<br>LLUCMAJOR 07620<br>SPAIN |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>ROISSY CHARLES DE GAUELLE CEDEX 95747 |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE KLM<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS 95747<br>FRANCE |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS 95747<br>FRANCE |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: PURCHASING DIRECTORATE<br>CABIN PURCHASING DEPARTMENT<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.                         Case number *(if known)*  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.258** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.259** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.260** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.265** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.267** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.268** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.269** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.270** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS F-95747<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS<br>FRANCE |
| **2.271** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.272** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.273** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.274** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.275** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.276** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.277** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.278** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |

Debtor     Global Eagle Entertainment Inc.                               Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>43, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |

Debtor     _Global Eagle Entertainment Inc._____     Case number (if known) _20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.287** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR FRANCE<br>ATTENTION: PURCHASING DEPARTMENT<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR INDIA LIMITED<br>ATTN: GENERAL COUNSEL<br>AIRLINE HOUSE<br>113 GURUDWARA, RAKABGANJ ROAD<br>NEW DELHI 110001<br>INDIA |
| **2.291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR INDIA LIMITED<br>ATTN: GENERAL COUNSEL<br>AIRLINE HOUSE<br>113 GURUDWARA, RAKABGANJ ROAD<br>NEW DELHI<br>INDIA |
| **2.292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR ITALY S.P.A.<br>ATTN: GENERAL COUNSEL<br>CENTRO DIREZIONALE AEROPORTO COSTA SMERALDA<br>OLIBIA<br>SARDINIA 07026<br>ITALY |

Debtor  ___Global Eagle Entertainment Inc._____     Case number (if known) _20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | AIR ITALY S.P.A.<br>ATTN: GENERAL COUNSEL<br>MANAGEMENT CENTRE COSTA SMERALDA AIRPORT<br>OLBIA 07026<br>ITALY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | AIR ITALY S.P.A.<br>ATTN: GENERAL COUNSEL<br>MANAGEMENT CENTRE COSTA SMERALDA AIRPORT<br>OLBIA 07026<br>ITALY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | AIR LIBAN S.A.L<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 11-206<br>AIRPORT ROAD<br>BEIRUT 1107-2801<br>LEBANON |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | AIR MAURITIUS LIMITED<br>ATTN: GENERAL COUNSEL<br>AIR MAURITIUS CENTRE, PRESIDENT JOHN KENNEDY STREET<br>PORT LOUIS<br>MAURITIUS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | AIR NAMIBIA (PTY) LIMITED<br>ATTN: LOUISE ADAMS<br>MANAGER, INFLIGHT SERVCES<br>NO. 27 - 29 DR W KÜLZ STREET<br>WINDHOEK<br>NAMIBIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | AIR NEW ZEALAND LIMITED<br>ATTN: GENERAL COUNSEL<br>185 FANSHAWE STREET<br>AUCKLAND<br>NEW ZEALAND |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | AIR NEWZEALAND<br>ATTN: GENERAL COUNSEL<br>185 FANSHAWE STREET<br>AUCKLAND 1010<br>NEW ZEALAND |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AIR NIUGINI LIMITED<br>ATTN: NORI MANIANA<br>4TH FLOOR, AIR NIUGINI HAUS<br>JACKSONS AIRPORT,7 MILE, NCD<br>PORT MORESBY<br>PAPUA NEW GUINEA |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AIR NIUGINI LIMITED<br>ATTN: NORI MANIANA<br>4TH FLOOR, AIR NIUGINI HAUS<br>JACKSONS AIRPORT,7 MILE, NCD<br>PORT MORESBY<br>PAPUA NEW GUINEA |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AIR NZ<br>RESEARCHING ADDRESS |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AIR PACIFIC LIMITED T/A FIJI AIRWAYS<br>ATTN: GENERAL COUNSEL<br>MAINTENANCE AND ADMINISTRATION CENTRE<br>NASOSO ROAD<br>NADI<br>FIJI |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AIR PACIFIC LTD T/A FIJI AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PRIVATE MAIL BAG<br>NADI AIRPORT<br>NADI<br>FIJI |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AIR PACIFIC LTD T/A FIJI AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PRIVATE MAIL BAG<br>NADI AIRPORT<br><br>FIJI |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AIR PACIFIC LTD.<br>ATTN: BEN ROVA<br>MANAGER - PRODUCT & CATERING DEPARTMENT<br>MAINTENANCE & ADMINISTRATION CENTRE, NASOSO ROAD<br>NADI<br>FIJI |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR PACIFIC LTD<br>ATTN: GENERAL COUNSEL<br>MAINTENANCE & ADMINISTRATION CENTRE<br>NASOSO ROAD<br>NADI<br>FIJI |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR SÉNÉGAL SA<br>ATTN: GENERAL COUNSEL<br>9927<br>VDN, 3- 1ER ÉTAGE<br>PARIS<br>FRANCE |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR SERBIA<br>ATTN: TAMARA STUPAR<br>GUEST EXPERIENCE - COMMERCIAL<br>JURJA GAGARINA 12, 11070 NOVI BEOGRAD<br>SERBIA |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIR TRANSPORT ASSOCIATION OF AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>1275 PENNSYLVANIA AVE., NW<br>SUITE 1300<br>WASHINGTON, DC 20004 |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRBORNE INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>ONE ORCHAD ROAD<br>SUITE 135<br>LAKE FOREST, CA 92630 |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRBORNE INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>ONE ORCHAD ROAD<br>SUITE 135<br>LAKE FOREST, CA 92630 |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRBUS AMERICA'S CUSTOMER SERVICES INC<br>ATTN: GENERAL COUNSEL<br>2550 WASSER TERRACE, SUITE 9100<br>HERNDON, VA 20171 |

Debtor    Global Eagle Entertainment Inc.                              Case number *(if known)* 20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRBUS CORPORATE JET CENTRE S.A.S.<br>ATTN: GENERAL COUNSEL<br>316 ROUTE DE BAYONNE<br>TOULOUSE 31060<br>FRANCE |
| **2.315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRBUS DEFENCE AND SPACE, S.A.U.<br>ATTN: GENERAL COUNSEL<br>AVDA. DE ARAGON 404<br>MADRID 28022<br>SPAIN |
| **2.316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRBUS S.A.S.<br>ATTN: GENERAL COUNSEL<br>1, ROND-POINT MAURICE BELLONTE, B.P. 33<br>BLAGNAC CEDEX 31707<br>FRANCE |
| **2.317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRBUS S.A.S.<br>ATTN: GENERAL COUNSEL<br>1, ROND-POINT MAURICE BELLONTE, B.P. 33<br>BLAGNAC CEDEX 31707<br>FRANCE |
| **2.318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRCALIN<br>ATTN: MICHEL REGI, MARKETING & ALLIANCE MAN<br>8, RUE FREDERIC SURLEAU<br>B.P. 3736<br>NOUMEA 98846<br>FRANCE |
| **2.319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRCOM PACIFIC, INC.<br>ATTN: GENERAL COUNSEL<br>44043 FREEMONT BLVD.<br>FREEMONT, CA 94538 |
| **2.320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRCOM PACIFIC, INC<br>ATTN: GENERAL COUNSEL<br>44043 FREMONT BOULEVARD<br>FREMONT, CA 94538 |

Debtor      Global Eagle Entertainment Inc.                                          Case number *(if known)*   20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRITALY S.P.A.<br>ATTN: GENERAL COUNSEL<br>C.SO SEMPIONE 111<br>GALLARATE (VA)21013<br>ITALY |
| **2.322** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRLINE MANAGEMENT PARTNERSHIP SWISSAIR/SABENA<br>ATTN: DON MCLAREN<br>BRANCH ZURICH KLOTEN (AMP CH)<br>PO BOX 8058, ZURICH-AIRPORT<br><br>SWITZERLAND |
| **2.323** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRLINES FOR AMERICA, INC<br>ATTN: GENERAL COUNSEL<br>1301 PENNSYLVANIA AVENUE NW<br>SUITE 1100<br>WASHINGTON, DC 20004 |
| **2.324** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRLINES FOR AMERICA<br>ATTN: GENERAL COUNSEL<br>1275 PENNSYLVANIA AVE., NW<br>SUITE 1300<br>WASHINGTON, DC 20004 |
| **2.325** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRLINES FOR AMERICA<br>ATTN: SHARON PINKERTON<br>1301 PENNSYLVANIA AVE, NW<br>SUITE 1100<br>WASHINGTON, DC 20004 |
| **2.326** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRLINES FOR AMERICA<br>ATTN: GENERAL COUNSEL<br>1275 PENNSYLVANIA AVE., NW<br>SUITE 1300<br>WASHINGTON, DC 20004 |
| **2.327** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRLINES FOR AMERICA<br>ATTN: SHARON PINKERTON<br>1301 PENNSYLVANIA AVE, NW.<br>SUITE 1100<br>WASHINGTON, DC 20004 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.328** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRSHIP LIMITED<br>ATTN: GENERAL COUNSEL<br>ARCADIA HOUSE, MARITIME WALK-OCEAN VILLAGE<br>SOUTHAMPTON SO14 3TL<br>UNITED KINGDOM |
| **2.329** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AIRSHIP LIMITED<br>ATTN: GENERAL COUNSEL<br>ARCADIA HOUSE, MARITIME WALK-OCEAN VILLAGE<br>SOUTHAMPTON SO14 3TL<br>UNITED KINGDOM |
| **2.330** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AKKA TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>7 BOULEVARD HENRIZIEGLER<br>BLAGNAC 31700<br>FRANCE |
| **2.331** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AKKA TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>7 BOULEVARD HENRI ZIEGLER<br>BLAGNAC 31700<br>FRANCE |
| **2.332** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AKKA TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>7 BOULEVARD HENRI ZIEGLER<br>BLAGNAC 31700<br>FRANCE |
| **2.333** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AL HUSSAIN FOR GENERAL TRADING AND CONTRACTING<br>ATTN: GENERAL COUNSEL<br>PO BOX 684<br>SAFAT 13007<br>KUWAIT |
| **2.334** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AL ODESSA (MI) LTD.<br>ATTN: GENERAL COUNSEL<br>C/O TRUST COMPANY COMPLEX AJELTAKE ROAD AJELTAKE ISLAND<br>MAJURO, MARSHALL ISLANDS 96960 |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALASKA AIRLINES<br>ATTN: BOBBIE EGAN |
| **2.336** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALATALIA - SOCIETÀ AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI, ALFA BUILDING<br>FIUMICINO, ROMA 00054<br>ITALY |
| **2.337** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALBAWINGS<br>ATTN: GENERAL COUNSEL<br>TIRANA BUSINESS PARK<br>BUILDING 07, 3RD FLOOR, RINAS ROAD, PO BOX: 260/1<br>TIRANA<br>ALBANIA |
| **2.338** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALCOR SOLUTIONS, INC<br>ATTN: GENERAL COUNSEL<br>14241 EAST FIRESTONE BOULEVARD<br>LA MIRADA, CA 90638 |
| **2.339** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALIA THE ROYAL JORDANIAN AIRLINE PLC<br>ATTN: GENERAL COUNSEL<br>HOUSING BANK COMMERCIAL COMPLEX QUEEN NOOR STREET<br>PO BOX 302<br>AMMAN 11118<br>JORDAN |
| **2.340** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI<br>ALFA BUILDING<br>FIUMICINO (RM) 00054<br>ITALY |
| **2.341** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI<br>ALFA BUILDING<br>FLUMICINO (RM) 00054<br>ITALY |

Debtor    __Global Eagle Entertainment Inc._____          Case number (if known) __20-11835 (JTD)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI, PAL. ALFA<br>FIUMICINO, ROMA 00054<br>ITALY |
| **2.343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI, ALFA BUILDING<br>FIUMICINO 00054<br>ITALY |
| **2.344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA ALBERTO NASSETTI, PAL. NHQ<br>FIUMICINO (RM) 00054<br>ITALY |
| **2.345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI SNC PAL.<br>FIUMICINO, ROMA 00054<br>ITALY |
| **2.346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI SNC PAL.<br>FIUMINICNO, ROMA NHQ-00054<br>ITALY |
| **2.347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI SNC PAL.<br>FIUMICINO, ROMA 00054<br>ITALY |
| **2.348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALITALIA - SOCIETA AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA ALBERTO NASSETTI, PAL. NHQ<br>FIUMICINO (RM) 00054<br>ITALY |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number *(if known)*  20-11835 (JTD)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.349** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALL NIPPON AIRWAYS CO. LIMITED<br>ATTN: GENERAL COUNSEL<br>3-5-4 TOKYO HANEDA AIRPORT<br>OTA-KU<br>TOKYO 144-0041<br>JAPAN |
| **2.350** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALL NIPPON AIRWAYS TRADING CO., LTD.<br>ATTN: GENERAL COUNSEL<br>SHIODOME CITY CENTER 1-5-2<br>HIGASHI-SHIMBASHI, MINATO-KU<br>TOKYO  105-7140<br>JAPAN |
| **2.351** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALL NIPPON AIRWAYS TRADING CO., LTD.<br>ATTN: GENERAL COUNSEL<br>SHIODOME CITY CENTER 1-5-2<br>HIGASHI-SHIMBASHI, MINATO-KU<br>TOKYO  105-7140<br>JAPAN |
| **2.352** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALL NIPPON AIWAYS CO. LIMITED<br>ATTN: GENERAL COUNSEL<br>3-5-4 TOKYO HANEDA AIRPORT<br>OTA-KU<br>TOKYO 144-0041<br>JAPAN |
| **2.353** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALLEGIANT SYSTEMS CORPORATE<br>ATTN: GENERAL COUNSEL<br>8360 S DURANGO DR.<br>LAS VEGAS, NV 89113 |
| **2.354** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALLTELE SVERIGE AB<br>ATTN: FORETAGSATAL<br>BOX 420 17<br>STOCKHOLM 126 12<br>SWEDEN |
| **2.355** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALPHATRON MARINE B.V.<br>ATTN: L.B. VROOMBOUT<br>SCHAARDIJK 23<br>ROTTERDAM, THE NETHERLANDS 3063 NH |

Debtor   Global Eagle Entertainment Inc.
        Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.356** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALPHATRON MARINE B.V.<br>ATTN: GENERAL COUNSEL<br>SCHAARDIJK 23<br>ROTTERDAM, THE NETHERLANDS 3063 NH |
| **2.357** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALPHATRON MARINE B.V.<br>ATTN: GENERAL COUNSEL<br>SCHAARDIJK 23<br>ROTTHERDAM, THE NETHERLANDS 3063 |
| **2.358** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALPHATRON MARINE SYSTEMS PTE LTD<br>ATTN: GENERAL COUNSEL<br>100 PASIR PANJANG #05-01<br>118518<br>SINGAPORE |
| **2.359** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALTALIA - SOCEITÀ AEREA ITALIANA S.P.A.<br>ATTN: GENERAL COUNSEL<br>VIA A. NASSETTI, PAL. ALFA<br>FIUMICINO<br>ROME 00054<br>ITALY |
| **2.360** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALTEGROSKY LIMITED<br>ATTN: MRS. IRENA MAZIKO<br>LAZAROU KOUNTOURIOTI 6<br>EFT COURT, OFFICE 202<br>NEAPOLIS, LIMASSOL 3106<br>CYPRUS |
| **2.361** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALTEGROSKY LIMITED<br>ATTN: GENERAL COUNSEL<br>LAZAROU KOUNTOURIOTI 6, EFI COURT<br>OFFICE 202, NEAPOLIS<br>LIMASSOL 3106<br>CYPRUS |
| **2.362** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALTEGROSKY LIMITED<br>ATTN: DIRECTOR<br>LAZAROU KOUNTOURIOTI 6, EFI COURT<br>OFFICE 202, NEAPOLIS<br>LIMASSOL 3106<br>CYPRUS |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.363** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALVARADO, ELIZABETH (LIZ)<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.364** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE IMPROVEMENT GROUP, LLC<br>ATTN: GENERAL COUNSEL<br>2029 CENTURY PARK EAST<br>SUITE 2060<br>LOS ANGELES, CA 90067 |
| **2.365** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE IMPROVEMENT GROUP, LLC<br>ATTN: GENERAL COUNSEL<br>2029 CENTURY PARK EAST<br>SUITE 2060<br>LOS ANGELES, CA 90067 |
| **2.366** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMAR CHITRA KATHA PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, AFL HOUSE<br>MAROL MAROSHI ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |
| **2.367** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMAR CHITRA KATHA PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, AFL HOUSE<br>MAROL MAROSHI ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |
| **2.368** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMAR CHITRA KATHA PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, AFL HOUSE<br>MAROL MAROSHI ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |
| **2.369** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMAR CHITRA KATHA PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, AFL HOUSE<br>MAROL MAROSHU ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMAR CHITRA KATHA PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, AFL HOUSE<br>MAROLMAROSHI ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |
| **2.371** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMAR CHITRA KATHA PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, AFL HOUSE<br>MAROL MAROSHI ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |
| **2.372** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMAR CHITRA KATHA PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, AFL HOUSE<br>MAROL MAROSHI ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |
| **2.373** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMBER ROAD,INC<br>ATTN: GENERAL COUNSEL<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| **2.374** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMBER ROAD,INC<br>ATTN: GENERAL COUNSEL<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| **2.375** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| **2.376** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.377 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.378 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.379 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.380 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.381 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.382 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.383 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |

Debtor  Global Eagle Entertainment Inc.
Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.384** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| **2.385** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| **2.386** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| **2.387** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| **2.388** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| **2.389** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMBI DISTRIBUTION CORP.<br>9454 WILSHIRE BLVD., SUITE 208<br>BEVERLY HILLS, CA 90212 |
| **2.390** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND (ONEMUSIC)<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN, AUCKLAND 1024<br>NEW ZEALAND |

Debtor   Global Eagle Entertainment Inc.                    Case number *(if known)*  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.391** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND (ONEMUSIC)<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN, AUCKLAND 1024<br>NEW ZEALAND |
| **2.392** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND (ONEMUSIC)<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN, AUCKLAND 1024<br>NEW ZEALAND |
| **2.393** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND (ONEMUSIC)<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN, AUCKLAND 1024<br>NEW ZEALAND |
| **2.394** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND LIMITED AND ONE MUSIC<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN<br>AUCKLAND<br>NEW ZEALAND |
| **2.395** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND LIMITED<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN, AUCKLAND<br>AUSTRALIA |
| **2.396** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND LIMITED<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN<br>AUCKLAND<br>NEW ZEALAND |
| **2.397** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMCOS NEW ZEALAND LIMITED<br>ATTN: GENERAL COUNSEL<br>21-23 EDWIN STREET<br>MT. EDEN<br>AUCKLAND<br>NEW ZEALAND |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                              Case number *(if known)*  20-11835 (JTD)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>2000 EAGLE PARKWAY<br>MD 8250<br>FORT WORTH, TX 76177 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD.,<br>FORT WORTH, TX 76155 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor     <u>Global Eagle Entertainment Inc.</u>             Case number *(if known)* <u>20-11835 (JTD)</u>
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.412**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.413**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AM ON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.414**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.415**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD.,<br>FORT WORTH, TX 76155 |
| **2.416**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.417**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.418**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD.<br>FORT WORTH, TX 76155 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
| --- | --- | --- | --- |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.419** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.420** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.421** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4255 AMON CARTER BLVD<br>MD 2731<br>FORT WORTH, TX 76155 |
| **2.422** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.423** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD<br>MD 5423 HDQ1<br>FORT WORTH, TX 76155 |
| **2.424** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD<br>FORT WORTH, TX 76155 |
| **2.425** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD<br>FORT WORTH, TX 76155 |

Debtor      Global Eagle Entertainment Inc.
            Name                                                          Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.426** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD<br>FORT WORTH, TX 76155 |
| **2.427** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD<br>FORT WORTH, TX 76155 |
| **2.428** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD<br>FORT WORTH, TX 76155 |
| **2.429** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.430** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4255 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.431** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.432** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4255 AMON CARTER BOUEVARD<br>MD 2731<br>FORT WORTH, TX 76155 |

Debtor   __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.433** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.434** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>1 SKYVIEW DRIVE<br>FORT WORTH, TX 76155 |
| **2.435** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BLVD MD 5224<br>FORT WORTH, TX |
| **2.436** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.437** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.438** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.439** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |

Debtor     ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.440** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.441** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>4333 AMON CARTER BOULEVARD<br>FORT WORTH, TX 76155 |
| **2.446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN EXPRESS<br>ATTN: GENERAL COUNSEL<br>AMERICAN EXPRESS COMPANY, CORPORATE SERVICES OPERATIONS AESC-P<br>20022 NORTH 31ST AVENUE<br>PHOENIX, AZ 85027 |

Debtor    Global Eagle Entertainment Inc.    Case number *(if known)* 20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN EXPRESS<br>ATTN: SERVICE DELIVERY LEADER<br>20022 NORTH 31ST AVENUE<br>PHOENIX, AZ 85027 |
| **2.448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS<br>ATTN: GENERAL COUNSEL<br>ONE LINCOLN PLAZA<br>1900 BROADWAY<br>NEW YORK, NY 10023 |
| **2.449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS<br>ATTN: GENERAL COUNSEL<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS<br>ATTN: GENERAL COUNSEL<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN STOCK TRANSFER & TRUST CO, LLC<br>ATTN: CORPORATE ACTIONS<br>6201 15TH AVENUE<br>BROOKLYN, NY 11219 |
| **2.452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN STOCK TRANSFER & TRUST CO, LLC<br>ATTENTION: RELATIONSHIP MANAGEMENT<br>6201 15TH AVENUE<br>BROOKLYN, NY 11219 |
| **2.453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMERICAN YACHT CHARTERS, LLC<br>C/O MCM<br>555 THAMES STREET<br>NEWPORT, RI 02840 |

Debtor    __Global Eagle Entertainment Inc.__    Case number *(if known)* __20-11835 (JTD)__
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AMERICAN YACHT CHARTERS, LLC<br>C/O MCM<br>555 THAMES STREET<br>NEWPORT, RI 02840 |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AMERICARIBE LLC<br>ATTN: GENERAL COUNSEL<br>2S BISCAYNE BLVD, SUITE 180<br>MIAMI, FL 33131 |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AMERICARIBE LLC<br>ATTN: GENERAL COUNSEL<br>2S BISCAYNE BOULEVARD<br>SUITE 1800<br>MIAMI, FL 33131 |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AMERICARIBE LLC<br>ATTN: GENERAL COUNSEL<br>2S BISCAYNE BOULEVARD<br>SUITE 1800<br>MIAMI, FL 33131 |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AMIR SAMNANI<br>POST MODERN GROUP, LLC<br>2941 ALTON PARKWAY<br>IRVINE, CA 92606 |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AMIRI FLIGHT<br>ATTN: GENERAL COUNSEL<br>BIN ABOUD TOWER<br>BLDG. 1 FLOOR 5, PO BOX 3320<br>DOHA<br>QATAR |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AMIRI FLIGHT<br>ATTN: GENERAL COUNSEL<br>PO BOX 3320<br>DOHA<br>QATAR |

| Debtor | _Global Eagle Entertainment Inc._ | Case number (if known) _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | AMIRI FLIGHT<br>ATTN: GENERAL COUNSEL<br>PO BOX 3320<br>DOHA<br>QATAR |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | AMIRI FLIGHT<br>ATTN: GENERAL COUNSEL<br>PO BOX 3320<br>DOHA<br>QATAR |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | AMS SERVICES INC<br>ATTN: GENERAL COUNSEL<br>705 BEDFORD AVENUE<br>SUITE D<br>BELLMORE, NY 11710 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | ANA<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | ANA<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | ANDREA NILSON<br>ATTN: ANDREA NILSON<br>37 TUSCANY COURT<br>CAMP HILL, PA 17011 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | ANNAPURNA INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>812 NORTH ROBERTSON BOULEVARD<br>WEST HOLLYWOOD, CA 90069 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor      __Global Eagle Entertainment Inc._____      Case number *(if known)* __20-11835 (JTD)__
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | ANSE GROUP LLC<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 104<br>VALLEY HEAD, WV 26294 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | ANSE GROUP LLC<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 104<br>VALLEY HEAD, WV 26294 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | AON RISK SERVICES<br>ATTN: GENERAL COUNSEL<br>5555 SAN FELIPE, SUITE 1500<br>HOUSTON, TX 77056 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | AON RISK SERVICES<br>ATTN: GENERAL COUNSEL<br>5555 SAN FELIPE, SUITE 1500<br>HOUSTON, TX 77056 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | APA PUBLICATIONS & CO VERLAG KG<br>ATTN: GENERAL COUNSEL<br>7030 ANG MO KIA<br>AVENUE 5, #08-65<br>NORTHSTAR 569880<br>SINGAPORE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | APA PUBLICATIONS (BERLITZ)<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | APA PUBLICATIONS (BERLITZ)<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor     Global Eagle Entertainment Inc.                     Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.475** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | APA PUBLICATIONS (BERLITZ)<br>RESEARCHING ADDRESS |
| **2.476** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | APA PUBLICATIONS (BERLITZ)<br>RESEARCHING ADDRESS |
| **2.477** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | APA UK LIMITED<br>ATTN: GENERAL COUNSEL<br>UNIT 10 CAPITAL INDUSTRIAL ESTATE<br>CRABTREE MANORWAY SOUTH<br>BELVEDERE KENT DA17 6BJ<br>UNITED KINGDOM |
| **2.478** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | APL CO PTE LTD<br>ATTN: GENERAL COUNSEL<br>456 ALEXANDRA ROAD<br>#07-00 NOL BUILDING |
| **2.479** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | APL CO PTE LTD<br>ATTN: GENERAL COUNSEL<br>456 ALEXANDRA ROAD<br>#07-00 NOL BUILDING |
| **2.480** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | APL CO PTE LTD<br>ATTN: GENERAL COUNSEL<br>456 ALEXANDRA ROAD<br>#07-00 NOL BUILDING |
| **2.481** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | APPTUS CORPORATON<br>ATTN: GENERAL COUNSEL<br>1400 FASHION ISLAND BOULEVARD<br>SUITE 100<br>SAN MATEO, CA 94404 |

Debtor    _Global Eagle Entertainment Inc._____     Case number *(if known)* _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | APTTUS CORPORATION<br>ATTN: GENERAL COUNSEL<br>1400 FASHION ISLAND BOULEVARD<br>SUITE 100<br>SAN MATEO, CA 94404 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | APTTUS UNIVERSITY<br>ATTN: GENERAL COUNSEL<br>1400 FASHION ISLAND BOULEVARD<br>SUITE 100<br>SAN MATEO, CA 94404 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | APTTUS UNIVERSITY<br>ATTN: GENERAL COUNSEL<br>1400 FASHION ISLAND BOULEVARD<br>SUITE 100<br>SAN MATEO, CA 94404 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | APTTUS UNIVERSITY<br>ATTN: GENERAL COUNSEL<br>1400 FASHION ISLAND BOULEVARD<br>SUITE 100<br>SAN MATEO, CA 94404 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | AQUA LTD<br>PO BOX 61239<br>DEPT 1173<br>PALO ALTO, CA 94306 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | AQUA LTD<br>ATTN: PAUL MARCH<br>PO BOX 61239 DEPT 1173<br>PALO ALTO, CA 94306 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | AQUA LTD<br>ATTN: PAUL MARCH<br>PO BOX 61239 DEPT 1173<br>PALO ALTO, CA 94306 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.489** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AQUA LTD<br>ATTN: PAUL MARCH<br>PO BOX 61239, DEPT 1123<br>PALO ALTO, CA 94306 |
| **2.490** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AQUA LTD<br>ATTN: GENERAL COUNSEL<br>PO BOX 61239 DEPT 1173<br>PALO ALTO, CA 94306 |
| **2.491** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AQUA LTD<br>ATTN: PAUL MARCH<br>PO BOX 61239 DEPT 1173<br>PALO ALTO, CA 94306 |
| **2.492** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AQUA LTD<br>ATTN: GENERAL COUNSEL<br>PO BOX 61239 DEPT 1173<br>PALO ALTO, CA 94306 |
| **2.493** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AQUTE MEDIA<br>ATTN: GENERAL COUNSEL<br>318 MILLWOOD ROAD<br>TORONTO, ON M4S 1K8<br>CANADA |
| **2.494** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARABSAT<br>DIPLOMATIC QUARTER, ALFAZARI SQUARE<br>ABDULLA BIN HUTHAFA AL SAHMY STREET<br>PUBLIC PENSION AGENCY COMPLEX<br>C-6 RIYADH 11431<br>SAUDI ARABIA |
| **2.495** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARABSAT<br>ATTN: YASIR HASSAN<br>DIPLOMATIC QUARTER<br>P.O. BOX 1038<br>RIYADH 11431<br>SAUDI ARABIA |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARABSAT<br>DIPLOMATIC QUARTER, ALFAZARI SQUARE<br>ABDULLA BIN HUTHAFA AL SAHMY STREET<br>PUBLIC PENSION AGENCY COMPLEX<br>C-6 RIYADH 11431<br>SAUDI ARABIA |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAGON PROPERTY S.A.<br>ATTN: RYAN GREGORY<br>18 RUE ROBERT STUMPER<br>L2557<br>LUXEMBOURG |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAGON PROPERTY S.A.<br>ATTN: RYAN GREGORY<br>18 RUE ROBERT STUMPER<br>L2557<br>LUXEMBOURG |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAGON PROPERTY S.A<br>ATTN: RYAN GREGORY<br>18 RUE ROBERT STUMPER<br>L2557<br>LUXEMBOURG |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAMCO ASSOCIATED COMPANY<br>ATTN: GENERAL COUNSEL<br>BUSH INTERCONTINENTAL AIRPORT<br>16875 JOHN F. KENNEDY BLVD<br>HOUSTON, TX 77032 |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAMCO ASSOCIATED COMPANY<br>ATTN: GENERAL COUNSEL<br>16875 JOHN F. KENNEDY BLVD<br>HOUSTON 77032 |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAMCO ASSOCIATED COMPANY<br>ATTN: GENERAL COUNSEL<br>16875 JOHN F. KENNEDY BLVD<br>HOUSTON 77032 |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.503** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAMCO SERVICES COMPANY<br>RESEARCHING ADDRESS |
| **2.504** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARAMCO SERVICES COMPANY<br>RESEARCHING ADDRESS |
| **2.505** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ARKIA ISRAELI AIRLINES LTD<br>ATTN: GENERAL COUNSEL<br>SDE DOV AIRPORT<br>TEL AVIV<br>ISRAEL |
| **2.506** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.507** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.508** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.509** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.510** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.511** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.512** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.513** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.514** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASCAP<br>250 WEST 57TH STREET<br>NEW YORK, NY 10107 |
| **2.515** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASIA BROADCAST SATELLITE LIMITED<br>ATTN: LEGAL DEPARTMENT<br>BERMUDA CORPORATION<br>O'HARA HOUSE, 3 BERMUDIANNA ROAD<br>HAMILTON HM08<br>BERMUDA |
| **2.516** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASIA BROADCAST SATELLITE LIMITED<br>ATTN: LEGAL DEPARTMENT<br>O'HARA HOUSE<br>3 BERMUDDIANA ROAD<br>HAMILTON HM08<br>BERMUDA |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASIA BROADCAST SATELLITE LIMITED<br>ATTN: LEGAL DEPARTMENT<br>O'HARA HOUSE<br>3 BERMUDIANA ROAD<br>HAMILTON HM 08<br>BERMUDA |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASIANA AIRLINES INC<br>ATTN: GENERAL COUNSEL<br>BUSINESS PARTNERSHIP, DEPUTY GENERAL MANAGER<br>2ND FLOOR, A-DONG, ASIANA TOWN,#47 OSOE-DONG, GANGSEO-GU<br>SEOUL, KOREA 157-713 |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASIANA AIRLINES<br>ATTN: MS. HY LEE<br>47, OSEA-DONG<br>GANGSEO-KU<br>SEOUL, KOREA |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASIANA JDT, INC<br>ATTN: GENERAL COUNSEL<br>CENTROPOLIS A, 23 & 25TH FLOOR<br>26 UJEAONGGUK-RO, JONGNO-GU<br>SEOUL, KOREA 03161 |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASTICAN<br>RESEARCHING ADDRESS |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASTRONICS CONNECTIVITY SYSTEMS & CERTIFICATION CORPORATION<br>ATTN: GENERAL COUNSEL<br>2340 ERNIE KRUEGER CIRCLE<br>WAUKEGAN, IL 60087 |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASTRONICS CONNECTIVITY SYSTEMS & CERTIFICATION CORPORATION<br>ATTN: GENERAL COUNSEL<br>2340 ERNIE KRUEGER CIRCLE<br>WAUKEGAN, IL 60087 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.524 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ASTRONICS CONNECTIVITY SYSTEMS & CERTIFICATION CORPORATION<br>ATTN: GENERAL COUNSEL<br>804 S. NORTHPOINT BLVD<br>WAUKEGAN, IL 60085 |
| 2.525 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AT&T MOBILITY<br>ATTN: GENERAL COUNSEL<br>1277 LENOX PARK BLVD<br>ATLANTA, GA30319 |
| 2.526 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AT&T MOBILITY<br>ATTN: GENERAL COUNSEL<br>1277 LENOX PARK BLVD<br>ATLANTA, GA30319 |
| 2.527 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AT&T MOBILITY<br>ATTN: GENERAL COUNSEL<br>1277 LENOX PARK BLVD<br>ATLANTA, GA30319 |
| 2.528 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AT&T MOBILITY<br>ATTN: GENERAL COUNSEL<br>1277 LENOX PARK BLVD<br>ATLANTA, GA30319 |
| 2.529 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AT&T MOBILITY<br>ATTN: GENERAL COUNSEL<br>1277 LENOX PARK BLVD<br>ATLANTA, GA30319 |
| 2.530 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AT&T MOBILITY<br>ATTN: GENERAL COUNSEL<br>1277 LENOX PARK BLVD<br>ATLANTA, GA30319 |

Debtor    Global Eagle Entertainment Inc.
     Name

Case number *(if known)*   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | AT&T<br>ATTN: GENERAL COUNSEL<br>ONE AT&T<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | AT&T<br>ATTN: WAYNE HARVEY<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | AT&T<br>ATTN: WAYNE HARVEY<br>1452 EDINGER AVE.<br>TUSTIN, CA 92780 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | AT&T<br>ATTN: GENERAL COUNSEL<br>5001 EXECUTIVE PARKWAY<br>SAN RAMON, CA 94583 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | AT&T<br>ATTN: GENERAL COUNSEL<br>5001 EXECUTIVE PARKWAY<br>SAN RAMON, CA 94583 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | AT&T<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | AT&T<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | AT&T ATTN: MASTER AGREEMENT SUPPORT TEAM ONE AT&T WAY BEDMINSTER, NJ 07921 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | AT&T ATTN: GENERAL COUNSEL ONE AT&T BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | AT&T ATTN: CHRIS VAUGHAN, BUSINESS DEVELOPMENT MANAGER 820 NORTH MCCARTHY BOULEVARD MILPITAS, CA 95035 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | AT&T ATTN: GENERAL COUNSEL 5130 HACIENDA DRIVE DUBLIN, CA 94568 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | ATARI GROUP ATTN: GENERAL COUNSEL 78 RUE TAITBOUT PARIS 7509 FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | ATARI S.A ATTN: GENERAL COUNSEL 78 RUE TAITBOUT PARIS 75009 FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | ATARI, INC ATTN: GENERAL COUNSEL 417 FIFTH AVE NEW YORK, NY 10016 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ATARI<br>286 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ATARI<br>286 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ATARI<br>286 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ATIN PROMOTIONS & ADVERTISING PVT LTD.<br>ATTN: GENERAL COUNSEL<br>19 AVENUE 5 OLD ROAD NO. 8<br>BANJARA HILLS<br>HYDERABAD, TELANGANA 500034<br>INDIA |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ATLAS AIR ENTERTAINMENT CONCEPTS INC.<br>ATTN: GENERAL COUNSEL<br>410 WEST ARDEN AVENUE, SUITE 206<br>GLENDALE, CA 91203 |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ATLAS AIR FILM + MEDIA SERVICE GMBH<br>ATTN: GENERAL COUNSEL<br>SCHIFFERSTRASSE 210<br>DUISBURG 47059<br>GERMANY |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ATLAS AIR FILM + MEDIA SERVICE GMBH<br>ATTN: GENERAL COUNSEL<br>SCHIFFERSTRASSE 20-22<br>DUISBERG 47059<br>GERMANY |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|--------|---------------------------------|--------------------------|----------------|
|        | Name                            |                          |                |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | ATLAS AIR FILM + MEDIA SERVICE GMBH ATTN: GENERAL COUNSEL SCHIFFERSTRASSE 20-22 DUISBURG 47059 GERMANY |
|       | State the term remaining | |
|       | List the contract number of any government contract | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | ATLAS AIR FILM + MEDIA SERVICE GMBH ATTN: GENERAL COUNSEL SCHIFFERSTRASSE 20-22 DUISBURG 47059 GERMANY |
|       | State the term remaining | |
|       | List the contract number of any government contract | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | ATLAS AIR FILM + MEDIA SERVICE GMBH ATTN: GENERAL COUNSEL SCHIFFERSTRASSE 20-22 DUISBERG 47059 GERMANY |
|       | State the term remaining | |
|       | List the contract number of any government contract | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | ATLAS AIR, INC. ATTN: JOSEPH LOPEZ, DIRECTOR, PROCUREMENT 2000 WESTCHESTER AVENUE PURCHASE, NY 10577 |
|       | State the term remaining | |
|       | List the contract number of any government contract | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | ATLAS AIR, INC. ATTN: GENERAL COUNSEL 2000 WESTCHESTER AVENUE PURCHASE, NY 10577 |
|       | State the term remaining | |
|       | List the contract number of any government contract | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | ATLAS AIR, INC. ATTN: GENERAL COUNSEL 2000 WESTCHESTER AVENUE PURCHASE, NY 10577 |
|       | State the term remaining | |
|       | List the contract number of any government contract | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | ATLAS AIR, INC. ATTN: GENERAL COUNSEL 2000 WESTCHESTER AVENUE PURCHASE, NY 10577 |
|       | State the term remaining | |
|       | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.
            Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.559** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ATLAS FILM + MEDIA LICENSING GMBH ATTN: GENERAL COUNSEL SCHIFFERSTR.20 DUISBRUG 47059 GERMANY |
| **2.560** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ATM BROADCAST AMERICA LLC 185 SE, 14 TERR, UNIT 1403 MIAMI, FL 33131 |
| **2.561** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ATM BROADCAST AMERICA LLC ATTN: GENERAL COUNSEL 3705 NW 115TH AVENUE #6 MIAMI, FL 33178 |
| **2.562** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ATM BROADCAST AMERICA LLC ATTN: GENERAL COUNSEL 3705 NW 115TH #6 MIAMI, FL 33178 |
| **2.563** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ATO MARINE OPERATIONS LLP MINERVA HOUSE 5 MONTAGUE CLOSE LONDON SE1 9BB UNITED KINGDOM |
| **2.564** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ATO MARINE OPERATIONS LLP MINERVA HOUSE 5 MONTAGUE CLOSE LONDON SE1 9BB UNITED KINGDOM |
| **2.565** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | AUDIO NETWORK LIMITED ATTN: GENERAL COUNSEL SCHOOL FARM STUDIOS LITTLE MAPLESTEAD, HALSTEAD ESSEX CO9 2SN UNITED KINGDOM |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (*if known*) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.566** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LIMITED<br>ATTN: GENERAL COUNSEL<br>SCHOOL FARM STUDIOS<br>LITTLE MAPLESTEAD, HALSTEAD<br>ESSEX CO9 2SN<br>UNITED KINGDOM |
| **2.567** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LIMITED<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.568** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LIMITED<br>ATTN: GENERAL COUNSEL<br>SCHOOL FARM STUDIOS<br>LITTLE MAPLESTEAD, HALSTEAD<br>ESSEX CO9 2SN<br>UNITED KINGDOM |
| **2.569** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LIMITED<br>ATTN: GENERAL COUNSEL<br>SCHOOL FARM STUDIOS<br>LITTLE MAPLESTEAD, HALSTEAD<br>ESSEX CO9 2SN<br>UNITED KINGDOM |
| **2.570** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LIMITED<br>ATTN: GENERAL COUNSEL<br>SCHOOL FARM STUDIOS<br>LITTLE MAPLESTEAD, HALSTEAD<br>ESSEX CO9 2SN<br>UNITED KINGDOM |
| **2.571** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LIMITED<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.572** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LTD<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |

Debtor      Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.573** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LTD<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.574** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LTD<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.575** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LTD<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LTD<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LTD<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NETWORK LTD<br>ATTN: GENERAL COUNSEL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON EC1N 8JS<br>UNITED KINGDOM |
| **2.579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUDIO NEWS<br>ATTN: MARCO RIBEIRO<br>ESTRADA VELHA DA TIJUCA,307-CASA TIJUCA<br>RIO DE JANEIRO, RJ 20531-080<br>BRAZIL |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.580** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUDITBOARD INC. <br> 12800 CENTER CT. DR. <br> SUITE 100 <br> CERRITOS, CA 90703 |
| **2.581** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUDITBOARD INC. <br> 12800 CENTER CT. DR. <br> SUITE 100 <br> CERRITOS, CA 90703 |
| **2.582** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUGUST SON PRODUCTIONS <br> 2424 WILSON AVENUE <br> VENICE, CA 90291 |
| **2.583** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUSTRAL LÍNEAS AÉREAS CIELOS DEL SUR S.A. <br> ATTN: ACCOUNTS PAYABLE <br> AV. RAFAEL OBLIGADO S/N, TERMINAL4 <br> 3° PISO LADO SUR, C.A.B.A. <br> AEROPARQUE JORGE NEWBERY C1425DAA <br> ARGENTINA |
| **2.584** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUSTRALASIAN MECHANICAL COPYRIGHT OWNERS SOCIETY LTD (AMCOS) <br> ATTN: GENERAL COUNSEL <br> 16 MOUNTAIN STREET <br> ULTIMO, NSW 2007 <br> AUSTRALIA |
| **2.585** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUSTRALASIAN MECHANICAL COPYRIGHT OWNERS SOCIETY LTD (AMCOS) <br> ATTN: GENERAL COUNSEL <br> 16 MOUNTAIN STREET <br> ULTIMO, NSW 2007 <br> AUSTRALIA |
| **2.586** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUSTRALASIAN MECHANICAL COPYRIGHT OWNERS SOCIETY LTD (AMCOS) <br> ATTN: GENERAL COUNSEL <br> 16 MOUNTAIN STREET <br> ULTIMO, NSW 2007 <br> AUSTRALIA |

Debtor    Global Eagle Entertainment Inc.                          Case number (if known) 20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.587** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUSTRALIAN BROADCASTING CORPORATION<br>85 NORTH EAST ROAD<br>COLLINSWOOD 5081<br>AUSTRALIA |
| **2.588** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUSTRALIAN BROADCASTING CORPORATION<br>85 NORTH EAST ROAD<br>COLLINSWOOD 5081<br>AUSTRALIA |
| **2.589** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUSTRALIAN BROADCASTING CORPORATION<br>ATTN: JESSICA ELLIS<br>GPO BOX 9994<br>SYDNEY, NSW 2001<br>AUSTRALIA |
| **2.590** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUSTRALIAN BROADCASTING CORPORATION<br>ATTN: JESSICA ELLIS, HEAD, ABC CONTENT SALES & DISTRIBUTION<br>GPO BOX 9994<br>SYDNEY NSW 2001<br>AUSTRALIA |
| **2.591** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUSTRALIAN NEWS CHANNEL PTY LTD<br>AUSTRALIAN NEWS CHANNEL PTY LTD<br>GRD FLOOR, 5 THOMAS HOLT DRIVE<br>SYDNEY, NSW 2113<br>AUSTRALIA |
| **2.592** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUSTRALIAN NEWS CHANNEL PTY LTD<br>AUSTRALIAN NEWS CHANNEL PTY LTD<br>GRD FLOOR, 5 THOMAS HOLT DRIVE<br>SYDNEY, NSW 2113<br>AUSTRALIA |
| **2.593** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AUSTRALIAN NEWS CHANNEL PTY LTD<br>ATTN: GENERAL COUNSEL<br>5 THOMAS HOLT DRIVE<br>MACQUARIE PARK NSW 2113<br>AUSTRALIA |

Debtor      Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.594** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUSTRALIAN NEWS CHANNEL PTY LTD <br> ATTN: CATHRYN ADAMS, COMMERCIAL DIRECTOR <br> 5 THOMAS HOLT DRIVE <br> MACQUARIE PARK NSW 2113 <br> AUSTRALIA |
| **2.595** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUSTRIAN AIRLINES AG <br> ATTN: MARCEL ZWINGER <br> OFFICE PARK 2 <br> 1300 VIENNA AIRPORT <br><br> AUSTRIA |
| **2.596** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUTUMN SUM COMPANY <br> ATTN: GENERAL COUNSEL <br> 20 SAN FRANCISCO AVE., ROYAL PALMS B <br> YUEN LONG <br> HONG KONG |
| **2.597** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AUTUMN SUM COMPANY <br> ATTN: GENERAL COUNSEL <br> 20 SAN FRANCISCO AVE., ROYAL PALMS B <br> YUEN LONG <br> HONG KONG |
| **2.598** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AVIANCA BRAZIL (OCEANAIR INHAS AÉREAS S/A) <br> ATTN: LEGAL DEPARTMENT <br> AVENIDA WASHINGTON LUIS <br> 7059 CAMPO BELO <br> SAO PAULO CEP04627-006 <br> BRAZIL |
| **2.599** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AVIANCA BRAZIL (OCEANAIR INHAS AÉREAS S/A) <br> ATTN: LEGAL DEPARTMENT <br> AVENIDA WASHINGTON LUIS <br> 7059 CAMPO BELO <br> SAO PAULO CEP04627-006 <br> BRAZIL |
| **2.600** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | AVIANCA BRAZIL <br> 7059 CAMPO BELO <br> SAO PAULO 04627-006 <br> BRAZIL |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.601** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIANCA COSTA RICA SA<br>RESEARCHING ADDRESS |
| **2.602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIANCA PERU SA<br>RESEARCHING ADDRESS |
| **2.603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIATION INDUSTRY REPRESENTATIVES, LLC<br>ATTN: EXECUTIVE DIRECTOR<br>302 SENTINEL DRIVE, SUITE 120<br>ANNAPOLIS JUNCTION, MD 20701 |
| **2.604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIATION INDUSTRY REPRESENTATIVES, LLC<br>ATTN: EXECUTIVE DIRECTOR<br>302 SENTINEL DRIVE, SUITE 120<br>ANNAPOLIS JUNCTION, MD 20701 |
| **2.605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIATION SAPPRFT SATELLITE NETWORK CO., LTD.<br>ATTN: MAO WEI<br>ROOM 308<br>JIA 3, NO. 9 YONGTAIZHUANG NORTH ROAD, HAIDIAN DISTRICT<br>BEIJING<br>CHINA |
| **2.606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIATION SAPPRFT SATELLITE NETWORK CO., LTD.<br>ATTN: MAO WEI<br>ROOM 308, JIA 3, NO. 9 YONGTAIZHUANG NORTH ROAD<br>HAIDIAN DISTRICT, BEIJING<br>CHINA |
| **2.607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIATOR<br>ATTN: GENERAL COUNSEL<br>230 PARK AVENUE SOUTH, FIFTH FLOOR<br>NEW YORK, NY 10003 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.608** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIATOR<br>ATTN: GENERAL COUNSEL<br>230 PARK AVENUE SOUTH,5TH FLOOR<br>NEW YORK, NY 10003 |
| **2.609** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIATOR<br>ATTN: GENERAL COUNSEL<br>10 EAST 40TH STREET<br>37TH FLOOR<br>NEW YORK, NY 10016 |
| **2.610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIONICS SUPPORT GROUP INC.<br>AVIONICS SUPPORT GROUP INC.<br>13155 SW 132 AVE.<br>MIAMI, FL 33186 |
| **2.611** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIONICS SUPPORT GROUP INC.<br>AVIONICS SUPPORT GROUP INC.<br>13155 SW 132 AVE.<br>MIAMI, FL 33186 |
| **2.612** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIT MARINE S.L.<br>ATTN: GENERAL COUNSEL<br>CALLE CORDOBA 5, LOCAL 4<br>EDIFICIO NOVA CENTRO, PALM NOVA<br>MALLORCA 07181<br>SPAIN |
| **2.613** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AVIT MARINE S.L<br>CALLE CORDOBA 5 (NOVA CENTRO), LOCAL 4<br>PALMA NOVA<br>MALLORCA, BALEARICS 07181<br>SPAIN |
| **2.614** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AXIOM GLOBAL, INC<br>ATTN: GENERAL COUNSEL<br>295 LAFAYETTE STREET<br>SUITE 700<br>NEW YORK, NY 10012 |

Debtor      Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AXIOM GLOBAL, INC<br>ATTN: GENERAL COUNSEL<br>295 LAFAYETTE STREET, SUITE700<br>NEW YORK, NY 10012 |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AXIOM GLOBAL, INC<br>ATTN: GENERAL COUNSEL<br>295 LAFAYETTE STREET, SUITE700<br>NEW YORK, NY 10012 |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AXIOM GLOBAL, INC<br>ATTN: GENERAL COUNSEL<br>295 LAFAYETTE STREET<br>SUITE 700<br>NEW YORK, NY 10012 |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AXIOM GLOBAL, INC<br>PO BOX 8439<br>PASADENA, CA 91109-8439 |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AXIOM GLOBAL, INC<br>PO BOX 8439<br>PASADENA, CA 91109-8439 |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AXIOM GLOBAL, INC<br>PO BOX 8439<br>PASADENA, CA 91109-8439 |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AYANO KAWAWA<br>ATTN: GENERAL COUNSEL<br>22130 VICTORY BOULEVARD<br>APARTMENT #314<br>WOODLAND HILLS, CA 91367 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.622** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AYC HOLDINGS LTD.<br>C/O CAMPBELLS CORPORATE SERVICES<br>FLOOR 4<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN KY1-9010<br>CAYMAN ISLANDS |
| **2.623** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AYC HOLDINGS LTD.<br>C/O CAMPBELLS CORPORATE SERVICES<br>FLOOR 4<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN KY1-9010<br>CAYMAN ISLANDS |
| **2.624** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AZUL LINHAS AEREAS BRASILEIRAS S.A.<br>ATTN: GENERAL COUNSEL<br>AV. MARCOS PENTEADO DE ULHOA RODRIGUES939<br>9 ANDAR, TORRE JATOBA<br>SAO PAULO 91521<br>BRAZIL |
| **2.625** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AZUL LINHAS AÉREAS BRASILEIRAS S.A.<br>ATTN: GENERAL COUNSEL<br>AV. MARCOS PENTEADO DE ULHÔA RODRIGUES<br>939, 9º ANDAR, BARUER<br>SÃO PAULO<br>BRAZIL |
| **2.626** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AZUL<br>ATTN: GENERAL COUNSEL<br>AV. MARCOS PENTEADO DE ULHOA RODRIGUES939<br>9 ANDAR, TORRE JATOBA<br>SAO PAULO 91521 |
| **2.627** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AZURE MARINE LIMITED<br>ATTN: GENERAL COUNSEL<br>23 PIER ROAD, ST. HELIER<br>JERSEY JE24XW |
| **2.628** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AZURE MARINE LIMITED<br>ATTN: GENERAL COUNSEL<br>23 PIER ROAD, ST. HELIER<br>JERSEY JE2 4XW |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.629 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BACKSTAGE PRODUCTIONS LTD<br>ATTN: GENERAL COUNSEL<br>PROVIDENT HOUSE<br>BURRELL ROW<br>BECKENHAM BR3 1AT<br>UNITED KINGDOM |
| 2.630 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BACKSTAGE PRODUCTIONS<br>ATTN: GENERAL COUNSEL<br>PROVIDENT HOUSE<br>BURRELL ROW<br>BECKENHAM BR3 1AT<br>UNITED KINGDOM |
| 2.631 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BAGHEER ENTERPRISES, LTD.<br>ATTN: GENERAL COUNSEL<br>502 E ANTHONY DRIVE<br>URBANA, IL 61802 |
| 2.632 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BAILEY LIMITED<br>ATTN: KONSTANTINOS KYRIAKIS<br>C/O DOMINO<br>LEVEL 3, GASAN CENTRE, MRIEHEL BY-PASS<br>MRIEHEL BKR3000<br>MALTA |
| 2.633 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BAKER & HOSTETLER, LLP<br>ATTN: GENERAL COUNSEL<br>TWO EMBARCADERO CENTER, 11TH FLOOR<br>SAN FRANCISCO, CA 94111-3802 |
| 2.634 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BAKER & HOSTETLER, LLP<br>ATTN: GENERAL COUNSEL<br>TWO EMBARCADERO CENTER<br>11TH FLOOR<br>SAN FRANCISCO, CA 94111-3802 |
| 2.635 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BAKER & HOSTETLER, LLP<br>ATTN: GENERAL COUNSEL<br>TWO EMBARCADERO CENTER<br>11TH FLOOR<br>SAN FRANCISCO, CA 94111-3802 |

Debtor     __Global Eagle Entertainment Inc._____          Case number (if known) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BALEARIA CARIBBEAN LTD.<br>ATTN: GENERAL COUNSEL<br>1800 SE 18TH STREET<br>TERMINAL 1<br>FT. LAUDERDALE, FL 33316 |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BALEARIA CARIBBEAN LTD.<br>TERMINAL 1.<br>1800 S. E. 18TH ST<br>FORT LAUDERDALE, FL 33136 |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BALERIA CARIBBEAN<br>ATTN: GENERAL COUNSEL<br>1800 SE 18TH STREET<br>TERMINAL 1<br>FT. LAUDERDALE, FL 33316 |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BALERIA<br>ATTN: GENERAL COUNSEL<br>1800 SE 18TH STREET<br>TERMINAL 1<br>FT. LAUDERDALE, FL 33316 |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BALKA SJ LIMITED<br>ATTN: GENERAL COUNSEL<br>FOURTH FLOOR, ONE CAPITAL PLACE<br>GEORGE TOWN<br>GRAND CAYMAN KY1-1103<br>CAYMAN ISLANDS |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BALKA SJ LIMITED<br>ATTN: GENERAL COUNSEL<br>FOURTH FLOOR, ONE CAPITAL PLACE<br>GEORGE TOWN<br>GRAND CAYMAN KY1-1103<br>CAYMAN ISLANDS |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BANDAI NAMCO ART INC.<br>ATTN: GENERAL COUNSEL<br>2051 MISSION COLLEGE BOULEVARD<br>SANTA CLARA, CA 95054 |

Debtor   Global Eagle Entertainment Inc.
         _____
         Name

Case number *(if known)* _20-11835 (JTD)_

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | BANDAI NAMCO ART INC. ATTN: GENERAL COUNSEL 2051 MISSION COLLEGE BOULEVARD SANTA CLARA, CA 95054 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | BANKSIDE FILMS LTD AGENTS ON BEHALF OF SAVAGE PRODUCTIONS LTD ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | BANKSIDE FILMS LTD AGENTS ON BEHALF OF SAVAGE PRODUCTIONS LTD ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | BARCLAYS CAPITAL INC. ATTN: GENERAL COUNSEL 745 SEVENTH AVENUE NEW YORK, NY 10019 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | BARCLAYS CAPITAL INC. ATTN: GENERAL COUNSEL 745 SEVENTH AVENUE NEW YORK, NY 10019 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | BAYVIEW VENTURES LTD. ATTN: GENERAL COUNSEL 1800 SE 10TH AVENUE, SUITE 400 FORT LAUDERDALE, FL 33316 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | BBC STUDIOS DISTRIBUTION LIMITED ATTN: GENERAL COUNSEL MEDIA CENTRE 201 WOOD LANE LONDON W12 7TQ UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    ___Global Eagle Entertainment Inc._____          Case number *(if known)* __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.650** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BBC WORLDNEWS <br> ATTN: GENERAL COUNSEL <br> MEDIA CENTRE <br> 201 WOOD LANE <br> LONDON W12 7TQ <br> UNITED KINGDOM |
| **2.651** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BBC WORLDNEWS <br> ATTN: ZINA NEOPHYTOU, VICE PRESIDENT - OUT OF HOME <br> 1 TELEVISION CENTRE <br> 101 WOOD LANE <br> LONDON W12 7FA <br> UNITED KINGDOM |
| **2.652** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BBC <br> ATTN: GENERAL COUNSEL <br> MEDIA CENTRE <br> 201 WOOD LANE <br> LONDON W12 7TQ <br> UNITED KINGDOM |
| **2.653** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BEBANJO <br> CALLE DOCTOR FOURQUET 27, LOCAL IZQUIERDO <br> MADRID 28012 <br> SPAIN |
| **2.654** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BEBANJO <br> ATTN: GENERAL COUNSEL <br> CALLE DOCTOR FOURQUET 27 <br> MADRID 28012 <br> SPAIN |
| **2.655** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BEIJING LAN CREATE FUTURE CULTURE & MEDIA CO. LTD <br> ATTN: GENERAL COUNSEL <br> ROOM 2802, TOWER A <br> SOHO NEW TOWN, JIANGUO ROAD 88, CHAOYANG DISTRICT <br> BEIJING 100022 <br> CHINA |
| **2.656** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BEIJING LAN CREATE FUTURE CULTURE & MEDIA CO. LTD <br> ATTN: GENERAL COUNSEL <br> ROOM 2802, TOWER A <br> SOHO NEW TOWN, JIANGUO ROAD 88, CHAOYANG DISTRICT <br> BEIJING 100022 <br> CHINA |

Debtor    Global Eagle Entertainment Inc.                            Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BEIJING LAN CREATE FUTURE CULTURE & MEDIA CO. LTD<br>ATTN: GENERAL COUNSEL<br>RM. 2802, TOWER A<br>SOHO NEW TOWN, JIANGUO RD. 88<br>CHAOYANG DIST, BEIJING100022<br>CHINA |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BEIJING SHARECO TECHNOLOGIES CO., LTD.<br>RESEARCHING ADDRESS |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BELCANTO HOLDINGS LTD<br>ATTN: GENERAL COUNSEL<br>HARBOUR CENTRE<br>PO BOX 613, GRAND CAYMAN<br>KY1-1107<br>CAYMAN ISLANDS |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BELCANTO HOLDINGS LTD<br>ATTN: GENERAL COUNSEL<br>HARBOUR CENTRE, PO BOX 613<br>GRAND CAYMAN KY1-1107<br>CAYMAN ISLANDS |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BERNADETTE COLOMINE<br>ATTN: GENERAL COUNSEL<br>866 1/2 NORTH OCCIDENTAL BLVD<br>LOS ANGELES, CA 90026 |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BETRIA INTERACTIVE LLC<br>14271 JEFFREY ROAD # 221<br>IRVINE, CA 92620 |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BETRIA INTERACTIVE LLC<br>ATTN: GENERAL COUNSEL<br>14271 JEFFREY RD., SUITE 221<br>IRVINE, CA 92620 |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.664** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BETRIA INTERACTIVE LLC<br>ATTN: GENERAL COUNSEL<br>14271 JEFFREY RD., SUITE 221<br>IRVINE, CA 92620 |
| **2.665** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BGP RELEASING LLC<br>ATTN: GENERAL COUNSEL<br>1717 MCKINNEY AVENUE, STE 1450<br>DALLAS, TX 75202 |
| **2.666** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BHARAT AVIATION PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>1, JEROME VILLA<br>M GHANEKAR MARG, VILE PARLE EAST<br>MUMBAI 400057<br>INDIA |
| **2.667** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BIG DOG MARINE, LTD.<br>ATTN: MICHAEL HAND<br>C/O WRIGHT MARITIME GROUP LLC<br>4TH FLOOR, WILLIAMS HOURS, CRICKET SQUARE<br>GRAND CAYMAN KY1 1104<br>CAYMAN ISLANDS |
| **2.668** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BLOOMBERG FINANCE LP<br>39-45 FINSBURY SQUARE<br>LONDON EC2A 1PQ<br>UNITED KINGDOM |
| **2.669** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BLOOMBERG FINANCE LP<br>ATTN: HEAD OF GLOBAL MEDIA DISTRIBUTION AND GENERAL COUNSEL<br>731 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| **2.670** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BLUE BOX INTERNATIONAL, LLC<br>ATTN: GENERAL COUNSEL<br>9255 SUNSET BOULEVARD<br>SUITE 710<br>WEST HOLLYWOOD, CA 90069 |

Debtor  _Global Eagle Entertainment Inc._____  Case number (if known) _20-11835 (JTD)_____
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.671 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BLUE LAKE MANAGEMENT INC <br> BLUE LAKE MANAGEMENT INC. <br> P.O.BOX 660675 #90691 <br> DALLAS, TX 75266-0675 |
| 2.672 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BLUE LAKE MANAGEMENT INC <br> BLUE LAKE MANAGEMENT INC. <br> P.O.BOX 660675 #90691 <br> DALLAS, TX 75266-0675 |
| 2.673 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BLUE LAKE MANAGEMENT INC <br> BLUE LAKE MANAGEMENT INC. <br> P.O.BOX 660675 #90691 <br> DALLAS, TX 75266-0675 |
| 2.674 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BLUE PANORAMA AIRLINES S.P.A. <br> PARITA I.V.A. E ISCR. REG. IMP. DI ROMA <br> 13974081005 C.C.I.A.A. N 1486978 |
| 2.675 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BLUE PANORAMA AIRLINES S.P.A. <br> VIA DELLE ARTI 123 <br> FIUMICINO <br> ROME 00054 <br> ITALY |
| 2.676 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BMG RIGHTS MANAGEMENT LLC <br> ONE PARK AVENUE <br> 18TH FLOOR <br> NEW YORK, NY 10016 |
| 2.677 State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BMI <br> ATTN: GENERAL COUNSEL <br> 10 MUSIC SQUARE E. <br> NASHVILLE, TN 37203 |

Debtor    __Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.678** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.679** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.680** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.681** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.682** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.683** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.684** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |

Debtor    Global Eagle Entertainment Inc.
_____
          Name

Case number (if known)  20-11835 (JTD)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.685** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.686** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BMI<br>ATTN: GENERAL COUNSEL<br>10 MUSIC SQUARE E.<br>NASHVILLE, TN 37203 |
| **2.687** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOEING COMMERCIAL AIRPLANES<br>P.O. BOX 3707<br>SEATTLE, WA 98124-2207 |
| **2.688** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOEING COMMERCIAL AIRPLANES<br>P.O. BOX 3707<br>SEATTLE, WA 98124-2207 |
| **2.689** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOEING COMMERCIAL AIRPLANES<br>P.O. BOX 3707<br>SEATTLE, WA 98124-2207 |
| **2.690** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOEING COMMERCIAL AIRPLANES<br>P.O. BOX 3707<br>SEATTLE, WA 98124-2207 |
| **2.691** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOLIVIANA DE AVIAION SUCURSAL ESPANA<br>ATTN: HUGO ESTRADA<br>BOLIVIANA DE AVIACION (BOA)<br>1582 SIMON LOPE AVENUE<br>COCHABAMBA<br>BOLIVIA |

Debtor    Global Eagle Entertainment Inc.    Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOLIVIANA DE AVIAION SUCURSAL ESPANA<br>ATTN: HUGO ESTRADA<br>BOLIVIANA DE AVIACION (BOA)<br>1582 SIMON LOPE AVENUE<br>COCHABAMBA<br>BOLIVIA |
| **2.693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOLIVIANA DE AVIAION<br>ATTN: GENERAL COUNSEL<br>1582 SIMON LOPE AVENUE<br>COCHABAMBA<br>BOLIVIA |
| **2.694** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOLIVIANA DE AVIAION<br>ATTN: GENERAL COUNSEL<br>1582 SIMON LOPE AVENUE<br>COCHABAMBA<br>BOLIVIA |
| **2.695** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOLIVIANA DE AVIAION<br>ATTN: GENERAL COUNSEL<br>SIMON LOPEZ NO. 1582 |
| **2.696** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOLLORE LOGISTICS USA INC<br>ATTN: GENERAL COUNSEL<br>423 RXR PLAZA<br>UNIONDALE, NY 11556 |
| **2.697** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUTWELL FAY LLP<br>ATTN: GENERAL COUNSEL<br>1401 DOVE STREET, SUITE 540<br>NEWPORT BEACH, CA 92660 |
| **2.698** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUTWELL FAY LLP<br>ATTN: GENERAL COUNSEL<br>1401 DOVE STREET, SUITE 540<br>NEWPORT BEACH, CA 92660 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | BOUYGUES BÂTIMENT INTERNATIONAL – BAHAMAS BRANCH ATTN: GENERAL COUNSEL ONE MILLARS COURT NASSAU BAHAMAS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | BOUYGUES BÂTIMENT INTERNATIONAL – BAHAMAS BRANCH ATTN: GENERAL COUNSEL ONE MILLARS COURT NASSAU BAHAMAS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | BOUYGUES BÂTIMENT INTERNATIONAL – BAHAMAS BRANCH ATTN: GENERAL COUNSEL ONE MILLARS COURT NASSAU BAHAMAS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | BOUYGUES BÂTIMENT INTERNATIONAL – BAHAMAS BRANCH ATTN: GENERAL COUNSEL ONE MILLARS COURT NASSAU BAHAMAS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | BOUYGUES CONSTRUCTION - STRUCTIS ATTN: GENERAL COUNSEL 1, AVENUE EUGENE FREYSSINET SAINT-QUENTIN-EN-YVELINES CEDEX 78061 FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | BOUYGUES CONSTRUCTION SA ATTN: GENERAL COUNSEL 1, AVENUE EUGENE FREYSSINET SAINT-QUENTIN-EN-YVELINES CEDEX 78061 FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | BOUYGUES CONSTRUCTION SA ATTN: GENERAL COUNSEL 1, AVENUE EUGENE FREYSSINET SAINT-QUENTIN-EN-YVELINES CEDEX 78061 FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.706** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION SA<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>SAINT-QUENTIN-EN-YVELINES CEDEX 78061<br>FRANCE |
| **2.707** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION SA<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>SAINT-QUENTIN-EN-YVELINES CEDEX 78061<br>FRANCE |
| **2.708** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION SA<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>GUYANCOURT CEDEX 78280<br>FRANCE |
| **2.709** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION SA<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>GUYANCOURT CEDEX 78280<br>FRANCE |
| **2.710** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION SA<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>GUYANCOURT CEDEX 78280<br>FRANCE |
| **2.711** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION SA<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>SAINT-QUENTIN-EN-YVELINES CEDEX 78061<br>FRANCE |
| **2.712** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>GUYANCOURT CEDEX 78280<br>FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>SAINT-QUENTIN-EN-YVELINES CEDEX 78061<br>FRANCE |
| **2.714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BOUYGUES CONSTRUCTION<br>ATTN: GENERAL COUNSEL<br>1, AVENUE EUGENE FREYSSINET<br>SAINT-QUENTIN-EN-YVELINES CEDEX 78061<br>FRANCE |
| **2.715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BP IRAQ N.V.<br>ATTN: GENERAL COUNSEL<br>NORTH RUMAILA PRODUCTION OFFICE<br>DS1, NORTH RUMAILA<br>BASRA<br>IRAQ |
| **2.716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BPG SOLUTIONS GROUP<br>ATTN: GENERAL COUNSEL<br>3232 NORTHEAST 6TH STREET<br>POMPANO BEACH, FL 33062 |
| **2.717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BPG SOLUTIONS GROUP<br>ATTN: GENERAL COUNSEL<br>3232 NORTHEAST 6TH STREET<br>POMPANO BEACH, FL 33062 |
| **2.718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRASIL SERVICOS ADMINISTRATIVOS E PROCESSAMENTO DE DADOS LTDA<br>ATTN: MARCO SOTTOVIA<br>ALAMEDA CAIAPÓS, 243, GROUND FLOOR<br>TAMBORÉ, BARUERI<br>SAO PAULO 06460-110<br>BRAZIL |
| **2.719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRAVOS PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>ROOM 2206, KODAK HOUSE II<br>39 HEALTHY STREET EAST<br>NORTH POINT<br>HONG KONG |

Debtor  Global Eagle Entertainment Inc.
Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRAVOS PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>ROOM 2206, KODAK HOUSE II<br>39 HEALTHY STREET EAST<br>NORTH POINT<br>HONG KONG |
| **2.721** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRAVOS PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>ROOM 2206, KODAK HOUSE II<br>39 HEALTHY STREET EAST<br>NORTH POINT<br>HONG KONG |
| **2.722** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRAVOS PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>ROOM 2206, KODAK HOUSE II<br>39 HEALTHY STREET EAST<br>NORTH POINT<br>HONG KONG |
| **2.723** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRAVOS PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>ROOM 2206 KODAK HOUSE II<br>30 HEALTHY STREET EAST, NORTH POINT<br>HONG KONG<br>CHINA |
| **2.724** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRAZILIAN NAVAL COMMISSION IN EUROPE<br>ATTN: GENERAL COUNSEL<br>170, UPPER RICHMOND ROAD<br>OUTNEY<br>LONDON SW15-2SH<br>UNITED KINGDOM |
| **2.725** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRAZILIAN NAVY<br>ATTN: GENERAL COUNSEL<br>RUA PRIMEIRO DE MARCO NO 118<br>RIO DE JANEIRO<br>BRAZIL |
| **2.726** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRE HH PROPERTY OWNER LLC<br>BLDG ID: 26393<br>PO BOX 209259<br>AUSTIN, TX 78720-9259 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* __20-11835 (JTD)__ |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRIAN JACOBE<br>ATTN: GENERAL COUNSEL<br>1489 NORTH GLASSELL STREET, APT. B<br>ORANGE, CA 92867 |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRITISH AIRWAYS<br>ATTN: GENERAL COUNSEL<br>WATERSIDE<br>PO BOX 365<br>HARMONDSWORTH, MIDDLESEX UB7 0GB<br>UNITED KINGDOM |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRITISH SKY<br>ATTN: GENERAL COUNSEL - JAMES CONYERS<br>GRANT WAY<br>ISLEWORTH<br>MIDDLESEX TW7 5QD<br>UNITED KINGDOM |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRITISH SKY<br>ATTN: GENERAL COUNSEL - JAMES CONYERS<br>GRANT WAY<br>ISLEWORTH<br>MIDDLESEX TW7 5QD<br>UNITED KINGDOM |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BRITISH SKY<br>ATTN: GENERAL COUNSEL - JAMES CONYERS<br>GRANT WAY<br>ISLEWORTH<br>MIDDLESEX TW7 5QD<br>UNITED KINGDOM |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BROADCAST MUSIC, INC.<br>ATTN: GENERAL COUNSEL<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007-0030 |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BROADCAST MUSIC, INC.<br>ATTN: GENERAL COUNSEL<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007-0030 |

Debtor    Global Eagle Entertainment Inc.
Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | BROADCAST MUSIC, INC.<br>ATTN: GENERAL COUNSEL<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007-0030 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | BROMMA AIR MAINTENANCE AB<br>ATTN: GENERAL COUNSEL<br>HANGER 4 BROMMA AIRPORT<br>BROMMA 168 67<br>SWEDEN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | BRUSSELS AIRLINES SA/NV<br>ATTN: GENERAL COUNSEL<br>BRUSSELS AIRPORT BUILDING 26<br>GENERAL AVIATION– RINGBAAN<br>DIEGEM B-1831<br>BELGIUM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | BSC2012<br>ATTN: GENERAL COUNSEL<br>C/O WRIGHT MARITIME GROUP<br>800 S. ANDREWS AVE., STE.200<br>FT. LAUDERDALE, FL 33316 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | BT LATAM COLUMBIA S.A.<br>ATTN: GENERAL COUNSEL<br>CALLE 113 NO. 7-21 TORRE A OFICINA<br>BOGOTÁ, COLUMBIA 1112 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | BUDGE STUDIOS<br>ATTN: GENERAL COUNSEL<br>5455, AVENUE DE GASPE, SUITE 540<br>MONTREAL, QC H2T 3B3<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | BUDGE STUDIOS<br>ATTN: GENERAL COUNSEL<br>5455, AVENUE DE GASPE, SUITE 540<br>MONTREAL, QC H2T 3B3<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                                Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | BUENA VISTA INTERNATIONAL INC ATTN: GENERAL COUNSEL 350 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | BUENA VISTA INTERNATIONAL INC ATTN: FABIOLA BOVINO TWO ALHAMBRA PLAZA 9TH FLOOR CORAL GABLES, FL 33134 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | BUENA VISTA INTERNATIONAL INC ATTN: GENERAL COUNSEL 350 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | BUENA VISTA INTERNATIONAL INC ATTN: GENERAL COUNSEL 350 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | BUENA VISTA INTERNATIONAL INC ATTN: GENERAL COUNSEL 350 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | BUENA VISTA INTERNATIONAL INC ATTN: GENERAL COUNSEL 350 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | BUENA VISTA INTERNATIONAL INC ATTN: GENERAL COUNSEL 350 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                   Case number *(if known)*   20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.748**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BUENA VISTA INTERNATIONAL INC<br>ATTN: GENERAL COUNSEL<br>350 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.749**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BUENA VISTA INTERNATIONAL INC<br>ATTN: GENERAL COUNSEL<br>350 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.750**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BUENA VISTA INTERNATIONAL INC<br>ATTN: GENERAL COUNSEL<br>350 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.751**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | BUNTY LLC<br>ATTN: GENERAL COUNSEL<br>FLOOR 4, WILLOW HOUSE, CRICKET SQUARE<br>KY1-9010<br>CAYMAN ISLANDS |
| **2.752**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC.<br>ATTN: GENERAL COUNSEL<br>THE CORPORATION TRUST, CORPORATION TRUST CENTRE<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| **2.753**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC.<br>ATTN: GENERAL COUNSEL<br>THE CORPORATION TRUST, CORPORATION TRUST CENTRE<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| **2.754**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC.<br>ATTN: GENERAL COUNSEL<br>THE CORPORATION TRUST, CORPORATION TRUST CENTRE<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.755**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC. <br> ATTN: GENERAL COUNSEL <br> THE CORPORATION TRUST, CORPORATION TRUST CENTRE <br> 1209 ORANGE STREET <br> WILMINGTON, DE 19801 |
| **2.756**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC. <br> ATTN: GENERAL COUNSEL <br> THE CORPORATION TRUST, CORPORATION TRUST CENTRE <br> 1209 ORANGE STREET <br> WILMINGTON, DE 19801 |
| **2.757**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC. <br> ATTN: GENERAL COUNSEL <br> THE CORPORATION TRUST, CORPORATION TRUST CENTRE <br> 1209 ORANGE STREET <br> WILMINGTON, DE 19801 |
| **2.758**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC. <br> ATTN: GENERAL COUNSEL <br> THE CORPORATION TRUST, CORPORATION TRUST CENTRE <br> 1209 ORANGE STREET <br> WILMINGTON, DE 19801 |
| **2.759**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK, INC. <br> ATTN: GENERAL COUNSEL <br> THE CORPORATION TRUST, CORPORATION TRUST CENTRE <br> 1209 ORANGE STREET <br> WILMINGTON, DE 19801 |
| **2.760**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK <br> ATTN: GENERAL COUNSEL <br> THE CORPORATION TRUST, CORPORATION TRUST CENTRE <br> 1209 ORANGE STREET <br> WILMINGTON, DE 19801 |
| **2.761**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | CABLE NEWS NETWORK <br> ATTN: GENERAL COUNSEL <br> THE CORPORATION TRUST, CORPORATION TRUST CENTRE <br> 1209 ORANGE STREET <br> WILMINGTON, DE 19801 |

Debtor   __Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.762** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CABLE TELEVISION NETWORK (CTV) LTD<br>ATTN: GENERAL COUNSEL<br>#228 HARBOUR VIEW TOWERS<br>SAMORA AVENUE, P.O. BOX3774<br>DAR ES SALAAM<br>TANZANIA |
| **2.763** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CABLE TELEVISION NETWORK (CTV) LTD<br>#225 HARBOR VIEW TOWERS, SAMORA AVENUE,<br>DAR ES SALAAM<br>TANZANIA |
| **2.764** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CABLE TELEVISION NETWORK (CTV) LTD<br>ATTN: MANAGING DIRECTOR<br># 228 HARBOUR VIEW TOWERS<br>SAMORA AVENUE, P.O. BOX3774<br>DAR ES SALAAM<br>TANZANIA |
| **2.765** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CABLE TELEVISION NETWORK (CTV) LTD<br>ATTN: MANAGING DIRECTOR<br>#228 HARBOUR VIEW TOWER<br>SAMORA AVENUE, P.O. BOX3774<br>DAR ES SALAAM<br>TANZANIA |
| **2.766** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CAKE DISTRIBUTION LTD<br>ATTN: GENERAL COUNSEL<br>5TH FLOOR, 76 CHARLOTTE STREET<br>LONDON W1T 4QS<br>UNITED KINGDOM |
| **2.767** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CALOTTA LEVINE SAMUEL, LLC<br>ATTENTION: JOHN G. CALOTTA<br>805 THIRD AVENUE<br>NEW YORK, NY 10022 |
| **2.768** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CANADIAN AIRLINES INC.<br>ATTN: GENERAL COUNSEL<br>200, 580 PALMER ROAD NORTHEAST<br>CALGARY, AB T2E 7R3<br>CANADA |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | CANADIAN NORTH AIRLINES INC.<br>ATTN: GENERAL COUNSEL<br>150 PALMER ROAD N.E<br>CALGARY, AB T2E 7R3<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | CANADIAN NORTH AIRLINES INC.<br>ATTN: GENERAL COUNSEL<br>200, 580 PALMER ROAD N.E<br>CALGARY, AB T2E 7R3<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | CANADIAN NORTH AIRLINES INC.<br>ATTN: GENERAL COUNSEL<br>200, 580 PALMER ROAD N.E.<br>CALGARY, AB T2E 7R3<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM ENTERTAINMENT, INC.<br>ATTN: JUNTA SAITO<br>10960 WILSHIRE BOULEVARD<br>15TH FLOOR<br>LOS ANGELES, CA 90024 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM U.S.A., INC.<br>ATTN: GENERAL COUNSEL<br>185 BERRY STREET<br>#1200<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM U.S.A., INC.<br>ATTN: CAPCOM CLP DEPARTMENT<br>185 BERRY STREET<br>SUITE 1200<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM U.S.A., INC.<br>ATTN: CAPCOM CLP DEPARTMENT<br>185 BERRY STREET<br>SUITE 1200<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM USA<br>ATTN: CAPCOM CLP DEPARTMENT<br>185 BERRY STREET<br>SUITE 1200<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM USA<br>ATTN: CAPCOM CLP DEPARTMENT<br>185 BERRY STREET<br>SUITE 1200<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM USA<br>ATTN: CAPCOM CLP DEPARTMENT<br>185 BERRY STREET<br>SUITE 1200<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | CAPCOM USA<br>ATTN: CAPCOM CLP DEPARTMENT<br>185 BERRY STREET<br>SUITE 1200<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | CAPITOL RECORDS, LLC<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | CAPLINKED, INC.<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | CAPSTONE GROUP LLC<br>CAPSTONE GROUP LLC<br>2049 CENTURY PARK EAST<br>LOS ANGELES, CA 90067 |
| | State the term remaining | |
| | List the contract number of any government contract | |

高

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.783** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARLISLE INTERCONNECT TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>100 TENSOLITE DRIVE<br>SAINT AUGUSTINE, FL 32092 |
| **2.784** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARLISLE INTERCONNECT TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>5300 WEST FRANKLIN DRIVE<br>FRANKLIN, WI 53132 |
| **2.785** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARLISLE INTERCONNECT TECHNOLOGIES<br>ATTN: CONTRACTS MANAGEMENT<br>100 TENSOLITE DRIVE<br>SAINT AUGUSTINE, FL 32902 |
| **2.786** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARLOS DIAZ<br>ATTN: CARLOS DIAZ<br>321 AVENIDA MONTEREY<br>SAN CLEMENTE, CA 92672 |
| **2.787** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARNIVAL CORPORATION<br>ATTN: GENERAL COUNSEL<br>3655 N.W. 87TH AVENUE<br>MIAMI, FL 33178 |
| **2.788** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARNIVAL CORPORATION<br>ATTN: GENERAL COUNSEL<br>3655 N.W. 87TH AVENUE<br>MIAMI, FL 33178 |
| **2.789** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARNIVAL CRUISE LINE<br>3655 NW 87TH AVE<br>MIAMI, FL 33178-2428 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.790** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARNIVAL CRUISE LINES<br>3655 NW 87TH AVE<br>MIAMI, FL 33178-2428 |
| **2.791** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARRIER GROUP I LIMITED<br>ATTN: GENERAL COUNSEL<br>WEST NAUTICAL<br>BALTIC PLACE, SOUTH SHORE ROAD<br>CATESHEAD, NEWCASTLE NE83AE<br>UNITED KINGDOM |
| **2.792** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARTOON NETWORK<br>RESEARCHING ADDRESS |
| **2.793** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CARYALI, LLC<br>PO BOX 780<br>NEW YORK, NY 11960 |
| **2.794** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CATHAY PACIFIC AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>33RD FLOOR, ONE PACIFIC PLACE, 88 QUEENSWAY<br>HONG KONG<br>CHINA |
| **2.795** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CATHAY PACIFIC AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>33RD FLOOR<br>ONE PACIFIC PLACE, 88 QUEENSWAY<br>HONG KONG<br>CHINA |
| **2.796** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CATHAY PACIFIC<br>ATTN: GENERAL COUNSEL<br>33RD FLOOR<br>ONE PACIFIC PLACE, 88 QUEENSWAY<br>HONG KONG<br>CHINA |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.797** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CATHAY<br>230, VICTORIA STREET,#11-01/02 BUGIS JUNCTION TOWERS<br> 188024<br>SINGAPORE |
| **2.798** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CATHAY<br>230, VICTORIA STREET,#11-01/02 BUGIS JUNCTION TOWERS<br> 188024<br>SINGAPORE |
| **2.799** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CBS BUTLER LTD<br>ATTN: GENERAL COUNSEL<br>KINGS MILL<br>KINGS MILL LANE, SOUTH NUTFIELD<br>REDHILL, SURREY RH1 5NB<br>UNITED KINGDOM |
| **2.800** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CBS BUTLER LTD<br>ATTN: GENERAL COUNSEL<br>KINGS MILL<br>KINGS MILL LANE, SOUTH NUTFIELD<br>REDHILL, SURREY RH1 5NB<br>UNITED KINGDOM |
| **2.801** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CDW LOGISTICS, INC.<br>ATTN: GENERAL COUNSEL<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 |
| **2.802** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CDW LOGISTICS, INC.<br>ATTN: GENERAL COUNSEL<br>200 N. MILWAUKEE AVENUE<br>VERNON HILLS, IL 60061 |
| **2.803** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CEB<br>RESEARCHING ADDRESS |

Debtor   <u>Global Eagle Entertainment Inc.</u>
         Name

Case number *(if known)* <u>20-11835 (JTD)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES INC.<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES INC.<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES INC.<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES INC.<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES INC.<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES INC<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES LINES<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |

Debtor    Global Eagle Entertainment Inc.
          Name                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.811** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES<br>ATTN: MICHAEL MARRITT<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| **2.812** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELEBRITY CRUISES<br>ATTN: MICHAEL MARRITT<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| **2.813** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELIBRITY CRUISES<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| **2.814** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CELLBAGHDAD TRADING, GENERAL CONSTRUCTION AND COMMUNICATIONS LTD<br>RESEARCHING ADDRESS |
| **2.815** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CENTURY CARNIVAL MOVIE CULTURAL COMMUNICATION COMPANY LTD.<br>ATTN: GENERAL COUNSEL<br>ROOM D-923 FULI XINRAN PLAZA<br>NO. 6 TAIPING STREET, XUANWU DISTRICT<br>BEIJING 100050<br>CHINA |
| **2.816** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CENTURY CARNIVAL MOVIE CULTURAL COMMUNICATION COMPANY LTD.<br>ATTN: GENERAL COUNSEL<br>ROOM D-923 FULI XINRAN PLAZA<br>NO. 6 TAIPING STREET, XUANWU DISTRICT<br>BEIJING 100050<br>CHINA |
| **2.817** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CENTURY CARNIVAL MOVIE CULTURAL COMMUNICATION COMPANY LTD.<br>ATTN: GENERAL COUNSEL<br>ROOM D-23 FULI XINRAN PLAZA<br>NO. 6 TAIPING STREET, XUANWU DISTRICT<br>BEIJING 100050<br>CHINA |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|--------|----------------------------------|------------------------|----------------|
|        | Name                             |                        |                |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.818 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CENTURY CARNIVAL MOVIE CULTURAL COMMUNICATION COMPANY LTD.<br>ATTN: GENERAL COUNSEL<br>ROOM D-23 FULI XINRAN PLAZA<br>NO. 6 TAIPING STREET, XUANWU DISTRICT<br>BEIJING 100050<br>CHINA |
| 2.819 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CENTURY CARNIVAL MOVIE CULTURAL COMMUNICATION COMPANY LTD.<br>ATTN: GENERAL COUNSEL<br>ROOM D-23 FULI XINRAN PLAZA<br>NO. 6 TAIPING STREET, XUANWU DISTRICT<br>BEIJING 100050<br>CHINA |
| 2.820 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CENTURY LINK<br>(MTN)-1-3YI0U7<br>LONDON E1 8EU<br>UNITED KINGDOM |
| 2.821 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA AIRLINE LIMITED<br>ATTN: GENERAL COUNSEL<br>NO. 1, HANGZHAN S. ROAD, DAYUAN TOWNSHIP<br>TAOYUAN COUNTY 33758<br>TAIWAN |
| 2.822 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>NO. 1 HANGZHAN S. RD.<br>DAYUAN TOWNSHIP<br>TAOYUAN COUNTY<br>TAIWAN |
| 2.823 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>NO. 1 HANGZHAN S. RD.<br>DAYUAN TOWNSHIP<br>TAOYUAN COUNTY<br>TAIWAN |
| 2.824 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>NO. 1, HANGZHAN S. ROAD, DAYUAN TOWNSHIP<br>TAOYUAN COUNTY 33758<br>TAIWAN |

Debtor      Global Eagle Entertainment Inc.                           Case number *(if known)*   20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.825 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA AIRLINES<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| 2.826 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA EASTERN AIRLINES CORPORATIONS LIMITED<br>ATTN: GENERAL COUNSEL<br>HONGQIAO INT'L AIRPORT<br>SHANGHAI 200335<br>CHINA |
| 2.827 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA EASTERN AIRLINES<br>ATTN: GENERAL COUNSEL<br>HONGQIAO INT'L AIRPORT<br>SHANGHAI 200335<br>CHINA |
| 2.828 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA EASTERN AVIATION IMP & EXP. CORP<br>ATTN: GENERAL COUNSEL<br>ROOM 719/716 7TH FLOOR<br>AREA B NO 1333 WENJU ROAD<br>SHANGHAI<br>CHINA |
| 2.829 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA EASTERN AVIATION IMP. & EXP. CORP<br>ATTN: GENERAL COUNSEL<br>ROOM 719/716 AND 720/721 7TH FLOOR<br>AREA B NO 1333 WENJU ROAD<br>SHANGHAI<br>CHINA |
| 2.830 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA EASTERN AVIATION IMPORT & EXPORT CORPORATION<br>ATTN: GENERAL COUNSEL<br>ROOM 719/716 AND 720/721 7TH FLOOR<br>AREA B NO 1333 WENJU ROAD<br>SHANGHAI<br>CHINA |
| 2.831 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHINA SOUTHERN AIRLINES COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>68 QIXIN ROAD<br>GUANGZHOU 510403<br>CHINA |

Debtor      Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.832** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHRISTIAN MEZGER<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.833** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CHRISTINA BERIO PRODUCTIONS<br>ATTN: GENERAL COUNSEL<br>29716 STRAWBERRY HILL DRIVE<br>AUGOURA HILLS, CA 91310 |
| **2.834** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CINESKY<br>ATTN: GENERAL COUNSEL<br>8560 WEST SUNSET BOULEVARD<br>WEST HOLLYWOOD, CA 90069 |
| **2.835** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CINESKY<br>ATTN: GENERAL COUNSEL<br>8560 WEST SUNSET BOULEVARD<br>WEST HOLLYWOOD, CA 90069 |
| **2.836** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CITIBANK, N.A., AS ADMINISTRATIVE AGENT<br>701 EAST 60TH STREET<br>NORTH SIOUX FALLS, SD 57104 |
| **2.837** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CITIBANK, N.A.,<br>701 EAST 60TH STREET<br>NORTH SIOUX FALLS, SD 57104 |
| **2.838** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |

Debtor    Global Eagle Entertainment Inc.
          Name                                                    Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>66 SANGAMSAN-RO, MAPO-GU<br>SEOUL, KOREA 03926 |

Debtor     __Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>1606 SANGAM-DONG, MAPO-GU<br>SEOUL, KOREA 121-270 |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>1606 SANGAM-DONG, MAPO-GU<br>SEOUL, KOREA 121-270 |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>1606 SANGAM-DONG, MAPO-GU<br>SEOUL, KOREA 121-270 |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>1606 SANGAM-DONG, MAPO-GU<br>SEOUL, KOREA 121-270 |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>1606 SANGAM-DONG, MAPO-GU<br>SEOUL, KOREA 121-270 |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>17TH FLOOR, CJ E&M CENTER<br>1606 SANGAM-DONG, MAPO-GU<br>SEOUL, KOREA 121-270 |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CJ E&M CORP<br>ATTN: GENERAL COUNSEL<br>26TH FLOOR, PARNAS TOWER 521<br>TEHERAN-RO, GANGNAM-GU<br>SEOUL, KOREA 06164 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.853** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CJ E&M CORP ATTN: GENERAL COUNSEL 26TH FLOOR, PARNAS TOWER 521 TEHERAN-RO, GANGNAM-GU SEOUL, KOREA 06164 |
| **2.854** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CJ E&M CORP ATTN: GENERAL COUNSEL 26TH FLOOR, PARNAS TOWER 521 TEHERAN-RO, GANGNAM-GU SEOUL, KOREA 06164 |
| **2.855** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CJ E&M CORP ATTN: GENERAL COUNSEL 26TH FLOOR, PARNAS TOWER 521 TEHERAN-RO, GANGNAM-GU SEOUL, KOREA 06164 |
| **2.856** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CJ E&M CORP ATTN: GENERAL COUNSEL 26TH FLOOR, PARNAS TOWER 521 TEHERAN-RO, GANGNAM-GU SEOUL, KOREA 06164 |
| **2.857** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CJ E&M CORP 26TH FLOOR CJ E&M, PARNAS TOWER 521 TEHERAN-RO, GANGAM-GU SEOUL, KOREA 06164 |
| **2.858** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CJ E&M ATTN: GENERAL COUNSEL 26TH FLOOR, PARNAS TOWER 521 TEHERAN-RO, GANGNAM-GU SEOUL, KOREA 06164 |
| **2.859** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | CLIPSHOUT INC. ATTN: GENERAL COUNSEL 27001 PASEO ACTIVO SAN JUAN CAPISTRANO, CA 92675 |

Debtor ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.860** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CLIPSHOUT INC.<br>ATTN: GENERAL COUNSEL<br>27001 PASEO ACTIVO<br>SAN JUAN CAPISTRANO, CA 92675 |
| **2.861** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CLIPSHOUT INC.<br>ATTN: GENERAL COUNSEL<br>27001 PASEO ACTIVO<br>SAN JUAN CAPISTRANO, CA 92675 |
| **2.862** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CLIPSHOUT INC.<br>ATTN: GENERAL COUNSEL<br>27001 PASEO ACTIVO<br>SAN JUAN CAPISTRANO, CA 92675 |
| **2.863** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CLIPSHOUT INC.<br>ATTN: GENERAL COUNSEL<br>27001 PASEO ACTIVO<br>SAN JUAN CAPISTRANO, CA 92675 |
| **2.864** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CLIPSHOUT<br>ATTN: GENERAL COUNSEL<br>27001 PASEO ACTIVO<br>SAN JUAN CAPISTRANO, CA 92675 |
| **2.865** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CNN<br>RESEARCHING ADDRESS |
| **2.866** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CNN<br>RESEARCHING ADDRESS |

Debtor    Global Eagle Entertainment Inc.                           Case number (if known) 20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | CNN<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | CNN<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | CNN<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | CNN<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | COBHAM SATCOM<br>ATTN: GENERAL COUNSEL<br>4030 NELSON AVE.<br>CONCORD, CA 94520 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | COMMANDER NAVY INSTALLATIONS COMMAND FACILITIES AND ACQUISITIONS BRANCH N944<br>ATTN: GENERAL COUNSEL<br>5720 INTEGRITY DRIVE<br>BUILDING 457<br>MILLINTON, TN 38055-6500 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | COMMANDER NAVY INSTALLATIONS COMMAND FACILITIES AND ACQUISITIONS BRANCH N944<br>ATTN: GENERAL COUNSEL<br>5720 INTEGRITY DRIVE LASSEN<br>BUILDING 457<br>MILLINGTON, TN 38055 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._          Case number *(if known)* _20-11835 (JTD)_
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMMUNICATIONS & POWER INDUSTRIES<br>ATTN: GENERAL COUNSEL<br>607 HANSEN WAY<br>PALO ALTO, CA94304-1015 |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMPANIA PANAMENA DE AVIACION, S.A.<br>ATTN: GENERAL COUNSEL<br>BUSINESS PARK COMPLEX, NORTH TOWER<br>COSTA DEL ESTE<br>PANAMA CITY<br>PANAMA |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMPANIA PANAMENA DE AVIACION, S.A.<br>ATTN: GENERAL COUNSEL<br>BUSINESS PARK COMPLEX, NORTH TOWER<br>COSTA DEL ESTE<br>PANAMA CITY<br>PANAMA |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMPANIA PANAMENA DE AVIACION, S.A.<br>ATTN: GENERAL COUNSEL<br>BOULEVARD COSTA DEL ESTE, AV.<br>PRINCIPAL Y AV. DE LA ROTONDA, URABANIZACION COSTA DEL ESTE,<br>COMPLEJO BUSINESS PARK, TORRE NORTE, PARQUE LEFEVRE<br><br>PANAMA |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMPASS LEXECON & AFFILIATES<br>ATTN: GENERAL COUNSEL<br>200 STATE STREET<br>9TH FLOOR<br>BOSTON, MA 02109 |

Debtor      Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.888** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COMPASS LEXECON<br>ATTN: GENERAL COUNSEL<br>200 STATE STREET,9TH FLOOR<br>BOSTON, MA 02109 |
| **2.889** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONAIR GROUP<br>ATTN: GENERAL COUNSEL<br>1510 TOWER STREET<br>ABBOTSFORD, CANADA, BC V2T 6H5 |
| **2.890** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONCENTRA CONSULTING LIMITED<br>ATTN: GENERAL COUNSEL<br>100 CHEAPSIDE<br>LONDON EC2V6DT<br>UNITED KINGDOM |
| **2.891** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONCENTRATED KONWLEDGE CORPORATION DBA SOUNDVIEW EXECUTIVE BOOK SUMMARIES<br>ATTN: GEORGE CLEMENT<br>10 LACRUE AVE<br>PO BOX 70000<br>CONCORDVILLE, PA 19331 |
| **2.892** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONCENTRATED KONWLEDGE CORPORATION DBA SOUNDVIEW EXECUTIVE BOOK SUMMARIES<br>ATTN: GEORGE CLEMENT<br>10 LACRUE AVE<br>PO BOX 70000<br>CONCORDVILLE, PA 19331 |
| **2.893** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONOCOPHILLIPS COMPANY<br>ATTN: GENERAL COUNSEL<br>600 NORTH DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| **2.894** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONOCOPHILLIPS COMPANY<br>ATTN: GENERAL COUNSEL<br>600 NORTH DAIRY ASHFORD<br>HOUSTON, TX 77079 |

Debtor    Global Eagle Entertainment Inc.                    Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.895** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>107 HAKDONG-RO<br>3RD FLOOR(NONHYUN-DONG), GANGNAM-GU<br>SEOUL, KOREA |
| **2.896** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>107 HAKDONG-RO<br>3RD FLOOR(NONHYUN-DONG), GANGNAM-GU<br>SEOUL, KOREA |
| **2.897** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>107 HAKDONG-RO<br>3RD FLOOR(NONHYUN-DONG), GANGNAM-GU<br>SEOUL, KOREA |
| **2.898** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>107 HAKDONG-RO<br>3RD FLOOR(NONHYUN-DONG), GANGNAM-GU<br>SEOUL, KOREA |
| **2.899** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>311 HAKDONG-RO (316 NONHYUN-DONG)<br>GANGNAM-GU<br>SEOUL, KOREA |
| **2.900** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>311 HAKDONG-RO (316 NONHYUN-DONG)<br>GANGNAM-GU<br>SEOUL, KOREA |
| **2.901** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>311 HAKDONG-RO (316 NONHYUN-DONG)<br>GANGNAM-GU<br>SEOUL, KOREA |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.902** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>311 HAKDONG-RO (316 NONHYUN-DONG)<br>GANGNAM-GU<br>SEOUL, KOREA |
| **2.903** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTENTS PANDA<br>ATTN: GENERAL COUNSEL<br>311 HAKDONG-RO (316 NONNHYUN-DONG)<br>GANGNAM-GU<br>SEOUL, KOREA |
| **2.904** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTRACT OF BROADCASTING RADIO SONGS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER, 28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.905** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COOLGAMES PUBLISHING B.V.<br>ATTN: HEAD OF LEGAL<br>HERENNGRACHT 433<br>1017 BR<br>AMSTERDAM<br>NETHERLANDS |
| **2.906** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COOLGAMES<br>ATTN: HEAD OF LEGAL<br>HERENNGRACHT 433<br>1017 BR<br>AMSTERDAM<br>NETHERLANDS |
| **2.907** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COPA<br>RESEARCHING ADDRESS |
| **2.908** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD.<br>SUITE 620S<br>SANTA MONICA, CA 90404-4082 |

Debtor   Global Eagle Entertainment Inc.
         Name
Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.909** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CORTLAND CAPITAL MARKET SERVICES LLC,<br>225 WEST WASHINGTON STREET SUITE 1450<br>CHICAGO, IL 60606 |
| **2.910** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | COSTA CRUISE LINE<br>ATTN: GENERAL COUNSEL<br>C/O PM MOVIES S.R.L<br>VIA DE MARINI 1<br>GENOA 15149<br>ITALY |
| **2.911** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CPI CANADA INC<br>ATTN: CHIEF COMMERCIAL OFFICER<br>45 RIVER DRIVE<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| **2.912** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CPI CANADA INC<br>ATTN: CHIEF COMMERCIAL OFFICER<br>45 RIVER DRIVE<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| **2.913** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CPI CANADA INC<br>ATTN: GENERAL COUNSEL<br>45 RIVER DRIVE<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| **2.914** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CPI<br>ATTN: CHIEF COMMERCIAL OFFICER<br>45 RIVER DRIVE<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| **2.915** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CPI<br>ATTN: CHIEF COMMERCIAL OFFICER<br>45 RIVER DRIVE<br>GEORGETOWN, ON L7G 2J4<br>CANADA |

Debtor    Global Eagle Entertainment Inc.
                    Name                                                      Case number *(if known)*  20-11835 (JTD)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.916** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CRESA<br>1800 M STREET NW SUITE 305<br>WASHINGTON, DC 20036 |
| **2.917** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CRESA<br>1800 M STREET NW SUITE 305<br>WASHINGTON, DC 20036 |
| **2.918** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CRITERION PICTURES<br>DAVID FISHER<br>30 MACINTOSH BLVD, UNIT 7<br>VAUGHAN, ON L4K 4P1<br>CANADA |
| **2.919** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CROATIA AIRLINES<br>ATTN: GENERAL COUNSEL<br>BANI 75/B<br>BUZIN<br>ZAGREB 10010<br>CROATIA |
| **2.920** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CRUISE & FERRY - AMERICAS AND APAC<br>RESEARCHING ADDRESS |
| **2.921** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CRYSTAL CRUISES<br>1501 BISCAYNE BLVD.<br>SUITE 500<br>MIAMI, FL 33132 |
| **2.922** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CRYSTAL CRUISES<br>1501 BISCAYNE BLVD.<br>SUITE 500<br>MIAMI, FL 33132 |

Debtor ___Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | CRYSTAL CRUISES<br>1501 BISCAYNE BLVD.<br>SUITE 500<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | CRYSTAL CRUISES<br>1501 BISCAYNE BLVD.<br>SUITE 500<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | CRYSTAL CRUISES<br>1501 BISCAYNE BLVD.<br>SUITE 500<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | CRYSTAL CRUISES<br>1501 BISCAYNE BLVD.<br>SUITE 500<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | CRYSTAL CRUISES<br>1501 BISCAYNE BLVD.<br>SUITE 500<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | CSR SHIPPING PTE LTD<br>ATTN: GENERAL COUNSEL<br>133 NEW BRIDGE ROAD<br>#22-06/07/08, CHINATOWN POINT<br> S059413<br>SINGAPORE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | CSSC<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | CYNTHIS R. SANDERSON<br>ATTN: GENERAL COUNSEL<br>2098 UPPER BELLBROOK ROAD<br>XENIA, OH 45385 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | D.O.T. ACQUISITION CORPORATION<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | DAMIAN FANNIN<br>ATTN: GENERAL COUNSEL<br>16 FRASCATI PARK<br>BLACKROCK, CO.<br>DUBLIN, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | DAVID KAGAN<br>ATTN: GENERAL COUNSEL<br>3223 BELLWIND CIRCLE<br>ROCKLEDGE, FL 32955 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | DAVIES, TERRI<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | DEEPOCEAN<br>ATTN: GENERAL COUNSEL<br>AV. PASEO DEL MAR, PUNTA NORTE<br>TORRE 7, PISO 6, C.P. 24114<br>CD. DEL CARMEN CAMPECHE<br>MEXICO |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | DEFINITIVE CONSULTING GROUP, LLC D/B/A VELOCITY IT<br>ATTN: C/O JUSTIN PENZA<br>9595 SIX PINES DRIVE, SUITE 8210<br>THE WOODLANDS, TX 77380 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.    Case number *(if known)*  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | DELINEO<br>ATTN: GENERAL COUNSEL<br>110 CHAPEL STREET<br>MANCHESTER M35DW<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | DELISA HUDSON<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | DELISA HUDSON<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | DELISSA HUDSON<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BOULEVARD<br>DEPARTMENT 933<br>ATLANTA, GA 30354 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | DELTA AIR LINES, INC.<br>ATTN: NICOLE JEANS<br>1010 DELTA BOULEVARD<br>DEPARTMENT 917<br>ATLANTA, GA 30354 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BOULEVARD<br>ATLANTA, GA 30354 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BLVD<br>ATLANTA, GA30354 |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BLVD<br>ATLANTA, GA30354-1989 |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BOULEVARD<br>ATLANTA, GA30354 |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: DIRECTOR IN FLIGHT SERVICES, AIRPOORT CUSTOMER SERVICE, AND CORPORATE TRAVEL SOURCING SUPPLY CHAIN MANAGEMENT<br>1010 DELTA BOULEVARD<br>ATLANTA, GA30354-1989 |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BLVD.<br>ATLANTA, GA30320 |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: ANDREW HARGROVE<br>1030 DELTA BOULEVARD<br>ATLANTA, GA30320 |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1775 M.H. JACKSON SERVICE ROAD<br>ATLANTA, GA30354-3743 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.951** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BLVD.<br>ATLANTA, GA30320 |
| **2.952** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BOULEVARD<br>ATLANTA, GA30354 |
| **2.953** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BLVD.<br>ATLANTA, GA30320 |
| **2.954** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BLVD.<br>ATLANTA, GA30320 |
| **2.955** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL COUNSEL<br>DEPARTMENT 918<br>1775 M H JACKSON SERVICE ROAD<br>ATLANTA, GA30354 |
| **2.956** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL MANAGER - SUPPLY CHAIN MANAGEMENT<br>1030 DELTA BOULEVARD<br>DEPARTMENT 933<br>ATLANTA, GA30354 |
| **2.957** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIR LINES, INC.<br>ATTN: GENERAL MANAGER - SUPPLY CHAIN MANAGEMENT<br>1030 DELTA BOULEVARD<br>DEPARTMENT 933<br>ATLANTA, GA30354 |

Debtor      Global Eagle Entertainment Inc.
                  Name

Case number (if known)   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.958** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>1010 DELTA BOULEVARD<br>ATLANTA, GA 30320 |
| **2.959** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA AIRLINES<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BOULEVARD<br>ATLANTA, GA 30354-1989 |
| **2.960** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA D/B/A SONG, LLC<br>RESEARCHING ADDRESS |
| **2.961** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA D/B/A SONG, LLC<br>RESEARCHING ADDRESS |
| **2.962** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA ENGINEERING<br>ATTN: GENERAL COUNSEL<br>13 DRBA WAY<br>NEW CASTLE, DE 19720 |
| **2.963** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA YACHTS LLC<br>ATTN: GENERAL COUNSEL<br>101 YGNACIO VALLEY ROAD<br>SUITE 310<br>WALNUTE CREEK, CA 94596 |
| **2.964** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DELTA<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.965** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DEN-O-TECH LABORATORIES INC?, DIVISION OF INFOGRAMES  ? ENTERTAINMENT INC<br>ATTN: GENERAL COUNSEL<br>388 ST JACQUES<br>1ST FLOOR<br>MONTREAL, QC H2Y 1S1<br>CANADA |
| **2.966** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DESIGN LABS LLC<br>ATTN: GENERAL COUNSEL<br>24119 RIVERWALK CT.<br>UNIT 147<br>PLAINFIELD, IL 60544 |
| **2.967** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DEUTSCHE LUFTHANSA AG<br>ATTN: GENERAL COUNSEL<br>VON-GABLENZ-STR. 2-6<br>COLOGNE 50679<br>GERMANY |
| **2.968** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DEUTSCHE LUFTHANSA AG<br>ATTN: GENERAL COUNSEL<br>LINNICHER STR. 48<br>50933<br>GERMANY |
| **2.969** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DEUTSCHE LUFTHANSA AG<br>ATTN: GENERAL COUNSEL<br>VON GABLENZ STR. 2-6<br>KOLN 50679<br>GERMANY |
| **2.970** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DEUTSCHE LUFTHANSA AG<br>ATTN: GENERAL COUNSEL<br>CGN RE/A-ER<br>VON-GABLENZ-STR. 2-6<br>KOLN 80679<br>GERMANY |
| **2.971** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DEUTSCHE LUFTSANA AKTIENGESELLSCHAFT<br>ATTN: GENERAL COUNSEL<br>DEPT. FRA LS/C<br>THE SQUAIRE 23<br>FRANKFURT/ MAIN 60 546<br>GERMANY |

Debtor      Global Eagle Entertainment Inc.                                    Case number *(if known)*  20-11835 (JTD)
                        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.972** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DHL AVIATION NETHERLANDS B.V<br>ATTN: GENERAL COUNSEL<br>ANCHONRAGELAAN 32<br>SCHIPHOL 118LD<br>NETHERLANDS |
| **2.973** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DHL EXPRESS<br>16592 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.974** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIAMOND PICTURES INC<br>ATTN: GENERAL COUNSEL<br>2111 CLUB VISTA PLACE<br>LOUISVILLE, KY 40245 |
| **2.975** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIGECOR, INC.<br>ATTN: GENERAL COUNSEL<br>743 WEST 1200 NORTH, SUITE 100<br>SPRINGVILLE, UT 84663 |
| **2.976** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIGECOR, INC.<br>ATTN: GENERAL COUNSEL<br>743 WEST 1200 NORTH, SUITE 100<br>SPRINGVILLE, UT 84663 |
| **2.977** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIGECOR, INC.<br>ATTN: GENERAL COUNSEL<br>743 WEST 1200 NORTH<br>SUITE 100<br>SPRINGVILLE, UT 84663 |
| **2.978** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DIGITAL SEAS LIMITED<br>ATTN: GENERAL COUNSEL<br>10248 NORWEST 47 STREET<br>SUNRISE, FL 33315 |

Debtor   __Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
                Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest | DILIGENT CORPORATION<br>ATTN: GENERAL COUNSEL<br>1385 BROADWAY<br>19TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest | DILIGENT CORPORATION<br>ATTN: GENERAL COUNSEL<br>1385 BROADWAY<br>19TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest | DILIGENT CORPORATION<br>ATTN: GENERAL COUNSEL<br>1385 BROADWAY<br>19TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest | DILIGENT CORPORATION<br>ATTN: GENERAL COUNSEL<br>1385 BROADWAY<br>19TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.983 | State what the contract or lease is for and the nature of the debtor's interest | DILIGENT CORPORATION<br>ATTN: GENERAL COUNSEL<br>1385 BROADWAY<br>19TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.984 | State what the contract or lease is for and the nature of the debtor's interest | DISCOVERY NETWORKS<br>ATTN: ELLIOT WAGNER<br>ONE DISCOVERY PLACE<br>SILVER SPRING, MD 20910 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.985 | State what the contract or lease is for and the nature of the debtor's interest | DISH NETWORK<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                              Case number *(if known)*   20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.986** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH NETWORK<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>EAGLEWOOD, CO 80112 |
| **2.987** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH NETWORK<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| **2.988** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH NETWORK<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| **2.989** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH NETWORK<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| **2.990** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| **2.991** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| **2.992** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |

Debtor   Global Eagle Entertainment Inc.
                Name

Case number *(if known)*  20-11835 (JTD)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.993** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| **2.994** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISH<br>ATTN: GENERAL COUNSEL<br>9601 SOUTH MERIDIAN BOULEVARD<br>ENGLEWOOD, CO 80112 |
| **2.995** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY - GAMES<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |
| **2.996** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY - GAMES<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |
| **2.997** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY - GAMES<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |
| **2.998** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY - GAMES<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |
| **2.999** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY - GAMES<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |

Debtor      Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1000** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY - GAMES<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |
| **2.1001** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY -CONTENT<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |
| **2.1002** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY CRUISE LINE<br>ATTN: GENERAL COUNSEL<br>PO BOX 10299<br>LAKE BUENA VISTA, 200 CELEBRATION PLACE<br>CELEBRATION, FL 32747 |
| **2.1003** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY CRUISE LINE<br>ATTN: GENERAL COUNSEL<br>PO BOX 10299<br>LAKE BUENA VISTA, 200 CELEBRATION PLACE<br>CELEBRATION, FL 32747 |
| **2.1004** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY INTERACTIVE STUDIOS, INC.<br>ATTN: VICE PRESIDENT, BUSINESS & LEGAL AFFAIRS<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.1005** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY INTERACTIVE STUDIOS, INC.<br>ATTN: VICE PRESIDENT, BUSINESS & LEGAL AFFAIRS<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.1006** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY INTERACTIVE STUDIOS, INC.<br>ATTN: VICE PRESIDENT, BUSINESS & LEGAL AFFAIRS<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
    Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1007** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY INTERACTIVE STUDIOS, INC.<br>ATTN: VICE PRESIDENT, BUSINESS & LEGAL AFFAIRS<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.1008** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY INTERACTIVE STUDIOS, INC.<br>ATTN: VICE PRESIDENT, BUSINESS & LEGAL AFFAIRS<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.1009** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY INTERACTIVE STUDIOS, INC.<br>ATTN: VICE PRESIDENT, BUSINESS & LEGAL AFFAIRS<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.1010** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY STUDIO NON-THEATRICAL<br>ATTN: VICE PRESIDENT, BUSINESS & LEGAL AFFAIRS<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **2.1011** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY STUDIOS NON-THEATRICAL<br>ATTN: GENERAL COUNSEL<br>2400 WEST ALAMEDA AVENUE<br>BURBANK, CA 91505 |
| **2.1012** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY STUDIOS NON-THEATRICAL<br>ATTN: GENERAL COUNSEL<br>2400 WEST ALAMEDA AVENUE<br>BURBANK, CA 91505 |
| **2.1013** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DISNEY STUDIOS NON-THEATRICAL<br>ATTN: GENERAL COUNSEL<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | State what the contract or lease is for and the nature of the debtor's interest | DISNEY<br>ATTN: DEPUTY CHIEF COUNSEL, MOTION PICUTRE PRODUCTION<br>WALT DISNEY PICTURES AND TELEVISION<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521-1285 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1015 | State what the contract or lease is for and the nature of the debtor's interest | DISPLAY INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>106 AVENUE MARX DORMOY<br>MONTROUGE 92120<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1016 | State what the contract or lease is for and the nature of the debtor's interest | DISPLAY INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>106 AVENUE MARX DORMOY<br>MONTROUGE 92120<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1017 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION WORKSHOP (BVI) LTD.<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE<br>72 TAT CHEE AVENUE, KOWLOON TONG<br><br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1018 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION WORKSHOP (BVI) LTD.<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE<br>TAT CHEE AVENUE, KOWLOON TONG<br><br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1019 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION WORKSHOP (BVI) LTD.<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE<br>72 TAT CHEE AVENUE, KOWLOON TONG<br><br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DISTRIBUTION WORKSHOP (HK) LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE<br>KOWLOON TONG<br>HONG KONG |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION WORKSHOP (HK) LTD ATTN: GENERAL COUNSEL UNIT 215, 2/F, INNOCENTRE, 72 TAT CHEE AVENUE KOWLOON TONG HONG KONG |
| | State the term remaining List the contract number of any government contract | |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | DK ATTN: GENERAL COUNSEL 1450 BROADWAY SUITE 801 NEW YORK, NY 10018 |
| | State the term remaining List the contract number of any government contract | |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | DLA PIPER LLP ATTN: GENERAL COUNSEL 61 KATHERINE STREET SANDTON 2196 JOHANNESBURG SOUTH AFRICA |
| | State the term remaining List the contract number of any government contract | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | DLA PIPER LLP ATTN: GENERAL COUNSEL 2000 UNIVERSITY AVENUE EAST PALO ALTO, CA 94303-2214 |
| | State the term remaining List the contract number of any government contract | |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest | DLA PIPER LLP ATTN: GENERAL COUNSEL 2000 UNIVERSITY AVENUE EAST PALO ALTO, CA 94303-2214 |
| | State the term remaining List the contract number of any government contract | |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest | DMI NETWORKS ATTN: GENERAL COUNSEL 35 WEST DAYTON STREET PASADENA, CA 91105 |
| | State the term remaining List the contract number of any government contract | |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest | DMI NETWORKS ATTN: GENERAL COUNSEL 35 WEST DAYTON STREET PASADENA, CA 91105 |
| | State the term remaining List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|--------|------------------|------------------|
|        | Name             |                  |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1035** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DOCUSIGN<br>ATTN: GENERAL COUNSEL<br>221 MAIN STREET, SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| **2.1036** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DOLPHIN FILMS INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>C/O MAX STEEL PRODUCTIONS, LLC<br>2151 LEJEUNE ROAD, SUITE 150 MEZZAINE<br>CORAL GABES, FL 33134 |
| **2.1037** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DORLING KINDERSLEY (DK AND ROUGH GUIDES)<br>ATTN: TOM HALL, DIGITAL LICENSING MANAGER<br>80 STRAND<br>LONDON WC2R 0RL<br>UNITED KINGDOM |
| **2.1038** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DORLING KINDERSLEY (DK AND ROUGH GUIDES)<br>ATTN: TOM HALL, DIGITAL LICENSING MANAGER<br>80 STRAND<br>LONDON WC2R 0RL<br>UNITED KINGDOM |
| **2.1039** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DORLING KINDERSLEY (DK AND ROUGH GUIDES)<br>ATTN: TOM HALL, DIGITAL LICENSING MANAGER<br>80 STRAND<br>LONDON WC2R 0RL<br>UNITED KINGDOM |
| **2.1040** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DORLING KINDERSLEY (DK AND ROUGH GUIDES)<br>ATTN: TOM HALL, DIGITAL LICENSING MANAGER<br>80 STRAND<br>LONDON WC2R 0RL<br>UNITED KINGDOM |
| **2.1041** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DORLING KINDERSLEY (DK AND ROUGH GUIDES)<br>ATTN: TOM HALL, DIGITAL LICENSING MANAGER<br>80 STRAND<br>LONDON WC2R 0RL<br>UNITED KINGDOM |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest | DORLING KINDERSLEY (DK AND ROUGH GUIDES) ATTN: TOM HALL, DIGITAL LICENSING MANAGER 80 STRAND LONDON WC2R 0RL UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1043 | State what the contract or lease is for and the nature of the debtor's interest | DORLING KINDERSLEY (DK AND ROUGH GUIDES) ATTN: TOM HALL, DIGITAL LICENSING MANAGER 80 STRAND LONDON WC2R 0RL UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest | DORLING KINDERSLEY LIMITED ATTN: TOM HALL, DIGITAL LICENSING MANAGER 80 STRAND LONDON, GREAT BRITAIN WC2R 0RL |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest | DORLING KINDERSLEY LIMITED ATTN: TOM HALL, DIGITAL LICENSING MANAGER 80 STRAND LONDON, GREAT BRITAIN WC2R 0RL |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest | DORLING KINDERSLEY LIMITED ATTN: TOM HALL, DIGITAL LICENSING MANAGER 80 STRAND LONDON, GREAT BRITAIN WC2R 0RL |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1047 | State what the contract or lease is for and the nature of the debtor's interest | DORLING KINDERSLEY LIMITED ATTN: TOM HALL, DIGITAL LICENSING MANAGER 80 STRAND LONDON, GREAT BRITAIN WC2R 0RL |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1048 | State what the contract or lease is for and the nature of the debtor's interest | DORLING KINDERSLEY LIMITED ATTN: TOM HALL, DIGITAL LICENSING MANAGER 80 STRAND LONDON, GREAT BRITAIN WC2R 0RL |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1049 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | DORLING KINDERSLEY PUBLISHING PVT LTD ATTN: GENERAL COUNSEL 208 ANSAL'S LAXMI DEEP LAXMI NAGAR DISTRICT CENTRE DELHI INDIA |
| 2.1050 | DOUBLE DUTCH MEDIA ATTN: GENERAL COUNSEL 38 WELLINGTON STREET EAST UNIT #7B AURORA, ON L4G 1H5 CANADA |
| 2.1051 | DOUBLE DUTCH MEDIA ATTN: GENERAL COUNSEL 38 WELLINGTON STREET EAST UNIT #7B AURORA, ON L4G 1H5 CANADA |
| 2.1052 | DREAM CRUISES MANAGEMENT LIMITED ATTN: GENERAL COUNSEL OCEAN CENTRE 5 CANTON ROAD, SUITE 1501 TSIMSHATSUI KOWLOON HONG KONG |
| 2.1053 | DREAMJET SASU ATTN: GENERAL COUNSEL 21-37 RUE DE STALINGRAD 94110 FRANCE |
| 2.1054 | DTI SOFTWARE FZ - LLC DMC BLDG. 9, 3RD FLOOR, OFFICE 307-308 DUBAI UNITED ARAB EMIRATES |
| 2.1055 | DTI SOFTWARE FZ - LLC DMC BLDG. 9, 3RD FLOOR, OFFICE 307-308 DUBAI UNITED ARAB EMIRATES |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1056 | State what the contract or lease is for and the nature of the debtor's interest | DTI SOFTWARE FZ - LLC<br>DMC BLDG. 9,<br>3RD FLOOR, OFFICE 307-308<br>DUBAI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1057 | State what the contract or lease is for and the nature of the debtor's interest | DTI SOFTWARE FZ - LLC<br>DMC BLDG. 9,<br>3RD FLOOR, OFFICE 307-308<br>DUBAI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1058 | State what the contract or lease is for and the nature of the debtor's interest | DTI SOFTWARE FZ - LLC<br>DMC BLDG. 9,<br>3RD FLOOR, OFFICE 307-308<br>DUBAI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1059 | State what the contract or lease is for and the nature of the debtor's interest | DTI SOFTWARE INC (CANADA)<br>1800 MCGILL COLLEGE AVENUE<br>SUITE 1800<br>MONTREAL, QC H3A 336<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1060 | State what the contract or lease is for and the nature of the debtor's interest | DTI SOFTWARE INC (CANADA)<br>1800 MCGILL COLLEGE AVENUE<br>SUITE 1800<br>MONTREAL, QC H3A 336<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1061 | State what the contract or lease is for and the nature of the debtor's interest | DTI SOFTWARE INC (CANADA)<br>1800 MCGILL COLLEGE AVENUE<br>SUITE 1800<br>MONTREAL, QC H3A 336<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1062 | State what the contract or lease is for and the nature of the debtor's interest | DTI SOFTWARE INC.<br>1800 MCGILL COLLEGE AVENUE<br>SUITE 1800<br>MONTREAL, QC H3A 336<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DTI SOLUTIONS INC<br>ATTN: GENERAL COUNSEL<br>388 ST JACQUES STREET<br>1ST FLOOR<br>MONTREAL, QC H2Y 1S1<br>CANADA |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DTI SOLUTIONS INC<br>ATTN: GENERAL COUNSEL<br>388 ST JACQUES STREET<br>1ST FLOOR<br>MONTREAL, QC H2Y 1S1<br>CANADA |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2, PO BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2, PO BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2, PO BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2, PO BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2, PO BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |

Debtor  __Global Eagle Entertainment Inc._____   Case number *(if known)* __20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1070 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2, PO BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1071 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2, PO BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1072 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DUBAI AVIATION CORPORATION (FLYDUBAI)<br>ATTN: GENERAL COUNSEL<br>FLYDUBAI HEADQUARTERS<br>TERMINAL 2,P.O. BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1073 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DYNCORP INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>13500 HERITAGE PARKWAY<br>FORTH WORTH, TX 76177 |
| 2.1074 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DYNOCORP INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>13500 HERITAGE PARKWAY<br>FORT WORTH, TX 76177 |
| 2.1075 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EA SWISS SARL<br>ATTN: GENERAL COUNSEL<br>PLACE DU MOLARD 8<br>124 GENEVA<br>SWITZERLAND |
| 2.1076 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EAGLE ROCK ENTERTAINMENT<br>ATTN: GENERAL COUNSEL<br>EAGLE HOUSE, 22 ARMOURY WAY<br>WANDSOWRTH, LONDON SW18 1EZ<br>UNITED KINGDOM |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1077** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EAGLE ROCK ENTERTAINMENT<br>ATTN: GENERAL COUNSEL<br>EAGLE HOUSE, 22 ARMOURY WAY<br>LONDON SW18 1EZ<br>UNITED KINGDOM |
| **2.1078** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EARNEST LTD<br>ATTN: GENERAL COUNSEL<br>23 FITZROY STREET<br>LONDON W1T 4BP<br>UNITED KINGDOM |
| **2.1079** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EASYFLY<br>ATTN: GENERAL COUNSEL<br>AVENIDA ELDORADO N. 103-08<br>ENTRADA 1, INTERIOR 14, HANGAR EASYFLY<br>BOGOTA, COLUMBIA |
| **2.1080** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EASYJET AIRLINE COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>HANGAR 89, LONDON LUTON AIRPORT<br>LUTON BEDFORDSHIRE LU2 9PF<br>UNITED KINGDOM |
| **2.1081** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EASYJET AIRLINE COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>HANGAR 89<br>LONDON LUTON AIRPORT LU2 9PF<br>UNITED KINGDOM |
| **2.1082** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EASYJET AIRLINE COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>HANGAR 89<br>LONDON LUTON AIRPORT<br> LU2 9PF<br>UNITED KINGDOM |
| **2.1083** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EASYJET AIRLINE COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>HANGAR 89<br>LONDON LUTON AIRPORT<br> LU2 9PF<br>UNITED KINGDOM |

Debtor  ___Global Eagle Entertainment Inc._____  Case number *(if known)* __20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1084** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EASYJET AIRLINE COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>HANGAR 89<br>LONDON LUTON AIRPORT<br>LUTON LU2 9PF<br>UNITED KINGDOM |
| **2.1085** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EASYJET AIRLINE COMPANY<br>ATTN: GENERAL COUNSEL<br>HANGAR 89<br>LONDON LUTON AIRPORT<br> LU2 9PF<br>UNITED KINGDOM |
| **2.1086** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ECLIPSE AEROSPACE, INC.<br>ATTN: SVP BUSINESS OPERATIONS<br>2503 CLARK CARR LOOP SE<br>ALBUQUERQUE, NM 87106 |
| **2.1087** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ECLIPSE AEROSPACE, INC.<br>ATTN: SVP BUSINESS OPERATIONS<br>2503 CLARK CARR LOOP SE<br>ALBUQUERQUE, NM 87106 |
| **2.1088** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ECLIPSE PICTURES INC<br>400 SOUTH BEVERLY DRIVE<br>SUITE 210<br>BEVERLY HILLS, CA 90212 |
| **2.1089** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ECLIPSE PICTURES INC<br>400 SOUTH BEVERLY DRIVE<br>SUITE 210<br>BEVERLY HILLS, CA 90212 |
| **2.1090** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ECOLIBRI<br>KOLVAGEN 10<br>SUNDSVALL 85229<br>SWEDEN |

Debtor _____Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EDELWEISS AIR AG<br>ATTN: HEAD OF PRODUCT & SERVICE DEVELOPMENT<br>OPERATION CENTRE 1<br>PO BOX 8058, ZURICH-AIRPORT<br><br>SWITZERLAND |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EDKO FILMS<br>1212 TOWER II, ADMIRALTY<br>CENTRE, 18 HARTCOURT ROAD<br>HONG KONG<br>HONG KONG |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EDWARD J. MLYNARCZYK<br>ATTN: GENERAL COUNSEL<br>279 FOREST WALK WAY<br>MOORESVILLE, NC 28115 |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EFLYTE ASIA PACIFIC PTE. LTD<br>ATTN: GENERAL COUNSEL<br>BLOCK 750A, #07-02<br>SUITE 9, CHAI CHEE ROAD<br>CHEE 469001<br>SINGAPORE |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EFLYTE, INC.<br>ATTN: DAVID MORGAN, CHIEF EXECUTIVE OFFICER<br>ONE INDEPENDENT DRIVE<br>SUITE 106<br>JACKSONVILLE, FL 32202 |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EFLYTE, INC.<br>ATTN: DAVID MORGAN, CHIEF EXECUTIVE OFFICER<br>ONE INDEPENDENT DRIVE<br>SUITE 106<br>JACKSONVILLE, FL 32202 |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EGS MARINE CORP.<br>RESEARCHING ADDRESS |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known) 20-11835 (JTD)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest | EGYPTAIR AIRLINES<br>ATTN: ENG. GHADA AMIN<br>EGINEERING DIRECTORATE<br>CAIRO INTERNATIONAL AIRPORT, PO BOX11776 |
| | State the term remaining<br>List the contract number of any government contract | EGYPT |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest | EL AL ISRAEL AIRLINES LTD.<br>ATTN: GENERAL COUNSEL<br>BEN GURION AIRPORT |
| | State the term remaining<br>List the contract number of any government contract | ISRAEL |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest | EL AL ISRAEL AIRLINES LTD.<br>ATTN: GENERAL COUNSEL<br>P.O.B. 41<br>BEN GUIRON AIRPORT 70100<br>ISRAEL |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest | EL AL ISRAEL AIRLINES LTD.<br>ATTN: GENERAL COUNSEL<br>P.O.B. 41<br>BEN GURION AIRPORT 70100<br>ISRAEL |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest | EL AL ISRAEL AIRLINES LTD.<br>ATTN: GENERAL COUNSEL<br>PO BOX 41<br>BEN GURION INTERNATIONAL AIRPORT<br> 70100<br>ISRAEL |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest | EL AL ISRAEL AIRLINES LTD.<br>ATTN: GENERAL COUNSEL<br>PO BOX 41<br>BEN GURION AIRPORT 70100<br>ISRAEL |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | EL AL ISREAL<br>ATTN: MS. NETTA SHAY<br>MANAGER, EL AL HEAD OFFICE<br>PO BOX 41, BEN GURION AIRPORT<br> 70100<br>ISRAEL |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1105** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | EL AL<br>ATTN: GENERAL COUNSEL<br>27 ROTHSCHILD BOULEVARD<br>TEL AVIV<br>ISRAEL |
| **2.1106** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | ELBOI INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>PO BOX 3174<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| **2.1107** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | ELBOI INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>PO BOX 3174 ROAD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS |
| **2.1108** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | ELCOME INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>DUBAI INVESTMENTS PARK 598-1121<br>PO BOX 1788<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.1109** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | ELECTRONIC ARTS NEDERLAND BV<br>ATTN: GENERAL COUNSEL<br>DE KOURNEN 100<br>6433 KE<br>HOENSBROEK<br>NETHERLANDS |
| **2.1110** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | ELECTRONIC ARTS, INC.<br>ATTN: GENERAL COUNSEL<br>209 REDWOOD SHORES PARKWAY<br>REDWOOD CITY, CA94065-1175 |
| **2.1111** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | ELECTRONIC ARTS, INC.<br>ATTN: GENERAL COUNSEL<br>209 REDWOOD SHORES PARKWAY<br>REDWOOD CITY, CA94065-1175 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1112** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ELECTRONIC ARTS, INC. <br> ATTN: GENERAL COUNSEL <br> 209 REDWOOD SHORES PARKWAY <br> REDWOOD CITY, CA94065-1175 |
| **2.1113** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ELECTRONIC ARTS, INC. <br> ATTN: GENERAL COUNSEL <br> 209 REDWOOD SHORES PARKWAY <br> REDWOOD CITY, CA94065-1175 |
| **2.1114** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ELECTRONIC ARTS, INC. <br> ATTN: GENERAL COUNSEL <br> 209 REDWOOD SHORES PARKWAY <br> REDWOOD CITY, CA94065-1175 |
| **2.1115** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ELECTRONIC ARTS, INC. <br> ATTN: GENERAL COUNSEL <br> 209 REDWOOD SHORES PARKWAY <br> REDWOOD CITY, CA94065-1175 |
| **2.1116** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ELECTRONIC ARTS, INC. <br> ATTN: GENERAL COUNSEL <br> 209 REDWOOD SHORES PARKWAY <br> REDWOOD CITY, CA94065 |
| **2.1117** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ELECTRONIC ARTS <br> ATTN: GENERAL COUNSEL <br> 209 REDWOOD SHORES PARKWAY <br> REDWOOD CITY, CA94065-1175 |
| **2.1118** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ELECTRONIC ARTS <br> ATTN: GENERAL COUNSEL <br> 209 REDWOOD SHORES PARKWAY <br> REDWOOD CITY, CA94065-1175 |

Debtor     Global Eagle Entertainment Inc.                           Case number *(if known)* __20-11835 (JTD)__
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC ARTS<br>ATTN: GENERAL COUNSEL<br>209 REDWOOD SHORES PARKWAY<br>REDWOOD CITY, CA94065-1175 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC ARTS<br>ATTN: GENERAL COUNSEL<br>209 REDWOOD SHORES PARKWAY<br>REDWOOD CITY, CA94065-1175 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1121 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC ARTS<br>ATTN: GENERAL COUNSEL<br>209 REDWOOD SHORES PARKWAY<br>REDWOOD CITY, CA94065-1175 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC ARTS<br>ATTN: GENERAL COUNSEL<br>209 REDWOOD SHORES PARKWAY<br>REDWOOD CITY, CA94065-1175 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest | ELIXIR YACHTING LIMITED<br>ATTN: SIMON LADBROOKE<br>2ND FLOOR MIDTOWN PLAZA<br>ELGIN AVENUE, PO BOX 448<br>GRAND CAYMAN KY1 11067<br>CAYMAN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest | ELIXIR YACHTING LIMITED<br>ATTN: SIMON LADBROOKE<br>2ND FLOOR MIDTOWN PLAZA<br>ELGIN AVENUE, PO BOX 448<br>GRAND CAYMAN KY1 11067<br>CAYMAN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1125 | State what the contract or lease is for and the nature of the debtor's interest | ELIXIR YACHTING LIMITED<br>ATTN: SIMON LADBROOK<br>2 ND FLOOR MIDTOWN PLAZA<br>ELGIN AVENUE, PO BOX 448<br>GRAND CAYMAN KY1 11067<br>CAYMAN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMBANKMENT FILMS LIMITED<br>ATTN: GENERAL COUNSEL<br>LITTLE ASHLAKE<br>ASHLAKE CORPSE ROAD<br>FISHBOURNE, RYDE, ISLE OF WHITE, GREAT BRITAIN PO33 4EY |
| **2.1127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMBANKMENT FILMS LIMITED<br>ATTN: GENERAL COUNSEL<br>LITTLE ASHLAKE<br>ASHLAKE CORPSE ROAD<br>FISHBOURNE, RYDE, ISLE OF WHITE, GREAT BRITAIN PO33 4EY |
| **2.1128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMBANKMENT FILMS LIMITED<br>ATTN: GENERAL COUNSEL<br>LITTLE ASHLAKE<br>ASHLAKE CORPSE ROAD<br>FISHBOURNE, RYDE, ISLE OF WHITE, GREAT BRITAIN PO33 4EY |
| **2.1129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMBANKMENT FILMS LIMITED<br>ATTN: GENERAL COUNSEL<br>LITTLE ASHLAKE<br>ASHLAKE CORPSE ROAD<br>FISHBOURNE, RYDE, ISLE OF WHITE, GREAT BRITAIN PO33 4EY |
| **2.1130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMBANKMENT FILMS LIMITED<br>ATTN: GENERAL COUNSEL<br>LITTLE ASHLAKE<br>ASHLAKE CORPSE ROAD<br>FISHBOURNE, RYDE, ISLE OF WHITE, GREAT BRITAIN PO33 4EY |
| **2.1131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMC ACQUISITION HOLDINGS, LLC<br>ATTN: GENERAL COUNSEL<br>2001 L STREET NW, SUITE 400<br>WASHINGTON, DC 20036 |
| **2.1132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMC ACQUISITION HOLDINGS, LLC<br>ATTENTION: ABEL AVELLAN<br>3044 NORTH COMMERCE PARKWAY<br>MIRAMAR, FL 33025 |

Debtor   _Global Eagle Entertainment Inc._____   Case number (if known) _20-11835 (JTD)_____
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMC BRASIL<br>RESEARCHING ADDRESS |
| **2.1134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMC CONNECTED<br>ATTN: GENERAL COUNSEL<br>PLATTFORMVEIEN 2-4<br>TANANGER, NORWAY<br>4056 |
| **2.1135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMC HOLDCO 2 B.V.<br>111 HUNTINGTON AVENUE<br>29TH FLOOR<br>BOSTON, MA 02199 |
| **2.1136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMC SRL<br>RESEARCHING ADDRESS |
| **2.1137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMC-CORP<br>RESEARCHING ADDRESS |
| **2.1138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMERGING MARKETS COMMUNICATIONS LLC<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1139** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMI MUSIC / CAPITOL MUSIC GROUP<br>ATTN: GENERAL COUNSEL<br>1750 NORTH VINE STREET<br>9TH FLOOR<br>HOLLYWOOD, CA 90028 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1140 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMIRATES GROUP HQ <br> ATTN: GENERAL COUNSEL <br> PO BOX 686 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.1141 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMIRATES <br> ATTN: GENERAL COUNSEL <br> PO BOX 686 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.1142 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMIRATES <br> ATTN: PATRICK BRANNELLY <br> PO BOX 686 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.1143 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMIRATES <br> ATTN: GENERAL COUNSEL <br> PO BOX 686 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.1144 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMIRATES <br> ATTN: GENERAL COUNSEL <br> PO BOX 686 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.1145 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMIRATES <br> ATTN: PATRICK BRANNELLY <br> PO BOX 686 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.1146 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | EMIRATES <br> ATTN: PATRICK BRANNELLY <br> PO BOX 686 <br> DUBAI <br> UNITED ARAB EMIRATES |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1147 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>ATTN: ANDY GRANT<br>PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>ATTN: GENERAL COUNSEL<br>ENGINEERING FACILITY, PROCUREMENT AND LOGISTICS<br>AIRPORT ROAD, PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>EMIRATES GROUP HQ<br>PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>ATTN: GENERAL COUNSEL<br>PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>ATTN: GENERAL COUNSEL<br>PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>ATTN: PATRICK BRANNELLY<br>PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>ATTN: ANDY GRANT<br>PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |

Debtor   Global Eagle Entertainment Inc.
                Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMIRATES<br>ATTN: GENERAL COUNSEL<br>PO BOX 686<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.1155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPEROR MOTION PICTURE (HONG KONG) LIMITED<br>ATTN: GENERAL COUNSEL<br>28/F., EMPEROR GROUP CENTRE, 288 HENNESSY ROAD<br>WAN CHAI<br>HONG KONG |
| **2.1156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPEROR MOTION PICTURE (HONG KONG) LIMITED<br>ATTN: GENERAL COUNSEL<br>28/F., EMPEROR GROUP CENTRE, 288 HENNESSY ROAD<br>WAN CHAI<br>HONG KONG |
| **2.1157** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPEROR MOTION PICTURE (HONG KONG) LIMITED<br>ATTN: GENERAL COUNSEL<br>28/F., EMPEROR GROUP CENTRE<br>288 HENNESSY ROAD<br>WAN CHAI<br>HONG KONG |
| **2.1158** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPEROR MOTION PICTURE (HONG KONG) LIMITED<br>ATTN: GENERAL COUNSEL<br>28/F., EMPEROR GROUP CENTRE<br>288 HENNESSY ROAD<br>WAN CHAI<br>HONG KONG |
| **2.1159** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPEROR MOTION PICTURE (HONG KONG) LIMITED<br>ATTN: GENERAL COUNSEL<br>28/F., EMPEROR GROUP CENTRE<br>288 HENNESSY ROAD<br>WAN CHAI<br>HONG KONG |
| **2.1160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT  LTD<br>25/F TWO CHINACHEM EXCHANGE SQUARE<br>338 KING'S ROAD<br>NORTH POINT 2505-09<br>HONG KONG |

Debtor    Global Eagle Entertainment Inc.
Name                                                      Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT  LTD<br>25/F TWO CHINACHEM EXCHANGE SQUARE<br>338 KING'S ROAD<br>NORTH POINT 2505-09<br>HONG KONG |
| **2.1162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT  LTD<br>25/F TWO CHINACHEM EXCHANGE SQUARE<br>338 KING'S ROAD<br>NORTH POINT 2505-09<br>HONG KONG |
| **2.1163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT  LTD<br>25/F TWO CHINACHEM EXCHANGE SQUARE<br>338 KING'S ROAD<br>NORTH POINT 2505-09<br>HONG KONG |
| **2.1164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT  LTD<br>25/F TWO CHINACHEM EXCHANGE SQUARE<br>338 KING'S ROAD<br>NORTH POINT 2505-09<br>HONG KONG |
| **2.1165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT  LTD<br>25/F TWO CHINACHEM EXCHANGE SQUARE<br>338 KING'S ROAD<br>NORTH POINT 2505-09<br>HONG KONG |
| **2.1166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT LIMITED<br>ATTN: GENERAL COUNSEL<br>2502-09, 25/F TWO CHUNACHEM EXCHANGE SQUARE<br>338 KING'S ROAD<br>NORTH POINT<br>HONG KONG |
| **2.1167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPHASIS VIDEO ENTERTAINMENT LIMITED<br>ATTN: GENERAL COUNSEL<br>FLAT/RM 2505-09, 25/F<br>TWO CHINACHEM EXCHANGE SQUARE, 338 KING'S ROAD NORTH POINT<br><br>HONG KONG |

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* 20-11835 (JTD)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1168 | State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT ONE UK LIMITED<br>ATTN: NICK GAWNE - CHIEF OPERATING OFFICER: FAMILY & BRANDS<br>45 WARREN STREET<br>LONDON, GREAT BRITAIN W1T 6AG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1169 | State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT ONE, LLC<br>175 BLOOR STREET EAST STE 1400 NORTH TOWER<br>TORONTO, ON M4W 3R8<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1170 | State what the contract or lease is for and the nature of the debtor's interest | ENTERTAINMENT STUDIOS<br>ATTN: GENERAL COUNSEL<br>1925 CENTURY PARK EAST<br>SUITE 1025<br>LOS ANGELES, CA 90067 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1171 | State what the contract or lease is for and the nature of the debtor's interest | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA30328-6117 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1172 | State what the contract or lease is for and the nature of the debtor's interest | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA30328-6117 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1173 | State what the contract or lease is for and the nature of the debtor's interest | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA30328-6117 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1174 | State what the contract or lease is for and the nature of the debtor's interest | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA30328-6117 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor ___Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1175 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA 30328-6117 |
| 2.1176 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA 30328-6117 |
| 2.1177 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA 30328-6117 |
| 2.1178 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA 30328-6117 |
| 2.1179 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ENVISTACOM, LLC<br>ATTN: GENERAL COUNSEL<br>14900 CONFERENCE CENTER DRIVE<br>SUITE 340<br>CHANTILLY, VA 20151 |
| 2.1180 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ENVISTACOM, LLC<br>ATTN: PAMELA NAPIER, SR. CONTRACTS MANAGER<br>SIX CONCOURSE PARKWAY<br>SUITE 550<br>ATLANTA, GA 30328-6117 |
| 2.1181 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | EONE FILMS INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>45 WESTERN STREET<br>LONDON W1T 6AG<br>UNITED KINGDOM |

Debtor    Global Eagle Entertainment Inc.
                     Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EPIC PICTURES GROUP, INC<br>ATTN: GENERAL COUNSEL<br>6725 SUNSET BLVD.<br>SUITE 330<br>HOLLYWOOD, CA 90028 |
| 2.1183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EPIDEMIC SOUND AB<br>ATTN: GENERAL COUNSEL<br>ASOGATAN 121<br>STOCKHOLM 116 24<br>SWEDEN |
| 2.1184 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>P.O. BOX 846793<br>LOS ANGELES, CA 90084-6793 |
| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>P.O. BOX 846793<br>LOS ANGELES, CA 90084-6793 |
| 2.1186 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| 2.1187 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| 2.1188 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET, SUITE 500<br>LOS ANGELES, CA 90017-5418 |

Debtor   Global Eagle Entertainment Inc.
         _____
         Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1189** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| **2.1190** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| **2.1191** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET, SUITE 500<br>LOS ANGELES, CA 90017 |
| **2.1192** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>SUITE 500<br>LOS ANGELES, CA 90017 |
| **2.1193** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>P.O. BOX 846793<br>LOS ANGELES, CA 90084-6793 |
| **2.1194** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>P.O. BOX 846793<br>LOS ANGELES, CA 90084-6793 |
| **2.1195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERNST & YOUNG LLP<br>P.O. BOX 846793<br>LOS ANGELES, CA 90084-6793 |

Debtor   Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERZIA TECHNOLOGIES S.L.<br>ATTN: GENERAL COUNSEL<br>CALLE CASTELAR 3<br>SANTANDAR 39010<br>SPAIN |
| **2.1197** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERZIA TECHNOLOGIES S.L.<br>ATTN: GENERAL COUNSEL<br>CALLE CASTELAR 3<br>SANTANDAR 39010<br>SPAIN |
| **2.1198** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERZIA TECHNOLOGIES S.L.<br>ATTN: GENERAL COUNSEL<br>CALLE CASTELAR 3<br>SANTANDAR 39010<br>SPAIN |
| **2.1199** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERZIA TECHNOLOGIES S.L.<br>ATTN: GENERAL COUNSEL<br>CALLE CASTELAR 3<br>SANTANDAR 39010<br>SPAIN |
| **2.1200** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ERZIA<br>ATTN: GENERAL COUNSEL<br>CASTELAR 1<br>SANTANDER 39004<br>SPAIN |
| **2.1201** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ESSO EXPLORATION ANGOLA (BLOCK 15) LIMITED<br>ATTN: GENERAL COUNSEL<br>AV. 4 DE FEVEREIRO, NO. 197<br>13TH ANDAR [B-1378]<br>LUANDA<br>ANGOLA |
| **2.1202** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ESSO EXPLORATION ANGOLA (BLOCK 15) LIMITED<br>ATTN: GENERAL COUNSEL<br>AV. 4 DE FEVEREIRO, NO. 197<br>13TH ANDAR [B-1378]<br>LUANDA<br>ANGOLA |

Debtor  __Global Eagle Entertainment Inc._____  Case number *(if known)* __20-11835 (JTD)_____
  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest | ETHIAD AIRWAYS PJSC<br>ATTN: GENERAL COUNSEL<br>PO BOX 35566 HEAD OFFICE, KHALIFA CITY A<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest | ETHIAD AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 35566, KHALIFA CITY A<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1205 | State what the contract or lease is for and the nature of the debtor's interest | ETHIAD AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 35566 HEAD OFFICE, KHALIFA CITY A<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1206 | State what the contract or lease is for and the nature of the debtor's interest | ETHIAD AIRWAYS<br>ATTN: ABDREW WARD VP MARKETING<br>PO BOX 35566<br>HEAD OFFICE, KHALIFA CITY A<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1207 | State what the contract or lease is for and the nature of the debtor's interest | ETHIAD AITWAYS PJSC<br>ATTN: GENERAL COUNSEL<br>KHALIFA CITY A<br>PO BOX 35566<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1208 | State what the contract or lease is for and the nature of the debtor's interest | ETHIOPIAN AIRLINES ENTERPRISE<br>ATTN: DIRECTOR, PRODUCT DEVELOPMENT STANDARDS AND CONTRACTS<br>BOLE INTERNATIONAL AIRPORT<br>PO BOX 1755<br>ADDIS ABABA<br>ETHIOPIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1209 | State what the contract or lease is for and the nature of the debtor's interest | ETHIOPIAN AIRLINES ENTERPRISE<br>ATTN: DIRECTOR, PRODUCT DEVELOPMENT STANDARDS AND CONTRACTS<br>BOLE INTERNATIONAL AIRPORT<br>PO BOX 1755<br>ADDIS ABABA<br>ETHIOPIA |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                                      Case number (if known) 20-11835 (JTD)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1210** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ETHIOPIAN AIRLINES GROUP<br>ATTN: GENERAL COUNSEL<br>BOLE INTERNATIONAL AIRPORT<br>PO BOX 1755<br>ADDIS ABABA<br>ETHIOPIA |
| **2.1211** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ETIHAD AIRWAYS PJSC<br>ATTN: GENERAL COUNSEL<br>KHALIFA CITY A<br>PO BOX 35566<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| **2.1212** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ETIHAD AIRWAYS PJSC<br>ATTN: GENERAL COUNSEL<br>HEAD OFFICE, KHALIFA CITY A<br>PO BOX 35566<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| **2.1213** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ETIHAD AIRWAYS PJSC<br>ATTN: GENERAL COUNSEL<br>HEAD OFFICE, KHALIFA CITY A<br>PO BOX 35566<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| **2.1214** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ETIHAD AIRWAYS PJSC<br>ATTN: GENERAL COUNSEL<br>HEAD OFFICE, KHALIFA CITY A<br>PO BOX 35566<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| **2.1215** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ETIHAD AIRWAYS<br>NEW AIRPORT ROAD<br>PO BOX 35566<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| **2.1216** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EUROATLANTIC AIRWAYS<br>ATTN: GENERAL COUNSEL<br>RUE DAS SESMARIAS 3<br>QUINTA DA BELOURA, ESTRADA DE ALBARRAQUE<br>SINTRA 2710-692<br>PORTUGAL |

Debtor   ___Global Eagle Entertainment Inc._____   Case number (if known) __20-11835 (JTD)_____
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1217** State what the contract or lease is for and the nature of the debtor's interest — **State the term remaining** — **List the contract number of any government contract** | EUROATLANTIC AIRWAYS ATTN: GENERAL COUNSEL RUE DAS SESMARIAS 3 QUINTA DA BELOURA, ESTRADA DE ALBARRAQUE 2710-692 PORTUGAL |
| **2.1218** State what the contract or lease is for and the nature of the debtor's interest — **State the term remaining** — **List the contract number of any government contract** | EUROLINEAS MARITIMAS, S.A. ATTN: GENERAL COUNSEL ESTACION MARITIMA DENIA, ALICANTE 03700 SPAIN |
| **2.1219** State what the contract or lease is for and the nature of the debtor's interest — **State the term remaining** — **List the contract number of any government contract** | EUROPACORP ATTN: GENERAL COUNSEL 20 RUE AMPERE SAINT-DENIS CEDEX 93413 FRANCE |
| **2.1220** State what the contract or lease is for and the nature of the debtor's interest — **State the term remaining** — **List the contract number of any government contract** | EUROPEAN AIR TRANSPORT LEIPZIG ATTN: GENERAL COUNSEL AUGUST-EULER-STRAßE 1 SCHKEUDITZ 04435 GERMANY |
| **2.1221** State what the contract or lease is for and the nature of the debtor's interest — **State the term remaining** — **List the contract number of any government contract** | EUTELSAT ASIA ATTN: GENERAL COUNSEL PRAÇA DE XV DE NOVEMBRO, 20 COM ENTRADA SUPLEMENTAR PELA RUA DO MERCADO, 12, SALA, CENTRO RIO DE JANEIRO CEP20010-010 BRAZIL |
| **2.1222** State what the contract or lease is for and the nature of the debtor's interest — **State the term remaining** — **List the contract number of any government contract** | EVA AIRWAYS CORPORATION ATTN: GENERAL COUNSEL 376, SEC 1 HSIN-NAN ROAD, LUCHU,TAOYUAN HSIEN 338 TAIWAN |
| **2.1223** State what the contract or lease is for and the nature of the debtor's interest — **State the term remaining** — **List the contract number of any government contract** | EVA RESEARCHING ADDRESS |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1224 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVELOP AIRLINES S. L.<br>ATTN: GENERAL COUNSEL<br>JOSE ROVER MOTLA<br>27-07006, PALMA DE MALLORCA<br>BALEARES<br>SPAIN |
| 2.1225 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVELOP AIRLINES S.L<br>ATTN: GENERAL COUNSEL<br>JOSE ROVER MOTTA<br>PALMA DE MALLORCA 07006<br>SPAIN |
| 2.1226 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVELOP AIRLINES S.L<br>ATTN: GENERAL COUNSEL<br>JOSE ROVER MOTTA<br>PALMA DE MALLORCA 07006<br>SPAIN |
| 2.1227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVELOP AIRLINES S.L<br>ATTN: GENERAL COUNSEL<br>JOSE ROVER MOTTA<br>PALMA DE MALLORCA 07006<br>SPAIN |
| 2.1228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EVELOP AIRLINES S.L<br>ATTN: GENERAL COUNSEL<br>JOSE ROVER MOTTA<br>PALMA DE MALLORCA 07006<br>SPAIN |
| 2.1229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXCEL4APPS INC<br>ATTN: GENERAL COUNSEL<br>2581 WASHINGTON ROAD, SUITE 232<br>PITTSBURGH, PA 15241 |
| 2.1230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXCEL4APPS INC<br>ATTN: GENERAL COUNSEL<br>2581 WASHINGTON ROAD, SUITE 232<br>PITTSBURGH, PA 15241 |

Debtor    Global Eagle Entertainment Inc.                                    Case number *(if known)*  20-11835 (JTD)
                    Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXCEL4APPS INC<br>ATTN: GENERAL COUNSEL<br>2581 WASHINGTON ROAD, SUITE 232<br>PITTSBURGH, PA 15241 |
| **2.1232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXCEL4APPS INC<br>ATTN: GENERAL COUNSEL<br>2581 WASHINGTON ROAD, SUITE 232<br>PITTSBURGH, PA 15241 |
| **2.1233** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXCEL4APPS INC<br>ATTN: GENERAL COUNSEL<br>2581 WASHINGTON ROAD, SUITE 232<br>PITTSBURGH, PA 15241 |
| **2.1234** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXCEL4APPS INC<br>ATTN: GENERAL COUNSEL<br>2581 WASHINGTON ROAD, SUITE 232<br>PITTSBURGH, PA 15241 |
| **2.1235** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXOTIC MUSIC PTE LIMITED<br>ATTN: ELIZABETH SINGH<br>SHOP 14115 TEBARA PLAZA NAKASI<br>NASINU<br>FIJI |
| **2.1236** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXOTIC MUSIC PTE LIMITED<br>ATTN: ELIZABETH SINGH<br>SHOP 14115 TEBARA PLAZA NAKASI<br>NASINU<br>FIJI |
| **2.1237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXOTIC MUSIC<br>ATTN: ELIZABETH SINGH<br>SHOP 14115 TEBARA PLAZA NAKASI<br>NASINU<br>FIJI |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1238 | State what the contract or lease is for and the nature of the debtor's interest | EXOTIC MUSIC<br>ATTN: ELIZABETH SINGH<br>SHOP 14115 TEBARA PLAZA NAKASI<br>NASINU<br>FIJI |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1239 | State what the contract or lease is for and the nature of the debtor's interest | F. GLOSS INTERNATIONAL, INC. DBA FGI EXECUTIVE SEARCH<br>ATTN: GENERAL COUNSEL<br>140 ARUNDEL BEACH ROAD<br>SEVERNA PARK, MD 21146 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1240 | State what the contract or lease is for and the nature of the debtor's interest | FACTS ON FILE INC. DBA FILMS FOR THE HUMANITIES & SCIENCES, INC<br>KATHY TAN<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1241 | State what the contract or lease is for and the nature of the debtor's interest | FACTS ON FILE, INC. DBA FILMS FOR THE HUMANITIES & SCIENCES, INC.<br>ATTN: KATHY TAN, DIRECTOR OF PROGRAM ACQUISITIONS<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1242 | State what the contract or lease is for and the nature of the debtor's interest | FACTS ON FILE, INC. DBA FILMS FOR THE HUMANITIES & SCIENCES, INC.<br>ATTN: KATHY TAN, DIRECTOR OF PROGRAM ACQUISITIONS<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1243 | State what the contract or lease is for and the nature of the debtor's interest | FACTS ON FILE, INC. DBA FILMS FOR THE HUMANITIES & SCIENCES, INC.<br>ATTN: KATHY TAN, DIRECTOR OF PROGRAM AQUISITIONS<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1244 | State what the contract or lease is for and the nature of the debtor's interest | FACTS ON FILE, INC. DBA FILMS FOR THE HUMANITIES & SCIENCES, INC.<br>ATTN: KATHY TAN, DIRECTOR OF PROGRAM ACQUISITIONS<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1245** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FACTS ON FILE, INC. DBA FILMS FOR THE HUMANITIES AND SCIENCES<br>ATTN: KATHY TAN, DIRECTOR OF PROGRAM AQUISITIONS<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1246** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FACTS ON FILE, INC. DBA FILMS FOR THE HUMANITIES<br>ATTN: KATHY TAN, DIRECTOR OF PROGRAM ACQUISITIONS<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1247** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FACTS ON FILE, INC<br>ATTN: GENERAL COUNSEL<br>132 WEST 31ST STREET, 16TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1248** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FAIRDEAL STUDIOS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>506-508 DURGA CHAMBERS<br>VEERA DESAI EXTENSION ROAD, OFF NEW LINK ROAD, ANDHERI(WEST)<br>MUMBAI 400 053<br>INDIA |
| **2.1249** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FAIRDEAL STUDIOS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>506-508, DURGA CHAMBERS<br>VEERA DESAI EXTENDION ROAD, MAHARASHTRA, CODE 27<br>ANDHERI(W), MUMBAI 400053<br>INDIA |
| **2.1250** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FAIRDEAL STUDIOS PVT. LTD<br>BANDRA<br>7 KASHI KUNJ, WATERFIELD ROAD<br>MUMBAI 400 050<br>INDIA |
| **2.1251** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FAME UNIVERSAL ENTERTAINMENT LTD<br>ATTN: GENERAL COUNSEL<br>UNIT 6, 16TH FLOOR<br>MAX TRADE CENTRE, NO. 23 LUK HOP STREET, SAN PO KONG<br>KOWLOON, HONG KONG<br>HONG KONG |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1252 | State what the contract or lease is for and the nature of the debtor's interest | FARNCOMBE HOLDINGS LTD. ATTN: GENERAL COUNSEL DOUGLAS CHAMBERS, NORTH QUAD DOUGLAS, ISLE OF MAN IM9 4HA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1253 | State what the contract or lease is for and the nature of the debtor's interest | FCCE BV ATTN: GENERAL COUNSEL ASTERWEG 19B 1031 HL AMSTERDAM NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1254 | State what the contract or lease is for and the nature of the debtor's interest | FD ASSOCIATES INC ATTN: GENERAL COUNSEL 7918 JONES BRANCH DRIVE SUITE 540 MCLEAN, VA 22102 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1255 | State what the contract or lease is for and the nature of the debtor's interest | FD ASSOCIATES INC ATTN: GENERAL COUNSEL 7918 JONES BRANCH DRIVE, SUITE 540 MCLEAN, VA 22102 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1256 | State what the contract or lease is for and the nature of the debtor's interest | FDA AVIONICS CORP. ATTN: GENERAL COUNSEL 6435 SHILOH RD ALPHARETTA, GA 30005 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1257 | State what the contract or lease is for and the nature of the debtor's interest | FDS AVIONICS CORP. ATTN: GENERAL COUNSEL 6435 SHILOH ROAD ALPHARETTA, GA 30005 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1258 | State what the contract or lease is for and the nature of the debtor's interest | FDS AVIONICS CORP. ATTN: GENERAL COUNSEL 6435 SHILOH ROAD ALPHARETTA, GA 30005 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1259** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1260** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3131 DEMOCRAT ROAD<br>BUILDING C<br>MEMPHIS, TN 38118 |
| **2.1261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1265** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor    Global Eagle Entertainment Inc.                        Case number *(if known)*  20-11835 (JTD)
                Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1267** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1268** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1269** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1270** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1271** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1272** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor    Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1273** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1274** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>MEMPHIS, TN 38118 |
| **2.1275** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38113 |
| **2.1276** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>MEMPHIS, TN 38118 |
| **2.1277** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1278** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |

Debtor  ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1286** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1287** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>MEMPHIS, TN 38118 |
| **2.1293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |

Debtor    Global Eagle Entertainment Inc.                        Case number *(if known)*  20-11835 (JTD)
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor    Global Eagle Entertainment Inc.                    Case number *(if known)*  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>DOCK 8<br>MEMPHIS, TN 38118 |
| **2.1302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest | FEDERAL EXPRESS CORPORATION<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: KATHLEEN G. TOWLE<br>2960 TCHULAHOMA<br>DOCK 8<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICERS<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1315 State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: JUDI D. BRANDON 3233 INDEPENDENT AVE DOCK 14 MEMPHIS, TN 38118 |
| 2.1316 State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GLOBAL DISBURSEMENTS 30 FEDEX PARKWAY 1ST FLOOR HORIZONTAL COLLIERVILLE, TN 38017 |
| 2.1317 State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GENERAL COUNSEL VENDOR SERVICERS 3785 AIRWAYS BLVD., MODULE H4 EAST MEMPHIS, TN 38116 |
| 2.1318 State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GLOBAL DISBURSEMENTS 30 FEDEX PARKWAY 1ST FLOOR HORIZONTAL COLLIERVILLE, TN 38017 |
| 2.1319 State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: KATHLEEN G. TOWLE 3233 INDEPENDENT AVE DOCK 14 MEMPHIS, TN 38118 |
| 2.1320 State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GENERAL COUNSEL VENDOR SERVICES 3785 AIRWAYS BLVD., MODULE H4 EAST MEMPHIS, TN 38116 |
| 2.1321 State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GLOBAL DISBURSEMENTS 30 FEDEX PARKWAY 1ST FLOOR HORIZONTAL COLLIERVILLE, TN 38017 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1322**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDOR SERVICES <br> 3785 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |
| **2.1323**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: KATHLEEN G. TOWLE <br> 3233 INDEPENDENT AVE <br> MEMPHIS, TN 38118 |
| **2.1324**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDOR SERVICES <br> 3785 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |
| **2.1325**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GLOBAL DISBURSEMENTS <br> 30 FEDEX PARKWAY <br> 1ST FLOOR HORIZONTAL <br> COLLIERVILLE, TN 38017 |
| **2.1326**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1327**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GLOBAL DISBURSEMENTS <br> 30 FEDEX PARKWAY <br> 1ST FLOOR HORIZONTAL <br> COLLIERVILLE, TN 38017 |
| **2.1328**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDOR SERVICES <br> 3785 AIRWAYS BLVD, MODULE H4 EAST <br> MEMPHIS, TN 38116 |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: KATHLEEN G. TOWLE<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDER SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| 2.1332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: KATHLEEN G. TOWLE<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| 2.1334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1336** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDER SERVICES <br> 3785 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |
| **2.1337** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1338** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: KATHLEEN G. TOWLE <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1339** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDER SERVICES <br> 3785 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |
| **2.1340** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1341** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: DANNY J. AKINS <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1342** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDER SERVICES <br> 3785 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |

Debtor   __Global Eagle Entertainment Inc.__   Case number *(if known)* __20-11835 (JTD)__
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1343** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1344** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: DANNY J. AKINS <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1345** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: DANNY J. AKINS <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1346** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDOR SERVICES <br> 3875 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |
| **2.1347** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1348** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: DANNY J. AKINS <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1349** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDOR SERVICES <br> 3785 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
_____                            _____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1350** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1351** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1352** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1353** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1354** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1355** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3875 AIRWAYS BLVD., MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1356** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)___
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1357**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: DANNY J. AKINS <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1358**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 2960 TUCHULAHOMA <br> SUITE A, DOCK 10 <br> MEMPHIS, TN 38118 |
| **2.1359**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1360**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: DANNY J. AKINS <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1361**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> VENDOR SERVICES <br> 3785 AIRWAYS BLVD., MODULE H4 EAST <br> MEMPHIS, TN 38116 |
| **2.1362**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1363**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: DANNY J. AKINS <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1364 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1365 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1366 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1367 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1368 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1369 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1370 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>2960 TCHULAHOMA<br>SUITE A DOCK 10<br>MEMPHIS, TN 38118 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1371 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1372 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE.<br>MEMPHIS, TN 38118 |
| 2.1373 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| 2.1374 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1375 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| 2.1376 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>MEMPHIS, TN 38118 |
| 2.1377 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor     Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1378** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| **2.1379** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA. SUITE A<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1380** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1381** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| **2.1382** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1383** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1384** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |

Debtor     _Global Eagle Entertainment Inc._____     Case number *(if known)* _20-11835 (JTD)_____
                   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1385 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1386 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1387 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDER SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| 2.1388 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1389 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1390 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDER SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| 2.1391 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor _____Global Eagle Entertainment Inc._____   Case number *(if known)* __20-11835 (JTD)___
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDER SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1395 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1396 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDER SERVICES<br>3875 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1397 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1398 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* __20-11835 (JTD)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1399** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDER SERVICES<br>3875 AIRWAYS BLVD., MODULE G4 EAST<br>MEMPHIS, TN 38116 |
| **2.1400** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1401** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1402** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1403** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3875 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| **2.1404** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1405** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>7401 WORLD WAY WEST<br>LOS ANGELES, CA 90045 |

Debtor    Global Eagle Entertainment Inc.      Case number *(if known)* 20-11835 (JTD)
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1406**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1407**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1408**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 2960 TUCHULAHOMA <br> SUITE A, DOCK 10 <br> MEMPHIS, TN 38118 |
| **2.1409**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: KATHLEEN G. TOWLE <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1410**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1411**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1412**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: KATHLEEN G. TOWLE <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |

Debtor      Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
                     Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1413 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1414 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1415 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: KATHLEEN G. TOWLE<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1416 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BLVD.<br>BLDG H, 1ST FL. EAST<br>MEMPHIS, TN 38116-5070 |
| 2.1417 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1418 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: KATHLEEN G. TOWLE<br>7401 WORLD WAY WEST<br>LOS ANGELES, CA 90045 |
| 2.1419 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: KATHLEEN G. TOWLE<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor    Global Eagle Entertainment Inc.    Case number *(if known)* 20-11835 (JTD)
_____Name_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1420** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1421** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1422** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1423** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1424** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1425** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1426** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |

Debtor    Global Eagle Entertainment Inc.             Case number *(if known)* _20-11835 (JTD)_
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1427**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1428**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1429**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1430**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1431**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1432**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1433**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor   Global Eagle Entertainment Inc.
Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1434** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1435** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1436** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1437** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FEDEX<br>ATTN: DANNY J. AKINS<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1438** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1439** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1440** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1441 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 381118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1442 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1443 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1444 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1445 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1446 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1447 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>MEMPHIS, TN 38118 |
| **2.1450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor   Global Eagle Entertainment Inc.                                    Case number (if known) 20-11835 (JTD)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1455 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1456 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1457 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1458 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1459 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1460 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1461 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1462 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1463 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1464 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1465 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1466 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1467 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1468 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1469 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1470 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1471 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1472 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY,1SR FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1473 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1474 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1475 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>GLOBAL DISBURSEMENTS<br>1SR FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1476 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1477 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1478 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1479 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1480 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1481 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor ___Global Eagle Entertainment Inc._____          Case number (if known) __20-11835 (JTD)_____
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1483 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38110 |
| 2.1484 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1485 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1486 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1487 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1488 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1489 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1490** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1491** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1492** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1493** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1494** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1495** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1496** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>7401 WORLD WAY WEST<br>LOS ANGELES, CA 90045 |
| 2.1501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1503 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1504** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1505** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1506** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1507** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1508** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1509** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1510** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |

Debtor    Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1511 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1512 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1513 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1514 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1515 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1516 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1517 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|--------|--------------------------------|------------------------------------------|
|        | Name                            |                                          |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|-----------------------------------------------------------------------------------|
| 2.1518 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1519 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1520 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1521 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1522 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1523 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1524 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
            Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1525 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1526 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1527 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1528 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1529 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1530 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1531 — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor     Global Eagle Entertainment Inc.
                  Name                                                         Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1533** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>7401 WORLD WAY WEST<br>LOS ANGELES, CA 90045 |
| **2.1538** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |

Debtor   Global Eagle Entertainment Inc.
         Name
                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1539** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GENERAL COUNSEL VENDOR SERVICES 3875 AIRWAYS BOULEVARD, MODULE H4 EAST MEMPHIS, TN 38116 |
| **2.1540** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: JUDI D. BRANDON 3233 INDEPENDENT AVE DOCK 14 MEMPHIS, TN 38118 |
| **2.1541** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GENERAL COUNSEL 3875 AIRWAYS BOULEVARD MODULE H-1 EAST MEMPHIS, TN 38116 |
| **2.1542** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GLOBAL DISBURSEMENTS 30 FEDEX PARKWAY 1ST FLOOR HORIZONTAL COLLIERVILLE, TN 38017 |
| **2.1543** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: JUDI D. BRANDON 3233 INDEPENDENT AVE DOCK 14 MEMPHIS, TN 38118 |
| **2.1544** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GENERAL COUNSEL 3875 AIRWAYS BOULEVARD MODULE H-1 EAST MEMPHIS, TN 38116 |
| **2.1545** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | FEDEX ATTN: GLOBAL DISBURSEMENTS 30 FEDEX PARKWAY 1ST FLOOR HORIZONTAL COLLIERVILLE, TN 38017 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1546 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1547 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1548 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1, EAST<br>MEMPHIS, TN 38116 |
| 2.1549 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDE D. BRANDON<br>2960 TCHULAHOMA<br>SUITE A DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1550 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1551 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| 2.1552 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>2960 TCHULAHOMA<br>SUITE A DOCK 10<br>MEMPHIS, TN 38118 |

Debtor    Global Eagle Entertainment Inc.    Case number *(if known)*  20-11835 (JTD)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1553** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1554** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 39116 |
| **2.1555** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>2960 TCHULAHOMA<br>DOCK 8<br>MEMPHIS, TN 38118 |
| **2.1556** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1557** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: VENDOR SERVICES<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1558** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| **2.1559** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1560**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1561**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: JUDI D. BRANDON <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1562**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1563**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |
| **2.1564**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: JUDI D. BRANDON <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1565**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: GENERAL COUNSEL <br> 3233 INDEPENDENT AVE <br> DOCK 14 <br> MEMPHIS, TN 38118 |
| **2.1566**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | FEDEX <br> ATTN: VENDOR SERVICES <br> 3875 AIRWAYS BOULEVARD <br> MODULE H-1 EAST <br> MEMPHIS, TN 38116 |

Debtor    Global Eagle Entertainment Inc.               Case number *(if known)* 20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1567 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1568 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1569 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA, SUITE A<br>DOCK 10<br>MEMPHIS, TN 38118 |
| 2.1571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: JUDI D. BRANDON<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1574** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1575** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3233 INDEPENDENT AVE<br>DOCK 14<br>MEMPHIS, TN 38118 |

Debtor      Global Eagle Entertainment Inc.                                  Case number (if known)  20-11835 (JTD)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1582** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1583** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>3875 AIRWAYS BOULEVARD<br>MODULE H-1 EAST<br>MEMPHIS, TN 38116 |
| **2.1584** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>2960 TCHULAHOMA<br>SUITE A, DOCK 10<br>MEMPHIS, TN 38118 |
| **2.1585** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |
| **2.1586** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GENERAL COUNSEL<br>VENDOR SERVICES<br>3785 AIRWAYS BLVD., MODULE H4 EAST<br>MEMPHIS, TN 38116 |
| **2.1587** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FEDEX<br>ATTN: GLOBAL DISBURSEMENTS<br>30 FEDEX PARKWAY<br>1ST FLOOR HORIZONTAL<br>COLLIERVILLE, TN 38017 |

Debtor    Global Eagle Entertainment Inc.                    Case number (if known)  20-11835 (JTD)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1588 | State what the contract or lease is for and the nature of the debtor's interest | FIJI AIRWAYS T/A AIR PACIFIC LIMITED<br>ATTN: GENERAL COUNSEL<br>PRIVATE MAIL BAG<br>NADI AIRPORT |
| | State the term remaining | FIJI |
| | List the contract number of any government contract | |
| 2.1589 | State what the contract or lease is for and the nature of the debtor's interest | FILM MOVEMENT LLC<br>ATTN: MICHAEL ROSENBERG<br>109 WEST 27TH STREET, SUITE 9B<br>NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1590 | State what the contract or lease is for and the nature of the debtor's interest | FILM MOVEMENT LLC<br>ATTN: MICHAEL ROSENBERG<br>109 WEST 27TH STREET, SUITE 9B<br>NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1591 | State what the contract or lease is for and the nature of the debtor's interest | FINECUT CO. LTD<br>ATTN: GENERAL COUNSEL<br>PATIO HOUSE #102 (BLDG. C), 22-14 BONGEUNSA-RO<br>26-GIL, GANGNAM-GU<br>SEOUL, KOREA 135-907 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1592 | State what the contract or lease is for and the nature of the debtor's interest | FINECUT CO. LTD<br>ATTN: GENERAL COUNSEL<br>4F, INCLINE BLDG., 64, SEOLLEUNG-RO 90-GIL<br>GANGNAM-GU, SEOUL 135-840,<br>KOREA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1593 | State what the contract or lease is for and the nature of the debtor's interest | FINECUT CO. LTD<br>ATTN: GENERAL COUNSEL<br>PATIO HOUSE #102 (BLDG. C), 22-14 BONGEUNSA-RO<br>26-GIL, GANGNAM-GU<br>SEOUL, KOREA 06126 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1594 | State what the contract or lease is for and the nature of the debtor's interest | FINNAIR OYJ<br>ATTN: GENERAL COUNSEL<br>TIETOTIE 9<br>HELSINKI AIRPORT, 0153 VANTAA |
| | State the term remaining | FINLAND |
| | List the contract number of any government contract | |

Debtor  Global Eagle Entertainment Inc.
        Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FINNAIR OYJ<br>ATTN: GENERAL COUNSEL<br>TIETOTIE 9<br>01531 VANTAA<br><br>FINLAND |
| 2.1596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FINNAIR OYJ<br>ATTN: GENERAL COUNSEL<br>TIETOTIE 9<br>VANTAA01053<br>FINLAND |
| 2.1597 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FINNAIR<br>ATTN: GENERAL COUNSEL<br>TIETOTIE 9<br>HELSINKI AIRPORT<br>VANTAA0153<br>FINLAND |
| 2.1598 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FIRSTWORKS MUSIC INTERNATIONAL LTD.<br>ATTN: GENERAL COUNSEL<br>28 PERCY STREET<br>LONDON W1T 2DB<br>UNITED KINGDOM |
| 2.1599 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FIRSTWORKS MUSIC INTERNATIONAL LTD.<br>ATTN: GENERAL COUNSEL<br>28 PERCY STREET<br>LONDON W1T 2DB<br>UNITED KINGDOM |
| 2.1600 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FIVE RIVERS GROUP, LTD.<br>ATTN: GENERAL COUNSEL<br>52, FIFTH FLOOR<br>SILEMA CLM 1640<br>MALTA |
| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLEET XPRESS<br>RESEARCHING ADDRESS |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLIGHTAWARE<br>ATTN: GENERAL COUNSEL<br>ELEVEN GREENWAY PLAZA<br>SUITE 2900<br>HOUSTON, TX 77046 |
| **2.1603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLIGHTAWARE<br>ATTN: GENERAL COUNSEL<br>ELEVEN GREENWAY PLAZA<br>SUITE 2900<br>HOUSTON, TX 77046 |
| **2.1604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLIGHTTRADAR24 AB<br>ATTN: GENERAL COUNSEL<br>111 36<br>STOCKHOLM<br>SWEDEN |
| **2.1605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLOUR INTERCONTINENTAL, INC.<br>ATTN: GENERAL COUNSEL<br>100 FLUOR DANIEL DRIVE<br>GREENVILLE, SC 29607-2762 |
| **2.1606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLUOR CORPORATION<br>6700 LAS COLINAS<br>IRVING, CA 75039 |
| **2.1607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLUOR INTERCONTINENTAL INC.<br>100 FLUOR DANIEL DRIVE<br>GREENVILLE, SC 29607-2762 |
| **2.1608** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLUOR INTERCONTINENTAL, INC.<br>ATTN: GENERAL COUNSEL<br>100 FLUOR DANIEL DRIVE<br>GREENVILLE, SC 29607-2762 |

Debtor    Global Eagle Entertainment Inc.
          Name                                                    Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1609 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLUOR INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>100 FLUOR DANIEL DRIVE<br>GREENVILLE, SC 29607-2770 |
| 2.1610 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLUOR<br>6700 LAS COLINAS<br>IRVING, CA 75039 |
| 2.1611 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLUOR<br>6700 LAS COLINAS<br>IRVING, CA 75039 |
| 2.1612 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLYDUBAI<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1613 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLYDUBAI<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1614 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLYDUBAI<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.1615 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLYDUBAI<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1616**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLYDUBAI<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.1617**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FLYDUBAI<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 353<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.1618**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1619**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1620**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1621**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1622**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |

Debtor     Global Eagle Entertainment Inc.      Case number *(if known)*   20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1623**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1624**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1625**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1626**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FNG NON-THEATRICAL LICENSING, LLC (FOX)<br>ATTN: GENERAL COUNSEL<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| **2.1627**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FORTUNE STAR MEDIA LIMITED<br>ATTN: ALFRED NG<br>UNIT A, 9/F., MG TOWER, 133 HOI BUN ROAD<br>KWUN TONG, KOWLOON, HONG KONG<br>KWUN TONG, KOWLOON<br>HONG KONG |
| **2.1628**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FORTUNE STAR MEDIA LIMITED<br>ATTN: ALFRED NG<br>UNIT A, 9/F., MG TOWER, 133 HOI BUN ROAD<br>KWUN TONG, KOWLOON, HONG KONG<br>KWUN TONG, KOWLOON<br>HONG KONG |
| **2.1629**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FORTUNE STAR MEDIA LIMITED<br>ATTN: ALFRED NG<br>UNIT A, 9/F., MG TOWER, 133 HOI BUN ROAD<br>KWUN TONG, KOWLOON<br>HONG KONG |

Debtor        Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1630 | State what the contract or lease is for and the nature of the debtor's interest | FOX AIRLINES<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1631 | State what the contract or lease is for and the nature of the debtor's interest | FOX AIRLINES<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1632 | State what the contract or lease is for and the nature of the debtor's interest | FOX NEWS NETWORK<br>ATTN: GENERAL COUNSEL<br>1211 AVENUE OF THE AMERICAS,15TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1633 | State what the contract or lease is for and the nature of the debtor's interest | FOX NEWS NETWORK<br>ATTN: VICE PRESIDENT, INTERNATIONAL DISTRIBUTION<br>1211 AVENUE OF THE AMERICAS<br>15TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1634 | State what the contract or lease is for and the nature of the debtor's interest | FOX NEWS NETWORK<br>ATTN: VICE PRESIDENT, INTERNATIONAL DISTRIBUTION<br>1211 AVENUE OF THE AMERICAS,15TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1635 | State what the contract or lease is for and the nature of the debtor's interest | FOX NEWS NETWORK<br>ATTN: VICE PRESIDENT, INTERNATIONAL DISTRIBUTION<br>1211 AVENUE OF THE AMERICAS,15TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1636 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE MADIAS MONDE<br>ATTN: GENERAL COUNSEL<br>80, RUE CAMILLE DESMOULINS<br>ISSY LES MOULINEAUX 92130<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1637 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE MEDIAS MONDE<br>ATTN: GENERAL COUNSEL<br>80, RUE CAMILLE DESMOULINS<br>ISSY LES MOULINEAUX 92130<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1638 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE MEDIAS MONDE<br>ATTN: GENERAL COUNSEL<br>80, RUE CAMILLE DESMOULINS<br>ISSY LES MOULINEAUX 92130<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1639 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE MÉDIAS MONDE<br>ATTN: GENERAL COUNSEL<br>80 RUE CAMILLE DES DESMOULINS<br>ISSY-LES-MOULINEAUX 92130<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1640 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE TELECOM LONG DISTANCE USA, LLC D/B/A ORANGE CARRIERS USA<br>ATTN: GENERAL COUNSEL<br>13775 MCLEAREN ROAD<br>OAK HILL, VA 20171 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1641 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE TELECOM LONG DISTANCE USA, LLC D/B/A ORANGE CARRIERS USA<br>ATTN: GENERAL COUNSEL<br>13775 MCLEAREN ROAD<br>OAK HILL, VA 20171 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1642 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE TELECOM LONG DISTANCE USA, LLC D/B/A ORANGE CARRIERS USA<br>ATTN: GENERAL COUNSEL<br>13775 MCLEAREN ROAD<br>OAK HILL, VA 20171 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1643 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE TELECOM LONG DISTANCE USA, LLC D/B/A ORANGE CARRIERS USA<br>ATTN: GENERAL COUNSEL<br>13775 MCLEAREN ROAD<br>OAK HILL, VA 20171 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
                Name

Case number *(if known)*  20-11835 (JTD)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1644 | State what the contract or lease is for and the nature of the debtor's interest | FRANCE TELECOM LONG DISTANCE USA, LLC D/B/A ORANGE CARRIERS USA<br>ATTN: GENERAL COUNSEL<br>13775 MCLEAREN ROAD<br>OAK HILL, VA 20171 |
|  | State the term remaining<br>List the contract number of any government contract | |
| 2.1645 | State what the contract or lease is for and the nature of the debtor's interest | FRANCES MEDIAS MONDE<br>ATTN: GENERAL COUNSEL<br>80, RUE CAMILLE DESMOULINS<br>ISSY LES MOULINEAUX<br> 92130<br>FRANCE |
|  | State the term remaining<br>List the contract number of any government contract | |
| 2.1646 | State what the contract or lease is for and the nature of the debtor's interest | FRED OLSEN CRUISE LINES LTD<br>ATTN: GENERAL COUNSEL<br>WHITEHOUSE ROAD<br>IPSWICH<br>SUFFOLK IP1 5LL<br>UNITED KINGDOM |
|  | State the term remaining<br>List the contract number of any government contract | |
| 2.1647 | State what the contract or lease is for and the nature of the debtor's interest | FREDERIC W. COOK & CO., INC.<br>ATTN: GENERAL COUNSEL<br>190 S. LASALLE ST., SUITE 2120<br>CHICAGO, IL 60603 |
|  | State the term remaining<br>List the contract number of any government contract | |
| 2.1648 | State what the contract or lease is for and the nature of the debtor's interest | FREDERICK C. ST. AMOUR<br>ADDRESS REDACTED |
|  | State the term remaining<br>List the contract number of any government contract | |
| 2.1649 | State what the contract or lease is for and the nature of the debtor's interest | FREDERICK C. ST. AMOUR<br>ADDRESS REDACTED |
|  | State the term remaining<br>List the contract number of any government contract | |
| 2.1650 | State what the contract or lease is for and the nature of the debtor's interest | FREDERICK C. ST. AMOUR<br>ADDRESS REDACTED |
|  | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1651** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FREDERICK C. ST. AMOUR<br>ADDRESS REDACTED |
| **2.1652** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FREDERICK C. ST. AMOUR<br>ADDRESS REDACTED |
| **2.1653** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FREDERICK C. ST. AMOUR<br>ADDRESS REDACTED |
| **2.1654** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FREEBIRD AIRLINES<br>ATTN: GENERAL COUNSEL<br>HURKUS HAVAYOLU TASIMACILIK VE TICARET A.S.<br>YESILKOY CAD NO: 9 A BLOK DAIRE: 3-4<br>FLORYA, ISTANBUL 3434153<br>TURKEY |
| **2.1655** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FREEBIRD AIRLINES<br>ATTN: GENERAL COUNSEL<br>HURKUS HAVAYOLU TASIMACILIK VE TICARET A.S.<br>YESILKOY CAD NO:9 A BLOK DAIRE: 3-4<br>FLORYA, ISTANBUL 34153<br>TURKEY |
| **2.1656** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FREEBIRD AIRLINES<br>ATTN: GENERAL COUNSEL<br>HURKUS HAVAYOLU TASIMACILIK VE TICARET A.S.<br>YESILKOY CAD NO: 9 A BLOK DAIRE: 3-4<br>FLORYA, ISTANBUL 3434153<br>TURKEY |
| **2.1657** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FRONTIER AIRLINES<br>ATTN: GENERAL COUNSEL<br>7001 TOWER RD.<br>DENVER, CO 80249 |

| Debtor | <u>Global Eagle Entertainment Inc.</u> | Case number (if known) <u>20-11835 (JTD)</u> |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1658 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FULL MOON<br>ATTN: GENERAL COUNSEL<br>1535 SE 17TH STREET<br>SUITE 208<br>FORT LAUDERDALE, FL 33316 |
| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FULLBLOWNEDIT, LLC<br>ATTN: GENERAL COUNSEL<br>3318 CAPOBELLA<br>ALISO VIEJO, CA 92656 |
| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FULLBLOWNEDIT, LLC<br>ATTN: GENERAL COUNSEL<br>3318 CAPOBELLA<br>ALISO VIEJO, CA 92656 |
| 2.1661 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FULMAR SHIPMANAGEMENT S.A.<br>C/O CELESTYAL SHIP MANAGEMENT<br>C/O LOUIS SHIP MANAGEMENT<br>AGLATZIA2112<br>CYPRUS |
| 2.1662 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FURNAS CENTRAIS ELECTRICAS S.A.<br>ATTN: GENERAL COUNSEL<br>219 RUA REAL GRANDEZA<br>RIO DE JANEIRO<br>BRAZIL |
| 2.1663 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | FURUNO LEASING LIMITED<br>ATTN: MR. JOHN WILLIAMS<br>MANAGING DIRECTOR<br>WEST BUILDING, PENNER ROAD<br>HAVANT, HAMPSHIRE PO9 1QY<br>UNITED KINGDOM |
| 2.1664 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GAGA CORPORATION<br>ATTN: GENERAL COUNSEL<br>TY BLDG, 2-22-18 MINAMI-AOYAMA<br>MINATO-KU<br>TOKYO 107-0062<br>JAPAN |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1665** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GAGA CORPORATION<br>ATTN: GENERAL COUNSEL<br>TY BLDG, 2-22-18 MINAMI-AOYAMA<br>MINATO-KU<br>TOKYO 107-0062<br>JAPAN |
| **2.1666** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GALA FILM DISTRIBUTION LIMTIED<br>ATTN: MS. ADA LAM<br>24/F., AXA CENTRE<br>151 GLOUCESTER ROAD<br>WAN CHAI<br>HONG KONG |
| **2.1667** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GALA FILM DISTRIBUTION LIMTIED<br>ATTN: MS. ADA LAM<br>24/F., AXA CENTRE<br>151 GLOUCESTER ROAD<br>WAN CHAI<br>HONG KONG |
| **2.1668** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GARAM ELEKTRONIK AB<br>TELLUSVAGEN 43<br>VALLENTUNA 18636<br>SWEDEN |
| **2.1669** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GARRY KASPAROV<br>ATTN: GENERAL COUNSEL<br>C/O S.M.S.I. INC.<br>232 SEABREEZE AVENUE<br>PALM BEACH, FL 33480 |
| **2.1670** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GARUDA INDONESIA AIRLINES<br>ATTN: DIRECTOR OF SERVICES<br>GARUDA MANAGEMENT BUILDING, 3RD FLOOR, GARUDA CITY CENTER<br>SOEKARNO-HATTO INTERNATIONAL AIRPORT, CENGKARENG<br>TANGERANG, BANTEN 19120<br>INDONESIA |
| **2.1671** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GARUDA INDONESIA AIRLINES<br>ATTN: DIRECTOR OF SERVICES<br>GARUDA MANAGEMENT BUILDING, 3RD FLOOR, GARUDA CITY CENTER<br>SOEKARNO-HATTO INTERNATIONAL AIRPORT, CENGKARENG<br>TANGERANG, BANTEN 19120<br>INDONESIA |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1672** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | GARUDA INDONESIA<br>2ND FLOOR MANAGEMENT BUILDING<br>GARUDA CITY CENTRE<br>JAKARTA 19120<br>INDONESIA |
| **2.1673** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | GARUDA INDONESIA<br>2ND FLOOR MANAGEMENT BUILDING<br>GARUDA CITY CENTRE<br>JAKARTA 19120<br>INDONESIA |
| **2.1674** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | GARY HEIMANN PRODUCTIONS<br>ATTN: GARY HEIMANN<br>6142 LEE DRIVE<br>CYPRESS, CA 90630 |
| **2.1675** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | GARY HEIMANN PRODUCTIONS<br>ATTN: GENERAL COUNSEL<br>6142 LEE DRIVE<br>CYPRESS, CA 90630 |
| **2.1676** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | GARY KASPAROV<br>ATTN: GENERAL COUNSEL<br>C/O S.M.S.I. INC.<br>232 SEABREEZE AVENUE<br>PALM BEACH, FL 33480 |
| **2.1677** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | GAUMONT<br>30 AVENUE CHARLES DE GAULLE<br>NEUILLY 92522<br>FRANCE |
| **2.1678** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | GAUMONT<br>30 AVENUE CHARLES DE GAULLE<br>NEUILLY 92522<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.      Case number *(if known)* 20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1679 | State what the contract or lease is for and the nature of the debtor's interest | GAUMONT<br>30 AVENUE CHARLES DE GAULLE<br>NEUILLY 92522<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1680 | State what the contract or lease is for and the nature of the debtor's interest | GBT TRAVEL SERVICES UK LIMITED D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: GENERAL COUNSEL<br>THREE WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK, NY 10285 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1681 | State what the contract or lease is for and the nature of the debtor's interest | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CONTRACT DEPARTEMNMT<br>200 VESEY STREET<br>NEW YORK, NY 10285 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1682 | State what the contract or lease is for and the nature of the debtor's interest | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CONTRACT DEPARTEMNMT<br>200 VESEY STREET<br>NEW YORK, NY 10285 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1683 | State what the contract or lease is for and the nature of the debtor's interest | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CONTRACT DEPARTEMNMT<br>200 VESEY STREET<br>NEW YORK, NY 10285 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1684 | State what the contract or lease is for and the nature of the debtor's interest | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CONTRACT DEPARTEMNMT<br>200 VESEY STREET<br>NEW YORK, NY 10285 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1685 | State what the contract or lease is for and the nature of the debtor's interest | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CORPORATE CARD UNIT<br>TRAVEL GROUP SERVICE CENTER<br>20022 NORTH 31ST AVENUE<br>PHOENIX, AZ 85027 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.
                     Name                                                          Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1686** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CORPORATE CARD UNIT<br>TRAVEL GROUP SERVICE CENTER<br>20022 NORTH 31ST AVENUE<br>PHOENIX, AZ 85027 |
| **2.1687** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CORPORATE CARD UNIT<br>TRAVEL GROUP SERVICE CENTER<br>20022 NORTH 31ST AVENUE<br>PHOENIX, AZ 85027 |
| **2.1688** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CONTRACT DEPARTMENMT<br>200 VESEY STREET<br>NEW YORK, NY 10285 |
| **2.1689** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL<br>ATTN: CONTRACT DEPARTMENMT<br>200 VESEY STREET<br>NEW YORK, NY 10285 |
| **2.1690** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GEMEINSAM. ZUKUNFT. SICHERN.<br>ATTN: GENERAL COUNSEL<br>DUSSELDOFER STRABE 38<br>BERLIN 10707<br>GERMANY |
| **2.1691** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GEN-E, LLC<br>ATTN: GENERAL COUNSEL<br>2301 BLAKE STREET<br>SUITE 250<br>DENVER, CO 80205 |
| **2.1692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GENERAL INDUSTRY SYSTEMS<br>ATTN: GENERAL COUNSEL<br>LURAMYRVEIEN 63, POSTBOX 420<br>STAVANGER4067<br>NORWAY |

Debtor    Global Eagle Entertainment Inc.
          Name
                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1693 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL REINSURANCE CORPORATION<br>ATTN: GENERAL COUNSEL<br>120 LONG RIDGE ROAD<br>STAMFORD, CT 6902 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1694 | State what the contract or lease is for and the nature of the debtor's interest | GENTING CRUISE LINES<br>ATTN: GENERAL COUNSEL<br>OCEAN CENTRE<br>5 CANTON ROAD, SUITE 1501<br>TSIMSHAUTSUI KOWLOON<br>HONG KONG |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1695 | State what the contract or lease is for and the nature of the debtor's interest | GENTING HONG KONG<br>ATTN: FINANCE DEPARTMENT - CENTRAL PAYMENT<br>WISMA GENTING<br>28 JALAN SULTAN ISMAIL, 4TH FLOOR<br>KUALA LUMPUR 50250<br>MALAYSIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1696 | State what the contract or lease is for and the nature of the debtor's interest | GENTING HONG KONG<br>ATTN: FINANCE DEPARTMENT - CENTRAL PAYMENT<br>WISMA GENTING<br>28 JALAN SULTAIN ISMAIL, 4TH FLOOR<br>KUALA LUMPUR 50250<br>MALAYSIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1697 | State what the contract or lease is for and the nature of the debtor's interest | GERENTE DE ENTRETENIMIENTO Y CONFORT A BORDO<br>ATTN: GENERAL COUNSEL<br>DIAGONAL 25G N.95A-85 P6<br>BOGOTA<br>COLOMBIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1698 | State what the contract or lease is for and the nature of the debtor's interest | GERMANIA FLUGGESELLSCHAFT MBH<br>ATTN: GENERAL COUNSEL<br>AMTSGERICHT CHARLOTTENBURG<br>BERLIN HRB 119192 B<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1699 | State what the contract or lease is for and the nature of the debtor's interest | GERMANWINGS GMBH<br>ATTN: GENERAL COUNSEL<br>GERMANWINGS-STRAßE 1<br>KÖLN 51147<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1700 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GETTY IMAGES<br>GETTY IMAGES INTERNATIONAL<br>2ND FLOOR, BLOCK 4 BRACKEN<br>DUBLIN 18<br>UNITED KINGDOM |
| 2.1701 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GFM FILMS  LLP<br>ATTN: GENERAL COUNSEL<br>10 CODA CENTRE<br>189 MUNSTER ROAD<br>LONDON SW6 6AW<br>UNITED KINGDOM |
| 2.1702 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GFM FILMS  LLP<br>ATTN: GENERAL COUNSEL<br>10 CODA CENTRE<br>189 MUNSTER ROAD<br>LONDON SW6 6AW<br>UNITED KINGDOM |
| 2.1703 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GILLIS, CYNTHIA<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| 2.1704 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GIMLET MEDIA INC<br>92 3RD STREET<br>BROOKLYN, NY 11231 |
| 2.1705 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLADSTONE PARTNERS LLC<br>ATTN: WILLIAM A ROGERS<br>266 S. HEATHWOOD DRIVE<br>MARCO ISLAND, FL 34145 |
| 2.1706 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE ACQUISITION LLC<br>RESEARCHING ADDRESS |

Debtor    Global Eagle Entertainment Inc.                              Case number *(if known)* 20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1707** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT FZ LLC <br> DUBAI MEDIA CITY <br> DUBAI <br> UNITED ARAB EMIRATES |
| **2.1708** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT GMBH <br> MAXIMILIANSTRASSE 54 <br> 80538 <br> MUNICH <br> GERMANY |
| **2.1709** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT INC. <br> 6100 CENTER DRIVE <br> SUITE 1020 <br> LOS ANGELES, CA 90045 |
| **2.1710** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT LTD (LONDON) <br> 15 STUKELEY STREET <br> LONDON WC2B 5LT <br> UNITED KINGDOM |
| **2.1711** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT LTD (LONDON) <br> 15 STUKELEY STREET <br> LONDON WC2B 5LT <br> UNITED KINGDOM |
| **2.1712** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT LTD (LONDON) <br> 15 STUKELEY STREET <br> LONDON WC2B 5LT <br> UNITED KINGDOM |
| **2.1713** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT LTD (LONDON) <br> 15 STUKELEY STREET <br> LONDON WC2B 5LT <br> UNITED KINGDOM |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT MEDIA TECHNOLOGY (BEIJING) CO., LTD.<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT SPAIN SL<br>CALLE CONDE DE PENALVER<br>385O CENTRO<br>MADRID 28006<br>SPAIN |
| **2.1716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE ENTERTAINMENT<br>4553 GLENCOE AVE<br>MARINA DEL REY, CA90292 |
| **2.1717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE HOLDINGS GMBH<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE HOLDINGS GMBH<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE HOLDINGS GMBH<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GLOBAL EAGLE HOLDINGS GMBH<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1721 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL EAGLE HOLDINGS GMBH<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1722 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL IP SAT<br>ATTN: GENERAL COUNSEL<br>CRICKET SQUARE<br><br>CAYMAN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1723 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL JET LUXEMBOURG<br>ATTN: LEGAL DEPARTMENT<br>33 RUE DE GASPERICH<br>5826 HESPERANGE<br><br>LUXEMBOURG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1724 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MUSIC RIGHTS, LLC<br>ATTN: GENERAL COUNSEL<br>1100 GLENDON AVENUE, SUITE 2000<br>LOS ANGELES, CA 90024 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1725 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MUSIC RIGHTS, LLC<br>ATTN: GENERAL COUNSEL<br>1100 GLENDON AVENUE, SUITE 2000<br>LOS ANGELES, CA 90024 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1726 | State what the contract or lease is for and the nature of the debtor's interest | GMBH & CO VERLAG<br>ATTN: GENERAL COUNSEL<br>HAFENWEG 30<br>MUNSTER 48155<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1727 | State what the contract or lease is for and the nature of the debtor's interest | GOLDEN NETWORK ASIA LIMITED<br>ATTN: GENERAL COUNSEL<br>UNIT 1508, NANYANG PLAZA, 57 HUNG TO ROAD<br>KWUN TONG<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor     Global Eagle Entertainment Inc.                              Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1728 | State what the contract or lease is for and the nature of the debtor's interest | GOLDEN NETWORK OVERSEAS LIMITED<br>ATTN: GENERAL COUNSEL<br>OMC CHAMBERS, P.O. BOX 3152 ROAD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1729 | State what the contract or lease is for and the nature of the debtor's interest | GOLDEN NETWORK OVERSEAS LIMITED<br>ATTN: GENERAL COUNSEL<br>OMC CHAMBERS, P.O. BOX 3152 ROAD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1730 | State what the contract or lease is for and the nature of the debtor's interest | GOLDEN NETWORK OVERSEAS LIMITED<br>ATTN: GENERAL COUNSEL<br>OMC CHAMBERS, P.O. BOX 3152 ROAD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1731 | State what the contract or lease is for and the nature of the debtor's interest | GOLDEN NETWORK OVERSEAS LIMITED<br>ATTN: GENERAL COUNSEL<br>OMC CHAMBERS, P.O. BOX 3152 ROAD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1732 | State what the contract or lease is for and the nature of the debtor's interest | GOLDEN SCENE<br>ATTN: MS. WINNIE TSANG<br>MANAGING DIRECTOR<br>15B ASTORIA BUILDING, 34 ASHLEY ROAD, TSIM SHA TSUI<br>KOWLOON<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1733 | State what the contract or lease is for and the nature of the debtor's interest | GOOD UNIVERSE<br>ATTN: GENERAL COUNSEL<br>9777 WILSHIRE BOULEVARD SUITE 400<br>BEVERLY HILLS, CA 90212 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1734 | State what the contract or lease is for and the nature of the debtor's interest | GOOD UNIVERSE<br>ATTN: GENERAL COUNSEL<br>9777 WILSHIRE BOULEVARD SUITE 400<br>BEVERLY HILLS, CA 90212 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1735 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GOOD UNIVERSE<br>ATTN: GENERAL COUNSEL<br>9777 WILSHIRE BOULEVARD SUITE 400<br>BEVERLY HILLS, CA 90212 |
| 2.1736 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GOODWOOD INVESTMENTS HOLDINGS, INC.<br>ATTN: GENERAL COUNSEL<br>SAFFREY SQUARE<br>PO BOX CB-13937<br>NASSAU<br>BAHAMAS |
| 2.1737 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GOODWOOD SHIP MANAGEMENT SINGAPORE<br>ATTN: ASHOK R. SABNIS<br>20 SCIENCE PARK ROAD<br>#02-34/36, TELETECH PARK<br>117674<br>SINGAPORE |
| 2.1738 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GRACENOTE DIGITAL VENTURES, LLC<br>ATTN: GENERAL COUNSEL<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 |
| 2.1739 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GRAND OAK MARINE VENTURES LTD<br>ATTN: GENERAL COUNSEL<br>3321 S. ANDREWS AVENUE, SUITE 25<br>FT. LAUDERDALE, FL 33316 |
| 2.1740 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GRANGALAXY GROUP, LTD.<br>ATTN: GENERAL COUNSEL<br>PO BOX 438<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| 2.1741 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GRANGALAXY GROUP, LTD.<br>ATTN: GENERAL COUNSEL<br>PO BOX 438<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1742 | State what the contract or lease is for and the nature of the debtor's interest | GRANGALAXY GROUP, LTD. ATTN: GENERAL COUNSEL PO BOX 438 ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1743 | State what the contract or lease is for and the nature of the debtor's interest | GRANT THORNTON, LLP ATTN: GENERAL COUNSEL 515 SOUTH FLOWER STREET, 7TH FLOOR LOS ANGELES, CA 90071 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1744 | State what the contract or lease is for and the nature of the debtor's interest | GRANT THORNTON, LLP ATTN: SHAWN D. STEWART 4695 MACARTHUR COURT SUITE 1600 NEWPORT BEACH, CA 92660 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1745 | State what the contract or lease is for and the nature of the debtor's interest | GRANT THORNTON, LLP ATTN: GENERAL COUNSEL 515 S. FLOWER STREET 7TH FLOOR LOS ANGELES, CA 90071 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1746 | State what the contract or lease is for and the nature of the debtor's interest | GRANT THORNTON, LLP ATTN: SHAWN D. STEWART 4695 MACARTHUR COURT SUITE 1600 NEWPORT BEACH, CA 92660 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1747 | State what the contract or lease is for and the nature of the debtor's interest | GRANT THORNTON, LLP GRANT THORNTON, LLP 1901 SOUTH MEYERS ROAD, SUITE 455 OAKBROOK TERRACE, IL 60181 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1748 | State what the contract or lease is for and the nature of the debtor's interest | GRAVITAS VENTURES 209 RICHMOND STREET EL SEGUNDO, CA 90245 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.
                    Name                                                    Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1749** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GRAVITAS VENTURES<br>209 RICHMOND STREET<br>EL SEGUNDO, CA 90245 |
| **2.1750** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GREAT CIRCLE SYSTEMS<br>ATTN: GENERAL COUNSEL<br>500 SE 17TH STREET<br>SUITE 224<br>FORT LAUDERDALE, FL 33316 |
| **2.1751** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GREENHILL & CO., LLC<br>300 PARK AVENUE<br>NEW YORK, NY 10022 |
| **2.1752** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GRUPO AEROLÍNEAS<br>RESEARCHING ADDRESS |
| **2.1753** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GUINNESS WORLD RECORDS LIMITED<br>ATTN: GENERAL COUNSEL<br>SOUTH QUAY BUILDING<br>12TH FLOOR, 189 MARSH WALL<br>LONDON E14 9SH<br>UNITED KINGDOM |
| **2.1754** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GULF AIR B.S.C.(C)<br>ATTN: GENERAL COUNSEL<br>PO BOX 138<br>MANAMA<br>BAHRAIN |
| **2.1755** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | GULF AIR B.S.C.(C)<br>ATTN: GENERAL COUNSEL<br>PO BOX 138<br>MANAMA<br>BAHRAIN |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1756 | State what the contract or lease is for and the nature of the debtor's interest | GULF AIR B.S.C.(C) ATTN: GENERAL COUNSEL PO BOX 183 MANAMA BAHRAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1757 | State what the contract or lease is for and the nature of the debtor's interest | GULF AIR B.S.C.(C) ATTN: SENIOR MANAGER INFLIGHT AND PRODUCT PO BOX 138 MUHARRAQ BAHRAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1758 | State what the contract or lease is for and the nature of the debtor's interest | GULF AIR ATTN: ACCOUNTS PAYABLE MUHARAQ BAHRAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1759 | State what the contract or lease is for and the nature of the debtor's interest | GUNES EKSPRES HAVACILIK A.S., D/B/A/ SUNEXPRESS ATTN: GENERAL COUNSEL YENIGOL MAH NERGIZ SOK, NO:84 PK NO:07230 MURATPASA, ANTALYA TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1760 | State what the contract or lease is for and the nature of the debtor's interest | GUNES EKSPRES HAVACILIK A.S., D/B/A/ SUNEXPRESS ATTN: GENERAL COUNSEL YENIGÖL MAH. NERGIZ SOK. NO: 84 PK MURATPA?A ANTALYA07230 TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1761 | State what the contract or lease is for and the nature of the debtor's interest | HACKERRANK ATTN: GENERAL COUNSEL 700 EAST EL CAMINO REAL SUITE 300 MOUNTAIN VIEW, CA 94040 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1762 | State what the contract or lease is for and the nature of the debtor's interest | HACKERRANK ATTN: GENERAL COUNSEL 700 EAST EL CAMINO REAL, SUITE 300 MOUNTAIN VIEW, CA 94040 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor  ___Global Eagle Entertainment Inc._____   Case number (if known) __20-11835 (JTD)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1763** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAMID SAMNANI<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1764** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAMILTON YACHTS LIMITED<br>ATTN: GENERAL COUNSEL<br>19 PAR-LA-VILLE ROAD, FIRST FLOOR<br>HAMILTON HM11<br><br>BERMUDA |
| **2.1765** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HANOVER LIMITED<br>ATTN: ROBERT REEVES<br>CLARENDON HOUSE, 2 CHURCH STREET<br>HAMILTON HM11<br>BERMUDA |
| **2.1766** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HARDY, GRAEME<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1767** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HASBRO INC.<br>ATTN: GENERAL COUNSEL<br>1027 NEWPORT AVENUE<br>PAWTUCKET, RI02861 |
| **2.1768** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HASBRO INC<br>ATTN: GENERAL COUNSEL<br>1027 NEWPORT AVENUE<br>PAWTUCKET, RI02861 |
| **2.1769** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HASBRO INTERNATIONAL INC<br>ATTN: GENERAL COUNSEL<br>1027 NEWPORT AVENUE<br>PAWTUCKET, RI02861 |

Debtor     Global Eagle Entertainment Inc.                                    Case number *(if known)*  20-11835 (JTD)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1770 | State what the contract or lease is for and the nature of the debtor's interest | HASBRO, INC. AND HASBRO INTERNATIONAL, INC. ATTN: DEBORAH ULUER 1027 NEWPORT AVENUE PAWTUCKET, RI02861 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1771 | State what the contract or lease is for and the nature of the debtor's interest | HASBRO, INC. ATTN: GENERAL COUNSEL 1027 NEWPORT AVENUE PAWTUCKET, RI02861 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1772 | State what the contract or lease is for and the nature of the debtor's interest | HASBRO, INC. ATTN: GENERAL COUNSEL 1027 NEWPORT AVENUE PAWTUCKET, RI02861 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1773 | State what the contract or lease is for and the nature of the debtor's interest | HASBRO ATTN: GENERAL COUNSEL 1027 NEWPORT AVENUE PAWTUCKET, RI02861 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1774 | State what the contract or lease is for and the nature of the debtor's interest | HASBRO ATTN: GENERAL COUNSEL 1027 NEWPORT AVENUE PAWTUCKET, RI02861 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1775 | State what the contract or lease is for and the nature of the debtor's interest | HASBRO ATTN: GENERAL COUNSEL 1027 NEWPORT AVENUE PAWTUCKET, RI02861 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1776 | State what the contract or lease is for and the nature of the debtor's interest | HASBRO ATTN: GENERAL COUNSEL 1027 NEWPORT AVENUE PAWTUCKET, RI02861 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
            Name

Case number *(if known)*   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1777** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | HASBRO<br>ATTN: GENERAL COUNSEL<br>1027 NEWPORT AVENUE<br>PAWTUCKET, RI 02861 |
| **2.1778** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | HASBRO<br>ATTN: GENERAL COUNSEL<br>1027 NEWPORT AVENUE<br>PAWTUCKET, RI 02861 |
| **2.1779** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | HAT TRICK<br>ATTN: GENERAL COUNSEL<br>33 OVAL ROAD<br>LONDON NW1 7EA<br>UNITED KINGDOM |
| **2.1780** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | HAT TRICK<br>ATTN: GENERAL COUNSEL<br>33 OVAL ROAD<br>LONDON NW1 7EA<br>UNITED KINGDOM |
| **2.1781** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>91-340 FARRINGTON HWY<br>KAPOLEI, HI 96707 |
| **2.1782** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>91-340 FARRINGTON HWY<br>KAPOLEI, HI 96707 |
| **2.1783** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: LEEANA SMITH-RYLAND<br>91-340 FARRINGTON HIGHWAY<br>KAPOLEI, HI 96707 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1784** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>91-340 FARRINGTON HWY<br>KAPOLEI, HI 96707 |
| **2.1785** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>91-340 FARRINGTON HWY<br>KAPOLEI, HI 96707 |
| **2.1786** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>91-340 FARRINGTON HWY<br>KAPOLEI, HI 96707 |
| **2.1787** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>91-340 FARRINGTON HWY<br>KAPOLEI, HI 96707 |
| **2.1788** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>91-340 FARRINGTON HWY<br>KAPOLEI, HI |
| **2.1789** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>CORPORATE OFFICE<br>PO BOX 429<br>MAKAWAO, HI 96768 |
| **2.1790** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAII PACIFIC TELEPORT LP<br>ATTN: GENERAL COUNSEL<br>PO BOX 429<br>MAKAWAO, HI 96768 |

Debtor     Global Eagle Entertainment Inc.                Case number *(if known)* 20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1791 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAIIAN AIRLINES INC.<br>ATTN: GENERAL COUNSEL<br>3375 KOAPAKA STREETSUITE G-350<br>HONOLULU, HI 96819 |
| 2.1792 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAIIAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>3375 KOAPAKA ST. STE. G350<br>HONOLULU, HI 96819 |
| 2.1793 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAIIAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>3375 KOAPAKA ST. SUITE G350<br>HONOLULU, HI 96819 |
| 2.1794 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAIIAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>3375 KOAPAKA ST. STE. 350<br>HONOLULU, HI 96819 |
| 2.1795 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAIIAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>3375 KOAPAKA STREET C350<br>HONOLULU, HI 96819 |
| 2.1796 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAIIAN AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>3375 KOAPAKA ST. STE. G350<br>HONOLULU, HI 96819 |
| 2.1797 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HAWAIIAN AIRLINES INC<br>ATTN: ORIGINATING DEPARTMENT<br>PO BOX 30008<br>HONOLULU, HI 96820 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1798 | State what the contract or lease is for and the nature of the debtor's interest | HAZEL BLUE PRODUCTIONS<br>ATTN: GENERAL COUNSEL<br>1361 MOUNTAIN VIEW CIRCLE<br>AZUSA, CA 91702 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1799 | State what the contract or lease is for and the nature of the debtor's interest | HBO ENTERPRISES, A DIVISION OF HOME BOX OFFICE, INC.<br>ATTN: GENERAL COUNSEL<br>30 HUDSON YARDS<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1800 | State what the contract or lease is for and the nature of the debtor's interest | HBO<br>ATTN: GENERAL COUNSEL<br>30 HUDSON YARDS<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1801 | State what the contract or lease is for and the nature of the debtor's interest | HEEREMA MARINE<br>ATTN: ANTON VAN HEINIGEN<br>VONDELLAAN 55<br>2332 AA LEIDENE<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1802 | State what the contract or lease is for and the nature of the debtor's interest | HEEREMA MARINE<br>ATTN: ANTON VAN HEINIGEN<br>VONDELLAAN 55<br>2332 AA LEIDENE<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1803 | State what the contract or lease is for and the nature of the debtor's interest | HEEREMA MARINE<br>ATTN: ANTON VAN HEINIGEN<br>VONDELLAAN 55<br>2332 AA LEIDENE<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1804 | State what the contract or lease is for and the nature of the debtor's interest | HEEREMA MARINE<br>ATTN: ANTON VAN HEINIGEN<br>VONDELLAAN 55<br>2332 AA LEIDENE<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
              Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1805 | State what the contract or lease is for and the nature of the debtor's interest | HEEREMA MARINE<br>ATTN: ANTON VAN HEINIGEN<br>VONDELLAAN 55<br>2332 AA LEIDENE<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1806 | State what the contract or lease is for and the nature of the debtor's interest | HEEREMA MARINE<br>ATTN: ANTON VAN HEINIGEN<br>VONDELLAAN 55<br>2332 AA LEIDENE<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1807 | State what the contract or lease is for and the nature of the debtor's interest | HEEREMA MARINE<br>ATTN: ANTON VAN HEINIGEN<br>VONDELLAAN 55<br>2332 AA LEIDENE<br><br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1808 | State what the contract or lease is for and the nature of the debtor's interest | HELLAS SAT CONSORTIUM LIMITED<br>ATTN: GENERAL COUNSEL<br>HELLAS-SAT SPACE CENTER<br>KOFINOU<br>LARNACA<br>CYPRUS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1809 | State what the contract or lease is for and the nature of the debtor's interest | HELLAS SAT CONSORTIUM LIMITED<br>ATTN: GENERAL COUNSEL<br>HELLAS-SAT SPACE CENTER<br>KOFINOU<br>LARNACA<br>CYPRUS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1810 | State what the contract or lease is for and the nature of the debtor's interest | HELLAS SAT CONSORTIUM LIMITED<br>ATTN: GENERAL COUNSEL<br>HELLAS-SAT SPACE CENTER<br>KOFINOU<br>LARNACA<br>CYPRUS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1811 | State what the contract or lease is for and the nature of the debtor's interest | HELLAS SAT CONSORTIUM LIMITED<br>ATTN: GENERAL COUNSEL<br>HELLAS-SAT SPACE CENTER<br>KOFINOU<br>LARNACA<br>CYPRUS |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1812 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLAS SAT CONSORTIUM LIMITED<br>ATTN: CHRISTODOULOS PROTOPAPAS<br>KONSTANTINOUPOLEOS STR., NO 48,<br>KOROPI, ATTICA19441<br>GREECE |
| 2.1813 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLAS SAT CONSORTIUM LIMITED<br>ATTN: GENERAL COUNSEL<br>KONSTANTINOUPOLEOS STR.<br>NO. 48, KOROPI<br>ATTICA 19441<br>GREECE |
| 2.1814 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERIVES S.A.<br>ATTN: GENERAL COUNSEL<br>14, SKOUZE STREET<br>18536<br>GREECE |
| 2.1815 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS 18536<br>GREECE |
| 2.1816 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAES<br>GREECE |
| 2.1817 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS<br>GREECE |
| 2.1818 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |

Debtor    Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1819** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS<br>GREECE |
| **2.1820** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS<br>GREECE |
| **2.1821** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS<br>GREECE |
| **2.1822** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14, SKOUZE STREET<br>18536<br>GREECE |
| **2.1823** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS<br>GREECE |
| **2.1824** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1825** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |

Debtor    Global Eagle Entertainment Inc.
                Name                                                          Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1826** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1827** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE TREET<br>PIRAEUS<br>GREECE |
| **2.1828** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1829** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A.<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1830** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1831** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1832** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES S.A<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS 19441<br>GREECE |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
                Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1833** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES SA<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1834** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES. S.A.<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| **2.1835** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES<br>ATTN: GENERAL COUNSEL<br>14<br>SKOUZE STREET<br>18536<br>GREECE |
| **2.1836** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>PIRAEUS<br>GREECE |
| **2.1837** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES<br>ATTN: GENERAL COUNSEL<br>14, SKOUZE STREET<br>18<br>GREECE |
| **2.1838** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RADIO SERVICES<br>ATTN: GENERAL COUNSEL<br>14 SKOUZE STREET<br>18536<br>GREECE |
| **2.1839** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HELLENIC RODIO SERVICES<br>ATTN: GENERAL COUNSEL<br>14,SKOUZE STREET<br>18536<br>GREECE |

Debtor      __Global Eagle Entertainment Inc._____      Case number (if known) __20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1840 | State what the contract or lease is for and the nature of the debtor's interest | HELLINIC RADIO SERVICES SA<br>14 SKOUZE STR<br>14, SKOUZE STR<br>PIRAEUS 18536<br>GREECE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1841 | State what the contract or lease is for and the nature of the debtor's interest | HER MAJESTY THE QUEEN IN RIGHT OF HER PROVINCE OF NOVA SCOTIA<br>MINISTER OF ECONOMIC AND RURAL DEVELOPMENT AND TOURISM<br>NOVA SCOTIA PROCUREMENT<br>ATTN: CONTRACT ADMINISTRATOR,6176 YOUNG STREET, PO BOX 787<br>HALIFAX, NS B3J 2V2<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1842 | State what the contract or lease is for and the nature of the debtor's interest | HERCULES HOLDINGS LLC<br>N.3 OFFICES AT OLD FORT BAY<br>P.O. BOX SP-63157, WESTERN RD.<br>NASSAU<br>BAHAMAS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1843 | State what the contract or lease is for and the nature of the debtor's interest | HIGHLAND FILM GROUP<br>6310 SAN VINCENTE BL #500<br>LOS ANGELES, CA 90048 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1844 | State what the contract or lease is for and the nature of the debtor's interest | HIGHLAND FILM GROUP<br>6310 SAN VINCENTE BL #500<br>LOS ANGELES, CA 90048 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1845 | State what the contract or lease is for and the nature of the debtor's interest | HIRERIGHT, LLC<br>ATTN: LEGAL DEPARTMENT<br>3349 MICHELSON DRIVE<br>SUITE 150<br>IRVINE, CA 92612 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1846 | State what the contract or lease is for and the nature of the debtor's interest | HISP SOUTH SUDAN BENTIU<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1847 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HISPAMAR EXTERIOR S.L.<br>ATTN: GENERAL COUNSEL<br>CALLE GOBELAS NO 41<br>MADRID 28023<br>SPAIN |
| 2.1848 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HISPAMAR SATELITES S/A<br>ATTN: GENERAL COUNSEL<br>PRAIA DO FLAMENGO 200<br>17 ANDAR<br>RIO DE JANEIRO, RJ 22210-901<br>BRAZIL |
| 2.1849 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HISPAMAR SATELITES S/A<br>ATTN: GENERAL COUNSEL<br>PRAIA DO FLAMENGO 200<br>17 ANDAR<br>RIO DE JANEIRO, RJ 22210-901<br>BRAZIL |
| 2.1850 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HISPAMAR SATELITES<br>ATTN: GENERAL COUNSEL<br>PRAIA DO FLAMENGO 200<br>17 ANDAR, FLAMENGO<br>RIO DE JANEIRO CEP 22210-90<br>BRAZIL |
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HIXSON NAGATANI LLP<br>ATTN: GENERAL COUNSEL<br>4655 OLD IRONSIDES DRIVE<br>SUITE 420<br>SANTA CLARA, CA 95054 |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HJERTMANS FASTIGHETSFOVALTNING AB<br>RESEARCHING ADDRESS |
| 2.1853 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HKSARG AS REPRESENTED BY RTHK<br>ATTN: GENERAL COUNSEL<br>EDUCATIONAL TELVISION CENTRE<br>79 BROADCAST DRIVE<br><br>HONG KONG |

Debtor  Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1854 | State what the contract or lease is for and the nature of the debtor's interest | HOGAN LOVELLS ATTN: GENERAL COUNSEL 555 THIRTEENTH STREET NORTHWEST WASHINGTON, DC 20004 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1855 | State what the contract or lease is for and the nature of the debtor's interest | HOGAN LOVELLS ATTN: GENERAL COUNSEL COLUMBIA SQUARE 555 THIRTEENTH STREET, NW WASHINGTON, DC 20004 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1856 | State what the contract or lease is for and the nature of the debtor's interest | HOLLAND AMERICA LINE INC. ATTN: GENERAL COUNSEL 300 ELLIOTT AVE. WEST SEATTLE, WA 98119 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1857 | State what the contract or lease is for and the nature of the debtor's interest | HOLLAND AMERICAN LINES ATTN: GENERAL COUNSEL 300 ELLIOTT AVE. WEST SEATTLE, WA 98119 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1858 | State what the contract or lease is for and the nature of the debtor's interest | HOME BOX OFFICE, INC. ATTN: GENERAL COUNSEL 1100 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1859 | State what the contract or lease is for and the nature of the debtor's interest | HOME BOX OFFICE, INC. ATTN: GENERAL COUNSEL 1100 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1860 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG AIRLINE LIMITED ATTN: DIRECTOR, CORPORATE GOVERENCE AND DEVELOPMENT DEPARTMENT 11/F ONE CITYGATE 20 TAT TUNG ROAD TUNG CHUNG, LAUTAU HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1861 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>11/F ONE CITYGATE<br>20 TAT TUNG ROAD<br>TUNG CHUNG, LANTAU<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1862 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>11TH FLOOR, ONE CITYGATE<br>20 TAT TUNG ROAD<br>TUNG CHUNG, LANTAU<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1863 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>11TH FLOOR, ONE CITYGATE<br>20 TAT TUNG ROAD<br>TUNG CHUNG, LANTAU<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1864 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG AIRLINES LIMITED<br>ATTN: DIRECTOR, CORPORATE GOVERNANCE AND DEVELOPMENT DEPARTMENT<br>11/F ONE CITYGATE<br>20 TAT TUNG ROAD<br>TUNG CHUNG, LANTAU<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1865 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG AIRLINES<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, ONE CITYGATE<br>20 TAT TUNG ROAD, TUNG CUNG<br>LANTAU, HONG KONG 999077<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1866 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG AIRLINES<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, ONE CITYGATE<br>20 TAT TUNG ROAD, TUNG CUNG<br>LANTAU, HONG KONG 999077<br>HONG KONG |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1867 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG DRAGON AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>33RD FLOOR<br>ONE PACIFIC PLACE, 88 QUEENSWAY<br>HONG KONG<br>CHINA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1868 | State what the contract or lease is for and the nature of the debtor's interest | HONG KONG DRAGON AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>33RD FLOOR, ONE PACIFIC PLACE, 88 QUEENSWAY<br>HONG KONG<br>CHINA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1869 | State what the contract or lease is for and the nature of the debtor's interest | HOWARD HUGHES CENTER<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1870 | State what the contract or lease is for and the nature of the debtor's interest | HS FILM LLC<br>2700 COLORADO AVENUE<br>SANTA MONICA, CA 90404 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1871 | State what the contract or lease is for and the nature of the debtor's interest | HS FILM LLC<br>2700 COLORADO AVENUE<br>SANTA MONICA, CA 90404 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1872 | State what the contract or lease is for and the nature of the debtor's interest | HUAYI BROTHERS INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>LOU TAI NO. 9 ARTCENTER BUILDING CO8<br>WENYU RIVER DUAN NO. 9, TIANZHU, SHUNYI DISTRICT<br>BEIJING 101312<br>CHINA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1873 | State what the contract or lease is for and the nature of the debtor's interest | HUAYI BROTHERS INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>LOU TAI NO. 9 ARTCENTER BUILDING CO8<br>WENYU RIVER DUAN NO. 9, TIANZHU, SHUNYI DISTRICT<br>BEIJING 101312<br>CHINA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1874 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                        Case number (if known)  20-11835 (JTD)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1875   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| 2.1876   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| 2.1877   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| 2.1878   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| 2.1879   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| 2.1880   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| 2.1881   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|--------|-------|-------|
|        | Name |       |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|------------------------------------------|
| **2.1882** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| **2.1883** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>PO BOX 64136<br>BALTIMORE, MD 21264 |
| **2.1884** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>ATTN: GENERAL COUNSEL<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| **2.1885** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>ATTN: GENERAL COUNSEL<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| **2.1886** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>ATTN: GENERAL COUNSEL<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| **2.1887** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>ATTN: GENERAL COUNSEL<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| **2.1888** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>ATTN: GENERAL COUNSEL<br>L 17 L 7 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |

Debtor _____Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
                   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1889** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS<br>ATTN: GENERAL COUNSEL<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| **2.1890** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUMAN CAPITAL ADVANTAGE LLC<br>RESEARCHING ADDRESS |
| **2.1891** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HURRICANE ELECTRIC AE<br>ATTN: GENERAL COUNSEL<br>760 MISSION COURT<br>FREMONT, CA 94539 |
| **2.1892** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HURRICANE ELECTRIC AE<br>ATTN: GENERAL COUNSEL<br>760 MISSION COURT<br>FREMONT, CA 94539 |
| **2.1893** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HYBRIK, INC.<br>ATTN: GENERAL COUNSEL<br>7295 HURST PARK ROAD<br>RENO, NV 89502 |
| **2.1894** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HYBRIK, INC.<br>ATTN: GENERAL COUNSEL<br>7295 HURST PARK ROAD<br>RENO, NV 89502 |
| **2.1895** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HYBRIK<br>7295 HURST PARK ROAD<br>RENO, NV 89502 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number _(if known)_ _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1896 | State what the contract or lease is for and the nature of the debtor's interest | IBERIA EXPRESS, S.A.U.<br>ATTN: GENERAL COUNSEL<br>C/ALCANIZ 23<br>1 PLANTA<br>MADRID 20842<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1897 | State what the contract or lease is for and the nature of the debtor's interest | IBERIA EXPRESS<br>ATTN: GENERAL COUNSEL<br>CALLE ALCAÑIZ - 23<br>BARAJAS<br>MADRID 28042<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1898 | State what the contract or lease is for and the nature of the debtor's interest | IBERIA LAE OPERADORA S.A, SOCIEDAD UNIPERSONAL<br>ATTN: GENERAL COUNSEL<br>CALLE MARTINEZ VILLERGAS 49 28027<br><br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1899 | State what the contract or lease is for and the nature of the debtor's interest | IBERIA LÍNEAS AÉREAS DE ESPAÑA S.A.U OPERADORA<br>ATTN: GENERAL COUNSEL<br>28080<br>MADRID 59055<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1900 | State what the contract or lease is for and the nature of the debtor's interest | IBERIA, LÍNEAS AÉREAS DE ESPAÑA, SOCIEDAD ANÓNIMA OPERADORA<br>ATTN: GENERAL COUNSEL<br>CALLE MARTÍNEZ VILLERGAS<br>MADRID 28027<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1901 | State what the contract or lease is for and the nature of the debtor's interest | IBERIA<br>ATTN: GENERAL COUNSEL<br>CALLE MARTINEZ VILLERGAS 49 28027<br><br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.1902 | State what the contract or lease is for and the nature of the debtor's interest | IBERIA<br>ATTN: GENERAL COUNSEL<br>CALLE MARTINEZ VILLERGAS 49 28027<br><br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                  Case number *(if known)* __20-11835 (JTD)__
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1903 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ICELANDAIR<br>ATTN: GENERAL COUNSEL<br>REYKJAVIK AIRPORT<br>REYKJAVIK 101<br>ICELAND |
| 2.1904 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ICELANDAIR<br>ATTN: GENERAL COUNSEL<br>ICELANDAIR GROUP HF<br>REYKJAVÍK AIRPORT<br>REYKJAVÍK 101<br>ICELAND |
| 2.1905 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ICELANDAIR<br>ATTN: GENERAL COUNSEL<br>REYKJAVIKURFLUGVOLLUR<br>REYKJAVIK<br>ICELAND |
| 2.1906 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ICON CONNECT LTD.<br>ATTN: GENERAL COUNSEL<br>HEAD OFFICE<br>FOCAL POINT, LACERTA COURT<br>LETCHWORTH SG61FJ<br>UNITED KINGDOM |
| 2.1907 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ICSYNERGY SOFTWARE, LLC<br>ATTN: GENERAL COUNSEL<br>5601 DEMOCRACY DRIVE<br>SUITE 205<br>PLANO, TX 75024 |
| 2.1908 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ICSYNERGY SOFTWARE, LLC<br>ATTN: GENERAL COUNSEL<br>5601 DEMOCRACY DRIVE<br>SUITE 205<br>PLANO, TX 75024 |
| 2.1909 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IDEAL TRANSPORTATION MANAGEMENT LLC<br>RESEARCHING ADDRESS |

Debtor    Global Eagle Entertainment Inc.             Case number *(if known)* _20-11835 (JTD)_
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1910** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IFE SERVICES LTD<br>5221 HAIG ROAD<br>PARKGATE INDUSTRIAL ESTATE<br>CHESHIRE WA16 8DX<br>UNITED KINGDOM |
| **2.1911** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IFE SERVICES SA PTY LIMITED<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.1912** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ILAN GOLDMAN<br>ATTN: GENERAL COUNSEL<br>39 PARK AVENUE<br>VENICE, CA 90291 |
| **2.1913** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| **2.1914** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| **2.1915** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| **2.1916** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |

Debtor   Global Eagle Entertainment Inc.
         Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1917** State what the contract or lease is for and the nature of the debtor's interest | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.1918** State what the contract or lease is for and the nature of the debtor's interest | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.1919** State what the contract or lease is for and the nature of the debtor's interest | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.1920** State what the contract or lease is for and the nature of the debtor's interest | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.1921** State what the contract or lease is for and the nature of the debtor's interest | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.1922** State what the contract or lease is for and the nature of the debtor's interest | IM GLOBAL<br>ATTN: GENERAL COUNSEL<br>8201 BEVERLY BOULEVARD<br>5TH FLOOR<br>LOS ANGELES, CA 90048 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.1923** State what the contract or lease is for and the nature of the debtor's interest | IN-FLIGHT ENTERTAINMENT SPAIN, S.L.<br>ATTN: GENERAL COUNSEL<br>C/O IFE SERVICES<br>CONDE DE PENALVER 38, 5TH DDUCHA<br>MADRID 28006<br>SPAIN |
| State the term remaining<br>List the contract number of any government contract | |

Debtor     __Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
                        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1924 | State what the contract or lease is for and the nature of the debtor's interest | IN2 MUSICA<br>ATTN: GENERAL COUNSEL<br>C/O MN2S<br>31 NE 17TH STREET<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1925 | State what the contract or lease is for and the nature of the debtor's interest | IN2 MUSICA<br>ATTN: GENERAL COUNSEL<br>C/O MN2S<br>31 NE 17TH STREET<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1926 | State what the contract or lease is for and the nature of the debtor's interest | IN2 MUSICA<br>ATTN: GENERAL COUNSEL<br>C/O MN2S<br>31 NE 17TH STREET<br>MIAMI, FL 33132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1927 | State what the contract or lease is for and the nature of the debtor's interest | INBOUND AUDIO LICENSE AGREEMENTS<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1928 | State what the contract or lease is for and the nature of the debtor's interest | INDIACAST MEDIA DISTRIBUTION PVT LTD<br>ATTN: GENERAL COUNSEL<br>703, 7TH FLOOR, HDIL KALEDONIA<br>OPP. VIJAY NAGAR, SAHAR ROAD<br>MUMBAI, MAHARASHTRA 400069<br>INDIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1929 | State what the contract or lease is for and the nature of the debtor's interest | INDIACAST MEDIA DISTRIBUTION PVT LTD<br>ATTN: GENERAL COUNSEL<br>703, 7TH FLOOR, HDIL KALEDONIA<br>OPP. VIJAY NAGAR, SAHAR ROAD<br>MUMBAI, MAHARASHTRA 400069<br>INDIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1930 | State what the contract or lease is for and the nature of the debtor's interest | INDIACAST MEDIA DISTRIBUTION PVT LTD<br>ATTN: GENERAL COUNSEL<br>703, 7TH FLOOR, HDIL KALEDONIA<br>OPP. VIJAY NAGAR, SAHAR ROAD<br>MUMBAI, MAHARASHTRA 400069<br>INDIA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1931 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INDIACAST MEDIA DISTRIBUTION PVT LTD<br>ATTN: GENERAL COUNSEL<br>428 WEST END MALL<br>NEAR JANAKPURI WEST METRO STATION, JANAKPURI,<br>NEW DEHLI 110058<br>INDIA |
| 2.1932 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INDIACAST MEDIA DISTRIBUTION PVT LTD<br>ATTN: GENERAL COUNSEL<br>703, 7TH FLOOR, HDIL KALEDONIA<br>OPP. VIJAY NAGAR, SAGAR ROAD, MAHARASHTRA<br>MUMBAI 400069<br>INDIA |
| 2.1933 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INDIACAST MEDIA DISTRIBUTION PVT LTD<br>ATTN: GENERAL COUNSEL<br>703, 7TH FLOOR, HDIL KALEDONIA OPP.<br>OPP. VIJAY NAGAR, SAHAR ROAD, MUMBAI<br>MAHARASHTRA 400069<br>INDIA |
| 2.1934 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INFLIGHT DUBLIN<br>ATTN: GENERAL COUNSEL<br>BLOCK 7, BELFIELD OFFICE PARK, CLONSKEAGH<br>DUBLIN 4, IRELAND |
| 2.1935 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INFLIGHT DUBLN<br>ATTN: GENERAL COUNSEL<br>BLOCK 7<br>BELFIELD OFFICE PARK, CLONSKEAGH<br>DUBLIN, IRELAND 4 |
| 2.1936 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INFLIGHT ENTERTAINMENT COMPANY LIMITED?<br>ATTN: GENERAL COUNSEL<br>THE RED HOUSE<br>LEWES ROAD, EAST GRINSTEAD<br>WEST SUSSEX RH19 3SZ<br>UNITED KINGDOM |
| 2.1937 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INFLIGHT ENTERTAINMENT INC<br>ATTN: GENERAL COUNSEL<br>3761 NORTH PARK ROAD<br>HOLLYWOOD, FL 33021 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1938 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INFLIGHT INC PTE LTD<br>NO 26, #08-124<br>SING MING LANE<br>MIDVIEW CITY 573960<br>SINGAPORE |
| 2.1939 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INFLIGHT INC PTE LTD<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR<br>1 ASHLEY ROAD<br>CHESHIRE WA142DT<br>UNITED KINGDOM |
| 2.1940 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INFLIGHT INC PTE LTD<br>ATTN: JOHN THORMAN<br>C/- TMF GROUP<br>LEVEL 12, 55 SHORTLAND STREET<br>AUCKLAND 1010<br>NEW ZEALAND |
| 2.1941 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INFLIGHT PRODUCTIONS BV<br>UNIT 3346, TRIPORT 1<br>EVERT VAN DE BEEKSTRAAT15<br>SCHIPHOL 1118CL<br>NETHERLANDS |
| 2.1942 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INFLIGHT PRODUCTIONS PTE LTD<br>23 SERANGOON NORTH AVENUE 5<br># 05-03, BTH CENTRE<br>KAMPONG 554530<br>SINGAPORE |
| 2.1943 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INFLIGHT PRODUCTIONS PTE LTD<br>23 SERANGOON NORTH AVENUE 5<br># 05-03, BTH CENTRE<br>KAMPONG 554530<br>SINGAPORE |
| 2.1944 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INFLIGHT PRODUCTIONS PTE LTD<br>23 SERANGOON NORTH AVENUE 5<br># 05-03, BTH CENTRE<br>KAMPONG 554530<br>SINGAPORE |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1945 | State what the contract or lease is for and the nature of the debtor's interest | INFLIGHT PRODUCTIONS USA INC. 26150 ENTERPRISE WAY LAKE FOREST, CA 92630 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1946 | State what the contract or lease is for and the nature of the debtor's interest | INFLIGHT PRODUCTIONS, LTD. 15 STUKELEY STREET LONDON WC2B 5LT UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1947 | State what the contract or lease is for and the nature of the debtor's interest | INFLIGHT PRODUCTIONS, LTD. 15 STUKELEY STREET LONDON WC2B 5LT UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1948 | State what the contract or lease is for and the nature of the debtor's interest | INFO-TECH RESEARCH GROUP INC RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1949 | State what the contract or lease is for and the nature of the debtor's interest | INFOBASE PUBLISHING ATTN: GENERAL COUNSEL 132 WEST 31ST STREET 17TH FLOOR NEW YORK, NY 10001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1950 | State what the contract or lease is for and the nature of the debtor's interest | INISSION MUNKFORS AB STALVAGEN 4 MUNKFORS 68492 SWEDEN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1951 | State what the contract or lease is for and the nature of the debtor's interest | INMARSAT GOVERNMENT, INC ATTN: LEGAL NOTICES 11600 SUNRISE VALLEY DRIVE, SUITE 200 RESTON, VA 20191 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number _(if known)_ _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1952 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT GOVERNMENT<br>ATTN: CHIEF LEGAL OFFICER<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| 2.1953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT GOVERNMENT<br>11600 SUNRISE VALLEY DR.<br>SUITE 200<br>RESTON, VA 20191 |
| 2.1954 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT GOVERNMENT<br>ATTN: CHIEF LEGAL OFFICER<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| 2.1955 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: LEGAL NOTICES<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| 2.1956 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: LEGAL NOTICES<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| 2.1957 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: LEGAL NOTICES<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| 2.1958 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>PO BOX 32288<br>BOSTON, MA 06150-2288 |

Debtor      Global Eagle Entertainment Inc.                              Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1959** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: GENERAL COUNSEL<br>99 CITY ROAD<br>LONDON EC1Y 1AX<br>UNITED KINGDOM |
| **2.1960** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: CHIEF LEGAL OFFICER<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| **2.1961** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: CHIEF LEGAL OFFICER<br>11600 SUNRISE VALLEY DRIVE, SUITE 200<br>RESTON, VA 20191 |
| **2.1962** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: LEGAL NOTICES<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| **2.1963** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: GENERAL COUNSEL<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| **2.1964** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: GENERAL COUNSEL<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| **2.1965** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INMARSAT<br>ATTN: GENERAL COUNSEL<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |

Debtor    Global Eagle Entertainment Inc.                                      Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1966** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | INNOVA SOLUTIONS <br> ATTN: GENERAL COUNSEL <br> 3211 SCOTT BOULEVARD <br> SUITE 202 <br> SANTA CLARA, CA 95054 |
| **2.1967** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | INNOVA SOLUTIONS <br> ATTN: GENERAL COUNSEL <br> 3211 SCOTT BOULEVARD <br> SUITE 202 <br> SANTA CLARA, CA 95054 |
| **2.1968** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | INNOVA SOLUTIONS <br> ATTN: GENERAL COUNSEL <br> 3211 SCOTT BOULEVARD <br> SUITE 202 <br> SANTA CLARA, CA 95054 |
| **2.1969** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | INNOVA SOLUTIONS <br> ATTN: GENERAL COUNSEL <br> 315 W 36TH ST, 5TH FLOOR <br> NEW YORK, NY 10018 |
| **2.1970** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | INNOVA SOLUTIONS <br> ATTN: FADI BAAKLINI <br> 315 W 36TH ST , 5TH FLOOR <br> NEW YORK, NY 10018 |
| **2.1971** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | INNOVA SOLUTIONS <br> ATTN: GENERAL COUNSEL <br> 315 W 36TH ST, 5TH FLOOR <br> NEW YORK, NY 10018 |
| **2.1972** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | INNOVA SOLUTIONS <br> ATTN: FADI BAAKLINI <br> 315 WEST 36TH STREET <br> 10TH FLOOR <br> NEW YORK, NY 10018 |

Debtor    Global Eagle Entertainment Inc.        Case number *(if known)* 20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1973** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INNOVA SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>315 W 36TH ST, 5TH FLOOR<br>NEW YORK, NY 10018 |
| **2.1974** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INSIGHT GUIDES, INC<br>ATTN: GENERAL MANAGER, FINANCE & ADMINISTRATION<br>38 JOO KOON ROAD<br>628990<br>SINGAPORE |
| **2.1975** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INSTRUM INTERNATIONAL LLC<br>INSTRUM INTERNATIONAL<br>453 S. SPRING ST.<br>LOS ANGELES, CA 90013 |
| **2.1976** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTELSAT USA SALES CORP<br>ATTN: DIRECTOR, USA SALES MANAGEMENT<br>3400 INTERNATIONAL DRIVE<br>NORTHWEST<br>WASHINGTON, DC 20008 |
| **2.1977** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTERCALL, INC.<br>ATTN: LEGAL DEPARTMENT<br>8420 W. BRYN MAWR AVE.<br>SUITE 1100<br>CHICAGO, IL 60631 |
| **2.1978** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTERNATIONAL MEDIA DISTRIBUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>4100 EAST DRY CREEK ROAD<br>CENTENNIAL, CO 80122 |
| **2.1979** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTERNATIONAL MEDIA DISTRIBUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>4100 EAST DRY CREEK ROAD<br>CENTENNIAL, CO 80122 |

Debtor    Global Eagle Entertainment Inc.    Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1980 | State what the contract or lease is for and the nature of the debtor's interest | INTERNATIONAL MEDIA DISTRIBUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>4100 EAST DRY CREEK ROAD<br>CENTENNIAL, CO 80122 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1981 | State what the contract or lease is for and the nature of the debtor's interest | INTERNATIONAL MEDIA DISTRIBUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>4100 EAST DRY CREEK ROAD<br>CENTENNIAL, CO 80122 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1982 | State what the contract or lease is for and the nature of the debtor's interest | INTERNATIONAL MONETARY FUND<br>MS. MYRIAM SYLVA<br>700 19TH ST.<br>WASHINGTON DC, DC 20431 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1983 | State what the contract or lease is for and the nature of the debtor's interest | INVOLTA LLC<br>ATTN: CEO<br>460 12TH AVENUE SOUTH EAST<br>SUITE 100<br>CEDAR RAPIDS, IA 52401 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1984 | State what the contract or lease is for and the nature of the debtor's interest | IPSTAR INTERNATIONAL PTE LIMITED<br>ATTN: GENERAL COUNSEL<br>8 MARINA BOULEVARD #05-02 MARINA BAY FINANCIAL CENTRE<br><br>SINGAPORE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1985 | State what the contract or lease is for and the nature of the debtor's interest | IPSTAR INTERNATIONAL PTE LIMITED<br>ATTN: GENERAL COUNSEL<br>8 MARTINA BOULEVARD #05-02 MARINA BAY FINANCIAL CENTRE<br><br>SINGAPORE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1986 | State what the contract or lease is for and the nature of the debtor's interest | IPSTAR INTERNATIONAL PTE LIMITED<br>ATTN: CHIEF MARKETING OFFICER<br>41/103, MOO 8, RATTANATHIBET ROAD<br>NONTHABURI 11000<br>THAILAND |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|--------|---------------------------------|------------------------------------------|
|        | Name                            |                                          |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1987 | State what the contract or lease is for and the nature of the debtor's interest | IPSTAR INTERNATIONAL PTE LIMITED ATTN: CHIEF MARKETING OFFICER 41/103, MOO 8, RATTANATHIBET ROAD NONTHABURI 11000 THAILAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1988 | State what the contract or lease is for and the nature of the debtor's interest | IRON MOUNTAIN ATTN: GENERAL COUNSEL ONE FEDERAL STREET BOSTON, MA 02110 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1989 | State what the contract or lease is for and the nature of the debtor's interest | IRON MOUNTAIN ATTN: BILL DEFEO 1101 ENTERPRISE DRIVE ROYERSFORD, PA 19468 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1990 | State what the contract or lease is for and the nature of the debtor's interest | IRON MOUNTAIN ATTN: GENERAL COUNSEL ONE FEDERAL STREET BOSTON, MA 02110 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1991 | State what the contract or lease is for and the nature of the debtor's interest | IRON MOUNTAIN ATTN: GENERAL COUNSEL ONE FEDERAL STREET BOSTON, MA 02110 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1992 | State what the contract or lease is for and the nature of the debtor's interest | IRON MOUNTAIN ATTN: GENERAL COUNSEL ONE FEDERAL STREET BOSTON, MA 02110 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1993 | State what the contract or lease is for and the nature of the debtor's interest | IT TECNOLOGIA E INFORMACAO LTDA ATTN: GENERAL COUNSEL AV. MIGUEL ROSA,1650 CENTRO/NORTE TERENSINA, PI BRAZIL |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
          Name                                                    Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1994 | State what the contract or lease is for and the nature of the debtor's interest | ITV CHANNEL DISTRIBUTION AGREEMENT LE CAPELAIN HOUSE, CASTLE QUAY ST. HELIER, JERSEY, CHANNEL ISLANDS JE2 3EH |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1995 | State what the contract or lease is for and the nature of the debtor's interest | ITV CHANNEL DISTRIBUTION AGREEMENT LE CAPELAIN HOUSE, CASTLE QUAY ST. HELIER, JERSEY, CHANNEL ISLANDS JE2 3EH |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1996 | State what the contract or lease is for and the nature of the debtor's interest | ITV CHANNEL DISTRIBUTION AGREEMENT LE CAPELAIN HOUSE, CASTLE QUAY ST. HELIER, JERSEY, CHANNEL ISLANDS JE2 3EH |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1997 | State what the contract or lease is for and the nature of the debtor's interest | ITV INTERNATIONAL CHANNELS (AISIA) LIMITED ATTN: GENERAL COUNSEL LONDON TELEVISION CENTRE UPPER GROUND LONDON SE1 9LT UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1998 | State what the contract or lease is for and the nature of the debtor's interest | ITV INTERNATIONAL CHANNELS (AISIA) LIMITED ATTN: GENERAL COUNSEL LONDON TELEVISION CENTRE UPPER GROUND LONDON SE1 9LT UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.1999 | State what the contract or lease is for and the nature of the debtor's interest | ITV INTERNATIONAL CHANNELS (AISIA) LIMITED ATTN: GENERAL COUNSEL LONDON TELEVISION CENTRE UPPER GROUND LONDON SE1 9LT UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2000 | State what the contract or lease is for and the nature of the debtor's interest | ITV INTERNATIONAL CHANNELS (ASIA) LIMITED ATTN: GENERAL COUNSEL LONDON TELEVISION CENTER UPPER GROUND LONDON SE1 9LT UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2001** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ITV INTERNATIONAL CHANNELS (ASIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>LONDON TELEVISION CENTRE<br>UPPER GROUND<br>LONDON SE1 9LT<br>UNITED KINGDOM |
| **2.2002** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ITV INTERNATIONAL CHANNELS (ASIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>LONDON TELEVSION CENTER<br>UPPER GROUND<br>LONDON SE1 9LT<br>UNITED KINGDOM |
| **2.2003** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JACKSON LEWIS P.C.<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>SUITE 2500<br>LOS ANGELES, CA 90017 |
| **2.2004** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JACKSON LEWIS P.C.<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>SUITE 2500<br>LOS ANGELES, CA 90017 |
| **2.2005** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JACKSON LEWIS P.C.<br>ATTN: GENERAL COUNSEL<br>725 SOUTH FIGUEROA STREET<br>SUITE 2500<br>LOS ANGELES, CA 90017 |
| **2.2006** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JAL BRAND COMMUNICATIONS CO. LTD.<br>ATTN: YOSHIMORI NAKAJIMA<br>40578<br>HIGASHI-SHINAGAWA<br>TOKYO 140-8643<br>JAPAN |
| **2.2007** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JAL BRAND COMMUNICATIONS CO., LTD.<br>ATTN: GENERAL COUNSEL<br>2-4-11, HIGASHI-SHINAGAWA, SHINAGAWA-KU<br>TOKYO 140-8643<br>JAPAN |

Debtor    Global Eagle Entertainment Inc.
Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2008** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JANE KOBAYASHI 5D.2D STUDIO<br>ATTN: GENERAL COUNSEL<br>1207 4TH STREET, PENTHOUSE 3<br>SANTA MONICA, CA 90401 |
| **2.2009** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JANE KOBAYASHI 5D.2D STUDIO<br>ATTN: GENERAL COUNSEL<br>1207 4TH STREET, PENTHOUSE 3<br>SANTA MONICA, CA 90401 |
| **2.2010** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JBC TOKYO<br>RESEARCHING ADDRESS |
| **2.2011** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JEFFREY A. LEDDY<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>6100 CENTER DRIVE<br>SUITE 1020<br>LOS ANGELES, CA 90292 |
| **2.2012** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JEFFREY A. LEDDY<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>4553 GLENCOE AVE.<br>SUITE 300<br>LOS ANGELES, CA 90045 |
| **2.2013** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JEFFREY A. LEDDY<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>6100 CENTER DRIVE<br>SUITE 1020<br>LOS ANGELES, CA 90292 |
| **2.2014** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JENNIFER LANGDON<br>ATTN: GENERAL COUNSEL<br>1537 SOUTH GRAND AVENUE<br>SAN PEDRO, CA 90731 |

Debtor    Global Eagle Entertainment Inc.                        Case number *(if known)* 20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2015** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE, SAHAR AIRPORT ROAD<br>ANDHERI (EAST)<br>MUMBAI 400 099<br>INDIA |
| **2.2016** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE, SAHAR AIRPORT ROAD, ANDHERI EAST<br>MUMBAI 400 099<br>INDIA |
| **2.2017** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400 099<br>INDIA |
| **2.2018** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400 099<br>INDIA |
| **2.2019** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE, SAHAR AIRPORT ROAD<br>ANDHERI (EAST)<br>MUMBAI 400 099 |
| **2.2020** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2021** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |

Debtor    <u>Global Eagle Entertainment Inc.</u>          Case number *(if known)* <u>20-11835 (JTD)</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2022 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2023 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2024 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2025 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD<br>ANDHERI (EAST), MUMBAI 400068<br>INDIA |
| 2.2026 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD<br>ANDHERI (EAST), MUMBAI 400068<br>INDIA |
| 2.2027 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br> 400068<br>INDIA |
| 2.2028 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE, 4TH FLOOR<br>SAHAR AIRPORT ROAD, ANDHERI EAST<br>MUMBAI 400 099<br>INDIA |

Debtor    Global Eagle Entertainment Inc.
_____
          Name

Case number (if known) 20-11835 (JTD)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2029 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD<br>ANDHERI (EAST), MUMBAI 400068<br>INDIA |
| 2.2030 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2031 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2032 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2033 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| 2.2034 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2035 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2036 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD<br>ANDHERI, MUMBAI 400068<br>INDIA |
| 2.2037 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE, 4TH FLOOR<br>SAHAR AIRPORT ROAD<br>ANDHERI EAST, MUMBAI 400 099<br>INDIA |
| 2.2038 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2039 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2040 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>ATTN: GENERAL COUNSEL<br>SM CENTRE<br>ANDHERI KURLA ROAD, ANDHERI (EAST)<br>MUMBAI 400 059<br>INDIA |
| 2.2041 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |
| 2.2042 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2043 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>ATTN: GENERAL COUNSEL<br>188 HOMESMITH ROAD<br>LONDON W6 7DJ<br>UNITED KINGDOM |
| 2.2044 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |
| 2.2045 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |
| 2.2046 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>ATTN: GENERAL COUNSEL<br>410 WEST ARDEN AVENUE, SUITE 206<br>GLENDALE, CA 91203 |
| 2.2047 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD.<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |
| 2.2048 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |
| 2.2049 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET AIRWAYS (INDIA) LTD<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |

Debtor ___Global Eagle Entertainment Inc._____   Case number *(if known)* __20-11835 (JTD)__
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2050 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | JET AIRWAYS (INDIA) LTD<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.2051 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | JET AIRWAYS (INDIA) LTD<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |
| 2.2052 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | JET AIRWAYS (INDIA) LTD<br>TERMINAL 1-B, IGI AIRPORT<br>DELHI 110037<br>INDIA |
| 2.2053 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | JET AIRWAYS<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| 2.2054 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | JET AIRWAYS<br>S. M. CENTRE<br>ANDHERI - KURLA ROAD<br>ANDHERI EAST<br>MUMBAI 400 059<br>INDIA |
| 2.2055 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | JET AIRWAYS<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| 2.2056 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | JET AIRWAYS<br>ATTN: GENERAL COUNSEL<br>188 HAMESSMITH ROAD<br>LONDON W6 7DJ<br>UNITED KINGDOM |

Debtor    _Global Eagle Entertainment Inc._    Case number *(if known)* _20-11835 (JTD)_
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2057** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | JET AIRWAYS <br> ATTN: GENERAL COUNSEL <br> SIROYA CENTRE <br> SAHAR AIRPORT ROAD, ANDHERI (EAST) <br> MUMBAI 400099 <br> INDIA |
| **2.2058** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | JET AIRWAYS <br> ATTN: GENERAL COUNSEL <br> SIROYA CENTRE <br> SAHAR AIRPORT ROAD, ANDHERI (EAST) <br> MUMBAI 400099 <br> INDIA |
| **2.2059** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | JET AIRWAYS <br> ATTN: GENERAL COUNSEL <br> SIROYA CENTRE <br> SAHAR AIRPORT ROAD, ANDHERI (EAST) <br> MUMBAI 400099 <br> INDIA |
| **2.2060** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | JET AIRWAYS <br> ATTN: GENERAL COUNSEL <br> SIROYA CENTRE <br> SAHAR AIRPORT ROAD, ANDHERI (EAST) <br> MUMBAI 400099 <br> INDIA |
| **2.2061** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | JET AIRWAYS <br> ATTN: GENERAL COUNSEL <br> SIROYA CENTRE <br> SAHAR AIRPORT ROAD, ANDHERI (EAST) <br> MUMBAI 400099 <br> INDIA |
| **2.2062** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | JET AVIATION AG <br> ATTN: GENERAL COUNSEL <br> AESCHENGRABEN 4051 <br> BASEL <br> SWITZERLAND |
| **2.2063** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | JET LITE (INDIA) LIMITED <br> ATTN: GENERAL COUNSEL <br> SIROYA CENTRE <br> SAHAR AIRPORT ROAD, ANDHERI (EAST) <br> MUMBAI 400099 <br> INDIA |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
         <sub>Name</sub>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2064** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITE (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2065** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITE (INDIA) LIMITED<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2066** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITE (INDIA) LTD.<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2067** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITE (INDIA) LTD.<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2068** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITE (INDIA) LTD<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2069** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITE<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2070** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITE<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |

Debtor      Global Eagle Entertainment Inc.
                Name                                                    Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2071** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITTLE (INDIA) LTD.<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2072** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET LITTLE (INDIA) LTD.<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2073** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JET<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400099<br>INDIA |
| **2.2074** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETBLUE AIRWAYS COPORATION<br>ATTN: GENERAL COUNSEL<br>27-01 QUEENS PLAZA NORTH<br>LONG ISLAND CITY, NY 11101 |
| **2.2075** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETBLUE AIRWAYS CORPORATION<br>ATTN: GENERAL COUNSEL<br>27-01 QUEENS PLAZA NORTH<br>LONG ISLAND CITY, NY 11011 |
| **2.2076** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETBLUE AIRWAYS CORPORATION<br>ATTN: BRAND MANAGER<br>118-29 QUEENS BOULEVARD<br>FOREST HILLS, NY 11375 |
| **2.2077** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETSTAR AIRWAYS PTY LIMITED<br>ATTN: GENERAL COUNSEL<br>79 VICTORIA PARADE<br>COLLINGWOOD, VIC 3066<br>AUSTRALIA |

| Debtor | <u>Global Eagle Entertainment Inc.</u> | Case number *(if known)* <u>20-11835 (JTD)</u> |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2078** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETSTAR AIRWAYS PTY LIMITED<br>ATTN: GENERAL COUNSEL<br>79 VICTORIA PARADE<br>COLLINGWOOD VIC<br>AUSTRALIA |
| **2.2079** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETSTAR AIRWAYS PTY LIMITED<br>ATTN: PURCHASING MANAGER<br>79 VICTORIA PARADE<br>COLLINGWOOD VIC 3066<br>AUSTRALIA |
| **2.2080** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETSTAR AIRWAYS PTY LIMITED<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>MASCOT, NEW SOUTH WALES |
| **2.2081** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETSTAR AIRWAYS PTY LIMITED<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>MASCOT NSW 2020<br>AUSTRALIA |
| **2.2082** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETSTAR AIRWAYS PTY LIMITED<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>MASCOT, NSW 2020<br>AUSTRALIA |
| **2.2083** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JETSTAR AIRWAYS PTY LIMITED<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>NEW SOUTH WALES 2020<br>AUSTRALIA |
| **2.2084** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JIALIN JIA<br>ATTN: GENERAL COUNSEL<br>6260 WEST 3RD STREET,<br>APT #11<br>LOS ANGELES, CA 90036 |

Debtor    Global Eagle Entertainment Inc.
                Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2085** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JOBMEAL I SUNDSVALL AB<br>ATTN: GENERAL COUNSEL<br>TIMMERVÄGEN 4<br>SUNDSVALL 857 53<br>SWEDEN |
| **2.2086** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JOHN E. POPE AND JACQUELYN SINGER, TRUSTEES OF THE POPE/SINGER FAMILY TRUST<br>RESEARCHING ADDRESS |
| **2.2087** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JOINT-STOCK COMPANY FOR AIR-TRAFFIC AIRSERBIA, BELGRADE<br>RESEARCHING ADDRESS |
| **2.2088** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JONES LANG LASALLE AMERICAS INC<br>ATTN: GENERAL COUNSEL<br>200 EAST RANDOLPH DRIVE<br>CHICAGO, IL 60601 |
| **2.2089** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JONES LANG LASALLE AMERICAS INC<br>ATTN: CHARLIE SMITH<br>515 SOUTH FLOWER STREET, 13TH FLOOR<br>LOS ANGELES, CA 90071 |
| **2.2090** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JONES LANG LASALLE AMERICAS INC<br>ATTN: GENERAL COUNSEL<br>EMAAR SQUARE BUILDING 1, OFFICE 403<br>PO BOX 214029<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.2091** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JONES LANG LASALLE AMERICAS INC<br>ATTN: GENERAL COUNSEL<br>EMAAR SQUARE BUILDING 1, OFFICE 403<br>PO BOX 214029<br>DUBAI<br>UNITED ARAB EMIRATES |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2092 | State what the contract or lease is for and the nature of the debtor's interest | JONES LANG LASALLE AMERICAS INC<br>ATTN: GENERAL COUNSEL<br>EMAAR SQUARE BUILDING 1, OFFICE 403<br>PO BOX 214029<br>DUBAI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2093 | State what the contract or lease is for and the nature of the debtor's interest | JONES LANG LASALLE LIMITED<br>ATTN: GENERAL COUNSEL<br>ONE PICCADILLY GARDENS<br>MANCHESTER M1 1RG<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2094 | State what the contract or lease is for and the nature of the debtor's interest | JOSH MARKS<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>4553 GLENCOE AVE.<br>SUITE 300<br>MARINA DEL RAY, CA90292 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2095 | State what the contract or lease is for and the nature of the debtor's interest | JOSH MARKS<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>4553 GLENCOE AVE.<br>SUITE 300<br>LOS ANGELES, CA 90292 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2096 | State what the contract or lease is for and the nature of the debtor's interest | JSAT<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2097 | State what the contract or lease is for and the nature of the debtor's interest | JSC URAL AIRLINES<br>ATTN: GENERAL COUNSEL<br>UTRENNIY 1G<br>EKATERINBURG 620025<br>RUSSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2098 | State what the contract or lease is for and the nature of the debtor's interest | JSC URAL AIRLINES<br>ATTN: GENERAL COUNSEL<br>UTRENNIY 1G<br>EKATERINBURG 620025<br>RUSSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2099** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JULIO DE DOUZA FRANCO D/B/A INFORTREAD<br>ATTN: GENERAL COUNSEL<br>RUA DJAIMA DUTRA, 44M CASA A<br>MANAUS 69053-400<br>BRAZIL |
| **2.2100** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JUNKIN MEDIA, INC<br>RESEARCHING ADDRESS |
| **2.2101** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JUSTIN KOZONIS<br>ATTN: GENERAL COUNSEL<br>9622 MCLENNAN AVE<br>NORTHRIDGE, CA 91343 |
| **2.2102** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | JWCH INSTITUTE<br>ATTN: GENERAL COUNSEL<br>5650 JILLSON ST<br>COMMERCE, CA 90040 |
| **2.2103** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | K&L GATES LLP<br>ATTN: SAMUEL HERNANDEZ<br>ONE SW COLUMBIA STREET, SUITE 1900<br>PORTLAND, OR 97204 |
| **2.2104** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KAI WULFF<br>ATTN: GENERAL COUNSEL<br>29636 AVANTE<br>LAGUNA NIGUEL, CA 92677 |
| **2.2105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KASPAROV (SMSI)<br>232 SEABREEZE AVENUE<br>PALM BEACH, FL 33480 |

Debtor    <u>Global Eagle Entertainment Inc.</u>    Case number (if known) <u>20-11835 (JTD)</u>
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2106 | State what the contract or lease is for and the nature of the debtor's interest | KASPAROV (SMSI)<br>232 SEABREEZE AVENUE<br>PALM BEACH, FL 33480 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2107 | State what the contract or lease is for and the nature of the debtor's interest | KBR GOVERNMENT & INFRASTRUCTURE<br>500 JEFFERSON<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2108 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>GOVERNMENT SERVICES - AMERICAS<br>601 JEFFERSON AVE<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2109 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2110 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2111 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2112 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2113 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2114 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2115 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2116 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2117 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2118 | State what the contract or lease is for and the nature of the debtor's interest | KBR<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2119 | State what the contract or lease is for and the nature of the debtor's interest | KBRWYLE<br>ATTN: GENERAL COUNSEL<br>601 JEFFERSON ST, JE-2342D<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELEHER, JAMES<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.2121** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77002 |
| **2.2122** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>1080 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 |
| **2.2123** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>601 JEFFERSON ST<br>HOUSTON, TX 77002 |
| **2.2124** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77002 |
| **2.2125** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77077 |
| **2.2126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77002 |

Debtor  ___Global Eagle Entertainment Inc._____  Case number (if known) __20-11835 (JTD)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2127** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON<br>HOUSTON, TX 77002 |
| **2.2128** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON<br>HOUSTON, TX 77077 |
| **2.2129** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77002 |
| **2.2130** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77002 |
| **2.2131** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77002 |
| **2.2132** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KELLOGG BROWN & ROOT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>500 JEFFERSON STREET<br>HOUSTON, TX 77002 |
| **2.2133** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KENKEN PUZZLE, LLC<br>ATTN: ROBERT FUHRER<br>39 WASHINGTON AVE<br>PLEASANTVILLE, NY 10514 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KEY CODE MEDIA<br>270 S. FLOWER ST<br>BURBANK, CA 91502 |
| **2.2135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KEY INFORMATION SYSTEMS, INC.<br>ATTN: CEO<br>30077 AGOURA COURT<br>FIRST FLOOR<br>AGOURA HILLS, CA 91301 |
| **2.2136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KEY PERFORMANCE IDEAS INC<br>ATTN: GENERAL COUNSEL<br>30672 PASEO DEL NIGUEL<br>LAGUNA NIGUEL, CA 92677 |
| **2.2137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KEY PERFORMANCE IDEAS INC<br>ATTN: GENERAL COUNSEL<br>30672 PASEO DEL NIGUEL<br>LAGUNA NIGUEL, CA 92677 |
| **2.2138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KEY PERFORMANCE IDEAS INC<br>ATTN: GENERAL COUNSEL<br>30672 PASEO DEL NIGUEL<br>LAGUNA NIGUEL, CA 92677 |
| **2.2139** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KEYSTONE ENTERTAINMENT<br>ATTN: GENERAL COUNSEL<br>2339 COLUMBIA STREET<br>SUITE 300<br>VANCOUVER, BC V5Y 3Y3<br>CANADA |
| **2.2140** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KIM NAKAMARU<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2141 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | KINETIC NEW YORK <br> ATTN: CHARLIE BROOK <br> 230 PARK AVENUE SOUTH, 5TH FLOOR <br> NEW YORK, NY 10003 |
| 2.2142 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | KING FAISAL CENTER FOR RESEARCH AND ISLAMIC STUDIES <br> ATTN: GENERAL COUNSEL <br> OLAYA STREET <br> RIYADH <br> SAUDI ARABIA |
| 2.2143 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | KINGSTON COMMUNICATIONS <br> KINGSTON COMMUNICATIONS (HULL) PLC <br> ATTN: GENERAL COUNSEL <br> 37 CARR LANE, HULL <br> HU1 3RE <br> UNITED KINGDOM |
| 2.2144 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | KITAB SAWTI AB <br> ATTN: GENERAL COUNSEL <br> 559052-8534, FLEMINGGATAN 105 <br> STOCKHOLM 112 45 <br> SWEDEN |
| 2.2145 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | KITAB SAWTI <br> ATTN: GENERAL COUNSEL <br> 559052-8534, FLEMINGGATAN 105 <br> STOCKHOLM 112 45 <br> SWEDEN |
| 2.2146 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | KITAB SAWTI <br> ATTN: GENERAL COUNSEL <br> 559052-8534, FLEMINGGATAN 105 <br> 112 45 <br> SWEDEN |
| 2.2147 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | KJAER DATA APS. <br> ATTN: GENERAL COUNSEL <br> HVIDKAEVEJ 48 <br> ODENSE SV 5250 |

Debtor    Global Eagle Entertainment Inc.                              Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KJAER DATA APS.<br>ATTN: GENERAL COUNSEL<br>HVIDKAERVEJ 48<br>ODENSE SV DK-5250<br>DENMARK |
| 2.2149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KJAER DATA APS<br>ATTN: GENERAL COUNSEL<br>HVIDKAEVEJ 48<br>ODENSE SV 5250 |
| 2.2150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KNIGHT SKY, LLC<br>ATTN: GENERAL COUNSEL<br>5123 PEGASUS CT, SUITE X<br>FREDERICK, MD 21704 |
| 2.2151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KNOSSOS LTD C/O RENAISSANCE TECHNOLOGIES<br>C/O RENAISSANCE TECHNOLOGIES |
| 2.2152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KOFAX, INC.<br>ATTN: GENERAL COUNSEL<br>15211 LAGUNA CANYON ROAD<br>IRVINE, CA 92618 |
| 2.2153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KONICA MINOLTA PREMIER FINANCE<br>ATTN: GENERAL COUNSEL<br>100 WILLIAMS DRIVE<br>RAMSEY, NJ 07446 |
| 2.2154 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KONINKLIJKE LUCHTVAART MAATSCHAPPIJ NV D/B/A KLM ROYAL DUTCH AIRLINES<br>ATTN: GENERAL COUNSEL<br>AMSTERDAMSEWEG 55<br>AMSTELVEEN<br>NETHERLANDS |

| Debtor | <u>Global Eagle Entertainment Inc.</u> | Case number *(if known)* <u>20-11835 (JTD)</u> |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2155 | State what the contract or lease is for and the nature of the debtor's interest | KONINKLIJKE LUCHTVAART MAATSCHAPPIJ NV D/B/A KLM ROYAL DUTCH AIRLINES<br>ATTN: GENERAL COUNSEL<br>AMSTERDAMSEWEG 55<br>AMSTELVEEN, THE NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2156 | State what the contract or lease is for and the nature of the debtor's interest | KONINKLIJKE LUCHTVAART MAATSCHAPPIJ NV D/B/A KLM ROYAL DUTCH AIRLINES<br>KLM ROYAL DUTUCH AIRLINES<br>PROCURMENT DEPARTMENT AMS/EW<br>PO BOX 7700<br>SCHIPHOL, THE NETHERLANDS 1117 ZL |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2157 | State what the contract or lease is for and the nature of the debtor's interest | KONTRON AMERICA<br>ATTN: GENERAL COUNSEL<br>14118 STOWE DRIVE<br>POWAY, CA92064 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2158 | State what the contract or lease is for and the nature of the debtor's interest | KOREAN AIR<br>ATTN: GENERAL COUNSEL<br>1370 GONGHANG-DONG<br>GANGSEO-GU<br>SEOUL, KOREA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2159 | State what the contract or lease is for and the nature of the debtor's interest | KOREAN AIR<br>ATTN: GENERAL COUNSEL<br>1370 GONGHANG-DONG<br>GANGSEO-GU<br>SEOUL, KOREA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2160 | State what the contract or lease is for and the nature of the debtor's interest | KOREAN AIR<br>ATTN: GENERAL COUNSEL<br>1370 GONGHANG-DONG<br>GANGSEO-GU<br>SEOUL, KOREA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2161 | State what the contract or lease is for and the nature of the debtor's interest | KOREAN AIR<br>ATTN: GENERAL COUNSEL<br>1370 GONGHANG-DONG<br>GANGSEO-GU<br>SEOUL, KOREA |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.    Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2162 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KPMG LLP<br>ATTN: GENERAL COUNSEL<br>SUITE 1500<br>550 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071-2629 |
| 2.2163 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KPMG LLP<br>ATTN: GENERAL COUNSEL<br>SUITE 1500<br>550 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071-2629 |
| 2.2164 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KPMG LLP<br>ATTN: GENERAL COUNSEL<br>SUITE 1500<br>550 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071-2629 |
| 2.2165 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KPMG LLP<br>ATTN: GENERAL COUNSEL<br>550 SOUTH HOPE STREET<br>SUITE 1500<br>LOS ANGELES, CA 90071 |
| 2.2166 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KTLA, LLC<br>RESEARCHING ADDRESS |
| 2.2167 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KTLA, LLC<br>RESEARCHING ADDRESS |
| 2.2168 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KTLA, LLC<br>RESEARCHING ADDRESS |

Debtor    _Global Eagle Entertainment Inc._____      Case number (if known) _20-11835 (JTD)_____
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2169** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KUWAIT AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 394<br>SAFAT 13004<br>KUWAIT |
| **2.2170** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KUWAIT AIRWAYS<br>ATTN: GENERAL COUNSEL<br>KUWAIT INTERNATIONAL AIRPORT<br>PO BOX 394<br>SAFAT 13004<br>KUWAIT |
| **2.2171** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KUWAIT AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 394<br>SAFAT 13004<br>KUWAIT |
| **2.2172** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KUWAIT AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 394<br>SAFAT 13004<br>KUWAIT |
| **2.2173** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KUWAIT AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 394<br>SAFAT 13004<br>KUWAIT |
| **2.2174** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KUWAIT AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 394<br>SAFAT 13004<br>KUWAIT |
| **2.2175** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | KUWAIT AIRWAYS<br>ATTN: GENERAL COUNSEL<br>PO BOX 394<br>SAFAT 13004<br>KUWAIT |

| Debtor | _Global Eagle Entertainment Inc._ | Case number _(if known)_ _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2176 | State what the contract or lease is for and the nature of the debtor's interest | KVH MEDIA GROUP<br>ATTN: GENERAL COUNSEL<br>2A QUEEN STREET<br>LEEDS LS12TW<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2177 | State what the contract or lease is for and the nature of the debtor's interest | L'ENTREPRISE NATIONALE DE TRANSPORT MARITIME DE VOYAGEURS<br>ATTN: GENERAL COUNSEL<br>5-6 RUE JAWAHARLAL NEHRU<br>SUITE 600<br>ALGIERS 16001<br>ALGERIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2178 | State what the contract or lease is for and the nature of the debtor's interest | L'ENTREPRISE NATIONALE DE TRANSPORT MARITIME DE VOYAGEURS<br>ATTN: GENERAL COUNSEL<br>5-6 RUE JAWAHARLAL NEHRU<br>SUITE 600<br>ALGIERS 16001<br>ALGERIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2179 | State what the contract or lease is for and the nature of the debtor's interest | L'ENTREPRISE NATIONALE DE TRANSPORT MARITIME DE VOYAGEURS<br>ATTN: GENERAL COUNSEL<br>5-6 RUE JAWAHARLAL NEHRU<br>ALGIERS 16001<br>ALGERIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2180 | State what the contract or lease is for and the nature of the debtor's interest | L'ENTREPRISE NATIONALE DE TRANSPORT MARITIME DE VOYAGEURS<br>ATTN: GENERAL COUNSEL<br>5-6 RUE JAWAHARLAL NEHRU<br>ALGIERS 16001<br>ALGERIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2181 | State what the contract or lease is for and the nature of the debtor's interest | L-3 COMMUNICATIONS INTEGRTED SYSTEMS<br>ATTN: GENERAL COUNSEL<br>FM1670 BUILDING 157<br>GREENVILE, TX 75402 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2182 | State what the contract or lease is for and the nature of the debtor's interest | L.EGACY INTERACTIVE INC.<br>ATTN: GENERAL COUNSEL<br>C/O ARIELLA LEHRER<br>2684 LACY STREET, SUITE 208<br>LOS ANGELES, CA 90031 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                                     Case number (if known) 20-11835 (JTD)
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2183 | State what the contract or lease is for and the nature of the debtor's interest | L'ENTREPRISE NATIONALE DE TRANSPORT MARITIME DE VOYAGEURS ATTN: GENERAL COUNSEL 5-6 RUE JAWAHARLAL NEHRU SUITE 600 ALGIERS 16001 ALGERIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2184 | State what the contract or lease is for and the nature of the debtor's interest | L3 ESSCO INC. 90 NEMCO WAY AYER, MA 01432 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2185 | State what the contract or lease is for and the nature of the debtor's interest | LA COMPAGNIE TUNISIENNE DE NAVIGATION (CTN) ATTN: GENERAL COUNSEL 5, AVENUE DAG HAMMARSKJOELD TUNIS 1001 TUNISIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2186 | State what the contract or lease is for and the nature of the debtor's interest | LA COMPAGNIE TUNISIENNE DE NAVIGATION ATTN: GENERAL COUNSEL 5, AVENUE DAG HAMMARSKJOELD TUNIS 1001 TUNISIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2187 | State what the contract or lease is for and the nature of the debtor's interest | LAGARDERE PUBLICITE ATTN: GENERAL COUNSEL CARDINAL PLACE, 80 VICTORIA STREET LONDON SW1E 5JL UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2188 | State what the contract or lease is for and the nature of the debtor's interest | LAGARDERE PUBLICITE ATTN: GENERAL COUNSEL 4TH FLOOR, CARDINAL PLACE, 80 VICTORIA STREET LONDON SW1E 5JL UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2189 | State what the contract or lease is for and the nature of the debtor's interest | LAGARDERE PUBLICITE ATTN: GENERAL COUNSEL ARTILLERIGATAN 42 STOCKHOLM 114 45 SWEDEN |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   _Global Eagle Entertainment Inc._____   Case number *(if known)* _20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2190** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LAGARDERE PUBLICITE<br>ATTN: GENERAL COUNSEL<br>ARTILLERIGATAN42<br>STOCKHOLM 114 45<br>SWEDEN |
| **2.2191** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LAN AIRLINES S.A.<br>ATTN: GENERAL COUNSEL<br>AMERICO VESPUCIO 901<br>RENCA<br>SANTIAGO<br>CHILE |
| **2.2192** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LAN AIRLINES S.A.<br>ATTN: GENERAL COUNSEL<br>AMERICO VESPUCLO 901<br>RENCA<br>SANTIAGO<br>CHILE |
| **2.2193** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LAN AIRLINES S.A.<br>ATTN: GENERAL COUNSEL<br>AMERCIO VESPUCLO 901<br>RENCA<br>SANTIGAO<br>CHILE |
| **2.2194** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LANCE AS<br>ATTN: GENERAL COUNSEL<br>NORTHSHORE AS<br>STRANDVEIEN 106<br>TROMSO 9006<br>NORWAY |
| **2.2195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LANDETA, DAVID<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.2196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATAM AIRLINES GROUP S.A.<br>ATTN: GENERAL COUNSEL<br>AV. AMERICO VESPUCIO NO901<br>RENCA<br>SANTIAGO<br>CHILE |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATAM AIRLINES GROUP S.A.<br>ATTN: GENERAL COUNSEL<br>AV. AMERICO VESPUCIO901<br>RENCA<br>SANTIAGO<br>CHILE |
| 2.2198 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATAM AIRLINES GROUP S.A.<br>ATTN: GENERAL COUNSEL<br>ROSARIO NORTE 615, 7TH FLOOR<br>LOS CONDES<br>SANTIAGO<br>CHILE |
| 2.2199 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATAM AIRLINES GROUP S.A<br>ATTN: GENERAL COUNSEL<br>AV. AMERICO VESPUCIO901<br>RENCA<br>SANTIAGO<br>CHILE |
| 2.2200 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATAM AIRLINES GROUP S.A<br>ATTN: GENERAL COUNSEL<br>AV. AMERICO VESPUCINO N901<br>RENCA<br>SANTIAGO<br>CHILE |
| 2.2201 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATAM<br>ATTN: GENERAL COUNSEL<br>AV. AMERICO VESPUCIO901<br>RENCA<br>SANTIAGO<br>CHILE |
| 2.2202 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATHAM & WATKINS LLP<br>ATTN: GEORGE A. DAVIS<br>53RD AT THIRD<br>885 THIRD AVENUE<br>NEW YORK, NY 10022-4834 |
| 2.2203 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATHAM & WATKINS LLP<br>ATTN: GENERAL COUNSEL<br>10250 CONSTELLATION BOULEVARD<br>SUITE 1100<br>LOS ANGELES, CA 90067 |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2204** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LATHAM & WATKINS LLP<br>ATTN: GENERAL COUNSEL<br>650 TOWN CENTER DRIVE, 20TH FLOOR<br>COSTA MESA, CA 92626-1925 |
| **2.2205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LAW OFFICES OF ILAN GOLDMAN<br>ATTN: GENERAL COUNSEL<br>100 WILSHIRE BOULEVARD<br>SUITE 700<br>SANTA MONICA, CA 90401 |
| **2.2206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LBISAT LLC<br>ATTN: RODGER LYMAN<br>10288 SOUTH JORDAN GATEWAY<br>SUITE K<br>SOUTH JORDAN, UT 84095 |
| **2.2207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEANDER CRUISES LTD.<br>ATTN: ANDY WOOLLEN<br>PALM GROVE HOUSE<br>PO BOX 438<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| **2.2208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEDAFILMS ENTERTAINMENT GROUP<br>ATTN: GENERAL COUNSEL<br>3800 BARHAM BOULEVARD<br>SUITE 318<br>LOS ANGELES, CA 90068 |
| **2.2209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEFT HAND PARTNERS, LLC<br>ATTN: GENERAL COUNSEL<br>801 EAST 130TH COURT<br>THORNTON, CO 80241 |
| **2.2210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEGACY GAMES INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>1933 SOUTH BROADWAY<br>#1162<br>LOS ANGELES, CA 90007 |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEGACY GAMES INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>1933 SOUTH BROADWAY<br>#1162<br>LOS ANGELES, CA 90007 |
| **2.2212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEGACY GAMES INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>1933 SOUTH BROADWAY<br>#1162<br>LOS ANGELES, CA 90007 |
| **2.2213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEGACY GAMES INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>1933 SOUTH BROADWAY<br>#1162<br>LOS ANGELES, CA 90007 |
| **2.2214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEGACY INTERACTIVE INC.<br>ATTN: GENERAL COUNSEL<br>1933 S. BROADWAY, SUITE1120<br>LOS ANGELES, CA 90007 |
| **2.2215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEGACY INTERACTIVE INC.<br>ATTN: GENERAL COUNSEL<br>1933 S. BROADWAY, SUITE1120<br>LOS ANGELES, CA 90007 |
| **2.2216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEGACY INTERACTIVE<br>ATTN: GENERAL COUNSEL<br>1933 SOUTH BROADWAY<br>#1162<br>LOS ANGELES, CA 90007 |
| **2.2217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LERMAN SENTER PLLC<br>2001 L STREET NW<br>SUITE 400<br>WASHINGTON, DC 20036 |

Debtor    Global Eagle Entertainment Inc.                          Case number (if known)   20-11835 (JTD)
                Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2218 | State what the contract or lease is for and the nature of the debtor's interest | LESLEY ROBERTS<br>ATTN: GENERAL COUNSEL<br>2525 MAIN STREET<br>SUITE 205<br>SANTA MONICA, CA 90405 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2219 | State what the contract or lease is for and the nature of the debtor's interest | LIAMJOSH CORPORATION F.S.O. RICK SPRINGFIELD<br>ATTN: GENERAL COUNSEL<br>ICM PARTNERS<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES, CA 90067 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2220 | State what the contract or lease is for and the nature of the debtor's interest | LIBERTY MUTUAL INSURANCE COMPANY<br>ATTN: GENERAL COUNSEL<br>175 BERKELEY STREET<br>BOSTON, MA 2116 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2221 | State what the contract or lease is for and the nature of the debtor's interest | LIBRARY VIDEO COMPANY - SAFARI MONTAGE<br>ATTN: GENERAL COUNSEL<br>FIVE TOWER BRIDGE<br>300 BARR HARBOR DRIVE, SUITE 700<br>WEST CONSHOHOCKEN, PA 19428 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2222 | State what the contract or lease is for and the nature of the debtor's interest | LIBRARY VIDEO COMPANY D/B/A SAFARI MONTAGE,<br>ATTN: GENERAL COUNSEL<br>FIVE TOWER BRIDGE<br>300 BARR HARBOR DRIVE, SUITE 700<br>WEST CONSHOHOCKEN, PA 19428 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2223 | State what the contract or lease is for and the nature of the debtor's interest | LIBRARY VIDEO COMPANY D/B/A SAFARI MONTAGE<br>ATTN: ANDREW SCHLESSINGER, CO-FOUNDER & CEO<br>FIVE TOWER BRIDGE<br>300 BARR HARBOR DRIVE, SUITE 700<br>WEST CONSHOHOCKEN, PA 19428 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2224 | State what the contract or lease is for and the nature of the debtor's interest | LIBRARY VIDEO COMPANY D/B/A SAFARI MONTAGE<br>ATTN: GENERAL COUNSEL<br>FIVE TOWER BRIDGE<br>300 BARR HARBOR DRIVE, SUITE 700<br>WEST CONSHOHOCKEN, PA 19428 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LIBRARY VIDEO COMPANY D/B/A/ SAFARI MONTAGE<br>ATTN: ANDREW SCHLESSINGER, CO-FOUNDER & CEO<br>FIVE TOWER BRIDGE<br>300 BARR HARBOR DRIVE, SUITE 700<br>WEST CONSHOHOCKEN, PA 19428 |
| **2.2226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LIBRARY VIDEO COMPANY D/B/A/ SAFARI MONTAGE<br>ATTN: ANDREW SCHLESSINGER, CO-FOUNDER & CEO<br>FIVE TOWER BRIDGE<br>300 BARR HARBOR DRIVE, SUITE 700<br>WEST CONSHOHOCKEN, PA 19428 |
| **2.2227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LIGHTNING INTERNATIONAL LIMITED<br>ATTN: GENERAL COUNSEL<br>11/F KHUAN YING BUILDING, 85 WELLINGTON STREET<br>CENTRAL HONG KONG<br>HONG KONG |
| **2.2228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LINEAS AEREAS COSTARRICENSES SA LACSA<br>ATTN: GENERAL COUNSEL<br>200M N JUAN PABLO SEGUNDO BRIDGE<br>EDIFICIO TACA, LA URUCA<br>SAN JOSE<br>COSTA RICA |
| **2.2229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LINEAS AEREAS COSTARRICENSES SA<br>ATTN: GENERAL COUNSEL<br>200M N JUAN PABLO SEGUNDO BRIDGE<br>EDIFICIO TACA, LA URUCA<br>SAN JOSE<br>COSTA RICA |
| **2.2230** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LING CHOW ENTERPRISES LTD.<br>555 THAMES STREET<br>NEW PORT, RI 02840 |
| **2.2231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LING CHOW ENTERPRISES LTD.<br>555 THAMES STREET<br>NEW PORT, RI 02840 |

Debtor  Global Eagle Entertainment Inc.
Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2232 — State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | LING CHOW ENTERPRISES LTD. 555 THAMES STREET NEW PORT, RI 02840 |
| 2.2233 — State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | LINGO 24 ATTN: GENERAL COUNSEL 18 TORPHICHEN STREET EDINBURGH SCOTLAND EH3 8JB UNITED KINGDOM |
| 2.2234 — State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | LINGO 24 ATTN: GLOBAL ACCOUNT MANAGER 18 TORPHICHEN STREET EDINBURGH, SCOTLAND EH3 8JB UNITED KINGDOM |
| 2.2235 — State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | LINGO 24 ATTN: GENERAL COUNSEL 18 TORPHICHEN STREET EDINBURGH, SCOTLAND EH3 8JB UNITED KINGDOM |
| 2.2236 — State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | LINKTELECOM TELECOUNICACOES LTDA RESEARCHING ADDRESS |
| 2.2237 — State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | LIONSGATE ENTERTAINMENT ATTN: NATHAN KAHANE, PRESIDENT 2700 COLORADO AVENUE, 2ND FLOOR SANTA MONICA, CA 90404 |
| 2.2238 — State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | LIONSGATE ENTERTAINMENT 2700 COLORADO SANTA MONICA, CA 90404 |

Debtor    ___Global Eagle Entertainment Inc.___    Case number (if known) __20-11835 (JTD)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2239 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LITTLE BOUY, LTD.<br>ATTN: GENERAL COUNSEL<br>C/O WRIGHT MARITIME GROUP<br>800 SOUTH ANDREWS AVENUE,#20<br>FORT LAUDERDALE, FL 33316 |
| 2.2240 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LITTLE BOUY, LTD.<br>ATTN: GENERAL COUNSEL<br>C/O WRIGHT MARITIME GROUP<br>800 SOUTH ANDREWS AVENUE,#20<br>FORT LAUDERDALE, FL 33316 |
| 2.2241 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LOCKTON INSURANCE BROKERS, LLC<br>ATTN: GENERAL COUNSEL<br>THREE EMBARCADERO CENTER, SUITE 600<br>SAN FRANCISCO, CA 94111 |
| 2.2242 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LOFC PRODUCTION LLC<br>ATTN: GENERAL COUNSEL<br>4310 W. PRIEN LAKE ROAD<br>LAKE CHARLES, LA 70605 |
| 2.2243 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LOFC PRODUCTION LLC<br>ATTN: GENERAL COUNSEL<br>4310 W. LAKE ROAD<br>LAKE CHARLES, LA 70605 |
| 2.2244 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LOGCAP IV<br>RESEARCHING ADDRESS |
| 2.2245 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LOT POLISH AIRLINES S.A.<br>ATTN: GENERAL COUNSEL<br>WARSAW, AT UL.<br>17 STYCZNIA 43<br>WARSAW 02146<br>POLAND |

Debtor   Global Eagle Entertainment Inc.                                  Case number *(if known)*  20-11835 (JTD)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2246 | State what the contract or lease is for and the nature of the debtor's interest | LOT POLISH AIRLINES SA<br>ATTN: GENERAL COUNSEL<br>17 STYCZNIA 43<br>WARSAW 02-146<br>POLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2247 | State what the contract or lease is for and the nature of the debtor's interest | LOT POLISH AIRLINES<br>ATTN: GENERAL COUNSEL<br>43, 17 STYCZNIA STREET<br>WARSAW<br>POLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2248 | State what the contract or lease is for and the nature of the debtor's interest | LOT POLISH SA<br>ATTN: GENERAL COUNSEL<br>17 STYCZNIA 43<br>WARSAW 02-146<br>POLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2249 | State what the contract or lease is for and the nature of the debtor's interest | LOT POLISH SA<br>ATTN: GENERAL COUNSEL<br>17 STYCZNIA 43<br>WARSAW 02-146<br>POLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2250 | State what the contract or lease is for and the nature of the debtor's interest | LOT POLISH SA<br>ATTN: GENERAL COUNSEL<br>17 STYCZNIA 43<br>WARSAW 02-146<br>POLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2251 | State what the contract or lease is for and the nature of the debtor's interest | LOTTE ENTERTAINMENT<br>ATTN: GENERAL COUNSEL<br>4F, LOTTE CASTLE 7-18<br>SHINCHEON-DONG, SONGPA-GU<br>SEOUL, KOREA 138-727 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2252 | State what the contract or lease is for and the nature of the debtor's interest | LOU SHARKEY DBA SHARKEY ENTERPRISES LLC<br>ATTN: GENERAL COUNSEL<br>12792 BARRETT LANE<br>SANTA ANA, CA92705 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2253  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LUFTHANSA TECHNIK AG C/O LUFTHANSA TECHNIK LOGISTIK AMERICA ATTN: GENERAL COUNSEL BUILDING 16 SOUTH MCDONNELL ROAD, DOOOR 5, SFO INTERNATIONAL AIRPORT SAN FRANCISCO, CA 94128 |
| 2.2254  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LUFTHANSA TECHNIK AG C/O LUFTHANSA TECHNIK LOGISTIK AMERICA ATTN: GENERAL COUNSEL BUILDING 16 SOUTH MCDONNELL ROAD, DOOOR 5, SFO INTERNATIONAL AIRPORT SAN FRANCISCO, CA 94128 |
| 2.2255  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LUFTHANSA TECHNIK AG C/O LUFTHANSA TECHNIK LOGISTIK AMERICA ATTN: GENERAL COUNSEL BUILDING 16 SOUTH MCDONNELL ROAD, DOOOR 5, SFO INTERNATIONAL AIRPORT SAN FRANCISCO, CA 94128 |
| 2.2256  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LUFTHANSA TECHNIK AG C/O LUFTHANSA TECHNIK LOGISTIK AMERICA ATTN: GENERAL COUNSEL BUILDING 16 SOUTH MCDONNELL ROAD, DOOOR 5, SFO INTERNATIONAL AIRPORT SAN FRANCISCO, CA 94128 |
| 2.2257  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LUFTHANSA TECHNIK AG C/O LUFTHANSA TECHNIK LOGISTIK AMERICA ATTN: GENERAL COUNSEL BUILDING 16 SOUTH MCDONNELL ROAD, DOOOR 5, SFO INTERNATIONAL AIRPORT SAN FRANCISCO, CA 94128 |
| 2.2258  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL POSTFACH 63-03-00 FRANKFURT D 22313 GERMANY |
| 2.2259  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL 1640 HEMPSTEAD TURNPIKE EAST MEADOW, NY 11554 |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2260 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL POSTFACH 63 03 00 FRANKFURT D 22313 GERMANY |
| | State the term remaining List the contract number of any government contract | |
| 2.2261 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL 1640 HEMPSTEAD TURNPIKE EAST MEADOW, NY 11554 |
| | State the term remaining List the contract number of any government contract | |
| 2.2262 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL HAM TB2-INVOICE CONTROL WEG BEIM JAGER 193 HAMBURG 22335 GERMANY |
| | State the term remaining List the contract number of any government contract | |
| 2.2263 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL FRANKFURT/MAIN D-60546 GERMANY |
| | State the term remaining List the contract number of any government contract | |
| 2.2264 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL POSTFACH 630300 HAMBURG D-22313 GERMANY |
| | State the term remaining List the contract number of any government contract | |
| 2.2265 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL POSTFACH 63 03 00 HAMBURG D-22313 GERMANY |
| | State the term remaining List the contract number of any government contract | |
| 2.2266 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG ATTN: GENERAL COUNSEL FRANKFURT/MAIN D-60546 GERMANY |
| | State the term remaining List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                     Case number *(if known)*  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2267 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>1640 HEMPSTEAD TURNPIKE<br>EAST MEADOW, NY 11554 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2268 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>1640 HEMPSTEAD TURNPIKE<br>EAST MEADOW, NY 11554 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2269 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>FRANKFURT/MAIN D-60546<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2270 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>FRANKFURT AM MAIN D 60546<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2271 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>UE/GR1 RECIEVING DEPT, BLDG 516<br>CARGO CITY SÜD, RHEIN-MAIN AIRPORT<br>FRANKFURT DE 60549<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2272 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>UE/GR1 RECIEVING DEPT, BLDG 516<br>CARGO CITY SÜD, RHEIN-MAIN AIRPORT<br>FRANKFURT DE 60549<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2273 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>BUILDING 16 SOUTH MCDONNELL ROAD, D000R 5<br>SFO INTERNATIONAL AIRPORT<br>SAN FRANCISCO, CA 94128 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor   __Global Eagle Entertainment Inc._____   Case number (if known) __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2274 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG 22335<br>GERMANY |
| 2.2275 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG 22335<br>GERMANY |
| 2.2276 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 19<br>HAMBURG 22335<br>GERMANY |
| 2.2277 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG 22335<br>GERMANY |
| 2.2278 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG 22335<br>GERMANY |
| 2.2279 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG 22335<br>GERMANY |
| 2.2280 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHANSA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG 22335<br>GERMANY |

Debtor   Global Eagle Entertainment Inc.
         Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2281 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHANSA<br>ATTN: GENERAL COUNSEL<br>POSTFACH 63-03-00<br>FRANKFURT D 22313<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2282 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHASA TEKNIK AG<br>ATTN: GENERAL COUNSEL<br>FRANKFURT/MAIN<br>FRANKFURT D-60546<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2283 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2284 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2285 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>POSTFACH 63 03 00<br>HAMBURG D-22313<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2286 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>POSTFACH 63 03 00<br>HAMBURG D-22313<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2287 | State what the contract or lease is for and the nature of the debtor's interest | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>1640 HEMPSTEAD TURNPIKE<br>EAST MEADOW, NY 11554 |
| **2.2290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK AG<br>ATTN: GENERAL COUNSEL<br>FRANKFURT/MAIN<br>FRANKFURT D-60546<br>GERMANY |
| **2.2293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUFTHASA TECHNIK<br>ATTN: GENERAL COUNSEL<br>WEG BEIM JÄGER 193<br>HAMBURG D-22335<br>GERMANY |
| **2.2299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUIS CASTELLANOS<br>ATTN: GENERAL COUNSEL<br>126 E. SPRUCE AVE.#5<br>INGLEWOOD, CA 90301 |
| **2.2300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUXAIR SA<br>ATTN: GENERAL COUNSEL<br>LUXEMBOURG AIRPORT<br> L-2987<br>LUXEMBOURG |
| **2.2301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LUXAIR, SOCIETE LUXEMBOURGEOISE DE NAVIGATION AERIENNE S.A.<br>ATTN: GENERAL COUNSEL<br>25 RUE GABRIEL LIPPMANN<br>L-5365 MUNSBACH<br> L-2987<br>LUXEMBOURG |

| Debtor | _Global Eagle Entertainment Inc._ | Case number (if known) _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2302 | State what the contract or lease is for and the nature of the debtor's interest | LUXAIR, SOCIETE LUXEMBOURGEOISE DE NAVIGATION AERIENNE S.A. ATTN: GENERAL COUNSEL AEROPORT DE LUXEMBOURG L-2987 |
| | State the term remaining | LUXEMBOURG |
| | List the contract number of any government contract | |
| 2.2303 | State what the contract or lease is for and the nature of the debtor's interest | LUXAIR, SOCIETE LUXEMBOURGEOISE DE NAVIGATION AERIENNE S.A. ATTN: GENERAL COUNSEL 25 RUE GABRIEL LIPPMANN L-5365 MUNSBACH L-2987 |
| | State the term remaining | LUXEMBOURG |
| | List the contract number of any government contract | |
| 2.2304 | State what the contract or lease is for and the nature of the debtor's interest | LUXAIR ATTN: GENERAL COUNSEL LUXEMBOURG AIRPORT L-2987 |
| | State the term remaining | LUXEMBOURG |
| | List the contract number of any government contract | |
| 2.2305 | State what the contract or lease is for and the nature of the debtor's interest | M-LINE DISTRIBUTION ATTN: GENERAL COUNSEL 6F SAMHWA BLDG 536 SHINSA-DONG, GANGNAM-GU SEOUL, KOREA 135-889 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2306 | State what the contract or lease is for and the nature of the debtor's interest | M-LINE DISTRIBUTION ATTN: GENERAL COUNSEL 3F MIDO BLDG 540-21 SHINSA-DONG, GANGNAM-GU SEOUL, KOREA 06036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2307 | State what the contract or lease is for and the nature of the debtor's interest | M-LINE DISTRIBUTION ATTN: GENERAL COUNSEL 3F MIDO BLDG 540-21 SHINSA-DONG, GANGNAM-GU SEOUL, KOREA 06036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2308 | State what the contract or lease is for and the nature of the debtor's interest | M/Y FOREVER ONE ATTN: COLIN RUSCOE SEA HAWKE YACHTS, LTD. 900-1959 UPPER WATER STR. HALIFAX, NS BY3 2X2 CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   Global Eagle Entertainment Inc.                              Case number *(if known)*   20-11835 (JTD)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAB GTC<br>RESEARCHING ADDRESS |
| **2.2310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAGICAL CRUISE COMPANY, LIMITED<br>ATTN: ROB MAULDIN<br>210 CELEBRATION PLACE<br>SUITE 400<br>CELEBRATION, FL 34747 |
| **2.2311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAGTZER, INC.<br>ATTN: GENERAL COUNSEL<br>1230 AVENUE OF THE AMERICAS<br>ROCKEFELLER CENTER, 7TH FLOOR<br>NEW YORK, NY 10020 |
| **2.2312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAGTZER, INC.<br>ATTN: GENERAL COUNSEL<br>1 ROCKEFELLER PLAZA, FLOOR 11<br>NEW YORK, NY 10020 |
| **2.2313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAGTZER, INC.<br>ATTN: GENERAL COUNSEL<br>1 ROCKEFELLER PLAZA, FLOOR 11<br>NEW YORK, NY 10020 |
| **2.2314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAINE POINTE LLC<br>ATTN: GENERAL COUNSEL<br>INDEPENDENCE WHARF<br>470 ATLANTIC AVE.,4TH FLOOR<br>BOSTON, MA 02210 |
| **2.2315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAINE POINTE LLC<br>ATTN: GENERAL COUNSEL<br>INDEPENDENCE WHARF<br>470 ATLANTIC AVE.,4TH FLOOR<br>BOSTON, MA 02210 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAINE POINTE LLC<br>ATTN: GENERAL COUNSEL<br>470 ATLANTIC AVE.,4TH FL.<br>BOSTON, MA 02210 |
| **2.2317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAINE POINTE LLC<br>ATTN: GENERAL COUNSEL<br>470 ATLANTIC AVE.,4TH FL.<br>BOSTON, MA 02210 |
| **2.2318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAJOR, LINDSEY & AFRICA, LLC<br>ATTN: GENERAL COUNSEL<br>777 S. FIGUEROA STREET, SUITE 4950<br>LOS ANGELES, CA 90017 |
| **2.2319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAJOR, LINDSEY & AFRICA, LLC<br>ATTN: GENERAL COUNSEL<br>777 S. FIGUEROA STREET, SUITE 1950<br>LOS ANGELES, CA 90017 |
| **2.2320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MALAYSIA AIRLINES BERHAD<br>ATTN: COMPANY SECRETARY<br>LEVEL 1, ADMINISTRATION BUILDING<br>SOUTHERN SUPPORT ZONE (SSZ)<br>SEPANG, SELANGOR DARUL EHSAN 64000<br>MALAYSIA |
| **2.2321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MALAYSIA AIRLINES<br>ATTN: COMPANY SECRETARY<br>3RD FLOOR, ADMINSTRATION BUILDING 1<br>MAS COMPLEX A, SULTAN ABDUL AZIZ SHAH AIRPORT<br>SUBANG 47200<br>MALAYSIA |
| **2.2322** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MALAYSIAN AIRLINE SYSTEM BERHAD<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, ADMINISTRATION BUILDING 1, MAS COMPLEX A<br>SULTAN ABDUL AZIZ SHAH AIRPORT47200 SUBANG, SELANGOR<br>DARUL EHSAN<br>MALAYSIA |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2323 | State what the contract or lease is for and the nature of the debtor's interest | MALAYSIAN AIRLINE SYSTEM BERHAD<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, ADMINISTRATION BUILDING 1, MAS COMPLEX A<br>SULTAN ABDUL AZIZ SHAH AIRPORT, SUBANG47200 SELANGOR DARUL EHSAN<br>MALAYSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2324 | State what the contract or lease is for and the nature of the debtor's interest | MALAYSIAN AIRLINE SYSTEM BERHAD<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, ADMINISTRATION BUILDING 1, MAS COMPLEX A<br>SULTAN ABDUL AZIZ SHAH AIRPORT47200 SUBANG, SELANGOR DARUL EHSAN<br> 50716<br>MALAYSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2325 | State what the contract or lease is for and the nature of the debtor's interest | MALGORZATA WOODY<br>ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2326 | State what the contract or lease is for and the nature of the debtor's interest | MALGORZATA WOODY<br>ADDRESS REDACTED |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2327 | State what the contract or lease is for and the nature of the debtor's interest | MALINDO AIRWAYS SDN BHD<br>ATTN: GENERAL COUNSEL<br>MERITUS@OASIS CORPORATE PARK, B2-1-01, BLOCK B, NO. 2, ARA DAMANSARA<br>PETALING JAYA, SELANGOR47301<br>MALAYSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2328 | State what the contract or lease is for and the nature of the debtor's interest | MALINDO AIRWAYS SDN. BHD.<br>ATTN: GENERAL COUNSEL<br>MERITUS@OASIS CORPORATE PARK, B2-1-01, BLOCK B, NO. 2, ARA DAMANSARA<br>PETALING JAYA, SELANGOR47301<br>MALAYSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2329 | State what the contract or lease is for and the nature of the debtor's interest | MALINDO AIRWAYS SDN. BHD.<br>ATTN: GENERAL COUNSEL<br>MERITUS@OASIS CORPORATE PARK, B2-1-01, BLOCK B, NO. 2, ARA DAMANSARA<br>PETALING JAYA, SELANGOR47301<br>MALAYSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MALINDO AIRWAYS SDS. BHD.<br>ATTN: GENERAL COUNSEL<br>C5-05 BLOCK C<br>OASIS ARA DAMANSARA, 47301 PETALING JAYA SELANGOR DARUL EHSAN<br><br>MALAYSIA |
| 2.2331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MALINDO AIRWAYS SDS. BHD.<br>ATTN: GENERAL COUNSEL<br>OASIS ARA DAMANSARA<br>47301 PETALING JAYA SELANGOR DARUL EHSAN<br><br>MALAYSIA |
| 2.2332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MALINDO AIRWAYS SDS. BHD.<br>ATTN: GENERAL COUNSEL<br>MERITUS@OASIS CORPORATE PARK<br>B2-1-01, BLOCK B, NO.2, ARA DAMANSARA, 47301, PETALING JAYA, SELANGOR<br><br>MALAYSIA |
| 2.2333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MANO MARITIME<br>ATTN: GENERAL COUNSEL<br>2 PALYAM<br>HAIFA 31013<br>ISRAEL |
| 2.2334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MANO MARITIME<br>ATTN: GENERAL COUNSEL<br>2 PALYAM<br>HAIFA 31013<br>ISRAEL |
| 2.2335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MANO MARITIME<br>ATTN: GENERAL COUNSEL<br>2 PALYAM<br>HAIFA 31013<br>ISRAEL |
| 2.2336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MANO MARITIME<br>ATTN: GENERAL COUNSEL<br>2 PALYAM<br>HAIFA 31013<br>ISRAEL |

Debtor    Global Eagle Entertainment Inc.                    Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2337** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MANO MARITIME<br>ATTN: GENERAL COUNSEL<br>2 PALYAM<br>HAIFA 31013<br>ISRAEL |
| **2.2338** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MANO MARITIME<br>ATTN: GENERAL COUNSEL<br>2 PALYAM<br>HAIFA 31013<br>ISRAEL |
| **2.2339** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MANO MARITIME<br>ATTN: GENERAL COUNSEL<br>2 PALYAM<br>HAIFA 31013<br>ISRAEL |
| **2.2340** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARCELO NONACA<br>ATTN: VENDOR<br>114 CALLE CAMPO<br>SAN CLEMENTE, CA 92672 |
| **2.2341** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARELLA CRUISES<br>RESEARCHING ADDRESS |
| **2.2342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARITIME HOLDINGS GROUP<br>ATTN: CAPT. RODOLFO SPINELLI<br>12355 N.E 13TH AVE<br>NORTH MIAMI, FL 33161 |
| **2.2343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARITIME NETWORK SYSTEMS SL<br>ATTN: GENERAL COUNSEL<br>CTRA. ANDRATX 34, PORTALS NOUS<br>BALEARES 07181<br>SPAIN |

Debtor    <u>Global Eagle Entertainment Inc.</u>
           Name

Case number *(if known)* <u>20-11835 (JTD)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARITIME NETWORK SYSTEMS SL<br>ATTN: GENERAL COUNSEL<br>CTRA. ANDRATX 34, LOCAL 2, PORTALS NOUS<br>BALEARES 07181<br>SPAIN |
| **2.2345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARK P. MIELKE<br>ATTN: GENERAL COUNSEL<br>622 MAPLE DR.<br>STREAMWOOD, IL 60107 |
| **2.2346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARKS SYSTEMS, INC. D/B/A MASFLIGHT<br>ATTN: JOSHUA MARKS, CEO<br>4833 RUGBY AVENUE<br>SUITE 301<br>BETHESDA, MD 20814 |
| **2.2347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARTRONICS LIMITED<br>ATTN: GENERAL COUNSEL<br>PO BOX 34612<br>BIRKENHEAD<br>AUCKLAND<br>NEW ZEALAND |
| **2.2348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MATERIAL MANAGEMENT<br>RESEARCHING ADDRESS |
| **2.2349** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MATTEL, INC.<br>ATTN: VICE PRESIDENT, LEGAL & BUSINESS AFFAIRS<br>333 CONTINENTAL BOULEVARD<br>MS: TWR 12-1<br>EL SEGUNDO, CA 90245 |
| **2.2350** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MATTEL, INC.<br>ATTN: GENERAL COUNSEL<br>333 CONTINENTAL BOULEVARD<br>EL SEGUNDO, CA 90245 |

Debtor      Global Eagle Entertainment Inc.
            Name                                                    Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2351 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MATTEL<br>ATTN: VICE PRESIDENT, LEGAL & BUSINESS AFFAIRS<br>333 CONTINENTAL BOULEVARD<br>MS: TWR 12-1<br>EL SEGUNDO, CA 90245 |
| 2.2352 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MATTEL<br>ATTN: VICE PRESIDENT, LEGAL & BUSINESS AFFAIRS<br>333 CONTINENTAL BOULEVARD<br>MS: TWR 12-1<br>EL SEGUNDO, CA 90245 |
| 2.2353 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MAYAN QUEEN, LTD.<br>ATTN: GENERAL COUNSEL<br>SCOTIA CENTRE 4TH FLOOR<br>GEORGETOWN, GRAND CAYMAN KY1-1104<br>CAYMAN ISLANDS |
| 2.2354 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MCDERMOTT WILL & EMERY LLP<br>ATTN: GENERAL COUNSEL<br>340 MADISON AVENUE<br>NEW YORK, NY 10173 |
| 2.2355 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MCDERMOTT WILL & EMERY LLP<br>ATTN: MEIR LEWITTES, ESQ.<br>340 MADISON AVENUE<br>NEW YORK, NY 10173 |
| 2.2356 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MCDERMOTT WILL & EMERY RECHTSANWALTE STEUERBERATER LLP<br>ATTN: GENERAL COUNSEL<br>FELDBERGSTRABE 35<br>FRANKFURT AM<br>MAIN 60323 |
| 2.2357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEA<br>RESEARCHING ADDRESS |

Debtor    Global Eagle Entertainment Inc.
                  Name                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2358 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIA ASIA FILM<br>RESEARCHING ADDRESS |
| 2.2359 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIA MANAGEMENT EUROPE<br>ATTN: MALGORZATA WOODY<br>CZARNY LAS<br>UL. LIMBOWA 29<br>CZARNY LAS 05-825<br>POLAND |
| 2.2360 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIA MANAGEMENT EUROPE<br>ATTN: MALGOZATA WOODY<br>CZARNY LAS, UL LIMBOWA 29<br>CZARNY 05-825<br>POLAND |
| 2.2361 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIA MANAGMENT EUROPE<br>ATTN: GENERAL COUNSEL<br>UL. 11 LISTOPADA 4 LOK. 3<br>GRODZISK MAZOWIECKI 05-825<br>POLAND |
| 2.2362 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIALINK ENTERTAINMENT LTD<br>ATTN: GENERAL COUNSEL<br>1901 AVENUE OF THE STARS<br>SUITE 1775<br>LOS ANGELES, CA 90067 |
| 2.2363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIASMITH<br>ATTN: GENERAL COUNSEL<br>115 SANSOME STREET<br>SUITE 300<br>SAN FRANCISCO, CA 94104 |
| 2.2364 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIUM MAZE LIMITED<br>ATTN: GENERAL COUNSEL<br>9 DERRY STREET<br>LONDON W8 5HY<br><br>UNITED KINGDOM |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2365** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEDIUM MAZE LIMITED<br>ATTN: GENERAL COUNSEL<br>C/O INSANITY TALENT MANAGEMENT<br>9 DERRY STREET<br>LONDON W8 5HY<br>UNITED KINGDOM |
| **2.2366** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEGA-VISION PROJECT WORKSHOP LIMITED<br>ATTN: GENERAL COUNSEL<br>41/F., MONTERY PLAZA<br>15 CHONG YIP STREET, KWUN TONG<br>KOWLOON<br>HONG KONG |
| **2.2367** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEGA-VISION PROJECT WORKSHOP LIMITED<br>ATTN: GENERAL COUNSEL<br>41/F., MONTERY PLAZA<br>15 CHONG YIP STREET, KWUN TONG<br>KOWLOON<br>HONG KONG |
| **2.2368** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEGA-VISION PROJECT WORKSHOP LIMITED<br>ATTN: GENERAL COUNSEL<br>41/F., MONTERY PLAZA<br>15 CHONG YIP STREET, KWUN TONG<br>KOWLOON<br>HONG KONG |
| **2.2369** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEGA-VISION PROJECT WORKSHOP LIMITED<br>ATTN: GENERAL COUNSEL<br>41/F., MONTERY PLAZA, 15 CHONG YIP STREET<br>KWUN TONG<br>KOWLOON<br>HONG KONG |
| **2.2370** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEGA-VISION PROJECT WORKSHOP LIMITED<br>ATTN: GENERAL COUNSEL<br>41/F., MONTERY PLAZA<br>15 CHONG YIP STREET, KWUN TONG<br>KOWLOON<br>HONG KONG |
| **2.2371** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MEGA-VISION PROJECT WORKSHOP LIMITED<br>ATTN: GENERAL COUNSEL<br>UNIT 606, 6F, TOWER B<br>MANULIFE FINANCIAL CENTRE, 223-231 WAI YIP STREET<br>KWUN TONG, KOWLOON<br>HONG KONG |

Debtor    <u>Global Eagle Entertainment Inc.</u>
Name                                 Case number *(if known)* __20-11835 (JTD)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2372 | State what the contract or lease is for and the nature of the debtor's interest | MEGAN MACPHEE<br>ATTN: GENERAL COUNSEL<br>28-52 35TH STREET<br>ASTORIA, NY 11103 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2373 | State what the contract or lease is for and the nature of the debtor's interest | MEGHAN MACPHEE<br>ATTN: GENERAL COUNSEL<br>28-52 35TH STREET<br>ASTORIA, NY 11103 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2374 | State what the contract or lease is for and the nature of the debtor's interest | MEI AH DEVELOPMENT COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, OMAR HODGE BUILDING<br>WICKHAMS CAY I, P.O. BOX362, ROAD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2375 | State what the contract or lease is for and the nature of the debtor's interest | MEI AH DEVELOPMENT COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, OMAR HODGE BUILDING<br>WICKHAMS CAY 1, P.O. BOX 362<br>ROAD TOWN TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2376 | State what the contract or lease is for and the nature of the debtor's interest | MEI AH DEVELOPMENT COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, OMAR HODGE BUILDING<br>WICKHAMS CAY I, P.O. BOX362 ROAD TOWN<br>TORTOLA, BRITISH VIRGIN ISLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2377 | State what the contract or lease is for and the nature of the debtor's interest | MELTWARE NEW US, INC.<br>ATTN: GENERAL COUNSEL<br>225 BUSH STREET<br>SUITE 1000<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2378 | State what the contract or lease is for and the nature of the debtor's interest | MELTWARE NEWS US, INC.<br>ATTN: GENERAL COUNSEL<br>225 BUSH STREET<br>SUITE 1000<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2379 | State what the contract or lease is for and the nature of the debtor's interest | MEMENTO FILMS<br>9 CITE PARADIS<br>PARIS 75010<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2380 | State what the contract or lease is for and the nature of the debtor's interest | MERCY SHIPS<br>ATTN: GENERAL COUNSEL<br>15862 STATE HWY 110<br>N. LINDALE, TX 75771 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2381 | State what the contract or lease is for and the nature of the debtor's interest | MERCY SHIPS<br>PO BOX 2020<br>PO BOX 2020<br>LINDALE, TX 75771 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2382 | State what the contract or lease is for and the nature of the debtor's interest | MERDIANA MAINTENANCE<br>ATTN: GENERAL COUNSEL<br>COSTA SMERALDA APT.<br>TECH. DIVISION<br>OLBIA I-07026<br>ITALY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2383 | State what the contract or lease is for and the nature of the debtor's interest | MERRILL COMMUNICATIONS LLC<br>ONE MERRILL CIRCLE<br>ST PAUL, MN 55108 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2384 | State what the contract or lease is for and the nature of the debtor's interest | META DATA SYSTEMS LIMITED<br>ATTN: GENERAL COUNSEL<br>HARWOOD HOUSE, PARK ROAD,  MELTON MOWBRAY<br>LEICSTERSHIRE, ENGLAND LE13 1TX<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2385 | State what the contract or lease is for and the nature of the debtor's interest | META DATA SYSTEMS LIMITED<br>ATTN: GENERAL COUNSEL<br>HARWOOD HOUSE, PARK ROAD,  MELTON MOWBRAY<br>LEICSTERSHIRE, ENGLAND LE13 1TX<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor      Global Eagle Entertainment Inc.                              Case number (if known)  20-11835 (JTD)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2386 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MICHAEL SCHWARTZ<br>ATTN: GENERAL COUNSEL<br>C/O BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN SCHENKMAN & GOODMAN LLP<br>150 S RODEO DRIVE, THIRD FLOOR<br>BEVERLY HILLS, CA 90212 |
| 2.2387 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MICHAEL WHITNEY<br>ATTN: GENERAL COUNSEL<br>1635 WEST KATELLA, #127<br>ORANGE, CA 92867 |
| 2.2388 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MICKEY SAMSON<br>ATTN: GENERAL COUNSEL<br>SALMIA<br>SHARA AMMAN BLK 12, RD 2. LANE 1. PLOT 3. FLAT 24<br><br>KUWAIT |
| 2.2389 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MICROSOFT CORPORATION<br>ATTN: GENERAL COUNSEL<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052 |
| 2.2390 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MICROSOFT CORPORATION<br>ATTN: GENERAL COUNSEL<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052 |
| 2.2391 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MICROSOFT CORPORATION<br>ATTN: LEGAL AND CORPORATE AFFAIRS<br>VOLUME LICENSING GROUP<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052 |
| 2.2392 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MILITARY PILOT SUPPLY OF TEXAS INC. D/B/A FLY BOYS<br>ATTN: GENERAL COUNSEL<br>9720 LANDRY BOULEVARD<br>SUITE 1<br>SPRING, TX 77379 |

Debtor   Global Eagle Entertainment Inc.                       Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2393** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MILLICOM TCHAD S.A<br>ATTN: GENERAL COUNSEL<br>BP: 6505<br>AVENUE CHARLES DE GAULLE<br>N'DJAMENA<br>CHAD |
| **2.2394** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MINNESOTA PUBLIC RADIO<br>ATTN: LAURIE BELLEAU<br>480 CEDAR STREET<br>ST PAUL, MN 55101 |
| **2.2395** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MINNESOTA PUBLIC RADIO<br>ATTN: GENERAL COUNSEL<br>480 CEDAR STREET<br>ST PAUL, MN 55101 |
| **2.2396** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MIRGAB YACHTING LIMITED<br>ATTN: GENERAL COUNSEL<br>2ND FLOOR, THE GRAND PAVILLION COMMERCIAL CENTRE<br>PO BOX 10388<br>GRAND CAYMAN KY1-1003<br>CAYMAN ISLANDS |
| **2.2397** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MISS MICHELE, LTD<br>ATTN: GENERAL COUNSEL<br>130 INTERNATIONAL DRIVE<br>PORTSMOUTH, NH 03801 |
| **2.2398** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MISS MICHELE, LTD<br>ATTN: GENERAL COUNSEL<br>130 INTERNATIONAL DRIVE<br>PORTSMOUTH<br>, NH 03801 |
| **2.2399** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MK2 FILMS<br>ATTN: GENERAL COUNSEL<br>55 RUE TRAVERSIÈRE<br>PARIS 75012<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.
                Name

Case number (if known)  20-11835 (JTD)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2400 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MK2 FILMS<br>ATTN: GENERAL COUNSEL<br>55 RUE TRAVERSIÈRE<br>PARIS 75012<br>FRANCE |
| 2.2401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MLT VACATION<br>ATTN: GENERAL COUNSEL<br>700 SOUTH CENTRAL AVENUE<br>1ST FLOOR<br>ATLANTA, GA30354 |
| 2.2402 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MLW AIR LLC<br>ATTN: GENERAL COUNSEL<br>5424 DELOACHE AVE<br>DALLAS, TX 75220 |
| 2.2403 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MLW AIR LLC<br>ATTN: GENERAL COUNSEL<br>5424 DELOACHE AVE<br>DALLAS, TX 75220 |
| 2.2404 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MM2 ENTERTAINMENT PTE LTD<br>ATTN: GENERAL COUNSEL<br>B.06.03, MENARA BATA, PJ TRADE CENTRE, NO.8<br>JALA PJU 8/8A, BANDAR DAMANSARA PERDANA, PETALING JAYA<br>SELANGOR 47820<br>MALAYSIA |
| 2.2405 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MOELLER, MICHAEL<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| 2.2406 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MOLTECH NORGE AS<br>ATTN: GENERAL COUNSEL<br>BORGUNDFJORDVEGEN 68<br>ÅLESUND 6017 |

Debtor      Global Eagle Entertainment Inc.
            Name                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2407 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONACO YACHT SHOW<br>ATTN: GENERAL COUNSEL<br>7 RUE SUFFREN REYMOND<br>LE SUFFREN, MONACO 98000 |
| 2.2408 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LIMITED<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| 2.2409 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| 2.2410 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| 2.2411 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| 2.2412 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| 2.2413 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |

Debtor    Global Eagle Entertainment Inc.               Case number *(if known)*   20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2414** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>62, VASILEOS KONSTANTINOU<br>1ST FLOOR<br>LIMASSOL 3076<br>CYPRUS |
| **2.2415** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>62, VASILEOS KONSTANTINOU<br>1ST FLOOR<br>LIMASSOL 3076<br>CYPRUS |
| **2.2416** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| **2.2417** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| **2.2418** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| **2.2419** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |
| **2.2420** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MONARCH TELECOM LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727<br><br>CYPRUS |

Debtor   Global Eagle Entertainment Inc.
         Name                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2421 | State what the contract or lease is for and the nature of the debtor's interest | MONARCH TELECOM, LTD<br>ATTN: GENERAL COUNSEL<br>P.O.BOX 54769<br>LIMASSOL, CY3727 |
| | State the term remaining<br>List the contract number of any government contract | CYPRUS |
| 2.2422 | State what the contract or lease is for and the nature of the debtor's interest | MONTE CHRISTO LIMITED<br>ATTN: GENERAL COUNSEL<br>CENTRIS BUILDING GETAWAY<br>GROUND FLOOR, TRIQ-IL-PALAZZ-I-AHMAR<br>MRIEHAL BKR3000<br>MALTA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2423 | State what the contract or lease is for and the nature of the debtor's interest | MOODY'S INVESTORS SERVICES INC<br>ATTN: GENERAL COUNSEL<br>7 WTC AT 250 GREENWICH STREET<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2424 | State what the contract or lease is for and the nature of the debtor's interest | MOONSTONE ENTERPRISES LLC<br>ATTN: GENERAL COUNSEL<br>2711 CENTERVILLE ROAD, SUITE 400<br>WILMINGTON, DE 19808 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2425 | State what the contract or lease is for and the nature of the debtor's interest | MORROW & CO., LLC<br>ATTN: GENERAL COUNSEL<br>470 WEST AVENUE<br>STAMFORD, CT 06902 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2426 | State what the contract or lease is for and the nature of the debtor's interest | MSC CRUISES SA<br>ATTN: GENERAL COUNSEL<br>AVENUE EUGENE - PITTARD 40<br>GENEVA 1206<br>SWITZERLAND |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2427 | State what the contract or lease is for and the nature of the debtor's interest | MSTELCOM - MERCURY SERVICOS DE TELECOMUNICACOES, SA<br>ATTN: GENERAL COUNSEL<br>FAROL DAS LAGOAS NO. 5<br>LUANDA<br>ANGOLA |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2428 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUMBO JUMBO<br>ATTN: RON DIMANT, MANAGER<br>2019 NORTH LAMAR STREET<br>SUITE 300<br>DALLAS, TX 75202-1738 |
| 2.2429 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUMBO JUMBO<br>ATTN: RON DIMANT, MANAGER<br>2019 NORTH LAMAR STREET<br>SUITE 300<br>DALLAS, TX 75202-1738 |
| 2.2430 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUMBOJUMBO, LLC<br>ATTN: RON DIMANT, MANAGER<br>2019 NORTH LAMAR STREET<br>SUITE 300<br>DALLAS, TX 75202-1738 |
| 2.2431 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUMBOJUMBO, LLC<br>ATTN: RON DIMANT, MANAGER<br>2019 NORTH LAMAR STREET<br>SUITE 300<br>DALLAS, TX 75202-1738 |
| 2.2432 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUSIC BOX INTERNATIONAL (MBI)<br>ATTN: GENERAL COUNSEL<br>P.O. BOX51100<br>#7 AL ROSTAMANI BLDG. AL KHABAISI ST.<br>DEIRA, DUBAI<br>UNITED ARAB EMIRATES |
| 2.2433 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUSIC BOX INTERNATIONAL (MBI)<br>ATTN: GENERAL COUNSEL<br>P.O. BOX51100<br>#7 AL ROSTAMANI BLDG. AL KHABAISI ST.<br>DEIRA, DUBAI<br>UNITED ARAB EMIRATES |
| 2.2434 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUSIC BOX INTERNATIONAL (MBI)<br>ATTN: GENERAL COUNSEL<br>P.O. BOX51100<br>#7 AL ROSTAMANI BLDG. AL KHABAISI ST.<br>DEIRA, DUBAI<br>UNITED ARAB EMIRATES |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2435 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUSIC BOX INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 51100<br>#7 AL ROSTAMANI BLDG. AL KHABAISI ST.<br>DEIRA, DUBAI<br>UNITED ARAB EMIRATES |
| 2.2436 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUSIC BOX INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>#7 AL ROSTAMANI BLDG.<br>AL KHABAISI ST.<br>DEIRA, DUBAI<br>UNITED ARAB EMIRATES |
| 2.2437 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MUZIK247<br>OLD NO. 52, NEW NO. 121, LUZ CHURCH ROAD<br>MYLAPORE, CHENNAI, TAMIL NADU<br>CHENNAI 60004<br>INDIA |
| 2.2438 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY EQUITY COMP, LLC<br>ATTN: CORY MCLAIN<br>80 BLUE RAVINE ROAD, SUITE 100<br>FOLSOM, CA 95630 |
| 2.2439 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY EQUITY COMP, LLC<br>ATTN: CORY MCLAIN<br>80 BLUE RAVINE ROAD, SUITE 100<br>FOLSOM, CA 95630 |
| 2.2440 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY SENSES, LLC<br>ATTN: GENERAL COUNSEL<br>FLOOR 4, WILLOW HOUSE, PO BOX 268<br>GRAND CAYMAN KY1-1104<br>CAYMAN ISLANDS |
| 2.2441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY SENSES, LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 268<br>GRAND CAYMAN KY1-1104<br>CAYMAN ISLANDS |

Debtor   Global Eagle Entertainment Inc.
         Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY WAY FILM COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>404-5, SUMMIT INSURANCE BUILDING<br>789 NATHAN ROAD<br>KOWLOON<br>HONG KONG |
| **2.2443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY WAY FILM COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>404-5<br>SUMMIT INSURANCE BUILDING, 789 NATHAN ROAD<br>KOWLOON<br>HONG KONG |
| **2.2444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY WAY FILM COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>404-5<br>SUMMIT INSURANCE BUILDING, 789 NATHAN ROAD<br>KOWLOON<br>HONG KONG |
| **2.2445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY WAY FILM COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>404-5<br>SUMMIT INSURANCE BUILDING, 789 NATHAN ROAD<br>KOWLOON<br>HONG KONG |
| **2.2446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY WAY FILM COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>404-5<br>SUMMIT INSURANCE BUILDING, 789 NATHAN ROAD<br>KOWLOON<br>HONG KONG |
| **2.2447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MY WAY FILM COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>ROOM 706<br>SUMMIT INSURANCE BUILDING, 789 NATHAN ROAD<br>KOWLOON<br>HONG KONG |
| **2.2448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MYLIN INTERNATIONAL LTD.<br>C/O SUPERYACHT MANAGEMENT<br>1515 SW 20TH ST<br>FT. LAUDERDALE, FL 33315 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MYLIN INTERNATIONAL LTD<br>ATTN: GENERAL COUNSEL<br>C/O SUPERYACHT MANAGEMENT 1515 SW 20TH ST<br>FORT LAUDERDALE, FL 33325 |
| **2.2450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MYSTIC CRUISES<br>MYSTIC CRUISES<br>RUA DE MIRAGAIA, 103<br>PORTO 4050-387<br>PORTUGAL |
| **2.2451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAKILAT SHIPPING (QATAR) LIMITED WLL (NSQL)<br>ATTN: GENERAL COUNSEL<br>PO BOX 3112<br>SHOUMOUKH TOWERS B, C RING ROAD<br>DOHA<br>QATAR |
| **2.2452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAMCO (BANDAI)<br>ATTN: GENERAL COUNSEL<br>4555 GREAAT AMERICA PARKWAY<br>SUITE 201<br>SANTA CLARA, CA 95054 |
| **2.2453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAMCO (BANDAI)<br>ATTN: GENERAL COUNSEL<br>4555 GREAAT AMERICA PARKWAY<br>SUITE 201<br>SANTA CLARA, CA 95054 |
| **2.2454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAMCO (BANDAI)<br>ATTN: GENERAL COUNSEL<br>4555 GREAAT AMERICA PARKWAY<br>SUITE 201<br>SANTA CLARA, CA 95054 |
| **2.2455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAMCO BANDAI GAMES AMERICA INC.<br>ATTN: GENERAL COUNSEL<br>4555 GREAAT AMERICA PARKWAY<br>SUITE 201<br>SANTA CLARA, CA 95054 |

Debtor     __Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2456 | State what the contract or lease is for and the nature of the debtor's interest | NAMEETA CHHABRIA<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2457 | State what the contract or lease is for and the nature of the debtor's interest | NASDAQ OMX CORPORATE SOLUTIONS LLC (GLOBE NEWSWIRE)<br>ATTN: GENERAL COUNSEL<br>ONE LIBERTY PLAZA, 165 BROADWAY<br>NEW YORK, NY 10006 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2458 | State what the contract or lease is for and the nature of the debtor's interest | NASDAQ OMX CORPORATE SOLUTIONS LLC (GLOBE NEWSWIRE)<br>ATTN: GENERAL COUNSEL<br>ONE LIBERTY PLAZA, 165 BROADWAY<br>NEW YORK, NY 10006 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2459 | State what the contract or lease is for and the nature of the debtor's interest | NASDAQ OMX CORPORATE SOLUTIONS LLC (GLOBE NEWSWIRE)<br>ATTN: GENERAL COUNSEL<br>ONE LIBERTY PLAZA<br>165 BROADWAY<br>NEW YORK, NY 10006 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2460 | State what the contract or lease is for and the nature of the debtor's interest | NASDAQ OMX CORPORATE SOLUTIONS LLC (GLOBE NEWSWIRE)<br>ATTN: GENERAL COUNSEL<br>ONE LIBERTY PLAZA<br>165 BROADWAY<br>NEW YORK, NY 10006 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2461 | State what the contract or lease is for and the nature of the debtor's interest | NASDAQ OMX CORPORATE SOLUTIONS LLC (GLOBE NEWSWIRE)<br>ATTN: GENERAL COUNSEL<br>ONE LIBERTY PLAZA<br>165 BROADWAY,49TH FLOOR<br>NEW YORK, NY 10006 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2462 | State what the contract or lease is for and the nature of the debtor's interest | NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br>ATTN: GENERAL COUNSEL<br>PO BOX 113247<br>STAMFORD, CT 6911 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2463** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NATUNA RICHFIELD MARINE PTE LTD<br>ATTN: GENERAL COUNSEL<br>26 TECH PARK CRESCENT<br>638106<br>SINGAPORE |
| **2.2464** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVAERO AVIONICS AB<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.2465** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVAERO AVIONICS AB<br>FORRADSGATAN 4<br>SUNDSVALL 85633<br>SWEDEN |
| **2.2466** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVARINO<br>ATTN: GENERAL COUNSEL<br>GALAXIAS BUILDING, BLOCK B, OFFICE 202, 36 AGIAS ELENSIS STR<br>NICOSIA 1061<br>CYPRUS |
| **2.2467** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVARINO<br>ATTN: GENERAL COUNSEL<br>GALAXIAS BUILDING, BLOCK B, OFFICE 202, 36 AGIAS ELENSIS STR<br>NICOSIA 1061<br>CYPRUS |
| **2.2468** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVEX GLOBAL<br>ATTN: GENERAL COUNSEL<br>5500 MEADOWS ROAD, SUITE 500<br>LAKE OSWEGO, OR 97035 |
| **2.2469** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVEX GLOBAL<br>ATTN: GENERAL COUNSEL<br>5500 MEADOWS ROAD, SUITE 500<br>LAKE OSWEGO, OR 97035 |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2470** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVEX GLOBAL<br>ATTN: GENERAL COUNSEL<br>5500 MEADOWS ROAD, SUITE 500<br>LAKE OSWEGO, OR 97035 |
| **2.2471** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVEX GLOBAL<br>ATTN: GENERAL COUNSEL<br>5500 MEADOWS ROAD, SUITE 500<br>LAKE OSWEGO, OR 97035 |
| **2.2472** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVEX GLOBAL<br>ATTN: GENERAL COUNSEL<br>5500 MEADOWS ROAD, SUITE 500<br>LAKE OSWEGO, OR 97035 |
| **2.2473** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NAVIS MARINE LTD.<br>ATTN: GENERAL COUNSEL<br>75 FORT STREET, CLIFTON HOUSE<br>GRAND CAYMAN KY-1101<br>CAYMAN ISLANDS |
| **2.2474** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NBCU ANC CNBC<br>ATTN: GENERAL COUNSEL<br>30 ROCKEFELLER PLZ<br>NEW YORK, NY 10112-0015 |
| **2.2475** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NBCU ANC CNBC<br>ATTN: GENERAL COUNSEL<br>30 ROCKEFELLER PLZ<br>NEW YORK, NY 10112-0015 |
| **2.2476** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEOS AIR<br>ATTN: GENERAL COUNSEL<br>VIA DELLA CHLESA<br>SOMMA LOBARDO (VA) 68 - 21019<br>ITALY |

Debtor  Global Eagle Entertainment Inc.
Name
Case number (if known)  20-11835 (JTD)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2477** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEOS S.P.A<br>ATTN: GENERAL COUNSEL<br>VIA DELLA CHIESA, 68<br>21019 SOMMA LOMBARDO, VA<br><br>ITALY |
| **2.2478** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEOS S.P.A<br>ATTN: GENERAL COUNSEL<br>VIA DELLA CHIESA, 68<br>21019 SOMMA LOMBARDO<br><br>ITALY |
| **2.2479** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEOS S.P.A<br>ATTN: GENERAL COUNSEL<br>VIA DELLA CHIESA, 68<br>21019 SOMMA LOMBARDO, VA<br><br>ITALY |
| **2.2480** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEOS S.P.A<br>ATTN: GENERAL COUNSEL<br>A VIA DELLA CHIESA<br>68-21019 SOMMA LOMBARDO<br>MALPENSA<br>ITALY |
| **2.2481** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEOS SPA<br>ATTN: GENERAL COUNSEL<br>VIA DELLA CHIESA<br>SOMMA LOBARDO (VA) 68. 21019<br>ITALY |
| **2.2482** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEPAL AIRLINES CORPORATION<br>ATTN: GENERAL COUNSEL<br>KANTIPATH<br>KATHMANDU<br>NEPAL |
| **2.2483** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEPAL AIRLINES CORPORATION<br>ATTN: ER.MAHESH KUMAR MARITA<br>KANTIPATH<br>KATHMANDU<br>NEPAL |

Debtor       Global Eagle Entertainment Inc.                         Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2484 | State what the contract or lease is for and the nature of the debtor's interest | NETAPP CAPITAL SOLUTIONS<br>ATTN: THOMAS PARACHINI<br>5400 AIRPORT BLVD.,, SUITE 100<br>BOULDER, CO 80301 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2485 | State what the contract or lease is for and the nature of the debtor's interest | NETAPP<br>ATTN: THOMAS PARACHINI<br>5400 AIRPORT BLVD.,, SUITE 100<br>BOULDER, CO 80301 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2486 | State what the contract or lease is for and the nature of the debtor's interest | NETDISH S.P.A<br>ATTN: GENERAL COUNSEL<br>FORNACI 136<br>PADOVA 35129<br>ITALY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2487 | State what the contract or lease is for and the nature of the debtor's interest | NETWORK INNOVATIONS US, INC.?<br>ATTN: GENERAL COUNSEL<br>4950 WEST PROSPECT ROAD<br>FORT LAUDERDALE, FL 33309 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2488 | State what the contract or lease is for and the nature of the debtor's interest | NETWORK INNOVATIONS<br>ATTN: DEALER APPLICATION(S)<br>4950 W. PROSPECT ROAD<br>FORT LAUDERDALE, FL 33309 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2489 | State what the contract or lease is for and the nature of the debtor's interest | NETWORK INNOVATIONS<br>ATTN: GENERAL COUNSEL<br>3791 JALAN BUKIT MERAH<br>04-09 E-CENTRE @ REDHILL<br> 159471<br>SINGAPORE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2490 | State what the contract or lease is for and the nature of the debtor's interest | NETWORK INNOVATIONS<br>ATTN: GENERAL COUNSEL<br>4950 WEST PROSPECT ROAD<br>FORT LAUDERDALE, FL 33309 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2491** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NETWORKING SAT EIRL<br>RESEARCHING ADDRESS |
| **2.2492** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEUTRAL DIGITAL LTD.<br>ATTN: CHRISTIAN GROU AND ADAM RANDALL<br>49 COLUMBIA ROAD<br>LONDON E2 7RG<br>UNITED KINGDOM |
| **2.2493** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEUTRAL DIGITAL LTD.<br>ATTN: CHRISTIAN GROU AND ADAM RANDALL<br>49 COLUMBIA ROAD<br>LONDON E2 7RG<br>UNITED KINGDOM |
| **2.2494** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW LIFE LTD<br>ATTN: GENERAL COUNSEL<br>TRUST COMPANY COMPLEX<br>AJELTAKE ROAD<br>MAJURO, MARSHALL ISLANDS 96960 |
| **2.2495** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2496** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4,<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2497** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)__
                   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2498** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2499** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2500** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2501** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2502** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2503** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2504** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor     Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2505 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES SATELLITES B.V. ATTN: GENERAL COUNSEL ROOSEVELTPLANTSEON 4 THE HAGUE 2517 KR NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2506 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES SATELLITES B.V. ATTN: LEGAL SERVICES, COMMERCIAL ROOSEVELTPLANTSOEN 4 THE HAGUE  2517 KR NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2507 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES SATELLITES B.V. ATTN: GENERAL COUNSEL ROOSEVELTPLANTSOEN 4 THE HAGUE, THE NETHERLANDS 2517 KR |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2508 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES SATELLITES B.V. ATTN: GENERAL COUNSEL ROOSEVELTPLANTSOEN 4 THE HAGUE 2517 KR NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2509 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES SATELLITES B.V. ATTN: GENERAL COUNSEL ROOSEVELTPLANTSOEN 4 THE HAGUE 2517 KR NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2510 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES SATELLITES B.V. ATTN: LEGAL SERVICES, COMMERCIAL ROOSEVELTPLANTSOEN 4 2517 KR THE HAGUE NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2511 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES SATELLITES B.V. ATTN: LEGAL SERVICES, COMMERCIAL ROOSEVELTPLANTSOEN 4 2517 KR THE HAGUE NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2512** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| **2.2513** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2514** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| **2.2515** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2516** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2517** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2518** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor    Global Eagle Entertainment Inc.                Case number *(if known)*   20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2519 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2520 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2521 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2522 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2523 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2524 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2525 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2526** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2527** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2528** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2529** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>CHATEAU DE BETZDORF<br>LUXEMBOURG L-6815<br>LUXEMBOURG |
| **2.2530** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2717 KR<br>NETHERLANDS |
| **2.2531** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROSSEVELTPLANTSOEN 4 2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROSSEVELTPLANTSOEN 4 2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor  Global Eagle Entertainment Inc.
Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2533 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2534 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2535 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2536 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2537 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2538 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2539 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor    _Global Eagle Entertainment Inc._    Case number *(if known)* _20-11835 (JTD)_
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2540** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: THAI RUBIN, EVP & GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2541** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2542** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2543** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2544** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4, 2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2545** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2546** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSEON 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor    Global Eagle Entertainment Inc.         Case number *(if known)* 20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2547** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2548** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2549** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: GENERAL COUNSEL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2550** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2551** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2552** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| **2.2553** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |

Debtor    Global Eagle Entertainment Inc.
　　　　　　Name

Case number *(if known)*  20-11835 (JTD)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2554 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2555 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2556 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANTSOEN 4<br>THE HAGUE 2517 KR<br>NETHERLANDS |
| 2.2557 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEWTEC CY NV<br>ATTN: GENERAL COUNSEL<br>LAARSTRAAT 5<br>SINT-NIKLAAS B-9100<br>BELGIUM |
| 2.2558 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEWTEC CY NV<br>ATTN: GENERAL COUNSEL<br>LAARSTRAAT 5<br>SINT-NIKLAAS B-9100<br>BELGIUM |
| 2.2559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXTOY<br>RESEARCHING ADDRESS |
| 2.2560 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUS OCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>MUDDY WATERSSTRAAT8<br>MIDDELBURG, THE NETHERLANDS 4337 WK |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor   Global Eagle Entertainment Inc.                            Case number *(if known)*  20-11835 (JTD)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2561** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUS OCEAN<br>COM - MFS - MV DEPENDENT<br>VLISSINGEN<br>NETHERLANDS |
| **2.2562** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2563** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2564** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2565** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2566** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2567** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |

Debtor   Global Eagle Entertainment Inc.
           Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2568 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2569 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2570 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2571 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2572 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2573 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2574 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                    Case number *(if known)* 20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2575** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| **2.2581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NEXUSOCEAN B.V.<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2582 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2583 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2584 | State what the contract or lease is for and the nature of the debtor's interest | NEXUSOCEAN B.V<br>ATTN: GENERAL COUNSEL<br>VISSERIJKADE 91<br>VLISSINGEN, THE NETHERLANDS 4382 ZA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2585 | State what the contract or lease is for and the nature of the debtor's interest | NHB KREATION<br>ATTN: GENERAL COUNSEL<br>ALSTERGLACIS 8<br>HAMBURG 20354<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2586 | State what the contract or lease is for and the nature of the debtor's interest | NICE WORLD INDUSTRIES INC<br>ATTN: GENERAL COUNSEL<br>1222 NW 117TH AVE NW<br>SEATTLE, WA 98177 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2587 | State what the contract or lease is for and the nature of the debtor's interest | NICE WORLD INDUSTRIES INC<br>ATTN: GENERAL COUNSEL<br>1222 NW 117TH AVE NW<br>SEATTLE, WA 98177 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2588 | State what the contract or lease is for and the nature of the debtor's interest | NICE WORLD INDUSTRIES INC<br>ATTN: GENERAL COUNSEL<br>1222 NORTHWEST 117TH AVENUE NORTHWEST<br>SEATTLE, WA 98177 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2589** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NICE WORLD INDUSTRIES INC<br>ATTN: GENERAL COUNSEL<br>1222 NW 117TH ST<br>SEATTLE, WA 98177 |
| **2.2590** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NICE WORLD INDUSTRIES INC<br>ATTN: GENERAL COUNSEL<br>1222 NW 117TH AVE NW<br>SEATTLE, WA 98177 |
| **2.2591** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NICE WORLD INDUSTRIES INC<br>ATTN: GENERAL COUNSEL<br>1222 NW 117TH AVE NW<br>SEATTLE, WA 98177 |
| **2.2592** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NICE WORLD INDUSTRIES INC<br>ATTN: GENERAL COUNSEL<br>1222 NW 117TH STREET NW<br>SEATTLE, WA 98177 |
| **2.2593** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NIPPON TV NETWORK CORP.<br>ATTN: GENERAL COUNSEL<br>1-6-1 HIGASHI SHIMBASHI<br>MINATO-KU<br>TOKYO 105-7444<br>JAPAN |
| **2.2594** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NIPPON TV NETWORK CORP.<br>ATTN: GENERAL COUNSEL<br>1-6-1 HIGASHI SHIMBASHI<br>MINATO-KU<br>TOKYO 105-7444<br>HONG KONG |
| **2.2595** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NIPPON TV NETWORK CORP.<br>ATTN: GENERAL COUNSEL<br>1-6-1 HIGASHI SHIMBASHI<br>MINATO-KU<br>TOKYO<br>JAPAN |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2596 | State what the contract or lease is for and the nature of the debtor's interest | NIPPON TV NETWORK CORP. ATTN: GENERAL COUNSEL 1-6-1 HIGASHI SHIMBASHI MINATO-KU, TOKYO 105-7444 JAPAN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2597 | State what the contract or lease is for and the nature of the debtor's interest | NOEL MARINE LTD. 201 ROGERS OFFICE BLDG. EDWIN WALLACE REY DRIVE GEORGE HILL ANGUILLA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2598 | State what the contract or lease is for and the nature of the debtor's interest | NONDROP PRODUCTIONS ATTN: GENERAL COUNSEL 703 PIER AVENUE SUITE B #635 HERMOSA BEACH, CA 90254 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2599 | State what the contract or lease is for and the nature of the debtor's interest | NOREN, PER 6080 CENTER DRIVE SUITE 1200 LOS ANGELES, CA 90045 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2600 | State what the contract or lease is for and the nature of the debtor's interest | NORRLANDS MILJOVARD AB ATTN: GENERAL COUNSEL OSTERMOVAGEN 33 SUNDSVALL 854 62 SWEDEN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2601 | State what the contract or lease is for and the nature of the debtor's interest | NORTHSHORE AS RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2602 | State what the contract or lease is for and the nature of the debtor's interest | NORWEGIAN AIR SHUTTLE ASA ATTN: GENERAL COUNSEL OKSENOYVEIEN 3 1366, LYSAKER, VIKEN NORWAY |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2603 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | NORWEGIAN AIR SHUTTLE ASA<br>ATTN: GENERAL COUNSEL<br>OKSENOYVEIEN 3<br>1366, LYSAKER, VIKEN<br><br>NORWAY |
| 2.2604 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | NORWEGIAN AIR SHUTTLE ASA<br>ATTN: GENERAL COUNSEL<br>OKSENOYVEIEN 3<br>1366, LYSAKER, VIKEN<br><br>NORWAY |
| 2.2605 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | NORWEGIAN AIR SHUTTLE ASA<br>ATTN: GENERAL COUNSEL<br>OKSENOYVEIEN 3<br>1366, LYSAKER, VIKEN<br><br>NORWAY |
| 2.2606 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | NORWEGIAN CRUISE LINE<br>ATTN: GENERAL COUNSEL<br>OKSENOYVEIEN 10A<br>POSTBOKS 115, FORNEBU<br>OSLO 1330<br>NORWAY |
| 2.2607 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | NORWEIGIAN AIR SHUTTLE<br>ATTN: GENERAL COUNSEL<br>OKSENOYVEIEN 3<br>1366, LYSAKER, VIKEN<br><br>NORWAY |
| 2.2608 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | NOVA SCOTIA VISUAL EDUCATION CENTRE<br>30 MACINTOSH BLVD<br>UNIT 7<br>VAUGHN, ON L4K 4P1<br>CANADA |
| 2.2609 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | NOVA SCOTIA VISUAL EDUCATION CENTRE<br>30 MACINTOSH BLVD<br>UNIT 7<br>VAUGHN, ON L4K 4P1<br>CANADA |

Debtor     Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NS DEPARTMENT OF EDUCATION & EARLY CHILDHOOD DEVELOPMENT<br>ATTN: GENERAL COUNSEL<br>2021 BRUNSWICK STREET, 4TH FLOOR<br>HALIFAX, NS B3L 2Y5<br>CANADA |
| **2.2611** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |
| **2.2612** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |
| **2.2613** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |
| **2.2614** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |
| **2.2615** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |
| **2.2616** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |

Debtor      Global Eagle Entertainment Inc.                          Case number *(if known)* 20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2617 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |
| 2.2618 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NU IMAGE<br>6423 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 |
| 2.2619 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUBILL CORPORATION<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |
| 2.2620 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUBILL CORPORATION<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |
| 2.2621 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUBILL CORPORATION<br>ATTN: GENERAL COUNSEL<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |
| 2.2622 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUBILL CORPORATION<br>ATTN: GENERAL COUNSEL<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |
| 2.2623 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUBILL CORPORATION<br>ATTN: JOHN P. MARSHALL<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |

Debtor ___Global Eagle Entertainment Inc._____ Case number *(if known)* __20-11835 (JTD)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2624** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUBILL CORPORATION<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |
| **2.2625** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUBILL CORPORATIOON<br>ATTN: GENERAL COUNSEL<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |
| **2.2626** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NUNILL CORPORATION<br>ATTN: GENERAL COUNSEL<br>4815 DELEMERE<br>ROYAL OAK, MI 48073 |
| **2.2627** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OAK CREEK CENTER TT, LLC<br>RESEARCHING ADDRESS |
| **2.2628** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>SAO PAULO 7059<br>BRAZIL |
| **2.2629** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>CAMPO BELO<br>SAO PAULO 04627-006<br>BRAZIL |
| **2.2630** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>SAO PAULO 04627 006<br>BRAZIL |

Debtor      Global Eagle Entertainment Inc.                              Case number *(if known)* _20-11835 (JTD)_
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2631** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>SAO PAULO 04627 006<br>BRAZIL |
| **2.2632** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>SAO PAULO 04627 006<br>BRAZIL |
| **2.2633** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>SAO PAULO 04627 006<br>BRAZIL |
| **2.2634** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>SAO PAULO 04627 006<br>BRAZIL |
| **2.2635** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANAIR LINHAS AEREAS S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA WASHINGTON LUIS, 7059<br>SAO PAULO 04627 006<br>BRAZIL |
| **2.2636** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANIA CRUISES, LNC<br>ATTN: GENERAL COUNSEL<br>8300 N.W. 33RD STREET<br>MIAMI, FL 33122 |
| **2.2637** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANIC RANGE LTD.<br>C/O CAMPBELLS CORPORATE SERVICES LTD<br>FLOOR 4 WILLOW HOUSE CRICKET SQUARE<br>GRAND CAYMAN KY1 1104<br>CAYMAN ISLANDS |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2638 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANIC RANGE LTD.<br>ATTN: C/O CAMPBELLS CORPORATE SERVICES LIMITED<br>FLOOR 4, WILLOW HOUSE, CRICKET SQUARE, GEORGE TOWN<br>PO BOX 268<br>GRAND CAYMAN KY1 1104<br>CAYMAN ISLANDS |
| 2.2639 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANO LIMITED<br>LA PLAIDERIE HOUSE<br>ST. PETER PORT<br>GUERNSEY GY1 3PR |
| 2.2640 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OCEANO LIMITED<br>ATTN: GENERAL COUNSEL<br>LA PLAIDERIE HOUSE<br>ST PETER PORT, GUERNSEY GY1 3PR |
| 2.2641 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OFF THE FENCE<br>HERENGRACHT 105-107<br>1015 BE<br>AMSTERDAM 1015<br>NETHERLANDS |
| 2.2642 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OFF THE FENCE<br>ATTN: GENERAL COUNSEL<br>HERENGRACHT 105-107<br>AMSTERDAM 1015 BE<br>NETHERLANDS |
| 2.2643 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OGLETREE DEAKINS INTERNATIONAL LLP<br>ATTN: GENERAL COUNSEL<br>400 SOUTH HOPE STREET, SUITE 1200<br>LOS ANGELES, CA 90071 |
| 2.2644 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OGLETREE DEAKINS INTERNATIONAL LLP<br>ATTN: GENERAL COUNSEL<br>400 SOUTH HOPE STREET, SUITE 1200<br>LOS ANGELES, CA 90071 |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2645 | State what the contract or lease is for and the nature of the debtor's interest | OKTA, INC.<br>ATTN: GENERAL COUNSEL<br>301 BRANNAN STREET<br>1ST FLOOR<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2646 | State what the contract or lease is for and the nature of the debtor's interest | OMAN AIR (SAOC)<br>ATTN: GENERAL COUNSEL<br>MUSCAT INTERNATIONAL AIRPORT<br>PO BOX 58, PC 111<br>MUSCAT<br>OMAN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2647 | State what the contract or lease is for and the nature of the debtor's interest | OMAN AIR (SAOC)<br>ATTN: GENERAL COUNSEL<br>MUSCAT INTERNATIONAL AIRPORT<br>PO BOX 58, PC 111<br>MUSCAT<br>OMAN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2648 | State what the contract or lease is for and the nature of the debtor's interest | OMAN AIR (SAOC)<br>ATTN: GENERAL COUNSEL<br>HQ 1, AL MAARIDH STREET<br>PO BOX 58, POSTAL CODE 111, SEEB<br>MUSCAT<br>OMAN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2649 | State what the contract or lease is for and the nature of the debtor's interest | OMAN AIR S.A.O.C.<br>ATTN: GENERAL COUNSEL<br>MUSCAT INTERNATIONAL AIRPORT<br>PO BOX 58<br>SULTANATE OF OMAN111 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2650 | State what the contract or lease is for and the nature of the debtor's interest | OMAN AIR S.A.O.C.<br>ATTN: GENERAL COUNSEL<br>MUSCAT INTERNATIONAL AIRPORT<br>PO BOX 58<br>SULTANATE OF OMAN111 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2651 | State what the contract or lease is for and the nature of the debtor's interest | OMAN AIR<br>ATTN: SUMAIYA ALBUSAIDI<br>MUSCAT INTERNATIONAL AIRPORT<br>P.O. 58<br>PC 111<br>OMAN |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* __20-11835 (JTD)__ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2652 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ON AIR SWITZERLAND SARL<br>ATTN: LEGAL DEPARTMENT<br>AVENUE LOUIS-CASAI 71<br>1216 COINTRIN<br>GENEVA<br>SWITZERLAND |
| 2.2653 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ON AIR SWITZERLAND SARL<br>ATTN: CHIEF COMMERCIAL OFFICER<br>71 AVENUE LOUIS CASAI<br>1216 COINTRIN<br>GENEVA<br>SWITZERLAND |
| 2.2654 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ONBOARD INTERNATIONAL<br>ATTN: GENERAL COUNSEL<br>SUITE 341-344, BLDG NO. 10,<br>PO BOX: 502112 DUBAI MEDIA CITY<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.2655 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ONE AVIATION CORPORATION, ET AL.<br>ATTN: GENERAL COUNSEL<br>3250 SPIRIT DRIVE SE<br>ALBUQUERQUE, NM 87106 |
| 2.2656 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ONE AVIATION CORPORATION<br>ATTN: GENERAL COUNSEL<br>3250 SPIRIT DRIVE SE<br>ALBUQUERQUE, NM 87106 |
| 2.2657 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ONE COOL PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>2/F MILKYWAY BUILDING, 77 HUNG TO ROAD<br>KWUN TONG<br>HONG KONG |
| 2.2658 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ONE COOL PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>2/F MILKYWAY BUILDING, 77 HUNG TO ROAD<br>KWUN TONG<br>HONG KONG |

Debtor   Global Eagle Entertainment Inc.
         Name

Case number (if known) 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2659** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ONE COOL PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>2/F MILKYWAY BUILDING, 77 HUNG TO ROAD<br>KWUN TONG<br>HONG KONG |
| **2.2660** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ONE COOL PICTURES LIMITED<br>ATTN: GENERAL COUNSEL<br>2/F MILKYWAY BUILDING, 77 HUNG TO ROAD<br>KWUN TONG<br>HONG KONG |
| **2.2661** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ONEMUSIC<br>ATTN: GENERAL COUNSEL<br>LOCKED BAG 5000<br>STRAWBERRY HILLS, NSW 2012<br>AUSTRALIA |
| **2.2662** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ONPREM SOLUTIONS PARTNERS, LLC<br>ATTN: GENERAL COUNSEL<br>1601 N. SEPULVEDA #367<br>MANHATTAN BEACH, CA 90266 |
| **2.2663** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ONPREM SOLUTIONS PARTNERS, LLC<br>ATTN: GENERAL COUNSEL<br>1601 N. SEPULVEDA #367<br>MANHATTAN BEACH, CA 90266 |
| **2.2664** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | OPTIV SECURITY INC<br>ATTN: GENERAL COUNSEL<br>1125 17TH STREET<br>SUITE 1700<br>DENVER, CO 80202 |
| **2.2665** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | OPTIV SECURITY INC<br>ATTN: GENERAL COUNSEL<br>1125 17TH STREET<br>SUITE 1700<br>DENVER, CO 80202 |

Debtor  Global Eagle Entertainment Inc.
Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2666** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORACLE AMERICA, INC<br>ATTN: GENERAL COUNSEL, LEGAL DEPARTMENT<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| **2.2667** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2668** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE GROUP<br>RESEARCHING ADDRESS |
| **2.2669** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE RDC SA<br>ATTN: GENERAL COUNSEL<br>NO. 372, AVENUE COLONEL MONDJIBA<br>KINSHASA-NGALIEMA, CONGO |
| **2.2670** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE S A<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2671** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE S.A.<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS 75015<br>FRANCE |
| **2.2672** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE S.A.<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVER DE GUERRES<br>PARIS 75015<br>FRANCE |

Debtor     Global Eagle Entertainment Inc.
           Name

Case number *(if known)*   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2673** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE S.A.<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVER DE GUERRES<br>PARIS 75015<br>FRANCE |
| **2.2674** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE S.A.<br>78 RUE OLIVIER DE SERRES<br>75505 PARIS CEDEX 15<br><br>FRANCE |
| **2.2675** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE S.A.<br>78 RUE OLIVIER DE SERRES<br>75505 PARIS CEDEX 15<br><br>FRANCE |
| **2.2676** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE S.A<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2677** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2678** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75507<br>FRANCE |
| **2.2679** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: ARNAUD ESPAGNET<br>ORANGE BUSINESS SERVICES<br>ORANGE STADIUM, 1 PLACE DE DROITS DE L'HOMME<br>LA PLAINE SAINT-DENIS CEDEX 93457<br>FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2680 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: ARNAUD ESPAGNET<br>ORANGE BUSINESS SERVICES<br>ORANGE STADIUM, 1 PLACE DE DROITS DE L'HOMME<br>LA PLAINE SAINT-DENIS CEDEX 93457<br>FRANCE |
| 2.2681 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: ARNAUD ESPAGNET<br>ORANGE BUSINESS SERVICES<br>ORANGE STADIUM, 1 PLACE DE DROITS DE L'HOMME<br>LA PLAINE SAINT-DENIS CEDEX 93457<br>FRANCE |
| 2.2682 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: ARNAUD ESPAGNET<br>ORANGE BUSINESS SERVICES<br>ORANGE STADIUM, 1 PLACE DE DROITS DE L'HOMME<br>LA PLAINE SAINT-DENIS CEDEX 93457<br>FRANCE |
| 2.2683 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| 2.2684 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15 75505<br>FRANCE |
| 2.2685 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>75505<br>FRANCE |
| 2.2686 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2687** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2688** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505 |
| **2.2689** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2690** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: ARNAUD ESPANGNET, BUSINESS MANAGER<br>ORANGE BUSINESS SERIVCES ORANGE STADIUM<br>1 PLACE DES DOITS DE L'HOMME SAINT DENIS<br>LA PLAINE SAINT-DENIS CEDEX 93457<br>FRANCE |
| **2.2691** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 , RUE OLIVIER DE SERRES<br>PARIS 75 015<br>FRANCE |
| **2.2693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS 75 015<br>FRANCE |

Debtor     __Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2694** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2695** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2696** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>ORANGE BUSINESS SERVICES<br>1 PLACE DES DROITS DE L'HOMME<br>LA PLAINE SAINT DENIS 93230<br>FRANCE |
| **2.2697** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2698** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE SA<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15<br>75505<br>FRANCE |
| **2.2699** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE STADIUM<br>ATTN: GENERAL COUNSEL<br>1 PLACE DES DROITS DE L'HOMME<br>SAINT DENIS, LA PLAINE SAINT-DENIS CEDEX<br>93457<br>FRANCE |
| **2.2700** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE STADIUM<br>ATTN: GENERAL COUNSEL<br>1 PLACE DES DROITS DE L'HOMME<br>SAINT DENIS, LA PLAINE SAINT-DENIS CEDEX<br>93457<br>FRANCE |

Debtor   _Global Eagle Entertainment Inc._____       Case number (if known) _20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2701** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE STADIUM<br>ATTN: GENERAL COUNSEL<br>1 PLACE DES DROITS DE L'HOMME<br>SAINT DENIS, LA PLAINE SAINT-DENIS CEDEX<br> 93457<br>FRANCE |
| **2.2702** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE STADIUM<br>ATTN: GENERAL COUNSEL<br>1 PLACE DES DROITS DE L'HOMME<br>SAINT DENIS, LA PLAINE SAINT-DENIS CEDEX<br> 93457<br>FRANCE |
| **2.2703** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE, S.A.<br>78 RUE OLIVIER DE SERRES<br>75505 PARIS CEDEX 15<br><br>FRANCE |
| **2.2704** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CODEX 15 75505<br>FRANCE |
| **2.2705** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CODEX 15 75005<br>FRANCE |
| **2.2706** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2707** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2708** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2709** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2710** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES,<br>PARIS CEDEX 15 75505 |
| **2.2711** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2712** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |

Debtor   Global Eagle Entertainment Inc._____   Case number *(if known)* __20-11835 (JTD)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2721** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2722 **State what the contract or lease is for and the nature of the debtor's interest** / **State the term remaining** / **List the contract number of any government contract** | ORANGE ATTN: ARNAUD ESPAGNET, BUSINESS MANAGER ORANGE BUSINESS SERVICES ORANGE STADIUM 1 PLACE DES DROITS DE L'HOMME SAINT DENIS, LA PLAINE SAINT-DENIS CEDEX 93457 FRANCE |
| 2.2723 **State what the contract or lease is for and the nature of the debtor's interest** / **State the term remaining** / **List the contract number of any government contract** | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER SERRES 75015 PARIS CEDEX 15 PARIS FRANCE |
| 2.2724 **State what the contract or lease is for and the nature of the debtor's interest** / **State the term remaining** / **List the contract number of any government contract** | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS 75015 FRANCE |
| 2.2725 **State what the contract or lease is for and the nature of the debtor's interest** / **State the term remaining** / **List the contract number of any government contract** | ORANGE ATTN: GENERAL COUNSEL 78 RUE DE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| 2.2726 **State what the contract or lease is for and the nature of the debtor's interest** / **State the term remaining** / **List the contract number of any government contract** | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| 2.2727 **State what the contract or lease is for and the nature of the debtor's interest** / **State the term remaining** / **List the contract number of any government contract** | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES CDDEX 15 PARIS 75505 FRANCE |
| 2.2728 **State what the contract or lease is for and the nature of the debtor's interest** / **State the term remaining** / **List the contract number of any government contract** | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES CEDEX 15 PARIS 75505 FRANCE |

Debtor   Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
         Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2729** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>75 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2730** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2731** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2732** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2733** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2734** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| **2.2735** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2736** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| **2.2737** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| **2.2738** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| **2.2739** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| **2.2740** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| **2.2741** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |
| **2.2742** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | ORANGE ATTN: GENERAL COUNSEL 78 RUE OLIVIER DE SERRES PARIS CEDEX 15 75505 FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2743 | State what the contract or lease is for and the nature of the debtor's interest | ORANGE<br>ATTN: GENERAL COUNSEL<br>8 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2744 | State what the contract or lease is for and the nature of the debtor's interest | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2745 | State what the contract or lease is for and the nature of the debtor's interest | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2746 | State what the contract or lease is for and the nature of the debtor's interest | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2747 | State what the contract or lease is for and the nature of the debtor's interest | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2748 | State what the contract or lease is for and the nature of the debtor's interest | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2749 | State what the contract or lease is for and the nature of the debtor's interest | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   Global Eagle Entertainment Inc.
         Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2750 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| 2.2751 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| 2.2752 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75505<br>FRANCE |
| 2.2753 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: ARNAUD ESPAGNET<br>45 RUE DE PARIS<br>1 PLACE DES DROITS DE L'HOMME, LA PLAINE SAINT-DENIS CEDEX<br>SAINT DENIS 93457<br>FRANCE |
| 2.2754 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: ARNAUD ESPAGNET<br>1 PLACE DES DROITS DE L'HOMME<br>LA PLAINE SAINT-DENIS CEDEX<br>SAINT DENIS 93457<br>FRANCE |
| 2.2755 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: ARNAUD ESPAGNET<br>1 PLACE DES DROITS DE L'HOMME<br>LA PLAINE SAINT-DENIS CEDEX<br>SAINT DENIS 93457<br>FRANCE |
| 2.2756 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.                              Case number *(if known)*  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2757** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78 RUE OLIVIER DE SERRES<br>CEDEX 15<br>PARIS 75015<br>FRANCE |
| **2.2761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2762** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2763** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2764** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARIS CEDEX 15 75505<br>FRANCE |
| **2.2765** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORANGE<br>ATTN: GENERAL COUNSEL<br>78, RUE OLIVIER DE SERRES<br>PARRIS CEDEX 15 75505<br>FRANCE |
| **2.2766** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORCHARD ENTERPRISES NY, INC.<br>ATTN: GENERAL COUNSEL<br>23 EAST 4TH STREET, 3RD FLOOR<br>NEW YORK, NY 10003 |
| **2.2767** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORION ASIA PACIFIC CORPORATION<br>ATTN: GENERAL COUNSEL<br>2440 RESEARCH BOULEVARD<br>ROCKVILLE, MD 20850 |
| **2.2768** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORION ASIA PACIFIC CORPORATION<br>ATTN: GENERAL COUNSEL<br>2440 RESEARCH BOULEVARD<br>ROCKVILLE, MD 20850 |
| **2.2769** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORION ASIA PACIFIC CORPORATION<br>ATTN: GENERAL COUNSEL<br>2440 RESEARCH BOULEVARD<br>ROCKVILLE, MD 20850 |
| **2.2770** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORION LORAL SERVICES, INC<br>ATTN: GENERAL COUNSEL<br>2440 RESEARCH BOULEVARD<br>ROCKVILLE, MD 20850 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2771 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OSTENSJO REDERI AS<br>ATTN: GENERAL COUNSEL<br>SMEDASUNDET 97, PO BOX 394<br>HAUGESUND N-5501<br>NORWAY |
| 2.2772 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OSTENSJO REDERI AS<br>ATTN: GENERAL COUNSEL<br>SMEDASUNDET 97<br>PO BOX 394<br>HAUGESUND N-5501<br>NORWAY |
| 2.2773 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | OSTENSJO REDERI<br>ATTN: GENERAL COUNSEL<br>C/O LOTHE-TERMINALEN<br>JOHS LOTHE A/S, KVITSOYGATA4<br>5537 HAUGESUND<br>NORWAY |
| 2.2774 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | P&O FERRIES HOLDINGS LIMITED<br>ATTN: GENERAL COUNSEL<br>CHANNEL HOUSE<br>CHANNEL VIEW ROAD<br>DOVER CT17 9TJ<br>UNITED KINGDOM |
| 2.2775 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PACIFIC RICHFIELD MARINE PTE LTD<br>ATTN: GENERAL COUNSEL<br>15 TUON SOUTH AVE 5<br><br>SINGAPORE |
| 2.2776 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PACKET FUSION, INC.<br>ATTN: GENERAL COUNSEL<br>4637 CHABOT DRIVE<br>SUITE 350<br>PLEASANTON, CA 94588 |
| 2.2777 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PANASONIC AVIONICS CORPORATION- LAKE FOREST<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA92630 |

Debtor ___Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2778**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PANASONIC AVIONICS CORPORATION <br> ATTN: GENERAL COUNSEL <br> 26200 ENTERPRISE WAY <br> LAKE FOREST, CA 92630 |
| **2.2779**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PANASONIC AVIONICS CORPORATION <br> ATTN: GENERAL COUNSEL <br> 26200 ENTERPRISE WAY <br> LAKE FOREST, CA 92630 |
| **2.2780**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PANASONIC AVIONICS CORPORATION <br> ATTN: GENERAL COUNSEL <br> 26200 ENTERPRISE WAY <br> LAKE FOREST, CA 92630 |
| **2.2781**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PANASONIC AVIONICS CORPORATION <br> ATTN: GENERAL COUNSEL <br> 26200 ENTERPRISE WAY <br> LAKE FOREST, CA 92630 |
| **2.2782**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PANASONIC AVIONICS CORPORATION <br> ATTN: GENERAL COUNSEL <br> 26200 ENTERPRISE WAY <br> LAKE FOREST, CA 92630 |
| **2.2783**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PANASONIC AVIONICS CORPORATION <br> ATTN: GENERAL COUNSEL <br> 22333 29TH DRIVE SE <br> NANAVATI MAHALAYA, 7TH FLOOR, FORT <br> BOTHELL, WA 98021 |
| **2.2784**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PANASONIC AVIONICS CORPORATION <br> ATTN: GENERAL COUNSEL <br> 22333 29TH DRIVE S.E. <br> BOTHELL, WA 98021 |

Debtor  ___Global Eagle Entertainment Inc._____  Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2785** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PANASONIC AVIONICS CORPROATION<br>ATTN: GENERAL COUNSEL<br>2941 ALTON PARKWAY<br>IRVINE, CA 92606 |
| **2.2786** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PANASONIC<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>FOREST, CA92630 |
| **2.2787** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PANASONIC<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA92630 |
| **2.2788** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PANASONIC<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA92630 |
| **2.2789** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PANASONIC<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA92630 |
| **2.2790** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PANTHEON TANKERS MANAGEMENT<br>ATTN: GENERAL COUNSEL<br>354 SYNGROU AVENUE<br>ATHENS 17674<br>GREECE |
| **2.2791** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PAR INVESTMENT PARTNERS, L.P.<br>ATTENTION: CHIEF OPERATING OFFICER AND GENERAL COUNSEL<br>ONE INTERNATIONAL PLACE<br>SUITE 2401 |

Debtor    Global Eagle Entertainment Inc.
          Name                                                    Case number (if known)  20-11835 (JTD)

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2792** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PARAMOUNT PICTURES<br>ATTN: GENERAL COUNSEL<br>5555 MELROSE AVENUE<br>HOLLYWOOD, CA 90038-3197 |
| **2.2793** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PARAMOUNT PICTURES<br>ATTN: JOAN FILIPPINI, SR. VP<br>40 UNIVERSITY AVENUE, SUITE 900<br>M5J 1TI<br>TORONTO, ON<br>CANADA |
| **2.2794** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PARAMOUNT PICTURES<br>ATTN: GENERAL COUNSEL<br>40 UNIVERSITY AVENUE, SUITE 900<br>M5J 1TI<br>TORONTO, ON<br>CANADA |
| **2.2795** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PARTNERS HEALTHCARE-FAULKNER H<br>RESEARCHING ADDRESS |
| **2.2796** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PASITHEA SHIPPING LTD.<br>ATTN: GENERAL COUNSEL<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND<br>MAJURO<br>MARSHALL ISLANDS 96960 |
| **2.2797** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PASITHEA SHIPPING LTD<br>ATTN: GENERAL COUNSEL<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND<br>MAJURO<br>MARSHALL ISLANDS 96960 |
| **2.2798** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PASSUR AEROSPACE, INC<br>ATTN: GENERAL COUNSEL<br>ONE LANDMARK SQUARE, SUITE 1900<br>STAMFORD, CT 06901 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number (if known) _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2799** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PASTURES GREEN LTD<br>ATTN: GENERAL COUNSEL<br>3RD FLOOR, LA PLAIDERIE HOUSE<br>GUERNSEY, CHANNEL ISLAND<br>UNITED KINGDOM |
| **2.2800** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PATHE DISTRIBUTION (EIM)<br>ATTN: GENERAL COUNSEL<br>2 RUE LAMENNAIS<br>PARIS 75008<br>FRANCE |
| **2.2801** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PATHE DISTRIBUTION (EIM)<br>ATTN: GENERAL COUNSEL<br>2 RUE LAMENNAIS<br>PARIS 75008<br>FRANCE |
| **2.2802** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PATHE DISTRIBUTION (EIM)<br>ATTN: GENERAL COUNSEL<br>2 RUE LAMENNAIS<br>PARIS 75008<br>FRANCE |
| **2.2803** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PAUL GAUGUIN CRUISES<br>ATTN: FLORENCE COURBIERE<br>11100 MAIN STREET<br>SUITE 300<br>BELLEVUE, WA 98004 |
| **2.2804** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PAUL GAUGUIN<br>ATTN: FLORENCE COURBIERE<br>11100 MAIN STREET<br>SUITE 300<br>BELLEVUE, WA 98004 |
| **2.2805** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PAUL GAUGUIN<br>ATTN: FLORENCE COURBIERE<br>11100 MAIN STREET<br>SUITE 300<br>BELLEVUE, WA 98004 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2806** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PBF MOVIE LLC<br>ATTN: GENERAL COUNSEL<br>1121 HILLDALE AVENUE<br>LOS ANGELES, CA 90212 |
| **2.2807** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PEGASUS HAVA TASIMACILIGI A.S. (PEGASUS AIRLINES)<br>ATTN: GENERAL COUNSEL<br>AEROPARK YENISEHIR MAHALLESI<br>OSMANI BULVARI NO: 11/A KURTKOY, PENDIK<br>ISTANBUL 34912<br>TURKEY |
| **2.2808** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PEGASUS MOTION PICTURES DISTRIBUTION LTD<br>ATTN: GENERAL COUNSEL<br>RM 1801-02, WESTLANDS CENTRE<br>20 WESTLAND RD<br>QUARRY BAY<br>HONG KONG |
| **2.2809** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PEGASUS MOTION PICTURES DISTRIBUTION LTD<br>ATTN: GENERAL COUNSEL<br>RM 1801-02, WESTLANDS CENTRE<br>20 WESTLAND RD<br>QUARRY BAY<br>HONG KONG |
| **2.2810** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PENINSULA MARINE LIMITED<br>ATTN: ALEXANDER WHITTY<br>DOUGLAS CHAMBERS, NORTH QUAY<br>DOUGLAS, ISLE OF MAN IM1 4LA |
| **2.2811** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PGO HOLDINGS 2012 LTD<br>ATTN: GENERAL COUNSEL<br>KINGSTON CHAMBERS, PO BOX 173<br>ROAD TOWN, BRITISH VIRGIN ISLANDS |
| **2.2812** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PGO HOLDINGS 2012, LTD.<br>CRAIGMUIR CHAMBERS<br>PO BOX 71<br>TORTOLA<br>ROAD TOWN, BRITISH VIRGIN ISLANDS |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2813 | State what the contract or lease is for and the nature of the debtor's interest | PHILIPPE BERGERON<br>ATTN: GENERAL COUNSEL<br>6124 LEDERER AVENUE<br>WOODLAND HILLS, CA 91367 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2814 | State what the contract or lease is for and the nature of the debtor's interest | PHILIPPINE AIRLINES INC.<br>ATTN: GENERAL COUNSEL<br>CCP COMPLEX<br>METRO MANILA<br>PASAY CITY 1307<br>PHILIPPINES |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2815 | State what the contract or lease is for and the nature of the debtor's interest | PHILIPPINE AIRLINES INC.<br>ATTN: MR. WILSON B. QUE, SAVP-AIRCRAFT OPERATIONS<br>CORPORATE LOGISTICS & SERVICES DEPARTMENT; PURCHASING &<br>MATERIAL SALES SUB-DEPARTMENT<br>PAL GATE 1-A, ANDREWS AVENUE NICHOLS<br>PASAY CITY 1300<br>PHILIPPINES |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2816 | State what the contract or lease is for and the nature of the debtor's interest | PHILIPPINE AIRLINES INC.<br>ATTN: MR. WILSON B. QUE, SAVP-AIRCRAFT OPERATIONS<br>PURCHASING & MATERIAL SALES SUB-DEPARTMENT<br>PAL GATE 1-A, ANDREWS AVENUE NICHOLS<br>PASAY CITY 1300<br>PHILIPPINES |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2817 | State what the contract or lease is for and the nature of the debtor's interest | PHILIPPINE AIRLINES<br>ATTN: GENERAL COUNSEL<br>PO BOX 1344<br>CABLE: FILAIRLINE, MANILA<br>MAKATI CITY<br>PHILIPPINES |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2818 | State what the contract or lease is for and the nature of the debtor's interest | PHOENIX REISEN GMBH<br>ATTN: GENERAL COUNSEL<br>PFALZER STR<br>BONN 53111<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2819 | State what the contract or lease is for and the nature of the debtor's interest | PHOENIX REISEN GMBH<br>ATTN: GENERAL COUNSEL<br>PFALZER STR. 14<br>BONN 53111<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2820** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | PHOENIX REISEN GMBH<br>ATTN: GENERAL COUNSEL<br>PFALZER STR. 14<br>BONN 53111<br>GERMANY |
| **2.2821** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | PHOENIX REISEN GMBH<br>ATTN: GENERAL COUNSEL<br>PFALZER STR. 14<br>BONN 53111<br>GERMANY |
| **2.2822** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | PHOENIX REISEN GMBH<br>ATTN: GENERAL COUNSEL<br>PFALZER STR. 14<br>BONN 53111<br>GERMANY |
| **2.2823** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | PICA PICA MEDIA<br>ATTN: GENERAL COUNSEL<br>UNIT 513, KAI FUK INDUSTRIAL CENTRE<br>1 WANG TUNG ST<br>KOWLOON BAY<br>HONG KONG |
| **2.2824** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | PIERANDREA MANARI COSTA CRUISE LINE (CSCS) C/O PM MOVIES S.R.L.<br>ATTN: GENERAL COUNSEL<br>VIA DE MARINI 1<br>GENOA 16149<br>ITALY |
| **2.2825** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | PIGOTT, MICHAEL<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.2826** State what the contract or lease is for and the nature of the debtor's interest — State the term remaining — List the contract number of any government contract | PLA DE L'ESTANY -5<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT BARCELONA<br>SPAIN |

Debtor    Global Eagle Entertainment Inc.    Case number *(if known)*  20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2827** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PLA DE L'ESTANY -5<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT BARCELONA<br><br>SPAIN |
| **2.2828** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PLANNET CONSULTING, LLC<br>2951 SATURN ST<br>SUITE E<br>BREA, CA 92821 |
| **2.2829** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PLUS ULTRA AIRLINES<br>RESEARCHING ADDRESS |
| **2.2830** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PLUS ULTRA LINEAS AEREAS, S.A.<br>C/ TORREGALINDO, Nº 1, 1º<br>MADRID 28016<br>SPAIN |
| **2.2831** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PLUTO, INC<br>ATTN: GENERAL COUNSEL<br>6100 WILSHIRE BLVD., SUITE 1550<br>LOS ANGELES, CA 90048 |
| **2.2832** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PMG CALIFORNIA, INC.<br>6100 CENTER DR<br>LOS ANGELES, CA 90019 |
| **2.2833** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | POLSKIE LINIE LOTNICZE LOT S.A. D/B/A LOT POLISH AIRLINES<br>ATTN: GENERAL COUNSEL<br>17 STYCZNIA 43<br>WARSZAWA 00-906<br>POLAND |

Debtor   Global Eagle Entertainment Inc.
         Name

Case number (if known) 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2834 State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL UL.17 STYCZNIA 43 WARSZAWA 02-146 POLAND |
| 2.2835 | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 17 STYCZNIA 43 02-146 WARSAW POLAND |
| 2.2836 | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 17 STYCZNIA 43 WARSAW 02146 POLAND |
| 2.2837 | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 43 KOMITETU OBRONY ROBOTNIKOW STR. WARSAW 02146 POLAND |
| 2.2838 | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 43 KOMITETU OBRONY ROBOTNIKOW STR. WARSAW 02146 POLAND |
| 2.2839 | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 17 STYCZNIA 43 WARSAW 00-906 POLAND |
| 2.2840 | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 43, KOMITETU OBRONY ROBOTNIKOW ST. WARSAW 02-146 POLAND |

Debtor    _Global Eagle Entertainment Inc._____     Case number (if known) _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2841 | State what the contract or lease is for and the nature of the debtor's interest | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 43, KOMITETU OBRONY ROBOTNIKOW ST. WARSAW 02-146 POLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2842 | State what the contract or lease is for and the nature of the debtor's interest | POLSKIE LINIE LOTNICZE LOT S.A. ATTN: GENERAL COUNSEL 17 STYCZNIA 43 02-146 WARSAW POLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2843 | State what the contract or lease is for and the nature of the debtor's interest | PONANT ATTN: GENERAL COUNSEL 408 AVENUE DU PRADO MARSEILLE, FRANCE 13008 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2844 | State what the contract or lease is for and the nature of the debtor's interest | PONANT ATTN: GENERAL COUNSEL 408 AVENUE DU PRADO MARSEILLE, FRANCE 13008 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2845 | State what the contract or lease is for and the nature of the debtor's interest | PONANT ATTN: GENERAL COUNSEL 408 AVENUE DU PRADO MARSEILLE, FRANCE 13008 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2846 | State what the contract or lease is for and the nature of the debtor's interest | PONY CANYON INC. ATTN: GENERAL COUNSEL 2-5-10 TORANOMON MINATO-KU TOKYO 105-8487 JAPAN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2847 | State what the contract or lease is for and the nature of the debtor's interest | PONY CANYON INC. ATTN: GENERAL COUNSEL 2-5-10 TORANOMON MINATO-KU, TOKYO 105-8487 JAPAN |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2848** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON<br>MINATO-KU, TOKYO 105-8487<br>JAPAN |
| **2.2849** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON<br>MINATO-KU, TOKYO 105-8487<br>JAPAN |
| **2.2850** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON<br>MINATO-KU, TOKYO 105-8487<br>JAPAN |
| **2.2851** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2852** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON<br>MINATO-KU, TOKYO 105-8487<br>JAPAN |
| **2.2853** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2854** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |

Debtor      Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2855** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: SHINIJI SAKODA<br>2-5-10 TORANOMON<br>MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2856** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2857** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2858** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2859** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2860** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| **2.2861** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PONY CANYON INC.<br>ATTN: GENERAL COUNSEL<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2862 | State what the contract or lease is for and the nature of the debtor's interest | PONY CANYON INC.<br>2-5-10 TORANOMON, MINATO-KU<br>TOKYO 105-8487<br>JAPAN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2863 | State what the contract or lease is for and the nature of the debtor's interest | POPARABIA FZ-LLC<br>ATTN: GENERAL COUNSEL<br>TWOFOUR54, BUILDING 6<br>OFFICE 901D, PARK ROTANA COMPLEX, SALEM STREET, KHALIFA PARK, P.O. BOX 77905<br>ABU DHABI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2864 | State what the contract or lease is for and the nature of the debtor's interest | POPARABIA<br>TWOFOUR54, BLUE BUILDING OFFICE 17<br>3RD FLOOR SALAM STREET, KHALIFA PARK<br>DUBAI DUBAI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2865 | State what the contract or lease is for and the nature of the debtor's interest | POPARABIA<br>TWOFOUR54, BLUE BUILDING OFFICE 17<br>3RD FLOOR SALAM STREET, KHALIFA PARK<br>DUBAI DUBAI<br>UNITED ARAB EMIRATES |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2866 | State what the contract or lease is for and the nature of the debtor's interest | PORTOLAN LIMITED<br>ATTN: GENERAL COUNSEL<br>1ST FLOOR, 14 ATHOL STREET<br>DOUGLAS, ISLE OF MAN IM1-1JA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2867 | State what the contract or lease is for and the nature of the debtor's interest | POST MODERN EDIT INC.<br>1947 ALTON PARKWAY<br>IRVINE, CA 92606 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2868 | State what the contract or lease is for and the nature of the debtor's interest | PPL (PHONOGRAPHIC PERFORMANCE LIMITED)<br>1 UPPER JAMES STREET<br>LONDON W1F 9DE<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
          Name                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2869 | State what the contract or lease is for and the nature of the debtor's interest | PPL (PHONOGRAPHIC PERFORMANCE LIMITED)<br>1 UPPER JAMES STREET<br>LONDON W1F 9DE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2870 | State what the contract or lease is for and the nature of the debtor's interest | PPL (PHONOGRAPHIC PERFORMANCE LIMITED)<br>1 UPPER JAMES STREET<br>LONDON W1F 9DE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2871 | State what the contract or lease is for and the nature of the debtor's interest | PPL (PHONOGRAPHIC PERFORMANCE LIMITED)<br>1 UPPER JAMES STREET<br>LONDON W1F 9DE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2872 | State what the contract or lease is for and the nature of the debtor's interest | PPL (PHONOGRAPHIC PERFORMANCE LIMITED)<br>1 UPPER JAMES STREET<br>LONDON W1F 9DE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2873 | State what the contract or lease is for and the nature of the debtor's interest | PPL (PHONOGRAPHIC PERFORMANCE LIMITED)<br>1 UPPER JAMES STREET<br>LONDON W1F 9DE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2874 | State what the contract or lease is for and the nature of the debtor's interest | PPL (PHONOGRAPHIC PERFORMANCE LIMITED)<br>1 UPPER JAMES STREET<br>LONDON W1F 9DE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2875 | State what the contract or lease is for and the nature of the debtor's interest | PREMIER IFE, LLC<br>ATTN: GENERAL COUNSEL<br>518 E 1860 S<br>PROVO, UT 84606 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor     __Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2876 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PREMIERE CRUISES LTD.<br>ATTN: GENERAL COUNSEL<br>901 SOUTH AMERICA WAY<br>MIAMI, FL 33132 |
| 2.2877 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICE WATERHOUSE & CO.<br>ATTN: GENERAL COUNSEL<br>80636 MILNCHEN<br>POSTFACH 21 02 63<br>MUNCHEN 80672<br>GERMANY |
| 2.2878 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG<br>ADDRESS REDACTED |
| 2.2879 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG<br>ATTN: GENERAL COUNSEL<br>LISE-MEITNER- STRABE 1<br>BERLIN 10589<br>GERMANY |
| 2.2880 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG<br>ATTN: GENERAL COUNSEL<br>601 SOUTH FIGUEROA STREET<br>SUITE 900<br>LOS ANGELES, CA 90017-5743 |
| 2.2881 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG<br>ATTN: GENERAL COUNSEL<br>LISE-MEITNER-STRABE 1<br>10589 BERLIN, POSTFACH 12 08 08<br>BERLIN 10598<br>GERMANY |
| 2.2882 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG<br>ATTN: GENERAL COUNSEL<br>LISE-MEITNER-STRASE 1<br>BERLIN 10589<br>GERMANY |

Debtor   __Global Eagle Entertainment Inc._____   Case number *(if known)* __20-11835 (JTD)__
            Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2883** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG <br> ATTN: GENERAL COUNSEL <br> LISE-MEITNER-STRABE 1 <br> 10589 BERLIN, POSTFACH 12 08 08 <br> BERLIN 10598 <br> GERMANY |
| **2.2884** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG <br> ATTN: GENERAL COUNSEL <br> PWC HOUSE, PLOT 18/A <br> GURU NANAK ROAD(STATION ROAD), BANDRA WEST <br> MUMBAI, MAHARASHTRA 400050 <br> INDIA |
| **2.2885** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG <br> ATTN: GENERAL COUNSEL <br> PWC HOUSE, PLOT 18/A <br> GURU NANAK ROAD(STATION ROAD), BANDRA WEST <br> MUMBAI, MAHARASHTRA 400050 <br> INDIA |
| **2.2886** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG <br> ATTN: GENERAL COUNSEL <br> PWC HOUSE, PLOT 18/A <br> GURU NANAK ROAD(STATION ROAD), BANDRA WEST <br> MUMBAI, MAHARASHTRA 400050 <br> INDIA |
| **2.2887** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PRICEWATERHOUSECOOPERS AG <br> ADDRESS REDACTED |
| **2.2888** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PRICEWATERHOUSECOOPERS LLP <br> ATTN: GENERAL COUNSEL <br> 1 EMBANKMENT PLACE <br> LONDON WC2N 6RH <br> UNITED KINGDOM |
| **2.2889** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PRICEWATERHOUSECOOPERS LLP <br> ATTN: HEIDI Q. FENG <br> 601 SOUTH FIGUEROA STREET <br> LOS ANGELES, CA 90017 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2890 | State what the contract or lease is for and the nature of the debtor's interest | PRICEWATERHOUSECOOPERS LLP<br>ATTN: GENERAL COUNSEL<br>90 PARK AVENUE<br>NEW YORK, NY 10016 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2891 | State what the contract or lease is for and the nature of the debtor's interest | PRICEWATERHOUSECOOPERS LLP<br>ATTN: GENERAL COUNSEL<br>601 S. FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2892 | State what the contract or lease is for and the nature of the debtor's interest | PRICEWATERHOUSECOOPERS LLP<br>ATTN: GENERAL COUNSEL<br>601 S. FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2893 | State what the contract or lease is for and the nature of the debtor's interest | PRICEWATERHOUSECOOPERS LLP<br>ATTN: GENERAL COUNSEL<br>601 S. FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2894 | State what the contract or lease is for and the nature of the debtor's interest | PRICEWATERHOUSECOOPERS LLP<br>ATTN: GENERAL COUNSEL<br>601 S. FIGUEROA STREET<br>LOS ANGELES, CA 90017 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2895 | State what the contract or lease is for and the nature of the debtor's interest | PRINCESS CRUISE LINE<br>ATTN: GENERAL COUNSEL<br>24305 TOWN CENTER DRIVE<br>SANTA CLARITA, CA91356 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2896 | State what the contract or lease is for and the nature of the debtor's interest | PRINCESS CRUISE LINES, LTD.<br>ATTN: GENERAL COUNSEL<br>24305 TOWN CENTER DRIVE<br>SANTA CLARITA, CA91355 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor     Global Eagle Entertainment Inc.
         Name

Case number *(if known)*   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2897 | State what the contract or lease is for and the nature of the debtor's interest | PRINCESS CRUISES LINE<br>ATTN: GENERAL COUNSEL<br>24305 TOWN CENTER DRIVE<br>SANTA CLARITA, CA91356 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2898 | State what the contract or lease is for and the nature of the debtor's interest | PRINCESS CRUISES LINE<br>ATTN: GENERAL COUNSEL<br>24305 TOWN CENTER DRIVE<br>SANTA CLARITA, CA91356 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2899 | State what the contract or lease is for and the nature of the debtor's interest | PRINCESS CRUISES<br>ATTN: GENERAL COUNSEL<br>24305 TOWN CENTER DRIVE<br>SANTA CLARITA, CA91355 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2900 | State what the contract or lease is for and the nature of the debtor's interest | PRINCESS CRUISES<br>ATTN: GENERAL COUNSEL<br>24305 TOWN CENTER DRIVE<br>SANTA CLARITA, CA91355 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2901 | State what the contract or lease is for and the nature of the debtor's interest | PRINCESS CRUISES<br>ATTN: GENERAL COUNSEL<br>24305 TOWN CENTER DRIVE<br>SANTA CLARITA, CA91355 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2902 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LUXURY YACHT SERVICE LTD.<br>ATTN: GENERAL COUNSEL<br>LEVEL 4, 16 VIADUCT HARBOUR AVENUE<br>PO BOX 2529 SHORTLAND STREET<br>AUCKLAND 1140 NZ<br>NEW ZEALAND |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.2903 | State what the contract or lease is for and the nature of the debtor's interest | PROCERA NETWORKS, INC.<br>ATTN: GENERAL COUNSEL<br>2055 JUNCTION AVENUE, SUITE 105<br>SAN JOSE, CA 95131 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor _____Global Eagle Entertainment Inc._____        Case number (if known) __20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2904 | State what the contract or lease is for and the nature of the debtor's interest | PROCERA NETWORKS, INC. ATTN: GENERAL COUNSEL 2055 JUNCTION AVENUE, SUITE 105 SAN JOSE, CA 95131 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2905 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCCIONES AUDITEL S.A. DE C.V. ATTN: RENE SALINAS AV. COUNTRY CLUB 149 COL. COUNTRY CLUB COYOACAN, D.F. 04210 MEXICO |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2906 | State what the contract or lease is for and the nature of the debtor's interest | PROFEN COMMUNICATIONS & TECHNOLOGIES, INC. ATTN: METIN ERGÜL, EXECUTIVE DIRECTOR, FINANCE HALIT ZIYA TURKKAN SOKAK FAMAS PLAZA, A, NO35, SISLI ISTANBUL TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2907 | State what the contract or lease is for and the nature of the debtor's interest | PROFEN COMMUNICATIONS & TECHNOLOGIES, INC. ATTN: GENERAL COUNSEL FAMAS PLAZA A-BLOK KAT:10, OKMEYDANI, SISLI ISTANBUL 34386 TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2908 | State what the contract or lease is for and the nature of the debtor's interest | PROFEN COMMUNICATIONS & TECHNOLOGIES, INC ATTN: GENERAL COUNSEL HALIT ZIYA TURKKAN SOKAK FAMAS PLAZA A, NO35, SISLI ISTANBUL TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2909 | State what the contract or lease is for and the nature of the debtor's interest | PROFEN COMMUNICATIONS TECHNOLOGIES ATTN: GENERAL COUNSEL FAMAS PLAZA A-BLOK KAT10 OKMEYDANI, SISLI INSTANBUL 34386 TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2910 | State what the contract or lease is for and the nature of the debtor's interest | PROFEN COMMUNICATIONS TECHNOLOGIES ATTN: GENERAL COUNSEL FAMAS PLAZA A-BLOK KAT10 OKMEYDANI, SISLI ISTANBUL 34386 TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   __Global Eagle Entertainment Inc._____   Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2911 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROFEN COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>FARMAS PLAZA A-BLOK KAT<br>10, OKMEYDANI, SISLI<br>ISTANBUL 34149<br>TURKEY |
| 2.2912 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROFEN COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>FARMAS PLAZA A-BLOK KAT<br>10, OKMEYDANI, SISLI<br>ISTANBUL 34149<br>TURKEY |
| 2.2913 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROFEN GROUP<br>ATTN: CEM ODAMAN<br>GENERAL MANAGER<br>FAMAS PLAZA, A-BLOCK F10, NO. 36, OKMEYDANI<br>ISTANBUL 34384<br>TURKEY |
| 2.2914 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROFIT ADVISORY GROUP<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 1685<br>MATTHEWS, NC 28015 |
| 2.2915 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROJECT LAMBDA LTD<br>ATTN: THE MANAGING DIRECTOR<br>19 PORTLAND PLACE<br>LONDON W1B 1PX<br>UNITED KINGDOM |
| 2.2916 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROJECT LAMBDA LTD<br>ATTN: THE MANAGING DIRECTOR<br>19 PORTLAND PLACE<br>LONDON W1B 1PX<br>UNITED KINGDOM |
| 2.2917 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROJECT LAMBDA LTD<br>ATTN: THE MANAGING DIRECTOR<br>19 PORTLAND PLACE<br>LONDON W1B 1PX<br>UNITED KINGDOM |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2918** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROJECT LAMBDA LTD<br>ATTN: THE MANAGING DIRECTOR<br>19 PORTLAND PLACE<br>LONDON W1B 1PX<br>UNITED KINGDOM |
| **2.2919** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROJECT LAMBDA LTD<br>ATTN: THE MANAGING DIRECTOR<br>19 PORTLAND PLACE<br>LONDON W1B 1PX<br>UNITED KINGDOM |
| **2.2920** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROSPECT LUXURY YACHT SERVICES LTD.<br>LEVEL 4 16 VIADUCT<br>HARBOUR AVEE<br>AULAND 1140 NZ<br>NEW ZEALAND |
| **2.2921** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROSPECT LUXURY YACHT SERVICES LTD.<br>LEVEL 4 16 VIADUCT<br>HARBOUR AVEE<br>AULAND 1140 NZ<br>NEW ZEALAND |
| **2.2922** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROSPECT LUXURY YACHT SERVICES LTD.<br>LEVEL 4 16 VIADUCT<br>HARBOUR AVEE<br>AULAND 1140 NZ<br>NEW ZEALAND |
| **2.2923** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROSPECT LUXURY YACHT SERVICES LTD.<br>LEVEL 4 16 VIADUCT<br>HARBOUR AVEE<br>AULAND 1140 NZ<br>NEW ZEALAND |
| **2.2924** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROSPECT LUXURY YACHT SERVICES LTD.<br>LEVEL 4 16 VIADUCT<br>HARBOUR AVEE<br>AULAND 1140 NZ<br>NEW ZEALAND |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2925 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROSPECT LUXURY YACHT SERVICES LTD.<br>LEVEL 4 16 VIADUCT<br>HARBOUR AVEE<br>AULAND 1140 NZ<br>NEW ZEALAND |
| 2.2926 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PROSPECT LUXURY YACHT SERVICES LTD.<br>LEVEL 4 16 VIADUCT<br>HARBOUR AVEE<br>AULAND 1140 NZ<br>NEW ZEALAND |
| 2.2927 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRS FOR MUSIC LIMITED<br>2 PANCRAS SQUARE<br>LONDON N1C 4AG<br>UNITED KINGDOM |
| 2.2928 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA  (PERSERO) TBK<br>ATTN: DIRECTOR OF SERVICES<br>GARUDA MANAGEMENT BUILDING, 3RD FLOOR, GARUDA CITY CENTER<br>SOEKARNO-HATTO INTERNATIONAL AIRPORT, CENGKARENG<br>TANGERANG, BANTEN 19120<br>INDONESIA |
| 2.2929 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK.<br>ATTN: GENERAL COUNSEL<br>GARUDO MANAGEMENT BUILDING, 3RD FLOOR, GARUDA CITY CENTER<br>SOEKARNO-HATTA INTERNATIONAL AIRPORT, CENGKARENGI9120<br>TANGERANG, BANTEN<br>INDONESIA |
| 2.2930 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK.<br>ATTN: GENERAL COUNSEL<br>JL. KEBON SIRIH NO. 46A<br>JAKARTA PUSAT<br>INDONESIA |
| 2.2931 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK.<br>ATTN: GENERAL COUNSEL<br>1ST FLOOR SERVICE MANAGEMENT BUILDING, GARUDA CITY CENTER,<br>SOCKARNO HATTA INT. AIRPORT<br>CENGKARENG 19120, PO BOX 1004 TNG BUSH<br>INDONESDIA |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2932** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK.<br>ATTN: GENERAL COUNSEL<br>JL. KEBON SIRIH NO. 44<br>JAKARTA PUSAT<br>INDONESIA |
| **2.2933** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK.<br>ATTN: GENERAL COUNSEL<br>JL. KEBON SIRIH NO. 44<br>JAKARTA PUSAT<br>INDONESIA |
| **2.2934** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK.<br>ATTN: GENERAL COUNSEL<br>JALAN KEBON SIRIH NO. 44<br>JAKARTA 10110<br><br>INDONESIA |
| **2.2935** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK<br>ATTN: GENERAL COUNSEL<br>JALAN KEBON SIRIH NO.44<br>10110 JAKARTA<br><br>INDONESIA |
| **2.2936** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK<br>ATTN: GENERAL COUNSEL<br>JALAN KEBON SIRIH NO.44<br>10110 JAKARTA<br><br>INDONESIA |
| **2.2937** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK<br>ATTN: GENERAL COUNSEL<br>MANAGEMENT BUILDING, GARUDA CITY<br>SOERKARNO HATTA INTERNATIONAL AIRPORT<br>CENGKARENG 19120<br>INDONESIA |
| **2.2938** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK<br>ATTN: GENERAL COUNSEL<br>JALAN KEBON SIRIH NO.44<br>10110 JAKARTA<br><br>INDONESIA |

Debtor   Global Eagle Entertainment Inc.
         Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2939** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK <br> ATTN: GENERAL COUNSEL <br> JALAN KEBON SIRIH NO. 46A <br> JAKARTA 10110 <br> INDONESIA |
| **2.2940** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK <br> ATTN: GENERAL COUNSEL <br> JL. KEBON SIRIH NO. 46A <br> JAKARTA PUSAT <br> INDONESIA |
| **2.2941** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK <br> ATTN: GENERAL COUNSEL <br> JL. KEBON SIRIH NO. 46A <br> JAKARTA PUSAT <br> INDONESIA |
| **2.2942** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK <br> ATTN: GENERAL COUNSEL <br> JALAN KEBON SIRIH NO. 46A <br> JAKARTA PUSAT10110 <br><br> INDONESIA |
| **2.2943** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT GARUDA INDONESIA (PERSERO) TBK <br> ATTN: GENERAL COUNSEL <br> GARUDA MANAGEMENT BUILDING, 3RD FLOOR, GARUDA CITY CENTER <br> SOEKARNO-HATTA INTERNATIONAL AIRPORT, CENGKARENGI9120 <br> TANGERANG, BANTEN <br> INDONESIA |
| **2.2944** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT. BATIK AIR INDONESIA <br> ATTN: GENERAL COUNSEL <br> JLN. AM SANGAJI NO. 17 PAV <br> GAMBIR JAKARTA PUSAT <br> JAKARTA <br> INDONESIA |
| **2.2945** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT. GARUDA INDONESIA (PERSERO) TBK. <br> ATTN: GENERAL COUNSEL <br> FLOOR 2LT, SERVICE MANAGMENT BUILDING (DWIMITRA) <br> GARUDA CITY CENTRE, SOEKARNO-HATTA INT'L AIRPORT, TANGERANG <br> 15111 <br> INDONESIA |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2946 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT. GARUDA INDONESIA (PERSERO) TBK <br> ATTN: GENERAL COUNSEL <br> FLOOR 2LT SERVICE MANAGEMENT BUILDING (DWIMITRA) <br> GARUDA CITY CENTRE, SOEKARNO-HATTA INT'L AIRPORT, TANGERANG 15111 <br> INDONESIA |
| 2.2947 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT. GARUDA INDONESIA <br> ATTN: GENERAL COUNSEL <br> GEDUNG GARUDA INDONESIA <br> JALAN KEBON SIRIH 44 <br> JAKARTA 10110 <br> INDONESIA |
| 2.2948 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PT. GARUDA INDONESIA <br> ATTN: GENERAL COUNSEL <br> JALAN KEBON SINH NO. 44 <br> JAKARTA 10110 <br> INDONESIA |
| 2.2949 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | PULLMANTUR CRUISES SHIP MANAGEMENT LTD. <br> ATTN: GENERAL COUNSEL <br> APARTMENT NO. 14 BLOCK NO. 22 <br> VINCENTI BUILDINGS, OFFICE NO. 4, STRAIT STREET <br> VALLETA VLT4432 <br> MALTA |
| 2.2950 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | QANAWAT FZ LLC <br> ATTN: GENERAL COUNSEL <br> DUBAI MEDIA CITY <br> PO BOX 502299 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.2951 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | QANAWAT FZ LLC <br> ATTN: GENERAL COUNSEL <br> DUBAI MEDIA CITY <br> PO BOX 502299 <br> DUBAI <br> UNITED ARAB EMIRATES |
| 2.2952 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | QANAWAT <br> ATTN: GENERAL COUNSEL <br> DUBAI MEDIA CITY <br> PO BOX 502299 <br> DUBAI <br> UNITED ARAB EMIRATES |

Debtor    Global Eagle Entertainment Inc.                                    Case number (if known) 20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANAWAT<br>ATTN: GENERAL COUNSEL<br>DUBAI MEDIA CITY<br>PO BOX 502299<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.2954 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANTAS AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>QANTAS CENTER<br>10 BOURKE ROAD<br>MASCOT NSW 2020<br>AUSTRALIA |
| 2.2955 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANTAS AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>QANTAS CENTRE, 10 BOURKE ROAD<br>MASCOT, NSW 2020<br>AUSTRALIA |
| 2.2956 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANTAS AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>NEW SOUTH WALES 2020<br>AUSTRALIA |
| 2.2957 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANTAS GROUP<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>MASCOT, NSW 2020<br>AUSTRALIA |
| 2.2958 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANTAS<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>MASCOT, NSW 2020<br>AUSTRALIA |
| 2.2959 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANTAS<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>MASCOT, NSW 2020<br>AUSTRALIA |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2960** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QANTAS<br>ATTN: GENERAL COUNSEL<br>10 BOURKE ROAD<br>MASCOT, NSW 2020<br>AUSTRALIA |
| **2.2961** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QATAR<br>ATTN: GENERAL COUNSEL<br>QATAR AIRWAYS TOWER<br>AIRPORT ROAD, PO BOX 22550<br>DOHA<br>QATAR |
| **2.2962** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>ATTN: GENERAL COUNSEL<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |
| **2.2963** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>ATTN: GENERAL COUNSEL<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |
| **2.2964** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |
| **2.2965** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |
| **2.2966** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2967 | State what the contract or lease is for and the nature of the debtor's interest | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2968 | State what the contract or lease is for and the nature of the debtor's interest | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>ATTN: CHIEF COMMERCIAL OFFICER<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2969 | State what the contract or lease is for and the nature of the debtor's interest | QEST QUANTENELEKTRONISCHE SYSTEME GMBH<br>ATTN: GENERAL COUNSEL<br>MAX-EYTH-STR. 38<br>HOLZGERLINGEN 71088<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2970 | State what the contract or lease is for and the nature of the debtor's interest | QUATAR AMIRI FLIGHT<br>ATTN: GENERAL COUNSEL<br>PO BOX 3320<br>DOHA<br>QATAR |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2971 | State what the contract or lease is for and the nature of the debtor's interest | QUEEN'S PRINTER BROOKSTORE<br>ATTN: GENERAL COUNSEL<br>MAIN FLOOR, PARK PLAZA<br>10611-98 AVENUE<br>EDMONTON, AB T5K 2P7<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2972 | State what the contract or lease is for and the nature of the debtor's interest | QUIXOTE HOLDINGS CO.<br>C/O NATIONAL MARINE<br>ATTN: GENERAL COUNSEL<br>2800 SW 2ND AVENUE<br>FORT LAUDERDALE, FL 33315 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2973 | State what the contract or lease is for and the nature of the debtor's interest | R. JASON EVERETT<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                     Case number *(if known)* 20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2974** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RADEUS LABS, INC<br>ATTN: GENERAL COUNSEL<br>12720 DANIELSON COURT<br>POWAY, CA92064 |
| **2.2975** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RADEUS LABS, INC<br>ATTN: GENERAL COUNSEL<br>12720 DANIELSON COURT<br>POWAY, CA92064 |
| **2.2976** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RADO, LTD.<br>CENTRIS BUSINESS GATEWAY, GROUND FLOOR<br>TRIQ IL-PALAZZ L-AHMAR<br>MRIEHEL BKR 3000<br>MALTA |
| **2.2977** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RADO, LTD.<br>CENTRIS BUSINESS GATEWAY, GROUND FLOOR<br>TRIQ IL-PALAZZ L-AHMAR<br>MRIEHEL BKR 3000<br>MALTA |
| **2.2978** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RADO, LTD.<br>CENTRIS BUSINESS GATEWAY, GROUND FLOOR<br>TRIQ IL-PALAZZ L-AHMAR<br>MRIEHEL BKR 3000<br>MALTA |
| **2.2979** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RADO, LTD.<br>CENTRIS BUSINESS GATEWAY, GROUND FLOOR<br>TRIQ IL-PALAZZ L-AHMAR<br>MRIEHEL BKR 3000<br>MALTA |
| **2.2980** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RADO, LTD.<br>ATTN: GENERAL COUNSEL<br>1ST FLOOR, JUBILEE BUILDINGS<br>VICTORIA STREET, DOUGLAS<br>ISLE OF MAN IM1 2SH |

Debtor    Global Eagle Entertainment Inc.        Case number *(if known)* 20-11835 (JTD)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2981** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RAN CHU<br>ATTN: GENERAL COUNSEL<br>2156 N COACH RD.<br>PALATINE, IL60074 |
| **2.2982** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RAYTHEON COMPANY<br>ATTN: GENERAL COUNSEL<br>2214 ROCK HILL ROAD<br>SUITE 150<br>HERNDON, VA 20170 |
| **2.2983** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RDA TELEVISION LLP<br>ATTN: RICHARD DENNIS, MANAGING DIRECTOR<br>15 CHELSEA WHARF<br>15 LOTS ROAD<br>LONDON SW10 0QJ<br>UNITED KINGDOM |
| **2.2984** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REBECCA SOUDERS-HASTINGS<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.2985** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RECORDED MUSIC NEW ZEALAND (RMNZ)<br>ATTN: GENERAL COUNSEL<br>LEVEL 1<br>2A HAKANOA STREET, GREY LYNN<br>AUCKLAND 1021<br>NEW ZEALAND |
| **2.2986** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RECORDED MUSIC NEW ZEALAND (RMNZ)<br>ATTN: GENERAL COUNSEL<br>LEVEL 1<br>2A HAKANOA STREET, GREY LYNN<br>AUCKLAND 1021<br>NEW ZEALAND |
| **2.2987** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RECORDED MUSIC NEW ZEALAND (RMNZ)<br>ATTN: GENERAL COUNSEL<br>LEVEL 1<br>2A HAKANOA STREET, GREY LYNN<br>AUCKLAND 1021<br>NEW ZEALAND |

Debtor      Global Eagle Entertainment Inc.
                Name                                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2988 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RECORDED MUSIC NEW ZEALAND LIMITED<br>ATTN: GENERAL COUNSEL<br>LEVEL 1<br>2A HAKANOA STREET, GREY LYNN<br>AUCKLAND<br>NEW ZEALAND |
| 2.2989 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RECORDED MUSIC NEW ZEALAND LIMITED<br>ATTN: GENERAL COUNSEL<br>LEVEL 1<br>2A HAKANOA STREET, GREY LYNN<br>AUCKLAND<br>NEW ZEALAND |
| 2.2990 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RECORDED MUSIC NEW ZEALAND LIMITED<br>ATTN: GENERAL COUNSEL<br>LEVEL 1<br>2A HAKANOA STREET, GREY LYNN<br>AUCKLAND<br>NEW ZEALAND |
| 2.2991 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RED BULB STUDIOS<br>RESEARCHING ADDRESS |
| 2.2992 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REDACTED PARTY_1222<br>ADDRESS ON FILE |
| 2.2993 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REED SMITH LLP<br>ATTN: GENERAL COUNSEL<br>101 SECOND STREET<br>SUITE 1800<br>SAN FRANCISCO, CA 94105-3659 |
| 2.2994 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REED SMITH LLP<br>ATTN: GENERAL COUNSEL<br>112 AVENUE KLEBER<br>PARIS 75016<br>FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2995 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REED SMITH LLP<br>ATTN: MR. GREGOR PRYOR, PARTNER<br>BROADGATE TOWER, 20<br>PROMROSE STREET<br>LONDON EC2A 2RS<br>UNITED KINGDOM |
| 2.2996 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REED SMITH LLP<br>ATTN: GENERAL COUNSEL<br>101 SECOND STREET<br>SUITE 1800<br>SAN FRANCISCO, CA 94105-3659 |
| 2.2997 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REED SMITH LLP<br>ATTN: GENERAL COUNSEL<br>101 SECOND STREET<br>SUITE 1800<br>SAN FRANCISCO, CA 94105-3659 |
| 2.2998 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RELAXLINE<br>ATTN: GENERAL COUNSEL<br>2 RUE DU DOCTEUR ROUX<br>MANTES-LA-JOLIE 78200<br>FRANCE |
| 2.2999 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RELAXLINE<br>ATTN: GENERAL COUNSEL<br>2 RUE DU DOCTEUR ROUX<br>MANTES-LA-JOLIE 78200<br>FRANCE |
| 2.3000 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RELAXLINE<br>ATTN: GENERAL COUNSEL<br>2 RUE DU DOCTEUR ROUX<br>MANTES-LA-JOLIE 78200<br>FRANCE |
| 2.3001 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RELAXLINE<br>ATTN: GENERAL COUNSEL<br>2 RUE DU DOCTEUR ROUX<br>MANTES-LA-JOLIE 78200<br>FRANCE |

Debtor     _Global Eagle Entertainment Inc._____     Case number (if known) _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3002 | State what the contract or lease is for and the nature of the debtor's interest | RELAXLINE<br>ATTN: GENERAL COUNSEL<br>2 RUE DU DOCTEUR ROUX<br>MANTES-LA-JOLIE 78200<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3003 | State what the contract or lease is for and the nature of the debtor's interest | RELAXLINE<br>ATTN: GENERAL COUNSEL<br>2 RUE DU DOCTEUR ROUX<br>MANTES-LA-JOLIE 78200<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3004 | State what the contract or lease is for and the nature of the debtor's interest | RICHARD TAMAYO<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3005 | State what the contract or lease is for and the nature of the debtor's interest | RIGHT CLICK<br>1221 E DYER ROAD, STE 225<br>SANTA ANA, CA92705 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3006 | State what the contract or lease is for and the nature of the debtor's interest | RIGHTSLINE SOFTWARE INC<br>ATTN: GENERAL COUNSEL<br>8391 BEVERLY BOULEVARD<br>#287<br>LOS ANGELES, CA 90048 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3007 | State what the contract or lease is for and the nature of the debtor's interest | RIGHTSLINE SOFTWARE INC<br>ATTN: GENERAL COUNSEL<br>8391 BEVERLY BOULEVARD<br>#287<br>LOS ANGELES, CA 90048 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3008 | State what the contract or lease is for and the nature of the debtor's interest | RMA SERVICES, LTD.<br>ATTN: GENERAL COUNSEL<br>FLOOR 8<br>PREM 40, BUILDING 1, 16A LENINGRADSKOE SHOSSE<br>MOSCOW 125171<br>RUSSIA |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor      __Global Eagle Entertainment Inc._____      Case number (if known) __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3009 | State what the contract or lease is for and the nature of the debtor's interest | RMA SERVICES, LTD.<br>ATTN: GENERAL COUNSEL<br>PREMISES 40, FLOOR 8, BUILDING 1, 16A LENINGRADSKOE SHOSSE<br>MOSCOW 125171<br>RUSSIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3010 | State what the contract or lease is for and the nature of the debtor's interest | RMG MEDIA NETWORKS LIMITED<br>ATTN: GENERAL COUNSEL<br>1 ENTERPRISE WAY<br>HEMEL HEMPSTEAD HP2 7YJ<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3011 | State what the contract or lease is for and the nature of the debtor's interest | RMG MEDIA NETWORKS, INC.<br>ATTN: GENERAL COUNSEL<br>1 ENTERPRISE WAY HEMEL HEMPSTEAD<br>HERTS HP2 7 YJ<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3012 | State what the contract or lease is for and the nature of the debtor's interest | RMG MEDIA NETWORKS<br>ATTN: GENERAL COUNSEL<br>1 ENTERPRISE WAY HEMEL HEMPSTEAD<br>HERTS HP2 7 YJ<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3013 | State what the contract or lease is for and the nature of the debtor's interest | RMG NETWORK INC.<br>ATTN: GENERAL COUNSEL<br>15301 DALLAS PARKWAY<br>DALLAS, TX 75001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3014 | State what the contract or lease is for and the nature of the debtor's interest | RMG NETWORKS INC.<br>ATTN: GENERAL COUNSEL<br>15301 DALLAS PORKWAY<br>SUITE 500<br>DALLAS, TX 75001 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3015 | State what the contract or lease is for and the nature of the debtor's interest | RMG NETWORKS<br>ATTN: GENERAL COUNSEL<br>250 MONTGOMERY STREET<br>SUITE 610<br>SAN FRANCISCO, CA 94106 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3016 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | RMG, INC. ?? <br> ATTN: GENERAL COUNSEL <br> 1000 SANSOME STREET <br> SUITE 300 <br> SAN FRANCISCO, CA |
| 2.3017 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ROAMING EXPERT <br> ATTN: GENERAL COUNSEL <br> 14 SOUTH PRESON OFFICE VILLAGE <br> CUERDEN WAY <br> PRESON PR5 6BL <br> UNITED KINGDOM |
| 2.3018 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ROAMING EXPERT <br> ATTN: GENERAL COUNSEL <br> 14 SOUTH PRESTON OFFICE VILLAGE <br> CUERDEN WAY <br> PRESTON PR5 6BL <br> UNITED KINGDOM |
| 2.3019 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ROAMING EXPERT <br> ATTN: GENERAL COUNSEL <br> 14 SOUTH PRESTON OFFICE VILLAGE <br> CUERDEN WAY <br> PRESTON PR5 6BL <br> UNITED KINGDOM |
| 2.3020 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ROBERT HALF FINANCE & ACCOUNTING <br> ATTN: GENERAL COUNSEL <br> 2884 SAND HILL ROAD, SUITE 200 <br> MENLO PARK, CA 94025 |
| 2.3021 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | ROCKSUGAR PAN ASIAN KITCHEN <br> RESEARCHING ADDRESS |
| 2.3022 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | RONDOR MUSIC INTERNATIONAL, INC <br> RESEARCHING ADDRESS |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3023** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROSEMOUNT VENTURES<br>C/O RICHARD SHERMAN CPA<br>ATTN: MICHAEL HAND<br>12011 SAN VINCENTE BLVD., SUITE 606<br>LOS ANGELES, CA 90049 |
| **2.3024** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROSEMOUNT VENURES C/O RICHARD SHERMAN CPA<br>C/O RICHARD SHERMAN CPA |
| **2.3025** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROSEMOUNT VENURES C/O RICHARD SHERMAN CPA<br>C/O RICHARD SHERMAN CPA |
| **2.3026** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROSEMOUNT VENURES<br>ATTN: GENERAL COUNSEL<br>C/O RICHARD SHERMAN CPA |
| **2.3027** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3028** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3029** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known) 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3030** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3031** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3032** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3033** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3034** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>PRINCE MOHAMMAD BIN ABDEL AZIZ STREET<br>AL-KHALIDIYYAH- NEAR JEDDAH TRADERS, P.O. BOX52035<br>JEDDAH<br>SAUDI ARABIA |
| **2.3035** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>28TH FLOOR, OFFICE NO. 2803, AL-KHAIL STREET<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3036** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3037 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3038 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3039 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3040 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3041 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3042 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3043 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3044 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY<br>OMNIYAT TOWER,28TH FLOOR, OFFICE NO. 2803<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3045 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3046 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3047 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3048 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3049 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.3050 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3051** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3052** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3053** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3054** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3055** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3056** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROTANA STUDIOS<br>ATTN: GENERAL COUNSEL<br>ONE BUSINESS BAY, OMNIYAT TOWER,28TH FLR.<br>OFFICE NO. 2803 AT BUSINESS BAY, NEAR TO JW MARRIOT HOTEL, FIRST AL-KHAIL ST.<br>DUBAI<br>UNITED ARAB EMIRATES |
| **2.3057** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ROVIO ENTERTAINMENT LIMITED<br>ATTN: ROVIO LEGAL<br>KEILARANTA 17<br>ESPOO 02150<br>FINLAND |

Debtor   Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3058 | State what the contract or lease is for and the nature of the debtor's interest | ROVIO<br>KEILARANTA 7<br>ESPOO 02150<br>FINLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3059 | State what the contract or lease is for and the nature of the debtor's interest | ROW 44 INC.<br>1000 OAK CREEK DR<br>LOMBARD, IL 60148 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3060 | State what the contract or lease is for and the nature of the debtor's interest | ROW 44, INC.<br>1000 OAK CREEK DR<br>LOMBARD, IL 60148 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3061 | State what the contract or lease is for and the nature of the debtor's interest | ROW MANAGEMENT (RESIDENSEA)<br>ATTN: ERIN WILLIAMS<br>1551 SAWGRASS CORPORATE PARKWAY<br>SUITE 200<br>FORT LAUDERDALE, FL 33323 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3062 | State what the contract or lease is for and the nature of the debtor's interest | ROW MANAGEMENT (RESIDENSEA)<br>ATTN: ERIN WILLIAMS<br>1551 SAWGRASS CORPORATE PARKWAY<br>SUITE 200<br>FORT LAUDERDALE, FL 33323 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3063 | State what the contract or lease is for and the nature of the debtor's interest | ROW MANAGEMENT (RESIDENSEA)<br>ATTN: ERIN WILLIAMS<br>1551 SAWGRASS CORPORATE PARKWAY<br>SUITE 200<br>FORT LAUDERDALE, FL 33323 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3064 | State what the contract or lease is for and the nature of the debtor's interest | ROW MANAGEMENT LTD<br>ATTN: ERIN WILLIAMS<br>1551 SAWGRASS CORPORATE PARKWAY<br>SUITE 200<br>FORT LAUDERDALE, FL 33323 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3065** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ROW MANAGEMENT LTD<br>ATTN: ERIN WILLIAMS<br>1551 SAWGRASS CORPORATE PARKWAY<br>SUITE 200<br>FORT LAUDERDALE, FL 33323 |
| **2.3066** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ROYAL AIR MAROC<br>ATTN: GENERAL COUNSEL<br>CASA ANFA AIRPORT<br>CASABLANCA<br>MOROCCO |
| **2.3067** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ROYAL CARIBBEAN CRUISES LTD<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132-2096 |
| **2.3068** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ROYAL CARIBBEAN CRUISES LTD<br>ATTN: GENERAL COUNSEL<br>1050 CARIBBEAN WAY<br>MAIMI, FL 33132-2096 |
| **2.3069** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ROYAL CARIBBEAN CRUISES LTD<br>ATTN: GENERAL COUNSEL<br>PO BOX 126064<br>MIAMI, FL 33102-5545 |
| **2.3070** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ROYAL CARIBBEAN CRUISES, LTD.<br>ATTN: CIO<br>1050 CARIBBEAN WAY<br>MIAMI, FL 33132 |
| **2.3071** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ROYAL JORDANIAN AIRLINE<br>ATTN: MS.SALMA HATTAB<br>MOHAMMAD ALI JANAH STREET<br>BUILDING NO.37, PO BOX 302<br>AMMAN 11118<br>JORDAN |

Debtor      Global Eagle Entertainment Inc.
            Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3072** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RSA VENTURES LLC<br>ATTN: GENERAL COUNSEL<br>12458 N. UPPER RIDGE PLACE<br>BOISE, ID 83714 |
| **2.3073** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RSM TAIWAN<br>ATTN: GENERAL COUNSEL<br>12F., NO. 415, SEC. 4, XINYI ROAD<br>TAIPEI 11051<br>TAIWAN |
| **2.3074** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RTI S.P.A.<br>ATTN: GENERAL COUNSEL<br>LARGO NAZARENO, 8<br>ROME 00187<br>ITALY |
| **2.3075** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RTI SPA (MEDIASET ITALIA)<br>RESEARCHING ADDRESS |
| **2.3076** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RTL INTERNATIONAL GMBH<br>ATTN: GENERAL COUNSEL<br>PICASSOPLATZ 1<br>COLOGNE 50679<br>GERMANY |
| **2.3077** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RTL INTERNATIONAL GMBH<br>ATTN: GENERAL COUNSEL<br>PICASSOPLATZ 1<br>COLOGNE 50679<br>GERMANY |
| **2.3078** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RTL INTERNATIONAL GMBH<br>ATTN: GENERAL COUNSEL<br>PICASSOPLATZ 1<br>COLOGNE 50679<br>GERMANY |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3079** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RTL INTERNATIONAL GMBH<br>ATTN: GENERAL COUNSEL<br>PICASSOPLATZ 1<br>COLOGNE 50679<br>GERMANY |
| **2.3080** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RUA RIO DE SUL<br>ATTN: GENERAL COUNSEL<br>N 1907 - BAIRRO AEROPORTO VELHO |
| **2.3081** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | RWANDAIR<br>ATTN: ROBERT NSINGA<br>MARKETING & CORPORATE COMMUNICATIONS<br>B.P. 7275<br>KIGALI<br>RWANDA |
| **2.3082** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | S&P GLOBAL RATINGS<br>ATTN: GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 |
| **2.3083** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SACHIYO HAYASHI<br>ATTN: GENERAL COUNSEL<br>17634 WINDWARD TERRACE<br>BELLFLOWER, CA 90706 |
| **2.3084** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SADA AL REMAS<br>SADA AL REMAS<br>AL HENDEAH DISTRICT<br>BAGHDAD<br>IRAQ |
| **2.3085** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SADA AL REMAS<br>ATTN: GENERAL COUNSEL<br>AL HENDEAH<br>DISTRICT 929, STREET 25, HOUSE 1/30<br>BAGHDAD<br>IRAQ |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3086** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SAEEDA TRAVELS<br>ATTN: MR. SALIM NAIKWADI<br>G-6, DHANLAXMI CHS<br>LAXMI NAGAR, ROAD NO. 11, MIDC<br>ANDHERI (E), MUMBAI 400093<br>INDIA |
| **2.3087** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SAINT GOBAIN PERFORMANCE PLASTICS<br>ATTN: GENERAL COUNSEL<br>335 NORTH DIAMOND STREET<br>RAVENNA, OH 44266-2195 |
| **2.3088** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SALESFORCE.COM<br>EMC TEMP<br>SAN FRANCISCO, CA 94105 |
| **2.3089** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SAMARITAN'S PURSE<br>ATTN: GENERAL COUNSEL<br>PO BOX 3000<br>BOONE, NC 28607 |
| **2.3090** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SAMARITAN'S PURSE<br>ACCOUNTSPAYABLE@SAMARITAN.ORG<br>PO BOX 3000<br>BOONE, NY 28607 |
| **2.3091** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SAMARITAN'S PURSE<br>ACCOUNTSPAYABLE@SAMARITAN.ORG<br>PO BOX 3000<br>BOONE, NY 28607 |
| **2.3092** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SAMARITAN'S PURSE<br>ATTN: MERRILL LITTLEJOHN<br>PO BOX 3000<br>BOONE, NC 28607 |

Debtor   ___Global Eagle Entertainment Inc._____   Case number (if known) __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3093 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SAND MARINE LIMITED<br>ATTN: GENERAL COUNSEL<br>SUSAN COURT, NO 7 3RD FLOOR<br>TRIQ II-PRINJOLATA<br>TA'XBIEX XBX 1130<br>MALTA |
| 2.3094 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SANDRIVER TECHNOLOGIES PVT. LTD<br>ATTN: LEO ZHOU<br>7A, R-SQUARE, MUMBAI-BANGALORE HIGHWAY<br>WARJE PUNE, MH 411052<br>INDIA |
| 2.3095 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SANDRIVER TECHNOLOGIES PVT. LTD<br>ATTN: LEO ZHOU, FOUNDER<br>7A, R-SQUARE<br>MUMBAI-BANGALORE HIGHWAY<br>WARJE PUNE, MH 411052<br>INDIA |
| 2.3096 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SANRIO GMBH<br>ZWISCHEN DEN TOREN 9<br>WENTORF BEL HAMBURG 21465<br>GERMANY |
| 2.3097 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SANRIO GMBH<br>ATTN: GENERAL COUNSEL<br>ZWISCHEN DEN TOREN 9<br>WENTORF BEI HAMBURG 21465<br>GERMANY |
| 2.3098 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SANTANDER TELEPORT<br>ATTN: GENERAL COUNSEL<br>CASTELAR 3<br>CP<br>SANTANDER 39004<br>SPAIN |
| 2.3099 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SARAH GILLEPSIE<br>ATTN: GENERAL COUNSEL<br>620 NORTH 6TH STREET, APT. L.<br>BURBANK, CA 91501 |

Debtor    Global Eagle Entertainment Inc.                              Case number (if known) 20-11835 (JTD)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3100 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SARD VERBINNEN & CO. LLC<br>ATTN: GENERAL COUNSEL<br>630 THIRD AVENUE, 9TH FLOOR<br>NEW YORK, NY 10017 |
| 2.3101 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SATA AZORES AIRLINES<br>ATTN: CUSTOMER EXPERIENCE DEP.<br>CATARINA INDIO<br>AV. INFANTE D. HENRIQUE, 55<br>PONTA DELGADA 9500-528<br>PORTUGAL |
| 2.3102 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SATA INTERNACIONAL AZORES AIRLINES S.A.<br>ATTN: CUSTOMER EXPERIENCE DEP.<br>CATARINA INDIO<br>AV. INFANTE D. HENRIQUE, 55<br>PONTA DELGADA 9500-528<br>PORTUGAL |
| 2.3103 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SATA INTERNACIONAL AZORES AIRLINES S.A.<br>ATTN: CUSTOMER EXPERIENCE DEP.<br>CATARINA INDIO<br>AV. INFANTE D. HENRIQUE, 55<br>PONTA DELGADA 9500-528<br>PORTUGAL |
| 2.3104 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SATELLITE TELECOMMUNICATION MANAGEMENT S.A.<br>ATTN: GENERAL COUNSEL<br>C/O FRANCISCO GONZALEZ LEAL<br>2 POZUELO DE ALARCON<br>MADRID 28232<br>SPAIN |
| 2.3105 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SATELLITE TELECOMMUNICATION MANAGEMENT S.A.<br>ATTN: GENERAL COUNSEL<br>C/O FRANCISCO GONZALEZ LEAL<br>2 POZUELO DE ALARCON<br>MADRID 28232<br>SPAIN |
| 2.3106 — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SATELLITE TELECOMMUNICATION MANAGEMENT S.A.<br>ATTN: GENERAL COUNSEL<br>C/O FRANCISCO GONZALEZ LEAL<br>2 POZUELO DE ALARCON<br>MADRID 28232<br>SPAIN |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3107** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | SATELLITE TELECOMMUNICATION MANAGEMENT S.A. <br> ATTN: JSUS BARBER, GENERAL MANAGER <br> AVDA. EUROPA21 <br> ALCOBENDAS, MADRID 28108 <br> SPAIN |
| **2.3108** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | SATELLITE TELECOMMUNICATION MANAGEMENT S.A. <br> ATTN: GENERAL COUNSEL <br> C/O FRANCISCO GONZALEZ LEAL <br> 2 POZUELO DE ALARCON <br> MADRID 28232 <br> SPAIN |
| **2.3109** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | SAUDI ARABIAN AIRLINES CORPORATION <br> ATTN: GENERAL COUNSEL <br> P.O. BOX 167 <br> JEDDAH 21231 <br> SAUDI ARABIA |
| **2.3110** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | SAUDI ARABIAN AIRLINES CORPORATION <br> ATTN: GENERAL COUNSEL <br> P.O. BOX 167 <br> JEDDAH 21231 <br> SAUDI ARABIA |
| **2.3111** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | SAUDIA <br> RESEARCHING ADDRESS |
| **2.3112** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | SAUDIA <br> RESEARCHING ADDRESS |
| **2.3113** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | SBK MARINE LTD. <br> ATTN: GENERAL COUNSEL <br> THE HUB E302 <br> TRIQ SAN ANDRIJA <br> SAN GWANN <br> MALTA |

Debtor   Global Eagle Entertainment Inc.
         Name                                                    Case number (if known) 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3114** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SCHENKER INC<br>ATTN: ELSA JIN<br>5 TIANWEI SIJIE<br>TIANZHU INDUSTRIAL AREA A, SHUNYI DISTRICT<br>BEIJING 101312<br>CHINA |
| **2.3115** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SCHENKER INC<br>ATTN: ELSA JIN<br>5 TIANWEI SIJIE<br>TIANZHU INDUSTRIAL AREA A, SHUNYI DISTRICT<br>BEIJING 101312<br>CHINA |
| **2.3116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SCHENKER INC<br>ATTN: GENERAL COUNSEL<br>1305 EXECUTIVE BOULEVARD, SUITE 200<br>CHESAPEAKE, VA 23320 |
| **2.3117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SCHLUMBERGER TECHNOLOGY CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SCHLUMBERGER DRIVE<br>SUGAR LAND, TX 77478 |
| **2.3118** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SCRIPPS NETWORKS<br>ATTN: PRESIDENT, CONTENT DISTRIBUTION AND MARKETING<br>9721 SHERRILL BOULEVARD<br>KNOXVILLE, TN 37932 |
| **2.3119** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SCRIPPS NETWORKS<br>ATTN: PRESIDENT, CONTENT DISTRIBUTION AND MARKETING<br>9721 SHERRILL BOULEVARD<br>KNOXVILLE, TN 37932 |
| **2.3120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SDVI CORPORATION<br>440 NORTH WOLFE ROAD<br>SUNNYVALE, CA 94085 |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3121 | State what the contract or lease is for and the nature of the debtor's interest | SDVI CORPORATION<br>440 NORTH WOLFE ROAD<br>SUNNYVALE, CA 94085 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3122 | State what the contract or lease is for and the nature of the debtor's interest | SDVI CORPORATION<br>440 NORTH WOLFE ROAD<br>SUNNYVALE, CA 94085 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3123 | State what the contract or lease is for and the nature of the debtor's interest | SDVI CORPORATION<br>ATTN: GENERAL COUNSEL<br>440 NORTH WOLFE ROAD<br>SUNNYVALE, CA 94085 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3124 | State what the contract or lease is for and the nature of the debtor's interest | SDVI CORPORATION<br>ATTN: GENERAL COUNSEL<br>440 NORTH WOLFE ROAD<br>SUNNYVALE, CA 94085 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3125 | State what the contract or lease is for and the nature of the debtor's interest | SDVI CORPORATION<br>ATTN: GENERAL COUNSEL<br>440 NORTH WOLFE ROAD<br>SUNNYVALE, CA 94085 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3126 | State what the contract or lease is for and the nature of the debtor's interest | SEA HUNTER<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3127 | State what the contract or lease is for and the nature of the debtor's interest | SEABOURN CRUISE LINES<br>ATTN: GENERAL COUNSEL<br>300 ELLIOTT AVE WEST<br>SEATTLE, WA 98119 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEABURY ADVISORS LLC<br>ATTN: JOHN R KUEHNE<br>1350 AVENUE OF AMERICAS 25TH FLOOR<br>NEW YORK, NY 10019 |
| **2.3129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEABURY CONSULTING LLC<br>ATTN: GENERAL COUNSEL<br>1350 AVENUE OF AMERICAS, 25TH FLOOR<br>NEW YORK, NY 10019 |
| **2.3130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEABURY CONSULTING LLC<br>ATTN: GENERAL COUNSEL<br>1350 AVENUE OF AMERICAS, 25TH FLOOR<br>NEW YORK, NY 10019 |
| **2.3131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEAMOBILE INC??<br>ATTN: GENERAL COUNSEL<br>1200 WESTLAKE AVENUE N<br>SUITE 600<br>SEATTLE WA 98109 |
| **2.3132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEAMOBILE, INC<br>ATTN: GENERAL COUNSEL<br>1200 WESTLAKE AVENUE N<br>SUITE 600<br>SEATTLE WA 98109 |
| **2.3133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEARCH ENGINE FILMS<br>ATTN: GENERAL COUNSEL<br>532 QUEEN STREET EAST, SUITE 200<br>TORONTO, ON M5A 1V2<br>CANADA |
| **2.3134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEARCH ENGINE FILMS<br>ATTN: GENERAL COUNSEL<br>532 QUEEN STREET EAST, SUITE 200<br>TORONTO, ON M5A 1V2<br>CANADA |

Debtor    Global Eagle Entertainment Inc.
          Name
                                                    Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEARCHLIGHT II TBO, L.P.<br>745 5TH AVENUE<br>NEW YORK, NY 10151 |
| **2.3136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEARCHLIGHT II TBO, L.P.<br>745 5TH AVENUE<br>NEW YORK, NY 10151 |
| **2.3137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEARCHLIGHT II TBO, L.P.<br>745 5TH AVENUE<br>NEW YORK, NY 10151 |
| **2.3138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEASAT COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |
| **2.3139** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEASAT COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |
| **2.3140** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEASAT COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |
| **2.3141** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEATEC COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3142** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEATEC COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |
| **2.3143** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEATEC COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |
| **2.3144** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEATSAT COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |
| **2.3145** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEATSAT COMMUNICATIONS<br>ATTN: GENERAL COUNSEL<br>WARRIOR CLOSE<br>CHANDLERS FORD<br>EASTLEIGH, HAMPSHIRE SO53<br>UNITED KINGDOM |
| **2.3146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SEAVISIONS, LTD.<br>ATTN: GENERAL COUNSEL<br>4TH FLOOR, WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN KY1-1104<br>CAYMAN ISLANDS |
| **2.3147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SECURITY METRICS<br>ATTN: GENERAL COUNSEL<br>1275 WEST 1600 NORTH<br>OREM, UT 84057 |
| **2.3148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SENSOR SYSTEMS, INC<br>ATTN: GENERAL COUNSEL<br>8929 FULLBRIGHT AVENUE<br>CHATSWORTH, CA 91311 |

Debtor    Global Eagle Entertainment Inc.                                Case number *(if known)*  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERENDIPITY LABS GREENWOOD VILLAGE<br>6400 S. FIDDLERS GREEN CIRCLE SUITE 250<br>GREENWOOD VILLAGE, CO 80111 |
| **2.3150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: LORENZO ALVAREZ<br>AV DIAGONAL, 177-183<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: GENERAL COUNSEL<br>AV DIAGONAL, 177-183<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: GENERAL COUNSEL<br>AV DIAGONAL, 177-183<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3153** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: GENERAL COUNSEL<br>AV DIAGONAL, 177-183<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: GENERAL COUNSEL<br>AV DIAGONAL, 177-183<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: LORENZO ALVAREZ<br>AV DIAGONAL, 177-183<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: LORENZO ALVAREZ<br>AV DIAGONIAL 117-183, EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3157** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: GENERAL COUNSEL<br>177-183.<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3158** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: GENERAL COUNSEL<br>AV DIAGONAL, 177-183<br>EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3159** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICIOS AUDIOVISUALES OVERON S.L.U.<br>ATTN: LORENZO ALVAREZ<br>AV DIAGONAL, 177-183. EDIF IMAGINA<br>BARCELONA<br>SPAIN |
| **2.3160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SES AMERICAS<br>ATTN: GENERAL COUNSEL<br>1129 20TH STREET NORTHWEST<br>WASHINGTON, DC 20036 |
| **2.3161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SES AMERICAS<br>ATTN: GENERAL COUNSEL<br>1129 20TH ST. NW<br>WASHINGTON, DC 20036 |
| **2.3162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SES AMERICAS<br>ATTN: GENERAL COUNSEL<br>1129 20TH ST. NW<br>WASHINGTON, DC 20036 |

Debtor     __Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SES AMERICAS<br>ATTN: GENERAL COUNSEL<br>1129 20TH ST. NW<br>WASHINGTON, DC 20036 |
| 2.3164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SES GROUP<br>ATTN: GENERAL COUNSEL<br>CHATEAU DE BETZDORF<br>LUXEMBOURG L-6815<br>LUXEMBOURG |
| 2.3165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SES GROUP<br>ATTN: GENERAL COUNSEL<br>CHATEAU DE BETZDORF<br>LUXEMBOURG L-6815<br>LUXEMBOURG |
| 2.3166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SES GROUP<br>ATTN: GENERAL COUNSEL<br>CHATEAU DE BETZDORF<br>LUXEMBOURG L-6815<br>LUXEMBOURG |
| 2.3167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SES GROUP<br>ATTN: GENERAL COUNSEL<br>CHATEAU DE BETZDORF<br>LUXEMBOURG L-6815<br>LUXEMBOURG |
| 2.3168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SES GROUP<br>ATTN: GENERAL COUNSEL<br>CHATEAU DE BETZDORF<br>LUXEMBOURG L-6815<br>LUXEMBOURG |
| 2.3169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SESAC<br>ATTN: GENERAL COUNSEL<br>55 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203 |

Debtor    Global Eagle Entertainment Inc.
Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3170 — State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract | SESAC<br>ATTN: GENERAL COUNSEL<br>55 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203 |
| 2.3171 | SESAC<br>ATTN: GENERAL COUNSEL<br>55 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203 |
| 2.3172 | SESAC<br>ATTN: GENERAL COUNSEL<br>55 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203 |
| 2.3173 | SESAC<br>ATTN: GENERAL COUNSEL<br>615 NORTH NASH STREET<br>SUITE 201<br>EL SEGUNDO, CA 90245 |
| 2.3174 | SESAC<br>ATTN: GENERAL COUNSEL<br>615 NORTH NASH STREET<br>SUITE 201<br>EL SEGUNDO, CA 90245 |
| 2.3175 | SHALL MEAN RTHK RADIO PROGRAMME<br>ATTN: GENERAL COUNSEL<br>8 WHITFIELD ST, 5TH FLOOR<br>LONDON WIT 4EZ<br>UNITED KINGDOM |
| 2.3176 | SHANNON SIEGEL<br>ATTN: GENERAL COUNSEL<br>21406 BRIARWOOD LANE<br>TRABUCA CANYON, CA 92679 |

Debtor ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3177 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHARKEY ENTERPRISES LLC<br>ATTN: LOU SHARKEY<br>12792 BARRETT LANE<br>SANTA ANA, CA92750 |
| 2.3178 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEARWATER GEOSERVICES NORWAY AS<br>SOLHEIMSGATEN 15<br>ATTN: RAJA YEDUPATI<br>BERGEN 5058<br>NORWAY |
| 2.3179 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHELL INTERNATIONAL TRADING AND SHIPPING COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>80 STRAND<br>LONDON WC2R 0ZA<br>UNITED KINGDOM |
| 2.3180 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEMAROO ENTERTAINMENT LIMITED<br>ATTN: VINOD KARANI<br>PLOT NO. 18, MAROL CO-OP INDUSTRIAL ESTATE<br>OFF ANDHERI KURLA ROAD, ANDHERI (EAST)<br>MUMBAI 400059<br>INDIA |
| 2.3181 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA 90067-6055 |
| 2.3182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>2099 PENNSYLVANIA AVENUE, NW<br>SUITE 100<br>WASHINGTON, DC 20006-6801 |
| 2.3183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>2099 PENNSYLVANIA AVENUE, NW, SUITE100<br>WASHINGTON, DC 20006-6802 |

Debtor    Global Eagle Entertainment Inc.                         Case number *(if known)* 20-11835 (JTD)
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3184 | State what the contract or lease is for and the nature of the debtor's interest | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>2099 PENNSYLVANIA AVENUE, NW<br>SUITE 100<br>WASHINGTON, DC 20006-6801 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3185 | State what the contract or lease is for and the nature of the debtor's interest | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>650 TOWN CENTER DRIVE<br>4TH FLOOR<br>COSTA MESA, CA 92626-1993 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3186 | State what the contract or lease is for and the nature of the debtor's interest | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA 90067-6055 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3187 | State what the contract or lease is for and the nature of the debtor's interest | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>333 SOUTH HOPE STREET<br>43RD FLOOR<br>LOS ANGELES, CA 90071-1422 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3188 | State what the contract or lease is for and the nature of the debtor's interest | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>333 SOUTH HOPE STREET<br>43RD FLOOR<br>LOS ANGELES, CA 90071 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3189 | State what the contract or lease is for and the nature of the debtor's interest | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>333 SOUTH HOPE STREET, 43RD FLOOR<br>LOS ANGELES, CA 90071-1422 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3190 | State what the contract or lease is for and the nature of the debtor's interest | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 SOUTH HOPE STREET<br>43RD FLOOR<br>LOS ANGELES, CA 90071 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor     Global Eagle Entertainment Inc.
                 Name

Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3191** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>333 SOUTH HOPE STREET, 43RD FLOOR<br>LOS ANGELES, CA 90071-1422 |
| **2.3192** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA 90067-6017 |
| **2.3193** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: GENERAL COUNSEL<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA 90067-6055 |
| **2.3194** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHERPA EXPLORATIONS LIMITED<br>ATTN: GENERAL COUNSEL<br>JUBILEE BUILDING, VICTORIA STREET<br>DOUGLAS, ISLE OF MAN IM1 2SH |
| **2.3195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHIRLEY & GIORA GERZON<br>ATTN: GENERAL COUNSEL<br>1308 4TH STREET<br>SAN FERNANDO, CA 91340 |
| **2.3196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHOWRUNNER, LTD.<br>RESEARCHING ADDRESS |
| **2.3197** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SHUTTERSTOCK, INC.<br>ATTN: GENERAL COUNSEL<br>350 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK, NY 10118 |

Debtor    Global Eagle Entertainment Inc.         Case number *(if known)* __20-11835 (JTD)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.3198 | State what the contract or lease is for and the nature of the debtor's interest | SIERRA NEVADA CORPORATION<br>ATTN: GENERAL COUNSEL<br>11211 EAST ARAPAHOE ROAD<br>SUITE 110<br>CENTENNIAL, CO 80112 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3199 | State what the contract or lease is for and the nature of the debtor's interest | SIGNAL MOUNTAIN NETWORKS, INC.<br>2320 CHAMBLEE TUCKER ROAD<br>ATLANTA, GA30341-3447 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3200 | State what the contract or lease is for and the nature of the debtor's interest | SIGNIANT, INC.<br>ATTN: GENERAL COUNSEL<br>91 HARTWELL AVENUE<br>LEXINGTON, MA 02421 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3201 | State what the contract or lease is for and the nature of the debtor's interest | SILVER LADY PALM BEACH, LLC<br>6335 PERIMETER LOOP<br>DUBLIN, FL 43017 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3202 | State what the contract or lease is for and the nature of the debtor's interest | SILVER LADY PALM BEACH, LLC<br>6335 PERIMETER LOOP<br>DUBLIN, FL 43017 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3203 | State what the contract or lease is for and the nature of the debtor's interest | SILVER LADY PALM BEACH, LLC<br>ATTN: BRENDAN RONEY<br>6335 PERIMETER LOOP<br>DUBLIN, OH 43017 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3204 | State what the contract or lease is for and the nature of the debtor's interest | SIMPSON THACHER & BARTLETT LLP<br>ATTN: GENERAL COUNSEL<br>2475 HANOVER STREET<br>PALO ALTO, CA94304 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                     Case number (if known)  20-11835 (JTD)
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3205**    **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SINGAPORE TELECOM <br> ATTN: HAIKAL AZMAN <br> PROCUREMENT DEPARTMENT <br> SIA SUPPLIES CENTRE, 60 LOYANG WAY <br> 508751 <br> SINGAPORE |
| **2.3206**    **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SINGAPORE TELECOMMUNICATIONS LIMITED <br> ATTN: GENERAL COUNSEL <br> 500 RIFLE RANGE ROAD <br> #02-00, BUKIT TIMAH SATELLITE EARTH STATION <br> 588397 <br> SINGAPORE |
| **2.3207**    **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SINGAPORE TELECOMMUNICATIONS LIMITED <br> ATTN: GENERAL COUNSEL <br> 500 RIFLE RANGE ROAD <br> #02-00, BUKIT TIMAH SATELLITE EARTH STATION <br> 588397 <br> SINGAPORE |
| **2.3208**    **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SINGAPORE TELECOMMUNICATIONS LIMITED <br> ATTN: GENERAL COUNSEL <br> 9 TEMASEK BOULEVARD <br> #33-01, SUNTEC TOWER TWO <br> 038989 <br> SINGAPORE |
| **2.3209**    **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SINGAPORE TELECOMMUNICATIONS LIMITED <br> ATTN: GENERAL COUNSEL <br> 500 RIFLE RANGE ROAD <br> #02-00, BUKIT TIMAH SATELLITE EARTH STATION <br> 588397 <br> SINGAPORE |
| **2.3210**    **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SINGAPORE TELECOMMUNICATIONS LIMITED <br> ATTN: GENERAL COUNSEL <br> 500 RIFLE RANGE ROAD <br> #02-00, BUKIT TIMAH SATELLITE EARTH STATION <br> 588397 <br> SINGAPORE |
| **2.3211**    **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SINGAPORE TELECOMMUNICATIONS LIMITED <br> ATTN: GENERAL COUNSEL <br> 500 RIFLE RANGE ROAD <br> #02-00, BUKIT TIMAH SATELLITE EARTH STATION <br> 588397 <br> SINGAPORE |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SINGAPORE TELECOMMUNICATIONS LIMITED<br>ATTN: GENERAL COUNSEL<br>500 RIFLE RANGE ROAD<br>#02-00, BUKIT TIMAH SATELLITE EARTH STATION<br>588397<br>SINGAPORE |
| **2.3213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SINGAPORE TELECOMMUNICATIONS LIMITED<br>ATTN: GENERAL COUNSEL<br>500 RIFLE RANGE ROAD<br>#02-00, BUKIT TIMAH SATELLITE EARTH STATION<br>588397<br>SINGAPORE |
| **2.3214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SINGAPORE<br>RESEARCHING ADDRESS |
| **2.3215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SINGLE MOTHERS AT WORK<br>ATTN: GENERAL COUNSEL<br>4553 GLENCOE 2020 FLORIDA ST APT D<br>HUNTINGTON BEACH, CA 92648 |
| **2.3216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SINGTEL<br>ATTN: GENERAL COUNSEL<br>31 EXETER ROAD<br>#26-00<br>COMCENTRE 239732<br>SINGAPORE |
| **2.3217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SKY FILM<br>RESEARCHING ADDRESS |
| **2.3218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SKY NEWA AUSTRALIA<br>RESEARCHING ADDRESS |

| Debtor | _Global Eagle Entertainment Inc._ | Case number (if known) _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SKYFILMS?<br>RESEARCHING ADDRESS |
| **2.3220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SM ANCILLARY REVENUE<br>ATTN: IBU YUWAN EUNIKE<br>PT GARUDA INDONESIA (PERSERO) TBK<br>GARUDA SENTRA OPERASI, SOEKARNO HATTA INTERNATIONAL AIRPORT<br>JAKARTA<br>INDONESIA |
| **2.3221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SM PUBLISHING (UK) (SONY/ATV)<br>C/O ANDREW FORBES CONTENTIOUS MUSIC LIMITED<br>IBEX HOUSE BAKER STREET<br>WEYBRIDGE KT13 8AH<br>UNITED KINGDOM |
| **2.3222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SMITHS INTERCONNECT, INC.<br>ATTN: GENERAL COUNSEL<br>4726 EISENHOWER BOULEVARD<br>TAMPA, FL 33634 |
| **2.3223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SMITHS INTERCONNECT, INC.<br>ATTN: GENERAL COUNSEL<br>4726 EISENHOWER BOULEVARD<br>TAMPA, FL 33634 |
| **2.3224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SMITHS INTERCONNECT, INC.<br>ATTN: GENERAL COUNSEL<br>4726 EISENHOWER BOULEVARD<br>TAMPA, FL 33634 |
| **2.3225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI-SI (SMITHSONIAN)<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI-SI (SMITHSONIAN)<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI-SI (SMITHSONIAN)<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI-SI (SMITHSONIAN)<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI/SI NETWORKS LLC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3230** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI/SI NETWORKS LLC<br>ATTN: CHRIS SHELKIN<br>1633 BROADWAY<br>TORONTO, ON 10019 |
| **2.3231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI/SI NETWORKS LLC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SNI/SI NETWORKS LLC<br>ATTN: CHRIS SHELKIN<br>1633 BROADWAY<br>NEW YORK, NY 10019 |

Debtor    Global Eagle Entertainment Inc.
          Name
                                                    Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3233 | State what the contract or lease is for and the nature of the debtor's interest | SNI/SI NETWORKS LLC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3234 | State what the contract or lease is for and the nature of the debtor's interest | SNI/SI NETWORKS LLC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3235 | State what the contract or lease is for and the nature of the debtor's interest | SOCAL IP<br>ATTN: GENERAL COUNSEL<br>310 NORTH WESTLAKE BOULEVARD<br>SUITE 120<br>WESTLAKE VILLAGE, CA 91362 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3236 | State what the contract or lease is for and the nature of the debtor's interest | SOCAL IP<br>ATTN: GENERAL COUNSEL<br>310 N. WESTLAKE BLVD., SUITE 120<br>WESTLAKE VILLAGE, CA 91362 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3237 | State what the contract or lease is for and the nature of the debtor's interest | SOCIETE AIR FRANCE - BUYER OF AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS F-95747<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3238 | State what the contract or lease is for and the nature of the debtor's interest | SOCIETE AIR FRANCE - BUYER OF AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS F-95747<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3239 | State what the contract or lease is for and the nature of the debtor's interest | SOCIETE AIR FRANCE - BUYER OF AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS F-95747<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|--------|------|-----|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3240 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.3241 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.3242 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.3243 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.3244 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.3245 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.3246 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS, PARIS F-95747 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3247** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>F-95747, ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |
| **2.3248** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>F-95747, ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |
| **2.3249** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3250** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3251** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3252** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3253** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| 2.3255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| 2.3256 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| 2.3257 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| 2.3258 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |
| 2.3259 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS F<br>ROISSY CHARLES DE GAULLE CEDEX 95747<br>FRANCE |
| 2.3260 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>MR. BENJAMIN SMITH<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.3264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.3265** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.3266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>F-95747, ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3267** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DEPARTMENT<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |

Debtor    Global Eagle Entertainment Inc.
          Name                                                    Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3268** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DEPARTMENT<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3269** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3270** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3271** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3272** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: FRANCK TERNER<br>45 RUE DE PARIS F-95747 ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |
| **2.3273** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3274** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DIRECTORATE<br>CABIN PURCHASING DEPARTMENT<br>IFE PROJECT BUYER DA AV CG<br>ROISSY CHARLES DE GAULLE CEDEX 95747<br>FRANCE |

Debtor  __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DIRECTORATE<br>CABIN PURCHASING DEPARTMENT<br>IFE PROJECT BUYER - DA. AV CG<br>ROISSY CHARLES DE GAULLE 95747<br>FRANCE |
| 2.3276 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DIRECTORATE<br>CABIN PURCHASING DEPARTMENT<br>IFE PROJECT BUYER - DA. AV CG<br>ROISSY CHARLES DE GAULLE 95747<br>FRANCE |
| 2.3277 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DIRECTORATE<br>CABIN PURCHASING DEPARTMENT<br>IFE PROJECT BUYER - DA. AV CG, 45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE 95747<br>FRANCE |
| 2.3278 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DIRECTORATE<br>CABIN PURCHASING DEPARTMENT<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULE CEDEX 95747<br>FRANCE |
| 2.3279 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DIRECTORATE<br>CABIN PURCHASING DEPARTMENT<br>45 RUE DE PARIS, ROISSY CHARLES DE GAULE CEDEX 95747<br>FRANCE |
| 2.3280 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |
| 2.3281 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: FRANCK TERNER<br>45 RUE DE PARIS F-95747 ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |

Debtor      Global Eagle Entertainment Inc.
            Name

Case number (if known) 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: FRANCK TERNER<br>45 RUE DE PARIS F-95747 ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |
| **2.3283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS F-95747 ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |
| **2.3284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>PURCHASING DIRECTORATE, CABIN PURCHASING DEPARTMENT<br>IFE PROJECT BUYER - DA.AV CG, 45 RUE DE PARIS, ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3286** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |
| **2.3287** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS F-95747 ROISSY CDG CEDEX<br><br>FRANCE |
| **2.3288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DEPARTMENT<br>45, RUE DE PARIS<br>ROISSY CDG CEDEX F-95747<br>FRANCE |

Debtor      Global Eagle Entertainment Inc.
            Name

Case number (if known)   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS F-95747 ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |
| **2.3292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br> F-95747<br>FRANCE |
| **2.3293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>F-95747, ROISSY CDG CEDEX<br><br>FRANCE |
| **2.3294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS  ROISSY CHARLES DE GAULLE CEDEX<br> F-95747<br>FRANCE |
| **2.3295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CDG CEDEX F-95747<br>FRANCE |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.3296 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |
| 2.3297 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |
| 2.3298 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: PURCHASING DEPARTMENT<br>45, RUE DE PARIS<br>ROISSY CDG CEDEX F-95747<br>FRANCE |
| 2.3299 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIÉTÉ AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>CHARLES DE GAULLE CEDEX<br>PARIS 95747<br>FRANCE |
| 2.3300 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>SIROYA CENTRE<br>SAHAR AIRPORT ROAD, ANDHERI (EAST)<br>MUMBAI 400068<br>INDIA |
| 2.3301 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS F-95747 ROISSY CDG CEDEX<br><br>FRANCE |
| 2.3302 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>PARIS F-95747<br>FRANCE |
| **2.3304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45, RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS F-95747 ROISSY CHARLES DE GAULLE CEDEX<br><br>FRANCE |
| **2.3306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS 95747<br>FRANCE |
| **2.3307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX F-95747<br>FRANCE |
| **2.3308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOCIETE AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>45 RUE DE PARIS<br>ROISSY CHARLES DE GAULLE CEDEX<br>PARIS F-95747<br>FRANCE |
| **2.3309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOLSTON SHIPPING<br>BELIZE MARINA TOWERS<br>SUITE 303<br>BELIZE CITY<br>BELIZE |

Debtor    Global Eagle Entertainment Inc.    Case number *(if known)* 20-11835 (JTD)
_____    _____
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3310 | State what the contract or lease is for and the nature of the debtor's interest | SOLSTON SHIPPING BELIZE MARINA TOWERS SUITE 303 BELIZE CITY BELIZE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3311 | State what the contract or lease is for and the nature of the debtor's interest | SONGS OF UNIVERSAL, INC. RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3312 | State what the contract or lease is for and the nature of the debtor's interest | SONY MUSIC ENTERTAINMENT ATTN: GENERAL COUNSEL 25 MADISON AVENUE NEW YORK, NY 10010-8601 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3313 | State what the contract or lease is for and the nature of the debtor's interest | SONY MUSIC ENTERTAINMENT ATTN: EVP, BUSINESS & LEGAL AFFAIRS, GLOBAL DIGITAL BUSINESS 550 MADISON AVENUE NEW YORK, NY 10022-3211 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3314 | State what the contract or lease is for and the nature of the debtor's interest | SONY MUSIC ENTERTAINMENT ATTN: EVP, BUSINESS & LEGAL AFFIARS, GLOBAL DIGITAL BUSINESS 550 MADISON AVENUE NEW YORK, NY 10022-3211 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3315 | State what the contract or lease is for and the nature of the debtor's interest | SONY PICTURES CLASSICS ATTN: GENERAL COUNSEL SONY PICTURRES EUROPE HOUSE 25 GOLDEN SQUARE LONDON W1F 9LU UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3316 | State what the contract or lease is for and the nature of the debtor's interest | SONY PICTURES CLASSICS ATTN: GENERAL COUNSEL SONY PICTURES EUROPE HOUSE 25 GOLDEN SQUARE LONDON W1F 9LU UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3317 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SONY PICTURES RELEASING (FRANCE) SNC<br>ATTN: GENERAL MANAGER<br>BP 50152<br>CEDEX 08<br>PARIS 75363<br>FRANCE |
| 2.3318 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SONY PICTURES TELEVISION UK (WWTBAM) AND LUSAM<br>ATTN: GENERAL COUNSEL<br>SONY PICTURRES EUROPE HOUSE<br>25 GOLDEN SQUARE<br>LONDON W1F 9LU<br>UNITED KINGDOM |
| 2.3319 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SONY PICTURES TELEVISION UK (WWTBAM) AND LUSAM<br>ATTN: GENERAL COUNSEL<br>SONY PICTURRES EUROPE HOUSE<br>25 GOLDEN SQUARE<br>LONDON W1F 9LU<br>UNITED KINGDOM |
| 2.3320 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SONY PICTURES TELEVISION UK (WWTBAM) AND LUSAM<br>ATTN: GENERAL COUNSEL<br>SONY PICTURRES EUROPE HOUSE<br>25 GOLDEN SQUARE<br>LONDON W1F 9LU<br>UNITED KINGDOM |
| 2.3321 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SONY PICTURES TELEVISION UK (WWTBAM) AND LUSAM<br>ATTN: GENERAL COUNSEL<br>SONY PICTURRES EUROPE HOUSE<br>25 GOLDEN SQUARE<br>LONDON W1F 9LU<br>UNITED KINGDOM |
| 2.3322 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SONY PICTURES TELEVISION UK (WWTBAM) AND LUSAM<br>ATTN: GENERAL COUNSEL<br>SONY PICTURRES EUROPE HOUSE<br>25 GOLDEN SQUARE<br>LONDON W1F 9LU<br>UNITED KINGDOM |
| 2.3323 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUNDVIEW INC<br>ATTN: GENERAL COUNSEL<br>2 CHRISTY DRIVE - SUITE 302<br>CHADDS FORD, PA 19317 |

Debtor   Global Eagle Entertainment Inc.                    Case number (if known)  20-11835 (JTD)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3324 | State what the contract or lease is for and the nature of the debtor's interest | SOUNDVIEW<br>511 SCHOOLHOUSE ROAD<br>SUITE 300<br>KENNET SQUARE, PA 19348 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3325 | State what the contract or lease is for and the nature of the debtor's interest | SOUNDVIEW<br>511 SCHOOLHOUSE ROAD<br>SUITE 300<br>KENNET SQUARE, PA 19348 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3326 | State what the contract or lease is for and the nature of the debtor's interest | SOUNDVIEW<br>511 SCHOOLHOUSE ROAD<br>SUITE 300<br>KENNET SQUARE, PA 19348 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3327 | State what the contract or lease is for and the nature of the debtor's interest | SOUTH AFRICAN AIRWAYS LTD.<br>ATTN: GENERAL COUNSEL<br>6TH FLOOR<br>C BLOCK AIRWAYS PARK<br>OR TAMBO INTERNATIONAL AIRPORT<br>SOUTH AFRICA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3328 | State what the contract or lease is for and the nature of the debtor's interest | SOUTH AFRICAN AIRWAYS<br>ATTN: GENERAL COUNSEL<br>4TH FLOOR, BLOCK A<br>AIRWAYS PARK, JONES ROAD, KEMPTON PARK, PRIVATE BAG X3, O.R.<br>TAMBO INTERNATIONAL AIRPORT<br>1627<br>SOUTH AFRICA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3329 | State what the contract or lease is for and the nature of the debtor's interest | SOUTHWEST AIRLINES CO.<br>ATTN: RECEIVING DEPARTMENT<br>8839 BEAR ROAD<br>ORLANDO, FL 32827-4322 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3330 | State what the contract or lease is for and the nature of the debtor's interest | SOUTHWEST AIRLINES CO<br>ATTN: GENERAL COUNSEL<br>2702 LOVE FIELD DRIVE<br>HDQ 7PD<br>DALLAS, TX 75235 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor ___Global Eagle Entertainment Inc._____   Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3331** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUTHWEST AIRLINES MARKETING DEPT<br>ATTN: GENERAL COUNSEL<br>2702 LOVE FIELD ROAD<br>DALLAS, TX 75235 |
| **2.3332** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUTHWEST AIRLINES MARKETING DEPT<br>ATTN: GENERAL COUNSEL<br>2702 LOVE FIELD ROAD<br>DALLAS, TX 75235 |
| **2.3333** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUTHWEST AIRLINES MARKETING DEPT<br>ATTN: GENERAL COUNSEL<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| **2.3334** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUTHWEST AIRLINES MARKETING DEPT<br>ATTN: MR. RYAN GREEN, SVP & CHEIF MARKETING OFFICER<br>2702 LOVE FIELD DRIVE, HDQ-5MP<br>DALLAS, TX 75235 |
| **2.3335** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUTHWEST AIRLINES MARKETING DEPT<br>ATTN.: SUPPLY CHAIN MGNT IT – HDQ-PD7<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| **2.3336** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUTHWEST AIRLINES MARKETING DEPT<br>ATTN: GENERAL COUNSEL<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| **2.3337** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SOUTHWEST<br>ATTN: GENERAL COUNSEL<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |

Debtor      Global Eagle Entertainment Inc.                    Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3338 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX CANADA INC.<br>ATTN: CONTROLLER<br>2 BLOOR STREET EAST<br>SUITE 1020, PO BOX 92<br>TORONTO, ON M4W 1AS<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3339 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX/THE HUB<br>ATTN: GENERAL COUNSEL<br>2 BLOOR STREET EAST<br>SUITE 1020, PO BOX 92<br>TORONTO, ON M4W 1AS<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3340 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX/THE HUB<br>ATTN: GENERAL COUNSEL<br>2 BLOOR STREET EAST<br>SUITE 1020, PO BOX 92<br>TORONTO, ON M4W 1AS<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3341 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3342 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3343 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3344 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3345 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>26200 ENTERPRISE WAY<br>LAKE FOREST, CA 92630 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3346 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>ON BEHALF OF UNIVERSITY OF MIAMI<br>230 PARK AVENUE, 5TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3347 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>ON BEHALF OF US VIRGIN ISLANDS<br>230 PARK AVENUE, 5TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3348 | State what the contract or lease is for and the nature of the debtor's interest | SPAFAX<br>ATTN: GENERAL COUNSEL<br>THE PUMPHOUSE<br>13-16 JACOBS WELLS MEWS<br>LONDON W1U 3DY<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3349 | State what the contract or lease is for and the nature of the debtor's interest | SPEARHEAD<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3350 | State what the contract or lease is for and the nature of the debtor's interest | SPOKEN INK LTD.<br>ATTN: GENERAL COUNSEL<br>SUITES 38-41<br>THE HOP EXCHANGE, 24 SOUTHWARK STREET<br>LONDON SE1 1TY<br>UNITED KINGDOM |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3351 | State what the contract or lease is for and the nature of the debtor's interest | SRILANKAN AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>AIRLINE CENTER<br>BANDARANAIKE INTERNATIONAL AIRPORT<br>KATUNAYAKE<br>SRI LANKA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3352 | State what the contract or lease is for and the nature of the debtor's interest | SRILANKAN AIRLINES LIMITED ATTN: GENERAL COUNSEL BANDARANAIKE INTERNATIONAL AIRPORT KATUNAYAKE SRI LANKA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3353 | State what the contract or lease is for and the nature of the debtor's interest | SRILANKAN AIRLINES LIMITED ATTN: GENERAL COUNSEL BANDARANAIKE INTERNATIONAL AIRPORT KATUNAYAKE SRI LANKA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3354 | State what the contract or lease is for and the nature of the debtor's interest | SRILANKAN AIRLINES LIMITED ATTN: GENERAL COUNSEL AIRLINE CENTER BANDARANAIKE INTERNATIONAL AIRPORT KATUNAYAKE SRI LANKA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3355 | State what the contract or lease is for and the nature of the debtor's interest | SRILANKAN AIRLINES LIMITED ATTN: GENERAL COUNSEL AIRLINE CENTER BANDARANAILKE INTERNATIONAL AIRPORT KATUNAYAKE SRI LANKA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3356 | State what the contract or lease is for and the nature of the debtor's interest | SRILANKAN AIRLINES LIMITED ATTN: GENERAL COUNSEL AIRLINE CENTER BANDARANAILKE INTERNATIONAL AIRPORT KATUNAYAKE SRI LANKA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3357 | State what the contract or lease is for and the nature of the debtor's interest | STAR CRUISES C/O GENTING CRUISE LINES SUITE 1501, OCEAN CENTRE 5 CANTON ROAD, TSIMSHATSUI, KOWLOON HONG KONG CHINA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3358 | State what the contract or lease is for and the nature of the debtor's interest | STAR CRUISES C/O GENTING CRUISE LINES SUITE 1501, OCEAN CENTRE 5 CANTON ROAD, TSIMSHATSUI, KOWLOON HONG KONG CHINA |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
                Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3359** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAR CRUISES<br>C/O GENTING CRUISE LINES<br>SUITE 1501, OCEAN CENTRE<br>5 CANTON ROAD, TSIMSHATSUI, KOWLOON<br>HONG KONG<br>CHINA |
| **2.3360** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAR SATELLITE COMMUNICATIONS COMPANY<br>PO BOX 93693<br><br>UNITED ARAB EMIRATES |
| **2.3361** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAR SATELLITE COMMUNICATIONS COMPANY<br>PO BOX 93693<br><br>UNITED ARAB EMIRATES |
| **2.3362** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAR SATELLITE COMMUNICATIONS COMPANY<br>PO BOX 93693<br><br>UNITED ARAB EMIRATES |
| **2.3363** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAR SATELLITE COMMUNICATIONS COMPANY<br>PO BOX 93693<br><br>UNITED ARAB EMIRATES |
| **2.3364** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAR SATELLITE COMMUNICATIONS COMPANY<br>PO BOX 93693<br><br>UNITED ARAB EMIRATES |
| **2.3365** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAR SATELLITE COMMUNICATIONS COMPANY<br>PO BOX 93693<br><br>UNITED ARAB EMIRATES |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3366 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STARS FOR ART PRODUCTION SARL<br>ATTN: GENERAL COUNSEL<br>44 SHOOTING CLUB STREET<br>DOKKI<br>GIZA<br>EGYPT |
| 2.3367 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STARS FOR ART PRODUCTION SARL<br>ATTN: GENERAL COUNSEL<br>44 SHOOTING CLUB STREET<br>DOKKI<br>GIZA<br>EGYPT |
| 2.3368 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STARS FOR ART PRODUCTION SARL<br>ATTN: GENERAL COUNSEL<br>44 SHOOTING CLUB STREET<br>DOKKI<br>GIZA<br>EGYPT |
| 2.3369 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STARS FOR ART PRODUCTION SARL<br>ATTN: GENERAL COUNSEL<br>44 SHOOTING CLUB STREET<br>DOKKI<br>GIZA<br>EGYPT |
| 2.3370 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STARS FOR ART PRODUCTION SARL<br>ATTN: GENERAL COUNSEL<br>44 SHOOTING CLUB STREET<br>DOKKI<br>GIZA<br>EGYPT |
| 2.3371 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STARS FOR ART PRODUCTION SARL<br>ATTN: GENERAL COUNSEL<br>44 SHOOTING CLUB STREET<br>DOKKI<br>GIZA<br>EGYPT |
| 2.3372 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STELLAR COAST LIMITED<br>ATTN: TREVOR VAN WYCK<br>CENTRIS BUSINESS GATEWAY, GROUND FLOOR<br>TRIQ IL-PALAZZ, L-AHMAR, MRIEHEL BKR3000<br>MALTA |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* _20-11835 (JTD)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3373**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | STELLAR <br> ATTN: GENERAL COUNSEL <br> JALAN PJU 8/3A <br> DAMASARA PERDANA <br> JAYA SELANGOR 47820 <br> MALAYSIA |
| **2.3374**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | STELLAR <br> ATTN: GENERAL COUNSEL <br> JALAN PJU 8/3A <br> DAMASARA PERDANA <br> JAYA SELANGOR 47820 <br> MALAYSIA |
| **2.3375**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | STEPHEN M BECZYNSKI, SB AEROSPACE LLA <br> ATTN: GENERAL COUNSEL <br> B.O. BOX 503 <br> NEWBURY PARK, CA 91320 |
| **2.3376**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | STERNER PRODUCTS AB <br> ATTN: CEO OR COO |
| **2.3377**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | STICK SPORTS LTD <br> ATTN: PAUL COLLINS <br> 27 OLD GLOUCESTER STREET <br> LONDON WC1N 3AX <br> UNITED KINGDOM |
| **2.3378**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | STICK SPORTS <br> ATTN: PAUL COLLINS <br> 27 OLD GLOUCESTER STREET <br> LONDON WC1N 3AX <br> UNITED KINGDOM |
| **2.3379**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | STM GROUP, INC. <br> ATTN: GENERAL COUNSEL <br> 2 FARADAY <br> IRVINE, CA 92865 |

Debtor    _Global Eagle Entertainment Inc._                 Case number *(if known)* _20-11835 (JTD)_
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA EUROPA21<br>ALCOBENDAS<br>MADRID 28108<br>SPAIN |
| 2.3381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA EUROPA21<br>ALCOBENDAS<br>MADRID 28108<br>SPAIN |
| 2.3382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA EUROPA21<br>ALCOBENDAS<br>MADRID 28108<br>SPAIN |
| 2.3383 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA EUROPA21<br>28108 ALCOBENDAS<br>MADRID<br>SPAIN |
| 2.3384 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: GENERAL COUNSEL<br>AVDA. DE EUROPA21<br>28108 ALCOBENDAS<br>MADRID<br>SPAIN |
| 2.3385 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: CEO<br>AVENIDA EUROPA21.28108<br>ALCOBENDAS<br>MADRID<br>SPAIN |
| 2.3386 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: GENERAL COUNSEL<br>AVDA. DE EUROPA21<br>28108 ALCOBENDAS<br>MADRID<br>SPAIN |

Debtor ___Global Eagle Entertainment Inc._____
        Name

Case number *(if known)* __20-11835 (JTD)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3387 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN S.A.<br>ATTN: GENERAL COUNSEL<br>AVENIDA DE EUROPE 21<br>2ND DCHA, 28108 ALCOBENDAS<br>MADRID<br>SPAIN |
| 2.3388 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STM SPAIN, S.A.<br>ATTN: MANUEL VALERO TORRES<br>FRACISCO GONZÁLEZ LEAL, 2, POZUELO DE ALARCON<br>MADRID<br>SPAIN |
| 2.3389 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STOCKHOLM DIGITAL MEDIA CENTRE AB<br>ATTN: GENERAL COUNSEL<br>VIRKESVAGEN 12<br>STOCKHOLM SE-120 30<br>SWEDEN |
| 2.3390 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STOCKHOLM DIGITAL MEDIA CENTRE AB<br>ATTN: GENERAL COUNSEL<br>VIRKESVAGEN 12<br>STOCKHOLM SE-120 30<br>SWEDEN |
| 2.3391 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STRONSON ASSET LIMITED<br>ATTN: GENERAL COUNSEL<br>AKARA BUILDING, 24 DECASTRO STREET<br>WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| 2.3392 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STRONSON ASSETS LIMITED<br>ATTN: GENERAL COUNSEL<br>AKARA BUILDING<br>24 DECASTRO STREET, WICKHAMS CAY1<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| 2.3393 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STRONSON ASSETS LIMITED<br>ATTN: GENERAL COUNSEL<br>AKARA BUILDING<br>24 DECASTRO STREET, WICKHAMS CAY1<br>ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3394** | **State what the contract or lease is for and the nature of the debtor's interest** | STRUCTURAL INTEGRITY ENGINEERING<br>9525 VASSAR AVENUE<br>CHATSWORTH, CA 91311 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.3395** | **State what the contract or lease is for and the nature of the debtor's interest** | STUDIOCANAL<br>ATTN: GENERAL COUNSEL<br>SONNENSTRAßE 14<br>MUNICH 80331<br>GERMANY |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.3396** | **State what the contract or lease is for and the nature of the debtor's interest** | STUDIOCANAL<br>ATTN: GENERAL COUNSEL<br>SONNENSTRAßE 14<br>MUNICH 80331<br>GERMANY |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.3397** | **State what the contract or lease is for and the nature of the debtor's interest** | STX FINANCING, LLC<br>ATTN: GENERAL COUNSEL<br>3900 WEST ALAMEDA AVE.,32ND FLOOR<br>BURBANK, CA 91505 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.3398** | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSENTIO LLC<br>ATTN: STEVE BOCK<br>2001 E. EASTER AVENUE<br>SUITE 302<br>CENTENNIAL, CO 80122 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.3399** | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSENTIO LLC<br>ATTN: GENERAL COUNSEL<br>2001 E. EASTER AVENUE<br>SUITE 302<br>CENTENNIAL, CO 80122 |
| | **State the term remaining**<br>**List the contract number of any government contract** | |
| **2.3400** | **State what the contract or lease is for and the nature of the debtor's interest** | SUN EXPRESS DEUTSHLAND GMBH<br>ATTN: GENERAL COUNSEL<br>GATEWAY GARDENS<br>DE-SAINT-EXUPERY-STRABE 10<br>FRANKFURT AM MAIN 60549<br>GERMANY |
| | **State the term remaining**<br>**List the contract number of any government contract** | |

Debtor      Global Eagle Entertainment Inc.                                                    Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUNEXPRESS AIRLINES<br>ATTN: TECHNICAL DEPARTMENT<br>ANTALYA AIRPORT<br>ANTALYA07030<br>TURKEY |
| 2.3402 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUNEXPRESS AIRLINES<br>ATTN: GENERAL COUNSEL<br>ANTALYA AIRPORT<br>ANTALYA07030<br>TURKEY |
| 2.3403 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUNEXPRESS AIRLINES<br>ATTN: TECHNICAL DEPARTMENT<br>ANTALYA AIRPORT<br>ANTALYA07030<br>TURKEY |
| 2.3404 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUNEXPRESS AIRLINES<br>ATTN: GENERAL COUNSEL<br>ANTALYA AIRPORT<br>ANTALYA07030<br>TURKEY |
| 2.3405 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUNEXPRESS DEUTCHLAND GMBH<br>ATTN: GENERAL COUNSEL<br>GATEWAY GARDENS<br>DE-SAINT-EXUÉRY-STRASSE 10<br>FRANKFURT AM MAIN 60549<br>GERMANY |
| 2.3406 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUNEXPRESS DEUTSCHLAND GMBH<br>ATTN: GENERAL COUNSEL<br>POST HOLDER MAINTENANCE<br>DE-SAINT-EXUPÉRY-STRASSE 10<br>FRANKFURT 60549<br>GERMANY |
| 2.3407 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUNEXPRESS DEUTSCHLAND GMBH<br>ATTN: GENERAL COUNSEL<br>POST HOLDER MAINTENANCE<br>DE-SAINT-EXUPERY-STRASSE 10<br>FRANKFURT 60549<br>GERMANY |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3408** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SUNEXPRESS DEUTSCHLAND GMBH ATTN: GENERAL COUNSEL DE-SAINT-EXUPERY-STRASSE 10 FRANKFURT 60539 GERMANY |
| **2.3409** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SUNEXPRESS DEUTSCHLAND GMBH ATTN: GENERAL COUNSEL DE-SAINT-EXUPÉRY-STRAßE 10 FRANKFURT AM MAIN 60549 GERMANY |
| **2.3410** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SUNEXPRESS ATTN: GENERAL COUNSEL YENIGOL MAH. NEGIZ SOK NO:84 PK NO:07230, MURATPASA /ANTALYA TURKEY |
| **2.3411** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SUNEXPRESS ATTN: GENERAL COUNSEL SUNEXPRESS DEUTCHLAND GMBH GATEWAY GARDENS, DE-SAINT-EXUPÉRY-STRASSE 10 FRANKFURT AM MAIN 60549 GERMANY |
| **2.3412** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SUNEXPRESS ATTN: GENERAL COUNSEL YENIGÖL MAH. NERGIZ SOK. NO:84 MURATPASA ANTALYA, TÜRKIYE07230 |
| **2.3413** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SUNEXPRESS ATTN: GENERAL COUNSEL YENIGÖL MAH. NERGIZ SOK. NO:84 MURATPASA/ANTALYA07230 TURKEY |
| **2.3414** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | SUNWING AIRLINES INC. ATTN: GENERAL COUNSEL 44 FASKEN DRIVE UNITS12/13 TORONTO, ON M9W 1K6 CANADA |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3415** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUPER CASSETTES INDUSTRIES LIMITED<br>ATTN: GENERAL COUNSEL<br>E-2/16, WHITE HOUSE, ANSARI ROAD<br>DARYA GANJI,NEW DELHI 110 002<br>INDIA |
| **2.3416** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUPER CASSETTES INDUSTRIES PVT LIMITED<br>ATTN: MR. VINOD BHANUSHALI, PRESIDENT<br>PLOT NO. B-32<br>NEW LINK ROAD, NEAR MONGINIS FACTORY, ANDHERI (W)<br>MUMBAI 400 053<br>INDIA |
| **2.3417** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SUPER STAR UNIVERSAL LTD<br>ATTN: GENERAL COUNSEL<br>8/F SUP TOWER, 75-83 KING'S ROAD<br>NORTH POINT<br>HONG KONG<br>CHINA |
| **2.3418** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SURI HOLDINGS FINANCIAL<br>ATTN: GENERAL COUNSEL<br>1800 AVENUE OF THE STARS,3RD FLOOR<br>LOS ANGELES, CA 90067 |
| **2.3419** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SW ITALIA S.P.A.<br>ATTN: GENERAL COUNSEL<br>C/O MXP BUSINESS<br>VIS G. D'ANNUNZIO 2<br>VIZZOLA TICINO 21010<br>ITALY |
| **2.3420** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SWANK FILMS DISTRIBUION FRANCE, S.A.R.L<br>ATTN: GENERAL MANAGER<br>3, A VENUE STEPHEN PICHON<br>PARIS 75013<br>FRANCE |
| **2.3421** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SWANK MOTION PICTURES, INC.<br>ATTN: GENERAL COUNSEL<br>10795 WATSON ROAD<br>ST. LOUIS, MO 63127-1012 |

Debtor  __Global Eagle Entertainment Inc._____  Case number *(if known)* __20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3422 | State what the contract or lease is for and the nature of the debtor's interest | SWIFTAIR INC<br>ATTN: GENERAL COUNSEL<br>5072 WEST PLANO PARKWAY<br>SUITE 150<br>PLANO, TX 75093 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3423 | State what the contract or lease is for and the nature of the debtor's interest | SWIFTAIR INC<br>ATTN: GENERAL COUNSEL<br>5072 WEST PLANO PARKWAY<br>SUITE 150<br>PLANO, TX 75093 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3424 | State what the contract or lease is for and the nature of the debtor's interest | SWISS AG<br>ATTN: GENERAL COUNSEL<br>MALZGASSE 15<br>BASEL 4052<br>SWITZERLAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3425 | State what the contract or lease is for and the nature of the debtor's interest | SWISS<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3426 | State what the contract or lease is for and the nature of the debtor's interest | SYSTEMS AND SOFTWARE ENTERPRISES, INC<br>ATTN: ROD FARLEY, PRESIDENT AND COO<br>2929 EAST IMPERIAL HIGHWAY<br>SUITE 170<br>BREA, CA 92821 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3427 | State what the contract or lease is for and the nature of the debtor's interest | SYSTEMS AND SOFTWARE ENTERPRISES, LLC DBA ZODIAC INFLIGHT INNOVATIONS<br>ATTN: GENERAL COUNSEL<br>2929 EAST IMPERIAL HIGHWAY<br>SUITE 170<br>BREA, CA 92821 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3428 | State what the contract or lease is for and the nature of the debtor's interest | T-SERIES<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3429** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | TACA INTERNATIONAL AIRLINES SA<br>ATTN: GENERAL COUNSEL<br>AVENIDA EL ESPINO, B. BOULEVARD SUR & CALLE EL ALMENDRO<br>URB MADRE SILVA, SANTA ELENA, ANTIGUO CUSCATLAN<br>LA LIBERTAD<br>EL SALVADOR |
| **2.3430** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | TACA INTERNATIONAL AIRLINES SA<br>ATTN: GENERAL COUNSEL<br>AVENIDA EL ESPINO, B. BOULEVARD SUR & CALLE EL ALMENDRO<br>URB MADRE SILVA, SANTA ELENA, ANTIGUO CUSCATLAN<br>LA LIBERTAD<br>EL SALVADOR |
| **2.3431** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | TACA INTERNATIONAL AIRLINES SA<br>ATTN: GENERAL COUNSEL<br>AVENIDA EL ESPINO, B. BOULEVARD SUR & CALLE EL ALMENDRO<br>URB MADRE SILVA, SANTA ELENA, ANTIGUO CUSCATLAN<br>LA LIBERTAD<br>EL SALVADOR |
| **2.3432** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | TACA INTERNATIONAL SA<br>ATTN: GENERAL COUNSEL<br>AVENIDA EL ESPINO BETWEEN BLOULEVARD SUR AND CALLE EL ALMENDRO<br>URB MADRE SELVA, SANTA ELENA, ANTIGUO CISCATLAN<br>LA LIBERTAD<br>EL SALVADOR |
| **2.3433** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | TAILWIND HAVAYOLLARI A.S.<br>ATTN: GENERAL COUNSEL<br>IDTM<br>A2 BLOK, KAY:13,NO:395<br>YESILKOY-BAKIRKOY,ISTANBUL34149<br>TURKEY |
| **2.3434** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | TALIA LIMITED<br>ATTN: RENEE PETRI<br>HOFSTATTER WEG 1<br>RAISTING 82399<br>GERMANY |
| **2.3435** — State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3436** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |
| **2.3437** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |
| **2.3438** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |
| **2.3439** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |
| **2.3440** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |
| **2.3441** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |
| **2.3442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER4020<br>NORWAY |

Debtor     Global Eagle Entertainment Inc.                                Case number (if known)  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER 4020<br>NORWAY |
| **2.3444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER 4020<br>NORWAY |
| **2.3445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER 4020<br>NORWAY |
| **2.3446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER 4020<br>NORWAY |
| **2.3447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER 4020<br>NORWAY |
| **2.3448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINNA PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER 4020<br>NORWAY |
| **2.3449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAMPNET AS<br>ATTN: GENERAL COUNSEL<br>HINN PARK<br>STADIONBLOKK C, JATTAVAGEN7<br>STAVANGER 4020<br>NORWAY |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3450 | State what the contract or lease is for and the nature of the debtor's interest | TAMPNET INC.<br>ATTN: GENERAL COUNSEL<br>24275 KATY FREEWAY<br>KATY, TX 77494 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3451 | State what the contract or lease is for and the nature of the debtor's interest | TAMPNET INC.<br>ATTN: GENERAL COUNSEL<br>24275 KATY FREEWAY<br>KATY, TX 77494 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3452 | State what the contract or lease is for and the nature of the debtor's interest | TAMPNET INC.<br>ATTN: GENERAL COUNSEL<br>24275 KATY FREEWAY<br>KATY, TX 77494 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3453 | State what the contract or lease is for and the nature of the debtor's interest | TAMPNET INC.<br>ATTN: GENERAL COUNSEL<br>24275 KATY FREEWAY<br>KATY, TX 77494 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3454 | State what the contract or lease is for and the nature of the debtor's interest | TAMPNET INC.<br>ATTN: GENERAL COUNSEL<br>24275 KATY FREEWAY<br>KATY, TX 77494 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3455 | State what the contract or lease is for and the nature of the debtor's interest | TANHA<br>151 SOUTH OLD WOODWARD AVENUE<br>SUITE 400<br>BIRMINGHAM, FL 48009 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3456 | State what the contract or lease is for and the nature of the debtor's interest | TAQNIA SPACE COMPANY<br>ATTN: ENG. ABDULLAH ALOSAIMI<br>PO BOX 7833<br>RIYADH 12334<br>SAUDI ARABIA |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.
          Name
Case number (if known) 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3457 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAQNIA SPACE LIMITED<br>ATTN: GENERAL COUNSEL<br>RIYADH, AL NAKHEEL<br>PO BOX 6613<br>RIYADH 12382 KSA<br>SAUDI ARABIA |
| 2.3458 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAQNIA SPACE LTD<br>ATTN: GENERAL COUNSEL<br>16 YOUSSEF AL BAZZAZ STREET<br>MATHER AL-SHAMALI DISTRICT, NATIONAL CENTER FOR SATELLITE TECHNOLOGY PO BOX 7833<br>RIYADH 12334<br>SAUDI ARABIA |
| 2.3459 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAQNIA SPACE LTD<br>ATTN: GENERAL COUNSEL<br>16 YOUSSEF AL BAZZAZ STREET<br>MATHAR AL SHAMALI DISTRICT<br>RIYADH 12334<br>SAUDI ARABIA |
| 2.3460 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TASSILI AIRLINES<br>ATTN: OMAR KARA<br>168 RUE HASSIBA BEN BOUALI<br>TOUR B, MOHAMED BELOUIZDAD<br>ALGIERS<br>ALGERIA |
| 2.3461 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TASSILI AIRLINES<br>ATTN: OMAR KARA, PRODUCTIONS MANAGER |
| 2.3462 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TATA SIA AIRLINES LIMITED<br>ATTN: HEAD LEGAL<br>ONE HORIZON CENTRE<br>10TH FLOOR, GOLF COURSE ROAD, DLF PHASE-V, SECTOR 43<br>GURGAON, HARYANA-122003<br>INDIA |
| 2.3463 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TATA SIA AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>10TH FLOOR, ONE HORIZON CENTRE, GOLF COURSE ROAD<br>DLF PHASE V, SECTOR 43, GURGAON<br>HARYANA 122003<br>INDIA |

Debtor    Global Eagle Entertainment Inc.
          Name
                                                    Case number (if known)   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3464 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TATA SIA AIRLINES LIMITED<br>ATTN: GENERAL COUNSEL<br>JEEVAN BHARTI TOWER 1<br>10TH FLOOR, 124 CONNAUGHT CIRCUS<br>NEW DELHI 110001<br>INDIA |
| 2.3465 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TAURUS MIDWEST INDUSTRIAL PORTFOLIO II LLC<br>CHICAGO INDUSTRIAL TT, LLC (AS OF 11/8/19<br>RESEARCHING ADDRESS |
| 2.3466 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNIP UK LTD<br>ATTN: VP - TMOS<br>ENTERPRISE DRIVE<br>WESTHILL<br>ABERDEENSHIRE AB32 STQ<br>UNITED KINGDOM |
| 2.3467 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNIP UK LTD<br>ATTN: VP - TMOS<br>ENTERPRISE DRIVE<br>WESTHILL<br>ABERDEENSHIRE AB32 STQ<br>UNITED KINGDOM |
| 2.3468 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNIP UK LTD<br>ATTN: VP - TMOS<br>ENTERPRISE DRIVE<br>WESTHILL<br>ABERDEENSHIRE AB32 STQ<br>UNITED KINGDOM |
| 2.3469 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNO POINTE<br>ATTN: GENERAL COUNSEL<br>38 BOULEVARD DU 30JUIN, APPARTEMENT 3D<br>GALERIE MOULEART, COMMUNE DE LA KINSHASA<br>GOMBE, CONGO |
| 2.3470 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNO POINTE<br>ATTN: GENERAL COUNSEL<br>38 BOULEVARD DU 30JUIN, APPARTEMENT 3D<br>GALERIE MOULEART, COMMUNE DE LA KINSHASA<br>GOMBE, CONGO |

Debtor     <u>Global Eagle Entertainment Inc.</u>         Case number *(if known)* <u>20-11835 (JTD)</u>
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3471 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY FINANCE CORPORATION RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3472 | State what the contract or lease is for and the nature of the debtor's interest | TECNOLOGIAS Y SERVICIOS CONTACTA SAS ATTN: GENERAL COUNSEL CALLE 98 # 51B-80 BARRANQUILLA COLOMBIA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3473 | State what the contract or lease is for and the nature of the debtor's interest | TECOM INDUSTRIES, INC. ATTN: GENERAL COUNSEL 375 CONEJO RIDGE AVENUE THOUSAND OAKS, CA 91361 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3474 | State what the contract or lease is for and the nature of the debtor's interest | TECOM INDUSTRIES, INC. ATTN: GENERAL COUNSEL 375 CONEJO RIDGE AVENUE THOUSAND OAKS, CA 91361 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3475 | State what the contract or lease is for and the nature of the debtor's interest | TECOM INDUSTRIES, INC. ATTN: GENERAL COUNSEL 375 CONEJO RIDGE AVENUE THOUSAND OAKS, CA 91361 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3476 | State what the contract or lease is for and the nature of the debtor's interest | TECOM ATTN: GENERAL COUNSEL 375 CONEJO RIDGE AVENUE THOUSAND OAKS, CA 91361 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3477 | State what the contract or lease is for and the nature of the debtor's interest | TED CONFERENCES LLC ATTN: GENERAL COUNSEL 330 HUDSON STREET 11TH FLOOR NEW YORK, NY 10013 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3478 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>11TH FLOOR<br>NEW YORK, NY 10013 |
| 2.3479 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>11TH FLOOR<br>NEW YORK, NY 10013 |
| 2.3480 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>12TH FLOOR<br>NEW YORK, NY 10013 |
| 2.3481 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>12TH FLOOR<br>NEW YORK, NY 10013 |
| 2.3482 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>12TH FLOOR<br>NEW YORK, NY 10013 |
| 2.3483 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>12TH FLOOR<br>NEW YORK, NY 10013 |
| 2.3484 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>12TH FLOOR<br>NEW YORK, NY 10013 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3485 | State what the contract or lease is for and the nature of the debtor's interest | TED CONFERENCES, LLC<br>ATTN: ALEX HOFMANN<br>DIRECTOR, GLOBAL DISTRIBUTION & LICENSING<br>330 HUDSON STREET, 11TH FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3486 | State what the contract or lease is for and the nature of the debtor's interest | TED CONFERENCES, LLC<br>ATTN: ALEX HOFMANN<br>330 HUDSON STREET<br>11TH FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3487 | State what the contract or lease is for and the nature of the debtor's interest | TED CONFERENCES, LLC<br>ATTN: ALEX HOFMANN<br>330 HUDSON STREET<br>11TH FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3488 | State what the contract or lease is for and the nature of the debtor's interest | TED CONFERENCES, LLC<br>ATTN: GENERAL COUNSEL<br>330 HUDSON STREET<br>11TH FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3489 | State what the contract or lease is for and the nature of the debtor's interest | TED CONFERENCES, LLC<br>ATTN: ALEX HOFMANN, DIRECTOR, GLOBAL DISRIBUTION & LICENSING<br>330 HUDSON STREET<br>11TH FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3490 | State what the contract or lease is for and the nature of the debtor's interest | TELECOM ITALIA SPA<br>ATTN: GENERAL COUNSEL<br>VIALE PARCO DE' MEDICI, 61<br>ROME 00148<br>ITALY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3491 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA BRASIL SA<br>RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._____    Case number (*if known*) _20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3492 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA BUSINESS SOLUTIONS<br>DISTRITO TELEFÓNICA<br>EDIFICIO CENTRAL - 2ª PLANTA<br>RONDA DE LA COMUNICACIÓN S/N<br>MADRID 28050<br>SPAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3493 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA GLOBAL SERVICES HMBH<br>ATTN: GENERAL COUNSEL<br>ADALPEROSTRABE 82-86<br>ISMANING 85737<br>GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3494 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3495 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3496 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3497 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3498 | State what the contract or lease is for and the nature of the debtor's interest | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                                     Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3499** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| **2.3500** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| **2.3501** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| **2.3502** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TELEFONICA, S.A.<br>DISTRITO C - EDIFICIO OESTE 2<br>RONDA DE LA COMUNICACION S/N<br>MADRID 28020<br>SPAIN |
| **2.3503** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TELEFONICA<br>DISTRITO TELEFÓNICA<br>EDIFICIO CENTRAL - 2ª PLANTA<br>RONDA DE LA COMUNICACIÓN S/N<br>MADRID 28050<br>SPAIN |
| **2.3504** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TELEFONICA<br>DISTRITO TELEFÓNICA<br>EDIFICIO CENTRAL - 2ª PLANTA<br>RONDA DE LA COMUNICACIÓN S/N<br>MADRID 28050<br>SPAIN |
| **2.3505** State what the contract or lease is for and the nature of the debtor's interest<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TELENOR SATELLITE AS<br>ATTN: GENERAL COUNSEL<br>40 BERNARD STREET<br>LONDON WC1N 1LE<br>UNITED KINGDOM |

Debtor    Global Eagle Entertainment Inc.        Case number *(if known)*   20-11835 (JTD)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3506**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TELENOR SATELLITE AS <br> ATTN: GENERAL COUNSEL <br> 40 BERNARD STREET <br> LONDON WC1N 1LE <br> UNITED KINGDOM |
| **2.3507**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TELENOR SATELLITE AS <br> ATTN: GENERAL COUNSEL <br> 40 BERNARD STREET <br> LONDON WC1N 1LE <br> UNITED KINGDOM |
| **2.3508**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TELENOR SATELLITE AS <br> ATTN: GENERAL COUNSEL <br> 40 BERNARD STREET <br> LONDON WC1N 1LE <br> UNITED KINGDOM |
| **2.3509**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TELESAT CANADA <br> ATTN: GENERAL COUNSEL <br> 1601 TELESAT COURT <br> OTTAWA, ON K1B 5P4 <br> CANADA |
| **2.3510**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TELESAT CANADA <br> ATTN: GENERAL COUNSEL <br> 2 WISCONSIN CIRCLE, SUITE 910 <br> CHEVY CHASE, MD 20815 |
| **2.3511**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TELESAT CANADA <br> ATTN: GENERAL COUNSEL <br> 1601 TELESAT COURT <br> OTTAWA, ON K1B 5P4 <br> CANADA |
| **2.3512**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TELESAT CANADA <br> ATTN: GENERAL COUNSEL <br> 2 WISCONSIN CIRCLE, SUITE 910 <br> CHEVY CHASE, MD 20815 |

Debtor     Global Eagle Entertainment Inc.                              Case number *(if known)* 20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3513** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| **2.3514** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>2 WISCONSIN CIRCLE, SUITE 910<br>CHEVY CHASE, MD 20815 |
| **2.3515** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| **2.3516** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| **2.3517** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| **2.3518** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| **2.3519** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |

Debtor     Global Eagle Entertainment Inc.         Case number *(if known)*   20-11835 (JTD)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| 2.3521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| 2.3522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| 2.3523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| 2.3524 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| 2.3525 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| 2.3526 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |

Debtor      Global Eagle Entertainment Inc.                          Case number (if known)  20-11835 (JTD)
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3527 | State what the contract or lease is for and the nature of the debtor's interest | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3528 | State what the contract or lease is for and the nature of the debtor's interest | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3529 | State what the contract or lease is for and the nature of the debtor's interest | TELESAT CANADA<br>ATTN: CHRIS DI FRANCESCO, VICE PRESIDENT, GENERAL COUNSEL & SECRETARY<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3530 | State what the contract or lease is for and the nature of the debtor's interest | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3531 | State what the contract or lease is for and the nature of the debtor's interest | TELESAT CANADA<br>ATTN: GENERAL MANAGER<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3532 | State what the contract or lease is for and the nature of the debtor's interest | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3533 | State what the contract or lease is for and the nature of the debtor's interest | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| **2.3535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELESAT CANADA<br>ATTN: GENERAL COUNSEL<br>1601 TELESAT COURT<br>OTTAWA, ON K1B 5P4<br>CANADA |
| **2.3536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TELEVISION BROADCASTS LIMITED<br>TVB CITY, 77 CHUN CHOI STREET<br>TSEUNG KWAN O INDUSTRIAL ESTATE<br>KOWLOON 77<br>HONG KONG |
| **2.3537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TERRY STEINER INTERNATIONAL, INC.<br>ATTN: ALESSANDRO DIGIOVANNA<br>130 WEST 57TH STREET, SUITE 108<br>NEW YORK, NY 10019 |
| **2.3538** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TETRIS HOLDING COMPANY<br>RESEARCHING ADDRESS |
| **2.3539** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TETRIS HOLDING COMPANY<br>RESEARCHING ADDRESS |
| **2.3540** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TGS<br>RESEARCHING ADDRESS |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3541** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED<br>ATTN: GENERAL COUNSEL<br>89 VIBHAVADI RANGSIT ROAD<br>BANGKOK 10900<br>THAILAND |
| **2.3542** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THAI LION MENTARI CO., LTD.<br>RESEARCHING ADDRESS |
| **2.3543** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THALASSA HOLDINGS LIMITED<br>ATTN: GENERAL COUNSEL<br>1ST FLOOR ATHOL STREET<br>DOUGLAS, ISLE OF MAN 1M1 1JA |
| **2.3544** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THALES AVIONICS INC.<br>ATTN: GENERAL COUNSEL<br>58 DISCOVERY<br>IRVINE, CA 92618 |
| **2.3545** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THALES AVIONICS, INC.<br>ATTN: GENERAL COUNSEL<br>58 DSICVOVERY<br>IRVINE, CA 92618 |
| **2.3546** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THALES AVIONICS, INC.<br>ATTN: GENERAL COUNSEL<br>58 DISCOVERY<br>IRVINE, CA 92618 |
| **2.3547** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THALES AVIONICS, INC<br>ATTN: LEGAL AND CONTRACTS DEPARTMENT<br>58 DISCOVERY<br>IRVINE, CA 92618-90045 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3548** State what the contract or lease is for and the nature of the debtor's interest | THALES AVIONICS, INC ATTN: GENERAL COUNSEL 58 DISCOVERY IRVINE, CA 92618-3105 |
| State the term remaining List the contract number of any government contract | |
| **2.3549** State what the contract or lease is for and the nature of the debtor's interest | THALES AVIONICS, INC ATTN: GLOBAL PARTNERS 58 DISCOVERY IRVINE, CA 92618 |
| State the term remaining List the contract number of any government contract | |
| **2.3550** State what the contract or lease is for and the nature of the debtor's interest | THALES AVIONICS, INC ATTN: GENERAL COUNSEL 58 DISCOVERY IRVINE, CA 92618 |
| State the term remaining List the contract number of any government contract | |
| **2.3551** State what the contract or lease is for and the nature of the debtor's interest | THALES AVIONICS, INC ATTN: GENERAL COUNSEL 58 DSICVOVERY IRVINE, CA 92618 |
| State the term remaining List the contract number of any government contract | |
| **2.3552** State what the contract or lease is for and the nature of the debtor's interest | THALES AVIONICS 58 DISCOVERY IRVINE, CA 92618 |
| State the term remaining List the contract number of any government contract | |
| **2.3553** State what the contract or lease is for and the nature of the debtor's interest | THALES AVIONICS 58 DISCOVERY IRVINE, CA 92618 |
| State the term remaining List the contract number of any government contract | |
| **2.3554** State what the contract or lease is for and the nature of the debtor's interest | THALES AVIONICS 58 DISCOVERY IRVINE, CA 92618 |
| State the term remaining List the contract number of any government contract | |

Debtor   ___Global Eagle Entertainment Inc._____       Case number *(if known)* __20-11835 (JTD)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3555** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THALES<br>ATTN: GENERAL COUNSEL<br>58 DISCOVERY<br>IRVINE, UT 92618-3105 |
| **2.3556** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THALES<br>ATTN: GENERAL COUNSEL<br>58 DISCOVERY<br>IRVINE, CA 92618-3105 |
| **2.3557** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE ALBERTA LIBRARY<br>ATTN: GENERAL COUNSEL<br>7 SIR WINSTON CHURCHILL SQUARE<br>ROOM 6-14<br>EDMONTON, AB T5J 2V5<br>CANADA |
| **2.3558** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE ALBERTA LIBRARY<br>ATTN: GENERAL COUNSEL<br>#700<br>10707 100 AVENUE<br>EDMONTON, AB T6J 3M1<br>CANADA |
| **2.3559** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE ALBERTA LIBRARY<br>ATTN: GENERAL COUNSEL<br>100 AVENUE NW<br>EDMONTON, ALBERTA T5J 3M1 |
| **2.3560** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE BRAZILIAN NAVY COMMISSION IN EUROPE<br>ATTN: GENERAL COUNSEL<br>170, UPPER RICHMOND ROAD,<br>PUTNEY<br>LONDON SWI5-2SH<br>UNITED KINGDOM |
| **2.3561** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE CORPORATE SERVICES  (AUST) PTY LIMITED<br>ATTN: THE MANAGING DIRECTOR<br>LEVEL 16, 201 ELIZABETH STREET<br>SYDNEY NSW 2000<br>AUSTRALIA |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3562** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE ORCHARD<br>RESEARCHING ADDRESS |
| **2.3563** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE ORCHARD<br>RESEARCHING ADDRESS |
| **2.3564** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE ORCHARD<br>RESEARCHING ADDRESS |
| **2.3565** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE RUMAILA OIL FIELD<br>RESEARCHING ADDRESS |
| **2.3566** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE TETRIS COMPANY INC<br>ATTN: GENERAL COUNSEL<br>9788 GILESPIE STREET<br>SUITE 418<br>LAS VEGAS, NV 89183 |
| **2.3567** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE TETRIS COMPANY LLC<br>ATTN: GENERAL COUNSEL HENK B. ROGERS, MANAGING DIRECTOR<br>C/O CORPORATION SERVICES CO.<br>103 FOULK ROAD, SUITE 202<br>WILMINGTON, DE 19803 |
| **2.3568** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE TRUSTEES UNDER THE WILL AND OF THE ESTATE OF JAMES CAMPBELL, DECEASED<br>ATTN: GENERAL COUNSEL<br>JAMES CAMPBELL BUILDING<br>1001 KAMOKILA BOULEVARD<br>KAPOLEI, HI 96707 |

Debtor  ___Global Eagle Entertainment Inc._____  Case number *(if known)* __20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3569 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE TRUSTEES UNDER THE WILL AND OF THE ESTATE OF JAMES CAMPBELL, DECEASED<br>ATTN: GENERAL COUNSEL<br>JAMES CAMPBELL BUILDING<br>1001 KAMOKILA BOULEVARD<br>KAPOLEI, HI 96707 |
| 2.3570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE TRUSTEES UNDER THE WILL AND OF THE ESTATE OF JAMES CAMPBELL, DECEASED<br>ATTN: GENERAL COUNSEL<br>JAMES CAMPBELL BUILDING<br>1001 KAMOKILA BOULEVARD<br>KAPOLEI, HI 96707 |
| 2.3571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE TRUSTEES UNDER THE WILL AND OF THE ESTATE OF JAMES CAMPBELL, DECEASED<br>ATTN: GENERAL COUNSEL<br>JAMES CAMPBELL BUILDING<br>1001 KAMOKILA BOULEVARD<br>KAPOLEI, HI 96707 |
| 2.3572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THE UNIVERSITY OF DAYTON<br>ATTN: GENERAL COUNSEL<br>OFFICE OF THE BURSAR<br>300 COLLEGE PARK<br>DAYTON, OH 45469-0101 |
| 2.3573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THEMA AMERICA INC<br>ATTN: GENERAL COUNSEL<br>5966 SOUTH DIXIE HWY<br>SUITE 300<br>SOUTH MIAMI, FL 33143 |
| 2.3574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THEMA AMERICA INC<br>ATTN: GENERAL COUNSEL<br>5966 SOUTH DIXIE HWY<br>SUITE 300<br>SOUTH MIAMI, FL 33143 |
| 2.3575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THOMSON REUTERS - WEST<br>ATTN: GENERAL COUNSEL<br>THE THOMSON REUTERS BUILDING<br>3 TIMES SQUARE<br>NEW YORK, NY 10036 |

Debtor        Global Eagle Entertainment Inc.                                    Case number (if known)  20-11835 (JTD)
                     Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3576 | State what the contract or lease is for and the nature of the debtor's interest | THOMSON REUTERS - WEST ATTN: GENERAL COUNSEL THE THOMSON REUTERS BUILDING 3 TIMES SQUARE NEW YORK, NY 10036 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3577 | State what the contract or lease is for and the nature of the debtor's interest | TIM KUPPLER THE CULTURE ADVANTAGE ATTN: GENERAL COUNSEL 62696 CORALBURST DR. WASHINGTON TOWNSHIP, MI48094 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3578 | State what the contract or lease is for and the nature of the debtor's interest | TIM MCLAUGHLIN ATTN: TIM MCLAUGHLIN 12140 MOORPARK STREET, #101 STUDIO CITY, CA91604 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3579 | State what the contract or lease is for and the nature of the debtor's interest | TITAN RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3580 | State what the contract or lease is for and the nature of the debtor's interest | TMF GROUP B.V. ATTN: GROUP LEGAL LUNA ARENA BUILDING HERIKERBERGWEG 238, 1101 CM AMSTERDAM NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3581 | State what the contract or lease is for and the nature of the debtor's interest | TMG GROUP RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3582 | State what the contract or lease is for and the nature of the debtor's interest | TMS ENTERTAINMENT CO., LTD. ATTN: GENERAL COUNSEL 3-31-1, NAKANO NAKANO-KU TOKYO 164-0001 JAPAN |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3583** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TMS ENTERTAINMENT CO., LTD.<br>ATTN: GENERAL COUNSEL<br>3-31-1, NAKANO<br>NAKANO-KU<br>TOKYO 164-0001<br>JAPAN |
| **2.3584** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TMS ENTERTAINMENT CO., LTD.<br>ATTN: GENERAL COUNSEL<br>3-31-1, NAKANO, NAKANO-KU<br>TOKYO 164-0001<br>JAPAN |
| **2.3585** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOEI COMPANY, LTD.<br>ATTN: SATOSHI SHINOHARA, MANAGING DIRECTOR<br>2-17, 3-CHOME<br>GINZA, CHUO-KU<br>TOKYO 104-8108<br>JAPAN |
| **2.3586** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOEI COMPANY, LTD.<br>ATTN: SATOSHI SHINOHARA, MANAGING DIRECTOR<br>2-17, 3-CHOME<br>GINZA, CHUO-KU<br>TOKYO 104-8108<br>JAPAN |
| **2.3587** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOEI COMPANY, LTD.<br>ATTN: SATOSHI SHINOHARA, MANAGING DIRECTOR<br>2-17, 3-CHOME<br>GINZA, CHUO-KU<br>TOKYO 104-8108<br>JAPAN |
| **2.3588** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOEI COMPANY, LTD.<br>ATTN: SATOSHI SHINOHARA, MANAGINIG DIRECTOR<br>2,17, 3-CHOME<br>GINZA, CHUO-KU<br>TOKYO 104-8108<br>JAPAN |
| **2.3589** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOEI COMPANY, LTD.<br>ATTN: SATOSHI SHINOHARA<br>43878<br>3-CHOME, GINZA, CHUO-KU<br>TOKYO 104-8108<br>JAPAN |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3590 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO, LTD.<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| 2.3591 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD.<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU<br>TOKYO 100-8415<br>JAPAN |
| 2.3592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD.<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU<br>TOKYO 100-8415<br>JAPAN |
| 2.3593 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD.<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| 2.3594 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU<br>TOKYO 100-8415<br>JAPAN |
| 2.3595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| 2.3596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3597** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| **2.3598** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| **2.3599** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| **2.3600** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| **2.3601** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| **2.3602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU, TOKYO 100-8415<br>JAPAN |
| **2.3603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO CO., LTD<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU<br>TOKYO 100-8415<br>JAPAN |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO, CO. LTD.<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU<br>TOKYO 100-8415<br>JAPAN |
| **2.3605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOHO, CO., LTD.<br>ATTN: GENERAL COUNSEL<br>1-2-2 YURAKUCHO<br>CHIYODA-KU<br>TOKYO 100-8415<br>JAPAN |
| **2.3606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOKYO BROADCASTING<br>ATTN: GENERAL COUNSEL<br>5-3-6 AKSAKA<br>MINATO-KU<br>TOKYO 107-8006<br>JAPAN |
| **2.3607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOKYO BROADCASTING<br>ATTN: GENERAL COUNSEL<br>5-3-6 AKASAKA<br>MINATO-KU<br>TOKYO 107-8006<br>JAPAN |
| **2.3608** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOKYO BROADCASTING<br>ATTN: GENERAL COUNSEL<br>5-3-6 AKASAKA<br>MINATO-KU<br>TOKYO 107-8006<br>JAPAN |
| **2.3609** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOKYO BROADCASTING<br>ATTN: GENERAL COUNSEL<br>5-3-6 AKSAKA<br>MINATO-KU<br>TOKYO 107-8006<br>JAPAN |
| **2.3610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TOLERANCE LIMITED<br>ATTN: ALAN DALE<br>HAWKSFORD HOUSE, 15 ESPLANADE<br>ST. HELIER, JERSEY JE1 1RB |

Debtor     Global Eagle Entertainment Inc.                      Case number *(if known)*   20-11835 (JTD)
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3611**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TORONTO PUBLIC LIBRARY <br> ATTN: HEATHER KESSLER, MANAGER, ACQUISITIONS <br> 1076 ELLESMERE ROAD <br> TORONTO, ON M1P 4P4 <br> CANADA |
| **2.3612**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TOTOTHEO MARITIME LIMITED <br> ATTN: GENERAL COUNSEL <br> 89 OMONOIAS AVENUE <br> LIMASSOL 3048 <br> CYPRUS |
| **2.3613**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TOTOTHEO MARITIME LIMITED <br> PO BOX 51449 <br> LIMASSOL 3505 <br> CYPRUS |
| **2.3614**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TOTOTHEO MARITIME LTD <br> ATTN: GENERAL COUNSEL <br> PO BOX 51449 <br> LIMASSOL 3505 <br> CYPRUS |
| **2.3615**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TOTOTHEO MARITIME <br> ATTN: GENERAL COUNSEL <br> 89 OMONOIAS AVENUE <br> LIMASSOL 3048 <br> CYPRUS |
| **2.3616**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TOTOTHEO MARTIME LIMITED <br> ATTN: GENERAL COUNSEL <br> 89 OMONOIAS AVENUE <br> LIMASSOL 3048 <br> CYPRUS |
| **2.3617**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | TRACE SYSTEMS INC. <br> ATTN: GENERAL COUNSEL <br> 1934 OLD GALLOWS ROAD <br> SUITE 360 <br> VIENNA, VA 22182 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3618 | State what the contract or lease is for and the nature of the debtor's interest | TRACE SYSTEMS INC. ATTN: GENERAL COUNSEL 1934 OLD GALLOWS RD., SUITE 600 VIENNA, VA 22182 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3619 | State what the contract or lease is for and the nature of the debtor's interest | TRAK MICROWAVE CORPORATION ATTN: GENERAL COUNSEL 4726 EISENHOWER BLVD TAMPA, FL 33634 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3620 | State what the contract or lease is for and the nature of the debtor's interest | TRAK MICROWAVE CORPORATION ATTN: MR. SCOTT KEMPSHALL 4726 EISENHOWER BLVD. TAMPA, FL 33634 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3621 | State what the contract or lease is for and the nature of the debtor's interest | TRAK MICROWAVE CORPORATION ATTN: MR. DAVID MOREHOUSE, P.E. 4726 EISENHOWER BLVD. TAMPA, FL 33634 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3622 | State what the contract or lease is for and the nature of the debtor's interest | TRANS AMERICAN AIRLINES SA ATTN: GENERAL COUNSEL AV JOSE PARDO 831 4TH PISO MIRAFLORES PERU |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3623 | State what the contract or lease is for and the nature of the debtor's interest | TRANS WORLD INTERNATIONAL LLC ATTN: GENERAL COUNSEL 200 FIFTH AVENUE 7TH FLOOR NEW YORK, NY 10010 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3624 | State what the contract or lease is for and the nature of the debtor's interest | TRANS WORLD INTERNATIONAL LLC ATTN: GENERAL COUNSEL IMG CENTER 1360 EAST 9TH STREET, SUITE 100 CLEVELAND, OH 44114 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                                   Case number (if known) 20-11835 (JTD)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.3625 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANS WORLD INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>IMG CENTER<br>1360 EAST 9TH STREET, SUITE 100<br>CLEVELAND, OH 44114 |
| 2.3626 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANS WORLD INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>IMG CENTER<br>1360 EAST 9TH STREET, SUITE 100<br>CLEVELAND, OH 44114 |
| 2.3627 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANS WORLD INTERNATIONAL LLC<br>ATTN: GENERAL COUNSEL<br>IMG CENTER<br>1360 EAST 9TH STREET, SUITE 100<br>CLEVELAND, OH 44114 |
| 2.3628 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSAMERICAN AIRLINES SA<br>ATTN: GENERAL COUNSEL<br>AV JOSE PARDO 831<br>4TH PISO<br>MIRAFLORES<br>PERU |
| 2.3629 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSAT TOURS CANADA, INC.<br>ATTN: GENERAL COUNSEL<br>300 RUE LEO-PARISEAU<br>MONTREAL, QC H2X 4C2<br>CANADA |
| 2.3630 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSPORT MARITIME DE VOYAGEURS<br>ATTN: GENERAL COUNSEL<br>5-6 RUE JAWAHARIAL NEHRU<br>ALGER 16001<br>ALGERIA |
| 2.3631 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNAL REGIONAL ELEITORAL DE RONDONIA<br>ATTN: GENERAL COUNSEL<br>AV. PRESIDENDTE DUTRA, 18819<br>BAIRRO BAIXA DA UNIAO<br>PORTO VELHO 76.805-901<br>BRAZIL |

Debtor    ___Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3632 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNAL REGIONAL ELEITORAL DE RONDONIA<br>ATTN: GENERAL COUNSEL<br>AV. PRESIDENDTE DUTRA, 18819<br>BAIRRO BAIXA DA UNIAO<br>PORTO VELHO 76.805-901<br>BRAZIL |
| 2.3633 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNAL REGIONAL ELEITORAL DO PARA<br>ATTN: GENERAL COUNSEL<br>RUA JOAO DIOGO, 288<br>BAIRRO CAMPINA<br>BELEM 66015902<br>BRAZIL |
| 2.3634 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNE PICTURES LTD.<br>435 N. MICHIGAN AVE.<br>CHICAGO, IL 60611 |
| 2.3635 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNE PICTURES LTD.<br>435 N. MICHIGAN AVE.<br>CHICAGO, IL 60611 |
| 2.3636 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNE PICTURES LTD.<br>ATTN: GENERAL COUNSEL<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 |
| 2.3637 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNE PICTURES LTD.<br>ATTN: GENERAL COUNSEL<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 |
| 2.3638 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRIBUNE PICTURES LTD.<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRUSTED TRANSLATIONS INC<br>ATTN: GENERAL COUNSEL<br>66 W. FLAGLER ST<br>MIAMI, FL 33130 |
| **2.3640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRUSTWAVE HOLDINGS<br>TRUSTWAVE HOLDINGS<br>75 REMITTANCE DRIVE, SUITE 6000<br>CHICAGO, IL 60675 |
| **2.3641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRUSTWAVE HOLDINGS<br>TRUSTWAVE HOLDINGS<br>75 REMITTANCE DRIVE, SUITE 6000<br>CHICAGO, IL 60675 |
| **2.3642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRUSTWAVE HOLDINGS<br>TRUSTWAVE HOLDINGS<br>75 REMITTANCE DRIVE, SUITE 6000<br>CHICAGO, IL 60675 |
| **2.3643** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRUSTWAVE HOLDINGS<br>TRUSTWAVE HOLDINGS<br>75 REMITTANCE DRIVE, SUITE 6000<br>CHICAGO, IL 60675 |
| **2.3644** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRUSTWAVE HOLDINGS<br>TRUSTWAVE HOLDINGS<br>75 REMITTANCE DRIVE, SUITE 6000<br>CHICAGO, IL 60675 |
| **2.3645** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUF NORDIC AB<br>ATTN: GENERAL COUNSEL<br>STOCKHOLM<br>SWEDEN |

Debtor   _Global Eagle Entertainment Inc._____     Case number *(if known)* _20-11835 (JTD)_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3646 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI AIRLINES BELGIUM NV<br>ATTN: GENERAL COUNSEL<br>JETAIRPORT<br>LUCHTHAVEN BRUSSEL NATIONAAL,40 P BOX 1<br>ZAVENTEM B-1930<br>BELGIUM |
| 2.3647 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI AIRLINES BELGIUM NV<br>ATTN: GENERAL COUNSEL<br>JETAIRPORT, LUCHTHAVEN BRUSSEL NATIONAAL40 P BOX 1,<br>ZAVENTEM B-1930<br>BELGIUM |
| 2.3648 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI AIRLINES NEDERLAND BV<br>ATTN: GENERAL COUNSEL<br>43 BEECH AVENUE<br>SCHIPHOL<br>RIJK, THE NETHERLANDS 1119 PW |
| 2.3649 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI AIRLINES NEDERLAND NV<br>ATTN: GENERAL COUNSEL<br>BEECH AVENUE 43<br>1119 PW<br>SCHIPHOL RIJK 1119 PW<br>NETHERLANDS |
| 2.3650 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE LANE<br>LUTON, BEDFORDSHIRE LU2 9TN<br>UNITED KINGDOM |
| 2.3651 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE LANE<br>LUTON<br>BEDFORDSHIRE LU2 9TN<br>UNITED KINGDOM |
| 2.3652 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI CRUISES GMBH<br>ATTN: GENERAL COUNSEL<br>HEIDENKAMPSWEG 58<br>HAMBURG 20097<br>GERMANY |

Debtor   ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3653** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI CRUISES GMBH<br>ATTN: GENERAL COUNSEL<br>HEIDENKAMPSWEG 58<br>HAMBURG 20097<br>GERMANY |
| **2.3654** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI CRUISES GMBH<br>ATTN: GENERAL COUNSEL<br>HEIDENKAMPSWEG 58<br>HAMBURG 20097<br>GERMANY |
| **2.3655** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI CRUISES GMBH<br>ATTN: GENERAL COUNSEL<br>HEIDENKAMPSWEG 58<br>HAMBURG 20097<br>GERMANY |
| **2.3656** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI CRUISES GMBH<br>ATTN: GENERAL COUNSEL<br>HEIDENKAMPSWEG 58<br>HAMBURG 20097<br>GERMANY |
| **2.3657** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI CRUISES GMBH<br>ATTN: GENERAL COUNSEL<br>ANCKELMANNSPLATZ 1<br>HAMBURG 20537<br>GERMANY |
| **2.3658** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI CRUISES<br>ATTN: GENERAL COUNSEL<br>HEIDENKAMPSWEG 58<br>HAMBURG 20097<br>GERMANY |
| **2.3659** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI GROUP AIRLINES<br>ATTN: GENERAL COUNSEL<br>TUI AKTIENGESE SCHAFT<br>KARL-WIECHERT-ALLEE 4<br>HANOVER 30625<br>GERMANY |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3660 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI GROUP<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE PL, WIGMORE LN<br>LUTON LU2 9TN<br>UNITED KINGDOM |
| 2.3661 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI TRAVEL GROUP SOLUTION LIMITED<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE LANE<br>LUTON, BEDFORDSHIRE LU2 9TN<br>UNITED KINGDOM |
| 2.3662 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI TRAVEL GROUP SOLUTION LIMITED<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE LANE<br>LUTON, BEDFORDSHIRE<br>LU2 9TN<br>UNITED KINGDOM |
| 2.3663 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI TRAVEL GROUP SOULTION LIMITED<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE LANE<br>LUTON<br>BEDFORDSHIRE LU2 9TN<br>UNITED KINGDOM |
| 2.3664 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI TRAVEL PLC<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE LANE<br>LUTON, BEDFORDSHIRE LU2 9TN<br>UNITED KINGDOM |
| 2.3665 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI TRAVEL PLC<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE<br>WIGMORE PLACE, WIGMORE LANE<br>LUTON LU2 9TN<br>UNITED KINGDOM |
| 2.3666 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI UK & IRELAND<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE LANE<br>LUTON<br>BEDS LU2 9TN<br>UNITED KINGDOM |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3667 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE PL, WIGMORE LN<br>LUTON LU2 9TN<br>UNITED KINGDOM |
| 2.3668 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUI<br>ATTN: GENERAL COUNSEL<br>WIGMORE HOUSE, WIGMORE PL, WIGMORE LN<br>LUTON LU2 9TN<br>UNITED KINGDOM |
| 2.3669 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUIFLY NORDIC AB<br>ATTN: GENERAL COUNSEL<br>27 SODER MALARSTRAND<br>STOCKHOLM SE-117 85<br>SWEDEN |
| 2.3670 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TUIFLY NORDIC AB<br>ATTN: GENERAL COUNSEL<br>SÖDER MÄLARSTRAND 27<br>STOCKHOLM SE-117 85<br>SWEDEN |
| 2.3671 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURK HAVA YOLLARI AO<br>ATTN: GENERAL COUNSEL<br>GENEL YONETIM BINAS,, YE,ILKOY MAHALLESI<br>HAVAALANI CAD. NO3/1 BAKIRKOY<br>ISTANBUL 34149<br>TURKEY |
| 2.3672 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURK HAVA YOLLARI AO<br>ATTN: GENERAL COUNSEL<br>GENEL YÖNETIM BINAS?, YE?ILKÖY MAHALLESI<br>HAVAALAN? CAD. NO3/1 BAK?RKÖY<br>ISTANBUL 34149<br>TURKEY |
| 2.3673 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURK HAVA YOLLARI TEKNIK, A.S.<br>ATTN: GENERAL COUNSEL<br>34912 PENDIK<br>ISTANBUL<br>TURKEY |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3674 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURK HAVA YOLLARI TEKNIK, A.S.<br>ATTN: GENERAL COUNSEL<br>34912 PENDIK<br>ISTANBUL<br>TURKEY |
| 2.3675 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: GENERAL COUNSEL<br>CATERING AND INFLIGHT PRODUCTS DEPT.<br>ATATURK AIRPORT B GATE<br>ISTANBUL 34149<br>TURKEY |
| 2.3676 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: GENERAL COUNSEL<br>CATERING AND INFLIGHT PRODUCTS DEPT.<br>ATATURK AIRPORT B GATE<br>ISTANBUL 34149<br>TURKEY |
| 2.3677 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>GENERAL MANAGEMENT BUILDING(GENEL YONETIRN BINASI)<br>ATATURK HAVALIMANI<br>ISTANBUL 34149<br>TURKEY |
| 2.3678 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>IKRAM VE UCAK ICI URUNLER BASLANLIGI<br>ATATURK HAVALIMANI B KAPISI<br>ISTANBUL 34149<br>TURKEY |
| 2.3679 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>GENEL YONETIRN BINASI<br>ATATURK HAVALIMANI<br>ISTANBUL 34149<br>TURKEY |
| 2.3680 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>GENEL YONETIRN BINASI<br>ATATURK HAVALIMAN, YESILKOY<br>ISTANBUL 34149<br>TURKEY |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3681** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>GENEL YONETIRN BINASI<br>ATATURK HAVALIMANI<br>ISTANBUL 34149<br>TURKEY |
| **2.3682** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF  ERGEZEN<br>ATATURK INTERNATIONAL AIRPORT<br>YESILKOY 34149<br>ISTANBUL<br>TURKEY |
| **2.3683** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF  ERGEZEN<br>ATATURK INTERNATIONAL AIRPORT<br>YESILKOY 34149<br>ISTANBUL<br>TURKEY |
| **2.3684** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>IKRAM VE UCAK ICI BASKANLIGI<br>ATATURK HAVALIMANI, YESILKOY<br>ISTANBUL 34149<br>TURKEY |
| **2.3685** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>IKRAM VE UCAK ICI BASKANLIGI<br>ATATURK HAVALIMANI, YESILKOY<br>ISTANBUL 34149<br>TURKEY |
| **2.3686** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>IKRAM VE UCAK ICI BASKANLIGI<br>ATATURK HAVALIMANI, YESILKOY<br>ISTANBUL 34149<br>TURKEY |
| **2.3687** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>IKRAM VE UCAK ICI BASKANLIGI<br>ATATURK HAVALIMANI, YESILKOY<br>ISTANBUL 34149<br>TURKEY |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3688 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>IKRAM VE UCAK ICI URUNLER BASLANLIGI<br>ATATURK HAVALIMANI B KAPISI, YESILKOY<br>ISTANBUL 34149<br>TURKEY |
| 2.3689 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: ELIF ERGEZEN<br>IKRAM VE UCAK ICI URUNLER BASKANLIGI<br>ATATURK HAVALIMANI B KAPISI, YESILKOY<br>ISTANBUL 34149<br>TURKEY |
| 2.3690 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: GENERAL COUNSEL<br>SANAYI MAHALLESI HAVAALANI IC YOLU CADDESI<br>SABIHA GOKCEN HAVAALANI E KAPISI NO.3<br>PENDIK ISTANBUL<br>TURKEY |
| 2.3691 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: GENERAL COUNSEL<br>SANAYI MAHALLESI HAVAALANI IC YOLU CADDESI<br>SABIHA GOKCEN HAVAALANI E KAPISI NO.3, PENDIK<br>ISTANBUL<br>TURKEY |
| 2.3692 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES TECHNIC INC.<br>ATTN: GENERAL COUNSEL<br>SANAYI MAHALLESI HAVAALANI IC YOLU CADDESI<br>SABIHA GOKCEN HAVAALANI E KAPISI NO.3 PENDIK<br>ISTANBUL<br>TURKEY |
| 2.3693 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH AIRLINES<br>TURK HAVA YOLLARI A.O.<br>GENEL SATINALMA VE IKRAM BASKANLIGI B KAPISI<br>ATATURK HAVALIMANI34149<br>TURKEY |
| 2.3694 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURKISH<br>ATTN: GENERAL COUNSEL<br>TÜRK HAVA YOLLAR? A.O. ?KRAM VE UÇAK ?ÇI ÜRÜNLER BA?KANL???<br>ATATÜRK HAVALIMAN?<br>ISTANBUL 34149<br>TURKEY |

Debtor      Global Eagle Entertainment Inc.
            Name                                                          Case number (if known)   20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3695  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TURNER BROADCASTING ASIA  ATTN: GENERAL COUNSEL  23/F, 41 HEUNG YIP ROAD, WONG CHUK HANG  HONG KONG  CHINA |
| 2.3696  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TURNER BROADCASTING ASIA  ATTN: GENERAL COUNSEL  23/F, 41 HEUNG YIP ROAD, WONG CHUK HANG  HONG KONG  CHINA |
| 2.3697  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TURNER BROADCASTING ASIA  ATTN: SENIOR COUNSEL  30/F, OXFORD HOUSE, TAIKOO PLACE  979 KING'S ROAD  QUARRY BAY  HONG KONG |
| 2.3698  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TURNER BROADCASTING ASIA  ATTN: GENERAL COUNSEL  30/F, OXFORD HOUSE, TAIKOO PLACE  979 KING'S ROAD  QUARRY BAY  HONG KONG |
| 2.3699  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TURNER BROADCASTING ASIA  ATTN: GENERAL COUNSEL  30/F, OXFORD HOUSE  TAIKOO PLACE, 979 KING'S ROAD  QUARRY BAY  HONG KONG |
| 2.3700  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TURNER BROADCASTING SYSTEM LATIN AMERICA INC  ATTN: GENERAL COUNSEL  ONE CNN CENTER  12TH FLOOR SW  ATLANTA, GA 30303 |
| 2.3701  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TURNER BROADCASTING SYSTEM LATIN AMERICA, INC  ATTN: GENERAL COUNSEL  ONE CNN CENTER  12TH FLOOR SW  ATLANTA, GA 30303 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3702** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURNER BROADCASTING SYSTEMS EUROPE<br>ADDRESS REDACTED |
| **2.3703** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURNER BROADCASTING SYSTEMS EUROPE<br>ATTN: GENERAL COUNSEL<br>TURNER HOUSE, 16 GREAT MARLBOROUGH STREET<br>LONDON W1F 7HS<br>UNITED KINGDOM |
| **2.3704** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURNER BROADCASTING SYSTEMS EUROPE<br>ATTN: GENERAL COUNSEL<br>TURNER HOUSE, 16 GREAT MARLBOROUGH STREET<br>LONDON W1F 7HS<br>UNITED KINGDOM |
| **2.3705** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURNER BROADCASTING SYSTEMS EUROPE<br>ATTN: GENERAL COUNSEL<br>TURNER HOUSE, 16 GREAT MARLBOROUGH STREET<br>LONDON W1F 7HS<br>UNITED KINGDOM |
| **2.3706** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURNER BROADCASTING SYSTEMS EUROPE<br>ATTN: GENERAL COUNSEL<br>TURNER HOUSE<br>16 MARLBOROUGH STREET<br>LONDON W1F 7HS<br>UNITED KINGDOM |
| **2.3707** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TURNER BROADCASTING SYSTEMS EUROPE<br>ATTN: DIRECTOR, COMMERCIAL DISTRIBUTION<br>TURNER HOUSE<br>16 GREAT MARLBOROUGH STREET<br>LONDON W1F 7HS<br>UNITED KINGDOM |
| **2.3708** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TVF INTERNATIONAL LTD<br>ADDRESS REDACTED |

Debtor  ___Global Eagle Entertainment Inc._____  Case number (if known) __20-11835 (JTD)_____
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3709** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TVF LTD<br>ATTN: GENERAL COUNSEL<br>375 CITY ROAD<br>LONDON EC1V 1NB<br>UNITED KINGDOM |
| **2.3710** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TVR COMMUNICATIONS LLC<br>ATTN: GENERAL COUNSEL<br>60-69 WOODHAVEN BOULEVARD<br>ELMHURST, NY 11373 |
| **2.3711** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TYLER NILSON<br>ATTN: GENERAL COUNSEL<br>C/O BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN SCHENKMAN & GOODMAN LLP<br>150 S RODEO DRIVE, THIRD FLOOR<br>BEVERLY HILLS, CA 90212 |
| **2.3712** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | U.S. COAST GUARD FINANCE CENTER<br>ATTN: COMMERCIAL INVOICES<br>1430A KRISTINA WAY<br>CHESAPEAKE, VA 23326 |
| **2.3713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | U.S. COAST GUARD<br>ATTN: RANDY ROBISH<br>7323 TELEGRAPH ROAD<br>ALEXANDRIA, VA 20598-7300 |
| **2.3714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UBISOFT EMEA SAS<br>ATTN: ALAIN CORRE<br>28, RUE ARMAND CARREL<br>MONTREUIL-SOUS-BOIS<br>PARIS 93108<br>FRANCE |
| **2.3715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UBISOFT ENTERTAINMENT<br>RESEARCHING ADDRESS |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3716 | State what the contract or lease is for and the nature of the debtor's interest | UGOVERNIT, INC.<br>ATTN: SUBBU MURTHY, CHIEF EXECUTIVE OFFICER<br>5251 CALIFORNIA AVENUE<br>SUITE 140<br>IRVINE, CA 92617 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3717 | State what the contract or lease is for and the nature of the debtor's interest | UKRAINE INTERNATIONAL AIRLINES<br>ATTN: GENERAL COUNSEL<br>4, LYSENKO STR<br>KYIV 01030<br>UKRAINE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3718 | State what the contract or lease is for and the nature of the debtor's interest | UKRAINE INTERNATIONAL AIRLINES<br>ATTN: GENERAL COUNSEL<br>201-203 KHARKIVSKE ROAD<br>KYIV 02121<br>UKRAINE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3719 | State what the contract or lease is for and the nature of the debtor's interest | UKRAINE INTERNATIONAL AIRLINES<br>ATTN: VOLODYMYR SEMENCHENKO, VICE PRESIDENT SERVICE & LOGISTICS<br>UKRAINE INTERNATIONAL AIRLINES<br>4 LYSENKA STREET<br>KYIV 01034<br>UKRAINE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3720 | State what the contract or lease is for and the nature of the debtor's interest | UKRAINE INTERNATIONAL AIRLINES<br>ATTN: GENERAL COUNSEL<br>LYSENKO, 4<br>KYIV 01030<br>UKRAINE |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3721 | State what the contract or lease is for and the nature of the debtor's interest | ULS AIRLINES CARGO<br>ATTN: GENERAL COUNSEL<br>COBANCESME MEVKII 29 EKIM CAD<br>NO:16 YENIBOSNA<br>ISTANBUL 34197<br>TURKEY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3722 | State what the contract or lease is for and the nature of the debtor's interest | ULTRA MEDIA & ENTERTAINMENT PVT. LTD.<br>ATTN: GENERAL COUNSEL<br>2-C, THAKAR INDL. ESTATE<br>N. M. JOSHI MARG, LOWER PAREL (E)<br>MUMBAI 400 011<br>INDIA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3723 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ULTRA MEDIA & ENTERTAINMENT PVT. LTD.<br>ATTN: GENERAL COUNSEL<br>2-C, THAKAR INDL. ESTATE<br>N. M. JOSHI MARG, LOWER PAREL (E)<br>MUMBAI 400 011<br>INDIA |
| 2.3724 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ULTRA MEDIA & ENTERTAINMENT PVT. LTD.<br>ATTN: GENERAL COUNSEL<br>2-C, THAKAR INDL. ESTATE<br>N. M. JOSHI MARG, LOWER PAREL (E)<br>MUMBAI 400 011<br>INDIA |
| 2.3725 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ULTRA MEDIA & ENTERTAINMENT PVT. LTD.<br>ATTN: GENERAL COUNSEL<br>605-508, DURGA CHAMBERS<br>OFF VEERA DESAI ROAD, ANDHERI<br>MUMBAI 400 053<br>INDIA |
| 2.3726 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ULTRA MEDIA & ENTERTAINMENT PVT. LTD.<br>ATTN: GENERAL COUNSEL<br>2-C, THAKAR INDL. ESTATE, N. M. JOSHI MARG, LOWER PAREL (E),<br>MUMBAI 400011<br>INDIA |
| 2.3727 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG (UNIVERSAL MUSIC GROUP)<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404-4506 |
| 2.3728 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG (UNIVERSAL MUSIC GROUP)<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404-4506 |
| 2.3729 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG (UNIVERSAL MUSIC GROUP)<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404-4506 |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3730** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG (UNIVERSAL MUSIC GROUP)<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404-4506 |
| **2.3731** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG RECORDINGS INC<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404 |
| **2.3732** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG RECORDINGS SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404-4506 |
| **2.3733** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG RECORDINGS SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404 |
| **2.3734** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG RECORDINGS SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404-4506 |
| **2.3735** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG RECORDINGS, INC.<br>ATTN: SENIOR VICE PRESIDENT, BUSINESS AND LEGAL AFFAIRS<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404 |
| **2.3736** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMG RECORDINGS, INC.<br>ATTN: SENIOR VICE PRESIDENT, BUSINESS AND LEGAL AFFAIRS<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3737** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UMPI SACEM<br>RESEARCHING ADDRESS |
| **2.3738** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNICEF<br>ATTN: AHMED TALL OUMAR<br>UNICEF CENTRAL AFRICAN REPUBLIC<br>1, RUE JOSEPH DEGRAIN<br>BANGUI BP 908<br>CENTRAL AFRICAN REPUBLIC |
| **2.3739** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>233 S. WACKER DRIVE, 16TH FLOOR<br>CHICAGO, IL 60606 |
| **2.3740** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED AIRLINES<br>ATTN: GENERAL COUNSEL<br>233 SOUTH WACKER DRIVE<br>11TH FLOOR<br>CHICAGO, IL 60606 |
| **2.3741** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED AIRLINES<br>ATTN: GENERAL COUNSEL<br>233 SOUTH WACKER DRIVE<br>11TH FLOOR<br>CHICAGO, IL 60606 |
| **2.3742** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED AIRLINES<br>ATTN: VICE PRESIDENT OF PROCUREMENT<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| **2.3743** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED AIRLINES<br>ATTN: VICE PRESIDENT OF PROCUREMENT<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |

Debtor    ___Global Eagle Entertainment Inc.___    Case number (if known) __20-11835 (JTD)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3744** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED AIRLINES<br>ATTN: VICE PRESIDENT OF PROCUREMENT<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| **2.3745** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED CONTINENTAL HOLDINGS INC<br>ATTN: GENERAL COUNSEL<br>233 SOUTH WACKER DRIVE<br>11TH FLOOR<br>CHICAGO, IL 60606 |
| **2.3746** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED NATIONS CHILDREN'S FUND (UNICEF)<br>ATTN: GENERAL COUNSEL<br>304 EAST 45TH STREET<br>NEW YORK, NY 10017 |
| **2.3747** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED NATIONS WORLD FOOD PROGRAMME<br>ATTN: GENERAL COUNSEL<br>VIA C.G VIOLA 68/70<br>PARCO DEI MEDICI<br>ROME 00148<br>ITALY |
| **2.3748** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED NATIONS WORLD FOOD PROGRAMME<br>ATTN: GENERAL COUNSEL<br>VIA C.G VIOLA 68/70<br>PARCO DEI MEDICI<br>ROME 00148<br>ITALY |
| **2.3749** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED NATIONS WORLD FOOD PROGRAMME<br>ATTN: GENERAL COUNSEL<br>VIA C.G VIOLA 68/70<br>PO BOX 2582<br>ROME 00148<br>ITALY |
| **2.3750** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNITED NATIONS<br>ATTN: GENERAL COUNSEL<br>UNICEF HOUSE<br>THREE UNITED NATIONS PLAZA<br>NEW YORK, NY 10017 |

Debtor    _Global Eagle Entertainment Inc._____    Case number *(if known)* _20-11835 (JTD)_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3751 | State what the contract or lease is for and the nature of the debtor's interest | UNITED STATES ARMY CONTRACTING COMMAND - ROCK ISLAND, IL RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3752 | State what the contract or lease is for and the nature of the debtor's interest | UNITED STATES TREASURY 1500 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20220 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3753 | State what the contract or lease is for and the nature of the debtor's interest | UNITED ATTN: GENERAL COUNSEL 233 SOUTH WACKER DRIVE 11TH FLOOR CHICAGO, IL 60606 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3754 | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSAL – POLYGRAM INTERNATIONAL TUNES, INC. RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3755 | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSAL INTERNATIONAL MUSIC B.V. ATTN: GENERAL COUNSEL GRAVELSANDSEWEG 80 1217 EW HILVERSUM NETHERLANDS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3756 | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSAL MUSIC – Z TUNES LLC RESEARCHING ADDRESS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3757 | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSAL MUSIC GROUP STRALAUER ALLEE 1 BERLIN 10245 GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                 Case number *(if known)* 20-11835 (JTD)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNIVERSAL MUSIC GROUP<br>STRALAUER ALLEE 1<br>BERLIN 10245<br>GERMANY |
| **2.3759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNIVERSAL MUSIC PUBLISHING INTERNATIONAL LIMITED<br>ATTN: GENERAL COUNSEL<br>20 FULHAM BROADWAY<br>LONDON SW6 1AH<br>UNITED KINGDOM |
| **2.3760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNIVERSAL PICTURES (NON-THEATRICAL)<br>ATTN: GENERAL COUNSEL<br>2220 COLORADO AVENUE<br>SANTA MONICA, CA 90404 |
| **2.3761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNIVERSE FILM DISTRIBUTION COMPANY LIMITED<br>18/F, WYLER CENTRE PHASE II<br>192-200 TAI LIN PAI RD. KWAI C<br><br>HONG KONG |
| **2.3762** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UNWFP - CONGO (DR)<br>RESEARCHING ADDRESS |
| **2.3763** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UPS<br>ATTN: GENERAL COUNSEL<br>6001 E 8TH AVE<br>HIALEAH, FL 33013 |
| **2.3764** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UPTIMA, INC.<br>110N 3RD ST<br>SAN JOSE, CA 95112 |

Debtor ___Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3765 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UPTIMA, INC<br>110N 3RD ST<br>SAN JOSE, CA 95112 |
| 2.3766 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | US COAST GUARD<br>ATTN: RANDY ROBISH<br>7323 TELEGRAPH ROAD<br>ALEXANDRIA, VA 20598-7300 |
| 2.3767 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | US ELECTRODYNAMICS, INC<br>ATTN: GENERAL COUNSEL<br>66C TELEPORT DRIVE<br>BREWSTER, WA 98812 |
| 2.3768 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | US ELECTRODYNAMICS, INC<br>ATTN: GENERAL COUNSEL<br>66C TELEPORT DRIVE<br>BREWSTER, WA 98812 |
| 2.3769 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UTAH STATE UNIVERSITY<br>ATTN: GENERAL COUNSEL<br>1415 OLD MAIN HILL, ROOM 64<br>LOGAN, UT 84322-1415 |
| 2.3770 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UTAIR AVIATION JSC<br>ATTN: GENERAL COUNSEL<br>AIRPORT KHANTY-MANSIYSK<br>TYUMEN REGION<br>KHANTY-MANSIYSK 628012<br>RUSSIA |
| 2.3771 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | UTAIR AVIATION JSC<br>ATTN: GENERAL COUNSEL<br>AIRPORT KHANTY-MANSIYSK<br>TYUMEN REGION<br>KHANTY-MANSIYSK 628012<br>RUSSIA |

Debtor Global Eagle Entertainment Inc. Case number (if known) 20-11835 (JTD)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3772 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UTAIR AVIATION JSC<br>ATTN: GENERAL COUNSEL<br>AIRPORT KHANTY-MANSIYSK<br>TYUMEN REGION<br>KHANTY-MANSIYSK 628012<br>RUSSIA |
| 2.3773 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UTAIR AVIATION JSC<br>ATTN: GENERAL COUNSEL<br>AIRPORT KHANTY-MANSIYSK<br>TYUMEN REGION<br>KHANTY-MANSIYSK 628012<br>RUSSIA |
| 2.3774 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UTAIR AVIATION<br>ATTN: GENERAL COUNSEL<br>AIRPORT KHANTY-MANSIYSK<br>TYUMEN REGION<br>KHANTY-MANSIYSK 628012<br>RUSSIA |
| 2.3775 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UTAIR<br>ATTN: GENERAL COUNSEL<br>AIRPORT KHANTY-MANSIYSK<br>TYUMEN REGION<br>KHANTY-MANSIYSK 628012<br>RUSSIA |
| 2.3776 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UZBEKISTAN AIRWAYS<br>ATTN: GENERAL COUNSEL<br>41, AMIR TEMUR AVN.<br>TASHKENT 100060<br>UZBEKISTAN |
| 2.3777 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | UZBEKISTAN AIRWAYS<br>ATTN: REPRESENTATIVE OF UZBEKISTAN AIRWAYS IN DELHI: MR. ATABAEV ATABEL<br>GF-4 ANSALBHAWAN BUILDING, 16<br>K.G. TOLSTOY MARG<br>NEW DELHI 110 001<br>INDIA |
| 2.3778 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | VACO LOS ANGELES LLC<br>ATTN: GENERAL COUNSEL<br>6701 CENTER DRIVE WEST, SUITE #960,<br>LOS ANGELES, CA 90045 |

Debtor    ___Global Eagle Entertainment Inc.___                    Case number *(if known)* __20-11835 (JTD)__
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3779** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VALLA YACHTS LIMITED<br>ATTN: GENERAL COUNSEL<br>19 PAR-LA-VILLE ROAD, FIRST FLOOR<br>HAMILTON HM11<br><br>BERMUDA |
| **2.3780** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3781** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3782** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3783** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3784** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3785** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |

| Debtor | _Global Eagle Entertainment Inc._ | Case number (if known) _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3786 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3787 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3788 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3789 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3790 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3791 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3792 | State what the contract or lease is for and the nature of the debtor's interest | VARIOUS |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)__
                   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3793** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3794** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3795** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3796** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3797** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3798** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3799** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3800** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3801** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3802** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3803** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3804** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3805** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3806** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |

Debtor _____Global Eagle Entertainment Inc._____     Case number (if known) __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3807** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3808** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3809** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3810** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3811** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3812** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3813** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |

Debtor    Global Eagle Entertainment Inc.          Case number *(if known)* 20-11835 (JTD)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3814** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3815** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3816** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3817** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3818** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VARIOUS |
| **2.3819** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VERA ZALAR<br>2003 HATHAWAY AVENUE<br>WESTLAKE VILLAGE, CA 91362 |
| **2.3820** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIACOM INTERNATIONAL INC<br>ATTN: GENERAL COUNSEL<br>1501 M STREET NW<br>SUITE 1100<br>WASHINGTON, DC 20005 |

Debtor    Global Eagle Entertainment Inc.
          Name
                                                        Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3821 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VICTORIA RACING CLUB LTD<br>ATTN: GENERAL COUNSEL<br>448 EPSOM ROAD<br>FLEMINGTON, VIC 3031<br>AUSTRALIA |
| 2.3822 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VICTORIA RACING CLUB LTD<br>ATTN: GENERAL COUNSEL<br>6011 CENTER DRIVE, SUITE 1050<br>LOS ANGELES, CA 90045 |
| 2.3823 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIETNAM AIRLINES<br>ATTN: GENERAL COUNSEL<br>200 NGUYEN SON STREET<br>LONG BIEN DISTRICT<br>HANOI<br>VIETNAM |
| 2.3824 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VII INTERNATIONAL (VIACOM)<br>RESEARCHING ADDRESS |
| 2.3825 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VII INTERNATIONAL (VIACOM)<br>RESEARCHING ADDRESS |
| 2.3826 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VII INTERNATIONAL INC.<br>ATTN: MEERA SHARMA<br>1515 BROADWAY<br>NEW YORK, NY 10036 |
| 2.3827 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIKING CRUISES<br>ATTN: GENERAL COUNSEL<br>2 CHURCH STREET<br>HAMILTON HM11<br>BERMUDA |

Debtor  ___Global Eagle Entertainment Inc._____  Case number *(if known)* __20-11835 (JTD)_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3828 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIKING CRUISES<br>ATTN: GENERAL COUNSEL<br>2 CHURCH STREET<br>HAMILTON HM11<br>BERMUDA |
| 2.3829 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AMERICA<br>ATTN: SHAFIN VIRJI<br>1582 DEERE AVENUE<br>IRVINE, CA 92606 |
| 2.3830 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AMERICA<br>P.O. BOX 68900<br>SEATTLE, WA 98168 |
| 2.3831 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AMERICA<br>ATTN: GENERAL COUNSEL<br>555 AIRPORT BOULEVARD<br>BURLINGAME, CA 94010 |
| 2.3832 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AUSTRALIA AIRLINES PTY LIMITED<br>ATTN: GENERAL COUNSEL<br>56 EDMONDSTONE ROAD<br>BROWN HILLS<br>QUEENSLAND 4006<br>AUSTRALIA |
| 2.3833 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AUSTRALIA AIRLINES PTY LTD ABN36 090 670 965<br>ATTN: SHANE LORD<br>PO BOX 1034<br>SPRING HILL QLD 4004<br>AUSTRALIA |
| 2.3834 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AUSTRALIA AIRLINES PTY LTD<br>ATTN: MS. PETA THOMSON, PRODUCT SPECIALIST- IFE<br>PO BOX 1034<br>SPRING HILL<br>QUEENSLAND 4004<br>AUSTRALIA |

Debtor    __Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3835 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AUSTRALIA AIRLINES PTY LTD<br>ATTN: MANAGER, PRODUCT - TECHNOLOGY<br>58 EDMONDSTONE ROAD<br>BOWEN HILLS QLD 4006<br>AUSTRALIA |
| 2.3836 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VIRGIN AUSTRALIA AIRLINES PTY LTD<br>ATTN: GENERAL COUNSEL<br>PO BOX 1034<br>SPRING HILL<br>QUEENSLAND 4004<br>AUSTRALIA |
| 2.3837 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VISHAL CHHABRIA<br>301 GRAND CANYON<br>87 PALI HILL BANDRA WEST<br>MUMBAI 400050<br>INDIA |
| 2.3838 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VISUAL EDUCATION CENTRE LIMITED<br>ATTN: GENERAL COUNSEL<br>30 MACINTOSH BOULEVARD UNIT 7<br>VAUGHN, ON L4K 4P1<br>CANADA |
| 2.3839 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VISUAL EDUCATION CENTRE<br>ATTN: GENERAL COUNSEL<br>30 MACINTOSH BOULEVARD UNIT 7<br>VAUGHN, ON L4K 4P1<br>CANADA |
| 2.3840 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VISUAL EDUCATION<br>ATTN: GENERAL COUNSEL<br>30 MACINTOSH BOULEVARD UNIT 7<br>VAUGHN, ON L4K 4P1<br>CANADA |
| 2.3841 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VITALITY INTERNATIONAL CO LTD<br>MTWRA2043C, RM., 1F., LA BLDF.,66 CORPORATION ROAD<br>GRANGETOWN<br>CARDIFF, WALES CF11 7AW<br>UNITED KINGDOM |

Debtor   _Global Eagle Entertainment Inc._____   Case number (if known) _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3842** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VODAFONE - BARCELONA<br>ATTN: GENERAL COUNSEL<br>VODAFONE HOUSE<br>THE CONNECTION<br>NEWBURY, BERKSHIRE RG14 2FN<br>UNITED KINGDOM |
| **2.3843** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VODAFONE - BARCELONA<br>VODAFONE HOUSE, THE CONNECTION<br>NEWBURY, BERKSHIRE RG14 2FN<br>UNITED KINGDOM |
| **2.3844** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VODAFONE US<br>560 LEXINGTON AVE., 9TH FLOOR<br>NEW YORK, NY 10022 |
| **2.3845** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VODAGONE US INC. D/B/A VODAFONE AMERICAS<br>ATTN: GENERAL COUNSEL<br>560 LEXINGTON AVE<br>9TH FLOOR<br>NEW YORK, NY 10022 |
| **2.3846** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VODANET TELECOMUNICACOES, LTDA<br>6080 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CA 90045 |
| **2.3847** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VT IDIRECT<br>ATTN: GENERAL COUNSEL<br>PRESIDENT'S PARK<br>13861 SUNRISE VALLEY DRIVE, SUITE 300<br>HERNDON, VA 20171 |
| **2.3848** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VT IDIRECT<br>PO BOX 75161<br>BALTIMORE, MD 21275-5161 |

Debtor   Global Eagle Entertainment Inc.
              Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3849**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | VT IDIRECT <br> PO BOX 75161 <br> BALTIMORE, MD 21275-5161 |
| **2.3850**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | VT IDIRECT <br> ATTN: GENERAL COUNSEL <br> 13861 SUNRISE VALLEY DR. <br> SUITE 300 <br> HERNDON, VA 20171 |
| **2.3851**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | VT IDIRECT <br> ATTN: GENERAL COUNSEL <br> 13861 SUNRISE VALLEY DR. <br> SUITE 300 <br> HERNDON, VA 20171 |
| **2.3852**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | VT IDIRECT <br> ATTN: GENERAL COUNSEL <br> 13861 SUNRISE VALLEY DR. <br> SUITE 300 <br> HERNDON, VA 20171 |
| **2.3853**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | VUELING AIRLINES, S.A. <br> ATTN: GENERAL COUNSEL <br> PLA DE L'ESTANY -5 <br> EL PRAT DE LLOBREGAT BARCELONA 08820 <br> SPAIN |
| **2.3854**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | VUELING AIRLINES, S.A. <br> ATTN: GENERAL COUNSEL <br> PLA DE L'ESTANY -5 <br> 08820 EL PRAT DE LLOBREGAT <br> BARCELONA <br> SPAIN |
| **2.3855**    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | VUELING AIRLINES, S.A. <br> ATTN: GENERAL COUNSEL <br> PLA DE L'ESTANY -5 <br> EL PRAT DE LLOBREGAT <br> BARCELONA 08820 <br> SPAIN |

Debtor   Global Eagle Entertainment Inc.
        Name
Case number *(if known)* 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3856** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3857** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3858** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>POLÍGONO INDUSTRIAL MAS BLAU<br>PLAÇA PLÀ DE L'ESTANY 5, EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3859** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3860** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>APDO. DE CORREOS 324<br>BARCELONA 08080<br>SPAIN |
| **2.3861** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3862** — State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3863** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3864** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3865** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |
| **2.3866** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3867** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3868** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>5 PLAÇA PLÀ DE L´ESTANY, PARC DE NEGOCIS MAS BLAU II<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3869** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>5 PLAÇA PLÀ DE L´ESTANY, PARC DE NEGOCIS MAS BLAU II<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3870** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>5 PLACA PLA DE LESTANY<br>PARC DE NEGOCIOS MAS BLAU II, EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3871** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3872** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3873** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>APDO. DE CORREOS 324<br>BARCELONA 08080<br>SPAIN |
| **2.3874** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |
| **2.3875** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3876** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |

Debtor    __Global Eagle Entertainment Inc.__    Case number *(if known)* __20-11835 (JTD)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3877** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |
| **2.3878** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |
| **2.3879** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>APDO. DE CORREOS 324<br>BARCELONA 08080<br>SPAIN |
| **2.3880** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3881** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>POLÍGONO INDUSTRIAL MAS BLAU<br>PLAÇA PLÀ DE L'ESTANY 5, EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3882** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3883** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |

Debtor        Global Eagle Entertainment Inc.                          Case number *(if known)*  20-11835 (JTD)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3884** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3885** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |
| **2.3886** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3887** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3888** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3889** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |
| **2.3890** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING AIRLINES, S.A.<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT BARCELONA08820<br>SPAIN |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3891** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3892** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT<br>PLA DE L'ESTANY -5<br>BARCELONA<br>SPAIN |
| **2.3893** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3894** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3895** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3896** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3897** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3898** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3899** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3900** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3901** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>?PLA DE L'ESTANY -5?<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3902** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3903** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3904** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |

Debtor    Global Eagle Entertainment Inc.
          _____
          Name

Case number *(if known)* __20-11835 (JTD)__

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3905** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3906** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT, BARCELONA08820<br>SPAIN |
| **2.3907** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3908** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>EL PRAT DE LLOBREGAT<br>BARCELONA 08820<br>SPAIN |
| **2.3909** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY -5<br>BARCELONA<br>SPAIN |
| **2.3910** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3911** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3912** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3913** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3914** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3915** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3916** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VUELING<br>ATTN: GENERAL COUNSEL<br>PLA DE L'ESTANY - 5<br>08820 EL PRAT DE LLOBREGAT<br>BARCELONA<br>SPAIN |
| **2.3917** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VULCAN, INC.<br>ATTN: GENERAL COUNSEL<br>505 FIFTH AVENUE SOUTH<br>SUITE 900<br>SEATTLE, WA 98104 |
| **2.3918** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | VULCAN, INC.<br>ATTN: GENERAL COUNSEL<br>505 FIFTH AVENUE SOUTH<br>SUITE 900<br>SEATTLE, WA 99104 |

| Debtor | _Global Eagle Entertainment Inc._ | Case number *(if known)* _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3919** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WALT DINEY STUTIO MOTION PICTURE NON-THEATRICAL<br>ATTN: GENERAL COUNSEL<br>500 SOUTH VISTA SREET<br>BURBANK, CA 91521-3672 |
| **2.3920** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WALT DINEY STUTIO MOTION PICTURE NON-THEATRICAL<br>ATTN: GENERAL COUNSEL<br>500 SOUTH BUENA VISTA SREET<br>BURBANK, CA 91521 |
| **2.3921** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WALT DISNEY IMAGINEERING<br>RESEARCHING ADDRESS |
| **2.3922** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WALT DISNEY IMAGINEERING<br>RESEARCHING ADDRESS |
| **2.3923** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WALT DISNEY IMAGINEERING<br>RESEARCHING ADDRESS |
| **2.3924** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WALT DISNEY IMAGINEERING<br>RESEARCHING ADDRESS |
| **2.3925** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WALT DISNEY STUDIOS MOTION PICTURES NON-THEATRICAL<br>ATTN: GENERAL COUNSEL<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3926 | **State what the contract or lease is for and the nature of the debtor's interest** | WALT DISNEY STUDIOS MOTION PICTURES NON-THEATRICAL ATTN: GENERAL COUNSEL 500 S. BUENA VISTA STREET BURBANK, CA 91521 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.3927 | **State what the contract or lease is for and the nature of the debtor's interest** | WALT DISNEY STUDIOS MOTION PICTURES NON-THEATRICAL ATTN: GENERAL COUNSEL 500 S. BUENA VISTA STREET BURBANK, CA 91521 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.3928 | **State what the contract or lease is for and the nature of the debtor's interest** | WALT DISNEY STUDIOS MOTION PICTURES NON-THEATRICAL ATTN: GENERAL COUNSEL 500 S. BUENA VISTA STREET BURBANK, CA 91521 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.3929 | **State what the contract or lease is for and the nature of the debtor's interest** | WALT DISNEY STUDIOS MOTION PICTURES NON-THEATRICAL ATTN: GENERAL COUNSEL 500 S. BUENA VISTA STREET BURBANK, CA 91521 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.3930 | **State what the contract or lease is for and the nature of the debtor's interest** | WALT DISNEY STUDIOS MOTION PICTURES NON-THEATRICAL ATTN: GENERAL COUNSEL 500 S. BUENA VISTA STREET BURBANK, CA 91521 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.3931 | **State what the contract or lease is for and the nature of the debtor's interest** | WALT DISNEY STUDIOS MOTION PICTURES NON-THEATRICAL ATTN: GENERAL COUNSEL 500 S. BUENA VISTA STREET BURBANK, CA 91521 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.3932 | **State what the contract or lease is for and the nature of the debtor's interest** | WAMOS AIR, S.A. ATTN: GENERAL COUNSEL CALLE MAHONIA N? 2, 6ª PLANTA MADRID 28043 SPAIN |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number (if known)   20-11835 (JTD)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3933 | State what the contract or lease is for and the nature of the debtor's interest | WAMOS AIR, S.A.<br>ATTN: JOSE IGNACIO HERNANDEZ ABAD<br>CALLE MAHONIA NO. 2, 6TH PLANTA<br>MADRID 28043<br>SPAIN |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3934 | State what the contract or lease is for and the nature of the debtor's interest | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3935 | State what the contract or lease is for and the nature of the debtor's interest | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3936 | State what the contract or lease is for and the nature of the debtor's interest | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3937 | State what the contract or lease is for and the nature of the debtor's interest | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3938 | State what the contract or lease is for and the nature of the debtor's interest | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3939 | State what the contract or lease is for and the nature of the debtor's interest | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Global Eagle Entertainment Inc.                 Case number *(if known)*   20-11835 (JTD)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3940**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| **2.3941**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| **2.3942**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| **2.3943**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER BROTHERS<br>ATTN: GENERAL COUNSEL<br>4000 WARNER BOULEVARD<br>BURBANK, CA 91522 |
| **2.3944**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC INC.<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3945**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC INC.<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3946**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC INC.<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) _20-11835 (JTD)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.3947 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC INTERNATIONAL SERVICES LIMITED, SUCCESSOR IN INTEREST TO WEA INTERNATIONAL INC<br>ATTN: GENERAL COUNSEL, INTERNATIONAL<br>27 WRIGHTS LANE<br>LONDON, GREAT BRITAIN W8 5SW |
| 2.3948 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC, INC<br>ATTN: GENERAL COUNSEL<br>27 WRIGHTS LANE<br>LONDON, GREAT BRITAIN W8 5SW |
| 2.3949 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| 2.3950 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| 2.3951 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| 2.3952 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| 2.3953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |

Debtor    Global Eagle Entertainment Inc.    Case number (if known)  20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3954** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WARNER MUSIC<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| **2.3955** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WATCHMOJO<br>5369 SAINT-LAURENT<br>SUITE 430<br>MONTREAL, QC H2T 1S5<br>CANADA |
| **2.3956** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WATCHMOJO<br>ATTN: GENERAL COUNSEL<br>C/O ASHKAN KARBASFROOSHAN<br>5413 ST-LAURENT, SUITE 200<br>MONTREAL, QC H2T 1S5<br>CANADA |
| **2.3957** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WAVE ENTERTAINMENT NETWORK, LNC?<br>RESEARCHING ADDRESS |
| **2.3958** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WAVESTREAM<br>545 WEST TERRACE DRIVE<br>SAN DIMAS, CA 91773 |
| **2.3959** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WAVESTREAM<br>ATTN: SHAWN MAYS<br>545 WEST TERRACE DRIVE<br>SAN DIMAS, CA 91773 |
| **2.3960** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEA INTERNATIONAL INC.<br>ATTN: GENERAL COUNSEL<br>1633 BROADWAY<br>NEW YORK, NY 10019 |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3961** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEST ENTERTAINMENT<br>ATTN: SHAFIN VIRJI<br>1582 DEERE AVENUE<br>IRVINE, CA 92606 |
| **2.3962** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEST ENTERTAINMENT<br>ATTN: SHAFIN VIRJI<br>1582 DEERE AVENUE<br>IRVINE, CA 92606 |
| **2.3963** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEST JET AIRLINES, CENTER BAY<br>ATTN: GENERAL COUNSEL<br>6085 MIDFIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |
| **2.3964** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEST JET AIRLINES, CENTER BAY<br>ATTN: GENERAL COUNSEL<br>6085 MIDFIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |
| **2.3965** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEST JET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>BAY 2 - 237 AERO WAY NE<br>MILLION AIR HANGAR<br>CALGARY T2E 6K2<br>CANADA |
| **2.3966** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEST JET, AN ALBERTA PARTNERSHIP<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3967** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WEST JET, AN ALBERTA PARTNERSHIP<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |

Debtor    <u>Global Eagle Entertainment Inc.</u>
     Name

Case number *(if known)* <u>20-11835 (JTD)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3968 | State what the contract or lease is for and the nature of the debtor's interest | WEST JET<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE, N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3969 | State what the contract or lease is for and the nature of the debtor's interest | WEST ONE MUSIC GROUP<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3970 | State what the contract or lease is for and the nature of the debtor's interest | WEST ONE MUSIC GROUP<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3971 | State what the contract or lease is for and the nature of the debtor's interest | WEST ONE MUSIC GROUP<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3972 | State what the contract or lease is for and the nature of the debtor's interest | WESTERN OUTDOOR INTERACTIVE PVT LIMITED<br>6080 CENTER DRIVE<br>SUITE 1200<br>LOS ANGELES, CA 90045 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3973 | State what the contract or lease is for and the nature of the debtor's interest | WESTERN OUTDOOR INTERACTIVE PVT LTD<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, NANAVATI MAHALAYA<br>18, HOMI MODI STREET, FORT<br>MUMBAI-23<br>INDIA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.3974 | State what the contract or lease is for and the nature of the debtor's interest | WESTERN OUTDOOR INTERACTIVE PVT LTD<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, NANAVATI MAHALAYA<br>18, HOMI MODI STREET, FORT<br>MUMBAI-23<br>INDIA |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor | _Global Eagle Entertainment Inc._ | Case number (if known) _20-11835 (JTD)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3975** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTERN OUTDOOR INTERACTIVE PVT LTD<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, NANAVATI MAHALAYA<br>18, HOMI MODI STREET, FORT<br>MUMBAI-23<br>INDIA |
| **2.3976** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTERN OUTDOOR INTERACTIVE PVT LTD<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, NANAVATI MAHALAYA<br>18, HOMI MODI STREET, FORT<br>MUMBAI-23<br>INDIA |
| **2.3977** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTERN OUTDOOR INTERACTIVE PVT LTD<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, NANAVATI MAHALAYA<br>18, HOMI MODI STREET, FORT<br>MUMBAI-23<br>INDIA |
| **2.3978** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTERN OUTDOOR INTERACTIVE PVT LTD<br>ATTN: GENERAL COUNSEL<br>7TH FLOOR, NANAVATI MAHALAYA<br>18, HOMI MODI STREET, FORT<br>MUMBAI-23<br>INDIA |
| **2.3979** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET AIRLINES, CENTER BAY<br>ATTN: GENERAL COUNSEL<br>6085 MIDFIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |
| **2.3980** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET AIRLINES<br>ATTN: GENERAL COUNSEL<br>6085 MIDFIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |
| **2.3981** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET AIRLINES<br>ATTN: GENERAL COUNSEL<br>CENTER BAY<br>6085 MIDIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) | 20-11835 (JTD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3982** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET AN ALBERTA PARTNERSHIP<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3983** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD.<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, CANADA, AB T2E 3J1 |
| **2.3984** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>21 AERIAL PLACE NE<br>CALGARY, AB T2E 8X7<br>CANADA |
| **2.3985** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3986** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3987** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>BAY 2 - 237 AERO WAY NE<br>MILLION AIR HANGAR<br>CALGARY, AB T2E 6K2<br>CANADA |
| **2.3988** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3989** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3990** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>BAY 2- 237 AERO WAY NE - MILLION AIR HANGER<br>CALGARY, AB T2E 6K2<br>CANADA |
| **2.3991** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3992** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3993** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>BAY 2 - 237 AERO WAY NE - MILLIONAIRE HANGAR<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3994** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| **2.3995** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |

Debtor    _Global Eagle Entertainment Inc._____    Case number (if known) __20-11835 (JTD)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3996 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>21 AERIAL PLACE N.E.<br>CALGARY, AB T2E 8X7<br>CANADA |
| 2.3997 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| 2.3998 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| 2.3999 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| 2.4000 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE LTD<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE NE<br>CALGARY, AB T2E 3J1<br>CANADA |
| 2.4001 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET ENCORE<br>ATTN: ROGER MCINTOSH<br>21 AERIAL PLACE NE<br>CALGARY, AB T2E 8X7<br>CANADA |
| 2.4002 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>WESTJET AIRLINES, CENTER BAY<br>6085 MIDFIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |

Debtor ___Global Eagle Entertainment Inc._____     Case number *(if known)* __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4003** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>WESTJET AIRLINES, CENTER BAY<br>6085 MIDFIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |
| **2.4004** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>WESTJET ENCORE LTD<br>BAY 2 - 237 AERO WAY NE - MILLION AIR HANGAR<br>CALGARY, AB T2E 6K2<br>CANADA |
| **2.4005** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>WESTJET ENCORE LTD<br>BAY 2 - 237 AERO WAY NE - MILLION AIR HANGAR<br>CALGARY, AB T2E 6K2<br>CANADA |
| **2.4006** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>123 GARRATT BLVD<br>6100 NEIL ROAD, SUITE 210<br>TORONTO, ON M3K 1Y5<br>CANADA |
| **2.4007** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>WESTJET AIRLINES, CENTER BAY<br>6085 MIDFIELD ROAD<br>MISSISSAUGA, ON L4W 2P7<br>CANADA |
| **2.4008** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>WESTJET ENCORE LTD<br>BAY 2 - 237 AERO WAY NE - MILLION AIR HANGAR<br>CALGARY, AB T2E 6K2<br>CANADA |
| **2.4009** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WESTJET<br>ATTN: GENERAL COUNSEL<br>21 AERIAL PL NE CALGARY<br>AB-3RD FLOOR CAMPUS<br>CALGARY, AB T2E 6W6<br>CANADA |

Debtor  ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4010 | State what the contract or lease is for and the nature of the debtor's interest | WESTJET<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE NE<br>CALGARY, AB T2E 3J1<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4011 | State what the contract or lease is for and the nature of the debtor's interest | WESTJET<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE NE<br>CALGARY, AB T2E 3J1<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4012 | State what the contract or lease is for and the nature of the debtor's interest | WESTJET<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE NORTH EAST<br>CALGARY, AB T2E 3J1<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4013 | State what the contract or lease is for and the nature of the debtor's interest | WESTJET<br>ATTN: GENERAL COUNSEL<br>22 AERIAL PLACE N.E.<br>CALGARY, AB T2E 3J1<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4014 | State what the contract or lease is for and the nature of the debtor's interest | WHITE SPACE, INC.<br>ATTN: GENERAL COUNSEL<br>150 EL CAMINO DRIVE<br>1ST FLOOR<br>BEVERLY HILLS, CA 90212 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4015 | State what the contract or lease is for and the nature of the debtor's interest | WIND VOYAGER LIMITED<br>ATTN: GENERAL COUNSEL<br>SMART CITY MALTA<br>SCM 02, UNIT 301, RICASOLI<br>KALKARA SCM 1001<br>MALTA |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4016 | State what the contract or lease is for and the nature of the debtor's interest | WINSTON & STRAWN, LLP<br>ATTN: GENERAL COUNSEL<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    ___Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)___
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4017** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WINSTON & STRAWN, LLP<br>ATTN: GENERAL COUNSEL<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| **2.4018** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WINSTON & STRAWN, LLP<br>ATTN: GENERAL COUNSEL<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193 |
| **2.4019** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WINTERS MEDIA GROUP, INC.<br>ATTN: DAVID WINTERS<br>23281 CHESWALD DRIVE<br>LANGUNE NIGUEL, CA 92677 |
| **2.4020** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |
| **2.4021** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |
| **2.4022** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO, LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |
| **2.4023** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO, LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |

| Debtor | Global Eagle Entertainment Inc. | Case number (if known) 20-11835 (JTD) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4024 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO, LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |
| 2.4025 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO, LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |
| 2.4026 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO, LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |
| 2.4027 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIPRO, LLC<br>ATTN: GENERAL COUNSEL<br>2 TOWER CENTER BOULEVARD<br>SUITE 2200<br>EAST BRUNSWICK, NJ 08816 |
| 2.4028 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WITHERS LLP<br>ATTN: GENERAL COUNSEL<br>16 OLD BAILEY<br>LONDON EC4M 7EG<br>UNITED KINGDOM |
| 2.4029 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WITHERS LLP<br>ATTN: GENERAL COUNSEL<br>16 OLD BAILEY<br>LONDON EC4M 7EG<br>UNITED KINGDOM |
| 2.4030 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIZZ AIR HUNGARY LTD<br>ATTN: GENERAL COUNSEL<br>BUD INTERNATIONAL AIRPORT, BUILDING221<br>H-1185 BUDAPEST<br>HUNGARY |

Debtor   Global Eagle Entertainment Inc.
                Name                                                    Case number (if known) 20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4031 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WIZZ AIR HUNGARY LTD<br>ATTN: GENERAL COUNSEL<br>BUD INTERNATIONAL AIRPORT, BUILDING221<br>H-1185 BUDAPEST<br>HUNGARY |
| 2.4032 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WMG ACQUISITION CORP.<br>RESEARCHING ADDRESS |
| 2.4033 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WORLD FOOD PROGRAMME<br>ATTN:  DIRECTOR, PRIVATE SECTOR PARTNERSHIPS DIVISION<br>VIA CESARE GIULIO VIOLA 68/70<br>PARCO DEI MEDICI<br>ROME 00148<br>ITALY |
| 2.4034 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WORLD RUGBY TOURNAMENTS LTD<br>ATTN: GENERAL COUNSEL<br>WORLD RUGBY HOUSE<br>8-10 PEMBROKE STREET LOWER<br>DUBLIN 2, IRELAND |
| 2.4035 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Y94924 LTD<br>C/O EDMISTON YACHT MANAGEMENT<br>ATTN: DALE ROBERTS<br>27 BLVD ALBERT 1ER<br>MONACO |
| 2.4036 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Y94924 LTD<br>C/O EDMISTON YACHT MANAGEMENT<br>ATTN: DALE ROBERTS<br>27 BLVD ALBERT 1ER<br>MONACO |
| 2.4037 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Y94924 LTD<br>ATTN: GENERAL COUNSEL<br>C/O EDMISTON YACHT MANAGEMENT<br>27 BLVD ALBERT 1ER<br>MONACO |

Debtor    Global Eagle Entertainment Inc.                                   Case number (if known) 20-11835 (JTD)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4038 | State what the contract or lease is for and the nature of the debtor's interest | Y94924 LTD<br>ATTN: GENERAL COUNSEL<br>C/O EDMISTON YACHT MANAGEMENT<br>27 BLVD ALBERT 1ER<br>MONACO |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4039 | State what the contract or lease is for and the nature of the debtor's interest | YACHT M/Y CARSON<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4040 | State what the contract or lease is for and the nature of the debtor's interest | YACHT MARINA<br>C/O ANDREW GALLAGHER<br>ATTN: GENERAL COUNSEL<br>1323 SE 17TH STREET, #337<br>FT. LAUDERDALE, FL 33316 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4041 | State what the contract or lease is for and the nature of the debtor's interest | YACHT MARINA<br>C/O ANDREW GALLAGHER<br>ATTN: GENERAL COUNSEL<br>1323 SE 17TH STREET, #337<br>FT. LAUDERDALE, FL 33316 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4042 | State what the contract or lease is for and the nature of the debtor's interest | YACHT SERVICE INC<br>ATTN: GENERAL COUNSEL<br>726 NE 20TH AVENUE<br>FORT LAUDERDALE, FL 33304 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4043 | State what the contract or lease is for and the nature of the debtor's interest | YACHTSAT CORP<br>ATTN: GENERAL COUNSEL<br>2732 NORTHEAST 28TH STREET<br>FORT LAUDERDALE, FL 33306 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.4044 | State what the contract or lease is for and the nature of the debtor's interest | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5 SHAH INDUSTRIAL ESTATE<br>SEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400053<br>INDIA |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor    _Global Eagle Entertainment Inc._    Case number *(if known)* _20-11835 (JTD)_
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4045   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5 SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| 2.4046   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| 2.4047   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5 SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| 2.4048   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| 2.4049   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| 2.4050   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| 2.4051   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |

Debtor    __Global Eagle Entertainment Inc._____    Case number *(if known)* __20-11835 (JTD)_____
                        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4052** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE, VEERA DESAI ROAD<br>ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| **2.4053** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE, VEERA DESAI ROAD<br>ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| **2.4054** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE, VEERA DESAI ROAD<br>ANDHERI (WEST)<br>MUMBAI 400 053<br>INDIA |
| **2.4055** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD<br>ANDHERI(W), MUMBAI 400053<br>INDIA |
| **2.4056** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE, VEERA DESAI ROAD<br>ANDHERI (WEST), MUMBAI 400053<br>INDIA |
| **2.4057** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE<br>VEERA DESAI ROAD, ANDHERI (WEST)<br>MUMBAI 400053<br>INDIA |
| **2.4058** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE, VEERA DESAI ROAD<br>ANDHERI (WEST)<br>MUMBAI 400053<br>INDIA |

Debtor    Global Eagle Entertainment Inc.
          Name

Case number *(if known)*  20-11835 (JTD)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4059 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5, SHAH INDUSTRIAL ESTATE, VEERA DESAI ROAD<br>ANDHERI (WEST),<br>MUMBAI 400053<br>INDIA |
| 2.4060 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YASH RAJ FILMS PRIVATE LIMITED<br>ATTN: GENERAL COUNSEL<br>5 SHAH INDUSTRIAL ESTATE<br>VEERA DESAL ROAD, ANDHERI WEST<br>MUMBAI 400053<br>INDIA |
| 2.4061 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YOGITOAD, LLC<br>ATTN: GENERAL COUNSEL<br>1752 NW MARKET ST., #636<br>SEATTLE, WA 98107 |
| 2.4062 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | YUKI AKIYAMA WILKERSON<br>ATTN: GENERAL COUNSEL<br>2782 ESCALA CIRCLE<br>SAN DIEGO, CA 92108 |
| 2.4063 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ZANT CHAPELO<br>C/O GLOBAL EAGLE ENTERTAINMENT INC.<br>4553 GLENCOE AVE.<br>SUITE 300<br>LOS ANGELES, CA 90292 |
| 2.4064 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ZAPPROVED INC<br>ATTN: GENERAL COUNSEL<br>1414 NW NORTHRUP STREET<br>SUITE 700<br>PORTLAND, OR 97209 |
| 2.4065 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ZAPPROVED INC<br>ATTN: GENERAL COUNSEL<br>1414 NORTHWEST NORTHRUP STREET<br>SUITE 700<br>PORTLAND, OR 97209 |

Debtor   <u>Global Eagle Entertainment Inc.</u>
         Name

Case number *(if known)* <u>20-11835 (JTD)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4066 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ZAPPROVED INC<br>1414 NW NORTHRUP STREET<br>SUITE 700<br>PORTLAND, OR 92709 |
| 2.4067 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ZEE ENTERTAINMENT ENTERPRISES LIMITED<br>ATTN: GENERAL COUNSEL<br>18TH FLOOR, A WING, MARATHON FUTUREX<br>N M JOSHI MARG, LOWER PAREL<br>MUMBAI 400 013<br>INDIA |
| 2.4068 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ZEE ENTERTAINMENT ENTERPRISES LIMITED<br>ATTN: GENERAL COUNSEL<br>18TH FLOOR, A WING, MARATHON FUTUREX<br>N M JOSHI MARG, LOWER PAREL<br>MUMBAI 400 013<br>INDIA |

**Fill in this information to identify the case:**

Debtor name  Global Eagle Entertainment Inc.

United States Bankruptcy Court for the: _____ District of Delaware

Case number (if known):   20-11835 (JTD)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 MTN Government Services, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 MTN Government Services, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 MTN International, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 MTN International, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 MTN License Corp. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 MTN License Corp. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* 20-11835 (JTD) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | N44HQ, LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | N44HQ, LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | Airline Media Productions Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | Airline Media Productions Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.11 | Post Modern Edit, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.12 | Post Modern Edit, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.13 | Emerging Markets Communications, LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.14 | Emerging Markets Communications, LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | REDACTED PARTY 1300 | ☐ D<br>☒ E/F<br>☐ G |
| 2.15 | Emerging Markets Communications, LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.16 | Row 44, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.17 | Row 44, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Global Eagle Entertainment Inc. | | Case number (if known) | 20-11835 (JTD) |
|--------|------|---|------|------|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.18 | The Lab Aero, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 | The Lab Aero, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 | Entertainment In Motion, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 | Entertainment In Motion, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 | Global Eagle Entertainment Operations Solutions, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.23 | Global Eagle Entertainment Operations Solutions, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.24 | Global Eagle Services, LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.25 | Global Eagle Services, LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.26 | Global Eagle Telecom Licensing Subsidiary LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.27 | Global Eagle Telecom Licensing Subsidiary LLC | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.28 | IFE Services (USA), Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Global Eagle Entertainment Inc. | Case number *(if known)* | 20-11835 (JTD) |
|--------|------|------|------|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | IFE Services (USA), Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>❑ E/F<br>❑ G |
| 2.30 | Inflight Productions USA, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | BMG RIGHTS MANAGEMENT LLC | ❑ D<br>☒ E/F<br>❑ G |
| 2.31 | Inflight Productions USA, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>❑ E/F<br>❑ G |
| 2.32 | Inflight Productions USA, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>❑ E/F<br>❑ G |
| 2.33 | Maritime Telecommunications Network, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | CITIBANK, N.A. | ☒ D<br>❑ E/F<br>❑ G |
| 2.34 | Maritime Telecommunications Network, Inc. | 6080 Center Drive, Suite 1200 Los Angeles, CA 90045 | SEARCHLIGHT II TBO, L.P. AND SEARCHLIGHT II TBO-W, L.P. | ☒ D<br>❑ E/F<br>❑ G |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case and this filing:</b></td></tr>
</table>

Debtor Name  Global Eagle Entertainment Inc.

United States Bankruptcy Court for the: _____ District of Delaware

Case number (*If known*):  20-11835 (JTD)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/28/2020            ✗ /s/ Christian Mezger
        MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     Christian Mezger
                                     Printed name

                                     Chief Financial Officer
                                     Position or relationship to debtor