**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GLOBAL EAGLE ENTERTAINMENT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11835 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Perkins Coie LLP and Chipman Brown Cicero & Cole, LLP, counsel for *The Boeing Company* and its subsidiaries, including *Boeing Intellectual Property Leasing Company* (together, "**Boeing**"), hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| John D. Penn<br>**PERKINS COIE LLP**<br>500 North Akard Street, Suite 3300<br>Dallas, Texas 75201<br>Telephone: (214) 965-7734<br>Email:     jpenn@perkinscoie.com | William E. Chipman, Jr.<br>Mark D. Olivere<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email:     chipman@chipmanbrown.com<br>              olivere@chipmanbrown.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions, Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 6080 Center Drive, Suite 1200, Los Angeles, California 90045.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Boeing's (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to be served with any adversary proceeding summons and complaint as required by Bankruptcy Rule of Procedure 7004; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Boeing is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

**[SIGNATURE PAGE TO FOLLOW]**

| | |
|---|---|
| Dated:  September 3, 2020<br>            Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>       */s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:     (302) 295-0191<br>Facsimile:      (302) 295-0199<br>Email:             chipman@chipmanbrown.com<br>                        olivere@chipmanbrown.com<br><br>         —and—<br><br>John D. Penn<br>**PERKINS COIE LLP**<br>500 North Akard Street, Suite 3300<br>Dallas, Texas 75201<br>Telephone:     (214) 965-7734<br>Email:             jpenn@perkinscoie.com<br><br>*Counsel for The Boeing Company and its Subsidiaries* |