Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| A Tall Order Ltd<br>5 Chesham House<br>55 South Street<br>Epsom<br>Surrey KT18 7PX<br>United Kingdom | 109 | 9/2/2020 | Global Eagle Entertainment Inc. | $8,350.00 | | | | | $8,350.00 |
| ABS-CBN Corporation<br>Jennica Charlene Ong Gonzales<br>ELJ Communication Center<br>Mother Ignacia Ave.<br>Quezon City 1108<br>Philippines | 49 | 8/7/2020 | Global Eagle Entertainment Inc. | $21,400.00 | | | | | $21,400.00 |
| ABS-CBN GLOBAL LIMITED<br>Lawrence Bugagao Reyes, Regional Finance Officer<br>258 Unit 20, Pablo Ocampo St., San Antonio Village<br>Makati City 1103<br>Philippines | 52 | 8/7/2020 | Global Eagle Entertainment Inc. | $60,401.27 | | | $19,466.05 | | $79,867.32 |
| AECOM Technical Services, Inc.<br>Attn: Eileen Kickish<br>300 South Grand Avenue, 9th Floor<br>Los Angeles, CA 90017 | 53 | 8/3/2020 | Global Eagle Entertainment Inc. | $29,722.87 | | | | | $29,722.87 |
| Aero Vision<br>Joo Yun 'John' Hwang<br>4425 Jamboree Road Suite #119<br>Newport Beach, CA 92660 | 78 | 8/17/2020 | Global Eagle Entertainment Inc. | $35,150.00 | | | | | $35,150.00 |
| Aerotek Design Labs, LLC<br>24119 Riverwalk Ct. Unit 147<br>Plainfield, IL 60544 | 147 | 9/10/2020 | Global Eagle Entertainment Inc. | $18,810.24 | | | $2,850.00 | | $21,660.24 |
| Agile Calibration LLC<br>252 W. Swamp Road<br>STE 7<br>Doylestown, PA 18901 | 94 | 8/26/2020 | Global Eagle Entertainment Inc. | $8,435.00 | | | | | $8,435.00 |
| AI Film Entertainment LLC as Successor of IM Global LLC<br>26-27 Bedford Square<br>London WC1B 3HP<br>United Kingdom | 140 | 9/7/2020 | Global Eagle Entertainment Inc. | $7,978.33 | | | | | $7,978.33 |
| AIG Property Casualty, Inc.<br>Attn: Kevin J Larner<br>80 Pine Street<br>13th Floor<br>New York, NY 10005 | 118 | 8/31/2020 | Global Eagle Entertainment Inc. | $3,585.71 | | $0.00 | | $0.00 | $3,585.71 |
| All3media International Limited<br>Berkshire House<br>168-173 High Holborn<br>London WC1V 7AA | 16 | 7/30/2020 | Global Eagle Entertainment Inc. | $56,420.00 | | | | | $56,420.00 |
| ALLTEST INSTRUMENTS, INC<br>500 CENTRAL AVE<br>FARMINGDALE, NJ 07727 | 96 | 8/31/2020 | Global Eagle Services, LLC | $1,600.00 | | | | | $1,600.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| ALTEGROSKY LTD<br>Lazarou Kountourioti 6, EFI COURT, OFFICE 202, Neapolis<br>Limassol 3106<br>Cyprus | 92 | 8/31/2020 | Global Eagle Entertainment Inc. | $83,973.70 | | | | | $83,973.70 |
| Alteryx, Inc.<br>3345 Michelson Drive, Suite 400<br>Irvine, CA 92612 | 86 | 8/19/2020 | Global Eagle Entertainment Inc. | $4,675.50 | | | | | $4,675.50 |
| AMBI Distribution Corp<br>Christopher Wright Taylor<br>3415 S. Sepulveda Blvd., Suite 1100<br>LOS ANGELES, CA 90034 | 186 | 9/22/2020 | Entertainment In Motion, Inc. | $1,032.21 | | | | | $1,032.21 |
| AMBI Distribution Corp<br>Christopher Wright Taylor<br>3415 S. Sepulveda Blvd., Suite 1100<br>LOS ANGELES, CA 90034 | 193 | 9/22/2020 | Entertainment In Motion, Inc. | $18,189.50 | | | | | $18,189.50 |
| American Airlines, Inc.<br>Donald E. Broadfield, Jr., Director & Sr. Attorney<br>P.O. Box 619616<br>MD 8B503<br>DFW Airport, TX 75261 | 132 | 9/3/2020 | Global Eagle Entertainment Inc. | $1,546,465.76 | | | | | $1,546,465.76 |
| AMPERSAND<br>9 RUE DE TEHERAN<br>PARIS 75008<br>FRANCE | 50 | 8/7/2020 | Global Eagle Entertainment Inc. | $0.00 | | | | | $0.00 |
| AMPERSAND<br>9 rue de Teheran<br>Paris 75008<br>FRANCE | 51 | 8/7/2020 | Global Eagle Entertainment Inc. | $37,650.00 | | | | | $37,650.00 |
| Aon Consulting, Inc<br>4 Overlook Point<br>Lincolnshire, IL 60081 | 141 | 9/8/2020 | Global Eagle Entertainment Inc. | $37,350.00 | | | | | $37,350.00 |
| APT Satellite Company Limited<br>22 Dai Kwai Street<br>Tai Po Industrial Estate<br>Tai Po, New Territories<br>Hong Kong | 100 | 8/24/2020 | Emerging Markets Communications, LLC | $329,265.76 | | | | | $329,265.76 |
| APT Satellite Company Limited<br>22 Dai Kwai Street<br>Tai Po Industrial Estate<br>Tai Po, New Territories<br>Hong Kong | 114 | 8/27/2020 | Emerging Markets Communications, LLC | $329,265.76 | | | | | $329,265.76 |
| ARC of Business Pte Ltd<br>14 Huddington Avenue<br>55784<br>Singapore | 179 | 9/22/2020 | Global Eagle Entertainment Inc. | $1,260.00 | | | | | $1,260.00 |
| Arena Solutions<br>Dept 2637<br>PO Box 122637<br>Dallas, TX 75312-2637 | 139 | 9/9/2020 | Global Eagle Entertainment Inc. | | | | $18,247.90 | | $18,247.90 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General % Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004 | 27 | 7/31/2020 | Global Eagle Entertainment Inc. | | $500.00 | | | | $500.00 |
| ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General % Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004 | 30 | 7/31/2020 | Row 44, Inc. | $78.67 | $350.00 | | | | $428.67 |
| Arqiva Ltd<br>Crawley Court<br>Winchester<br>Hampshire SO21 2QA<br>United Kingdom | 19 | 7/30/2020 | Maritime Telecommunications Network, Inc. | $46,989.26 | | | | | $46,989.26 |
| AV-JET INTERNATIONAL MEDIA CO.,LTD<br>5F., NO. 52 , LANE 10<br>JIHU ROAD<br>NEIHU DIST. 11492<br>TAIPEI CITY<br>TAIWAN | 131 | 9/3/2020 | Global Eagle Entertainment Inc. | | | | $5,150.00 | | $5,150.00 |
| Balcony Scene Entertainment FZ LLE<br>Media City Branch-show Room #16<br>Business Central Towers<br>P.O. Box: 6564<br>Media City, Tecom, Sheikh Zayed Road<br>Dubai<br>UAE | 209 | 10/5/2020 | Airline Media Productions Inc. | | | | $5,000.00 | | $5,000.00 |
| BANKDIRECT CAPITAL FINANCE<br>150 N. Field Dr. Ste 190<br>Lake Forest, IL 60045 | 5 | 8/6/2020 | Global Eagle Entertainment Inc. | | | $187,224.74 | | | $187,224.74 |
| BBC Studios Distribution Limited<br>Attn: Simon Armitage, SVP, Head of BLA, EMEA<br>1 Television Centre<br>101 Wood Lane<br>London  W12 7FA<br>United Kingdom | 168 | 9/18/2020 | Global Eagle Entertainment Inc. | $41,895.00 | | | | | $41,895.00 |
| BBC World Distribution Limited<br>ATTN: Jason Bandy<br>Broadcast Centre<br>101 Wood Lane<br>London W12 7TQ<br>United Kingdom | 167 | 9/21/2020 | Maritime Telecommunications Network, Inc. | $202,079.75 | | | | | $202,079.75 |
| BBC World Distribution Limited<br>ATTN: Jason Bandy<br>Broadcast Centre<br>101 Wood Lane<br>London W12 7TQ<br>United Kingdom | 170 | 9/21/2020 | Global Eagle Entertainment Inc. | $10,000.00 | | | | | $10,000.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| BBC World Distribution Limited<br>ATTN: Jason Bandy<br>Broadcast Centre<br>201 Wood Lane<br>London W12 7TQ<br>United Kingdom | 169 | 9/21/2020 | Global Eagle Entertainment Inc. | $760.00 | | | | | $760.00 |
| BHD CO., LTD<br>Attn: Tran Phuong Thao<br>11th Fl, Hong Ha Center, 25 Ly Thuong Kiet<br>Hanoi<br>Vietnam | 79 | 8/18/2020 | Global Eagle Entertainment Inc. | $2,000.00 | | | | | $2,000.00 |
| Bonsai Films Pty Ltd<br>56a Pine Street East<br>Cammeray, NSW 2062<br>Australia | 151 | 9/14/2020 | Global Eagle Entertainment Inc. | $12,000.00 | | | | | $12,000.00 |
| BOONE ELECTRIC, INC.<br>12035 S. BURKE STREET<br>SUITE 4<br>SANTA FE SPRINGS, CA 90670 | 54 | 8/4/2020 | Global Eagle Entertainment Inc. | $840.00 | | | | | $840.00 |
| Broadridge Financial Solutions<br>1155 Long Island Avenue<br>Edgewood, NY 11717 | 62 | 8/11/2020 | Global Eagle Entertainment Inc. | $21,381.98 | | | | | $21,381.98 |
| Broward<br>Attn: Bankruptcy Section<br>c/o Records, Taxes & Treasury<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301 | 15 | 7/30/2020 | Global Eagle Entertainment Inc. | | $15,502.28 | $62,009.13 | | | $77,511.41 |
| Broward<br>Attn: Bankruptcy Section<br>c/o Records, Taxes & Treasury<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301 | 17 | 7/30/2020 | Maritime Telecommunications Network, Inc. | | $10,992.48 | $43,969.93 | | | $54,962.41 |
| CABLE TELEVISION NETWORK (CTV) LTD<br>P O BOX 3774<br>2ND FLOOR<br># 225 HARBOUR VIEW TOWERS<br>SAMORA AVENUE<br>DAR ES SALAAM<br>TANZANIA | 77 | 8/18/2020 | Global Eagle Entertainment Inc. | $46,973.60 | | | $18,776.16 | | $65,749.76 |
| CDW Direct, LLC<br>Attn: Ronelle Erickson<br>200 N. Milwaukee Ave<br>Vernon Hills, IL 60061 | 98 | 8/18/2020 | Global Eagle Entertainment Inc. | $55,893.81 | $37,024.17 | | | | $92,917.98 |
| Cedars Art Production S.A , a company duly incorporated  under the laws of the Marshall Islands<br>C/O Mr. Othman Arakji<br>Verdun Street, Ibiza Center, 6th floor<br>P.O Box 5631-113<br>Beirut<br>Lebanon | 34 | 8/3/2020 | Global Eagle Entertainment Inc. | | | | $33,000.00 | | $33,000.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| China International TV Corporation<br>Bank of China, Beijing Xuanwu District Sub-branch<br>No.1 Nan Xinhua Street Xi Cheng District<br>Beijing 100052<br>China | 152 | 9/14/2020 | Global Eagle Entertainment Inc. | $6,300.00 | | | | | $6,300.00 |
| China International TV Corporation<br>Bank of China, Beijing Xuanwu District Sub-branch;<br>No.1 Nan Xinhua Street Xi Cheng District<br>Account NO. 318156007102<br>Beijing 100052<br>China | 155 | 9/14/2020 | Airline Media Productions Inc. | $11,900.00 | | | | | $11,900.00 |
| Cisco Systems Capital Corporation<br>C/O Lawrence M. Schwab / Kenneth T. Law<br>Bialson, Bergen & Schwab<br>633 Menlo Avenue, Suite 100<br>Menlo Park, CA 94025 | 91 | 8/21/2020 | Emerging Markets Communications, LLC | | | $239,566.26 | | $0.00 | $239,566.26 |
| Claim docketed in error | 144 | 9/8/2020 | Global Eagle Entertainment Inc. | | | | | | $0.00 |
| Clarke, Emily Justina<br>5 Chesham House<br>55 South Street<br>Epsom, Surrey KT18 7PX<br>UK | 66 | 8/10/2020 | Global Eagle Entertainment Inc. | $8,350.00 | | | | | $8,350.00 |
| CNA Commercial Insurance<br>500 Colonial Center Parkway<br>Lake Mary, FL 32746 | 68 | 8/12/2020 | Global Eagle Entertainment Inc. | $249,500.00 | | | | | $249,500.00 |
| Commonwealth Edison Corporation<br>ComEd Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523 | 7 | 8/10/2020 | Global Eagle Entertainment Inc. | $954.04 | | | | | $954.04 |
| COMMUNICATIONS & POWER INDUSTRIES CANADA INC<br>45 RIVER DRIVE<br>GEORGETOWN, ON L7G2J4<br>CANADA | 22 | 7/30/2020 | Global Eagle Entertainment Inc. | $137,425.00 | | | | | $137,425.00 |
| Compass Group USA dba: Gourmet Coffee Service<br>2400 Yorkmont Road<br>Charlotte, NC 28217 | 13 | 8/10/2020 | Global Eagle Entertainment Inc. | $10,092.76 | | | | | $10,092.76 |
| Constantin Film Verleih Gmbh<br>Nick Hanks/Constantin Film Development<br>9200 Sunset Blvd., #800<br>West Hollywood, CA 90069 | 210 | 10/5/2020 | Entertainment In Motion, Inc. | $244,234.00 | | | | | $244,234.00 |
| Contentino Media LLP<br>Shemaroo House, Plot No. 18<br>Marol Co.Op. Indl. Estate<br>Off. Andheri-Kurla Road, Andheri (E)<br>Mumbai City, Maharashtra 400059<br>India | 31 | 8/1/2020 | Global Eagle Entertainment Inc. | $56,450.00 | | | | | $56,450.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Contentino Media LLP<br>Shemaroo House, Plot No. 18<br>Marol Co.Op. Indl. Estate<br>Off. Andheri-Kurla Road, Andheri (E)<br>Mumbai City, MH 400059<br>India | 32 | 8/1/2020 | Global Eagle Entertainment Inc. | $2,850.00 | | | | | $2,850.00 |
| Contentino Media LLP<br>Shemaroo House, Plot No. 18<br>Marol Co.Op. Indl. Estate<br>Off. Andheri-Kurla Road, Andheri (E)<br>Mumbai City, MH 400059<br>India | 33 | 8/1/2020 | Inflight Productions USA, Inc. | $2,850.00 | | | | | $2,850.00 |
| Corbin Satcom Inc<br>104 Parkview St<br>Kilgore, TX 75662 | 43 | 8/6/2020 | Global Eagle Entertainment Inc. | $13,400.00 | | | $20,400.00 | | $33,800.00 |
| Corbin Satcom Inc<br>104 Parkview St<br>Kilgore, TX 75662 | 116 | 8/30/2020 | Global Eagle Entertainment Inc. | $0.00 | | | $0.00 | | $0.00 |
| Corbin Satcom Inc<br>104 Parkview St<br>Kilgore, TX 75662 | 117 | 8/30/2020 | Global Eagle Entertainment Inc. | $0.00 | | | $0.00 | | $0.00 |
| CORNERSTONE<br>Cornerstone OnDemand<br>Attn: Adrienne Mendibles<br>1601 Cloverfield Blvd.<br>Suite 620S<br>Santa Monica, CA 90404 | 133 | 9/3/2020 | Global Eagle Entertainment Inc. | $110,521.95 | | | | | $110,521.95 |
| Creative Century Entertainment Co.,Ltd<br>5F-11, No.20, Minquan W.Rd.,<br>ZhongShan Dist<br>Taipei City 104<br>Taiwan | 136 | 9/4/2020 | Airline Media Productions Inc. | $46,150.00 | | | | | $46,150.00 |
| Data Hardware Depot, LP<br>Attn: Joe Kearns<br>506 Chapala Street<br>Santa Barbara, CA 93101 | 39 | 8/6/2020 | Global Eagle Entertainment Inc. | $42,100.00 | | | $3,300.00 | | $45,400.00 |
| Datasite LLC<br>The Baker Center<br>733 South Marquette Avenue<br>Suite 600<br>Minneapolis, MN 55402 | 134 | 9/3/2020 | Global Eagle Entertainment Inc. | $10,030.62 | | | | | $10,030.62 |
| DIDWW IRELAND LTD<br>The Digital Hub<br>10/13 Thomas Street<br>Dublin D08 TCV4<br>Ireland | 207 | 9/30/2020 | Emerging Markets Communications, LLC | $2,885.20 | | | | | $2,885.20 |
| DISH Network L.C.C.<br>c/o Brett Kitei (Legal)<br>9601 S Meridian Blvd<br>Englewood, CO 80112 | 205 | 10/1/2020 | Global Eagle Entertainment Inc. | $393,237.57 | | | | | $393,237.57 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Dolby Laboratories, Inc. Attn: Larry Campbell/AR 1275 Market Street San Francisco, CA 94103 | 143 | 9/9/2020 | Global Eagle Entertainment Inc. | $10,000.00 | | | | | $10,000.00 |
| Element Materials Technology 3701 Port Union Road Fairfield, OH 45014 | 76 | 8/17/2020 | Global Eagle Entertainment Inc. | $76,900.00 | | | | | $76,900.00 |
| Elite Communication Service, Inc 102 Deer Tree Dr Lafayette, LA 70507 | 37 | 8/4/2020 | Global Eagle Entertainment Inc. | $7,500.00 | | | | | $7,500.00 |
| Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 | 145 | 9/2/2020 | Global Eagle Entertainment Inc. | $73,116.38 | $148,409.61 | | | | $221,525.99 |
| Encore Inflight Limited Ms. Jovita Toh CEO 21/F Shiu Fung Hong Bldg. 239 - 241 Wing Lok Street Sheung Wan, Hong Kong China | 21 | 7/30/2020 | Global Eagle Entertainment Inc. | $265,600.00 | | | | | $265,600.00 |
| Epsilon Telecommunications Ltd 151 Lorong Chuan #06-01A Lobby A New Tech Park Singapore 556741 Singapore | 137 | 9/7/2020 | Emerging Markets Communications, LLC | $14,220.00 | | | | | $14,220.00 |
| Epsilon US Inc Epsilon Telecommunications (SP) Pte Ltd 51 Lorong Chuan, New Tech Park #06-01A Lobby A 556741 Singapore | 29 | 8/15/2020 | MTN Government Services, Inc. | $32,356.89 | | | | | $32,356.89 |
| EROS INTERNATIONAL MEDIA LTD 901/902 SUPREME CHAMBERS. VEERA DESAI ROAD ANDEHRI WEST MUMBAI 400053. INDIA | 125 | 9/2/2020 | Global Eagle Entertainment Inc. | $12,450.00 | | | | | $12,450.00 |
| EROS INTERNATIONAL MEDIA LTD 901/902 SUPREME CHAMBERS. VEERA DESAI ROAD ANDEHRI WEST MUMBAI 400053. INDIA | 129 | 9/2/2020 | Airline Media Productions Inc. | $21,000.00 | | | | | $21,000.00 |
| EROS INTERNATIONAL MEDIA LTD 901/902 SUPREME CHAMBERS. VEERA DESAI ROAD ANDEHRI WEST MUMBAI 400053. INDIA | 130 | 9/2/2020 | Inflight Productions USA, Inc. | $3,000.00 | | | | | $3,000.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Flare Technologies<br>Bizhub, Melton Court<br>Gibson Lane<br>Melton HU14 3HH<br>United Kingdom | 110 | 8/26/2020 | Global Eagle Entertainment Inc. | $2,685.41 | | | | | $2,685.41 |
| Flare Technologies<br>Bizhub, Melton Court<br>Gibson Lane<br>Melton HU14 3HH<br>United Kingdom | 187 | 9/22/2020 | Global Eagle Entertainment Inc. | $2,685.41 | | | | | $2,685.41 |
| Free Stone Productions Co., Ltd.<br>#214, 3-25-18 Jingumae, Shibuya-ku<br>Attn: Shizuka Murakami<br>Tokyo 1500001<br>JAPAN | 126 | 9/2/2020 | Global Eagle Entertainment Inc. | $4,500.00 | | | | | $4,500.00 |
| Fremantlemedia Limited<br>Accounts receivable team at Fremantlemedia Limited.<br>1 Stephen Street<br>London W1T 1AL<br>United Kingdom | 173 | 9/21/2020 | Airline Media Productions Inc. | $16,240.00 | | | | | $16,240.00 |
| GAGA Corporation<br>TY Bldg. 2-22-18 Minami-Aoyama<br>Minato-ku<br>Tokyo 107-0062<br>Japan | 198 | 9/30/2020 | Global Eagle Entertainment Inc. | $16,500.00 | | | | | $16,500.00 |
| GAGA Corporation<br>TY Bldg., 2-22-18 Minami-Aoyama<br>Minato-ku, Tokyo 107-0062<br>Japan | 165 | 9/18/2020 | Global Eagle Entertainment Inc. | $0.00 | | | | | $0.00 |
| GAGA Corporation<br>TY Bldg., 2-22-18 Minami-Aoyama<br>Minato-ku, Tokyo 107-0062<br>Japan | 166 | 9/18/2020 | Global Eagle Entertainment Inc. | $0.00 | | | | | $0.00 |
| Georgia Department of Revenue<br>Compliance Division-Bankruptcy<br>1800 Century Blvd NE<br>Ste 9100<br>Atlanta, GA 30345-3205 | 111 | 8/27/2020 | Emerging Markets Communications, LLC | $496.80 | $1,939.86 | | | | $2,436.66 |
| Gibson, Nicholas<br>1198 NE Pine Hill Terrace<br>Jensen Beach, FL 34957 | 41 | 8/6/2020 | Global Eagle Entertainment Inc. | | $1,800.00 | | | | $1,800.00 |
| Global Crossing Telecommunications, Inc.<br>Lumen Technologies Group<br>1025 Eldorado Blvd<br>Attn: Legal - BKY<br>Broomfield, CO 80021 | 211 | 10/5/2020 | MTN Government Services, Inc. | $8,726.59 | | | | | $8,726.59 |
| Global Crossing Telecommunications, Inc.<br>Lumen Technologies Group<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | 215 | 10/5/2020 | Maritime Telecommunications Network, Inc. | $1,142.33 | | | | | $1,142.33 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Gonzales, Jennica Charlene Ong<br>ELJ Communication Center, Mother Ignacia Ave.<br>Quezon City 1108 | 121 | 9/2/2020 | Inflight Productions USA, Inc. | $2,000.00 | | | | | $2,000.00 |
| Gracenote Digital Ventures, LLC<br>The Nielsen Company<br>Margaret Casey<br>40 Media Drive<br>Queensbury, NY 12804 | 191 | 9/28/2020 | Global Eagle Entertainment Inc. | $84,071.86 | | | | | $84,071.86 |
| Great Circle Systems, Inc.<br>500 SE 17th St. Ste 224<br>Fort Lauderdale, FL 33316 | 36 | 8/3/2020 | Global Eagle Entertainment Inc. | | $8,958.26 | | | | $8,958.26 |
| HARRIS COUNTY, ET AL<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 220 | 10/2/2020 | Emerging Markets Communications, LLC | | | $218.24 | | | $218.24 |
| HARRIS COUNTY, ET AL<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 221 | 10/2/2020 | Maritime Telecommunications Network, Inc. | | | $359.06 | | | $359.06 |
| Hawaii Pacific Teleport,LP<br>PO box 429<br>Makawao, HI 96768 | 164 | 9/18/2020 | Global Eagle Entertainment Inc. | $12,287.67 | | | | | $12,287.67 |
| Innova Solutions, Inc.<br>Attn: Legal Department<br>2400 Meadowbrook Parkway<br>Duluth, GA 30096 | 61 | 8/11/2020 | Global Eagle Entertainment Inc. | | | | $756,988.00 | | $756,988.00 |
| Insight Direct USA, Inc.<br>c/o Michael L. Walker<br>6820 S. Harl Ave.<br>Tempe, AZ 85283 | 89 | 8/20/2020 | Global Eagle Entertainment Inc. | $1,073.00 | | | | | $1,073.00 |
| Intellian Technologies USA, Inc.<br>11 Studebaker<br>Irvine, CA 92618 | 154 | 9/14/2020 | Emerging Markets Communications, LLC | $67.31 | | | | | $67.31 |
| Intellian Technologies USA, Inc.<br>11 Studebaker<br>Irvine, CA 92619 | 153 | 9/14/2020 | MTN International, Inc. | $105,945.69 | | | | | $105,945.69 |
| INTRADO DIGITAL MEDIA LLC<br>11808 MIRACLE HILLS DRIVE<br>OMAHA, NE 68154 | 188 | 9/22/2020 | Global Eagle Entertainment Inc. | $7,856.58 | | | | | $7,856.58 |
| IRS<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | 4 | 8/6/2020 | Global Eagle Entertainment Inc. | | $99,188.25 | | | | $99,188.25 |
| IRS<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | 6 | 8/6/2020 | Row 44, Inc. | | $792,665.17 | | | | $792,665.17 |
| IRS<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | 44 | 8/6/2020 | Emerging Markets Communications, LLC | | $71,709.31 | | | | $71,709.31 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| IRS<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | 46 | 8/6/2020 | IFE Services (USA), Inc. | | $5,000.00 | $91.90 | | | $5,091.90 |
| IRS<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | 199 | 10/1/2020 | Emerging Markets Communications, LLC | $14,559.44 | | | | | $14,559.44 |
| IRS<br>Internal Revenue Service<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | 45 | 8/6/2020 | Entertainment In Motion, Inc. | $1,403.68 | | | | | $1,403.68 |
| J2T Recruiting Consultants Inc.<br>Jll Megan McLain<br>Director of Operations<br>J2T Recruiting Consultants Inc.<br>4101 South Quebec St.<br>Denver, CO 80237 | 112 | 8/27/2020 | Global Eagle Entertainment Inc. | $19,275.00 | | | | | $19,275.00 |
| Jaguar Distribution Corp.<br>3943 Irvine Blvd., #253<br>Irvine, CA 92602 | 87 | 8/19/2020 | Global Eagle Entertainment Inc. | $154,242.81 | | | | | $154,242.81 |
| Java Films SAS<br>38 Quai Du Point Du Jouur<br>Boulogne-Billancourt 92100<br>France | 184 | 9/22/2020 | Global Eagle Entertainment Inc. | $6,170.00 | | | | | $6,170.00 |
| Jersey Central Power & Light<br>101 Crawfords's Corner Rd Bldg 1 Suite 1-511<br>Holmdel, NJ 07733 | 113 | 8/27/2020 | Maritime Telecommunications Network, Inc. | $48,394.37 | | | | | $48,394.37 |
| JetSet Media LLC<br>24310 East Truman Rd<br>Independence, MO 64056 | 192 | 9/27/2020 | Global Eagle Entertainment Inc. | $20,978.76 | | | | | $20,978.76 |
| JSC Gazprom Space Systems<br>Nataliia Poletaeva<br>Bld. 77, Moscow Street, Shchelkovo<br>Moscow Region 141112<br>Russia | 178 | 9/23/2020 | Emerging Markets Communications, LLC | $78,078.90 | | | | | $78,078.90 |
| Kairos Distribution Limited<br>20J, 20/F, Wellable Commercial Bldg,<br>513 Hennessy Road<br>Causeway Bay<br>Hong Kong | 159 | 9/16/2020 | Global Eagle Entertainment Inc. | $139,561.36 | | | | | $139,561.36 |
| Kairos Distribution Limited<br>Siu Lun Stephen Tsang<br>20J, 20/F, Wellable Commercial Bldg<br>513 Hennessy Road<br>Causeway Bay<br>Hong Kong | 194 | 9/29/2020 | Inflight Productions USA, Inc. | $39,200.00 | | | | | $39,200.00 |
| King County Treasury Operations<br>500 4th Avenue, Room 600<br>Seattle, WA 98104 | 75 | 8/17/2020 | Global Eagle Entertainment Inc. | | | $4,935.47 | | | $4,935.47 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| King Record Co., Ltd.<br>Mayumi Yoshihara<br>1-2-3, Otowa, Bunkyo-ku<br>Tokyo, 112-0013<br>Japan | 102 | 8/25/2020 | Global Eagle Entertainment Inc. | $0.00 | | | | | $0.00 |
| Last Mile Communications Ltd. T/A Bahamas Wimax<br>Attn: Matthew Carey<br>P.O.Box SP61626<br>Sandyport<br>Nassau SP61626<br>Bahamas | 25 | 7/31/2020 | Global Eagle Entertainment Inc. | | | | $46,793.05 | | $46,793.05 |
| LBiSat LLC<br>Kristin Sellers<br>10288 S. Jordan Gateway, Suite K<br>South Jordan, UT 84095 | 196 | 9/29/2020 | Global Eagle Entertainment Inc. | $229,906.00 | | | | | $229,906.00 |
| LEE HECHT HARRISON LLC<br>2301 LUCIEN WAY<br>SUITE 325<br>MAITLAND, FL 32751 | 135 | 9/3/2020 | Global Eagle Entertainment Inc. | $9,900.00 | | | | | $9,900.00 |
| Level 3 Communications, LLC<br>Lumen Technologies Group<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | 212 | 10/5/2020 | Maritime Telecommunications Network, Inc. | $1,506.32 | | | | | $1,506.32 |
| Level 3 Communications, LLC<br>Lumen Technologies Group<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | 213 | 10/5/2020 | MTN Government Services, Inc. | $8,362.54 | | | | | $8,362.54 |
| Level 3 Communications, LLC<br>Lumen Technologies Group<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | 216 | 10/5/2020 | Maritime Telecommunications Network, Inc. | $144,541.75 | | | | | $144,541.75 |
| Library Media Solutions Limited<br>Jamie Martin<br>10 The Lindens, Prospect Hill<br>London E173EJ<br>United Kingdom | 40 | 8/6/2020 | Global Eagle Entertainment Inc. | $1,850.00 | | | | | $1,850.00 |
| Library Media Solutions Limited<br>Jamie Martin<br>10 The Lindens, Prospect Hill<br>London E173EJ<br>United Kingdom | 42 | 8/6/2020 | Airline Media Productions Inc. | $26,400.00 | | | | | $26,400.00 |
| Lingo24 Limited<br>21 Young Street<br>Edinburgh EH2 4HU<br>United Kingdom | 119 | 8/31/2020 | Global Eagle Entertainment Inc. | $117,932.31 | | | $12,362.55 | | $130,294.86 |
| Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | 85 | 8/19/2020 | Global Eagle Entertainment Inc. | | $32,080.74 | | | | $32,080.74 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Louisiana Department of Revenue<br>Attn: Danice Sims<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | 181 | 9/21/2020 | Global Eagle Entertainment Inc. | | $200.19 | | | | $200.19 |
| Louisiana Workforce Commission<br>1001 North 23rd Street, First Floor<br>Baton Rouge, LA 70802 | 20 | 7/30/2020 | Global Eagle Entertainment Inc. | | $1,177.09 | | | | $1,177.09 |
| Mass. Dept. of Revenue Attn: Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 | 183 | 9/23/2020 | Emerging Markets Communications, LLC | $32,307.54 | $26,787.54 | | | | $59,095.08 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564 | 204 | 9/30/2020 | Global Eagle Entertainment Inc. | $608.25 | $608.25 | | | | $1,216.50 |
| MATADORA FILMS PTY LTD<br>5 CAMPBELL STREET<br>Glebe 2037<br>AUSTRALIA | 84 | 8/18/2020 | Global Eagle Entertainment Inc. | | $2,000.00 | | $2,000.00 | | $4,000.00 |
| MEDCALM CORP<br>280 HAMILTON ROAD<br>CHAPPAQUA, NY 10514 | 180 | 9/24/2020 | Global Eagle Entertainment Inc. | $12,870.00 | | | | | $12,870.00 |
| MEDIACORP TV SINGAPORE PTE LTD<br>MEDIACORP CAMPUS, 1 STARS AVENUE<br>SINGAPORE 138507<br>SINGAPORE | 138 | 9/7/2020 | Global Eagle Entertainment Inc. | $3,200.00 | | | | | $3,200.00 |
| Medialink Entertainment Limited<br>Suite 1001, Tower 1, South Seas Centre<br>75 Mody Road<br>Tsim Sha Tsui East<br>Kowloon<br>Hong Kong | 149 | 9/11/2020 | Global Eagle Entertainment Inc. | $122,600.00 | | | | | $122,600.00 |
| Medialink Entertainment Limited<br>Suite 1001, Tower 1, South Seas Centre<br>75 Mody Road<br>Tsim Sha Tsui East, Kowloon<br>Hong Kong | 148 | 9/10/2020 | Airline Media Productions Inc. | $243,900.00 | | | | | $243,900.00 |
| Mediant Communications Inc<br>Finance Dept<br>400 Regency Forest Drive, Ste 200<br>Cary, NC 27518 | 3 | 8/4/2020 | Global Eagle Entertainment Inc. | $7,305.22 | | | | | $7,305.22 |
| Meta Data Systems Ltd<br>Studio 2, 61 Ridge Road<br>London N8 9LJ<br>United Kingdom | 35 | 8/3/2020 | Global Eagle Entertainment Inc. | $95,600.00 | | | | | $95,600.00 |
| Meta Data Systems Ltd<br>Studio 2, 61 Ridge Road<br>London N8 9LJ<br>United Kingdom | 208 | 10/2/2020 | Global Eagle Entertainment Inc. | $8,890.00 | | | | | $8,890.00 |
| Midnight Sun LLC<br>300 S. Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 218 | 10/5/2020 | Entertainment In Motion, Inc. | $399,333.00 | | | | | $399,333.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105 | 104 | 8/25/2020 | Global Eagle Entertainment Inc. | $219.04 | $1,099.47 | | | | $1,318.51 |
| Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105 | 105 | 8/25/2020 | Inflight Productions USA, Inc. | $1,081.30 | $4,740.53 | | | | $5,821.83 |
| MM2 ENTERTAINMENT PTE LTD<br>Blk 1002, Jalan Bukit Merah<br>#07-11<br>159456<br>Singapore | 38 | 8/4/2020 | Global Eagle Entertainment Inc. | $22,000.00 | | | | | $22,000.00 |
| N.M.PRO.FZ.LLC<br>Office #20, Ground Floor<br>Building #8, Dubai Media City<br>POBox 502068<br>Dubai 502068<br>United Arab Emirates | 124 | 9/2/2020 | Global Eagle Entertainment Inc. | $4,500.00 | | | | | $4,500.00 |
| Nagoya Broadcasting Network Co., Ltd.<br>5-9-8, Ginza, Chuou-ku<br>Tokyo 104-0061<br>Japan | 122 | 9/8/2020 | Global Eagle Entertainment Inc. | $800.00 | | | | | $800.00 |
| National Security Systems<br>14761 Franklin Ave Ste A<br>Tustin, CA 92780 | 106 | 8/25/2020 | Global Eagle Entertainment Inc. | $275.00 | | | | | $275.00 |
| New Jersey Department of Labor and Workforce Development<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 | 206 | 9/22/2020 | Emerging Markets Communications, LLC | | $287.12 | | | | $287.12 |
| New Jersey Department of Labor and Workforce Development<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 | 195 | 9/17/2020 | Emerging Markets Communications, LLC | | $287.12 | | | | $287.12 |
| New Mexico Department of Workforce Solutions<br>P. O. Box 1928<br>Albuquerque, NM 87103 | 97 | 8/21/2020 | Global Eagle Entertainment Inc. | | $1,093.82 | | | | $1,093.82 |
| New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | 127 | 8/24/2020 | Global Eagle Entertainment Inc. | $6.80 | $350.82 | | | | $357.62 |
| Novolink Communications, Inc.<br>699 S. Friendswood Drive, Suite 103<br>Friendswood, TX 77546 | 82 | 8/19/2020 | Emerging Markets Communications, LLC | $380.72 | $73.23 | | | | $453.95 |
| Okta, Inc.<br>100 First St, Suite 600<br>San Francisco, CA 94105 | 11 | 8/13/2020 | Global Eagle Entertainment Inc. | | | | $71,205.02 | | $71,205.02 |
| Onexp GmbH<br>Van Nelleweg 1 Unit 3521<br>Rotterdam 3044 BC<br>The Netherlands | 142 | 9/9/2020 | Maritime Telecommunications Network, Inc. | $0.00 | | | | | $0.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Page, Brenda<br>1288 W Wylie Bridge Road<br>Woodstock, GA 30188 | 123 | 9/5/2020 | Global Eagle Entertainment Inc. | | $500.00 | | | | $500.00 |
| Palace Enterprises Pty Ltd<br>PALACE FILMS<br>LEVEL 1<br>122 TOORAK RD<br>STH YARRA 3141<br>AUSTRALIA | 71 | 8/12/2020 | Global Eagle Entertainment Inc. | $19,000.00 | | | | | $19,000.00 |
| Pan Pacific Electronics, Inc.<br>17985 NE 65th Street<br>Redmond, WA 98052 | 115 | 8/28/2020 | Global Eagle Entertainment Inc. | $45,433.85 | | | | | $45,433.85 |
| PATHE PRODUCTIONS LIMITED<br>6 RAMILLIES STREET<br>4TH FLOOR<br>LONDON W1F 7TY<br>UNITED KINGDOM | 24 | 7/31/2020 | Entertainment In Motion, Inc. | $95,477.24 | | | | | $95,477.24 |
| PATHE PRODUCTIONS LIMITED<br>James Clarke<br>Pathe<br>4th Floor<br>6 Ramillies Street<br>London W1F 7TY<br>UNITED KINGDOM | 103 | 8/25/2020 | Entertainment In Motion, Inc. | $750,408.22 | | | | | $750,408.22 |
| PCM<br>Insight Direct USA, Inc.<br>c/o Michael L.Walker<br>6820 S. Harl Ave.<br>Tempe, AZ 85283 | 90 | 8/20/2020 | Global Eagle Entertainment Inc. | $18,289.10 | | | | | $18,289.10 |
| PINKFONG USA, INC.<br>750 N SAN VICENTE BLVD<br>STE 800 WEST<br>WEST HOLLYWOOD, CA 90069 | 174 | 9/28/2020 | Global Eagle Entertainment Inc. | $8,400.00 | | | | | $8,400.00 |
| PINKFONG USA, INC.<br>750 N SAN VICENTE BLVD<br>STE 800 WEST<br>WEST HOLLYWOOD, CA 90069 | 176 | 9/22/2020 | Global Eagle Entertainment Inc. | $6,300.00 | | | | | $6,300.00 |
| Potential Films Pty Ltd<br>Potential Films<br>Level 1, 110a Argyle St<br>Fitzroy, Vic 3065<br>Australia | 157 | 9/16/2020 | Global Eagle Entertainment Inc. | $1,500.00 | | | | | $1,500.00 |
| Reed Smith LLP<br>Global Solutions - Pittsburgh<br>20 Stanwix Street<br>Suite 1200<br>Pittsburgh, PA 15222 | 81 | 8/19/2020 | Global Eagle Entertainment Inc. | $14,504.12 | | | | | $14,504.12 |
| Refrigeration Services Incorporated<br>PO Box 727<br>Allenwood, NJ 08720-0727 | 14 | 7/29/2020 | Global Eagle Entertainment Inc. | $13,333.49 | | | | | $13,333.49 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Roadshow Films Pty Ltd<br>Level 4, 235 Pyrmont Street<br>Pyrmont, NSW 2009<br>Australia | 63 | 8/11/2020 | Global Eagle Entertainment Inc. | $5,000.00 | | | | | $5,000.00 |
| Roadshow Films Pty Ltd<br>Susan Lokadjaja, Credit Officer<br>Level 1, 500 Chapel Street<br>South Yarra 3141<br>Australia | 64 | 8/11/2020 | Inflight Productions USA, Inc. | $2,500.00 | | | | | $2,500.00 |
| Safe Media<br>Hamra, Makdessi Str.<br>Yunis Bldg. Office 302<br>Beirut 113-6316<br>Lebanon | 200 | 9/30/2020 | Global Eagle Entertainment Inc. | $16,300.00 | | | $16,300.00 | | $32,600.00 |
| SAFE MEDIA<br>Hamra, Makdessi Str.<br>Yunis Bldg. Office 302<br>PO BOX 113-6316<br>Beirut<br>Lebanon | 203 | 9/30/2020 | Global Eagle Entertainment Inc. | $16,300.00 | | | | | $16,300.00 |
| Schenker, Inc.<br>1305 Executive Boulevard<br>Suite 200<br>Chesapeake, VA 23320 | 58 | 8/7/2020 | Emerging Markets Communications, LLC | $29,450.64 | | | | | $29,450.64 |
| SDVI Corporation<br>440 North Wolf Road<br>Sunnyvale, CA 94085 | 26 | 7/31/2020 | Global Eagle Entertainment Inc. | $51,101.20 | | | | | $51,101.20 |
| SEARIDERS BROKERAGE CORP<br>5846 S Flamingo RD, PMB262<br>Ft Lauderdale, FL 33330 | 12 | 8/14/2020 | Emerging Markets Communications, LLC | $875.00 | | | | | $875.00 |
| Seariders Brokerage Corp<br>5846 S Flamingo RD, PMB-262<br>Ft Lauderdale, FL 33330 | 69 | 8/14/2020 | Global Eagle Entertainment Inc. | $290.00 | | | | | $290.00 |
| Shadoe Cleaning Renee Anderson<br>RENEE ANDERSON<br>557-A LLOYD ROAD<br>MATAWAN, NJ 07747 | 73 | 8/17/2020 | Global Eagle Entertainment Inc. | | $1,919.25 | | | | $1,919.25 |
| SIGNION SYSTEMS PVT. LTD.<br>ATTN: T. PRAVEEN KUMAR<br>PLOT 71&72 ANRICH, IDA BOLLARAM<br>HYDERABAD 502325<br>India | 56 | 8/7/2020 | Emerging Markets Communications, LLC | $32,555.00 | $10,000.00 | | | | $42,555.00 |
| Soloviev, Sergei<br>3/1, Zivopisnaya str, apt.169<br>Moscow 123103<br>Russia | 150 | 9/13/2020 | Global Eagle Entertainment Inc. | $53,825.74 | | | | | $53,825.74 |
| South Carolina Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211 | 88 | 8/20/2020 | Global Eagle Entertainment Inc. | $5.00 | $29.14 | | | | $34.14 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Staples Business Advantage<br>Staples / Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203 | 1 | 7/28/2020 | Global Eagle Entertainment Inc. | $4,536.37 | | | | | $4,536.37 |
| Staples Business Advantage<br>Staples / Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203 | 47 | 8/6/2020 | Maritime Telecommunications Network, Inc. | $7,059.10 | | | | | $7,059.10 |
| Staples Business Advantage<br>Staples / Tom Riggleman<br>7 Technology Circle<br>Columbia, SC 29203 | 48 | 8/6/2020 | Maritime Telecommunications Network, Inc. | $2,014.42 | | | | | $2,014.42 |
| State of New York Department of Labor<br>Governor W Averell Harriman State Office Building Campus<br>Unemployment Insurance Division<br>Building 12, Room 256<br>Albany, NY 12240 | 177 | 9/21/2020 | Global Eagle Entertainment Inc. | | $5.58 | | | | $5.58 |
| Storyteller Distribution Co., LLC dba Amblin Partners<br>Attn: Christopher Floyd<br>100 Universal City Plaza Bldg 5121<br>Universal City, CA 91608 | 120 | 9/1/2020 | Entertainment In Motion, Inc. | $41,773.14 | | | | | $41,773.14 |
| Storyteller Distribution Co., LLC dba Amblin Partners<br>Attn: Christopher Floyd<br>100 Universal City Plaza Bldg 5121<br>Universal City, CA 91608 | 189 | 9/24/2020 | Entertainment In Motion, Inc. | $51,648.39 | | | | | $51,648.39 |
| Studiocanal TV GmbH<br>Kaiser-Ludwig-Platz 5<br>Munich 80336<br>Germany | 171 | 9/21/2020 | Global Eagle Entertainment Inc. | $36,101.80 | | | | | $36,101.80 |
| Studiocanal TV GmbH<br>Nicolas Loock<br>Managing Director<br>5 Kaiser-Ludwig-Platz<br>Munich 80336<br>Germany | 172 | 9/21/2020 | Global Eagle Entertainment Inc. | $36,101.80 | | | | | $36,101.80 |
| T Mobile/T-Mobile USA Inc by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | 65 | 8/11/2020 | The Lab Aero, Inc. | $1,270.20 | | | | | $1,270.20 |
| TATA SIA AIRLINES LTD<br>Heemanshi Kapoor, Asst Manager<br>10th Floor, One Horizon Centre, Golf Course Road<br>Sector-43, DLF Phase-V<br>Guraon, HR 122003<br>India | 80 | 8/18/2020 | Global Eagle Entertainment Inc. | $1,175,055.80 | | | | | $1,175,055.80 |
| Technology Resource Center of America<br>2600 Virginia Circle<br>Denton, TX 76209 | 93 | 8/25/2020 | Global Eagle Entertainment Inc. | $958.80 | | | | | $958.80 |
| TELENOR SATELLITE AS<br>Snaroyveien 30<br>Fornebu 1360<br>Norway | 55 | 8/7/2020 | Global Eagle Entertainment Inc. | $112,173.13 | | | | | $112,173.13 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| The American Society of Composers, Authors & Publishers<br>Loeb & Loeb LLP<br>Schuyler G. Carroll<br>345 Park Avenue, New York NY 10154 | 219 | 10/5/2020 | Global Eagle Entertainment Inc. | $194,176.59 | | | | $324,134.00 | $518,310.59 |
| ThousandEyes, LLC (formerly ThousandEyes, Inc.)<br>Accounts Receivable<br>201 Mission Street, Suite 1700<br>San Francisco, CA 94105 | 185 | 9/23/2020 | Global Eagle Entertainment Inc. | $13,800.00 | | | | | $13,800.00 |
| TMS ENTERTAINMENT CO., LTD.<br>3-31-1, Nakano<br>Nakano-ku<br>Tokyo 164-0001<br>Japan | 162 | 9/16/2020 | Airline Media Productions Inc. | $4,000.00 | | | | | $4,000.00 |
| TMS Entertainment Co., Ltd.<br>3-31-1, Nakano<br>Nakano-ku, Tokyo 164-0001<br>Japan | 163 | 9/16/2020 | Airline Media Productions Inc. | $2,250.00 | | | | | $2,250.00 |
| TMS ENTERTAINMENT CO., LTD.<br>3-31-1, Nakano, Nakano-ku<br>Tokyo 164-0001<br>Japan | 161 | 9/16/2020 | Airline Media Productions Inc. | $1,500.00 | | | | | $1,500.00 |
| Toei Animation Enterprises Ltd<br>Unit 1064 Island Place Tower<br>510 King's Road<br>North Point<br>Hong Kong | 107 | 8/31/2020 | Global Eagle Entertainment Inc. | $14,000.00 | | | | | $14,000.00 |
| Toei Animation Enterprises Ltd<br>Unit 1604 Island Place Tower<br>510 King's Road<br>North Point<br>Hong Kong | 101 | 8/24/2020 | Global Eagle Entertainment Inc. | $14,000.00 | | | | | $14,000.00 |
| TONER CABLE EQUIPMENT INC<br>969 HORSHAM ROAD<br>HORSHAM, PA 19044 | 83 | 8/19/2020 | Maritime Telecommunications Network, Inc. | $555.84 | | | | | $555.84 |
| Tri State Marine<br>Suite 703, Level 7<br>155 King Street<br>Sydney, NSW 2000<br>Australia | 57 | 8/10/2020 | Maritime Telecommunications Network, Inc. | $16,299.43 | | | | | $16,299.43 |
| Turkish Airlines Technic (Turk Hava Yollari Teknikas)<br>Ahu Kayikci<br>Sabiha Gökçen Havalimani E Kapisi No:3 Pendik<br>Istanbul 34906<br>Turkey | 18 | 7/30/2020 | Global Eagle Entertainment Inc. | $435,793.99 | | | | | $435,793.99 |
| TV Asahi Corporation<br>International Business Department<br>c/o Ms. Yukie Uwakubo<br>6-9-1 Roppong, i Minato-ku<br>Tokyo 106-8001<br>Japan | 108 | 8/26/2020 | Global Eagle Entertainment Inc. | $29,000.00 | | | | | $29,000.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| TVF LTD<br>Susan Panchalingam<br>375 City Road<br>London EC1V 1NB<br>United Kingdom | 201 | 9/30/2020 | Inflight Productions USA, Inc. | $1,300.00 | | | $1,300.00 | | $2,600.00 |
| TVF LTD<br>SUSAN PANCHALINGAM<br>375 CITY ROAD<br>LONDON EC1V 1NB<br>UNITED KINGDOM | 202 | 9/30/2020 | Airline Media Productions Inc. | $2,900.00 | | | | | $2,900.00 |
| U.S. Bank National Association, as Indenture Trustee<br>Squire Patton Boggs<br>c/o Peter Morrison<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 | 182 | 9/25/2020 | Global Eagle Entertainment Inc. | $83,489,427.08 | | | | | $83,489,427.08 |
| Uline, Inc<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | 146 | 8/28/2020 | Global Eagle Entertainment Inc. | $1,150.15 | | | | | $1,150.15 |
| Umbrella Entertainment Pty Ltd<br>Jeffrey Harrison<br>Unity 13, 79-83 High Street<br>Kew Melbourne , Victoria  3101<br>Australia | 99 | 8/24/2020 | Global Eagle Entertainment Inc. | $6,900.00 | | | | | $6,900.00 |
| Universal Music Operations Ltd<br>4 Pancras Square<br>London N1C 4AG<br>United Kingdom | 175 | 9/22/2020 | Global Eagle Entertainment Inc. | $6,400.00 | | | | | $6,400.00 |
| Uptown Express LLC.<br>PO Box 772946<br>Coral Springs, FL 33077 | 23 | 7/30/2020 | Global Eagle Entertainment Inc. | $13,800.00 | | | $3,950.00 | | $17,750.00 |
| US Electrodynamics, Inc. (USEI<br>John Whiteley<br>66C Teleport Drive. PO Box 430<br>Brewster, WA 98812 | 156 | 9/14/2020 | Global Eagle Entertainment Inc. | $271,264.86 | | | | | $271,264.86 |
| van Berge Henegouwen Installaties B.V.<br>Brian Lucien Faerber, Director Fleet Services<br>Pieter Braaijweg 1<br>Amsterdam-Duivendrecht 1114 AJ<br>Netherlands | 28 | 7/31/2020 | Maritime Telecommunications Network, Inc. | $56,806.05 | | | | | $56,806.05 |
| Vision Media Management & Fulfillment, LLC<br>29125 Avenue Paine<br>Valencia, CA 91355 | 9 | 8/11/2020 | Global Eagle Entertainment Inc. | $2,400.00 | | | | | $2,400.00 |
| Vision Media Management & Fulfillment, LLC<br>29125 Avenue Paine<br>Valencia, CA 91355 | 10 | 8/11/2020 | Entertainment In Motion, Inc. | $5,840.00 | | | | | $5,840.00 |
| VisionAir City Guides Ltd<br>16 Southside Quarter<br>38 Burns Road<br>London SW11 5GY<br>United Kingdom | 72 | 8/15/2020 | Global Eagle Entertainment Inc. | $4,200.00 | | | | | $4,200.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| VisionAir City Guides Ltd<br>16 Southside Quarter<br>38 Burns Road<br>London SW11 5GY<br>United Kingdom | 74 | 8/15/2020 | Global Eagle Entertainment Inc. | $200.00 | | | | | $200.00 |
| Vitality International Co., Limited<br>6F, No.649, Zhongzheng Rd., Xinzhuang Dist.<br>New Taipei City 24257<br>Taiwan | 67 | 8/14/2020 | Inflight Productions USA, Inc. | $22,300.00 | | | | | $22,300.00 |
| Vitality International Co., Limited<br>6F, No.649, Zhongzheng Rd., Xinzhuang Dist.<br>New Taipei City 24257<br>Taiwan | 70 | 8/14/2020 | Global Eagle Entertainment Inc. | $269,800.00 | | | | | $269,800.00 |
| Voice & Script International Ltd<br>128-134 Cleveland Street<br>London W1T 6AB<br>United Kingdom | 128 | 9/2/2020 | Global Eagle Entertainment Inc. | | | $158,646.00 | | | $158,646.00 |
| Vyvx, LLC<br>Lumen Technologies Group<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | 214 | 10/5/2020 | Maritime Telecommunications Network, Inc. | $13,156.53 | | | | | $13,156.53 |
| Warburton Landscapes Ltd<br>Oakwood Nurseries<br>Chelford Road<br>Ollerton, Knutsford WA16 8SE<br>United Kingdom | 160 | 9/16/2020 | Global Eagle Entertainment Inc. | $240.00 | | | | | $240.00 |
| Wells Fargo Financial Leasing, Inc.<br>Attn: Lisa Boddicker<br>1010 Thomas Edison Blvd, SW<br>Cedar Rapids, IA 52404 | 197 | 9/24/2020 | Maritime Telecommunications Network, Inc. | $4,848.93 | | | | | $4,848.93 |
| Wells Fargo Vendor Financial Services, LLC<br>Attn: Lisa Boddicker<br>1010 Thomas Edison Blvd, SW<br>Cedar Rapids, IA 52404 | 190 | 9/24/2020 | Global Eagle Entertainment Inc. | $20,095.89 | | | | | $20,095.89 |
| WilTel Communications, LLC<br>Lumen Technologies Group<br>Attn: Legal - BKY<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 | 217 | 10/5/2020 | Maritime Telecommunications Network, Inc. | $7,853.57 | | | | | $7,853.57 |
| XTAR LLC<br>43777 Central Station Drive<br>Suite 360<br>Ashburn, VA 20147 | 8 | 8/10/2020 | MTN Government Services, Inc. | $211,730.00 | | | | | $211,730.00 |
| XTAR LLC<br>43777 Central Station Drive<br>Suite 360<br>Ashburn, VA 20147 | 59 | 8/10/2020 | MTN Government Services, Inc. | $211,730.00 | | | | | $211,730.00 |

Claim Register
In re Global Eagle Entertainment Inc., et al.
Case No. 20-11835

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| XTAR LLC<br>43777 Central Station Drive<br>Suite 360<br>Ashburn, VA 20147 | 60 | 8/10/2020 | MTN Government Services, Inc. | $211,730.00 | | | | | $211,730.00 |
| Yachtcomputing, LC<br>10300 SW 64th Street<br>Miami, FL 33173 | 95 | 8/26/2020 | Maritime Telecommunications Network, Inc. | $7,964.76 | | | | | $7,964.76 |
| YACHTSAT INC.<br>2732 NE 28TH ST.<br>FORT LAUDERDALE, FL 33306 | 2 | 7/31/2020 | Maritime Telecommunications Network, Inc. | $3,688.77 | | | | | $3,688.77 |
| Yomiuri Telecasting Corporation<br>20F NTV Tower, 1-6-1 Higashi Shimbashi, Minato-ku<br>Tokyo 105-7420<br>Japan | 158 | 9/16/2020 | Global Eagle Entertainment Inc. | $2,200.00 | | | | | $2,200.00 |