## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re: : Chapter 11
:
GLOBAL EAGLE ENTERTAINMENT : Case No. 20-11835 (JTD)
INC., *et al.*,[1] :
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------- x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
### NOVEMBER 5, 2020 AT 2:00 P.M. (ET)

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST APPEAR THROUGH COURTCALL.**

**TO APPEAR TELEPHONICALLY, PARTIES SHOULD CONTACT COURTCALL, LLC AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

**RESOLVED MATTERS**

1. Motion of Debtors for Entry of Order (I) Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [D.I. 503, 10/14/20]

    Objection Deadline:   October 28, 2020 at 4:00 p.m. (ET)

    Objections Filed:   None

    Related Documents:

    A.   Certificate of No Objection [D.I. 544, 10/29/20]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA, Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 1821 E. Dyer Road, Suite 125, Santa Ana, California 92705.

        B.      Order (I) Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [D.I. 550, 11/2/20]

Status: An order has been entered. No hearing is required.

2. Motion of Debtors for Entry of Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [D.I. 504, 10/14/20]

   Objection Deadline:   October 28, 2020 at 4:00 p.m. (ET)

   Objections Filed:   None

   Related Documents:

       A.    Certificate of No Objection [D.I. 541, 10/29/20]

       B.    Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [D.I. 551, 11/2/20]

   Status: An order has been entered. No hearing is required.

3. Motion of Debtors for Entry of Order (I) Authorizing Debtors to (A) Reject a Certain Unexpired Lease, Effective as of September 30, 2020, and (B) Abandon De Minimis Property in Connection Therewith, and (II) Granting Related Relief [D.I. 505, 10/14/20]

   Objection Deadline:   October 28, 2020 at 4:00 p.m. (ET)

   Objections Filed:   None

   Related Documents:

       A.    Certificate of No Objection [D.I. 543, 10/29/20]

       B.    Order (I) Authorizing Debtors to (A) Reject a Certain Unexpired Lease, Effective as of September 30, 2020, and (B) Abandon de Minimis Property in Connection Therewith, and (II) Granting Related Relief [D.I. 552, 11/2/20]

   Status: An order has been entered. No hearing is required.

4. Motion of Debtors for Entry of Order (I) Amended Case Caption to Reflect Change of Address, Effective as of September 30, 2020, and (II) Granting Related Relief [D.I. 506, 10/14/20]

   Objection Deadline:   October 28, 2020 at 4:00 p.m. (ET)

    Objections Filed:    None

    Related Documents:

        A.    Certificate of No Objection [D.I. 542, 10/29/20]

        B.    Order (I) Amending Case Caption to Reflect Change of Address as of September 30, 2020, and (II) Granting Related Relief [D.I. 553, 11/2/20]

    Status: An order has been entered.  No hearing is required.

**CONTESTED MATTER GOING FORWARD**

5.    First Monthly Application of Latham & Watkins LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to Debtors and Debtors in Possession for the Period July 22, 2020 Through August 21, 2020  [D.I. 407, 9/18/20]

    Objection Deadline:    October 8, 2020 at 4:00 p.m. (ET)

    Objections Received:

        A.    Objection of BMG Rights Management (US), LLC [D.I. 468, 10/8/20]

    Related Documents:

        A.    Reply of Latham & Watkins LLP in Support of Monthly Fee Application [D.I. 556, 11/2/2020]

    Status: This matter will be going forward.

Dated: November 3, 2020
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Betsy L. Feldman*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
      kcoyle@ycst.com
      bfeldman@ycst.com

-and-

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
      madeleine.parish@lw.com

-and-

Ted A. Dillman (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: ted.dillman@lw.com
      helena.tseregounis@lw.com
      nicholas.messana@lw.com

*Counsel for Debtors and Debtors in Possession*