IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
GLOBAL EAGLE ENTERTAINMENT                              :    Case No. 20-11835 (JTD)
INC., *et al.*,[1]                                      :
                                                        :    (Jointly Administered)
         Debtors.                                       :
                                                        :
------------------------------------------------------- x

## NOTICE OF CUSTOMARY ANNUAL RATE INCREASE

1.  On August 28, 2020, the Court entered an order [Docket No. 276] (the "**Retention Order**")[2] authorizing the Debtors to retain and employ Latham & Watkins LLP ("**L&W**") as their bankruptcy co-counsel.

2.  This notice is being provided pursuant to paragraph 6 of the Retention Order, which requires L&W to provide 10 business days' notice to the Debtors, the U.S. Trustee, and the Committee before any increase in the hourly rates of L&W professionals.

3.  L&W's hourly rates are reviewed and revised from time to time and are subject to periodic adjustment. In the ordinary course of L&W's business and in keeping with L&W's established billing practices and procedures, L&W's standard billing rates will be adjusted firm-wide on January 1, 2021. Specifically, L&W's standard billing rates that will take effect on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions, Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 1821 E. Dyer Road, Suite 125, Santa Ana, California 92705.

[2] Capitalized terms used herein but not defined shall have the meanings ascribed to such terms in the Retention Order.

January 1, 2021 for lawyers and paraprofessionals who may work on matters related to the Chapter 11 Cases will range as follows:

| Billing Category | Range |
|---|---|
| Partners | $1,180 to $1,810 |
| Counsel | $1,150 to $1,580 |
| Associates | $615 to $1,195 |
| Professional Staff | $180 to $930 |
| Paralegals | $240 to $560 |

Dated: December 11, 2020  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Wilmington, Delaware

 /s/ Betsy L. Feldman
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
    kcoyle@ycst.com
    bfeldman@ycst.com

-and-

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Andrew C. Ambruoso (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
    andrew.ambruoso@lw.com
    jon.weichselbaum@lw.com

-and-

Ted A. Dillman (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email:  ted.dillman@lw.com
           helena.tseregounis@lw.com
           nicholas.messana@lw.com

*Counsel for Debtors and Debtors in Possession*