IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                      :

In re:                                                 :      Chapter 11

GLOBAL EAGLE ENTERTAINMENT     :      Case No. 20-11835 (JTD)
INC., *et al.*,[1]                                     :
                                                     :      (Jointly Administered)
            Debtors.                             :
                                                     :
------------------------------------------------------------ x

### ORDER (I) APPROVING STIPULATION MODIFYING AUTOMATIC STAY AND AUTHORIZING TERMINATION OF CONTRACT AND (II) GRANTING RELATED RELIEF

Upon consideration of the stipulation attached hereto as **Exhibit 1** (the "**Stipulation**")[2] by and among the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Warner Music, Inc. ("**WMI**"), and Warner Music International Services Limited ("**WMISL**", together with WMI, "**Warner Music**"); and this Court having reviewed the Stipulation; and this Court having jurisdiction to consider the Stipulation and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions, Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 1821 E. Dyer Road, Suite 125, Santa Ana, California 92705.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Stipulation.

found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Stipulation has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. The Stipulation is approved as fair, reasonable, and adequate, and the terms and conditions of the Stipulation are incorporated into this Order as if fully set forth herein.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the terms of the Stipulation.

4. This Order shall become effective immediately upon its entry and shall not be stayed notwithstanding anything in the Bankruptcy Rules to the contrary.

5. This Court shall retain jurisdiction with respect to the Stipulation and any matters related to or arising from the Stipulation and the implementation of this Order.

Dated: December 17th, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE