IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
GLOBAL EAGLE ENTERTAINMENT                             :   Case No. 20-11835 (JTD)
INC., et al.,¹                                         :
                                                       :   (Jointly Administered)
              Debtors.                                 :
                                                       :
------------------------------------------------------ x
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 29, 2021 AT 1:00 P.M. (ET)

> **PLEASE TAKE NOTICE**: All remote hearings scheduled before Judge Dorsey on or after Tuesday, January 19th will be conducted entirely over Zoom and will require all participants to register in advance. CourtCall will no longer be used to dial in unless otherwise specified by chambers. This hearing will be held via Zoom only. Any party wishing to appear must register no later than one (1) hour prior to the hearing at the link below:
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcOqvqzwuGYBl8XagKnlJbD3wIWuOmWU

## CONTESTED MATTER GOING FORWARD

1. Second Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 736, 1/26/21]

    Objection Deadline:  January 19, 2021 at 4:00 p.m. (ET), extended for certain parties

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Global Eagle Entertainment Inc. (7800), Airline Media Productions Inc. (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, Inc. (3908), Global Eagle Entertainment Operations Solutions, Inc. (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), Inc. (2120), Inflight Productions USA, Inc. (8493), Maritime Telecommunications Network, Inc. (9974), MTN Government Services, Inc. (6069), MTN International, Inc. (8559), MTN License Corp. (0314), N44HQ, LLC (0570), Post Modern Edit, Inc. (6256), Row 44, Inc. (2959), and The Lab Aero, Inc. (9831). The Debtors' address is 1821 E. Dyer Road, Suite 125, Santa Ana, California 92705.

Objections Filed:

    A.    Limited Objection of Constantin Film Verleih Gmbh to Proposed Order Confirming First Amended Plan Joint Plan of Liquidation for Global Eagle Entertainment Inc. and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 712, 1/19/21]

    B.    Limited Objection and Reservation of Rights of SES S.A. and Its Related Affiliates to Debtors' Motion Approving Sale of Assets [D.I. 714, 1/19/21]

    C.    Objection by the United States to the First Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 715, 1/19/21]

    D.    Limited Objection of the Chubb Companies to First Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 729, 1/25/21]

    E.    Informal Responses:

        1. Weil, Gotshal & Manges LLP (counsel to Citibank, N.A. as First Lien Agent)
        2. Broadcast Media, Inc.
        3. The American Society of Composers, Authors & Publishers
        4. Southwest Airlines Co.
        5. Paramount Pictures Corporation

Related Documents:

    A.    Order (I) Approving Disclosure Statement, (II) Establishing Voting Record Date, Voting Deadline and Other Dates, (III) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Confirmation Objections, (IV) Approving Manner and Form of Notice and Other Documents, and (V) Granting Related Relief [D.I. 645, 12/14/20]

    B.    Opt-Out Notice of Non-Voting Status [D.I. 651, 12/15/20]

    C.    Opt-In Notice of Non-Voting Status [D.I. 652, 12/15/20]

    D.    Notice to Contract and Lease Counterparties of (A) Proposed Confirmation of Chapter 11 Plan, and (B) Non-Voting Status [D.I. 653, 12/15/20]

    E.    Notice of (A) Approval of Disclosure Statement, (B) Plan Confirmation Hearing and (C) Deadline to Object to Confirmation of Plan [D.I. 654, 12/15/20]

F.     First Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 658, 12/16/20]

G.     Disclosure Statement for First Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 659, 12/16/20]

H.     Plan Supplement for the First Amended Joint Plan of Liquidation for Global Eagle Entertainment and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 704, 1/12/21]

I.     Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Plan of Liquidation for Global Eagle Entertainment and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 711, 1/15/21]

J.     Notice of Assumption of Lease/Executory Contract – Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [D.I. 731, 1/25/21]

K.     Notice of Assumption of Lease/Executory Contract [D.I. 735, 1/26/21]

L.     Notice of Filing of Blackline of Second Amended Plan [D.I. 737, 1/26/21]

M.     Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Plan of Liquidation for Global Eagle Entertainment and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 738, 1/26/21]

N.     Declaration of Jonathan Goulding in Support of Entry of an Order Confirming Second Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 739, 1/26/21]

O.     Debtors' (A) Memorandum of Law in Support of Confirmation of the Second Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to Objections to Confirmation [D.I. 741, 1/26/21]

P.     Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Plan of Liquidation for Global Eagle Entertainment Inc. and Its Affiliate Debtors Under chapter 11 of the Bankruptcy Code [D.I. 742, 1/26/21]

Status: The Debtors have resolved all of the informal and formal objections. The hearing will be going forward on a consensual basis.

27529692.3

**FEE APPLICATIONS**

2.  First Interim Fee Applications

    Related Documents:

        A.    See attached, Schedule 1

        B.    Certification of Counsel Regarding Omnibus Order Approving First Interim Fee Applications of Professionals [D.I. 745, 1/27/21]

        C.    Omnibus Order Approving First Interim Fee Applications of Professionals [D.I. 747, 1/27/21]

    Status: An order has been entered. No hearing is required.

| | |
|---|---|
| Dated:  January 27, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kara Hammond Coyle*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>          kcoyle@ycst.com<br>          bfeldman@ycst.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Helena G. Tseregounis (admitted *pro hac vice*)<br>Nicholas J. Messana (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br>Email:  ted.dillman@lw.com<br>          helena.tseregounis@lw.com<br>          nicholas.messana@lw.com<br><br>-and-<br><br>George A. Davis (admitted *pro hac vice*)<br>Andrew C. Ambruoso (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  george.davis@lw.com<br>          andrew.ambruoso@lw.com<br>          jon.weichselbaum@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |

27529692.3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GLOBAL EAGLE ENTERTAINMENT, INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 20-11835 (JTD)<br>)<br>) Jointly Administered<br>)<br>) **Hearing Date: 1/29/21 at 1:00 p.m. (ET)** |

## SCHEDULE 1
## FEE APPLICATION INDEX
## <u>FIRST INTERIM FEE REQUEST</u>

A. First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, Co-Counsel for the Debtors, for the Period From July 22, 2020 Through and Including September 30, 2020 [D.I. 586, 11/16/20]

    1. Monthly Application for the Period July 22, 2020 through August 31, 2020 [D.I. 387, 9/11/20]

    2. Certificate of No Objection [D.I. 446, 10/2/20]

    3. Monthly Application for the Period September 1, 2020 through September 30, 2020 [D.I. 533, 10/26/20]

    4. Certificate of No Objection [D.I. 620, 12/7/20]

    5. Supplement to First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 588, 11/16/20]

    6. Fee Examiner's Final Report Regarding First Quarterly Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 717, 1/20/21]

B. First Interim Fee Application of Latham & Watkins LLP as Counsel to the Debtors, for the Period From July 22, 2020 Through and Including September 30, 2020 [D.I. 586, 11/16/20]

    1. Monthly Application for the Period July 22, 2020 through August 31, 2020 [D.I. 407, 9/18/20]

    2. Certification of Counsel [D.I. 563, 11/5/20]

    3. Monthly Application for the Period September 1, 2020 through September 30, 2020 [D.I. 549, 10/30/20]

27529692.3

4. Certificate of No Objection [D.I. 596, 11/20/20]

5. Supplement to First Interim Fee Request [D.I. 587, 11/16/20]

6. Fee Examiner's Final Report Regarding First Quarterly Fee Application of Latham & Watkins LLP [D.I. 718, 1/20/21]

C. First Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Debtors for the Period from July 22, 2020 Through and Including September 30, 2020 [D.I. 559, 11/3/20]

1. Monthly Application for the Period July 22, 2020 through August 31, 2020 [D.I. 409, 9/21/20]

2. Certificate of No Objection [D.I. 507, 10/14/20]

3. Monthly Application for the Period September 1, 2020 through September 30, 2020 [D.I. 534, 10/26/20]

4. Certificate of No Objection [D.I. 614, 12/3/20]

5. Fee Examiner's Final Report Regarding First Quarterly Fee Application of Alvarez & Marsal North America, LLC [D.I. 722, 1/20/21]

D. First Interim Fee Application of PricewaterhouseCoopers LLP for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Debtors for the Period from July 22, 2020 Through and Including September 30, 2020 [D.I. 586, 11/16/20]

1. Monthly Application for the Period July 22, 2020 through September 30, 2020 [D.I. 569, 11/11/20]

2. Certificate of No Objection [D.I. 618, 12/4/20]

3. Fee Examiner's Final Report Regarding First Quarterly Fee Application of otter PricewaterhouseCoopers LLP [D.I. 724, 1/20/21]

E. First Interim Fee Application of Greenhill & Co., LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Debtors for the Period from July 22, 2020 Through and Including September 30, 2020 [D.I. 586, 11/16/20]

1. Monthly Application for the Period July 22, 2020 through August 31, 2020 [D.I. 582, 11/16/20]

2. Certificate of No Objection [D.I. 624, 12/8/20]

   3. Monthly Application for the Period September 1, 2020 through September 30, 2020 [D.I. 583, 11/16/20]

   4. Certificate of No Objection [D.I. 625, 12/8/20]

   5. Fee Examiner's Final Report Regarding First Quarterly Fee Application of Greenhill & Co., LLC [D.I. 723, 1/20/21]

 F. First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Counsel to the Official Committee of Unsecured Creditors of Global Eagle Entertainment Inc., et al., for the Period From August 6, 2020 Through and Including September 30, 2020 [D.I. 584, 11/16/20]

   1. Monthly Application for the Period August 6, 2020 through August 31, 2020 [D.I. 523, 10/19/20]

   2. Certificate of No Objection [D.I. 567, 11/10/20]

   3. Monthly Application for the Period September 1, 2020 through September 30, 2020 [D.I. 568, 11/10/20]

   4. Certificate of No Objection [D.I. 612, 12/1/20]

   5. Fee Examiner's Final Report Regarding First Quarterly Fee Application of Akin Gump Strauss Hauer & Feld LLP [D.I. 720, 1/20/21]

 G. First Interim Fee Application of Ashby & Geddes, P.A., as Delaware Counsel to the Official Committee of Unsecured Creditors of Global Eagle Entertainment Inc., et al., for the Period From August 7, 2020 Through and Including September 30, 2020 [D.I. 589, 11/16/20]

   1. Monthly Application for the Period August 7, 2020 through September 30, 2020 [D.I. 554, 11/2/20]

   2. Certificate of No Objection [D.I. 602, 11/24/20]

   3. Fee Examiner's Final Report Regarding First Quarterly Fee Application of Ashby & Geddes, P.A. [D.I. 719, 1/20/21]

 H. First Interim Fee Application of Perella Weinberg Partners, as Investment Banker to the Official Committee of Unsecured Creditors of Global Eagle Entertainment Inc., et al., for the Period From August 6, 2020 Through and Including September 30, 2020 [D.I. 585, 11/16/20]

   1. Combined First and Second Application for the Period August 6, 2020 Through September 30, 2020 [D.I. 580, 11/13/20]

2. Certificate of No Objection [D.I. 617, 12/4/20]

3. Fee Examiner's Final Report Regarding First Quarterly Fee Application of Perella Weinberg Partners [D.I. 725, 1/20/21]

27529692.3