## SCHEDULE 1

Amended Claims

Global Eagle Entertainment Inc. 20-11835 (JTD)
Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MEDIALINK ENTERTAINMENT LIMITED SUITE 1001, TOWER 1, SOUTH SEAS CENTRE 75 MODY ROAD KOWLOON TSIM SHA TSUI EAST, HONG KONG | 09/10/20 | Airline Media Productions Inc. 20-11836 (JTD) | 148 | $ 243,900.00 | MEDIALINK ENTERTAINMENT LIMITED SUITE 1001B, 10/F, TOWER 1 SOUTH SEAS CENTRE TSIM SHA TSUI EAST, KOWLOON, HONG KONG | 02/01/21 | Airline Media Productions Inc. 20-11836 (JTD) | 622 | $ 213,900.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | STATE OF MICHIGAN DEPARTMENT OF TREASURY 3030 W. GRAND BLVD. STE 10-2100 DETROIT, MI 48202 | 01/07/21 | MTN Government Services, Inc. 20-11846 (JTD) | 595 | $ 80,752.39* | STATE OF MICHIGAN DEPARTMENT OF TREASURY HEATHER L. DONALD (P57351) 3030 W. GRAND BLVD. STE. 10-200 DETROIT, MI 48202 | 03/19/21 | MTN Government Services, Inc. 20-11846 (JTD) | 639 | $ 44,683.13 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## SCHEDULE 2

Late-Filed Claims

28016199.1

Global Eagle Entertainment Inc. 20-11835 (JTD)
Late-Filed Claims

| | NAME | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | EAGLE FILMS MIDDLE EAST LLC<br>OFFICE 505 CITY TOWER ONE<br>SHEIKH ZAYED ROAD<br>DUBAI, 114849<br>UNITED ARAB EMIRATES | 4/12/2021 | Global Eagle Entertainment Inc. | 645 | $ 37,500.00 | The claimant filed the claim after the General Bar Date of November 9, 2020. |
| 2 | FEDEX CORPORATE SERVICES INC.<br>ASSIGNEE OF FEDEX EXPRESS/GROUD/FREIGHT/OFFICE<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116-5017 | 12/16/2020 | Global Eagle Entertainment Inc. | 580 | $ 62,852.87 | The claimant filed the claim after the General Bar Date of November 9, 2020. |
| 3 | LUCKY YOU<br>188 RUE DE LA ROQUETTE<br>PARIS, 75011<br>FRANCE | 3/18/2021 | Global Eagle Entertainment Inc. | 638 | $ 21,320.00 | The claimant filed the claim after the General Bar Date of November 9, 2020. The claimant filed the claim to amend and supersede an earlier, timely filed proof of claim. |
| 4 | MILLIMAGES<br>SERVICE JURIDIQUE<br>88 RUE DE LA FOLIE MÉRICOURT<br>PARIS, 75011<br>FRANCE | 3/24/2021 | Global Eagle Entertainment Inc. | 640 | $ 2,550.00 | The claimant filed the claim after the General Bar Date of November 9, 2020. |
| | | | | TOTAL | $ 124,222.87 | |