## SCHEDULE 1

No Liability Claims

SCHEDULE 1

Global Eagle Entertainment Inc. 20-11835 (JTD)
No Liability Claims

| | NAME | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | FIALCOWITZ, GREGG C/O TIMOTHY D. MCGONIGLE, ESQ/TIMOTHY D. MCGONIGLE PROF. CORP. 1880 CENTURY PARK EAST SUITE 516 LOS ANGELES, CA 90067 | 11/9/2020 | Global Eagle Entertainment Inc. | 489 | $ 2,036,717.10* | The Debtors have obtained a net recovery against Mr. Fialcowitz in the litigation proceeding referenced in this claim, which the Debtors are seeking to recover, and the parties have filed cross-appeals. Because the Debtors do not have any liability to Mr. Fialcowitz, the Debtors are seeking to disallow and expunge this claim. |
| 2 | PT. KHARISMA STARVISION PLUS JL. CEMPAKA PUTIH RAYA NO1 A JAKARTA PUSAT, 10510 INDONESIA | 2/24/2021 | Global Eagle Entertainment Inc. | 633 | $ 9,750.00 | No liability exists on the Debtors' books and records. The invoice was submitted to non-Debtor entities. |
| 3 | PT. KHARISMA STARVISION PLUS J1. CEMPAKA PUTIH RAYA NO. 11 A JAKARTA PUSAT, 10510 INDONESIA | 3/2/2021 | Global Eagle Entertainment Inc. | 637 | $ 9,750.00 | No liability exists on the Debtors' books and records. The invoice was submitted to non-Debtor entities. |
| 4 | QEST QUANTENELEKTRONISCHE SYSTEME GMBH NELSON MULLINS RILEY & SCARBOROUGH LLP ATTN: GRAHAM S MITCHELL PO BOX 11070 COLUMBIA, SC 29211 | 11/9/2020 | Row 44, Inc. | 454 | $ 1,979,500.00 | Certain Executory Contracts with this party were assumed and assigned to the Purchaser in connection with the closing of the Sale Transaction pursuant to separate agreement with this party. Pursuant to agreement with this party, the Purchaser will pay all agreed-upon amounts on an agreed schedule, and entry in the agreement including payment of such amounts by the Purchaser resolves this claim. As a result, the Debtors are seeking to disallow and expunge this claim. |
| 5 | TELESAT CANADA HODGSON RUSS LLP GARRY M. GRABER, ESQ. 140 PEARL STREET, SUITE 100 GARRY M. GRABER BUFFALO, NY 14202 | 11/5/2020 | Emerging Markets Communications, LLC | 349 | $ 936,875.03* | Certain Executory Contracts with this party were assumed and assigned to the Purchaser in connection with the closing of the Sale Transaction pursuant to separate agreement with this party. Pursuant to agreement with this party, the Purchaser will pay all agreed-upon amounts on an agreed schedule, and entry in the agreement including payment of such amounts by the Purchaser resolves this claim. As a result, the Debtors are seeking to disallow and expunge this claim. |
| 6 | TELESAT CANADA GARRY M. GRABER, ESQ. HODGON RUSS LLP 140 PEARL STREET, SUITE 100 BUFFALO, NY 14202 | 11/5/2020 | Maritime Telecommunications Network, Inc. | 354 | $ 771,201.32* | Certain Executory Contracts with this party were assumed and assigned to the Purchaser in connection with the closing of the Sale Transaction pursuant to separate agreement with this party. Pursuant to agreement with this party, the Purchaser will pay all agreed-upon amounts on an agreed schedule, and entry in the agreement including payment of such amounts by the Purchaser resolves this claim. As a result, the Debtors are seeking to disallow and expunge this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## Global Eagle Entertainment Inc. 20-11835 (JTD)
## No Liability Claims

| | NAME | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 7 | TELESAT INTERNATIONAL LIMITED<br>GARRY M GRABER, ESQ<br>HODGSON RUSS LLP<br>140 PEARL STEET, SUITE 100<br>BUFFALO, NY 14202 | 11/5/2020 | Emerging Markets Communications, LLC | 351 | $ 1,001,682.30* | Certain Executory Contracts with this party were assumed and assigned to the Purchaser in connection with the closing of the Sale Transaction pursuant to agreement by the Debtors and this party. Pursuant to separate agreement with this party, the Purchaser will pay all agreed-upon amounts on an agreed schedule, and entry in the agreement including payment of such amounts by the Purchaser resolves this claim. As a result, the Debtors are seeking to disallow and expunge this claim. |
| 8 | TELESAT NETWORK SERVICES, INC.<br>HODGSON RUSS LLP<br>GARRY M. GRABER, ESQ.<br>140 PEARL STREET, SUITE 100<br>BUFFALO, NY 14202 | 11/5/2020 | Emerging Markets Communications, LLC | 352 | $ 2,403.08* | Certain Executory Contracts with this party were assumed and assigned to the Purchaser in connection with the closing of the Sale Transaction pursuant to agreement by the Debtors and this party. Pursuant to separate agreement with this party, the Purchaser will pay all agreed-upon amounts on an agreed schedule, and entry in the agreement including payment of such amounts by the Purchaser resolves this claim. As a result, the Debtors are seeking to disallow and expunge this claim. |
| 9 | THE WALT DISNEY COMPANY AND ITS AFFILIATES<br>500 S. BUENA VISTA STREET<br>BURBANK, CA 91521-8940 | 11/7/2020 | Global Eagle Entertainment Inc. | 436 | $ 2,695,819.04 | Certain Executory Contracts with this party were assumed and assigned to the Purchaser in connection with the closing of the Sale Transaction pursuant to agreement by the Debtors and this party. Pursuant to separate agreement with this party, the Purchaser will pay all agreed-upon amounts on an agreed schedule, and entry in the agreement including payment of such amounts by the Purchaser resolves this claim. As a result, the Debtors are seeking to disallow and expunge this claim. |
| 10 | U.S. CUSTOMS AND BORDER PROTECTION<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DR., SUITE 100<br>INDIANAPOLIS, IN 46278 | 1/13/2021 | Maritime Telecommunications Network, Inc. | 598 | Undetermined* | No liability exists on the Debtors' books and records for custom duties, fees, or charges. |
| 11 | U.S. CUSTOMS AND BORDER PROTECTION<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DR., SUITE 100<br>INDIANAPOLIS, IN 46278 | 1/13/2021 | Global Eagle Entertainment Inc. | 599 | Undetermined* | No liability exists on the Debtors' books and records for custom duties, fees, or charges. |
| 12 | U.S. CUSTOMS AND BORDER PROTECTION<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DR., SUITE 100<br>INDIANAPOLIS, IN 46278 | 1/13/2021 | Emerging Markets Communications, LLC | 600 | Undetermined* | No liability exists on the Debtors' books and records for custom duties, fees, or charges. |
| 13 | WORKBOARD, INC.<br>487 SEAPORT CT, SUITE 100<br>REDWOOD CITY, CA 94063 | 11/9/2020 | Global Eagle Entertainment Inc. | 459 | $ 282,306.26 | No liability exists on the Debtors' books and records. The Enterprise Master Subscription Agreement was terminated on 4/3/20. Invoices asserted in Proof of claim are for post-petition services from 8/13/20 to 8/12/21 which are after the termination of the contract. |
| | | | | TOTAL | $ 9,726,004.13* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2

## SCHEDULE 2

Reclassified Claims

Global Eagle Entertainment Inc. 20-11835 (JTD)
Reclassified Claims

| NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 ABS-CBN GLOBAL LIMITED LAWRENCE BUGAGAO REYES, REGIONAL FINANCE OFFICER 258 UNIT 20, PABLO OCAMPO ST., SAN ANTONIO VILLAGE MAKATI CITY, 1103 PHILIPPINES | 52 | Global Eagle Entertainment Inc. | 503(b)(9) | $19,466.05 | Global Eagle Entertainment Inc. | 503(b)(9) | $0.00 |
| | | Global Eagle Entertainment Inc. | Unsecured | $60,401.27 | Global Eagle Entertainment Inc. | Unsecured | $79,867.32 |
| | | | Subtotal | $79,867.32 | | Subtotal | $79,867.32 |

Reason: Claim for licensing fees is not considered a "good" for purposes of section 503(b)(9) of the Bankruptcy Code.

| 2 CDW DIRECT, LLC ATTN: RONELLE ERICKSON 200 N. MILWAUKEE AVE VERNON HILLS, IL 60061 | 98 | Global Eagle Entertainment Inc. | 503(b)(9) | $37,024.17 | Global Eagle Entertainment Inc. | 503(b)(9) | $26,179.13 |
|---|---|---|---|---|---|---|---|
| | | Global Eagle Entertainment Inc. | Unsecured | $55,893.81 | Global Eagle Entertainment Inc. | Unsecured | $66,738.85 |
| | | | Subtotal | $92,917.98 | | Subtotal | $92,917.98 |

Reason: Invoice #EN00285024 for monthly services and invoice #ZHQ9970 for electronic distribution of Adobe Acrobat are not considered "goods" for purposes of section 503(b)(9) of the Bankruptcy Code.

| 3 CEDARS ART PRODUCTION S.A , A COMPANY DULY INCORPORATED UNDER THE LAWS OF THE MARSHALL ISLANDS C/O MR. OTHMAN ARAKJI VERDUN STREET, IBIZA CENTER, 6TH FLOOR P.O BOX 563-113 BEIRUT, LEBANON | 34 | Airline Media Productions Inc. | 503(b)(9) | $33,000.00 | Airline Media Productions Inc. | 503(b)(9) | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | | Airline Media Productions Inc. | Unsecured | $33,000.00 |
| | | | | | | Subtotal | $33,000.00 |

Reason: Claim for TV series royalty rights is not considered a "good" for purposes of section 503(b)(9) of the Bankruptcy Code. Claim for royalty rights is also outside of the 20 day period for section 503(b)(9) of the Bankruptcy Code.

| 4 MATADORA FILMS PTY LTD 5 CAMPBELL STREET GLEBE, 2037 AUSTRALIA | 84 | Airline Media Productions Inc. | 503(b)(9) | $2,000.00 | Airline Media Productions Inc. | 503(b)(9) | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Airline Media Productions Inc. | Priority | $2,000.00 | Airline Media Productions Inc. | Priority | $0.00 |
| | | | Subtotal | $4,000.00 | Airline Media Productions Inc. | Unsecured | $4,000.00 |
| | | | | | | Subtotal | $4,000.00 |

Reason: Claim for in-flight movie entertainment rights not entitled to priority 503(b)(9) treatment under the Bankruptcy Code.

In addition, the Debtors' books and records, as well as the documentation attached to the claim, reflect that the claimant was not an employee of the Debtors. Accordingly, the claim is not entitled to priority 507(a)(4) treatment under the Bankruptcy Code.

Global Eagle Entertainment Inc. 20-11835 (JTD)
Reclassified Claims

| | | | ASSERTED | | | CORRECTED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 RDA TELEVISION LLP<br>15 CHELSEA WHARF<br>15 LOTS ROAD<br>LONDON, SW10 0QJ<br>UNITED KINGDOM | 339 | Post Modern Edit, Inc. | 503(b)(9) | $51,000.00 | Post Modern Edit, Inc.<br>Post Modern Edit, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $0.00<br>$51,000.00<br>$51,000.00 |
| Reason: Claim for licensed media rights is not considered a "good" for purposes of section 503(b)(9) of the Bankruptcy Code. | | | | | | | |
| 6 SHADOE CLEANING RENEE ANDERSON<br>RENEE ANDERSON<br>557-A LLOYD ROAD<br>MATAWAN, NJ 07747 | 73 | MTN Government Services, Inc. | Priority | $1,919.25 | MTN Government Services, Inc.<br>MTN Government Services, Inc. | Priority<br>Unsecured<br>Subtotal | $0.00<br>$1,919.25<br>$1,919.25 |
| Reason: The Debtors' books and records, as well as the documentation attached to the claim, reflect that the claimant was not an employee of the Debtors. Accordingly, the claim is not entitled to priority 507(a)(4) treatment under the Bankruptcy Code. | | | | | | | |
| 7 SIGNION SYSTEMS PVT. LTD.<br>ATTN: T. PRAVEEN KUMAR<br>PLOT 71&72 ANRICH, IDA<br>BOLLARAM<br>HYDERABAD, 502325<br>INDIA | 56 | Emerging Markets Communications, LLC<br>Emerging Markets Communications, LLC | Priority<br>Unsecured<br>Subtotal | $10,000.00<br>$32,555.00<br>$42,555.00 | Emerging Markets Communications, LLC<br>Emerging Markets Communications, LLC | Priority<br>Unsecured<br>Subtotal | $0.00<br>$42,555.00<br>$42,555.00 |
| Reason: The Debtors' books and records, as well as the documentation attached to the claim, reflect that the claimant is not a governmental unit, as provided for in section 507(a)(8) of the Bankruptcy Code. Accordingly, the claim is not entitled to priority 507(a)(8) treatment under the Bankruptcy Code. | | | | | | | |
| 8 TRITON TECHNICAL LLC<br>530 INDUSTRY DRIVE<br>SEATTLE, WA 98188 | 240 | Maritime Telecommunications Network, Inc.<br>Maritime Telecommunications Network, Inc. | Priority<br>Unsecured<br>Subtotal | $6,520.63<br>$5,251.52<br>$11,772.15 | Maritime Telecommunications Network, Inc.<br>Maritime Telecommunications Network, Inc. | Priority<br>Unsecured<br>Subtotal | $0.00<br>$11,772.15<br>$11,772.15 |
| Reason: The Debtors' books and records, as well as the documentation attached to the claim, reflect that the claimant was not an employee of the Debtors. Accordingly, the claim is not entitled to priority 507(a)(4) treatment under the Bankruptcy Code. | | | | | | | |
| 9 TVF LTD<br>SUSAN PANCHALINGAM<br>375 CITY ROAD<br>LONDON, EC1V 1NB<br>UNITED KINGDOM | 201 | Inflight Productions USA, Inc.<br>Inflight Productions USA, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $1,300.00<br>$1,300.00<br>$2,600.00 | Inflight Productions USA, Inc.<br>Inflight Productions USA, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $0.00<br>$2,600.00<br>$2,600.00 |
| Reason: Claim for licensing fees is not considered a "good" for purposes of section 503(b)(9) of the Bankruptcy Code. | | | | | | | |

Global Eagle Entertainment Inc. 20-11835 (JTD)
Reclassified Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | UPTOWN EXPRESS LLC. PO BOX 772946 CORAL SPRINGS, FL 33077 | 23 | Emerging Markets Communications, LLC | 503(b)(9) | $3,950.00 | Emerging Markets Communications, LLC | 503(b)(9) | $0.00 |
| | | | Emerging Markets Communications, LLC | Unsecured | $13,800.00 | Emerging Markets Communications, LLC | Unsecured | $17,750.00 |
| | | | | Subtotal | $17,750.00 | | Subtotal | $17,750.00 |

Reason: Claim for shipping services is not considered a "good" for purposes of section 503(b)(9) of the Bankruptcy Code.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | VOICE & SCRIPT INTERNATIONAL LTD 128-134 CLEVELAND STREET LONDON, W1T 6AB UNITED KINGDOM | 128 | Global Eagle Entertainment Inc. | Secured | $158,646.00 | Global Eagle Entertainment Inc. | Secured | $0.00 |
| | | | | | | Global Eagle Entertainment Inc. | Unsecured | $158,646.00 |
| | | | | | | | Subtotal | $158,646.00 |

Reason: Claim for IP on performed services is not entitled to secured status under the Bankruptcy Code.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | WESTERN A/V 1592 N. BATAVIA ST. SUITE 2 ORANGE, CA 92867 | 241 | Post Modern Edit, Inc. | 503(b)(9) | $3,548.21 | Post Modern Edit, Inc. | 503(b)(9) | $0.00 |
| | | | Post Modern Edit, Inc. | Unsecured | $760.00 | Post Modern Edit, Inc. | Unsecured | $4,308.21 |
| | | | | Subtotal | $4,308.21 | | Subtotal | $4,308.21 |

Reason: Claim for DVR equipment and installation is outside of the 20 day period for section 503(b)(9) treatment under the Bankruptcy Code.

| | TOTAL | $ 500,335.91 | TOTAL | $ 500,335.91 |
|---|---|---|---|---|

## SCHEDULE 3

Reduce and Allow Claims

Global Eagle Entertainment Inc. 20-11835 (JTD)
Reduce and Allow Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANIXTER INC<br>MARGARET MARIE LEYLEK<br>CENTRALIZED SERVICES<br>2301 PATRIOT BLVD<br>GLENVIEW, IL 60026 | 553 | Maritime Telecommunications Network, Inc. | Unsecured | $4,716.76* | Maritime Telecommunications Network, Inc. | Unsecured | $4,716.76 |
| | Reason: Debtors' books and records reflect the liquidated value of the filed claim. | | | | | | | |
| 2 | HERCULES FILM INVESTMENTS SARL<br>BARNES & THORNBURG LLP<br>PAUL J. LAURIN, ESQ.<br>2029 CENTURY PARK EAST, S300<br>LOS ANGELES, CA 90067 | 475 | | Unsecured | $584,319.73* | Entertainment In Motion, Inc. | Unsecured | $584,319.73 |
| | Reason: Debtors' books and records reflect the liquidated value of the filed claim. | | | | | | | |
| 3 | LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 248 | Emerging Markets Communications, LLC | Unsecured | $2,932.15* | Emerging Markets Communications, LLC | Unsecured | $2,932.15 |
| | Reason: Debtors' books and records reflect the liquidated value of the filed claim. | | | | | | | |
| 4 | MIDNIGHT SUN LLC<br>300 S. FOURTH STREET, SUITE 800<br>LAS VEGAS, NV 89101 | 218 | Entertainment In Motion, Inc. | Unsecured | $399,333.00 | Entertainment In Motion, Inc. | Unsecured | $14,177.15* |
| | Reason: Debtors' books and records reflect $14,177.15 in unpaid royalties to claimant. All other overages have been paid in full under the now expired agreements. | | | | | | | |
| 5 | SMITHS INTERCONNECT, INC.<br>JAMES SKOULIKAS, GC, AMERICAS<br>8851 SW OLD KANSAS AVENUE<br>STUART, FL 34997 | 416 | Global Eagle Entertainment Inc. | Unsecured | $845,411.00* | Global Eagle Entertainment Inc. | Unsecured | $745,411.00 |
| | Reason: Per agreement with claimant, claimant received a critical vendor payment of $100,000 for partial satisfaction of their claim. Global Eagle Entertainment Inc. books and records indicate a remaining liquidated claim value of $745,411.00 | | | | | | | |
| 6 | SMITHS INTERCONNECT, INC.<br>JAMES SKOULIKAS, GC, AMERICAS<br>8851 SW OLD KANSAS AVENUE<br>STUART, FL 34997 | 431 | Row 44, Inc. | Unsecured | $3,960,741.00* | Row 44, Inc. | Unsecured | $309,101.00 |
| | Reason: Per agreement with claimant, claimant received a critical vendor payment of $100,000 for partial satisfaction of their claim. Row 44, Inc. books and records indicate a remaining liquidated claim value of $309,101.00. | | | | | | | |
| | | | | TOTAL | $5,797,453.64* | TOTAL | | $1,660,657.79 |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1