**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
EEG GLIDER INC., : Case No. 20-11835 (JTD)
: 
       Debtor. : 
: 
---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
EEG 1 LLC, : Case No. 20-11836 (JTD)
: 
       Debtor. : 
: 
---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
EMERGING MARKETS COMMUNICATIONS, : Case No. 20-11837 (JTD)
LLC, : 
: 
       Debtor. : 
: 
---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ENTERTAINMENT IN MOTION, LLC, : Case No. 20-11838 (JTD)
: 
       Debtor. : 
: 
---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
EEG 2 LLC, : Case No. 20-11839 (JTD)
: 
       Debtor. : 
: 
---------------------------------------------------------- :
x

28020837.1

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GLOBAL EAGLE SERVICES, LLC, | : | Case No. 20-11840 (JTD) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GLOBAL EAGLE TELECOM LICENSING SUBSIDIARY LLC, | : | Case No. 20-11841 (JTD) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| IFE SERVICES (USA), LLC, | : | Case No. 20-11842 (JTD) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| INFLIGHT PRODUCTIONS USA, LLC, | : | Case No. 20-11843 (JTD) |
| Debtor. | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EEG 3 LLC, | : | Case No. 20-11844 (JTD) |
| Debtor. | : | |

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
MTN GOVERNMENT SERVICES, INC.,                               :    Case No. 20-11846 (JTD)
                                                             :
       Debtor.                                               :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
MTN INTERNATIONAL, LLC,                                      :    Case No. 20-11847 (JTD)
                                                             :
       Debtor.                                               :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
MTN LICENSE LLC,                                             :    Case No. 20-11848 (JTD)
                                                             :
       Debtor.                                               :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
N44HQ, LLC,                                                  :    Case No. 20-11845 (JTD)
                                                             :
       Debtor.                                               :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
EEG 4 LLC,                                                   :    Case No. 20-11849 (JTD)
                                                             :
       Debtor.                                               :
                                                             :
                                                             :
------------------------------------------------------------ x

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
ROW 44, LLC,                                            :   Case No. 20-11850 (JTD)
                                                        :
         Debtor.                                        :
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
THE LAB AERO, LLC,                                      :   Case No. 20-11851 (JTD)
                                                        :
         Debtor.                                        :
                                                        :
------------------------------------------------------- x
```

## FINAL DECREE CLOSING CERTAIN CASES
## AND AMENDING CAPTION OF REMAINING CASE

Upon consideration of the *Certification of Counsel Regarding Final Decree Closing Certain Cases and Amending Caption of Remaining Case* (the "**Certification of Counsel**")[1] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.  The Closed Cases, which are set forth below, shall be closed, effective as of June 9, 2021:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Certification of Counsel.

28020837.1

4

- EEG 1 LLC, Case No. 20-11836 (JTD)

- Emerging Markets Communications, LLC, Case No. 20-11837 (JTD)

- Entertainment In Motion, LLC, Case No. 20-11838 (JTD)

- EEG 2 LLC, Case No. 20-11839 (JTD)

- Global Eagle Services, LLC, Case No. 20-11840 (JTD)

- Global Eagle Telecom Licensing Subsidiary LLC, Case No. 20-11841 (JTD)

- IFE Services (USA), LLC, Case No. 20-11842 (JTD)

- Inflight Productions USA, LLC, Case No. 20-11843 (JTD)

- EEG 3 LLC, Case No. 20-11844 (JTD)

- N44HQ, LLC, Case No. 20-11845 (JTD)

- MTN Government Services Inc., Case No. 20-11846 (JTD)

- MTN International, LLC, Case No. 20-11847 (JTD)

- MTN License LLC, Case No. 20-11848 (JTD)

- EEG 4 LLC, Case No. 20-11849 (JTD)

- Row 44, LLC, Case No. 20-11850 (JTD)

- The Lab Aero, LLC, Case No. 20-11851 (JTD)

2. This Order shall be entered on the docket of each of the Closed Cases.

3. Entry of this Order is without prejudice to (a) the rights of the Remaining Debtor or other party in interest to seek to reopen any of the Closed Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the right of the Remaining Debtor to dispute, object to or resolve all Claims that were filed against the Debtors in the Chapter 11 Cases.

4. The caption in the Chapter 11 Case of EEG Glider Inc. Case No. 20-11835 (JTD), shall be amended as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
EEG GLIDER INC.,[1]                                     :   Case No. 20-11835 (JTD)
                                                        :
             Debtor.                                    :   (Jointly Administered)
                                                        :
------------------------------------------------------- :
                                                        x

[1] The last four digits of the Debtor's federal tax identification number are 7800, and the Debtor's address is 655 15th Street, NW, Suite 600, Washington, DC 20005. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of June 9, 2021: EEG I LLC (f/k/a Airline Media Productions, Inc.) (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, LLC (f/k/a Entertainment in Motion, Inc.) (3908), EEG 2 LLC (f/k/a Global Eagle Entertainment Operations Solutions, Inc.) (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), LLC (f/k/a IFE Services (USA), Inc. (2120), Inflight Productions USA, LLC (f/k/a Inflight Productions USA Inc. (8493), EEG 3 LLC (f/k/a Maritime Telecommunications Network, Inc. (9974), MTN Government Services (6069), MTN International, LLC (f/k/a MTN International, Inc.) (8559), MTN License LLC (f/k/a MTN License Corp.) (0314), N44HQ, LLC (0570), EEG 4 LLC (f/k/a Post Modern Edit, Inc.) (6256), Row 44, LLC (f/k/a Row 44, Inc.) (2959), and The Lab Aero, LLC (f/k/a The Lab Aero, Inc.) (9831). [*See* Chapter 11 Case No. 20-11835 (JTD), Docket No. ____]

5.  All pending and future matters relating to each of the Debtors, including objections to claims and final fee applications, shall be administered and heard in the Chapter 11 case of EEG Glider Inc.

6.  Each Debtor in the Closed Cases shall remain responsible for making payment of U.S. Trustee fees payable pursuant to 28 U.S.C. § 1930, in accordance with the terms of the Plan and Confirmation Order, through the date the Closed Cases have been closed.

Dated: June 11th, 2021                                   JOHN T. DORSEY
Wilmington, Delaware                                     UNITED STATES BANKRUPTCY JUDGE

28020837.1