IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
EEG GLIDER INC.,[1] : Case No. 20-11835 (JTD)
: 
      Debtors. : (Jointly Administered)
: 
: **Obj. Deadline: August 10, 2021 at 4:00 p.m. (ET)**
: **Hearing Date: August 26, 2021 at 2:00 p.m. (ET)**
------------------------------------------------------------ x

### NOTICE OF OBJECTION

TO:    (A) THE U.S. TRUSTEE; (B) COUNSEL TO THE CREDITORS' COMMITTEE; (C) HOLDERS OF DISPUTED CLAIMS; AND (D) ANY PARTY THAT HAS FILED A RENEWED REQUEST FOR NOTICE IN THE CHAPTER 11 CASES PURSUANT TO LOCAL RULE 2002

    **PLEASE TAKE NOTICE** that the Plan Administrator in the above-captioned cases has filed the attached *Plan Administrator's Ninth Omnibus Objection to Claims (Non-Substantive)* (the "**Objection**").

    **PLEASE TAKE FURTHER NOTICE** that any responses (each, a "**Response**") to the relief requested in the Objection must be filed on or before **August 10, 2021 at 4:00 p.m. (ET)** (the "**Response Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**"). At the same time, any party submitting a Response (each, a "**Respondent**") must serve a copy of its Response upon the undersigned counsel to the Plan Administrator so as to be received on or before the Response Deadline.

    **PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum, the following:

---

[1] The last four digits of the Debtor's federal tax identification number are 7800 and the Debtor's address is 655 15th Street, NW, Suite 600, Washington, DC 20005. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of June 9, 2021: EEG I LLC (f/k/a Airline Media Productions, Inc.) (2314), Emerging Markets Communications, LLC (0735), Entertainment in Motion, LLC (f/k/a Entertainment in Motion, Inc.) (3908), EEG 2 LLC (f/k/a Global Eagle Entertainment Operations Solutions, Inc.) (3375), Global Eagle Services, LLC (7899), Global Eagle Telecom Licensing Subsidiary LLC (2547), IFE Services (USA), LLC (f/k/a IFE Services (USA), Inc. (2120), Inflight Productions USA, LLC (f/k/a Inflight Productions USA Inc. (8493), EEG 3 LLC (f/k/a Maritime Telecommunications Network, Inc. (9974), MTN Government Services (6069), MTN International, LLC (f/k/a MTN International, Inc.) (8559), MTN License LLC (f/k/a MTN License Corp.) (0314), N44HQ, LLC (0570), EEG 4 LLC (f/k/a Post Modern Edit, Inc.) (6256), Row 44, LLC (f/k/a Row 44, Inc.) (2959), and The Lab Aero, LLC (f/k/a The Lab Aero, Inc.) (9831). *See* Chapter 11 Case No. 20-11835 (JTD), Docket No. 1018.

(a)  a caption setting forth the name of the Court, the above-referenced case number, and the title of the Objection to which the Response is directed;

(b)  the name of the Respondent and a description of the basis for the amount and classification asserted in the Disputed Claim (as defined in the Objection), if applicable;

(c)  a concise statement setting forth the reasons why the Disputed Claim should not be disallowed, reclassified, reduced, or otherwise modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Respondent will rely in opposing the Objection at the Hearing (as defined below);

(d)  all documentation or other evidence of the Disputed Claim, to the extent not included with the proof of claim, upon which the Respondent will rely in opposing the Objection at the Hearing;

(e)  the name, address, telephone number, and fax number of the person(s) (who may be the claimant or a legal representative thereof) possessing ultimate authority to reconcile, settle, or otherwise resolve the Disputed Claim on behalf of the Respondent; and

(f)  the name, address, telephone number, and fax number of the person(s) (who may be the claimant or a legal representative thereof) to whom the Plan Administrator should serve any reply to the Response.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "**HEARING**") TO CONSIDER THE OBJECTION WILL BE HELD ON **AUGUST 26, 2021 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS OR RESPONSES TO THE OBJECTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

[*Signature Page Follows*]

28406732.1

| | |
|---|---|
| Dated:  July 27, 2021<br>　　　　Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Betsy L. Feldman*　　　　　　　　　<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>　　　　kcoyle@ycst.com<br>　　　　bfeldman@ycst.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br><br>George A. Davis (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  george.davis@lw.com<br>　　　　jon.weichselbaum@lw.com<br><br>-and-<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Helena G. Tseregounis (admitted *pro hac vice*)<br>Nicholas J. Messana (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br>Email:  ted.dillman@lw.com<br>　　　　helena.tseregounis@lw.com<br>　　　　nicholas.messana@lw.com<br><br>*Counsel for the Plan Administrator* |

28406732.1