# UNITED STATES BANKRUPTCY COURT

For The DISTRICT OF Delaware

In re: EEG Glider Inc § Case No. 20-11835
§
§
Debtor(s) § ☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/17/2021                      Petition Date: 07/22/2020

Plan Confirmed Date: 01/29/2021                      Plan Effective Date: 03/31/2021

This Post-confirmation Report relates to:   ○ Reorganized Debtor
                                            ⦿ Other Authorized Party or Entity: Post-Effective Date Debtor
                                                                                  Name of Authorized Party or Entity

/s/ Betsy L. Feldman                                 Betsy L. Feldman
Signature of Responsible Party                       Printed Name of Responsible Party

12/28/2021                                           Young Conaway Stargatt & Taylor, LLP
Date                                                 1000 North King Street
                                                     Wilmington, DE 19801
                                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name EEG Glider Inc                                                                 Case No. 20-11835

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,563,966 | $8,542,229 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,563,966 | $8,542,229 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $25,940,097 | $0 | $25,940,097 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| i | Alvarez & Marsal North Ameri | Financial Professional | $0 | $5,486,895 | $0 | $5,486,895 |
| ii | Greenhill & Co., LLC | Financial Professional | $0 | $7,674,306 | $0 | $7,674,306 |
| iii | Latham & Watkins, LLP | Lead Counsel | $0 | $10,450,832 | $0 | $10,450,832 |
| iv | Young Conaway Stargatt & Tay | Local Counsel | $0 | $774,789 | $0 | $774,789 |
| v | Prime Clerk LLC | Other | $0 | $1,477,875 | $0 | $1,477,875 |
| vi | Rucki Fee Review, LLC | Other | $0 | $75,400 | $0 | $75,400 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name EEG Glider Inc    Case No. 20-11835

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name EEG Glider Inc                                          Case No. 20-11835

|   |         |   |   |   |   |   |
|---|---------|---|---|---|---|---|
|   | lxxii   |   |   |   |   |   |
|   | lxxiii  |   |   |   |   |   |
|   | lxxiv   |   |   |   |   |   |
|   | lxxv    |   |   |   |   |   |
|   | lxxvi   |   |   |   |   |   |
|   | lxxvii  |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |
|   | lxxix   |   |   |   |   |   |
|   | lxxx    |   |   |   |   |   |
|   | lxxxi   |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |
|   | lxxxiv  |   |   |   |   |   |
|   | lxxxv   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxix  |   |   |   |   |   |
|   | xc      |   |   |   |   |   |
|   | xci     |   |   |   |   |   |
|   | xcii    |   |   |   |   |   |
|   | xciii   |   |   |   |   |   |
|   | xciv    |   |   |   |   |   |
|   | xcv     |   |   |   |   |   |
|   | xcvi    |   |   |   |   |   |
|   | xcvii   |   |   |   |   |   |
|   | xcviii  |   |   |   |   |   |
|   | xcix    |   |   |   |   |   |
|   | c       |   |   |   |   |   |
|   | ci      |   |   |   |   |   |

|    |     |                                                                                                  |                 | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|-----|--------------------------------------------------------------------------------------------------|-----------------|--------------------------|---------------------|----------------------|-----------------|
| b. |     | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor              | Aggregate Total | $0                       | $2,510,104          | $0                   | $2,510,104      |
|    |     | *Itemized Breakdown by Firm*                                                                     |                 |                          |                     |                      |                 |
|    |     | Firm Name                                                                                        | Role            |                          |                     |                      |                 |
|    | i   | PricewaterhouseCoopers LLP                                                                       | Other           | $0                       | $1,127,311          | $0                   | $1,127,311      |
|    | ii  | Marcum LLP                                                                                       |                 | $0                       | $290,000            | $0                   | $290,000        |
|    | iii | Holthouse Carlin & Van Trigt L                                                                   |                 | $0                       | $281,736            | $0                   | $281,736        |
|    | iv  | Winston & Strawn, LLP                                                                            |                 | $0                       | $198,326            | $0                   | $198,326        |
|    | v   | SoCal IP                                                                                         |                 | $0                       | $133,849            | $0                   | $133,849        |
|    | vi  | DLA Piper LLP                                                                                    |                 | $0                       | $112,286            | $0                   | $112,286        |

UST Form 11-PCR (12/01/2021)                                4

Debtor's Name EEG Glider Inc                                                                                           Case No. 20-11835

|   |        | Name                            |   |   |     |          |     |          |
|---|--------|---------------------------------|---|---|-----|----------|-----|----------|
|   | vii    | Jackson Lewis P.C.              |   |   | $0  | $93,214  | $0  | $93,214  |
|   | viii   | Lerman Senter PLLC              |   |   | $0  | $62,950  | $0  | $62,950  |
|   | ix     | Reed Smith LLP                  |   |   | $0  | $57,615  | $0  | $57,615  |
|   | x      | Ogletree Deakins International L|   |   | $0  | $53,412  | $0  | $53,412  |
|   | xi     | Macdowell, Melo & Leite De C    |   |   | $0  | $50,914  | $0  | $50,914  |
|   | xii    | Grant Thornton LLP              |   |   | $0  | $24,380  | $0  | $24,380  |
|   | xiii   | Sheppard Mullin Richter & Ham   |   |   | $0  | $17,931  | $0  | $17,931  |
|   | xiv    | The Kneafsey Firm, Inc.         |   |   | $0  | $4,751   | $0  | $4,751   |
|   | xv     | McDermott Will & Emery LLP      |   |   | $0  | $1,429   | $0  | $1,429   |
|   | xvi    |                                 |   |   |     |          |     |          |
|   | xvii   |                                 |   |   |     |          |     |          |
|   | xviii  |                                 |   |   |     |          |     |          |
|   | xix    |                                 |   |   |     |          |     |          |
|   | xx     |                                 |   |   |     |          |     |          |
|   | xxi    |                                 |   |   |     |          |     |          |
|   | xxii   |                                 |   |   |     |          |     |          |
|   | xxiii  |                                 |   |   |     |          |     |          |
|   | xxiv   |                                 |   |   |     |          |     |          |
|   | xxv    |                                 |   |   |     |          |     |          |
|   | xxvi   |                                 |   |   |     |          |     |          |
|   | xxvii  |                                 |   |   |     |          |     |          |
|   | xxviii |                                 |   |   |     |          |     |          |
|   | xxix   |                                 |   |   |     |          |     |          |
|   | xxx    |                                 |   |   |     |          |     |          |
|   | xxxi   |                                 |   |   |     |          |     |          |
|   | xxxii  |                                 |   |   |     |          |     |          |
|   | xxxiii |                                 |   |   |     |          |     |          |
|   | xxxiv  |                                 |   |   |     |          |     |          |
|   | xxxv   |                                 |   |   |     |          |     |          |
|   | xxxvi  |                                 |   |   |     |          |     |          |
|   | xxxvii |                                 |   |   |     |          |     |          |
|   | xxxviii|                                 |   |   |     |          |     |          |
|   | xxxix  |                                 |   |   |     |          |     |          |
|   | xl     |                                 |   |   |     |          |     |          |
|   | xli    |                                 |   |   |     |          |     |          |
|   | xlii   |                                 |   |   |     |          |     |          |
|   | xliii  |                                 |   |   |     |          |     |          |
|   | xliv   |                                 |   |   |     |          |     |          |
|   | xlv    |                                 |   |   |     |          |     |          |
|   | xlvi   |                                 |   |   |     |          |     |          |
|   | xlvii  |                                 |   |   |     |          |     |          |
|   | xlviii |                                 |   |   |     |          |     |          |

Debtor's Name EEG Glider Inc                                                    Case No. 20-11835

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name EEG Glider Inc    Case No. 20-11835

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $35,501,650 | $0 | $35,501,650 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $548,422 | $0 | $489,679 | $548,422 | 89% |
| b. Secured claims | $26,771 | $0 | $0 | $26,771 | 0% |
| c. Priority claims | $1,691,750 | $0 | $1,554,618 | $1,691,750 | 92% |
| d. General unsecured claims | $4,000,000 | $1,288,827 | $4,000,000 | $137,709,432 | 3% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ● No ○
   If yes, give date Final Decree was entered:    12/17/2021
   If no, give date when the application for Final Decree is anticipated:    _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ● No ○

| | |
|---|---|
| Debtor's Name EEG Glider Inc | Case No. 20-11835 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Mark Roberts | Mark Roberts |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 12/28/2021 |
| Title | Date |

Debtor's Name EEG Glider Inc          Case No. 20-11835


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name EEG Glider Inc					Case No. 20-11835


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)			10